AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| Headwater Research LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:23-cv-00103-JRG-RSP |
| Samsung Electronics America, Inc. et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Headwater Research LLC                                                                                                          .

Date:    04/06/2023                                                    /s/ Qi Tong
                                                                        *Attorney's signature*

                                                                        Qi Tong TX Bar No. 24119042
                                                                        *Printed name and bar number*

                                                                        Russ August & Kabat
                                                                        12424 Wilshire Blvd., 12th Floor
                                                                        Los Angeles, CA 90025
                                                                        *Address*

                                                                        ptong@raklaw.com
                                                                        *E-mail address*

                                                                        (310) 826-7474
                                                                        *Telephone number*

                                                                        (310) 826-6991
                                                                        *FAX number*

Print     Save As...                                                    Reset