THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD;<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.; and SAMSUNG DISPLAY CO. LTD.,<br><br>    *Defendants*. | Case No. 2:23-CV-00103-JRG-RSP |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Grant Schmidt, of the law firm Hilgers Graben PLLC, enters his appearance for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Display Co. Ltd., and consent to electronic services of all papers in this action.

Dated: April 19, 2023

Respectfully,

*/s/ Grant K. Schmidt*
Grant K. Schmidt
Texas Bar No. 24084579
gschmidt@hilgersgraben.com

**HILGERS GRABEN PLLC**
7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Telephone: (469) 751-2819

*Attorney for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Display Co. Ltd.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 19, 2023, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                        */s/ Grant K. Schmidt*
                                          Grant K. Schmidt