UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    *Plaintiff*,<br><br>    v.<br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA,<br>INC., SAMSUNG DISPLAY CO., LTD.,<br><br>    *Defendants*. | Civil Action No. 2:23-cv-00103-JRG-RSP<br><br>**JURY DEMANDED** |

**PLAINTIFF HEADWATER RESEARCH LLC'S**
**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Headwater Research LLC, pursuant to Federal Rule of Civil Procedure 41(a), hereby moves to dismiss all claims between Plaintiff and Defendant Samsung Display Co., Ltd. ("Samsung Display") without prejudice, with each party to bear its own costs, expenses and attorneys' fees. Samsung Display has not yet filed an answer or counterclaims. The parties agree that this dismissal does not count against the two-dismissal rule under FRCP 41(a)(1)(B).

Date:  June 1, 2023

                                        */s/ Marc Fenster*
                                        Marc Fenster
                                        CA State Bar No. 181067
                                        Reza Mirzaie
                                        CA State Bar No. 246953
                                        Brian Ledahl
                                        CA State Bar No. 186579
                                        Ben Wang
                                        CA State Bar No. 228712
                                        Paul Kroeger
                                        CA State Bar No. 229074
                                        Neil A. Rubin
                                        CA State Bar No. 250761
                                        Kristopher Davis

CA State Bar No. 329627
James S. Tsuei
CA State Bar No. 285530
Philip Wang
CA State Bar No. 262239
Amy Hayden
CA State Bar No. 287026
James Milkey
CA State Bar No. 281283
Jason M. Wietholter
CA State Bar No. 337139
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
rak_headwater@raklaw.com

**ATTORNEYS FOR PLAINTIFF,
Headwater Research LLC**

## **CERTIFICATE OF SERVICE**

I certify that this document is being served upon counsel of record for Defendants on June 1, 2023 via ECF.

/s/ *Marc Fenster*
Marc Fenster
