IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00103-JRG-RSP |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG DISPLAY CO., LTD., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the notice of dismissal ("Notice") filed by Headwater Research LLC ("Plaintiff"). (Dkt. No. 22.) In the Notice, Plaintiff represents that the above-captioned case is dismissed without prejudice. (*Id*. at 1.)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted in the above referenced action are **DISMISSED WITHOUT PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

So ORDERED and SIGNED this 6th day of June, 2023.

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE