IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | § |
| *Plaintiff*, | § |
| v. | § CIVIL ACTION NO. 2:23-CV-00103-JRG |
| SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG ELECTRONICS CO., LTD., SAMSUNG DISPLAY CO., LTD., | § |
| *Defendants*. | § |

## ORDER

Before the Court is the Notice of Dismissal (the "Notice") filed by Plaintiff Headwater Research LLC ("Plaintiff"). (Dkt. No. 22.) In the Notice, Plaintiff represents that it moves to dismiss all claims between it and Defendant Samsung Display Co., Ltd. ("Samsung Display") without prejudice, with each party to bear its own costs, expenses, and attorneys' fees. (*Id.* at 1.)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims between Plaintiff and Samsung Display are **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is directed to **MAINTAIN AS OPEN** the above-captioned case as other parties remain.

**So ORDERED and SIGNED this 6th day of June, 2023.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE