# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, *Plaintiff*, v. SAMSUNG ELECTRONIC CO., LTD; SAMSUNG ELECTRONICS AMERICA, INC.; and SAMSUNG DISPLAY CO. LTD., *Defendants*. | Case No. 2:23-CV-00103-JRG-RSP **JURY TRIAL DEMANDED** |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendants Samsung Electronics America, Inc. and Samsung Electronics Company, Ltd. ("Defendants") hereby move the Court for a one-week extension of time in which to Move, Answer or Otherwise Respond to Complaint. The current deadline to file a response is July 3, 2023, and Defendants seek a one-week extension up to and including July 10, 2023.

Defendants respectfully submit that good cause exists for the requested extension on account of the intervening Fourth of July holiday and associated attorney time off. This extension is not sought for the purposes of delay but rather so that justice may be done. Counsel for Defendants has met and conferred with counsel for Plaintiff, and Plaintiff is not opposed to the relief sought in this motion.

Dated: July 3, 2023                                   Respectfully submitted,

                                                          By:   */s/ Melissa R. Smith*

                                                                Ruffin B. Cordell
                        TX Bar No. 04820550
Michael J. McKeon
DC Bar No. 459780
mckeon@fr.com
Jared Hartzman (*pro hac vice forthcoming*)
DC Bar No. 1034255
hartzman@fr.com
Joshua Carrigan (*pro hac vice forthcoming*)
VA Bar No. 96911
carrigan@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, SW, Ste 1000
Washington, D.C. 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thad C. Kodish (*pro hac vice forthcoming*)
GA Bar No. 427603
tkodish@fr.com
Benjamin K. Thompson
GA Bar No. 633211
bthompson@fr.com
Nicholas A. Gallo (*pro hac vice forthcoming*)
GA Bar No. 546590
gallo@fr.com
Steffen Lake (*pro hac vice forthcoming*)
GA Bar No. 512272
lake@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

Leonard E. Davis
TX Bar No. 05521600
ldavid@fr.com
Andria Rae Crisler
TX Bar No. 24093792
crisler@fr.com
FISH & RICHARDSON P.C.

        1717 Main Street, Suite 5000
        Dallas, TX 75201
        Telephone: (214)747-5070
        Facsimile: (214) 747-2091

        Melissa R. Smith
        State Bar No. 24001351
        Melissa@gillamsmithlaw.com
        GILLAM & SMITH, LLP
        303 South Washington Avenue
        Marshall, Texas 75670
        Telephone: (903) 934-8450
        Facsimile: (903) 934-9257

        *Attorneys for Defendants*
        *Samsung Electronics Co., Ltd. and*
        *Samsung Electronics America, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 3rd day of July, 2023.

/s/ Melissa R. Smith
Melissa R. Smith

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Defendants met and conferred with counsel for Plaintiff. Counsel for Plaintiff indicated that it is unopposed to this motion.

/s/ Melissa R. Smith
Melissa R. Smith