**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONIC CO., LTD;<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.; and SAMSUNG DISPLAY CO. LTD.,<br><br>    *Defendants*. | Case No. 2:23-CV-00103-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Before the Court is Samsung Electronics America, Inc. and Samsung Electronics Company, Ltd.'s Unopposed Motion for Extension of Time Move, Answer or Otherwise Respond to Plaintiff's Complaint. The Court, having considered same, is of the opinion the motion should be **GRANTED**. It is **ORDERED** that the deadline for Defendants to move, answer or otherwise respond to Plaintiff's Complaint is July 10, 2023.