# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | § |
| | § |
| *Plaintiff*, | § |
| | § |
| v. | § CIVIL ACTION NO. 2:23-CV-00103-JRG-RSP |
| | § |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG DISPLAY CO., LTD., | § |
| | § |
| *Defendants*. | § |

## ORDER

Before the Court is Defendants Samsung Electronics America, Inc. and Samsung Electronics Company, Ltd.'s (collectively, "Samsung") Unopposed Motion for Extension to Respond to Complaint. **Dkt. No. 26**.

After consideration, the Court **GRANTS** the motion. It is therefore **ORDERED** that the deadline for Samsung to move, answer or otherwise respond to Plaintiff Headwater Research LLC's Complaint is July 10, 2023.

**SIGNED this 4th day of July, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE