# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONIC CO., LTD and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:23-CV-00103-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## THE SAMSUNG DEFENDANTS' CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Samsung Electronics Co., Ltd. ("SEC") and Samsung Electronics America, Inc., ("SEA") (collectively, "Samsung"), by and through its counsel hereby certify that:

(1) SEC has no parent corporation, and no other publicly held corporation owns 10% or more of SEC's stock;

(2) SEA is a wholly owned subsidiary of SEC, and no other publicly held corporation owns 10% or more of SEA's stock.


Dated: July 10, 2023                      Respectfully submitted,

By: /s/ *Thad C. Kodish*
Ruffin B. Cordell
TX Bar No. 04820550
Michael J. McKeon
DC Bar No. 459780
mckeon@fr.com
Jared Hartzman (*pro hac vice forthcoming*)
DC Bar No. 1034255
hartzman@fr.com

Joshua Carrigan (*pro hac vice forthcoming*)
VA Bar No. 96911
carrigan@fr.com
Fish & Richardson P.C.
1000 Maine Avenue, SW, Ste 1000
Washington, D.C. 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thad C. Kodish
GA Bar No. 427603
tkodish@fr.com
Benjamin K. Thompson
GA Bar No. 633211
bthompson@fr.com
Jonathan B. Bright
GA Bar No. 256953
jbright@fr.com
Nicholas A. Gallo (*pro hac vice forthcoming*)
GA Bar No. 546590
gallo@fr.com
Steffen Lake (*pro hac vice forthcoming*)
GA Bar No. 512272
lake@fr.com
Vivian C. Keller (*pro hac vice forthcoming*)
GA Bar No. 651500
keller@fr.com
Fish & Richardson P.C.
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

Leonard E. Davis
TX Bar No. 05521600
ldavid@fr.com
Andria Rae Crisler
TX Bar No. 24093792
crisler@fr.com
Fish & Richardson P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214)747-5070
Facsimile: (214) 747-2091

Melissa R. Smith

2

          State Bar No. 24001351
          Melissa@gillamsmithlaw.com
          GILLAM & SMITH, LLP
          303 South Washington Avenue
          Marshall, Texas 75670
          Telephone: (903) 934-8450
          Facsimile: (903) 934-9257

*Attorneys for Defendants*
*Samsung Electronics Co., LTD and*
*Samsung Electronics America, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 10, 2023.

*/s/ Thad C. Kodish*
Thad C. Kodish
