# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00103-JRG-RSP<br><br>**JURY DEMANDED** |

## NOTICE OF READINESS FOR SCHEDULING CONFERENCE

Plaintiff Headwater Research LLC respectfully submits this Notice of Readiness for Scheduling Conference confirming the following:

1. Defendants' Motion To Dismiss For Failure To State A Claim (D.I. 28) is pending.

2. The asserted patents are U.S. Patent Nos. 8,406,733, 9,198,117, and 9,615,192.

3. There are no related cases previously filed in the Eastern District of Texas involving the same patents.

| | |
|---|---|
| Date: July 19, 2023 | */s/ Marc Fenster* |
| | Marc Fenster |
| | CA State Bar No. 181067 |
| | Reza Mirzaie |
| | CA State Bar No. 246953 |
| | Brian Ledahl |
| | CA State Bar No. 186579 |
| | Ben Wang |
| | CA State Bar No. 228712 |
| | Paul Kroeger |
| | CA State Bar No. 229074 |
| | Neil A. Rubin |
| | CA State Bar No. 250761 |
| | Kristopher Davis |
| | CA State Bar No. 329627 |
| | James S. Tsuei |
| | CA State Bar No. 285530 |
| | Philip Wang |
| | CA State Bar No. 262239 |
| | Amy Hayden |
| | CA State Bar No. 287026 |
| | James Milkey |
| | CA State Bar No. 281283 |
| | Jason M. Wietholter |
| | CA State Bar No. 337139 |
| | RUSS AUGUST & KABAT |
| | 12424 Wilshire Blvd. 12th Floor |
| | Los Angeles, CA 90025 |
| | Telephone: 310-826-7474 |
| | rak_headwater@raklaw.com |
| | |
| | **ATTORNEYS FOR PLAINTIFF,** |
| | **Headwater Research LLC** |

## CERTIFICATE OF SERVICE

      I certify that this document is being served upon counsel of record for Defendants on July 19, 2023 via ECF.

                                                /s/ *Marc Fenster*
                                                Marc Fenster