UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    *Plaintiff*,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    *Defendants*. | Civil Action No. 2:23-cv-00103-JRG-RSP<br><br>**JURY DEMANDED** |

**PLAINTIFF HEADWATER RESEARCH LLC'S
NOTICE OF FILING OF FIRST AMENDED COMPLAINT AND RESPONSE TO
DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Plaintiff Headwater Research LLC ("Headwater") respectfully provides notice that it has filed a First Amended Complaint for Patent Infringement in this case pursuant Fed. R. Civ. P. 15(a)(1)(B). Headwater understands that Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.'s ("Samsung") Motion to Dismiss For Failure to State a Claim (Dkt. 28, the "Motion")) is moot, and therefore requests that the Motion be denied as moot. *See, e.g.*, *Metacluster LT, UAB v. Bright Data Ltd.*, No. 2:22-CV-011-JRG-RSP, 2022 WL 18859434, at *1 (E.D. Tex. Dec. 20, 2022) ("The filing of an amended complaint supersedes the original complaint and renders moot any motion to dismiss the original complaint.").

Date: July 25, 2023

                                                          */s/ Marc Fenster*
                                                          Marc Fenster
                                                          CA State Bar No. 181067
                                                          Reza Mirzaie
                                                          CA State Bar No. 246953
                                                          Brian Ledahl
                                                          CA State Bar No. 186579

Ben Wang
CA State Bar No. 228712
Paul Kroeger
CA State Bar No. 229074
Neil A. Rubin
CA State Bar No. 250761
Kristopher Davis
CA State Bar No. 329627
James S. Tsuei
CA State Bar No. 285530
Philip Wang
CA State Bar No. 262239
Amy Hayden
CA State Bar No. 287026
James Milkey
CA State Bar No. 281283
Jason M. Wietholter
CA State Bar No. 337139
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
rak_headwater@raklaw.com

**ATTORNEYS FOR PLAINTIFF,
Headwater Research LLC**

## **CERTIFICATE OF SERVICE**

I certify that this document is being served upon counsel of record for Defendants on July 25, 2023 via ECF.

/s/ *Marc Fenster*
Marc Fenster
