# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONIC CO., LTD and SAMSUNG ELECTRONICS AMERICA, INC.<br><br>    *Defendants*. | Case No. 2:23-CV-00103-JRG-RSP |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Jonathan B. Bright, of the law firm Fish & Richardson P.C., enters his appearance in this matter for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. and consents to electronic services of all papers in this action.

Dated:  July 25, 2023

Respectfully submitted,

FISH & RICHARDSON P.C.

By: */s/ Jonathan B. Bright*
    Jonathan B. Bright
    GA Bar No. 256953
    FISH & RICHARDSON P.C.
    1180 Peachtree St NE, 21st Fl.
    Atlanta, GA 30309
    Phone:  (404) 892-5005
    Email: jbright@fr.com

*Attorneys for Defendants*
*Samsung Electronics Co., LTD and*
*Samsung Electronics America, Inc.*

2

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 25, 2023 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                              */s/ Jonathan B. Bright*
                              Jonathan B. Bright