IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC § | |
| § | |
| v. § | CASE NO. 2:23-cv-103 [JRG/RSP] |
| § | |
| SAMSUNG ELECTTONICS CO., LTD., § | JURY DEMANDED |
| SAMSUNG ELECTRONICS AMERICA, INC., § | |
| SAMSUNG DISPLAY CO., LTD. § | |

**NOTICE OF APPEARANCE OF COUNSEL**

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. file this Notice of Appearance of Counsel and hereby notify the Court that Shaun W. Hassett of the law firm Potter Minton, P.C., 102 N. College Ave., Suite 900, Tyler, Texas 75702 is appearing as counsel for Defendants Samsung Electronics Co., Ltd. and Electronics America, Inc. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated:  July 26, 2023                     Respectfully submitted,

By: */s/ Shaun W. Hassett*
    Shaun W. Hassett
    State Bar No. 24074372
    shaunhassett@potterminton.com
    POTTER MINTON, P.C.
    102 N. College Ave., Suite 900
    Tyler, Texas  75702
    Tel: (903) 597-8311
    Fax: (903) 593-0846

**ATTORNEYS FOR DEFENDANTS**