# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONIC CO., LTD and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:23-CV-00103-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING DEFENDANTS'**
**MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Before the Court is Samsung Electronics America, Inc. and Samsung Electronics Company, Ltd.'s Motion to Dismiss for Failure to State a Claim. After considering the same, the Court is of the opinion that the Motion should be GRANTED.