# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §   CIVIL ACTION NO. 2:23-CV-00103-JRG-RSP |
| | § |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG DISPLAY CO., LTD., | § |
| | § |
| Defendants. | § |

## ORDER

In light of the First Amended Complaint (Dkt. No. 31) filed by Headwater Research LLC which Defendants have since moved to dismiss (Dkt. No. 40), Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd.'s Motion to Dismiss for Failure to State a Claim (**Dkt. No. 28**) is hereby **DENIED AS MOOT**. *See Bosarge v. Mississippi Bureau of Narcotics,* 796 F.3d 435, 440 (5th Cir. 2015) ("An amended complaint supersedes the original complaint and renders it of no legal effect unless the amended complaint specifically refers to and adopts or incorporates by reference the earlier pleading." (quoting *King v. Dogan*, 31 F.3d 344, 346 (5th Cir. 1994)).

**SIGNED this 19th day of September, 2023.**



ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE