# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, *Plaintiff*, v. SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., *Defendants*. | Civil Action No. 2:23-cv-00103-JRG-RSP **JURY DEMANDED** |

## ORDER GRANTING UNOPPOSED MOTION TO AMEND DEADLINES

Pending before the Court is Plaintiff Headwater Research LLC's ("Headwater") Unopposed Motion to Amend Deadlines. The Court, having considered the motion, and for good cause shown, finds that the motion should be **GRANTED**.

**IT IS HEREBY ORDERED** that the deadlines to (1) comply with P.R. 3-1 and 3-2 from September 14, 2023, is extended up to and including September 28, 2023, and (2) comply with P.R. 3-3, 3-4, and the Standing Order Regarding Subject-Matter Eligibility Contentions from November 9, 2023, is extended up to and including November 23, 2023. No other deadlines will be affected by this amendment.