# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA,<br>INC. and SAMSUNG DISPLAY CO.,<br>LTD.,<br><br>*Defendants*. | § § § § § § § § § § § § § §   CIVIL ACTION NO. 2:23-CV-00103-JRG-RSP |

## ORDER

Before the Court is Plaintiff Headwater Research LLC's Unopposed Motion to Amend Deadlines. **Dkt. No. 46.** After consideration, and in light of its unopposed nature, the Motion is **GRANTED**. It is

**ORDERED** that Plaintiff's deadline to comply with P.R. 3-1 & 3-2 is extended to September 28, 2023.

**FURTHER ORDERED** that Defendants Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd.'s deadline to comply with P.R. 3-3 & 3-4 is extended to November 23, 2023.

**SIGNED this 30th day of September, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE