UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00103-JRG-RSP<br><br>**JURY DEMANDED** |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE PROPOSED DOCKET CONTROL ORDER AND DISCOVERY ORDER**

Pending before the Court is Plaintiff Headwater Research, LLC ("Headwater") and Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. (collectively, "Defendants" or "Samsung"), (collectively, the "Parties") Joint Motion for Extension of Time to File Proposed Docket Control Order and Discovery Order. The Court, having considered the joint motion, and for good cause shown, finds that the motion should be **GRANTED**.

**IT IS HEREBY ORDERED** that the deadline for filing the proposed docket control order and discovery order is extended to October 19, 2023. All other deadlines shall remain in place absent further leave of Court.