IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00103-JRG-RSP |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Joint Motion for Extension of Time to File Proposed Docket Control Order and Discovery Order filed by Plaintiff Headwater Research LLC and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. **Dkt. No. 48.** After consideration, and noting its joint nature, the Motion is **GRANTED**. It is

**ORDERED** that Headwater Research and Samsung's deadline to file their proposed docket control order and discovery order is extended to October 19, 2023.

**SIGNED this 17th day of October, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE