# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ATHALONZ, LLC, *Plaintiff*, v. UNDER ARMOUR, INC., *Defendant*. | Case No. 2:23-cv-00193-JRG<br><br>**DEMAND FOR JURY TRIAL** |

## UNOPPOSED JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Plaintiff Athalonz, LLC and Defendant Under Armour, Inc. hereby jointly move the Court to enter the proposed Protective Order. A copy of the agreed proposed Protective Order is attached.

Date: October 19, 2023

Respectfully submitted,

/s/ *Melissa R. Smith*

Taylor N. Mauze (TX Bar No. 24102161)
tmauze@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN
& FELDBERG LLP
7500 Rialto Blvd., Suite 1-250
Austin, TX 78735
Telephone: (650) 623-1401
Facsimile: (650) 650-3501

Christine E. Lehman (*pro hac vice*)
clehman@reichmanjorgensen.com
Connor Houghton (*pro hac vice*)
choughton@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN
& FELDBERG LLP
1909 K Street, NW, Suite 800
Washington, DC 20006
Telephone: (202) 894-7310

Facsimile: (650) 560-3501

Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Attorneys for Plaintiff Athalonz, LLC*


/s/ Robert E. Bugg

J. Thad Heartfield
THE HEARTFIELD LAW FIRM
2195 Dowlen Rd
Beaumont, Texas 77706
409.866.3318
thad@heartfieldlawfirm.com

Frank C. Cimino, Jr.
Megan S. Woodworth
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC  20001
202.344.4569
202.344.8300 – Facsimile
fccimino@Venable.com
mswoodworth@Venable.com

Robert E. Bugg
VENABLE LLP
Rockefeller Center
151 West 42nd Street
New York, NY  10036
212.370.6241
212.307.5598 – Facsimile
rebugg@Venable.com

*ATTORNEYS FOR DEFENDANT UNDER ARMOUR, INC.*

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel complied with the meet and confer requirement in Local Rule CV-7(h) and this Court's Orders, that this motion is unopposed, and that all parties join in this motion.

/s/ Melissa R. Smith

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served to all counsel of record by electronic mail on October 19, 2023.

/s/ Melissa R. Smith