# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>          Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>          Defendants. | Case No. 2:23-CV-00103-JRG-RSP |

### JOINT MOTION FOR EXTENSION OF TIME TO FILE PROPOSED DOCKET CONTROL ORDER, DISCOVERY ORDER, AND PROTECTIVE ORDER

Plaintiff Headwater Research LLC ("Plaintiff") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Defendants") (collectively, "the Parties") file this Joint Motion for Extension of Time to File Proposed Docket Control Order, Discovery Order, and Protective Order.

The current deadline for the Parties to file their Proposed Docket Control Order, Discovery Order, and Protective Order is October 19, 2023. The Parties have been diligently preparing these materials and respectfully request a brief extension of time to finalize these materials. This extension is not sought for prejudice or delay, but for good cause and so that justice may be served.

Accordingly, the Parties respectfully request that the Court extend the deadline for filing their Proposed Docket Control Order, Discovery Order, and Protective Order by seven days to October 26, 2023.

<table>
<tr><td>Dated: October 19, 2023</td><td>Respectfully submitted,<br><br>*/s/ Robert Christopher Bunt*<br>Marc Fenster<br>California Bar No. 181067<br>Reza Mirzaie<br>California Bar No. 246953<br>Brian Ledahl<br>California Bar No. 186579<br>Ben Wang<br>California Bar No. 228712<br>Paul Kroeger<br>California Bar No. 229074<br>Neil A. Rubin<br>California Bar No. 250761<br>Kristopher Davis<br>California Bar No. 329627<br>James S. Tsuei<br>California Bar No. 285530<br>Philip Wang<br>California Bar No. 262239<br>Amy Hayden<br>California Bar No. 287026<br>James Milkey<br>California Bar No. 281283<br>Jason M. Wietholter<br>California Bar No. 337139<br>**RUSS AUGUST & KABAT**<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, California 90025<br>Telephone: (310) 826-7474<br>rak_headwater@raklaw.com<br><br>Robert Christopher Bunt<br>Texas Bar No. 00787165<br>**PARKER, BUNT & AINSWORTH, P.C.**<br>100 East Ferguson, Suite 418<br>Tyler, Texas 75702<br>Telephone: (903) 531-3535<br><br>*Attorneys for Plaintiff*<br>*Headwater Research LLC*</td></tr>
</table>

*/s/ Melissa R. Smith*

Ruffin B. Cordell
Texas Bar No. 04820550
rcordell@fr.com
Michael J. McKeon
Washington, D.C. Bar No. 459780
mckeon@fr.com
Jared Hartzman (*Pro Hac Vice*)
Washington, D.C. Bar No. 1034255
hartzman@fr.com
Joshua Carrigan (*Pro Hac Vice*)
Virginia Bar No. 96911
carrigan@fr.com
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, SW, Suite 1000
Washington, D.C. 20024
Telephone: (202) 783-5070
Facsimile:  (202) 783-2331

Thad C. Kodish
Georgia Bar No. 427603
tkodish@fr.com
Benjamin K. Thompson
Georgia Bar No. 633211
bthompson@fr.com
Nicholas A. Gallo (*Pro Hac Vice*)
Georgia Bar No. 546590
gallo@fr.com
Steffen Lake (*Pro Hac Vice*)
Georgia Bar No. 512272
lake@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree Street NE, Floor 21
Atlanta, Georgia 30309
Telephone: (404) 892-5005
Facsimile:  (404) 892-5002

Leonard E. Davis
Texas Bar No. 05521600
ldavid@fr.com
Andria Rae Crisler
Texas Bar No. 24093792
crisler@fr.com
**FISH & RICHARDSON P.C.**

1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile:  (214) 747-2091

John-Paul R. Fryckman (*Pro Hac Vice*)
California Bar No. 317591
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Suite 400
San Diego, California 92130
Telephone: (858) 678-5070
Facsimile:  (858) 678-5099

Melissa R. Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257

Andrew Thompson ("Tom") Gorham
Texas Bar No. 24012715
tom@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
102 North College Avenue, Suite 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257

*Attorneys for Defendants*
*Samsung Electronics Co., Ltd. and*
*Samsung Electronics America, Inc.*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Defendants met and conferred with counsel for Plaintiff in accordance with Local Rule CV-7(i).  The Parties are jointly seeking the relief sought in this Motion.

*/s/ Melissa R. Smith*
Melissa R. Smith

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on October 19, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a true and correct copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Melissa R. Smith*
Melissa R. Smith
