**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.,<br><br>　　　　　Defendants. | Case No. 2:23-CV-00103-JRG-RSP |

## ORDER

Before the Court is Plaintiff Headwater Research LLC's and Defendants Samsung Electronics Co., Ltd.'s and Samsung Electronics America, Inc.'s Joint Motion for Extension of Time to File Proposed Docket Control Order, Discovery Order, and Protective Order. After consideration of the same, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

**IT IS THEREFORE ORDERED** that the deadline for the Parties to file their Proposed Docket Control Order, Discovery Order, and Protective Order is extended up to and including October 26, 2023.