# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | §§§§§§§§§§§§§§<br><br>CIVIL ACTION NO. 2:23-CV-00103-JRG-RSP |

## ORDER

Before the Court is the Joint Motion for Extension of Time to File Proposed Docket Control Order, Discovery Order, and Protective Order filed by Plaintiff Headwater Research LLC and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. **Dkt. No. 52.** After consideration, and noting its joint nature, the Motion is **GRANTED**. It is

**ORDERED** that the deadline for Plaintiff Headwater Research and Defendant Samsung to file a proposed docket control order, discovery order, and protective order in the above-captioned case is extended to October 26, 2023.

**SIGNED this 20th day of October, 2023.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE