# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    *Plaintiff*,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    *Defendants*. | Civil Action No. 2:23-cv-00103-JRG-RSP<br><br>**JURY DEMANDED** |

### ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE PROPOSED DISCOVERY ORDER AND PROTECTIVE ORDER

Pending before the Court is Plaintiff Headwater Research, LLC ("Headwater") and Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.'s (collectively, "Defendants" or "Samsung"), (collectively, the "Parties") Joint Motion for Extension of Time to File Proposed Discovery Order and Protective Order. The Court, having considered the joint motion, and for good cause shown, finds that the motion should be **GRANTED**.

**IT IS HEREBY ORDERED** that the deadline for filing the proposed discovery order and protective order is extended to October 27, 2023. All other deadlines shall remain in place absent further leave of Court.