IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC § | |
| § | |
| v.  § | CASE NO. 2:23-cv-103 [JRG/RSP] |
| § | |
| SAMSUNG ELECTTONICS CO., LTD., § | JURY DEMANDED |
| SAMSUNG ELECTRONICS AMERICA, INC., § | |
| SAMSUNG DISPLAY CO., LTD. § | |

## NOTICE OF APPEARANCE OF COUNSEL

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. file this Notice of Appearance of Counsel and hereby notify the Court that Lance L. Yang of the law firm Quinn Emanuel Urquhart & Sullivan, LLP, 865 S. Figueroa Street, 10th Floor, Los Angeles, CA 90017 is appearing as counsel for Defendants Samsung Electronics Co., Ltd. and Electronics America, Inc.  All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated:  November 20, 2023            Respectfully submitted,

By: /s/ Lance L. Yang
    Lance L. Yang
    lanceyang@quinnemanuel.com
    CA State Bar No. 260705
    Lance L. Yang
    Quinn Emanuel Urquhart & Sullivan, LLP
    865 S. Figueroa Street, 10th Floor
    Los Angeles, CA 90017

**ATTORNEYS FOR DEFENDANTS**