**THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

HEADWATER RESEARCH LLC,

     *Plaintiff*,

v.

SAMSUNG ELECTRONIC CO., LTD,
SAMSUNG ELECTRONICS AMERICA,
INC., and  SAMSUNG DISPLAY CO., LTD,

     *Defendants*.

Case No. 2:23-CV-00103-JRG-RSP

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Andria Rae Crisler, of the law firm Fish & Richardson P.C.,

enters her appearance in this matter for Defendants Samsung Electronics Co., Ltd. and Samsung

Electronics America, Inc. and consents to electronic services of all papers in this action.

Dated:  November 20, 2023

Respectfully submitted,

FISH & RICHARDSON P.C.

By: */s/ Andria Rae Crisler*
    Andria Rae Crisler
    Texas Bar No. 24093792
    FISH & RICHARDSON P.C.
    1717 Main Street, Suite 5000
    Dallas, TX
    Phone: (214) 747-5070
    Fax: (214) 747-2091
    Email: crisler@fr.com

*Attorneys for Defendants
Samsung Electronics Co., LTD and
Samsung Electronics America, Inc.*

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing

document has been served on November 20, 2023 to all counsel of record who are deemed to

have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).


*/s/Andria Rae Crisler*
Andria Rae Crisler