AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | | |
|---|---|---|
| Headwater Research LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:23-cv-00103-JRG-RSP |
| Samsung Electronics America, Inc. et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Headwater Research LLC                                                              .

Date:   11/29/2023                                                  /s/ Adam S. Hoffman
                                                                *Attorney's signature*

                                                  Adam S. Hoffman  CA Bar No. 218740
                                                  *Printed name and bar number*

                                                  Russ August & Kabat
                                                  12424 Wilshire Blvd., 12th Floor
                                                  Los Angeles, CA 90025
                                                  *Address*

                                                  ahoffman@raklaw.com
                                                  *E-mail address*

                                                  (310) 826-7474
                                                  *Telephone number*

                                                  (310) 826-6991
                                                  *FAX number*