IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | § § § § § § § § § § § § § § § CIVIL ACTION NO. 2:23-CV-00103-JRG-RSP |

## ORDER

Before the Court is the Joint Motion for Extension of Time to File Proposed Discovery Order and Protective Order filed by Plaintiff Headwater Research, LLC and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. **Dkt. No. 55**. After consideration, and noting its joint nature, the Motion is **GRANTED**. It is

**ORDERED** that the deadline to file the proposed discovery order and proposed protective order is extended to October 27, 2023. Accordingly, the concurrently filed discovery order, Dkt. No. 57, and protective order, Dkt. No. 58, were timely.

**SIGNED this 5th day of December, 2023.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE