# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONIC CO., LTD;<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.; and SAMSUNG DISPLAY CO. LTD.,<br><br>*Defendants*. | Case No. 2:23-CV-00103-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Harry L. Gillam, Jr. of Gillam & Smith, LLP enters his appearance in this matter as additional counsel on behalf of Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc and Samsung Display Co., Ltd.

Harry L. Gillam, Jr. may receive all communications from the Court and from other parties at Gillam & Smith, LLP, 303 South Washington Avenue, Marshall, Texas 75670; Telephone: (903) 934- 8450; Facsimile: (903) 934-9257; Email: gil@gillamsmithlaw.com.

Dated: January 23, 2024

Respectfully submitted,

*/s/ Harry L. Gillam, Jr.*
Harry L. Gillam, Jr.
State Bar No. 07921800
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
Email: gil@gillamsmithlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 23rd day of January 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(b)(1).

                                                              */s/ Harry L. Gillam, Jr.*
                                                              Harry L. Gillam, Jr.