# EXHIBIT 2



# PTAB Trial Statistics
# FY23 End of Year Outcome Roundup IPR, PGR

Patent Trial and Appeal Board
Fiscal Year 2023



# Petitions filed by trial type
**(FY23: Oct. 1, 2022 to Sept. 30, 2023)**



Trial types include Inter Partes Review (IPR) and Post Grant Review (PGR).



3

# Petitions filed by technology
(FY23: Oct. 1, 2022 to Sept. 30, 2023)



- Mechanical & Business Method: 248, 20%
- Chemical: 34, 3%
- Bio/Pharma: 91, 7%
- Design: 5, 0%
- Electrical/Computer: 861, 69%
- 1,239 Total

4

# Petitions filed by month
## (September 2023 and Prior 12 Months: Sept. 1, 2022 to Sept. 30, 2023)



IPR (1,209 IPRs in FY23)

| | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IPR | 99 | 103 | 112 | 110 | 103 | 108 | 127 | 77 | 69 | 151 | 87 | 91 | 71 |
| PGR | 2 | 1 | 1 | 2 | 4 | 0 | 3 | 1 | 3 | 1 | 3 | 7 | 4 |

PGR (30 PGRs in FY23)

5

# Institution rates by petition
**(FY19 to FY23: Oct. 1, 2018 to Sept. 30, 2023)**



# Institution rates by patent
**(FY19 to FY23: Oct. 1, 2018 to Sept. 30, 2023)**

by Patent



# Institution rates by technology
**(FY23: Oct. 1, 2022 to Sept. 30, 2023)**



| Technology | Institution Rate |
|---|---|
| Bio/Pharma | 52% (43 of 82) |
| Chemical | 49% (23 of 47) |
| Design | 50% (4 of 8) |
| Electrical/Computer | 70% (492 of 701) |
| Mechanical & Business Method | 66% (190 of 289) |

Institution rate for each technology is calculated by dividing petitions instituted by decisions on institution (i.e., petitions instituted plus petitions denied). The outcomes of decisions on institution responsive to requests for rehearing are excluded.



8



# Outcomes by petition
**(FY23: Oct. 1, 2022 to Sept. 30, 2023)**



FWD patentability or unpatentability reported with respect to the claims at issue in the FWD. Joined cases are excluded.



10

# Outcomes by patent
**(FY23: Oct. 1, 2022 to Sept. 30, 2023)**



FWD patentability or unpatentability reported with respect to the claims at issue in the FWD. "Mixed Outcome" is shown for patents receiving more than one type of outcome from the list of: denied, settled, dismissed, and/or req. adverse judgement only. A patent is listed in a FWD category if it ever received a FWD, regardless of other outcomes.



11

# Outcomes by claim challenged
**(FY23: Oct. 1, 2022 to Sept. 30, 2023)**





12

# Claim outcomes
**(FY23: Oct. 1, 2022 to Sept. 30, 2023)**



"No DI" and "No FWD" mean the claim was challenged but not addressed in a DI/FWD, e.g., due to settlement.

30% of challenged claims and 51% of instituted claims were found unpatentable by a preponderance of the evidence.

13

# All patents: Fiscal Year 2023
**(FY23: Oct. 1, 2022 to Sept. 30, 2023)**



Events that end an AIA proceeding include final written decisions (FWD), settlements, dismissals, requests for adverse judgment, and denials of institution. A patent is listed in an FWD category if it ever received an FWD.



14

# All patents: All time
**(All time: Sept. 16, 2012 to Sept. 30, 2023)**



10,363 patents challenged

3,170 patents at least partially invalidated by PTAB

1,037 patents fully invalidated by PTAB

**10% of challenged patents** were fully invalidated by PTAB (1,037 out of 10,363).



15

