**THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC, | |
| *Plaintiff*, | |
| v. | Case No. 2:23-CV-00103-JRG-RSP |
| SAMSUNG ELECTRONIC CO., LTD and SAMSUNG ELECTRONICS AMERICA, INC., | |
| *Defendants*. | |

**ORDER GRANTING DEFENDANTS'
MOTION TO STAY PENDING *INTER PARTES* REVIEW**

Before the Court is Defendants' Motion to Stay Pending *Inter Partes* Review.  Having

considered the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS SO ORDERED.