THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONIC CO., LTD and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    *Defendants*. | Case No. 2:23-CV-00103-JRG-RSP |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Thad C. Kodish, of the law firm Fish & Richardson P.C., enters his appearance in this matter for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. and consents to electronic services of all papers in this action.

Dated:  January 31, 2024

Respectfully submitted,

FISH & RICHARDSON P.C.

By:  /s/ *Thad C. Kodish*
     Thad C. Kodish
     GA Bar No. 427603
     FISH & RICHARDSON P.C.
     1180 Peachtree St NE, 21st Floor
     Atlanta, GA 30309
     Phone: (404) 892-5005
     Fax: (404)892-5002
     Email: tkodish@f.com

*Attorneys for Defendants*
*Samsung Electronics Co., LTD and*
*Samsung Electronics America, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 31, 2024 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Thad C. Kodish*
Thad C. Kodish