# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, *Plaintiff*, v. SAMSUNG ELECTRONIC CO., LTD and SAMSUNG ELECTRONICS AMERICA, INC., *Defendants*. | Case No. 2:23-CV-00103-JRG-RSP |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Thomas H. Reger II, of the law firm Fish & Richardson P.C., enters his appearance in this matter for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. and consents to electronic services of all papers in this action.

Dated:  February 1, 2024

Respectfully submitted,

FISH & RICHARDSON P.C.

By: */s/ Thomas H. Reger II*
Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
1717 Main Street, Suite 5000
Dallas, TX 78766
Tel (214) 747-5070
Fax (214) 747-2091

**ATTORNEYS FOR DEFENDANTS
SAMSUNG ELECTRONICS CO., LTD AND
SAMSUNG ELECTRONICS AMERICA, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 1, 2024 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Thomas H. Reger II*
Thomas H. Reger II