# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONIC CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:23-CV-00103-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

### DECLARATION OF ANDRIA RAE CRISLER
### IN SUPPORT OF SAMSUNG'S REPLY IN SUPPORT OF
### ITS MOTION TO STAY PENDING *INTER PARTES* REVIEW

I, Andria Rae Crisler, hereby declare:

1. I am a principal with the law firm Fish & Richardson P.C., and counsel for Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. I have personal knowledge of the facts contained in the declaration and, if called upon to do so, I could and would testify competently to the matters herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of IPR2023-01157 Institution Decision, dated January 22, 2024.

3. Attached hereto as Exhibit 2 is a true and correct copy of IPR2023-01226 Institution Decision, dated February 8, 2024.

4. Attached hereto as Exhibit 3 is a true and correct copy of a series of emails between Headwater counsel and Samsung counsel regarding Headwater's infringement contentions.

5. Attached hereto as Exhibit 4 is a true and correct copy of a series of emails between Headwater counsel and Samsung counsel regarding Headwater's responses to Samsung Interrogatory Nos. 1-14.

6. Attached hereto as Exhibit 5 is a true and correct copy of Plaintiff Headwater Research LLC's Disclosure of Asserted Claims and Infringement Contentions, dated September 28, 2023.

7. Attached hereto as Exhibit 6 is a true and correct copy of Plaintiff Headwater Research LLC's Objections and Responses to Defendants' First Set of Requests for Admission (Nos. 1-2), dated December 6, 2023.

8. Attached hereto as Exhibit 7 is a true and correct copy of a November 22, 2023 Letter to Plaintiff's counsel from Defendants' counsel regarding infringement contentions.

9. Attached hereto as Exhibit 8 is an exhibit created for purposes of this motion showing the various dates associated with the four IPRs Samsung has filed as to the three asserted patents.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of February, 2024, in Richmond, VA.

/s/ Andria Rae Crisler
Andria Rae Crisler