# EXHIBIT 8

| U.S. Patent No. | IPR Case No. | Challenged Claims | Filing Date | Date of Filing Accorded | Status | Institution Decision Due |
|---|---|---|---|---|---|---|
| 9,198,117 | IPR2024-00003 | 1-18 | November 17, 2023 | November 28, 2023 | Awaiting POPR | May 28, 2024 |
| 9,615,192 | IPR2024-00010 | 1-9, 11-13, 15 | November 17, 2023 | November 28, 2023 | Awaiting POPR | May 28, 2024 |
| 8,406,733 | IPR2024-00341 | 1-17, 19, 21-27, 29, 30 | Jan. 23, 2024 | January 30, 2024 | Awaiting POPR | July 30, 2024 |
| 8,406,733 | IPR2024-00342 | 1-24, 26-30 | Jan. 23, 2024 | January 30, 2024 | Awaiting POPR | July 30, 2024 |