## THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONIC CO., LTD and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    *Defendants*. | Case No. 2:23-CV-00103-JRG-RSP |

### DEFENDANTS' NOTICE OF DESIGNATION OF LEAD ATTORNEY

Pursuant to Local Rule CV-11(a), Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. file this Designation of Lead Attorney and hereby notify the Court that Ruffin B. Cordell of the law firm Fish & Richardson P.C., should be designated as lead attorney for Defendants in the above-referenced matter. All pleadings, discovery, correspondence, and other materials should be served upon counsel at the address referenced below.

Dated: February 29, 2024

Respectfully submitted,

By: */s/ Ruffin B. Cordell*
    Ruffin B. Cordell
    TX Bar No. 04820550
    rbc@fr.com
    **FISH & RICHARDSON P.C.**
    1000 Maine Avenue, SW, Ste 1000
    Washington, D.C. 20024
    Telephone: (202) 783-5070
    Facsimile: (202) 783-2331

    **ATTORNEYS FOR DEFENDANTS**
    **SAMSUNG ELECTRONICS CO., LTD AND**
    **SAMSUNG ELECTRONICS AMERICA, INC.**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served today, February 29, 2024 a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                        */s/ Ruffin B. Cordell*
                                        Ruffin B. Cordell