# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | § § § § § § § § § § § § § CIVIL ACTION NO. 2:23-CV-00103-JRG-RSP |

## ORDER

Before the Court is the Unopposed Motion for Leave to Amend Invalidity Contentions filed by Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc. **Dkt. No. 81.** After consideration, and noting its unopposed nature, the Motion is **GRANTED**.

**SIGNED this 3rd day of April, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE