# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | § |
| | § |
| *Plaintiff*, | § |
| | § |
| v. | §  CIVIL ACTION NO. 2:23-CV-00103-JRG-RSP |
| | § |
| SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC., | § |
| | § |
| *Defendants*. | § |

## ORDER

Before the Court is the Motion to Stay filed by Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. **Dkt. No. 70.** Samsung requests that the case be stayed due to petitions for *inter partes* review. *Id.* Samsung has filed petitions on U.S. Patent Nos. 9,615,192 and 9,198,117 on November 17, 2023; and 8,406,733 on January 23, 2024. *Id.* at 6. To date, the petitions have not been instituted. *See* Dkt. No. 70; Dkt. No. 75.

"In this district, courts usually deny motions for stay when the PTAB has not acted on a petition for *inter partes* review." *Perdiemco LLC v. Telular Corp.*, 2017 WL 2444736, at *2 (E.D. Tex. June 6, 2017) (citing *Trover Group, Inc. v. Dedicated Micros USA*, 2015 WL 1069179, at *6 (E.D. Tex. Mar. 11 2015) ("In this district, that is not just the majority rule; it is the universal practice.")).

Accordingly, the Motion is **DENIED**.

**SIGNED this 3rd day of April, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE