**PUBLIC VERSION**

# EXHIBIT I

**PUBLIC VERSION**

| | |
|---|---|
| **From:** | Jason Wietholter <jwietholter@raklaw.com> |
| **Sent:** | Thursday, March 14, 2024 4:14 PM |
| **To:** | Jonathan Bright |
| **Cc:** | rak_headwater@raklaw.com; [SERVICE FR] Samsung-Headwater; qe-headwater103@quinnemanuel.com |
| **Subject:** | Re: Headwater v. Samsung Case No. 2:22-cv-103:  2024-01-12 CONF Samsung Suppl Resp to HW 1st Set of ROGs No 1 |

[This email originated outside of F&R.]

Jonathan,

Headwater does not oppose your motion for leave to amend invalidity contentions in the -103 matter for the amended contentions linked in your March 8, 2024 email.

Regards,
**Jason Wietholter**
Russ, August & Kabat
12424 Wilshire Boulevard, 12th Floor | Los Angeles, California 90025
Main +1 310 826 7474 | jwietholter@raklaw.com | www.raklaw.com
-----------------------------------
This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.


> On Mar 14, 2024, at 10:35 AM, Jason Wietholter <jwietholter@raklaw.com> wrote:
>
> Hi Jonathan,
>
> Can you please let us know what additional third party discovery or art you intend to add beyond the contentions identified in your March 8 email, if any?
>
> Regards,
> **Jason Wietholter**
> Russ, August & Kabat
> 12424 Wilshire Boulevard, 12th Floor | Los Angeles, California 90025
> Main +1 310 826 7474 | jwietholter@raklaw.com | www.raklaw.com
> -----------------------------------
> This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

On Mar 14, 2024, at 8:31 AM, Jonathan Bright <jbright@fr.com> wrote:

Counsel,

Despite our multiple emails, you have yet to provide any response to our multiple emails regarding Samsung's motion for leave to amend invalidity contentions in the -103 matter.  We ask for a fourth time, does Headwater oppose our request to amend these invalidity contentions?  Headwater's continued silence on this issue prejudices Samsung.

We are available to meet and confer today at 3PM ET and will open the following Zoom link at that time:  https://fish.zoom.com/j/9293566268

Regards,

Jonathan

---

**From:** Jonathan Bright <jbright@fr.com>
**Sent:** Tuesday, March 12, 2024 8:38 PM
**To:** rak_headwater@raklaw.com
**Cc:** [SERVICE FR] Samsung-Headwater <SERVICEFRSamsung-Headwater@fr.com>; qe-headwater103@quinnemanuel.com
**Subject:** RE: Headwater v. Samsung Case No. 2:22-cv-103: 2024-01-12 CONF Samsung Suppl Resp to HW 1st Set of ROGs No 1

Counsel,

It has been over two weeks since we notified you of our planned motion for leave to amend invalidity contentions in the -103 matter and requested your position as to whether Headwater opposes this motion.  Please provide Headwater's position promptly.  If Headwater intends to oppose, please also provide your availability this week for a meet-and-confer.

Best,

Jonathan

---

**From:** Jonathan Bright <jbright@fr.com>
**Sent:** Friday, March 8, 2024 10:35 PM
**To:** rak_headwater@raklaw.com
**Cc:** [SERVICE FR] Samsung-Headwater <SERVICEFRSamsung-Headwater@fr.com>; qe-headwater103@quinnemanuel.com
**Subject:** RE: Headwater v. Samsung Case No. 2:22-cv-103: 2024-01-12 CONF Samsung Suppl Resp to HW 1st Set of ROGs No 1

Counsel,

Following up on our emails below, please let us know whether Headwater will oppose Samsung's motion for leave to amend Invalidity Contentions in the 103 case.  These

amended invalidity contentions are available at the following link: https://send.fr.com/link/jDydAonxbmg3dAdNbApNYB.

Password to follow separately.

Best,

Jonathan

---

**From:** Jonathan Bright
**Sent:** Friday, February 23, 2024 9:09 PM
**To:** Rae Crisler <crisler@fr.com>; rak_headwater@raklaw.com
**Cc:** [SERVICE FR] Samsung-Headwater <SERVICEFRSamsung-Headwater@fr.com>; qe-headwater103@quinnemanuel.com
**Subject:** RE: Headwater v. Samsung Case No. 2:22-cv-103: 2024-01-12 CONF Samsung Suppl Resp to HW 1st Set of ROGs No 1

Counsel,

Following up on our emails below, Samsung hereby notifies Headwater that it plans to move for leave to amend its Invalidity Contentions (previously served on November 30, 2023) to incorporate material specified in Samsung's supplemental responses to Headwater Interrogatory No. 1, including third party discovery served since Samsung's supplemental responses.

