PUBLIC VERSION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONIC CO., LTD and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:23-CV-00103-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING DEFENDANTS'
UNOPPOSED MOTION TO AMEND INVALIDITY CONTENTIONS**

Before the Court is Samsung Electronics America, Inc. and Samsung Electronics Company, Ltd.'s Unopposed Motion to Amend Invalidity Contentions. After considering the same, the Court is of the opinion that the Motion should be GRANTED.