IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 2:23-CV-00103-JRG-RSP<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Before the Court is the Joint Motion to Amend Docket Control Order field by Plaintiff Headwater Research, LLC and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. **Dkt. No. 87.** After consideration, and noting its joint nature, the Motion is **GRANTED**. It is

**ORDERED** that the deadline to comply with P.R. 4-3 (Joint Claim Construction Statement) is April 25, 2024.

**SIGNED this 19th day of April, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE