**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC, | § |
| | § |
| | § |
| *Plaintiff*, | § |
| | § |
| v. | § CIVIL ACTION NO. 2:23-CV-00103-JRG-RSP |
| | § |
| SAMSUNG ELECTRONICS CO., LTD., | § |
| and SAMSUNG ELECTRONICS | § |
| AMERICA, INC., | § |
| | § |
| *Defendants*. | § |

## ORDER

Before the Court is the Joint Motion to Amend Docket Control Order filed by Plaintiff Headwater Research, LLC and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. **Dkt. No. 89.** After consideration, and noting its joint nature, the Motion is **GRANTED**. It is

**ORDERED** that the deadline to comply with P.R. 4-3 (Joint Claim Construction Statement) is April 29, 2024.

**SIGNED this 25th day of April, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE