IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>            Defendants. | Case No. 2:23-cv-00103-JRG-RSP<br><br>**JURY DEMANDED** |

**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

Pursuant to Local Patent Rule 4-3, and the Court's Docket Control Order (Dkt. 63), Plaintiff Headwater Research, LLC ("Headwater") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Defendants" or "Samsung") (all together, the "parties") respectfully submit the following Joint Claim Construction and Prehearing Statement.

**I.   AGREED CLAIM CONSTRUCTIONS (P.R. 4-3(A)(1))**

The parties have not identified any agreed claim constructions.

**II.   DISPUTED CLAIM CONSTRUCTIONS (P.R. 4-3(A)(2))**

The parties' proposed constructions of disputed terms are provided in the chart below. The parties' proposed constructions are also set forth in the accompanying Exhibit A, along with the intrinsic and extrinsic evidence on which the parties intend to rely. In support of Samsung's proposed constructions, Dr. Donald Turnbull's expert declaration and CV are also being served upon Headwater in accordance with P.R. 4-3(b).

1

### A. U.S. Patent No. 8,406,733

| Term No. | Claim Term | Headwater's Proposed Construction | Samsung's Proposed Construction |
|---|---|---|---|
| 1 | device agents | Not indefinite; plain and ordinary meaning. | Indefinite. |
| 2 | wherein the particular device agent is configured to assist in presenting a notification through the user interface, the notification based on the message content | Not indefinite; plain and ordinary meaning. | Indefinite |

### B. U.S. Patent No. 9,198,117

| Term No. | Claim Term | Headwater's Proposed Construction | Samsung's Proposed Construction |
|---|---|---|---|
| 3 | device messaging agents | Not indefinite; plain and ordinary meaning. | Indefinite. |
| 4 | at least one of the devices having a network stack in communication with the device messaging agent, wherein the secure connection between the network message server and that device is terminated within the network stack | Not indefinite; plain and ordinary meaning. | Indefinite |

### C. U.S. Patent No. 9,615,192

| | Claim Term | Headwater's Proposed Construction | Samsung's Proposed Construction |
|---|---|---|---|
| 5 | software components | Not indefinite; plain and ordinary meaning. | Indefinite. |
| 6 | wherein one of the message delivery triggers is the receipt of a transmission on the respective secure message link from the device link agent of the given one of the wireless end-user devices, or | Not indefinite; plain and ordinary meaning. | Indefinite |

2

| | a response generated to a transmission received from that device link agent | | |
|---|---|---|---|
| 7 | wherein one of the message delivery triggers is the receipt of a particular network element message from one of the network elements | Not indefinite; plain and ordinary meaning. | Indefinite |

### III.  ANTICIPATED LENGTH OF TIME NEEDED FOR THE CLAIM CONSTRUCTION HEARING (P.R. 4-3(A)(3))

The parties estimate that two hours will be needed for the claim construction hearing. The parties agree that each side will be allocated half of the total time permitted for the hearing.

### IV.  PROPOSED WITNESSES TO BE USED AT THE CLAIM CONSTRUCTION HEARING (P.R. 4-3(A)(4))

No party proposes to call witnesses at the claim construction hearing.

### V.  OTHER ISSUES TO BE ADDRESSED PRIOR TO CLAIM CONSTRUCTION HEARING (P.R. 4-3(A)(5))

The parties are not currently aware of any issues that they would propose taking up at a prehearing conference prior to the claim construction hearing.

Dated:  April 29, 2024                                   Respectfully submitted,

| | |
|---|---|
| /s/ Marc Fenster | /s/ Jonathan B. Bright |
| Marc Fenster | Ruffin B. Cordell |
| CA State Bar No. 181067 | TX Bar No. 04820550 |
| Reza Mirzaie | Michael J. McKeon |
| CA State Bar No. 246953 | DC Bar No. 459780 |
| Brian Ledahl | mckeon@fr.com |
| CA State Bar No. 186579 | Jared Hartzman (*pro hac vice*) |
| Ben Wang | DC Bar No. 1034255 |
| CA State Bar No. 228712 | hartzman@fr.com |
| Adam Hoffman | Joshua Carrigan (*pro hac vice*) |
| CA State Bar No. 218740 | VA Bar No. 96911 |
| Paul Kroeger | carrigan@fr.com |
| CA State Bar No. 229074 | FISH & RICHARDSON P.C. |
| Neil A. Rubin | |
| CA State Bar No. 250761 | |

Kristopher Davis
CA State Bar No. 329627
James S. Tsuei
CA State Bar No. 285530
Philip Wang
CA State Bar No. 262239
Amy Hayden
CA State Bar No. 287026
James Milkey
CA State Bar No. 281283
Jason M. Wietholter
CA State Bar No. 337139
Qi Tong
TX State Bar No. 24119042
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
headwater@raklaw.com

Robert Christopher Bunt
Parker, Bunt & Ainsworth, P.C.
Texas State Bar No. 00787165
100 E. Ferguson Suite 418
Tyler, Texas 75702
Tel.: (903) 531-3535
rcbunt@pbatyler.com

**ATTORNEYS FOR PLAINTIFF,
Headwater Research LLC**

1000 Maine Avenue, SW, Ste 1000
Washington, D.C. 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thad C. Kodish
GA Bar No. 427603
tkodish@fr.com
Benjamin K. Thompson
GA Bar No. 633211
bthompson@fr.com
Noah C. Graubart
GA Bar No. 141862
graubart@fr.com
Jonathan B. Bright
GA Bar No. 256953
jbright@fr.com
Nicholas A. Gallo (*pro hac vice*)
GA Bar No. 546590
gallo@fr.com
Steffen Lake (*pro hac vice*)
GA Bar No. 512272
lake@fr.com
Vivian C. Keller (admitted *pro hac vice*)
GA Bar No. 651500
keller@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

Leonard E. Davis
TX Bar No. 05521600
ldavis@fr.com
Andria Rae Crisler
TX Bar No. 24093792
crisler@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214)747-5070
Facsimile: (214) 747-2091

Katherine D. Prescott (*pro hac vice*)
CA Bar No. 215496

4

FISH & RICHARDSON P.C.
500 Arguello Street, Ste. 400
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Melissa R. Smith
State Bar No. 24001351
Melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Andrew Thompson ("Tom") Gorham
State Bar No. 24012715
tom@gillamsmithlaw.com
GILLAM & SMITH, LLP
102 N. College, Ste. 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Shaun W. Hassett
State Bar No. 24074372
shaunhassett@potterminton.com
**POTTER MINTON, P.C**.
102 N. College Ave., Suite 900
Tyler, Texas  75702
Tel: (903) 597-8311
Fax: (903) 593-0846

Lance Lin Yang
**QUINN EMANUEL URQUHART & SULLIVAN, LLP - LA**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017 USA
213/443-3000 Fax: 213/443-3100
Lanceyang@quinnemanuel.Com

Grant K. Schmidt
Texas Bar No. 24084579

gschmidt@hilgersgraben.com
Jon Hyland
Texas Bar No. 24046131
jhyland@hilgersgraben.com
Theo Kwong
Texas Bar No. 24087871
tkwong@hilgersgraben.com
HILGERS GRABEN PLLC
7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Telephone: (469) 751-2819

*Attorneys for Defendants*
*Samsung Electronics Co., Ltd. and*
*Samsung Electronics America, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 29, 2024.

/s/ Marc Fenster
Marc Fenster
