# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.<br><br>*Defendants*. | Case No. 2:23-CV-00103-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. file this Notice of Appearance of Counsel and hereby notify the Court that Kevin (Gyushik) Jang of the law firm Quinn Emanuel Urquhart & Sullivan, LLP, 865 S. Figueroa Street, 10th Floor, Los Angeles, CA 90017 is appearing as counsel for Defendants Samsung Electronics Co., Ltd. and Electronics America, Inc.  All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced below.

| | |
|---|---|
| Dated: May 21, 2024 | Respectfully submitted,<br><br>By: */s/ Kevin (Gyushik) Jang*<br>Kevin (Gyushik) Jang<br>CA State Bar No. 337747<br>kevinjang@quinnemanuel.com<br><br>Quinn Emanuel Urquhart & Sullivan, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600 |