Please provide Headwater's position on Samsung's forthcoming motion for leave to amend its Invalidity Contentions.

Best,

Jonathan

---

**From:** Rae Crisler <crisler@fr.com>
**Sent:** Monday, February 12, 2024 11:30 AM
**To:** rak_headwater@raklaw.com
**Cc:** [SERVICE FR] Samsung-Headwater <SERVICEFRSamsung-Headwater@fr.com>; qe-headwater103@quinnemanuel.com
**Subject:** RE: Headwater v. Samsung Case No. 2:22-cv-103: 2024-01-12 CONF Samsung Suppl Resp to HW 1st Set of ROGs No 1

Counsel,

We write to further advise that Samsung has continued to diligently pursue third party discovery as reflected in its Second Supplemental Response to Plaintiff's Interrogatory No. 1 served on February 6, 2024, that incorporates content from Nokia and Google.

As noted below, for purposes of notice and status as to third party discovery, Samsung expects to receive additional third party discovery responses in the coming weeks and may well further supplement its interrogatory No. 1 as well as its Invalidity Contentions with additional documents and things obtained as a result of that discovery.

Best regards,

Rae

**Rae Crisler :: Fish & Richardson P.C. :: 214-760-6138 direct**

---

**From:** Jonathan Bright <jbright@fr.com>
**Sent:** Friday, January 12, 2024 9:59 PM
**To:** rak_headwater@raklaw.com
**Cc:** [SERVICE FR] Samsung-Headwater <SERVICEFRSamsung-Headwater@fr.com>; qe-headwater103@quinnemanuel.com; Jeannet Santos <jsantos@fr.com>
**Subject:** RE: Headwater v. Samsung Case No. 2:22-cv-103: 2024-01-12 CONF Samsung Suppl Resp to HW 1st Set of ROGs No 1

Counsel:

In relation to the supplemental response to Plaintiff's interrogatory No. 1 referenced below, Samsung has diligently pursued third party discovery and we notify you that Defendant Samsung intends to supplement its Invalidity Contentions with content from third party OpenWave specified in that supplemental response.

For purposes of notice and status as to third party discovery, Samsung expects to receive additional third party discovery responses in the coming weeks and may well further supplement its interrogatory No. 1 as well as its Invalidity Contentions with additional documents and things obtained as a result of that discovery.

Regards,

Jonathan

---

**From:** Jeannet Santos <jsantos@fr.com>
**Sent:** Friday, January 12, 2024 4:55 PM
**To:** rak_headwater@raklaw.com
**Cc:** [SERVICE FR] Samsung-Headwater <SERVICEFRSamsung-Headwater@fr.com>
**Subject:** Headwater v. Samsung Case No. 2:22-cv-103: 2024-01-12 CONF Samsung Suppl Resp to HW 1st Set of ROGs No 1

Counsel:

Attached for service, please find:

- **DEFENDANTS' SUPPLEMENTAL OBJECTIONS AND RESPONSES TO HEADWATER RESEARCH LLC'S FIRST SET OF INTERROGATORIES (NO. 1)**

The password to this document will be sent in a separate email.

Thank you,

**Jeannet T. Santos**, Sr. Litigation Paralegal

Supporting: Ashley A. Bolt, Brian P. Boyd, Erin P. Alper, Noah C. Graubart, & Steffen C. Lake

**FISH & RICHARDSON P.C.**
1180 Peachtree Street NE, 21st Floor, Atlanta, GA 30309
404.724.2758 direct **::** 770.276.8661 mobile **::** jsantos@fr.com **::** fr.com


**"The Strength of the Team is each Member.  The Strength of each Member is the Team." –Phil Jackson**


```
**************************************************************************
****************************************************
This email message is for the sole use of the intended recipient(s) and
may contain confidential and privileged information. Any unauthorized use
or disclosure is prohibited. If you are not the intended recipient,
please contact the sender by reply email and destroy all copies of the
original message.
**************************************************************************
****************************************************
```

5