# Exhibit 7



# Transcript of Dr. Don R. Turnbull, Jr.

**Date:** May 28, 2024
**Case:** Headwater Research LLC -v- Samsung Electronics Co., Ltd., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

IN THE UNITED STATES DISTRICT COURT

2            FOR THE EASTERN DISTRICT OF TEXAS

3                   MARSHALL DIVISION

4   HEADWATER RESEARCH LLC,    )
                               )
5        Plaintiff,            )
                               )
6   vs.                        ) CASE NO.
                               ) 2:23-cv-00103 JRG RSP
7   SAMSUNG ELECTRONICS CO.,   )
    LTD., SAMSUNG ELECTRONICS  )
8   AMERICA, INC., SAMSUNG     )
    DISPLAY CO., LTD.,         )
9                              )
         Defendant.            )
10          EXPERT ZOOM ORAL VIDEOTAPED DEPOSITION

11               DR. DON R. TURNBULL, JR.

12                   May 28, 2024

13

14        EXPERT ZOOM ORAL VIDEOTAPED DEPOSITION OF DR.

15   DON R. TURNBULL, JR., produced as a witness at the

16   instance of the Plaintiff and duly sworn, was taken

17   in the above-styled and numbered cause on the 28th

18   day of May, 2024, from 11:03 a.m. to 3:42 p.m.,

19   before Michelle Hartman, Certified Shorthand Reporter

20   in and for the State of Texas and Registered

21   Professional Reporter, reported by computerized

22   stenotype machine at the offices of via Zoom

23   videoconference, pursuant to the Federal Rules of

24   Civil Procedure and the provisions stated on the

25   record or attached hereto.

```
1                        APPEARANCES

2


3    FOR THE PLAINTIFF:

4         Mr. Philip Wang
          RUSS AUGUST & KABAT
5         12424 Wilshire Blvd. 12th Floor
          Los Angeles, California 90025
6         Telephone: 310-826-7474
          E-mail: pwang@raklaw.com
7

     FOR THE DEFENDANTS:
8
          Mr. Jonathan Bright
9    and  Ms. Sunwoo Lee
          FISH & RICHARDSON P.C.
10        1180 Peachtree Street NE, 21st Floor
          Atlanta, Georgia 30309
11        Telephone: 404-724-2756
          E-mail: jbright@fr.com
12
     and
13        Mr. Kevin Jang
          QUINN EMANUEL URQUHART & SULLIVAN, LLP
14        1200 Abernathy Road NE Building 600
          Suite 1500
15        Atlanta, GA 30328
          Telephone: 415-875-6486
16        E-mail: kevinjang@quinnemanuel.com

17   ALSO PRESENT:

18        Mr. Lucas Shaker, videographer

19        Mr. Parker Simpson, remote tech

20

21

22

23

24

25
```

1                        INDEX

2                                              PAGE

3    DR. DON R. TURNBULL, JR.

4    Examination by Mr. Wang ..........................6
     Signature Page  ................................138
5    Signature Page  ................................139
     Court Reporter's Certificate ...................140

6

7                      EXHIBITS

8    EXHIBIT            DESCRIPTION              PAGE

9

10   Exhibit 1       Declaration of Don          10
                     Turnbull, Ph.D
11
     Exhibit 2       Curriculum vitae of Don     10
12                   Turnbull, Ph.D.

13   Exhibit 3       Samsung's PR4-2 Preliminary  21
                     Claim Constructions and
14                   Extrinsic Evidence," a 10-page
                     document dated March 28th, 2024
15
     Exhibit 4       Samsung's PR4-2 Preliminary  29
16                   Claim Constructions and
                     Extrinsic Evidence," 10-page
17                   document dated April 19th, 2024

18   Exhibit 5       U.S. Patent 8,406,733, Raleigh   48

19   Exhibit 6       U.S. Patent Number 9,192,117 B2  49
                     Raleigh
20
     Exhibit 7       U.S. Patent Number 9,615,192 B2  50
21                   Raleigh

22   Exhibit 8       A three-page document entitled   55
                     "Dictionary of Computer and
23                   Internet Terms," Bates number
                     SAM-HW-2_00215498 through 500

24

25

```
 1                    EXHIBITS (cont.)

 2    EXHIBIT              DESCRIPTION              PAGE

 3    Exhibit 9    U.S. Patent No. 2006/0218395 A1   64
                   Maes
 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

| | |
|---|---|
| 1 | THE VIDEOGRAPHER: Here begins media | 11:03:49 |
| 2 | number one in the videotaped deposition of Dr. Don | 11:03:51 |
| 3 | Turnbull in the matter of Headwater Research LLC | 11:03:56 |
| 4 | versus Samsung Electronics Co. LTD, et al. in the | 11:03:59 |
| 5 | United States District Court for the Eastern District | 11:04:03 |
| 6 | of Texas, Marshall Division, Case Number | 11:04:05 |
| 7 | 2:23-cv-00103 JRG RSP. | 11:04:07 |
| 8 | Today's date is May 28th, 2024, and the | 11:04:14 |
| 9 | time on the video monitor is 11:03 a.m. Central time. | 11:04:18 |
| 10 | The remote videographer today is Lucas Shaker | 11:04:22 |
| 11 | representing Planet Depos. All parties of this | 11:04:26 |
| 12 | deposition are attending remotely. | 11:04:28 |
| 13 | Could counsel please voice identify | 11:04:31 |
| 14 | themselves and state whom they represent. | 11:04:34 |
| 15 | MR. WANG: This is Philip Wang of the law | 11:04:36 |
| 16 | firm Russ August & Kabat for Plaintiff Headwater | 11:04:38 |
| 17 | Research, LLC. | 11:04:42 |
| 18 | MR. BRIGHT: This is Jonathan Bright from | 11:04:44 |
| 19 | Fish & Richardson representing the Samsung Defendants | 11:04:46 |
| 20 | and the witness; and with me is Sunwoo Lee, also from | 11:04:51 |
| 21 | Fish & Richardson. | 11:04:55 |
| 22 | MR. JANG: This is Kevin Jang from the | 11:04:57 |
| 23 | law firm of Quinn Emanuel, also representing Samsung | 11:04:58 |
| 24 | and the witness. | 11:05:02 |
| 25 | THE VIDEOGRAPHER: Thank you, Counsel. | 11:05:04 |

| | | |
|---|---|---|
| 1 | The court reporter today is Michelle | 11:05:04 |
| 2 | Hartman representing Planet Depos.  The witness will | 11:05:06 |
| 3 | now be sworn. | 11:05:09 |
| 4 | THE COURT REPORTER:  Please raise your | 11:05:10 |
| 5 | right hand. | 11:05:10 |
| 6 | THE WITNESS:  (Complies). | |
| 7 | DR. DON R. TURNBULL, JR., | |
| 8 | having been first duly sworn, testified as follows: | |
| 9 | EXAMINATION | 11:05:23 |
| 10 | THE COURT REPORTER:  Thank you.  You may | 11:05:25 |
| 11 | lower your hand. | 11:05:26 |
| 12 | You may proceed, Counsel. | 11:05:27 |
| 13 | Q.  (BY MR. WANG)  Good morning, | 11:05:29 |
| 14 | Dr. Turnbull.  My name is Philip Wang.  I represent | 11:05:30 |
| 15 | the Plaintiff Headwater in this case. | 11:05:33 |
| 16 | Do you understand that you are under oath | 11:05:37 |
| 17 | today? | 11:05:38 |
| 18 | A.  Yes. | 11:05:39 |
| 19 | Q.  Have you testified under oath before? | 11:05:45 |
| 20 | A.  Yes. | 11:05:47 |
| 21 | Q.  How many times? | 11:05:47 |
| 22 | A.  More than three dozen. | 11:05:48 |
| 23 | Q.  More than 36 times -- | 11:05:51 |
| 24 | A.  Yes. | 11:05:52 |
| 25 | Q.  -- have you -- | 11:05:52 |

| | | |
|---|---|---|
| 1 | Do you understand that even though we're | 11:05:59 |
| 2 | conducting the deposition via Zoom today that the | 11:06:00 |
| 3 | testimony you give under oath is subject to the same | 11:06:03 |
| 4 | penalty of perjury as if you were testifying in a | 11:06:07 |
| 5 | Court of Law? | 11:06:10 |
| 6 | A.  Yes. | 11:06:11 |
| 7 | Q.  Do you have any documents with you right | 11:06:14 |
| 8 | now? | 11:06:17 |
| 9 | A.  No. | 11:06:18 |
| 10 | Q.  And on -- on your screen, do you have | 11:06:20 |
| 11 | anything open other than the Zoom, any chat or | 11:06:22 |
| 12 | messaging applications? | 11:06:26 |
| 13 | A.  No.  The only app I have open is the Zoom | 11:06:27 |
| 14 | app and then a completely blank desktop behind it. | 11:06:30 |
| 15 | Q.  Is there anything that would prevent you | 11:06:35 |
| 16 | from thinking clearly and testifying truthfully | 11:06:37 |
| 17 | today? | 11:06:39 |
| 18 | A.  No. | 11:06:41 |
| 19 | Q.  Dr. Turnbull, you submitted a claim | 11:06:51 |
| 20 | construction declaration in this case, correct? | 11:06:53 |
| 21 | A.  Yes. | 11:06:56 |
| 22 | Q.  Who wrote your claim construction | 11:06:59 |
| 23 | declaration? | 11:07:01 |
| 24 | MR. BRIGHT:  Objection:  Form. | 11:07:08 |
| 25 | THE WITNESS:  I suspect that I typed a | 11:07:08 |

| | | |
|---|---|---|
| 1 | great deal of it, but some of the counsel that's here | 11:07:09 |
| 2 | with us today put in some pieces, but it was all | 11:07:13 |
| 3 | under my direction.  It represents all of my thoughts | 11:07:18 |
| 4 | and opinions and I stand behind everything in the | 11:07:21 |
| 5 | declaration. | 11:07:23 |
| 6 | Q. (BY MR. WANG)  Did the attorneys provide | 11:07:24 |
| 7 | you a first draft of your declaration? | 11:07:25 |
| 8 | A.  I don't recall who had the template | 11:07:33 |
| 9 | first.  I think it was possibly a blank template that | 11:07:35 |
| 10 | was sent to me that I began filling in. | 11:07:39 |
| 11 | Q.  When were you retained to work on this | 11:07:43 |
| 12 | case? | 11:07:45 |
| 13 | A.  I don't recall. | 11:07:49 |
| 14 | Q.  You don't have any idea? | 11:07:51 |
| 15 | A.  No, I really don't remember. | 11:07:52 |
| 16 | Q.  When did you start working on your | 11:07:54 |
| 17 | declaration? | 11:07:56 |
| 18 | A.  Sometime before it was due, maybe up to | 11:08:00 |
| 19 | two months before then, probably more work as we got | 11:08:04 |
| 20 | closer to the deadline. | 11:08:08 |
| 21 | Q.  Do you recall how many hours you spent | 11:08:11 |
| 22 | preparing your declaration? | 11:08:13 |
| 23 | A.  No.  And I should have guessed that you | 11:08:16 |
| 24 | would ask that, but I didn't think about that. | 11:08:18 |
| 25 | Q.  Do you have any idea? | 11:08:22 |

| | | |
|---|---|---|
| 1 | A. Not really. Less than a hundred, I'm | 11:08:28 |
| 2 | sure of that. | 11:08:31 |
| 3 | Q. More than 10 hours? | 11:08:34 |
| 4 | A. Oh, for sure. | 11:08:36 |
| 5 | Q. What did you do to prepare for this | 11:08:43 |
| 6 | deposition? | 11:08:46 |
| 7 | A. I reviewed the patent specification, the | 11:08:48 |
| 8 | claims, the file history for the patents, my | 11:08:51 |
| 9 | declaration; and I think the references, I cite some | 11:08:58 |
| 10 | computer dictionaries, I looked at those; and then | 11:09:04 |
| 11 | last Friday, I spent some time talking with Counsel | 11:09:08 |
| 12 | in preparation for today. | 11:09:12 |
| 13 | Q. Okay. When you say the "references you | 11:09:15 |
| 14 | cite," do you mean the computer dictionaries? | 11:09:20 |
| 15 | A. Exactly right. | 11:09:23 |
| 16 | Q. Any other references? | 11:09:26 |
| 17 | A. Nothing else comes to mind. | 11:09:36 |
| 18 | Q. And were they all dictionaries for the | 11:09:37 |
| 19 | term "agent"? | 11:09:39 |
| 20 | A. I think that's right, yes. | 11:09:41 |
| 21 | Q. And you don't recall if there were any | 11:09:43 |
| 22 | other terms? | 11:09:45 |
| 23 | A. No. If we begin discussing them and it | 11:09:47 |
| 24 | comes to mind, I will let you know, but I remember | 11:09:52 |
| 25 | that specifically. | 11:09:55 |

| | | |
|---|---|---|
| 1 | Q.  And who did you speak with on Friday in | 11:09:56 |
| 2 | preparation for your deposition? | 11:10:07 |
| 3 | A.  Mr. Bright, Mr. Jang, and maybe some | 11:10:09 |
| 4 | other counsel as well that's present today. | 11:10:11 |
| 5 | Q.  And how long was that meeting? | 11:10:13 |
| 6 | A.  Part of an afternoon, part of a Friday | 11:10:22 |
| 7 | afternoon. | 11:10:25 |
| 8 | Q.  An hour, two hours? | 11:10:27 |
| 9 | A.  I would think a little more than two | 11:10:28 |
| 10 | hours. | 11:10:31 |
| 11 | Q.  Was that meeting via Zoom? | 11:10:39 |
| 12 | A.  Some video technology, I don't remember | 11:10:42 |
| 13 | if it was zoom or WebEx. | 11:10:44 |
| 14 | Q.  Thank you, Dr. Turnbull.  I will go ahead | 11:10:54 |
| 15 | and introduce your -- your declaration as an exhibit, | 11:10:56 |
| 16 | and so I will go ahead and send that as Exhibit 1. | 11:10:59 |
| 17 | (Exhibit 1 marked) | 11:11:03 |
| 18 | Q.  (BY MR. WANG)  And then I will also send | 11:11:03 |
| 19 | your C.V. that was provided along with your | 11:11:05 |
| 20 | declaration, so I will send those first two exhibits | 11:11:08 |
| 21 | via the chat. | 11:11:13 |
| 22 | (Exhibit 2 marked) | 11:11:14 |
| 23 | Q.  (BY MR. WANG)  Would you please download | 11:11:15 |
| 24 | and then open the first exhibit. | 11:11:32 |
| 25 | A.  I have got it and I pulled it up, so I | 11:11:37 |

| | | |
|---|---|---|
| 1 | think I'm with you, we're in sync. | 11:11:41 |
| 2 | Q. Okay. So I'm going to introduce as | 11:11:43 |
| 3 | Exhibits 1 and 2, in order, of Dr. Turnbull's | 11:11:45 |
| 4 | deposition. Exhibit 1 is the declaration of Don | 11:11:49 |
| 5 | Turnbull, Ph.D. dated April 29th, 2024, and the | 11:11:54 |
| 6 | document is 20 pages. | 11:12:04 |
| 7 | Do you have this exhibit open right now, | 11:12:07 |
| 8 | Dr. Turnbull? | 11:12:10 |
| 9 | A. Yeah, I downloaded it and I've got it | 11:12:11 |
| 10 | open right now. | 11:12:14 |
| 11 | Q. Does this appear to be a true and correct | 11:12:15 |
| 12 | copy of the claim construction declaration you | 11:12:18 |
| 13 | submitted in this case? | 11:12:22 |
| 14 | A. It sure looks like it. | 11:12:24 |
| 15 | Q. And then could you open Exhibit 2? | 11:12:26 |
| 16 | A. Okay, I didn't see that posted to the | 11:12:33 |
| 17 | chat yet. | 11:12:35 |
| 18 | Q. I sent it the same time as Exhibit 1. | 11:12:40 |
| 19 | A. Oh, okay. | 11:12:42 |
| 20 | Q. So it should be right next to it or right | 11:12:44 |
| 21 | below it. | 11:12:51 |
| 22 | A. I see it now. I have downloaded it, and | 11:12:52 |
| 23 | I've got it open here. So I'm in sync with you with | 11:13:01 |
| 24 | that as well. | 11:13:04 |
| 25 | Q. All right. So I'm introducing as | 11:13:05 |

| | | |
|---|---|---|
| 1 | Exhibit 2 a document entitled Don Turnbull, Ph.D., | 11:13:07 |
| 2 | which is your C.V. that was submitted along with the | 11:13:14 |
| 3 | declaration.  It is a 10-page document. | 11:13:19 |
| 4 | Dr. Turnbull, does that appear to be a | 11:13:24 |
| 5 | true and correct copy of your C.V. that was submitted | 11:13:26 |
| 6 | along with your declaration? | 11:13:29 |
| 7 | A.  Yes, it looks like it. | 11:13:31 |
| 8 | Q.  Okay.  You can close Exhibit 2 for now. | 11:13:33 |
| 9 | Dr. Turnbull, does your declaration | 11:13:43 |
| 10 | Exhibit 1 contain a complete statement of your claim | 11:13:45 |
| 11 | construction opinions in this case? | 11:13:48 |
| 12 | A.  Currently, yes. | 11:13:53 |
| 13 | Q.  Have you formed additional opinions since | 11:13:57 |
| 14 | you submitted a declaration? | 11:13:59 |
| 15 | MR. BRIGHT:  Objection:  Form. | 11:14:08 |
| 16 | THE WITNESS:  Nothing comes to mind. | 11:14:08 |
| 17 | Q. (BY MR. WANG)  Why do you say "currently," | 11:14:09 |
| 18 | then? | 11:14:11 |
| 19 | A.  I guess I may have thoughts at some other | 11:14:14 |
| 20 | point on these terms or other terms if I'm asked to | 11:14:17 |
| 21 | give an opinion on them. | 11:14:21 |
| 22 | Q.  Okay.  Sitting here, do you have any | 11:14:23 |
| 23 | corrections to your claim construction declaration? | 11:14:26 |
| 24 | A.  No, not really.  I think one of the | 11:14:29 |
| 25 | figures maybe should be centered together, but that | 11:14:40 |

1   is just a minor formatting thing.                    11:14:44

2        Q.   Okay.  But apart from that issue about    11:14:46

3   centering a figure, do you have any corrections or   11:14:49

4   changes to your declaration?                         11:14:51

5        A.   Nothing I can think of.  If we see        11:14:54

6   something as we go along, I will let you know.       11:14:57

7        Q.   Sitting here, do you have any additional  11:15:01

8   opinions to add to your report?                      11:15:03

9        A.   Not sitting here today, no.               11:15:10

10       Q.   So you don't intend to offer any opinions 11:15:15

11  outside your report?                                 11:15:17

12       A.   Unless I'm asked to.                       11:15:21

13       Q.   Do you think it's appropriate to offer    11:15:31

14  additional opinions in a deposition that aren't in   11:15:33

15  your report?                                         11:15:35

16            MR. BRIGHT:  Objection:  Form.             11:15:36

17            THE WITNESS:  I'm not an attorney, if      11:15:37

18  someone asks me a question, I will do my best to     11:15:38

19  answer it or do research required to answer a        11:15:41

20  question.                                            11:15:43

21       Q.  (BY MR. WANG)  Can you please turn to       11:15:48

22  paragraph 19 of your declaration.                    11:15:49

23       A.   Okay.  Okay.  And so that's paragraph 19   11:15:57

24  on page eight of my report?                          11:15:59

25       Q.   Yes.  And would you prefer if I refer to   11:16:01

| | | |
|---|---|---|
| 1 | it by page number?  I found that paragraph number is | 11:16:10 |
| 2 | more -- more specific. | 11:16:13 |
| 3 | A.  I think paragraph number is fine.  I | 11:16:14 |
| 4 | thought it would be good just at the beginning to get | 11:16:16 |
| 5 | one level set for where we're at. | 11:16:19 |
| 6 | Q.  So I will start with on page eight of | 11:16:22 |
| 7 | your declaration, paragraph 19.  And I may -- in | 11:16:24 |
| 8 | general, I will refer to paragraph numbers of your | 11:16:28 |
| 9 | declaration, but if you have trouble finding it and | 11:16:30 |
| 10 | need the page number, just let me know. | 11:16:34 |
| 11 | So in paragraph 19, you say that in | 11:16:37 |
| 12 | preparation for this declaration, you reviewed the | 11:16:39 |
| 13 | '733, '117 and '192 patents and their prosecution | 11:16:42 |
| 14 | histories and the parties' proposed constructions, | 11:16:46 |
| 15 | correct? | 11:16:49 |
| 16 | A.  That's right.  And per your question | 11:16:50 |
| 17 | earlier, I did look at the proposed constructions | 11:16:51 |
| 18 | from the complaint.  I had forgotten about that. | 11:16:54 |
| 19 | Q.  What do you mean the proposed | 11:16:59 |
| 20 | constructions from the complaint? | 11:17:01 |
| 21 | A.  I -- at least my memory is the | 11:17:04 |
| 22 | constructions were in some court documents, so I | 11:17:07 |
| 23 | think of it as the complaint. | 11:17:09 |
| 24 | Q.  So there is some court document, and in | 11:17:16 |
| 25 | your mind, you think of it as the complaint, correct? | 11:17:19 |

| | |
|---|---|
| 1 | A.  Yeah, just the court document. | 11:17:22 |
| 2 | Q.  Anything else other than what's described | 11:17:28 |
| 3 | in paragraph 19? | 11:17:33 |
| 4 | A.  Other than the computer dictionaries that | 11:17:37 |
| 5 | we discussed earlier. | 11:17:40 |
| 6 | Q.  Okay.  So the computer dictionaries is | 11:17:41 |
| 7 | not mentioned in this paragraph, but you would | 11:17:46 |
| 8 | include it there? | 11:17:49 |
| 9 | A.  It is something that I reviewed. | 11:17:51 |
| 10 | Q.  Okay.  And as we talked about before, | 11:17:53 |
| 11 | those were the few dictionary definitions for the | 11:17:57 |
| 12 | word "agent" correct? | 11:18:01 |
| 13 | A.  That's correct. | 11:18:04 |
| 14 | Q.  Anything else that -- other than what we | 11:18:07 |
| 15 | have discussed? | 11:18:09 |
| 16 | A.  Nothing else comes to mind right now. | 11:18:16 |
| 17 | Q.  Any other extrinsic evidence? | 11:18:20 |
| 18 | A.  Nothing else comes to mind right now. | 11:18:31 |
| 19 | Q.  How much time did you spend reviewing the | 11:18:40 |
| 20 | prosecution histories of the asserted patents? | 11:18:42 |
| 21 | A.  I really don't remember.  I remember | 11:18:49 |
| 22 | certainly scrolling through pieces of it, they're | 11:18:51 |
| 23 | quite large, and then probably doing some searches to | 11:18:55 |
| 24 | either find sections or key words and things like | 11:18:59 |
| 25 | that and then reading around there and then probably | 11:19:04 |

1   reviewing or scrolling through and looking at other        11:19:10

2   pieces of them as well.                                    11:19:13

3        Q.  You don't offer any opinions about the            11:19:15

4   prosecution histories, do you?                             11:19:17

5             MR. BRIGHT:  Objection:  Form.                    11:19:23

6             THE WITNESS:  I don't think I have                11:19:24

7   anything in this declaration.                              11:19:25

8        Q. (BY MR. WANG)  Are you aware one way or             11:19:30

9   the other whether there are pending or filed IPR           11:19:32

10  proceedings on the asserted patents?                       11:19:38

11       A.  No, I'm not.                                       11:19:42

12       Q.  You're not aware if they exist one way or         11:19:46

13  the other?                                                 11:19:49

14       A.  No.                                               11:19:49

15       Q.  So you did not consider any IPRs on the           11:19:50

16  asserted patents?                                          11:19:54

17            MR. BRIGHT:  Objection:  Form.                    11:19:57

18            THE WITNESS:  No.                                 11:19:57

19       Q. (BY MR. WANG)  And you did not consider            11:19:58

20  any materials from IPR proceedings on the asserted         11:20:01

21  patents?                                                   11:20:08

22       A.  I guess I couldn't have.  If I didn't             11:20:09

23  know there was an IPR, I wouldn't know any materials       11:20:11

24  would be related to that.                                  11:20:14

25       Q.  Did you consider any prior art references         11:20:26

| | | |
|---|---|---|
| 1 | in forming your opinions on the asserted patents? | 11:20:28 |
| 2 | MR. BRIGHT:  Objection:  Form. | 11:20:33 |
| 3 | THE WITNESS:  I don't recall doing that. | 11:20:35 |
| 4 | Q. (BY MR. WANG)  Did you review any prior | 11:20:39 |
| 5 | art references in offering your opinions in your | 11:20:40 |
| 6 | declaration? | 11:20:44 |
| 7 | A.  I don't recall doing that either. | 11:20:48 |
| 8 | Q.  Can we jump to paragraph 30 of your | 11:21:06 |
| 9 | report where you state "the level of ordinary skill | 11:21:08 |
| 10 | in the art." | 11:21:10 |
| 11 | A.  I'm with you. | 11:21:12 |
| 12 | Q.  Okay.  What would you say is the field of | 11:21:13 |
| 13 | the asserted patents? | 11:21:25 |
| 14 | A.  I would say broadly information systems, | 11:21:29 |
| 15 | but I think computer science fits well that we have | 11:21:32 |
| 16 | here.  In terms of what a degree could be composed | 11:21:36 |
| 17 | of, we have computer science, electrical engineering | 11:21:40 |
| 18 | or related field, and that's in there because, as you | 11:21:45 |
| 19 | know, you know, different schools have different | 11:21:49 |
| 20 | focus depending on the degree name. | 11:21:53 |
| 21 | You know, for example, UT Austin even has | 11:21:56 |
| 22 | something in between computer science and electrical | 11:22:00 |
| 23 | engineering I think called computer and electrical | 11:22:02 |
| 24 | engineering or CEC.  So just the variance of those | 11:22:06 |
| 25 | type of degrees I think all fit in here.  But again, | 11:22:11 |

| | | |
|---|---|---|
| 1 | also information systems, it could be that a related | 11:22:14 |
| 2 | field is some kind of maybe even industrial systems | 11:22:18 |
| 3 | engineering, something like that as well. | 11:22:21 |
| 4 | Q.  Just an example, a related field would be | 11:22:27 |
| 5 | industrial systems engineering -- | 11:22:30 |
| 6 | A.  Yes, that would -- | 11:22:31 |
| 7 | Q.  -- probably? | 11:22:32 |
| 8 | A.  -- that could be one example. | 11:22:33 |
| 9 | Q.  In paragraph 30 you say "three to five | 11:22:36 |
| 10 | years of experience in services and application | 11:22:39 |
| 11 | implementation and communication networks." | 11:22:42 |
| 12 | Do you see that? | 11:22:44 |
| 13 | A.  Yes. | 11:22:45 |
| 14 | Q.  What do you mean by that? | 11:22:49 |
| 15 | A.  Just generally a broad statement to give | 11:22:50 |
| 16 | us kind of a framework.  "Services" I think broadly | 11:22:52 |
| 17 | would be information services, or, you know, we have | 11:22:58 |
| 18 | a term now called "softwares of service" that I guess | 11:23:01 |
| 19 | is an industry term for applications and how they | 11:23:05 |
| 20 | might work with a server or be run exclusively on a | 11:23:08 |
| 21 | server; and then "application implementation" would | 11:23:13 |
| 22 | mean building the application or doing the | 11:23:16 |
| 23 | programming required to build part of the | 11:23:21 |
| 24 | application. | 11:23:24 |
| 25 | You know, applications now can be so | 11:23:24 |

| | | |
|---|---|---|
| 1 | large that, you know, it is not one person that could | 11:23:26 |
| 2 | do it, you may be part of a team, so you may have | 11:23:29 |
| 3 | some skills related to part of that implementation. | 11:23:33 |
| 4 | Q. And is that a fair description of the | 11:23:37 |
| 5 | field of the asserted patents? | 11:23:38 |
| 6 | A. Yeah, I would say so. | 11:23:41 |
| 7 | Q. Do you know what the priority date of the | 11:23:51 |
| 8 | asserted patents is? | 11:23:53 |
| 9 | A. 2009 or 2010. | 11:24:04 |
| 10 | Q. That's your understanding of the time | 11:24:06 |
| 11 | frame? | 11:24:07 |
| 12 | A. That is just my -- my memory of it, yes. | 11:24:07 |
| 13 | Q. And I don't believe you have a date in | 11:24:10 |
| 14 | the -- in paragraph 30 or that nearby sections. | 11:24:12 |
| 15 | Would that be the date that you're applying? | 11:24:15 |
| 16 | A. Yes. | 11:24:23 |
| 17 | Q. And correct me if you see the date | 11:24:23 |
| 18 | somewhere, but I don't see it here in paragraphs 20 | 11:24:35 |
| 19 | to 30. | 11:24:39 |
| 20 | A. No, I don't have a date in there. That | 11:24:39 |
| 21 | is just my rough recall of what the priority date for | 11:24:41 |
| 22 | I think what the earliest patent was. | 11:24:45 |
| 23 | Q. But the understanding that you're | 11:24:49 |
| 24 | applying for a person of skill would be of that time | 11:24:51 |
| 25 | frame? | 11:24:53 |

| | | |
|---|---|---|
| 1 | A. Yes, so the priority date. | 11:24:56 |
| 2 | Q. Would you say that -- persons who would | 11:25:09 |
| 3 | have at least a bachelor's degree and then three to | 11:25:11 |
| 4 | five years of experience, how did you come up with | 11:25:13 |
| 5 | the three to five years as opposed to one to two, for | 11:25:16 |
| 6 | example? | 11:25:22 |
| 7 | A. I don't remember if it was suggested to | 11:25:24 |
| 8 | me. It just seemed to fit with some skills and | 11:25:25 |
| 9 | experience. As I say here, I satisfied these | 11:25:29 |
| 10 | qualifications, I exceed them, but I was trying to | 11:25:34 |
| 11 | think of people that have worked for me or I've been, | 11:25:37 |
| 12 | you know, directing in similar tasks or students that | 11:25:43 |
| 13 | I had, mostly graduate students, and what their | 11:25:46 |
| 14 | skills were like and how that matched up to what I'm | 11:25:50 |
| 15 | saying here a person of skill would have. So it is | 11:25:55 |
| 16 | based on those thoughts. | 11:25:57 |
| 17 | Q. Okay. And in paragraph 29, you have some | 11:26:02 |
| 18 | factors that may be considered in determining the | 11:26:05 |
| 19 | level of skill. Were any of those factors | 11:26:10 |
| 20 | significant in supporting your opinion or belief that | 11:26:14 |
| 21 | a POSITA would have three to five years of work | 11:26:20 |
| 22 | experience? | 11:26:23 |
| 23 | A. Yeah, I think they all have some | 11:26:24 |
| 24 | influence there. You know, part of the skills and | 11:26:27 |
| 25 | experience would be understanding, as I say here, you | 11:26:30 |

1    know, what existed before then, so prior art                    11:26:34

2    solutions, understanding the technologies, therefore            11:26:37

3    the innovations and which might be more appropriate.            11:26:45

4    Something very recent might be not as well proven, so            11:26:48

5    you might want to rely on something else.                       11:26:54

6            So it is understanding the pace of                      11:26:56

7    innovation with this type of technology, how                    11:26:59

8    complicated the technology might be, and that's kind            11:27:02

9    of the technology environment at large, and then               11:27:05

10   again, what kind of education level that someone may            11:27:07

11   have and how that informs this in terms of their                11:27:10

12   skills.                                                         11:27:13

13       Q.  Thank you, Dr. Turnbull.  So I'm going to               11:27:18

14   introduce another exhibit and I will send it in the            11:27:21

15   chat, so could you please download it and open it.             11:27:26

16              (Exhibit 3 marked)                                   11:27:31

17       THE WITNESS:  So this is Exhibit 3 and I                    11:27:44

18   have it open here.                                              11:27:46

19       Q.  (BY MR. WANG)  All right.  So I'm                       11:27:48

20   introducing it as Exhibit 3, "Samsung's PR4-2                   11:27:50

21   Preliminary Claim Constructions and Extrinsic                   11:27:57

22   Evidence."  It's a 10-page document, and this                   11:28:00

23   document is dated March 28th, 2024.                             11:28:03

24            Dr. Turnbull, did I accurately read the                11:28:11

25   title of the document?                                          11:28:17

| 1 | A. You might have. I was just looking at | 11:28:20 |
| 2 | the document. I don't even see that date at the | 11:28:22 |
| 3 | beginning. It must be at the end of document. | 11:28:25 |
| 4 | Q. Sure. We will look at that in a second, | 11:28:27 |
| 5 | but could you look at the title and confirm -- or | 11:28:29 |
| 6 | read the title. | 11:28:34 |
| 7 | A. Sure. I think the title says "Samsung's | 11:28:36 |
| 8 | PR4-2 Preliminary Claim Constructions and Extrinsic | 11:28:40 |
| 9 | Evidence." | 11:28:46 |
| 10 | Q. And then if you turn to page nine of the | 11:28:48 |
| 11 | document, do you see the date March 28th -- | 11:28:51 |
| 12 | March 28th, 2024, and it is signed by your counsel, | 11:28:54 |
| 13 | Mr. Bright, who is in this deposition? | 11:29:00 |
| 14 | A. I see that on page 10, March 28th. | 11:29:04 |
| 15 | Q. Have you seen this document before? | 11:29:11 |
| 16 | A. I don't recall. I certainly have seen | 11:29:17 |
| 17 | things in tables like this. And the formatting is so | 11:29:19 |
| 18 | generic, it doesn't elicit a memory. | 11:29:22 |
| 19 | Q. Okay. You testified before that you had | 11:29:25 |
| 20 | reviewed information about constructions and I | 11:29:28 |
| 21 | believe you called it in the "complaint." | 11:29:32 |
| 22 | Was this the document or type of document | 11:29:39 |
| 23 | you were referring to? | 11:29:41 |
| 24 | A. Yes. | 11:29:42 |
| 25 | Q. And so it may have been this document or | 11:29:43 |

| | | |
|---|---|---|
| 1 | something like this that you were -- that you | 11:29:47 |
| 2 | reviewed and that you were referring to? | 11:29:50 |
| 3 | A.  Yes. | 11:29:52 |
| 4 | Q.  Can you please turn to page four of the | 11:29:58 |
| 5 | document. | 11:30:01 |
| 6 | A.  Okay, I'm with you. | 11:30:01 |
| 7 | Q.  Do you see that on page four, there is a | 11:30:03 |
| 8 | table for the '733 Patent? | 11:30:06 |
| 9 | A.  Yes, I see that. | 11:30:09 |
| 10 | Q.  And that it identifies 13 claim terms? | 11:30:14 |
| 11 | A.  Yes, following onto the next page. | 11:30:17 |
| 12 | Q.  Let me ask you a separate question first, | 11:30:29 |
| 13 | Dr. Turnbull.  You've been involved in a lot of | 11:30:31 |
| 14 | patent litigation, correct? | 11:30:33 |
| 15 | A.  Yeah, a significant amount, yes. | 11:30:37 |
| 16 | Q.  How -- how many cases -- I think you said | 11:30:39 |
| 17 | you testified in more than 36, but your involvement? | 11:30:43 |
| 18 | A.  It's possible that some of the | 11:30:52 |
| 19 | depositions or testimony were for multiple ones for | 11:30:54 |
| 20 | the same case, so maybe not a pure total of 36 with | 11:30:59 |
| 21 | one-on-one ratio, but I've been involved in more | 11:31:04 |
| 22 | litigation than that over the past dozen or so years. | 11:31:07 |
| 23 | Q.  So probably more than 50 cases, would you | 11:31:14 |
| 24 | say? | 11:31:17 |
| 25 | A.  Maybe about that, about 50. | 11:31:21 |

| | | |
|---|---|---|
| 1 | Q. And have you represented both defendants | 11:31:23 |
| 2 | or accused infringers and patent owners? | 11:31:29 |
| 3 | A. Yes, both. | 11:31:34 |
| 4 | Q. What percentages about? | 11:31:35 |
| 5 | A. I would say maybe in terms of total work, | 11:31:44 |
| 6 | probably 80 percent defendants, but sometimes that | 11:31:46 |
| 7 | would also be the patent owners. I have defended a | 11:31:57 |
| 8 | patent owner in an IPR, so that's both an IPR and a | 11:32:04 |
| 9 | defendant that's a patent owner, as opposed to a | 11:32:08 |
| 10 | plaintiff. | 11:32:10 |
| 11 | Q. And you have several of your own patents, | 11:32:10 |
| 12 | correct? | 11:32:12 |
| 13 | A. I have one and I think a couple of | 11:32:14 |
| 14 | pending patents as well. | 11:32:16 |
| 15 | Q. Do you understand that in patent | 11:32:18 |
| 16 | litigation, the plaintiff or patent owner always | 11:32:19 |
| 17 | asserts that the patent is infringed and valid? | 11:32:22 |
| 18 | MR. BRIGHT: Objection to form. | 11:32:28 |
| 19 | THE WITNESS: I'm not sure I understood | 11:32:30 |
| 20 | the question. | 11:32:31 |
| 21 | Q. (BY MR. WANG) Oh. Do you understand that | 11:32:33 |
| 22 | in patent litigation, the plaintiff or patent owner, | 11:32:35 |
| 23 | they always assert that the patent is infringed and | 11:32:37 |
| 24 | valid? | 11:32:41 |
| 25 | MR. BRIGHT: Objection: Form. | 11:32:44 |

| | | |
|---|---|---|
| 1 | THE WITNESS:  I can't think of something | 11:32:47 |
| 2 | I have been involved that's an exception to that, so | 11:32:48 |
| 3 | that seems generally something, yes, that I have | 11:32:52 |
| 4 | seen. | 11:32:54 |
| 5 | Q. (BY MR. WANG)  And do you understand that | 11:32:56 |
| 6 | in patent litigation, defendants or accused | 11:32:57 |
| 7 | infringers always assert that the patent is not | 11:33:00 |
| 8 | infringed and invalid? | 11:33:03 |
| 9 | MR. BRIGHT:  Objection to form. | 11:33:07 |
| 10 | THE WITNESS:  I don't know if that's | 11:33:09 |
| 11 | always the case.  In my experience, I think that's | 11:33:10 |
| 12 | mostly what I have dealt with. | 11:33:14 |
| 13 | Q. (BY MR. WANG)  Okay.  Have you ever seen a | 11:33:16 |
| 14 | patent or heard of a patent where more than three | 11:33:22 |
| 15 | terms in the patent were found to be indefinite? | 11:33:24 |
| 16 | MR. BRIGHT:  Objection to form. | 11:33:35 |
| 17 | THE WITNESS:  Yes, I would think so. | 11:33:35 |
| 18 | Q. (BY MR. WANG)  Okay.  What examples do you | 11:33:37 |
| 19 | have? | 11:33:37 |
| 20 | A.  Oh, gosh, I just have worked on too many, | 11:33:38 |
| 21 | but I think it's very likely that I have worked on | 11:33:42 |
| 22 | some with many terms marked as indefinite. | 11:33:45 |
| 23 | Q.  Found by -- by the Court or a jury to be | 11:33:50 |
| 24 | indefinite is my question. | 11:33:54 |
| 25 | A.  Oh, yeah, I just don't have any recall of | 11:33:56 |

| | |
|---|---|
| 1 | that.  It is likely that it could have happened in | 11:33:59 |
| 2 | something I have worked on or something that I had | 11:34:03 |
| 3 | read about, but nothing comes to mind sitting here | 11:34:05 |
| 4 | today. | 11:34:08 |
| 5 | Q.  Yeah, I'm not asking you to speculate. | 11:34:08 |
| 6 | So I'm asking you:  Do you have any | 11:34:10 |
| 7 | recollection or have -- do you remember or have you | 11:34:14 |
| 8 | heard of a patent where more than three terms in the | 11:34:18 |
| 9 | patent were found by the Court or a jury to be | 11:34:21 |
| 10 | indefinite? | 11:34:24 |
| 11 | MR. BRIGHT:  Objection to form. | 11:34:27 |
| 12 | THE WITNESS:  I just don't have a memory | 11:34:28 |
| 13 | of -- of that kind of thing. | 11:34:29 |
| 14 | Q. (BY MR. WANG)  The same question for more | 11:34:31 |
| 15 | than two terms? | 11:34:32 |
| 16 | A.  Yeah, I just don't remember any rulings. | 11:34:36 |
| 17 | Things that I have worked on, I have just kind of | 11:34:39 |
| 18 | taken out of my memory.  You know, going back as far | 11:34:43 |
| 19 | as I've been doing this type of work, I just don't | 11:34:46 |
| 20 | remember. | 11:34:48 |
| 21 | Q.  So, sitting here, you can't remember any | 11:34:49 |
| 22 | instances where more than two terms of the patent | 11:34:52 |
| 23 | were found to be indefinite? | 11:34:57 |
| 24 | A.  No, nothing comes to mind. | 11:35:00 |
| 25 | Q.  Let's turn to page five.  On page five | 11:35:04 |

1    there were -- this is a table for the '117 Patent.        11:35:07

2              Do you see that?                                11:35:13

3         A.   It looks like it begins on page five,          11:35:14

4    yes.                                                      11:35:19

5         Q.   And do you see that beginning on page          11:35:19

6    five, there is eight terms for the '117 Patent?          11:35:21

7         A.   I see that, yes.                               11:35:29

8         Q.   Okay.  And then let's turn to the table        11:35:30

9    that begins on page six for the '192 Patent.             11:35:38

10              And do you see that this lists six terms?     11:35:40

11         A.   Yes.                                           11:35:44

12         Q.   And so among these three tables for three     11:35:44

13    patents, it lists a total of 13, plus eight, plus six   11:35:51

14    terms, correct?                                          11:36:03

15         A.   It looks like individually that's            11:36:07

16    correct.  It looks like this may be some overlap and    11:36:08

17    pieces of the terms as well.                             11:36:13

18         Q.   So how many distinct rows of the terms        11:36:15

19    are there total, if you add that up?                    11:36:18

20         A.   27.  27 terms.                                 11:36:26

21         Q.   That are identified by Samsung in this        11:36:29

22    pleading, right?                                         11:36:32

23         A.   I think that's what we have got for this,     11:36:33

24    yes.                                                     11:36:35

25         Q.   And do you see that for every term, for       11:36:35

1    all 27 terms, Samsung's proposed construction is          11:36:37

2    indefinite?                                               11:36:41

3           A.   That's what I see here, yes.                  11:36:48

4           Q.   All right.  And then on the far right         11:36:50

5    table, it also lists out extrinsic evidence, and do       11:36:52

6    you see that there is one reference to extrinsic          11:37:04

7    evidence in the first row and that's repeated in the      11:37:09

8    first row for all three tables with the same              11:37:12

9    citation?                                                 11:37:18

10          A.   I do see that.                                11:37:19

11          Q.   And there is no other extrinsic evidence      11:37:21

12   for that row -- for those rows, right?                    11:37:28

13          A.   Just what's in the table.                     11:37:30

14          Q.   And for all of the -- the other rows, for     11:37:32

15   the other 24 terms, there is no extrinsic evidence,       11:37:35

16   right?                                                    11:37:40

17               MR. BRIGHT:  Objection to form.               11:37:42

18               THE WITNESS:  Yeah, just what we see           11:37:43

19   here.                                                     11:37:44

20          Q.   (BY MR. WANG)  And then on page seven, it     11:37:45

21   states that Samsung identifies one or more experts        11:37:52

22   who may testify regarding the infringed patents.          11:37:55

23               Do you see that?                              11:38:00

24          A.   I do.                                         11:38:00

25          Q.   All right.  Let me introduce another          11:38:01

| | | |
|---|---|---|
| 1 | exhibit.  You can close Exhibit 3.  I will send it in | 11:38:03 |
| 2 | the chat. | 11:38:16 |
| 3 | (Exhibit 4 marked) | 11:38:17 |
| 4 | THE WITNESS:  Oh, there it is.  Okay, I | 11:38:25 |
| 5 | have got Exhibit 4 open. | 11:38:37 |
| 6 | Q. (BY MR. WANG)  Okay.  So I'm going to | 11:38:38 |
| 7 | introduce as Exhibit 4 a document entitled "Samsung's | 11:38:40 |
| 8 | PR4-2 Preliminary Claim Constructions and Extrinsic | 11:38:43 |
| 9 | Evidence," and from -- it is a 10-page document, and | 11:38:51 |
| 10 | from page seven of this document, it is dated | 11:38:54 |
| 11 | April 19th, 2024. | 11:38:57 |
| 12 | Do you see that? | 11:39:06 |
| 13 | A.  I see that, yes. | 11:39:08 |
| 14 | Q.  Does this appear to be a later version of | 11:39:10 |
| 15 | the same document that -- that we looked at before, | 11:39:14 |
| 16 | Exhibit 3? | 11:39:16 |
| 17 | A.  A quick glance looks like it's very | 11:39:30 |
| 18 | similar, yes, and it's got a later date. | 11:39:33 |
| 19 | Q.  Okay.  And can you look like at the | 11:39:37 |
| 20 | tables starting on page four. | 11:39:42 |
| 21 | A.  Okay, I'm with you. | 11:39:49 |
| 22 | Q.  Okay.  And do these appear to be the same | 11:39:51 |
| 23 | as what we looked at before? | 11:39:54 |
| 24 | A.  Without putting them side by side, it | 11:40:00 |
| 25 | does look very similar. | 11:40:02 |

| | | |
|---|---|---|
| 1 | Q. And the first table for the '733 Patent, | 11:40:04 |
| 2 | it has 13 terms for the second table; on the '117 | 11:40:09 |
| 3 | Patent, it has eight terms; and for the third table | 11:40:13 |
| 4 | on the '192 Patent is three terms. | 11:40:17 |
| 5 | Do you see that? | 11:40:19 |
| 6 | A. I think the last table has six terms. | 11:40:21 |
| 7 | Q. Oh, six terms, I'm sorry, yeah. | 11:40:24 |
| 8 | So it appears to have same number of | 11:40:26 |
| 9 | terms that we counted before? | 11:40:28 |
| 10 | A. Yes. | 11:40:31 |
| 11 | Q. And then on page seven, it has your name. | 11:40:31 |
| 12 | It says "Samsung identifies one or more experts, | 11:40:37 |
| 13 | including Don Turnbull, Ph.D." | 11:40:40 |
| 14 | Do you see that? | 11:40:44 |
| 15 | A. I do see that. | 11:40:44 |
| 16 | Q. Okay. We can close Exhibit 4. | 11:40:45 |
| 17 | Oh, but before we close it, does looking | 11:40:52 |
| 18 | at this refresh your recollection about if this was | 11:40:56 |
| 19 | one of the documents you reviewed in preparing for | 11:40:58 |
| 20 | your deposition or in preparing your declaration? | 11:41:02 |
| 21 | A. Again, it looks very similar, the | 11:41:06 |
| 22 | formatting and the tables, so it's very likely that | 11:41:08 |
| 23 | this or the other one or both are things that I | 11:41:11 |
| 24 | reviewed. | 11:41:15 |
| 25 | Q. Okay. And any other documents that could | 11:41:15 |

1   have been or do you recall -- do you remember                 11:41:17

2   reviewing more than three documents?                          11:41:22

3          A.  I certainly looked at more than three              11:41:27

4   documents.                                                    11:41:30

5          Q.  I meant the court type of documents you            11:41:30

6   were referring to.                                            11:41:33

7          A.  Oh, I suspect I saw other court documents          11:41:35

8   as well, like I mentioned, the original complaint,            11:41:37

9   for one.  There probably were some others that had            11:41:39

10  the court formatting with, you know, the same type of         11:41:45

11  first page.                                                   11:41:48

12         Q.  Okay.  What else can you tell me about             11:41:52

13  those other documents you may or may not have                 11:41:54

14  reviewed?                                                     11:41:57

15         A.  Nothing comes to mind.                             11:41:58

16         Q.  Let's go back to your declaration.  Can            11:42:05

17  you turn to paragraph 19.                                     11:42:08

18         A.  Okay.  So we are back on Exhibit 1?                11:42:10

19         Q.  Yes, Exhibit 1.                                    11:42:12

20         A.  And paragraph 19, yes.                             11:42:14

21         Q.  And this is your "Materials Considered,"           11:42:16

22  correct?                                                      11:42:19

23         A.  That's right.                                      11:42:21

24         Q.  You didn't review -- you don't list               11:42:22

25  Headwater's infringement contentions here, do you?           11:42:27

1    A.   No, I don't know if that would be          11:42:29
2  included in the party's proposed constructions.  I   11:42:36
3  would guess the infringement contentions at least   11:42:39
4  imply some claim construction ideas or at least what  11:42:43
5  the claim terms are about.                          11:42:46
6    Q.   Okay.  Did you review Headwater's          11:42:49
7  infringement contentions?                           11:42:51
8    A.   It rings a bell, yes.                       11:42:54
9    Q.   Okay.  And you believe that that's         11:42:55
10 captured in the party's proposed constructions?    11:42:58
11   A.   I'm not sure if it comes to mind, now       11:43:04
12 that you have asked me that.                        11:43:08
13   Q.   Okay.  So how are we supposed to know       11:43:09
14 what you reviewed or didn't or what was in your     11:43:11
15 materials considered?  It sounds like what you have 11:43:14
16 here is not -- not correct.                         11:43:16
17       MR. BRIGHT:  Objection to form.              11:43:20
18       THE WITNESS:  I'm not sure.  This is what    11:43:25
19 I have in this declaration and I think we have      11:43:27
20 discussed the things that I looked at that I recall. 11:43:30
21 Mostly, again, for a lot of the court-related       11:43:33
22 documents, I remember looking at them and I remember 11:43:37
23 more about their formatting, again, the inclusion of 11:43:39
24 tables, for example.                                11:43:43
25       Q.   (BY MR. WANG)  Okay.  And so right now   11:43:43

1   your testimony is that you may have reviewed          11:43:49

2   Headwater's infringement contentions but you don't    11:43:52

3   remember?                                             11:43:54

4        A.  Yes, that's fine.                            11:43:55

5        Q.  Can you turn to paragraph 25 of your         11:44:05

6   report.                                               11:44:08

7        A.  Okay.                                        11:44:12

8        Q.  So, here, you state the legal standard       11:44:15

9   for indefiniteness.  Do you see that?                 11:44:19

10       A.  Yes.                                          11:44:22

11       Q.  Did you obtain this understanding from       11:44:24

12  counsel?                                              11:44:26

13       A.  I bet in part of the report, counsel gave    11:44:32

14  me the original text for, but I certainly looked at   11:44:37

15  issues related to this before.  So the origin of the  11:44:40

16  idea didn't come from counsel on this case, at least  11:44:44

17  to me.                                                11:44:46

18       Q.  Okay.  And so you feel like you              11:44:47

19  understand the legal standards set forth in that      11:44:53

20  paragraph?                                            11:44:55

21       MR. BRIGHT:  Objection to form.                  11:44:59

22       THE WITNESS:  With the caveat that I'm           11:45:02

23  not an attorney, that's me thinking about it as a     11:45:04

24  technical person, I think I have an understanding,    11:45:07

25  yes.                                                  11:45:10

| | | |
|---|---|---|
| 1 | Q. (BY MR. WANG)  And that was the | 11:45:10 |
| 2 | understanding that you applied in this case? | 11:45:10 |
| 3 | A.  Yes, what I had listed here, and then my | 11:45:14 |
| 4 | own skills and experience applied to that, yes. | 11:45:16 |
| 5 | Q.  Can you turn to the next paragraph, | 11:45:19 |
| 6 | paragraph 26. | 11:45:21 |
| 7 | A.  Okay. | 11:45:24 |
| 8 | Q.  Okay.  And I'm going to ask you the same | 11:45:24 |
| 9 | questions.  Did you obtain the legal understanding in | 11:45:27 |
| 10 | paragraph 26 from counsel? | 11:45:32 |
| 11 | A.  Can you ask that question again?  I was | 11:45:44 |
| 12 | just reading the paragraph. | 11:45:46 |
| 13 | Q.  Sure.  Did you obtain the legal | 11:45:47 |
| 14 | understanding or standards set forth in paragraph 26 | 11:45:49 |
| 15 | from counsel? | 11:45:51 |
| 16 | A.  I think I had an understanding of that | 11:45:56 |
| 17 | before this case.  This text I suspect I worked with | 11:45:57 |
| 18 | counsel to come up with, but I bet it's pretty | 11:46:02 |
| 19 | boilerplate.  So my -- this represents my | 11:46:05 |
| 20 | understanding, at least regarding this paragraph. | 11:46:09 |
| 21 | Q.  And so your testimony is that this is a | 11:46:13 |
| 22 | paragraph that you worked on together with counsel, | 11:46:15 |
| 23 | you know, drafted or assisted in drafting? | 11:46:19 |
| 24 | A.  Yeah, I don't remember who put what | 11:46:23 |
| 25 | together.  It is not likely I would have had this, it | 11:46:25 |

1   is probably some boilerplate, but certainly I read          11:46:27
2   through it; and if I had questions, I would have            11:46:31
3   discussed it with counsel, I don't recall if I did          11:46:33
4   that.                                                       11:46:35
5           Q.   Okay.  And so you have an understanding        11:46:36
6   of what's set forth in this paragraph?                      11:46:38
7           A.   Yes, I hope so.                                11:46:43
8           Q.   And it's what you -- you applied in -- in      11:46:45
9   giving your opinions in this case?                          11:46:48
10          A.   In addition to what this says with my          11:46:51
11  skills and experience applied, yes.                         11:46:54
12          Q.   What's your understanding of the phrase        11:46:58
13  "zone of uncertainty"?                                      11:46:59
14          A.   From my point of view, it's the breadth        11:47:13
15  of uncertainty about what's claimed, especially in          11:47:20
16  light of what's in the written description in the           11:47:33
17  background of the patent.                                   11:47:36
18          Q.   What do you mean the "breadth of               11:47:46
19  uncertainty"?                                               11:47:48
20          A.   Well, I was just trying to use a               11:47:49
21  different word than "zone."  I guess the idea there         11:47:53
22  is how broadly uncertain it is or could be based on         11:47:55
23  the context of what else is the patent.                     11:48:09
24          Q.   That phrase, "zone of uncertainty," did       11:48:13
25  you come up with that or was that from counsel?             11:48:16

1      A.  I suspect that may be a legal phrase, so          11:48:19
2  I don't think I invented that.                            11:48:22
3      Q.  Okay.  Do you know if it comes from a             11:48:24
4  case?                                                     11:48:27
5      A.  No, I don't know the origin of that.              11:48:32
6      Q.  You've said the word "breadth" or "broad"         11:48:34
7  a couple of times.  Do you understand that breadth is     11:48:37
8  not indefiniteness?                                       11:48:42
9          MR. BRIGHT:  Objection to form.                   11:48:45
10         THE WITNESS:  Oh, I do.  That wasn't what          11:48:45
11 I was referring to at all.                                11:48:48
12     Q.  (BY MR. WANG)  So you agree that the fact         11:48:49
13 that a claim term is broad does not make it               11:48:51
14 indefinite?                                               11:48:54
15         MR. BRIGHT:  Objection to form.                   11:48:56
16         THE WITNESS:  It probably depends on the           11:48:58
17 claim term and maybe the rest of the claim or at         11:48:59
18 least that part of the claim term.                        11:49:02
19     Q.  (BY MR. WANG)  So, yeah, I just want to          11:49:07
20 explore your understanding one way or the other.          11:49:09
21         So is it that breadth is indefiniteness           11:49:11
22 or it is not indefiniteness?                              11:49:16
23     A.  Oh, I don't think I was saying that               11:49:20
24 either way.  I was just using it as an example to try    11:49:21
25 to expand on the meaning of the zone of uncertainty      11:49:24

1   that you asked me about, and "zone" to me means an          11:49:28

2   area, not maybe a specific point; and that implies          11:49:32

3   breadth to me, as in not one specific thing.  You're        11:49:38

4   giving best effort to try to ascertain it, to attain        11:49:42

5   certainty, and so here we're discussing a zone of           11:49:46

6   uncertainty.                                                11:49:49

7           Q.  Okay.  So I'm not asking about                  11:49:50

8   uncertainty anymore.  I'm just talking about the word       11:49:52

9   "breadth."  Do you agree that breadth is not                11:49:54

10  uncertainty -- I -- I'm sorry, breadth is not               11:49:59

11  indefiniteness?                                             11:50:02

12          MR. BRIGHT:  Objection to form.                     11:50:04

13          THE WITNESS:  Well, unfortunately, that             11:50:08

14  is a pretty broad question.  It would depend on the         11:50:10

15  context of the term or the claim to know that for           11:50:13

16  certain or at least certainly for everything.               11:50:17

17          Q.  (BY MR. WANG)  Okay.  So your view is the       11:50:21

18  fact that a claim term is broad, that that alone can        11:50:25

19  make it indefinite?                                         11:50:28

20          A.  No, I don't think I said that.                  11:50:30

21          Q.  Okay.  Do you agree with that or not?           11:50:36

22          A.  Can you ask it again, please?                   11:50:39

23          Q.  The fact that a claim term is broad alone       11:50:40

24  can make it indefinite?                                     11:50:43

25          A.  I think it would depend.                        11:50:49

| | | |
|---|---|---|
| 1 | Q. So you think it might -- that breadth | 11:50:54 |
| 2 | alone could make something indefinite? | 11:50:57 |
| 3 | A. It is possible, yes. | 11:51:00 |
| 4 | Q. Okay. And then in paragraph 26 you say | 11:51:01 |
| 5 | that "a claim does not provide clear notice of a | 11:51:03 |
| 6 | scope if the claim term may be reasonably interpreted | 11:51:10 |
| 7 | to multiple different methods which provide different | 11:51:13 |
| 8 | results, and the intrinsic evidence offers no | 11:51:16 |
| 9 | guidance regarding which method should be used." | 11:51:20 |
| 10 | Do you see that? | 11:51:23 |
| 11 | A. Yes. | 11:51:23 |
| 12 | Q. And do you agree with that statement? | 11:51:24 |
| 13 | A. Yes, I do. | 11:51:26 |
| 14 | Q. When you say -- refer to "multiple | 11:51:29 |
| 15 | different methods," what about if a claim is a system | 11:51:31 |
| 16 | claim, did you mean to include systems? | 11:51:35 |
| 17 | A. That's a good question. Let me think | 11:51:45 |
| 18 | about that for a moment. It is possible it could | 11:51:47 |
| 19 | apply to some claims as well, yes. | 11:51:58 |
| 20 | Q. Okay. But the point that you're trying | 11:52:02 |
| 21 | to convey here is this idea where -- would you call | 11:52:04 |
| 22 | it ambiguity that a claim term or a method can be two | 11:52:13 |
| 23 | different things and it's not clear which of those | 11:52:20 |
| 24 | two things it refers to? | 11:52:26 |
| 25 | A. I think "ambiguity" is a very good word, | 11:52:28 |

| | | |
|---|---|---|
| 1 | and it could mean -- it could be more than just two | 11:52:31 |
| 2 | things.  It could be so ambiguous that there are | 11:52:35 |
| 3 | multiple, as I say here, and not just two. | 11:52:39 |
| 4 | Q.  Okay.  But "multiple" means at least two, | 11:52:45 |
| 5 | right? | 11:52:47 |
| 6 | A.  I will agree with that, yes. | 11:52:48 |
| 7 | Q.  I'm going to jump around a bit, but | 11:53:12 |
| 8 | first, let me ask you:  Do you need a break, | 11:53:14 |
| 9 | Mr. Turnbull (sic), or do you want to keep on going? | 11:53:18 |
| 10 | A.  I think I'm fine right now.  Maybe 10, 15 | 11:53:21 |
| 11 | minutes I'll let you know, but not in the middle of a | 11:53:25 |
| 12 | question. | 11:53:27 |
| 13 | Q.  All right.  I -- let's just look at the | 11:53:27 |
| 14 | heading of your -- your opinions -- or the terms. | 11:53:29 |
| 15 | So the first term that you opine on is | 11:53:32 |
| 16 | "device agents" at the heading above paragraph 32. | 11:53:34 |
| 17 | Do you see that? | 11:53:39 |
| 18 | A.  I do. | 11:53:42 |
| 19 | Q.  Okay.  Can you tell me what -- based on | 11:53:42 |
| 20 | what we were just talking about, what is ambiguous | 11:53:48 |
| 21 | about this or can you give me the multiple meanings | 11:53:51 |
| 22 | that you were referring to? | 11:53:56 |
| 23 | A.  I -- well, I mean, I feel like the burden | 11:53:58 |
| 24 | isn't on me to give the multiple meanings or a | 11:54:01 |
| 25 | meaning, it is the burden on the patent; but as I say | 11:54:04 |

| | | |
|---|---|---|
| 1 | here right in paragraph 32, based on what the claim | 11:54:08 |
| 2 | term "device agents" is and what's in the patent, a | 11:54:14 |
| 3 | person of skill could not ascertain the meaning of | 11:54:19 |
| 4 | this term with reasonable certainty.  There is just | 11:54:22 |
| 5 | nothing that narrows that down. | 11:54:27 |
| 6 | I also say here that it is just not a | 11:54:31 |
| 7 | commonly known term in the art.  I'm not sure I have | 11:54:34 |
| 8 | ever run across it before and the specification | 11:54:37 |
| 9 | doesn't give me enough context to truly determine | 11:54:41 |
| 10 | what that is.  I, you know, go into this with a good | 11:54:44 |
| 11 | faith effort at trying to understand what's in the | 11:54:48 |
| 12 | patent, what the patent describes, the system and the | 11:54:51 |
| 13 | methods and looking at claim terms, and "device | 11:54:54 |
| 14 | agent," there is just not enough in the patent that | 11:54:59 |
| 15 | lets me understand what that means with reasonable | 11:55:03 |
| 16 | certainty. | 11:55:06 |
| 17 | Q.  Okay.  I do understand that's your | 11:55:07 |
| 18 | opinion, and we will get into that at length today, | 11:55:10 |
| 19 | but my -- my first question, I want you to | 11:55:15 |
| 20 | concentrate on my question, Dr. Turnbull. | 11:55:17 |
| 21 | For this term, do you identify multiple | 11:55:19 |
| 22 | meanings and say what they are -- | 11:55:24 |
| 23 | MR. BRIGHT:  Objection to form. | 11:55:27 |
| 24 | Q. (BY MR. WANG)  -- and say they are | 11:55:28 |
| 25 | ambiguous? | 11:55:30 |

1     A.   Yeah, I guess that's what this whole          11:55:42

2  section is discussing.                                11:55:47

3     Q.   Okay.  What are the multiple meanings,        11:55:47

4  can you tell me?                                      11:55:49

5     A.   I guess if this answers your question,        11:55:50

6  like I say in paragraph 35, the claim language does   11:55:52

7  not eliminate the meaning of the term "device agent." 11:55:56

8  Claim one recites that a plurality of device agents   11:55:59

9  are communicatively coupled to the service control    11:56:03

10  device link agent through an agent communication bus;  11:56:08

11  that each device agent is identifiable by an          11:56:12

12  associated device agent identifier; and that a        11:56:15

13  particular device agent receives message content      11:56:19

14  delivered by a service control device link agent.     11:56:22

15     These generic operations do not inform           11:56:26

16  the boundaries of a device agent, they leave open the  11:56:30

17  question of whether a device agent adopts the meaning  11:56:34

18  of agent, and if so, how the prefix "device" modifies  11:56:37

19  its meaning.                                          11:56:41

20     Q.   So would you say that the last part is       11:56:42

21  responsive to my question --                          11:56:45

22     A.   I would say --                               11:56:46

23     Q.   -- about multiple meanings?                  11:56:47

24     A.   I would say all of it, if I understood       11:56:49

25  your question currently.                             11:56:51

1        Q.  So is the issue that you're identifying,    11:56:52

2  that device agent could mean the same thing as agent;  11:56:56

3  that's one possible interpretation?                    11:57:00

4        A.  That's -- that's possible.  As I say         11:57:06

5  here, it leaves open the question of whether device    11:57:09

6  agent adopts the meaning of an agent, and if so, how   11:57:12

7  device as a prefix modifies that meaning, so --        11:57:15

8        Q.  And it --                                    11:57:19

9        A.  -- it doesn't mean agent, and then does      11:57:19

10  device modify it in some way?                          11:57:22

11        Q.  And so another meaning you give is if the   11:57:23

12  prefix "device" modifies the meaning.  What you mean   11:57:28

13  by that is narrowed the meaning, right?                11:57:31

14             MR. BRIGHT:  Objection to form.            11:57:37

15             THE WITNESS:  I think it just gives more    11:57:38

16  specificity.  I guess that could be narrowing, but it  11:57:40

17  might be a whole class of a type of agent.  Again, we  11:57:45

18  just don't know based on what's in the patent.         11:57:48

19        Q.  (BY MR. WANG)  And when you say "gives       11:57:51

20  more specificity," that means narrow, right?  It has   11:57:53

21  a different meaning?                                   11:57:57

22        A.  I think "narrow" is fine.                    11:58:01

23        Q.  All right.  Let's jump to the -- the next   11:58:04

24  term on top of paragraph 46, above paragraph 56.       11:58:08

25             Do you see the Subsection B, "at least     11:58:16

| | | |
|---|---|---|
| 1 | one of the devices" -- no, no.  Sorry.  Let me -- I | 11:58:18 |
| 2 | jumped too far ahead. | 11:58:21 |
| 3 | All right.  Above paragraph 42, | 11:58:26 |
| 4 | Subsection B, "wherein the particular device agent." | 11:58:29 |
| 5 | Do you see that? | 11:58:33 |
| 6 | A.  Yes. | 11:58:38 |
| 7 | Q.  And for this, do you identify two or more | 11:58:43 |
| 8 | meanings in giving your opinions? | 11:58:46 |
| 9 | MR. BRIGHT:  Objection to form. | 11:58:51 |
| 10 | THE WITNESS:  No, I just have what is in | 11:58:53 |
| 11 | paragraph 42 an 43 related to that. | 11:58:55 |
| 12 | Q.  (BY MR. WANG)  Okay.  Let's jump to the | 11:59:00 |
| 13 | next term above paragraph 44, "device agents." | 11:59:07 |
| 14 | Do you see that? | 11:59:11 |
| 15 | A.  Yes. | 11:59:11 |
| 16 | Q.  Do you identify two or more different | 11:59:13 |
| 17 | meanings for this term? | 11:59:18 |
| 18 | MR. BRIGHT:  Objection to form. | 11:59:19 |
| 19 | THE WITNESS:  Just what I have in | 11:59:27 |
| 20 | paragraphs 44 and 45 is what I discussed here. | 11:59:28 |
| 21 | Q.  (BY MR. WANG)  Yeah, I don't see anything | 11:59:30 |
| 22 | in these paragraphs about two different meanings or | 11:59:32 |
| 23 | interpretations.  Do you -- do you -- can you point | 11:59:34 |
| 24 | me to something? | 12:00:05 |
| 25 | A.  Just what I have discussed here. | 12:00:07 |

| | | |
|---|---|---|
| 1 | Q. All right. The next term above paragraph | 12:00:09 |
| 2 | 46, Section B, beginning with "at least one of the | 12:00:16 |
| 3 | devices," do you see that heading? | 12:00:19 |
| 4 | A. I do. | 12:00:22 |
| 5 | Q. Okay. For this term, and I know it's | 12:00:23 |
| 6 | long, but do you identify multiple meanings or | 12:00:28 |
| 7 | interpretations of it? | 12:00:32 |
| 8 | MR. BRIGHT: Objection to form. | 12:00:36 |
| 9 | THE WITNESS: Just what I have in the | 12:00:38 |
| 10 | following paragraphs, that's my discussion. | 12:00:38 |
| 11 | Q. (BY MR. WANG) Okay. And can you point | 12:00:41 |
| 12 | me to anything in the following paragraphs that's | 12:00:43 |
| 13 | specifically identified as multiple meanings or | 12:00:47 |
| 14 | interpretations of the claim term? | 12:00:51 |
| 15 | A. The body of the paragraphs discuss the | 12:00:55 |
| 16 | difficulties in trying to understand what these terms | 12:00:59 |
| 17 | mean. | 12:01:02 |
| 18 | Q. So I do understand you to be making that | 12:01:04 |
| 19 | opinion, Dr. Turnbull, but again, I would ask you to | 12:01:07 |
| 20 | focus on my question, which is: Do you identify | 12:01:10 |
| 21 | multiple meanings, a Meaning A and a Meaning B, and | 12:01:14 |
| 22 | set forth what they are? | 12:01:18 |
| 23 | A. No, I don't feel like that's my purpose | 12:01:19 |
| 24 | here. My purpose is to point out the ambiguity in | 12:01:22 |
| 25 | the patents, not to help you define your claim terms. | 12:01:25 |

1    I'm saying that the reason I have this entire                    12:01:29

2    declaration is these claim terms are not well defined            12:01:32

3    and the scope of them can't be understood by a person            12:01:35

4    of skill with any reasonable certainty.                          12:01:39

5          Q.  Okay.  So thank you, Mr. -- Dr. Turnbull.              12:01:41

6          The same question for the term in the                      12:01:47

7    '192 Patent above paragraph 49, do you see that,                 12:01:51

8    "software components"?                                           12:01:54

9          A.  Yes.                                                   12:01:58

10         Q.  For this term, do you identify multiple               12:02:00

11   meanings or interpretations of this term?                        12:02:07

12              MR. BRIGHT:  Objection:  Form.                        12:02:10

13              THE WITNESS:  I think I have the same                 12:02:11

14   answer, what I have in this section is discussing                12:02:13

15   what the claims suggest and the ambiguity throughout             12:02:17

16   the document and trying to determine what that means.            12:02:21

17         Q.  (BY MR. WANG)  Okay.  Can you point me to             12:02:26

18   multiple meanings or interpretations of this claim              12:02:29

19   term that you set forth in these paragraphs 49                   12:02:32

20   through 53?                                                      12:02:40

21         A.  They are what they are.  They -- they                 12:02:41

22   discuss the issues.                                              12:02:45

23         Q.  Okay.  And so if I were to say that I                 12:02:48

24   don't see multiple meanings being set forth, would             12:02:55

25   you disagree with me?                                            12:02:58

1    A.  I would say that the point of this          12:03:01

2   section and the others is that these claim terms are   12:03:03

3   indefinite; and in good faith, I was trying to      12:03:06

4   determine what they are, and I offer some analysis in  12:03:10

5   my opinion about that, and that's what these sections  12:03:14

6   contain.                                            12:03:17

7        Q.  And do those -- does that good faith     12:03:18

8   analysis or opinions set forth multiple meanings for  12:03:20

9   the claim term?                                     12:03:23

10       A.  No, they set forth the idea that they are  12:03:26

11  so imprecise that you can't ascertain with reasonable  12:03:29

12  certainty and therefore there could be multiple      12:03:35

13  meanings.  That's my point.                          12:03:37

14       Q.  Okay.  So for the same question for the  12:03:39

15  next term, B on paragraph 54, this is a longer term   12:03:43

16  begins "wherein one of the message delivery          12:03:50

17  triggers," do you see that?                          12:03:53

18       A.  I do, on page 15.                         12:03:54

19       Q.  The same question:  Do you set forth     12:03:59

20  multiple meanings or interpretations for this claim   12:04:02

21  term?                                               12:04:07

22            MR. BRIGHT:  Objection to form.         12:04:07

23            THE WITNESS:  I would say I have the same  12:04:08

24  answer from the previous one.                        12:04:09

25       Q.  (BY MR. WANG)  And then on the last term,  12:04:10

| | | |
|---|---|---|
| 1 | Subsection C, paragraph 56, "Wherein one of the | 12:04:17 |
| 2 | message delivery triggers if the receipt of a | 12:04:21 |
| 3 | particular network element message from one of the | 12:04:23 |
| 4 | network elements," do you see that? | 12:04:26 |
| 5 | A.  I do, on page 20. | 12:04:27 |
| 6 | Q.  All right.  And then do you set forth | 12:04:29 |
| 7 | multiple meanings? | 12:04:32 |
| 8 | A.  Again, the same answer. | 12:04:35 |
| 9 | Q.  For this one, you do talk about the term | 12:04:39 |
| 10 | "particular" where -- right, where it could be | 12:04:41 |
| 11 | particular by time or in the manner.  Do you see | 12:04:44 |
| 12 | that? | 12:04:47 |
| 13 | A.  That's right. | 12:04:48 |
| 14 | Q.  And would that be a specific example of | 12:04:50 |
| 15 | multiple meanings or interpretations? | 12:04:53 |
| 16 | A.  I -- | 12:04:57 |
| 17 | MR. BRIGHT:  Objection to form. | 12:04:58 |
| 18 | THE WITNESS:  I would say it is an | 12:04:58 |
| 19 | example of how unclear the claim term is. | 12:05:00 |
| 20 | Q.  (BY MR. WANG)  Okay. | 12:05:03 |
| 21 | MR. WANG:  All right.  Let's go off the | 12:05:08 |
| 22 | record. | 12:05:09 |
| 23 | THE VIDEOGRAPHER:  We are going off the | 12:05:12 |
| 24 | record.  The time is 12:04 p.m. | 12:05:12 |
| 25 | (Recess taken) | 12:05:18 |

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER: We are back on the | 12:12:39 |
| 2 | record. The time is 12:12 p.m. | 12:12:39 |
| 3 | Q. (BY MR. WANG) Welcome back, Dr. Turnbull. | 12:12:48 |
| 4 | A. Thank you. | 12:12:49 |
| 5 | Q. Since we were just back from a break, I'm | 12:12:52 |
| 6 | going to go ahead and introduce the patents as | 12:12:55 |
| 7 | exhibits so we have them. So I'm going to send three | 12:12:57 |
| 8 | files, and then I will go through them one at a time, | 12:13:02 |
| 9 | so -- | 12:13:07 |
| 10 | (Exhibit 5 marked) | 12:13:18 |
| 11 | Q. (BY MR. WANG) Would you please download | 12:13:27 |
| 12 | them and then open Exhibit 5 to the depo. | 12:13:28 |
| 13 | A. Sure, I will get them all downloaded here | 12:13:31 |
| 14 | first, and then I will open up Exhibit 5. | 12:13:35 |
| 15 | Okay. I have got Exhibit 5 open. | 12:13:43 |
| 16 | Q. Okay. So I'm introducing as Exhibit 5 | 12:13:45 |
| 17 | the '733 Patent, which is U.S. Patent 8,406,733. And | 12:13:49 |
| 18 | the first page says "Exhibit 1" because this was the | 12:14:02 |
| 19 | version that was filed with Headwater's complaint, | 12:14:05 |
| 20 | but the document is long, 195 pages. | 12:14:10 |
| 21 | Does this appear to be a true and | 12:14:16 |
| 22 | correct -- true and correct copy of the '733 Patent | 12:14:18 |
| 23 | that you discuss in your declaration, Dr. Turnbull? | 12:14:23 |
| 24 | A. It certainly has the page count and it | 12:14:30 |
| 25 | seems very similar, yes. | 12:14:34 |

| | | |
|---|---|---|
| 1 | Q.  So, yes, it does appear to be a true and | 12:14:42 |
| 2 | correct copy of the '733 Patent? | 12:14:44 |
| 3 | A.  Yes, I will agree to that. | 12:14:46 |
| 4 | (Exhibit 6 marked) | 12:14:48 |
| 5 | Q.  (BY MR. WANG)  Could you please open up | 12:14:48 |
| 6 | Exhibit 6. | 12:14:49 |
| 7 | A.  Okay. | 12:14:56 |
| 8 | MR. WANG:  So Exhibit -- I will introduce | 12:14:56 |
| 9 | as Exhibit 6 to Dr. Turnbull's declaration a | 12:14:58 |
| 10 | document.  It says "Exhibit 2" on the first page | 12:15:03 |
| 11 | because it was Exhibit 2 to the complaint; and on the | 12:15:07 |
| 12 | second page, it says U.S. Patent Number 9,192,117, | 12:15:09 |
| 13 | and the document is 200 pages. | 12:15:15 |
| 14 | Q.  (BY MR. WANG)  Does this appear to be a | 12:15:23 |
| 15 | true and correct copy of the '117 Patent that you | 12:15:25 |
| 16 | discuss in your declaration, Dr. Turnbull? | 12:15:28 |
| 17 | A.  It looks like it. | 12:15:39 |
| 18 | (Exhibit 7 marked) | 12:15:40 |
| 19 | Q.  (BY MR. WANG)  And then could you please | 12:15:40 |
| 20 | open Exhibit 7. | 12:15:41 |
| 21 | A.  Okay, I have got it open. | 12:15:48 |
| 22 | MR. WANG:  I will introduce as Exhibit 7 | 12:15:49 |
| 23 | to Dr. Turnbull's declaration a document on the first | 12:15:50 |
| 24 | page says "Exhibit 3" because it was Exhibit 3 to the | 12:15:53 |
| 25 | complaint; and on the second page, it says U.S. | 12:15:56 |

| | | |
|---|---|---|
| 1 | Patent Number 9,615,198 -- I'm sorry, strike that. | 12:15:59 |
| 2 | It says Patent Number 9,615,192. | 12:16:06 |
| 3 | Does this appear to be a true and correct | 12:16:14 |
| 4 | copy of the '192 Patent discussed in your | 12:16:16 |
| 5 | declaration, Dr. Turnbull? | 12:16:19 |
| 6 | A. Yes, it looks like it. | 12:16:19 |
| 7 | Q. All right. We can close them, but if you | 12:16:25 |
| 8 | need to refer back to them, just let me know. | 12:16:27 |
| 9 | If we could turn back to your | 12:16:32 |
| 10 | declaration, Dr. Turnbull, could I ask you to turn to | 12:16:34 |
| 11 | paragraph 31. | 12:16:38 |
| 12 | A. Okay. Okay, I'm with you. | 12:16:39 |
| 13 | Q. So here you provide an overview of the | 12:16:48 |
| 14 | specification of the asserted patents, correct? | 12:16:50 |
| 15 | A. Yes. | 12:16:53 |
| 16 | Q. Okay. And in paragraph 31, you discuss | 12:16:54 |
| 17 | Figure 16, and you talk about it disclosing a service | 12:17:01 |
| 18 | processer. Do you see that? | 12:17:06 |
| 19 | A. Yes. | 12:17:09 |
| 20 | Q. Why did you choose to discuss this figure | 12:17:11 |
| 21 | in your overview of the three asserted patents? | 12:17:14 |
| 22 | A. It has some of the claim terms. For one, | 12:17:21 |
| 23 | it seems to portray in this example or this figure | 12:17:27 |
| 24 | many aspects of the claims as well. | 12:17:36 |
| 25 | Q. Which claim terms does it have? | 12:17:46 |

1      A.  I think we have "agent" as part of our          12:17:48

2  effort to understand that, and we have ideas relating   12:17:50

3  to "service," whether it is service controller or       12:17:57

4  other service-type things; and then it has some kind    12:18:00

5  of view of the architecture of the claim system.        12:18:04

6      Q.  And what does -- the Service Processor          12:18:12

7  100, what does that have to do with the claim terms?    12:18:25

8      A.  Oh, exactly what I have here in my              12:18:38

9  report.  On page 11 in paragraph 31, "Figure 16         12:18:40

10 discloses a Service Processor 100 that can execute on    12:18:45

11 a mobile device and comprises numerous agents," end     12:18:49

12 quotes.  Figure 16 further shows a Service Control       12:18:53

13 Link 1653 between a Service Control Server Link 1638     12:18:56

14 on the Service Controller 122 and a Service Control      12:19:02

15 Device Link 1691 on Service Processor 100.              12:19:06

16     Q.  And then you go on to say "The Service          12:19:16

17 Control Link 1653 is described as a control plan         12:19:18

18 communication link that establishes secure              12:19:22

19 bidirectional communications for controlling and        12:19:24

20 monitoring service policies."  Right?                   12:19:27

21     A.  That's right.  That's from the patent.          12:19:29

22     Q.  And you say "Figure shows multiple              12:19:32

23 agents," and so would -- can you point me to the        12:19:34

24 different agents that the figure shows?                 12:19:38

25     A.  I may not get all of them because it is a       12:19:42

| | | |
|---|---|---|
| 1 | busy figure, but I see a billing agent, a policy | 12:19:44 |
| 2 | control agent, a service monitor agent, an | 12:19:50 |
| 3 | application interface agent, a policy | 12:20:00 |
| 4 | implementation -- implementation agent.  And that | 12:20:02 |
| 5 | might be it for this figure. | 12:20:12 |
| 6 | Q.  Okay.  And then do you see the box that | 12:20:19 |
| 7 | is 1691 Service Control Device Link? | 12:20:21 |
| 8 | A.  I see that. | 12:20:33 |
| 9 | Q.  Okay.  So that doesn't have the word | 12:20:34 |
| 10 | "agent" in it, right? | 12:20:35 |
| 11 | A.  No, it's -- | 12:20:37 |
| 12 | Q.  Okay.  Do you think that can be an agent? | 12:20:43 |
| 13 | MR. BRIGHT:  Objection to form. | 12:20:49 |
| 14 | THE WITNESS:  I'm not sure.  I can just | 12:20:55 |
| 15 | say what you just noted, that it's described as | 12:20:57 |
| 16 | "Service Control Device Link." | 12:21:00 |
| 17 | Q. (BY MR. WANG)  And in analyzing the | 12:21:06 |
| 18 | asserted patents, are you -- do you have the | 12:21:08 |
| 19 | understanding that this is not an agent or it can be | 12:21:13 |
| 20 | an agent one way or the other? | 12:21:16 |
| 21 | A.  I think the simplest thing to agree on is | 12:21:26 |
| 22 | that it doesn't describe itself as an agent in this | 12:21:28 |
| 23 | figure, it just says "Service Control Device Link." | 12:21:31 |
| 24 | Q.  Okay.  So do you have any opinions on | 12:21:36 |
| 25 | that one way or the other whether that can be an | 12:21:40 |

| | | |
|---|---|---|
| 1 | agent? | 12:21:41 |
| 2 | MR. BRIGHT:  Objection to form. | 12:21:42 |
| 3 | THE WITNESS:  I think in this figure, I | 12:21:53 |
| 4 | can just take it for what it says, and it doesn't say | 12:21:56 |
| 5 | that's an agent right here.  I know we have some | 12:21:58 |
| 6 | other issues about device link agent, but right here, | 12:22:01 |
| 7 | this is just described as Service Control Device Link | 12:22:04 |
| 8 | 1691. | 12:22:08 |
| 9 | Q. (BY MR. WANG)  And that -- that's all | 12:22:11 |
| 10 | you're comfortable saying, just the fact that the | 12:22:12 |
| 11 | figure -- that the notation of the figure doesn't use | 12:22:15 |
| 12 | the word "agent"? | 12:22:19 |
| 13 | A.  That's right. | 12:22:21 |
| 14 | Q.  In your opinion, does Figure 16 show an | 12:22:27 |
| 15 | embodiment of all three patents? | 12:22:30 |
| 16 | MR. BRIGHT:  Objection to form. | 12:22:40 |
| 17 | THE WITNESS:  I would say no.  It is | 12:22:41 |
| 18 | simply this figure with a very long patent written | 12:22:42 |
| 19 | description.  I think I chose it here because, as I | 12:22:48 |
| 20 | said, it has many of the terms that we're discussing | 12:22:50 |
| 21 | in my declaration. | 12:22:55 |
| 22 | Q. (BY MR. WANG)  Okay.  Let's turn to your | 12:23:10 |
| 23 | opinions for the first term, "device agent."  All | 12:23:12 |
| 24 | right, sir, and paragraph 33.  Oh, I think it starts | 12:23:25 |
| 25 | at paragraph 32. | 12:23:28 |

1        A.  I'm with you.                                    12:23:30

2        Q.  Okay.  So you agree that the term "agent"        12:23:31

3   is commonly known in the art?                             12:23:36

4        A.  It is.  And then even within that, there         12:23:41

5   are different definitions, as I have in my                12:23:43

6   declaration here, of what "agent" might mean.             12:23:48

7        Q.  And so the term "agent" has a plain and          12:23:52

8   ordinary meaning?                                         12:23:55

9        A.  I think so, yes, especially based on the         12:24:01

10  context of the body of the patent, yes.                   12:24:03

11       Q.  Okay.  And here you -- you say that "in          12:24:06

12  the context of a computer network agent means             12:24:11

13  software that performs certain functions on behalf of     12:24:14

14  another element."                                         12:24:19

15            Do you see that in paragraph 33?                12:24:21

16       A.  Yes, I'm with you.                               12:24:22

17       Q.  And then so you agree with that statement        12:24:27

18  that I just read?                                         12:24:29

19       A.  Yeah, that's from the dictionary                 12:24:31

20  definition.                                               12:24:33

21       Q.  And then from that you cite I think three        12:24:34

22  dictionary definitions?                                   12:24:38

23       A.  That's right.                                    12:24:40

24       Q.  Let me -- let me introduce -- let me             12:24:45

25  introduce one of them.  Bear with me for one second.      12:24:57

| | | |
|---|---|---|
| 1 | (Exhibit 8 marked) | 12:25:15 |
| 2 | Q. (BY MR. WANG) I will introduce as | 12:25:28 |
| 3 | Exhibit 8 -- could you please download Exhibit 8. | 12:25:30 |
| 4 | A. I have got it open, Exhibit 8. | 12:26:02 |
| 5 | Q. Okay. So I'm introducing as Exhibit 8 a | 12:26:03 |
| 6 | three-page document entitled "Dictionary of Computer | 12:26:07 |
| 7 | and Internet Terms," and it bears the Bates number | 12:26:13 |
| 8 | SAM-HW-2_00215498 through 500. | 12:26:16 |
| 9 | Do you see that? | 12:26:28 |
| 10 | A. I do. | 12:26:32 |
| 11 | Q. Does this appear to be a true and correct | 12:26:36 |
| 12 | copy of the excerpt from this "Dictionary of Computer | 12:26:45 |
| 13 | and Internet Terms" that you relied on? | 12:26:48 |
| 14 | A. It looks like it is the same page, yes. | 12:26:51 |
| 15 | Q. Okay. And this is the third definition | 12:26:53 |
| 16 | that you rely on in paragraph 33, right? | 12:26:58 |
| 17 | A. That's right. | 12:27:01 |
| 18 | Q. Could you read the definition of "agent" | 12:27:04 |
| 19 | in this Exhibit 8. | 12:27:07 |
| 20 | A. Okay. "A piece of software that performs | 12:27:14 |
| 21 | a service for someone, usually silently and | 12:27:17 |
| 22 | automatically. For example, an agent might run on a | 12:27:20 |
| 23 | client computer to keep the server informed of its | 12:27:23 |
| 24 | needs." | 12:27:27 |
| 25 | Q. Thank you. And so that's consistent with | 12:27:28 |

1   your statement in paragraph 33 that "agent" means         12:27:34

2   software that performs certain functions on behalf of     12:27:39

3   another element?                                           12:27:43

4        A.   Performs a service for someone, yes.            12:27:44

5        Q.   Okay.  And is that what you meant by this       12:27:47

6   sentence when you say "software that performs a           12:28:00

7   certain function"?  So a service would be an example      12:28:03

8   of a function?                                            12:28:06

9        A.   Yes.                                            12:28:07

10       Q.   And that is the plain and ordinary             12:28:13

11  meaning of "agent" in the context of the asserted         12:28:15

12  patents as well?                                          12:28:18

13            MR. BRIGHT:  Objection to form.                 12:28:19

14            THE WITNESS:  I would say all three             12:28:20

15  definitions give you the picture of a plain and           12:28:22

16  ordinary meaning.  I think that's why I have three in     12:28:28

17  here.                                                     12:28:32

18       Q. (BY MR. WANG)  Okay.  And your opinion            12:28:33

19  here is given from the time frame of 2008/2009, I         12:28:38

20  believe you testified before.                             12:28:43

21            Has the meaning of the word "agent"             12:28:47

22  changed since then to today, for example?                 12:28:49

23            MR. BRIGHT:  Objection to form.                 12:28:57

24            THE WITNESS:  It's possible there could         12:28:58

25  be other definitions since then.  That was quite a        12:28:59

| | | |
|---|---|---|
| 1 | while ago, but the context of the patent and the | 12:29:05 |
| 2 | priority dates that we mentioned, these dictionaries | 12:29:12 |
| 3 | seemed to help define it and give us our plain and | 12:29:19 |
| 4 | ordinary meaning. | 12:29:22 |
| 5 | Q. (BY MR. WANG)  Okay.  I know that when | 12:29:24 |
| 6 | we're looking at claim construction, we are looking | 12:29:25 |
| 7 | at it from the time of the invention, but I would | 12:29:28 |
| 8 | like to know if just if the meaning of this word has | 12:29:34 |
| 9 | changed to today. | 12:29:40 |
| 10 | Are you aware of, you know, a different | 12:29:42 |
| 11 | meaning, if we're looking at it today, for example? | 12:29:44 |
| 12 | MR. BRIGHT:  Objection to form. | 12:29:49 |
| 13 | THE WITNESS:  I would say nothing comes | 12:29:55 |
| 14 | to mind specifically in terms of meaning.  I bet many | 12:29:56 |
| 15 | years later there are probably, you know, different | 12:30:00 |
| 16 | examples of what might -- people might use for | 12:30:02 |
| 17 | "agents," that would be one addition. | 12:30:05 |
| 18 | Q. (BY MR. WANG)  Okay.  If we just look at | 12:30:18 |
| 19 | the word "device" by itself in isolation, does that | 12:30:22 |
| 20 | have a commonly understood meaning in the art? | 12:30:28 |
| 21 | A.  I think you would have to have the | 12:30:33 |
| 22 | context of what kind of system or method or systems | 12:30:35 |
| 23 | and methods to understand what you meant by "device." | 12:30:39 |
| 24 | Q.  But would the word "device" itself have a | 12:30:50 |
| 25 | plain and ordinary meaning? | 12:30:53 |

| | | |
|---|---|---|
| 1 | A.  I would say so.  Again, I would have to | 12:31:00 |
| 2 | think about it in the context of what's described in | 12:31:03 |
| 3 | the patent for the plain and ordinary meaning based | 12:31:05 |
| 4 | on what's in the patent. | 12:31:13 |
| 5 | Q.  Have you -- have you considered that, | 12:31:15 |
| 6 | what the plain and ordinary meaning of just the word | 12:31:16 |
| 7 | "device" is in the patent? | 12:31:20 |
| 8 | A.  I guess a little bit but nothing | 12:31:28 |
| 9 | specifically, because if I had, I probably would have | 12:31:30 |
| 10 | included that in my report. | 12:31:32 |
| 11 | Q.  Would it be an end user device? | 12:31:38 |
| 12 | MR. BRIGHT:  Objection to form. | 12:31:44 |
| 13 | THE WITNESS:  I think that's possible.  I | 12:31:45 |
| 14 | don't know if that's what I would say it is | 12:31:48 |
| 15 | specifically. | 12:31:49 |
| 16 | Q. (BY MR. WANG)  So I understand the claim | 12:32:04 |
| 17 | term is "device agents," but since you gave the | 12:32:05 |
| 18 | opinion that "agent" has a plain and ordinary | 12:32:11 |
| 19 | meaning, if the claim term had recited just "agent" | 12:32:14 |
| 20 | and not "device agent" in that hypothetical, do you | 12:32:20 |
| 21 | have any opinions about indefiniteness? | 12:32:27 |
| 22 | MR. BRIGHT:  Objection to form. | 12:32:31 |
| 23 | THE WITNESS:  That is probably too big of | 12:32:39 |
| 24 | a hypothetical to give you an answer here in | 12:32:40 |
| 25 | realtime.  I would have to go back and think about | 12:32:42 |

1  that and see all the examples where "device agent" or          12:32:44
2  even "agent" are mentioned to be able to answer that.          12:32:52
3        Q.  (BY MR. WANG)  Okay.  But you did not                12:33:00
4  think about that hypothetical, if you will, if the             12:33:01
5  claim had recited "agent" instead of "device agent"?           12:33:06
6        A.  I don't recall doing that.                           12:33:10
7        Q.  Okay.  And sitting here, you don't have              12:33:11
8  an opinion that that would be indefinite, that the             12:33:14
9  claim would be indefinite if so written?                       12:33:22
10       A.  Sitting here, I haven't thought through              12:33:25
11 that, no.                                                      12:33:27
12       Q.  Okay.  Let's turn to your opinion in                 12:33:28
13 paragraph 34 of your declaration.                              12:33:43
14       A.  Okay.                                                12:33:47
15       Q.  Okay.  So in paragraph 34 you say that "a            12:33:48
16 'device agent' is not a known term in the art, and it          12:33:58
17 is unclear how adding the prefix 'device' affects its          12:34:01
18 scope relative to the term 'agent'," correct?                  12:34:05
19       A.  Yes, I think that is a good summary of               12:34:08
20 what we were just discussing, in fact.                         12:34:11
21       Q.  And you're giving this opinion as of                 12:34:12
22 2008/2009 that a "device agent" is not known in the            12:34:15
23 art?                                                           12:34:20
24       A.  I would say, yes, at least that.                     12:34:23
25       Q.  Okay.  And is that true up until today,              12:34:25

| | | |
|---|---|---|
| 1 | that in 2024, that device term -- "device agent" is | 12:34:31 |
| 2 | not -- is not known in the art, that term? | 12:34:38 |
| 3 | MR. BRIGHT:  Objection to form. | 12:34:43 |
| 4 | THE WITNESS:  Nothing comes to mind more | 12:34:45 |
| 5 | currently.  I don't really look at it from that | 12:34:48 |
| 6 | perspective, but just sitting here today, it still | 12:34:51 |
| 7 | doesn't seem to be a term that I have ever read | 12:34:55 |
| 8 | before and not known in the art. | 12:34:58 |
| 9 | Q. (BY MR. WANG)  You don't cite any evidence | 12:35:15 |
| 10 | in paragraph 34, do you, for your statement that a | 12:35:16 |
| 11 | "device agent" is not known in the art, correct? | 12:35:19 |
| 12 | A.  I would say with this paragraph and many | 12:35:26 |
| 13 | others, the evidence is really my own skills and | 12:35:29 |
| 14 | experience of someone that's been doing this type of | 12:35:33 |
| 15 | work, and it is not a term that I have seen before in | 12:35:36 |
| 16 | the art, really anything that I have ever read. | 12:35:39 |
| 17 | So, just like I say here, based on my | 12:35:41 |
| 18 | skills and experience, you just don't know what | 12:35:44 |
| 19 | adding a device does to add to the scope relative to | 12:35:47 |
| 20 | the term "agent." | 12:35:52 |
| 21 | Q.  Okay.  So to answer my question, you | 12:35:53 |
| 22 | don't cite any evidence in paragraph 34 and you're | 12:35:56 |
| 23 | making the statement just based -- based on your | 12:36:03 |
| 24 | experience and background; is that correct? | 12:36:06 |
| 25 | A.  Well, as well as analyzing the patent | 12:36:09 |

| 1 | itself. | 12:36:12 |
| 2 | Q. Okay. Anything else that you're relying | 12:36:13 |
| 3 | upon for that? | 12:36:18 |
| 4 | A. Well, we couldn't find it in any | 12:36:21 |
| 5 | dictionary. That's why I started out with using | 12:36:23 |
| 6 | "agent," but I would say my skills and experience are | 12:36:26 |
| 7 | the main thing that drives this opinion. | 12:36:29 |
| 8 | Q. Okay. And the same thing about the rest | 12:36:31 |
| 9 | of your declaration, do you -- it's -- may not be | 12:36:35 |
| 10 | cited in this paragraph, but do you recall any other | 12:36:39 |
| 11 | citations to evidence for your opinion that a device | 12:36:42 |
| 12 | agent is not -- is not known in the art cited | 12:36:47 |
| 13 | elsewhere in your declaration? | 12:36:51 |
| 14 | A. No, I don't think I have anything else | 12:36:54 |
| 15 | about that in my declaration. | 12:36:56 |
| 16 | Q. Are you aware of Samsung documents that | 12:37:19 |
| 17 | use the term "device agent"? | 12:37:22 |
| 18 | A. Nothing comes to mind right now. | 12:37:29 |
| 19 | Q. Are you aware of any Samsung patents or | 12:37:36 |
| 20 | patent applications that use the term "device agent"? | 12:37:39 |
| 21 | A. I don't think so. Nothing comes to mind. | 12:37:43 |
| 22 | Q. Are you aware of any prior art cited in | 12:37:48 |
| 23 | the asserted patents that use the term "device | 12:37:52 |
| 24 | agent"? | 12:37:55 |
| 25 | A. You mean like the cited references that | 12:37:58 |

1    we see on the --                                          12:38:01

2              Q.   Yes.                                       12:38:03

3              A.   -- second and third and fourth page?      12:38:03

4              Q.   Yes.                                       12:38:06

5              A.   No, no, nothing comes to mind.            12:38:07

6              Q.   Give me one minute here.  Okay.  Can you  12:38:32

7    open the '733 Patent.                                    12:38:42

8              A.   Sure.  That's Exhibit 5 for us?           12:38:46

9              Q.   I believe so.                             12:38:49

10             A.   Okay.  I have got it open.                12:38:51

11             Q.   Okay.  Can I turn your attention to page  12:38:54

12   three of the patent and -- or page four of the PDF       12:39:03

13   that -- that has a long list of references cited.        12:39:11

14             A.   Okay, I'm with you.                       12:39:18

15             Q.   Okay.  And before that I should ask you   12:39:20

16   to turn to page two of the patent where it says "U.S.    12:39:26

17   Patent Documents."                                       12:39:29

18             Do you see that?                               12:39:31

19             A.   I do see that title.                      12:39:32

20             Q.   Is that -- yeah.  Do you understand the   12:39:35

21   following that to be a list of U.S. Patents or patent    12:39:37

22   applications that are listed on the face of the '733     12:39:41

23   Patent?                                                  12:39:44

24             A.   Yes.                                       12:39:49

25             Q.   Okay.  So turning back to page three, do  12:39:50

| | | |
|---|---|---|
| 1 | you see on the right column about right in the middle | 12:39:53 |
| 2 | there is a reference named Maes, M-A-E-S? | 12:40:00 |
| 3 | A.  I do.  I think I know the author. | 12:40:05 |
| 4 | Q.  Okay.  Who is the author? | 12:40:08 |
| 5 | A.  I would guess it is Patti Maes.  She was | 12:40:10 |
| 6 | at the MIT media lab then. | 12:40:13 |
| 7 | Q.  Okay.  I don't think it's Patti, but let | 12:40:16 |
| 8 | me -- let me show you the patent. | 12:40:22 |
| 9 | A.  Okay. | 12:40:24 |
| 10 | Q.  Because I am curious to find out, now | 12:40:25 |
| 11 | that you have peaked my interest.  So let me send | 12:40:27 |
| 12 | that in the Zoom.  Oh, I'm sorry, let me rename it to | 12:40:29 |
| 13 | be the right exhibit number and I will resend.  It | 12:40:47 |
| 14 | will be the same document but it will just have the | 12:40:49 |
| 15 | exhibit number. | 12:40:53 |
| 16 | (Exhibit 9 marked) | 12:40:53 |
| 17 | Q.  (BY MR. WANG)  Can you open -- can you | 12:40:53 |
| 18 | download and open this, please? | 12:41:04 |
| 19 | A.  Yeah, I just downloaded it with the | 12:41:07 |
| 20 | Exhibit 9 notice.  Oh, it's not, it's a different | 12:41:09 |
| 21 | Maes.  Or "Maes" I think is how she might say her | 12:41:14 |
| 22 | name. | 12:41:17 |
| 23 | Q.  Okay.  So I am introducing as Exhibit 9 a | 12:41:17 |
| 24 | U.S. Patent application publication with the | 12:41:20 |
| 25 | Publication Number U.S. 2006/0218395 A1.  Did I read | 12:41:23 |

| | | |
|---|---|---|
| 1 | that correctly on the first page? | 12:41:35 |
| 2 | A.  I think so.  And that's just our | 12:41:38 |
| 3 | Exhibit 9 today. | 12:41:40 |
| 4 | Q.  Yes.  And could I ask you to compare this | 12:41:41 |
| 5 | to the '733 Patent, what we were looking at with the | 12:41:48 |
| 6 | Maes.  Does that seem to be the same number? | 12:41:52 |
| 7 | A.  It looks like the same number. | 12:42:01 |
| 8 | Q.  The same number ending in 395, right? | 12:42:04 |
| 9 | A.  That's right, an application. | 12:42:07 |
| 10 | Q.  And have you -- have you seen this | 12:42:11 |
| 11 | Exhibit 9 before? | 12:42:15 |
| 12 | A.  It does not ring a bell. | 12:42:19 |
| 13 | Q.  And do you know the author, Stephanie H. | 12:42:21 |
| 14 | Maes? | 12:42:25 |
| 15 | A.  No, I don't know that author. | 12:42:26 |
| 16 | Q.  Do you see that the patent is assigned to | 12:42:29 |
| 17 | Oracle International Corporation in Redwood Shores? | 12:42:34 |
| 18 | A.  I do.  I know exactly where they're at. | 12:42:40 |
| 19 | Q.  And that's the same Oracle we all know, | 12:42:43 |
| 20 | right? | 12:42:46 |
| 21 | A.  Yes, I would assume so. | 12:42:46 |
| 22 | Q.  Okay.  And then do you see the date of | 12:42:50 |
| 23 | this patent public -- patent application publication? | 12:42:54 |
| 24 | It says it was filed September 19th, 2005, right? | 12:42:59 |
| 25 | A.  Oh, I do, in the first column -- | 12:43:05 |

| | | |
|---|---|---|
| 1 | Q.  Yes. | 12:43:08 |
| 2 | A.  -- I see that. | 12:43:08 |
| 3 | Q.  And then it says it is a continuation, in | 12:43:09 |
| 4 | part, of an application that was filed on -- in | 12:43:11 |
| 5 | March 23rd, 2005. | 12:43:15 |
| 6 | A.  I see that as well. | 12:43:21 |
| 7 | Q.  Can you read the title of the patent. | 12:43:25 |
| 8 | A.  It is called "Device Agent." | 12:43:28 |
| 9 | Q.  And then can you read the abstract? | 12:43:31 |
| 10 | A.  Oh, you want me to read it out loud? | 12:43:41 |
| 11 | Q.  Yes. | 12:43:43 |
| 12 | A.  I was just reading it myself. | 12:43:44 |
| 13 | "Device agents and methods are disclosed. | 12:43:46 |
| 14 | In one embodiment, the method comprises monitoring, | 12:43:49 |
| 15 | at an access device, at least a subset of device | 12:43:52 |
| 16 | activity.  The method further comprises the detecting | 12:43:57 |
| 17 | an activity satisfies at least one condition | 12:44:01 |
| 18 | specified by a policy and executing at least one | 12:44:10 |
| 19 | action in the policy associated with the satisfied | 12:44:14 |
| 20 | condition." | 12:44:18 |
| 21 | Q.  Thank you Dr. Turnbull.  Let me turn your | 12:44:26 |
| 22 | attention to paragraph five. | 12:44:28 |
| 23 | A.  Okay, I see the middle sentence there.  I | 12:44:34 |
| 24 | don't want to get hung up on it, it may not affect | 12:44:36 |
| 25 | us, but it seems like something is grammatically | 12:44:40 |

1   wrong with the second sentence in the abstract.        12:44:44

2        Q.  I see that, but I don't have -- have          12:44:48

3   anything to offer about that.                          12:44:51

4        A.  Okay, I'm sorry, you said to jump to          12:44:52

5   someplace else?                                        12:44:55

6        Q.  Yeah, to paragraph five, please.              12:44:56

7        A.  Okay.  Okay.                                  12:44:58

8        Q.  Okay.  So paragraph five -- and I will        12:45:07

9   just read the beginning of it -- it says "Device       12:45:09

10  agents and methods are disclosed.  In some             12:45:12

11  embodiments, the method comprises monitoring, at an    12:45:14

12  access device, (e.g., a wireless device, such as a     12:45:16

13  mobile telephone), at least a subset of device         12:45:21

14  activity.  An activity that satisfies at least one     12:45:24

15  policy condition is detected."                         12:45:27

16        Do you see that?                                 12:45:30

17        A.  I do.                                         12:45:31

18        Q.  And then let me turn your attention to       12:45:33

19  paragraph 29 on page 11.                               12:45:38

20        So it says, "As will be described in             12:45:46

21  further detail below with reference to Figure 2,       12:45:49

22  wireless devices 104, 106, 108 may each include a      12:45:52

23  device agent (not illustrated).  Device agents may be  12:45:56

24  used to enforce policies on device activities."        12:46:00

25        "By way of example, policies may be              12:46:04

| | | |
|---|---|---|
| 1 | enforced on communications transmitted from and/or | 12:46:06 |
| 2 | received by wireless devices 104, 106, 108, data | 12:46:10 |
| 3 | usage, websites accessed by the access device, | 12:46:16 |
| 4 | software installations, configuration activity, | 12:46:18 |
| 5 | and/or any other type of device activity." | 12:46:21 |
| 6 | Do you see that? | 12:46:27 |
| 7 | A.  I do. | 12:46:27 |
| 8 | Q.  This patent application publication is in | 12:46:36 |
| 9 | the same field as the asserted patents, right? | 12:46:38 |
| 10 | MR. BRIGHT:  Objection to form. | 12:46:46 |
| 11 | THE WITNESS:  It could be.  Without | 12:46:46 |
| 12 | looking at it, it is hard to say specifically. | 12:46:47 |
| 13 | Q. (BY MR. WANG)  All right.  But it's cited | 12:46:49 |
| 14 | on the face of the '733 Patent, right? | 12:46:51 |
| 15 | A.  Yes.  Yes. | 12:46:55 |
| 16 | Q.  Have you seen anything in this Exhibit 9 | 12:47:02 |
| 17 | that suggests it's not in the same field or in a | 12:47:05 |
| 18 | different field? | 12:47:08 |
| 19 | A.  For seeing it for the first time, I just | 12:47:13 |
| 20 | can't say without more of a review. | 12:47:15 |
| 21 | Q.  Okay.  But, for example, based on the | 12:47:19 |
| 22 | first page or what we have looked at -- and I know we | 12:47:23 |
| 23 | have only looked at parts -- do you have any reason | 12:47:27 |
| 24 | to believe it is in a different field or an unrelated | 12:47:32 |
| 25 | field? | 12:47:36 |

1        A.  I just couldn't say until I have looked              12:47:37
2    at the whole thing.                                          12:47:39
3        Q.  Okay.  But the parts that we have looked             12:47:40
4    at, or the first page, do you see anything in it that        12:47:49
5    suggests it's in a different field?                          12:47:52
6        A.  I just can't say.  I also don't really               12:47:57
7    know what you mean by "field."  I don't know if              12:47:59
8    you're referring to the patent code designations or          12:48:02
9    something else.                                              12:48:06
10       Q.  No, I'm using "field" in the same way                12:48:06
11   that you used when you were talking about the level          12:48:09
12   of ordinary skill for the asserted patents.                  12:48:11
13       A.  Okay.  If you'll ask that question again,            12:48:14
14   then that will help me out.                                  12:48:17
15       Q.  Sure.  Based on the parts of Exhibit 9               12:48:21
16   that we have looked at, including the first page and         12:48:26
17   the parts that we read, do you see anything therein         12:48:30
18   that suggests Exhibit 9, this patent application            12:48:34
19   publication, is in a different field from the               12:48:42
20   asserted patents?                                           12:48:49
21       A.  Just the little bit that we have looked             12:48:53
22   at gives me indication they're both describing, I           12:48:54
23   guess, software.  I will agree to that.                     12:48:58
24       Q.  Okay.  So is the answer to my question              12:49:04
25   "no"?                                                        12:49:06

| | | |
|---|---|---|
| 1 | A.  I just can't give you an answer without | 12:49:16 |
| 2 | really looking at the rest of it.  Even, for example, | 12:49:18 |
| 3 | you know, paragraph 29 is pretty broad, and even just | 12:49:20 |
| 4 | to look at that, it's clearly, you know, including | 12:49:23 |
| 5 | information at least 28 more paragraphs above that. | 12:49:26 |
| 6 | And then the last sentence essentially | 12:49:29 |
| 7 | says "and/or any other type of device activity," | 12:49:31 |
| 8 | that's so broad, again, without context or reviewing | 12:49:35 |
| 9 | it, I really can't say. | 12:49:39 |
| 10 | Q.  Okay.  Can you look at Figure 2 of this | 12:49:42 |
| 11 | Exhibit 9? | 12:49:51 |
| 12 | A.  Okay, that's what paragraph 29 is | 12:49:51 |
| 13 | referencing, right? | 12:49:54 |
| 14 | Q.  Right. | 12:49:55 |
| 15 | A.  I see it. | 12:49:56 |
| 16 | Q.  Okay.  Do you see -- do you see this | 12:49:56 |
| 17 | figure and it has a component that's designated with | 12:50:02 |
| 18 | the numeral "204 device agent"? | 12:50:07 |
| 19 | A.  I do. | 12:50:10 |
| 20 | Q.  Okay.  And this shows this device agent | 12:50:11 |
| 21 | within the device, right? | 12:50:17 |
| 22 | A.  I'm not sure.  To be honest, looking at | 12:50:19 |
| 23 | this for the first time, this doesn't seem to be what | 12:50:25 |
| 24 | I originally thought they meant by "device agent." | 12:50:30 |
| 25 | This is kind of an odd figure.  What's inside, I | 12:50:34 |

| | | |
|---|---|---|
| 1 | guess what we have defined as Box 200, has several | 12:50:39 |
| 2 | different keywords that have different numbers | 12:50:45 |
| 3 | associated with them and they all seemed somewhat | 12:50:53 |
| 4 | different technically.  We have, you know, broader | 12:50:56 |
| 5 | things and then protocols.  I would say this figure | 12:50:59 |
| 6 | makes my work less helpful, even based on looking at | 12:51:05 |
| 7 | paragraph 29. | 12:51:09 |
| 8 | Q.  Okay.  And then -- but I'm asking about | 12:51:10 |
| 9 | the device agent, it is identified with a numeral | 12:51:12 |
| 10 | "204," right? | 12:51:15 |
| 11 | A.  I do see that, I will agree with you | 12:51:17 |
| 12 | there. | 12:51:19 |
| 13 | Q.  And do you see the bidirectional arrow to | 12:51:19 |
| 14 | an access provider in this figure? | 12:51:22 |
| 15 | A.  I do.  I will be honest with you, I don't | 12:51:25 |
| 16 | really know what it means. | 12:51:28 |
| 17 | Q.  Okay.  Let's return back to your | 12:51:37 |
| 18 | declaration and talk about your paragraph 34. | 12:51:39 |
| 19 | A.  Sure. | 12:51:50 |
| 20 | Q.  So, in paragraph 34, you say, "Device | 12:51:54 |
| 21 | agent is not known and is unclear how adding the | 12:51:57 |
| 22 | prefix 'device' affects its scope relative to the | 12:52:00 |
| 23 | term 'agent'." | 12:52:04 |
| 24 | Do you see that? | 12:52:05 |
| 25 | A.  Yes. | 12:52:05 |

1        Q.  I think we talked about before how adding          12:52:08

2   a -- first, do you agree that the word "device"             12:52:11

3   modified "agent"?                                           12:52:16

4        A.  It could, yes.                                     12:52:18

5        Q.  What possibilities are there apart from            12:52:29

6   modifying "agent"?                                          12:52:31

7        A.  That's just a giant hypothetical in the            12:52:32

8   world of all the vocabulary words that are out there.       12:52:36

9   It would depend on the context.                             12:52:40

10       Q.  Okay.  Can you give me an example of what           12:52:49

11  that would be?                                              12:52:51

12       A.  No.  That's just a hypothetical so broad           12:52:52

13  that I can't even begin to try to do that, certainly        12:52:55

14  not in realtime sitting here today.                         12:52:59

15       Q.  Okay.  So I asked you if it modifies it.           12:53:00

16  So you said "it could."  So that suggests it might          12:53:04

17  not?                                                        12:53:07

18       A.  That's right, it is unknown.  That's --            12:53:08

19       Q.  Okay.  So what would it be if it wasn't            12:53:10

20  modifying it?                                               12:53:14

21       A.  I just can't tell you sitting here today.          12:53:16

22  That is just too broad of a question.                       12:53:19

23       Q.  Okay.  I think we discussed before that a          12:53:22

24  device agent is narrower than just the scope is             12:53:24

25  narrower than just "agent."  Do you agree with that?        12:53:28

1       A.  I think that's very possible.  When --

2   when you're adding modifying words to something, you

3   would hope you're narrowing it.  It's hard to say

4   that universally.

5       Q.  Okay.  And then let's continue with your

6   declaration.  On page 37 --

7       A.  Paragraph 37?

8       Q.  Yes.  I'm sorry, let's go to paragraph

9   35.  That's what I meant to ask about.

10          So we -- you highlighted this paragraph

11  and we were talking about the first term, and then

12  particularly the last sentence where you say, talking

13  about the specification, "they leave open the

14  question whether of 'device agent' adopts the meaning

15  of 'agent,' and if so, how the prefix 'device'

16  modifies its meaning."

17          Do you see that?

18      A.  I do.

19      Q.  And so here you seem to be agreeing that

20  "device" is a modifier for "agent"?

21      A.  I say it leaves open the question.  It is

22  one possibility, yes.

23      Q.  Well, the very last part you say "how the

24  prefix device modifies its meaning."  So you seem to

25  be saying that it is modifying its meaning, you're

12:53:31
12:53:34
12:53:37
12:53:41
12:53:42
12:54:11
12:54:24
12:54:33
12:54:43
12:54:46
12:54:48
12:54:51
12:54:54
12:54:58
12:55:01
12:55:04
12:55:06
12:55:06
12:55:07
12:55:11
12:55:14
12:55:16
12:55:23
12:55:26
12:55:30

1    just not sure how it does so?                    12:55:35

2          A.   And I say, if so, how the prefix device    12:55:37

3    modifies its meaning.  So we just don't have enough    12:55:40

4    information.  This is one idea that I had that leaves    12:55:45

5    open this question.                              12:55:47

6          Q.   Okay.  And so then the -- the ambiguity    12:55:48

7    that you're concerned about is whether "device agent"    12:55:53

8    means exactly the same thing as "agent" or if it's    12:55:57

9    something else that's narrower; is that fair?    12:56:01

10         A.   Yeah, if it adopts, I guess, the plain    12:56:05

11   and ordinary meaning or some of the dictionary    12:56:08

12   definitions.                                     12:56:11

13         Q.   Or if it was something else that was    12:56:16

14   narrower than those definitions, right?          12:56:18

15         A.   Yes.                                  12:56:20

16         Q.   All right.  And so if there were like a    12:56:21

17   narrower understanding of "device agent" that was put    12:56:24

18   forth, that would resolve the ambiguity, right?    12:56:29

19             MR. BRIGHT:  Objection to form.        12:56:37

20             THE WITNESS:  I guess it would depend on    12:56:37

21   where that comes from.  If we're looking at what's in    12:56:39

22   the patent specification, there is just nothing else    12:56:43

23   in there, as I think I made the point several times    12:56:45

24   today, and it is also in my declaration here.    12:56:48

25         Q.   (BY MR. WANG)  Okay.  And you don't     12:56:51

1    purport to give or propose a specific meaning or          12:56:53

2    understanding of "device agent" or multiple such          12:57:01

3    meanings, right?                                          12:57:06

4         A.  No.  Just like I say here, it leaves open        12:57:07

5    the question of what "device agent" might mean.           12:57:09

6         Q.  Let's turn to page 15 of your                    12:57:21

7    declaration.  I think this is within paragraph 39.        12:57:35

8         A.  Okay.                                            12:57:41

9         Q.  Okay.  And so in yellow, you highlight           12:57:41

10   every item in the figure that has the word "agent,"       12:57:47

11   correct?                                                  12:57:52

12        A.  Yes, I think we kind of walked through           12:57:54

13   that before when you were asking me that.                 12:57:57

14        Q.  And there are no other items identified          12:58:00

15   as "agent" in the figure, apart from what you've          12:58:04

16   highlighted in yellow in Figure 16?                       12:58:09

17        A.  I don't think so, no.                            12:58:12

18        Q.  And then all of these items highlighted          12:58:19

19   in yellow are within a bigger box with the numeral        12:58:21

20   100.  Do you see that?                                    12:58:31

21        A.  Yes.                                             12:58:33

22        Q.  And that's identified as "the internal           12:58:33

23   functional diagram of device."                            12:58:35

24            Do you see that?                                 12:58:38

25        A.  I do.                                            12:58:38

| | |
|---|---|
| 1 | MR. BRIGHT: Objection to form. | 12:58:39 |
| 2 | Q. (BY MR. WANG) And so would that inform | 12:58:39 |
| 3 | then the meaning of "agent"? | 12:58:45 |
| 4 | A. Possibly. I guess we're just back to if | 12:58:53 |
| 5 | they meant "agent," they should have just said | 12:58:56 |
| 6 | "agent," and if they wanted to define a "device | 12:58:58 |
| 7 | agent," they should have done a better job of doing | 12:59:02 |
| 8 | that. It is just there is nothing in there that | 12:59:04 |
| 9 | tells a person of skill what the scope of "device | 12:59:06 |
| 10 | agent" is. | 12:59:09 |
| 11 | Q. And you don't mention this identification | 12:59:09 |
| 12 | at the top, right, that says "internal functional | 12:59:13 |
| 13 | diagram of device"? I don't recall that in your | 12:59:16 |
| 14 | declaration. | 12:59:18 |
| 15 | A. No, that wasn't a goal of mine to | 12:59:19 |
| 16 | describe everything in every figure. | 12:59:23 |
| 17 | Q. Okay. You also mention -- in these | 12:59:24 |
| 18 | paragraphs you mention Headwater's infringement | 12:59:34 |
| 19 | contentions. Do you see that? | 12:59:38 |
| 20 | A. Headwater's interpretation, is that what | 12:59:39 |
| 21 | you mean? | 12:59:42 |
| 22 | Q. I think you also mention Headwater's | 12:59:44 |
| 23 | infringement contentions, like in paragraph 38. | 12:59:47 |
| 24 | A. That's certainly possible. | 12:59:50 |
| 25 | Q. And this came up before, but I believe | 12:59:51 |

| | | |
|---|---|---|
| 1 | that you said that you didn't recall if you had | 13:00:00 |
| 2 | reviewed the infringement contentions. | 13:00:04 |
| 3 | Does this refresh your recollection or | 13:00:08 |
| 4 | change your answer one way or the other? | 13:00:13 |
| 5 | A.  Yeah, I think this fits into the -- I | 13:00:17 |
| 6 | looked at some of the documents that had the court | 13:00:20 |
| 7 | formatting with some tables in it and I think that's | 13:00:22 |
| 8 | what that is referring to here. | 13:00:26 |
| 9 | Q.  Did you review the contentions yourself | 13:00:28 |
| 10 | or did you discuss with counsel and form an | 13:00:31 |
| 11 | understanding from counsel about the infringement | 13:00:34 |
| 12 | contentions? | 13:00:37 |
| 13 | A.  I would say it is safe to say I did both | 13:00:39 |
| 14 | of those. | 13:00:41 |
| 15 | Q.  Okay. | 13:00:42 |
| 16 | MR. BRIGHT:  And, Counsel -- | 13:00:49 |
| 17 | MR. WANG:  I'm sorry, what was that? | 13:00:50 |
| 18 | THE VIDEOGRAPHER:  Apologies, Counsel, | 13:00:52 |
| 19 | just a heads up, we have five to ten before a media | 13:00:55 |
| 20 | change is needed. | 13:00:58 |
| 21 | MR. WANG:  Okay.  Maybe we will go for | 13:00:58 |
| 22 | five more minutes. | 13:01:00 |
| 23 | Q.  (BY MR. WANG)  Do you know when | 13:01:01 |
| 24 | Headwater's infringement contentions were served? | 13:01:03 |
| 25 | A.  No, I wouldn't even try to memorize that | 13:01:05 |

1     because I know I could look it up.                    13:01:08

2          Q.  Do you know if that would be within the      13:01:11

3     past year, for example?                               13:01:12

4          A.  That seems likely.                           13:01:15

5          Q.  Okay.  You didn't rely on the                13:01:18

6     infringement contentions as extrinsic evidence, do    13:01:33

7     you?                                                  13:01:37

8          A.  I guess it's extrinsic and it is             13:01:37

9     something I looked at, so it is something I           13:01:40

10    considered.                                           13:01:42

11         Q.  Okay.  You would agree that a person of      13:01:43

12    skill reading the patent, you know, at the time of    13:01:50

13    the invention would not consider Headwater's          13:01:52

14    infringement contentions?                             13:01:57

15         A.  I don't know if they would have access to    13:02:00

16    that, so probably not.                                13:02:02

17         Q.  And it would be 15 years before they         13:02:03

18    existed, right?                                        13:02:10

19         A.  In that case, yes.                           13:02:14

20         Q.  Do you agree that -- what you've             13:02:28

21    highlighted in Figure 16 that we looked at before, do 13:02:29

22    you agree that's what's highlighted in yellow are     13:02:35

23    device agents?                                        13:02:39

24         A.  No, they're just simply described as         13:02:40

25    different types of agents.                            13:02:42

| | | |
|---|---|---|
| 1 | Q.  Okay.  But I think in your opinions, you | 13:02:45 |
| 2 | say that -- at least you acknowledged that they could | 13:02:47 |
| 3 | be considered device agents, in paragraph 40, for | 13:02:51 |
| 4 | example? | 13:02:55 |
| 5 | MR. BRIGHT:  Objection to form. | 13:02:59 |
| 6 | THE WITNESS:  It's possible. | 13:03:07 |
| 7 | Q. (BY MR. WANG)  Okay.  You agree that a | 13:03:08 |
| 8 | person of skill would not read the claims in light of | 13:03:13 |
| 9 | Headwater's infringement contentions to understand | 13:03:18 |
| 10 | whether the claims -- whether the person of skill | 13:03:21 |
| 11 | could ascertain the meaning of the claims with | 13:03:24 |
| 12 | reasonable certainty, correct? | 13:03:27 |
| 13 | A.  I think that was too long of a sentence | 13:03:32 |
| 14 | for me, so I don't -- | 13:03:34 |
| 15 | Q.  A person -- a POSITA would not read the | 13:03:37 |
| 16 | claims in light of Headwater's infringement | 13:03:42 |
| 17 | contentions to understand whether he or she could | 13:03:45 |
| 18 | ascertain the meaning of claim with reasonable | 13:03:48 |
| 19 | certainty, correct? | 13:03:50 |
| 20 | A.  Yeah, I don't know if they would help. | 13:03:52 |
| 21 | MR. WANG:  All right.  Let's go off the | 13:03:56 |
| 22 | record. | 13:03:57 |
| 23 | THE VIDEOGRAPHER:  We are going off the | 13:04:00 |
| 24 | record.  The time is 1:03 p.m. | 13:04:01 |
| 25 | (Recess taken) | 13:09:02 |

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER:  We are back on the | 13:11:15 |
| 2 | record.  The time is 11:10 p.m. | 13:11:15 |
| 3 | Q.  (BY MR. WANG)  Welcome back, | 13:11:18 |
| 4 | Dr. Turnbull. | 13:11:24 |
| 5 | A.  Hey, thank you. | 13:11:24 |
| 6 | Q.  In paragraph 38 of your declaration, you | 13:11:25 |
| 7 | provide a copy of Figure 29.  Do you see that? | 13:11:28 |
| 8 | A.  That's right. | 13:11:33 |
| 9 | Q.  And in Figure 29, you -- you also | 13:11:35 |
| 10 | identify several elements in yellow, correct? | 13:11:39 |
| 11 | A.  That's right. | 13:11:47 |
| 12 | Q.  And those are agents? | 13:11:47 |
| 13 | A.  That's right.  That's my highlighting, of | 13:11:48 |
| 14 | course, not in the patent itself. | 13:11:50 |
| 15 | Q.  And are all of these agents on the device | 13:11:53 |
| 16 | in Figure 29? | 13:11:57 |
| 17 | MR. BRIGHT:  Objection to form. | 13:12:04 |
| 18 | THE WITNESS:  I am not sure.  I would | 13:12:05 |
| 19 | have to look at where it's described in the patent to | 13:12:08 |
| 20 | be sure of that. | 13:12:13 |
| 21 | Q.  (BY MR. WANG)  What's Figure 29 | 13:12:20 |
| 22 | disclosing? | 13:12:21 |
| 23 | A.  I guess broadly some of the functionality | 13:12:27 |
| 24 | of the system proposed. | 13:12:29 |
| 25 | Q.  Can you be more specific on that? | 13:12:32 |

1          A.  Not without looking at what it says for          13:12:34

2    Figure 29 in the patent itself.                            13:12:40

3          Q.  Okay.  But just looking at your                  13:12:42

4    declaration and your opinions in paragraph 38, you         13:12:44

5    don't recall what Figure 29 is showing?                    13:12:47

6          A.  No, just simply what I have described            13:12:51

7    here.  Like I say, Figure 29 illustrates various           13:12:54

8    "agents," quote, as yellow, separately from the            13:13:01

9    "apps", quote, in blue.                                    13:13:06

10          Q.  Do you have the opinion that any of the         13:13:13

11    agents that you highlight in yellow are not on the        13:13:15

12    device?                                                   13:13:17

13          MR. BRIGHT:  Objection to form.                     13:13:20

14          THE WITNESS:  I don't recall looking at             13:13:24

15    this right here today.                                    13:13:25

16          Q. (BY MR. WANG)  Do you know how Figure 29         13:13:42

17    relates to Figure 16?                                     13:13:44

18          A.  Oh, not specifically.  Off the top of my       13:13:49

19    head, no.  There are just too many figures.              13:13:51

20          Q.  Okay.  If you want to turn to the '733          13:14:02

21    Patent --                                                 13:14:04

22          A.  Okay.                                           13:14:09

23          Q.  -- which I think was Exhibit --                 13:14:10

24    Exhibit 5.                                                13:14:22

25          A.  Okay.  I have got it open.                      13:14:23

1           Q.  Okay.  If you want to look at the          13:14:26

2    description of Figure 29 and a description.  Let me    13:14:31

3    point you to that.                                     13:14:43

4           A.  Okay.                                       13:14:44

5           Q.  It is on page 114 of the patent --          13:14:50

6           A.  Okay.                                       13:14:56

7           Q.  -- or column three of the PDF.             13:14:56

8           A.  Column three?                               13:14:56

9           Q.  Column three, yes.                          13:14:57

10          Do you see that it says that "Figure 29         13:15:04

11   is a functional diagram illustrating a device         13:15:06

12   communication stack that allows for implementing      13:15:07

13   verifiable traffic-shaping policy, access control     13:15:10

14   policy, and/or service monitoring policy in           13:15:13

15   accordance with the sum of the embodiments."          13:15:16

16          A.  Yes, that's what it says.                   13:15:19

17          Q.  Okay.  Is that consistent with your        13:15:21

18   understanding?                                         13:15:23

19          A.  That sounds about right.                    13:15:24

20          Q.  And so what Figure 29 shows is located on  13:15:26

21   the device, right, because it illustrates a device    13:15:31

22   communication stack?                                   13:15:36

23          MR. BRIGHT:  Objection to form.                 13:15:37

24          THE WITNESS:  Yeah, in accordance with         13:15:43

25   some embodiments.  So this is one example, yeah, but  13:15:44

1    it doesn't specifically say on the device, it just          13:16:02

2    says "illustrating a device communication stack."           13:16:05

3          So it's, I guess, just an example or an               13:16:08

4    embodiment of the -- the stack and what the                 13:16:11

5    functionality is there.                                     13:16:16

6          Q.  (BY MR. WANG)  Okay.  Do you offer any            13:16:17

7    opinion that Headwater's infringement contentions           13:16:29

8    constitute a disclaimer of claim scope?                     13:16:34

9          A.  That phrase doesn't ring a bell in my             13:16:40

10   report.                                                     13:16:42

11         Q.  Do you have any such opinions sitting             13:16:51

12   here?                                                       13:16:53

13         A.  I'm not even sure what that means.  I             13:16:54

14   suspect there are -- that has got a legal meaning           13:16:57

15   disclaimer specifically, so I certainly couldn't give       13:17:00

16   you any opinion about that today.                           13:17:03

17         Q.  All right.  Can you turn to paragraph 42          13:17:05

18   of your report, please, of your declaration.                13:17:11

19         A.  Sure.  I will say that I think I have the         13:17:14

20   habit of saying "report" and I might mean                   13:17:16

21   "declaration," so maybe we're both using that a             13:17:18

22   little bit interchangeably today.  I hope that's            13:17:21

23   okay.                                                       13:17:24

24         Q.  Can we come to a mutual stipulation that          13:17:25

25   "declaration" means "report" and "report" means            13:17:27

| | | |
|---|---|---|
| 1 | "declaration"? | 13:17:29 |
| 2 | A. I could agree to that. | 13:17:30 |
| 3 | Q. So agreed. So could you please turn to | 13:17:32 |
| 4 | paragraph 42. | 13:17:39 |
| 5 | A. Okay. I'm with you. | 13:17:40 |
| 6 | Q. Okay. So here you offer an opinion about | 13:17:42 |
| 7 | this "Wherein" term in claim 19 of the '733 Patent, | 13:17:48 |
| 8 | right? | 13:17:52 |
| 9 | A. Yes. | 13:17:52 |
| 10 | Q. And this paragraph 42 contains your | 13:17:53 |
| 11 | entire opinion about indefiniteness, right? | 13:18:05 |
| 12 | A. Related to this, yes. | 13:18:09 |
| 13 | Q. And does this opinion depend on your | 13:18:19 |
| 14 | earlier opinion about the term "device agents" being | 13:18:23 |
| 15 | indefinite? | 13:18:28 |
| 16 | A. Yes, I think they're very related. There | 13:18:30 |
| 17 | is an overlap here because that's the term we're | 13:18:33 |
| 18 | talking about here. | 13:18:35 |
| 19 | Q. Okay. So if the term in claim one | 13:18:36 |
| 20 | "device agents" was found not to be indefinite, you | 13:18:39 |
| 21 | would not have an opinion that claim 19, this chart, | 13:18:42 |
| 22 | is indefinite? | 13:18:47 |
| 23 | MR. BRIGHT: Objection to form. | 13:18:52 |
| 24 | THE WITNESS: You know, I'm not sure. I | 13:18:52 |
| 25 | would probably have to hear what we came up with, | 13:18:53 |

| | | |
|---|---|---|
| 1 | what the ruling was, and then go back and look at | 13:18:56 |
| 2 | that, and then put it in the context of what we have | 13:18:59 |
| 3 | in this claim as well. | 13:19:03 |
| 4 | Q. (BY MR. WANG) Okay. So do you have an | 13:19:08 |
| 5 | additional independent reason for why this is | 13:19:10 |
| 6 | indefinite? | 13:19:13 |
| 7 | A. Well, it is a different claim, so I would | 13:19:14 |
| 8 | have to look at the context of the claim, compare it | 13:19:15 |
| 9 | to -- and again, it would depend on what ruling we | 13:19:19 |
| 10 | get if it's indefinite or not. | 13:19:22 |
| 11 | Q. Okay. But here, at least in paragraph | 13:19:25 |
| 12 | 42, you only have a few sentences, and in the second | 13:19:31 |
| 13 | sentence you say, "For similar reasons, a POSITA | 13:19:35 |
| 14 | would not be reasonably certain how to determine | 13:19:39 |
| 15 | whether a device agent...," right? | 13:19:42 |
| 16 | A. That's right. And it says, "With respect | 13:19:45 |
| 17 | to claims 1 and 30." So I see how you're asking the | 13:19:46 |
| 18 | question there, I think. | 13:19:50 |
| 19 | Q. Yes. And so -- and I think you testified | 13:19:52 |
| 20 | a minute ago that it's related to your opinions about | 13:19:55 |
| 21 | the term "device agents" in claims 1 and 30? | 13:19:58 |
| 22 | A. That's right. | 13:20:04 |
| 23 | Q. Okay. Then you say here that, "in | 13:20:05 |
| 24 | general, presenting a notification through a user | 13:20:11 |
| 25 | interface was a well-known functionality that long | 13:20:14 |

| | |
|---|---|
| 1 | predates the asserted patents."  Right? | 13:20:17 |
| 2 | A.  Absolutely. | 13:20:21 |
| 3 | Q.  And so that part of the claim, in | 13:20:21 |
| 4 | isolation, would not be indefinite, right? | 13:20:25 |
| 5 | MR. BRIGHT:  Objection to form. | 13:20:27 |
| 6 | THE WITNESS:  It's still not specific. | 13:20:32 |
| 7 | Presenting a notification through the user interface | 13:20:41 |
| 8 | has quite a breadth of meaning. | 13:20:43 |
| 9 | Q.  (BY MR. WANG)  Okay.  So are you saying | 13:20:46 |
| 10 | that if something is broad, then that makes it | 13:20:48 |
| 11 | indefinite? | 13:20:52 |
| 12 | A.  I think we're back to that again.  I'm | 13:20:53 |
| 13 | just saying that here this doesn't nail this down. | 13:20:55 |
| 14 | It still seems indefinite to me. | 13:20:58 |
| 15 | Q.  What do you mean "nail it down"? | 13:21:01 |
| 16 | So it has to be specific, it can't be | 13:21:03 |
| 17 | broad, you know, and include different types of | 13:21:06 |
| 18 | notification; it has to be a specific type for it to | 13:21:08 |
| 19 | be definite? | 13:21:11 |
| 20 | A.  Oh, no, I don't mean that.  I'm just | 13:21:13 |
| 21 | saying that what we have here presenting a | 13:21:15 |
| 22 | notification through the user interface is still | 13:21:18 |
| 23 | indefinite, especially based on the context of the | 13:21:23 |
| 24 | rest of this claim what's in the description for | 13:21:29 |
| 25 | sure. | 13:21:35 |

| | |
|---|---|
| 1 | Q.  What -- what about what you just read, | 13:21:36 |
| 2 | "presenting a notification through the user | 13:21:37 |
| 3 | interface," is indefinite? | 13:21:41 |
| 4 | A.  Well, it doesn't really -- it just says | 13:21:44 |
| 5 | "configured to assist in presenting."  That really | 13:21:46 |
| 6 | doesn't tell me very much at all.  We don't know what | 13:21:50 |
| 7 | "assist" means, for one thing.  It's just not | 13:21:52 |
| 8 | specific.  It's indefinite. | 13:21:56 |
| 9 | Q.  Okay.  So let's focus on the language | 13:21:59 |
| 10 | "configured to assist in presenting a notification | 13:22:03 |
| 11 | through the user interface, the notification based on | 13:22:07 |
| 12 | the message content." | 13:22:10 |
| 13 | Do you see that? | 13:22:11 |
| 14 | A.  Yes. | 13:22:12 |
| 15 | Q.  All right.  So what about this is | 13:22:13 |
| 16 | indefinite and why, if anything? | 13:22:18 |
| 17 | A.  Well, all of it is indefinite to me.  It | 13:22:21 |
| 18 | really doesn't teach me anything.  It doesn't specify | 13:22:24 |
| 19 | anything.  It is still indefinite, and like I say | 13:22:28 |
| 20 | here in my report, it is just not clear how a person | 13:22:32 |
| 21 | of skill would have determined whether a particular | 13:22:34 |
| 22 | component assists in that presentation.  It is not | 13:22:37 |
| 23 | clear. | 13:22:41 |
| 24 | Q.  Okay.  So I see what you have in your | 13:22:41 |
| 25 | declaration, and so is that your only reason for that | 13:22:49 |

| | | |
|---|---|---|
| 1 | why that language is indefinite? | 13:22:52 |
| 2 | A. I would say that summarizes it. That's, | 13:22:59 |
| 3 | you know, me presenting my opinion, and this is how I | 13:23:02 |
| 4 | summarized it here. | 13:23:05 |
| 5 | Q. Well, to the extent you have some other | 13:23:07 |
| 6 | opinion, I don't see it in this paragraph or in your | 13:23:09 |
| 7 | report, right? | 13:23:12 |
| 8 | A. No, that is my summary of my opinion | 13:23:12 |
| 9 | about that issue. | 13:23:15 |
| 10 | Q. So why do you say the term "assist" that | 13:23:19 |
| 11 | you put in quotes is indefinite or "assists in"? | 13:23:23 |
| 12 | A. Because it is indefinite. It just says | 13:23:28 |
| 13 | "configured to assist," that really doesn't tell me | 13:23:31 |
| 14 | anything. | 13:23:35 |
| 15 | Q. Can a person of skill determine whether | 13:23:37 |
| 16 | or not something is assisting in a process or not? | 13:23:39 |
| 17 | A. They could. Here, I don't feel like | 13:23:46 |
| 18 | that's what we see. | 13:23:49 |
| 19 | Q. But a person of skill could determine | 13:23:56 |
| 20 | whether something assists in a process of a computer | 13:23:57 |
| 21 | system or a device? | 13:24:02 |
| 22 | MR. BRIGHT: Objection to form. | 13:24:03 |
| 23 | THE WITNESS: That's a big hypothetical. | 13:24:04 |
| 24 | It is possible. We just -- that's not the case here. | 13:24:06 |
| 25 | Q. (BY MR. WANG) And what makes this case | 13:24:11 |

1    unique that --                                           13:24:12

2         A.   The body of the patent and the claims.         13:24:16

3         Q.   Okay.  You understand the phrase               13:24:27

4    "presenting a notification through the user             13:24:27

5    interface," correct?                                     13:24:30

6         A.   Roughly, yes.                                   13:24:34

7         Q.   And you would be able to follow that           13:24:35

8    through the components of the system in source code,     13:24:43

9    for example?                                             13:24:45

10          MR. BRIGHT:  Objection to form.                   13:24:47

11          THE WITNESS:  I think I could follow it           13:24:47

12   through source code.  I don't know if there is any       13:24:48

13   specific place in the patent that walks me through       13:24:51

14   that.  Off the top of my head, I don't recall that.      13:24:54

15        Q.  (BY MR. WANG)  Okay.  So then if you were       13:25:02

16   looking at some other component or some component of     13:25:08

17   the system or computer, is it your testimony that        13:25:10

18   you're unable to determine if the component assists      13:25:13

19   in that process that you can follow by source code       13:25:16

20   and that you would have no idea?                         13:25:18

21        A.   That might have been a compound question.      13:25:23

22   I don't know if you could break it down for me.          13:25:25

23        Q.   So I'm trying to understand why you find       13:25:27

24   it difficult to determine whether or not a component     13:25:30

25   assists in a process.                                    13:25:33

| | | |
|---|---|---|
| 1 | And my question to you is: If we're | 13:25:36 |
| 2 | following this process of presenting a notification | 13:25:39 |
| 3 | through the source code, for example, why would a | 13:25:42 |
| 4 | person of skill not be able to to determine whether a | 13:25:47 |
| 5 | component assists in that process? | 13:25:50 |
| 6 | A. I think a person of skill, if they had | 13:25:56 |
| 7 | all the source code, could do that, has a higher | 13:25:58 |
| 8 | chance of being able to figure that out based on this | 13:26:05 |
| 9 | language in the claim and in the patent. | 13:26:09 |
| 10 | Q. Let's go to the next term. Could I turn | 13:26:24 |
| 11 | your attention to paragraph 44. | 13:26:27 |
| 12 | A. Yeah, I'm with you. | 13:26:32 |
| 13 | Q. Okay. Your entire opinion for | 13:26:33 |
| 14 | indefiniteness for claim one of the '117 Patent and | 13:26:37 |
| 15 | the term "device messaging agents" is in paragraph | 13:26:41 |
| 16 | 44, right? | 13:26:45 |
| 17 | A. Other than the fact that I say "As | 13:26:47 |
| 18 | discussed above with respect to claims 1 and 30," | 13:26:49 |
| 19 | where we have been discussing "device agent," so it | 13:26:51 |
| 20 | would be added to those. | 13:26:54 |
| 21 | Q. Okay. And so you referred to your | 13:26:58 |
| 22 | opinion for "device agent" for claims 1 and 30 of the | 13:27:02 |
| 23 | '733 Patent, right? | 13:27:05 |
| 24 | A. Exactly. | 13:27:07 |
| 25 | Q. Okay. And you say using the same term | 13:27:08 |

1  for a similar reason, a POSITA would not be          13:27:12

2  reasonably certain what constitutes a device         13:27:16

3  messaging agent?                                     13:27:18

4        A.  That's exactly right.                      13:27:19

5        Q.  The same question I asked you before.      13:27:22

6            If the term "device agents" in claims 1    13:27:24

7  and 30 of the '733 Patent were not found to be       13:27:28

8  indefinite, would you have an opinion that the term  13:27:33

9  "device messaging agents" is indefinite?             13:27:37

10       A.  I think "device messaging agent" is a      13:27:43

11 whole other term.  So if "device agent" is determined 13:27:45

12 to not be indefinite, I think I would still have to   13:27:50

13 look at anything related to "device messaging agent." 13:27:55

14       Q.  Okay.  Do you have separate or             13:27:59

15 independent reasons in your declaration?             13:28:09

16       A.  Just what I have in my declaration here    13:28:14

17 and then referring to the other paragraphs related to 13:28:16

18 device agent.  Just like I say here, you know, the    13:28:19

19 addition of the word "messaging" does not render its  13:28:26

20 meaning any more ascertainable than "device agent."   13:28:28

21       Q.  Okay.  So for the specific term "device    13:28:34

22 messaging agent," you only have these two sentences   13:28:37

23 here, right, beginning with "the specification does   13:28:41

24 not use such a term," and then the next sentence, "a  13:28:44

25 device messaging agent is not a known term in the     13:28:50

1    art."                                                    13:28:53

2            Do you see that?                                 13:28:54

3        A.  Yeah.  And the claim language does not           13:28:54

4    help define the boundaries because it only teaches       13:28:56

5    that a device messaging agent is executable on an        13:28:59

6    end-user device and receives or forwards messages        13:29:02

7    from the Internet.                                       13:29:05

8        Q.  Right.                                           13:29:09

9        A.  And then, of course, referring to my             13:29:09

10   above discussion about device agent and claims 1 and     13:29:11

11   30, so that other part of my report as well.             13:29:14

12       Q.  Okay.  But specifically for the '733             13:29:16

13   Patent and for this term "device messaging agent,"       13:29:18

14   your opinion specific to that is these two sentences,    13:29:23

15   right, at the end of paragraph 44?                       13:29:28

16       A.  I would say it is the whole paragraph.           13:29:32

17   And then, of course, this paragraph says I'm also        13:29:33

18   referring to the above paragraphs before that related    13:29:37

19   to device agents.                                        13:29:39

20       Q.  Right.  But again, my question was               13:29:41

21   specifically about the '733 Patent -- I'm sorry,         13:29:47

22   specifically -- let me strike that.                      13:29:52

23            Specifically for the '117 Patent in             13:29:53

24   claim 1 and the term "device messaging agent,"          13:29:56

25   specific to that patent and that term, your opinions     13:30:00

1    specific to that are in these two sentences?                      13:30:04

2            A.  I would say the whole paragraph; and then            13:30:08

3    again, because the whole paragraph says I'm also                  13:30:10

4    referring to things about claims 1 and 30 of the '733            13:30:14

5    patent in my discussion above that, I think they are             13:30:19

6    all part of the same discussion.                                  13:30:22

7            Q.  Right.  You also say here "a device                  13:30:24

8    messaging agent is not a known term in the art."                 13:30:33

9            Do you see that?                                         13:30:35

10           A.  I do.                                                13:30:36

11           Q.  And is that similar to your opinion that            13:30:36

12   "device agent" is not a known term in the art?                    13:30:42

13           A.  Yes.                                                 13:30:45

14           Q.  So it's basically the same opinion?                  13:30:48

15           A.  It has elements of the same opinion, yes,           13:30:53

16   and it is based on my same skills and experience.                 13:30:55

17           Q.  Okay.  What elements are different in               13:30:57

18   this opinion?                                                     13:31:03

19           A.  Well, we have an extra word.  We don't             13:31:04

20   have "device agent" now, we have "device messaging               13:31:06

21   agent," but clearly the discussion of "device agent"             13:31:09

22   applies here as well, as I have said here.                        13:31:12

23           Q.  And then we talked before about how                 13:31:15

24   "device" could be seen as a modifier of the word                  13:31:17

25   "agent."  Do you recall that?                                     13:31:26

1      A.  We did, yes.                                     13:31:28

2      Q.  Do you agree that the same is here, that         13:31:29

3  "device messaging" is modifying the word "agent"?       13:31:30

4          MR. BRIGHT:  Objection to form.                  13:31:38

5          THE WITNESS:  Yeah, "device" could be            13:31:39

6  modifying the word "agent" here, and then "messaging"   13:31:41

7  could be modifying the word "agent" here, and then      13:31:44

8  "device messaging" could be modifying the word          13:31:47

9  "agent" here.                                            13:31:50

10     Q.  (BY MR. WANG)  Do you agree that "device         13:31:54

11  messaging agent" is narrower than "agent"?             13:31:56

12     A.  It could be.                                     13:32:05

13     Q.  Here, I don't see you expressing the             13:32:10

14  opinion that "device messaging agent" could mean the   13:32:12

15  same thing as "agent."  Do you see that in this        13:32:16

16  paragraph.                                              13:32:19

17     A.  No, I do not.                                    13:32:19

18     Q.  Do you agree that "device messaging              13:32:25

19  agent" is narrower than "device agent"?                13:32:28

20         MR. BRIGHT:  Objection to form.                  13:32:38

21         THE WITNESS:  It could be, but I think           13:32:39

22  they both have such a lack of reasonable certainty     13:32:43

23  from a person of skill that it's hard to have a        13:32:47

24  degree of certainty because they're both just --       13:32:53

25  there's no reasonable certainty for those.             13:32:57

1      Q.  (BY MR. WANG)  We talked before about the          13:33:06

2  word "agent" by itself.  We also talked about the          13:33:08

3  word "device" by itself.  Do you recall that?              13:33:11

4      A.  Yeah.                                               13:33:13

5      Q.  And would that same discussion apply to            13:33:13

6  this term?                                                  13:33:15

7      A.  I think so, yes.                                    13:33:20

8      Q.  Let's talk about the word "messaging" by           13:33:21

9  itself.  Would that have a plain and ordinary meaning      13:33:24

10  in the field of the asserted patents?                     13:33:28

11     A.  I think that would really depend on the            13:33:37

12  context.  That's, you know, a pretty generic word.        13:33:40

13  So I think you would have to have some context for        13:33:43

14  that.  "Messaging" might mean any number of things to     13:33:46

15  a person of skill, even in the field of these             13:33:49

16  patents.                                                  13:33:51

17     Q.  But it has a specific meaning, right?              13:33:52

18     A.  No, not really.  I think it would depend           13:33:56

19  on the context.                                           13:33:59

20     Q.  So if I asked you if something was a               13:34:00

21  message or not, you would not be able to determine        13:34:02

22  that?                                                     13:34:06

23         MR. BRIGHT:  Objection to form.                    13:34:08

24         THE WITNESS:  I think on a case-by-case            13:34:09

25  basis, sometimes I could; sometimes I couldn't.  It       13:34:11

| | | |
|---|---|---|
| 1 | depends on how it's used in the context of what | 13:34:14 |
| 2 | you're describing.  Like, if I have a specification | 13:34:17 |
| 3 | or something like that, it might mean something very | 13:34:20 |
| 4 | specific, but other times it might be something so | 13:34:24 |
| 5 | broad that it could mean almost anything. | 13:34:27 |
| 6 | Q.  (BY MR. WANG)  Okay.  Can you give me an | 13:34:29 |
| 7 | example in the art or in the field of the patents | 13:34:32 |
| 8 | where you would not be sure about something being a | 13:34:36 |
| 9 | message or not? | 13:34:40 |
| 10 | A.  That a big question. | 13:34:45 |
| 11 | Q.  Well, it's actually very specific. | 13:34:46 |
| 12 | I'm saying:  Can you give me any example | 13:34:49 |
| 13 | where you would not be able to determine if it's a | 13:34:53 |
| 14 | message or not? | 13:34:58 |
| 15 | A.  Not off the top of my head, no.  I've | 13:34:59 |
| 16 | just read too many things in my career to think of an | 13:35:00 |
| 17 | example.  "Messaging" is just used in many ways in | 13:35:06 |
| 18 | many contexts. | 13:35:10 |
| 19 | Q.  Can you think of an example where someone | 13:35:19 |
| 20 | used that word "message" and you didn't know what it | 13:35:21 |
| 21 | meant or you didn't know what it was referring to? | 13:35:24 |
| 22 | A.  Nothing comes to mind here sitting here, | 13:35:27 |
| 23 | no. | 13:35:29 |
| 24 | Q.  In paragraph -- paragraph 44, you don't | 13:35:30 |
| 25 | include any citations to the specification of the | 13:35:55 |

1    '117 Patent, right?                                    13:35:58

2         A.  No, I don't.                                  13:35:59

3         Q.  Do you have the opinion that the word         13:36:18

4    "messaging" by itself makes the term indefinite?       13:36:19

5         A.  I'm not sure I get the question.  Like,       13:36:25

6    if I didn't have that word in there, would it still    13:36:28

7    be indefinite?                                         13:36:31

8         Q.  Oh.  I guess what I mean is here in           13:36:33

9    paragraph 44, you say that the addition of the word    13:36:36

10   "messaging" does not render its meaning any more       13:36:39

11   ascertainable than a "device agent."                   13:36:43

12         Do you see that?                                 13:36:46

13         A.  Yeah.  And that's my opinion.                13:36:46

14         Q.  That's your opinion, okay, but do you        13:36:48

15   have the opinion that the word "messaging" renders     13:36:50

16   the meaning less ascertainable or more indefinite?     13:36:56

17         A.  I don't know if I have a degree of           13:37:02

18   indefinite scale.  It is just not something that,      13:37:05

19   again, a person of skill with reasonable certainty     13:37:08

20   would understand the scope of limitation in the        13:37:10

21   claim.                                                 13:37:13

22         Q.  Okay.  But your opinion is what you have     13:37:14

23   here, which is literally does not render its meaning   13:37:16

24   any more ascertainable?                                13:37:21

25         A.  That's right.                                13:37:22

1      Q.  Okay.  And in paragraph 44, you don't                13:37:26

2   cite to the prosecution history, right?                     13:37:35

3      A.  Oh, no, I don't.                                     13:37:37

4      Q.  Okay.  Do you recall citing to the                   13:37:38

5   prosecution history anywhere in your declaration?           13:37:39

6      A.  Not specifically.  I could see that I                13:37:58

7   refer to it in the description for the legal standard        13:38:01

8   for "claim construction," and as I mentioned, I did          13:38:03

9   look at the file histories for all three patents.            13:38:05

10     Q.  Right.  You did list it in your                       13:38:08

11  "Materials Considered," but I don't believe that you         13:38:10

12  cite to it elsewhere in your declaration, and you            13:38:14

13  don't recall doing that, do you?                             13:38:19

14     A.  I don't think I have that specifically in             13:38:22

15  the declaration.  I certainly reviewed it, and that's        13:38:23

16  part of what I considered in giving my opinions here.        13:38:29

17     Q.  Do you remember anything from the                     13:38:32

18  prosecution history, sitting here, anything that             13:38:33

19  would be relevant or inform your opinions?                   13:38:37

20     A.  Nothing comes to mind sitting here right              13:38:53

21  now, no.                                                     13:38:55

22     Q.  Okay.  You say that the phrase -- or the              13:38:57

23  term "device messaging agent" is not in the                 13:38:59

24  specification; is that correct?                              13:39:02

25     A.  I think that's right.                                 13:39:05

| | | |
|---|---|---|
| 1 | Q. In paragraph 44, you say that the | 13:39:10 |
| 2 | specification does not use such a term? | 13:39:12 |
| 3 | A. That's right. | 13:39:15 |
| 4 | Q. Do you know if this specification uses | 13:39:20 |
| 5 | the term "agent messages" or "agent message"? | 13:39:22 |
| 6 | A. Oh, not off the top of my head, no. | 13:39:26 |
| 7 | Q. Okay. Did you consider that question? | 13:39:28 |
| 8 | A. I don't recall considering that, no. | 13:39:38 |
| 9 | Q. And you don't recall considering the | 13:39:39 |
| 10 | portions of the specification that discuss that if it | 13:39:44 |
| 11 | uses the term "agent message" or "agent messages"? | 13:39:48 |
| 12 | A. I don't recall doing that either way. | 13:39:54 |
| 13 | What I was trying to do here is try to give an | 13:39:56 |
| 14 | opinion on "device messaging agent," which is in the | 13:40:00 |
| 15 | claim, so that's what I looked for and that's what | 13:40:04 |
| 16 | I'm discussing in this section. | 13:40:07 |
| 17 | Q. Okay. Do you have the opinion that | 13:40:10 |
| 18 | "agent message" or "agent messages" is referring to | 13:40:12 |
| 19 | something different? | 13:40:18 |
| 20 | A. Without looking at that, I just can't | 13:40:22 |
| 21 | say. | 13:40:24 |
| 22 | MR. BRIGHT: Objection to form. | 13:40:25 |
| 23 | THE WITNESS: I certainly don't have the | 13:40:26 |
| 24 | memory of, you know, a 200-page patent in my head. | 13:40:27 |
| 25 | Q. (BY MR. WANG) Can you look back at | 13:40:30 |

| | | |
|---|---|---|
| 1 | Figure 16 of the patent.  You could turn to it in | 13:40:41 |
| 2 | your declaration, because I think it is shown a | 13:40:45 |
| 3 | couple of times. | 13:40:48 |
| 4 | A.  Yeah, I have got it on page 15, for one, | 13:40:51 |
| 5 | of my declaration. | 13:40:53 |
| 6 | Q.  Okay.  We may have covered this before | 13:40:56 |
| 7 | but I wanted to ask you again. | 13:40:58 |
| 8 | So do you see the item numeral 1691 | 13:41:00 |
| 9 | Service Control Device Link? | 13:41:04 |
| 10 | A.  I do. | 13:41:06 |
| 11 | Q.  Okay.  Do you know whether or not this | 13:41:07 |
| 12 | Service Control Device Link can be assumed to be | 13:41:15 |
| 13 | equivalent to an agent for communication purposes? | 13:41:18 |
| 14 | MR. BRIGHT:  Objection to form. | 13:41:21 |
| 15 | THE WITNESS:  If you'll ask me that again | 13:41:46 |
| 16 | now that I have looked at it. | 13:41:48 |
| 17 | (Reporter drops off) | 14:24:45 |
| 18 | THE VIDEOGRAPHER:  We are back on the | 14:27:12 |
| 19 | record.  The time is 2:26 p.m. | 14:27:13 |
| 20 | Q.  (BY MR. WANG)  Welcome back, | 14:27:14 |
| 21 | Dr. Turnbull. | 14:27:26 |
| 22 | A.  Hi there. | 14:27:28 |
| 23 | Q.  Nice lunch? | 14:27:28 |
| 24 | A.  I guess so.  How about you? | 14:27:29 |
| 25 | Q.  Very good, but quick. | 14:27:31 |

| | | |
|---|---|---|
| 1 | Did you discuss anything with your | 14:27:33 |
| 2 | attorney during the break? | 14:27:34 |
| 3 | A.  No. | 14:27:35 |
| 4 | Q.  Did you have any discussions with him -- | 14:27:40 |
| 5 | A.  No. | 14:27:43 |
| 6 | Q.  -- once on -- | 14:27:44 |
| 7 | Okay.  So we had technical difficulties | 14:27:52 |
| 8 | before where I think a portion of your response was | 14:27:56 |
| 9 | cut off, so what I'm going to do is I'm going to go | 14:27:58 |
| 10 | back to that question I asked before our lunch break, | 14:28:02 |
| 11 | and we were talking about Figure 16 of the '116 | 14:28:04 |
| 12 | Patent -- '117 Patent.  And if you want to look at it | 14:28:14 |
| 13 | in your report, it is on page 15 of your report. | 14:28:21 |
| 14 | A.  Okay. | 14:28:29 |
| 15 | Q.  And my question is in Figure 16 of the | 14:28:30 |
| 16 | '117 Patent, do you see this item that's noted as | 14:28:38 |
| 17 | Item 1691 called the Service Control Device Link? | 14:28:45 |
| 18 | Do you see that? | 14:28:51 |
| 19 | A.  I see Service Control Device Link 1691, | 14:28:53 |
| 20 | yes. | 14:28:56 |
| 21 | Q.  And this Service Control Device Link in | 14:29:06 |
| 22 | the '117 Patent can be assumed to be equivalent to an | 14:29:08 |
| 23 | agent for communication purposes? | 14:29:13 |
| 24 | MR. BRIGHT:  Objection to form. | 14:29:17 |
| 25 | THE WITNESS:  I don't know.  I would | 14:29:20 |

1    think if that I wanted it to be considered an agent                14:29:21

2    that I would have called it an agent, like several                 14:29:23

3    other things in this figure.                                       14:29:26

4         Q.  (BY MR. WANG)  So do you -- do your claim                 14:29:28

5    construction opinions assume that Service Control                  14:29:43

6    Device Link is not an agent or equivalent to an                    14:29:45

7    agent?                                                             14:29:51

8         A.  I don't think I say either way                           14:29:59

9    specifically regarding that in my report, and I would             14:30:01

10   say what I just said, it is not listed as an agent in             14:30:03

11   the description in 1691, so I just can't know since               14:30:06

12   they stated other things as an agent; and I don't                 14:30:10

13   recall anything in the file history where they, you               14:30:14

14   know, modified a figure or corrected something                    14:30:17

15   because they didn't do it right in a figure, say this             14:30:21

16   figure.  I don't remember anything about that.                    14:30:24

17        Q.  You said you don't recall anything in the                14:30:28

18   file history.  Do you recall anything in the                      14:30:32

19   specification?                                                    14:30:35

20        A.  No, only what's in my declaration here.                  14:30:36

21        Q.  Okay.  And then at the end of paragraph                  14:30:42

22   44 you say that "the claim language does not help                 14:31:09

23   define its boundaries because it only teaches that a             14:31:12

24   device messaging agent is executable on an end-user              14:31:15

25   device and receives/forwards message from the                    14:31:19

| | | |
|---|---|---|
| 1 | Internet." | 14:31:21 |
| 2 | Do you see that? | 14:31:22 |
| 3 | A. I do. | 14:31:22 |
| 4 | Q. And that's not the claim language, right, | 14:31:24 |
| 5 | that is a paraphrase of the claim language? | 14:31:26 |
| 6 | A. Yes, that's right. | 14:31:30 |
| 7 | Q. Do you agree that, in general, claim | 14:31:38 |
| 8 | language can help define the boundaries of a term? | 14:31:41 |
| 9 | A. I would hope so, yes. | 14:31:49 |
| 10 | Q. And here in the '117 Patent, there is | 14:31:52 |
| 11 | claim language regarding "device messaging agents," | 14:31:54 |
| 12 | correct? | 14:32:00 |
| 13 | A. A "device messaging agent," yes. | 14:32:04 |
| 14 | Q. Okay. Let me ask you about the next | 14:32:13 |
| 15 | term, which is on B. It begins with "at least one of | 14:32:15 |
| 16 | the devices having a network stack." | 14:32:19 |
| 17 | Do you see that above paragraph 46 of | 14:32:21 |
| 18 | your declaration? | 14:32:23 |
| 19 | A. I do see that. I'm with you. | 14:32:26 |
| 20 | Q. Okay. Let me first ask you about the | 14:32:28 |
| 21 | first part of it. | 14:32:38 |
| 22 | "At least one of the devices having a | 14:32:38 |
| 23 | network stack in communication with the device | 14:32:45 |
| 24 | messaging agent," do you see that? | 14:32:47 |
| 25 | A. Yes. | 14:32:49 |

1      Q.   Okay.  So the language "at least one of    14:32:50

2   the devices having a network stack in communication  14:32:54

3   with," do you find anything indefinite about that    14:32:57

4   language?                                            14:33:07

5      A.   I would say what comes to mind is what I     14:33:12

6   had right after that in my declaration in the context 14:33:14

7   of computer network.  Network stack, as we're        14:33:18

8   discussing, refers to these logical layers that       14:33:22

9   describe how different network functionality is       14:33:25

10  conceptually organized.  As such, it is unclear how   14:33:28

11  any pair of networking devices or networked device    14:33:32

12  would not have a network stack.  The patent itself    14:33:35

13  describes a network stack as a standard feature.      14:33:38

14     Q.   All right.  So -- so you think that any       14:33:43

15  pair of networking devices would have a network       14:33:46

16  stack?                                                14:33:49

17     A.   Yes.                                          14:33:50

18     Q.   Okay.  And you -- you would, as the           14:33:51

19  person skilled, know what the network stack is?       14:33:55

20     A.   Yes.  And I will say they would have a        14:33:59

21  network stack unless otherwise specified.             14:34:02

22     Q.   Okay.  And what -- what network stack         14:34:05

23  would they have by default or unless otherwise        14:34:07

24  specified?                                            14:34:11

25     A.   Well, I think it would depend on the         14:34:12

1    context of what's being described, but I think this            14:34:14

2    is a fairly standard -- I think the OSI network stack          14:34:17

3    layers, which I guess application is the top level,            14:34:22

4    and I think there's six other levels, I'm just trying          14:34:25

5    to remember off the top of my head, and I think                14:34:29

6    that's what this may be referring to.                          14:34:30

7         Q.  Okay.  Can you roughly describe what --               14:34:32

8    what that "network stack" is?                                  14:34:34

9         You said the application layer's at the                   14:34:37

10   top, and you may not remember all of the layers, but           14:34:39

11   can you describe what -- what you remember as an               14:34:43

12   expert?                                                        14:34:46

13        A.  Sure.  Just off the top of my head, the               14:34:49

14   network stack, to me, is a series of technologies and         14:34:52

15   protocols that I guess in the Internet world, which I         14:34:57

16   guess is what we're mostly dealing with in the last           14:35:00

17   40 years or so, the combination of well-known,                 14:35:00

18   well-documented, primarily useable by most people set         14:35:08

19   of these technologies and protocols that provide,             14:35:16

20   coordinate, acknowledge, and enable the transfer of           14:35:22

21   communication between two systems on a network.               14:35:27

22        Q.  Okay.  And is there a difference between             14:35:33

23   what you just said and the networking communications         14:35:47

24   stack of the device OS?                                        14:35:51

25        MR. BRIGHT:  Objection to form.                          14:35:57

1        THE WITNESS:  I'm not sure what you mean                    14:35:59

2   by "device OS."                                                 14:36:00

3        Q. (BY MR. WANG)  Well, you have this as part              14:36:06

4   of a quote in paragraph 46.  In parentheses you say            14:36:07

5   "Thereby" -- or you quote, "Thereby not requiring any          14:36:15

6   modification of the device network communication              14:36:19

7   stack of the device OS."                                       14:36:21

8        A.  Yeah, I see that.  I didn't know if                   14:36:23

9   that's what you were referring to or not.                      14:36:25

10       Q.  So it -- is what you were just describing             14:36:31

11  the same thing as -- as this networking device --             14:36:36

12  networking communications stack of the device OS?             14:36:39

13       A.  Yeah, generally.  I would say it could              14:36:45

14  extend -- it could be another device or another              14:36:48

15  system as well, but it's a pretty standard networking        14:36:50

16  stack.                                                        14:36:54

17       Q.  Okay.  And what is an API interface with            14:36:56

18  the network stack?                                            14:37:10

19       A.  There could be more than one.  API stands          14:37:11

20  for application programming interface, at least most         14:37:14

21  of time that's what we mean by it, and it would be           14:37:17

22  the ways that you could have software source code to         14:37:20

23  communicate with various levels or layers of the             14:37:25

24  stack as needed.                                              14:37:28

25       Q.  And that inter -- that interface API or            14:37:31

| | | |
|---|---|---|
| 1 | API interface, can that be invoked by the operating | 14:37:40 |
| 2 | system of the device? | 14:37:45 |
| 3 | A.  It could be in some cases, yes. | 14:37:49 |
| 4 | Q.  And can it be invoked or used by | 14:37:51 |
| 5 | applications of a device? | 14:37:54 |
| 6 | A.  Possibly.  It could be a combination | 14:38:04 |
| 7 | where an application may request something that the | 14:38:04 |
| 8 | operating system then coordinates to be used. | 14:38:07 |
| 9 | Q.  Okay.  And it can send instructions to | 14:38:16 |
| 10 | terminate a communication, correct? | 14:38:19 |
| 11 | MR. BRIGHT:  Objection to form. | 14:38:25 |
| 12 | THE WITNESS:  I guess that's a | 14:38:32 |
| 13 | possibility.  It might depend on what you mean by | 14:38:34 |
| 14 | "terminate." | 14:38:36 |
| 15 | Q. (BY MR. WANG)  And it can send | 14:38:41 |
| 16 | instructions or has the capability of terminating a | 14:38:42 |
| 17 | secured connection? | 14:38:46 |
| 18 | MR. BRIGHT:  Objection to form. | 14:38:52 |
| 19 | THE WITNESS:  Do you mean -- when you | 14:38:52 |
| 20 | said "it," do you mean an application or the device | 14:38:55 |
| 21 | OS or them in concert -- | 14:38:57 |
| 22 | Q. (BY MR. WANG)  Oh, no, okay.  Okay. | 14:39:00 |
| 23 | Let me -- let me say this:  The -- the | 14:39:01 |
| 24 | API interface can be used to or has the capability to | 14:39:05 |
| 25 | terminate a connection? | 14:39:12 |

| 1 | A. I guess it would depend on the API that | 14:39:15 |
| 2 | you're using. | 14:39:18 |
| 3 | Q. The API to the network stack. | 14:39:20 |
| 4 | A. Again, it would depend on what API you're | 14:39:23 |
| 5 | using and what part of the network stack you're | 14:39:27 |
| 6 | talking to. | 14:39:30 |
| 7 | Q. But it could, right? | 14:39:34 |
| 8 | A. That's -- yeah, that's a wide range of | 14:39:35 |
| 9 | possibilities, it could. | 14:39:38 |
| 10 | Q. The same question for a secure | 14:39:44 |
| 11 | connection, the API interface to the network stack | 14:39:46 |
| 12 | can be used to terminate a secure connection? | 14:39:49 |
| 13 | MR. BRIGHT: Objection to form. | 14:39:55 |
| 14 | THE WITNESS: It would depend on the API | 14:40:01 |
| 15 | and even what you mean by "terminate the connection." | 14:40:05 |
| 16 | I don't know if you mean end it at the end of a -- of | 14:40:10 |
| 17 | a transmission or, you know, a dataset or stop in the | 14:40:12 |
| 18 | middle of it or don't allow it. Even that has, you | 14:40:16 |
| 19 | know, a lot of different meanings with terminate. | 14:40:20 |
| 20 | Q. (BY MR. WANG) Okay. But the examples | 14:40:22 |
| 21 | that you just gave are possible functionality that | 14:40:25 |
| 22 | could be carried out by the interface API to the | 14:40:32 |
| 23 | network stack? | 14:40:35 |
| 24 | A. I think maybe one part we're not syncing | 14:40:40 |
| 25 | up is you said "the interface API," and I guess there | 14:40:42 |

1    could be more than one, but I certainly would agree          14:40:46

2    that the possibilities of doing something with               14:40:48

3    different APIs that could work with a standard               14:40:51

4    network stack or maybe network stacks generally could        14:40:56

5    have functionality like that.                                14:40:59

6         Q.  Okay.  In a device, what -- what              14:41:01

7    functionality is outside the network stack?  Would          14:41:10

8    that include certain operation of applications?             14:41:15

9         A.  Certainly.                                    14:41:24

10        Q.  Well, what sort of operations would that      14:41:29

11   include, just an example, things being displayed to         14:41:31

12   the user does not necessarily have to do with the           14:41:34

13   network stack?                                              14:41:39

14        A.  It could have something to do with the        14:41:40

15   network stack; it might not.  It depends on how your        14:41:42

16   operating system is and what your application is set        14:41:46

17   to do.                                                      14:41:49

18        Q.  Well, what about just, for example,           14:41:50

19   closing an application, does that have anything to do       14:41:57

20   with the network stack?                                     14:42:00

21        MR. BRIGHT:  Objection to form.              14:42:01

22        THE WITNESS:  That -- that's pretty           14:42:06

23   broad.  Hypothetically it's possible.  In the               14:42:07

24   different types of applications you might have, it          14:42:12

25   could.                                                      14:42:14

| | | |
|---|---|---|
| 1 | Q. (BY MR. WANG)  So it could have something | 14:42:16 |
| 2 | to do with the network stack? | 14:42:17 |
| 3 | A.  Yeah, that's just such a broad range of | 14:42:19 |
| 4 | possibles to think about the different things you | 14:42:22 |
| 5 | could do as a programmer and what applications can | 14:42:24 |
| 6 | do.  So it's certainly possible.  I don't know if | 14:42:26 |
| 7 | it's relevant to anything you're asking about related | 14:42:29 |
| 8 | to the patents or not, but hypothetically it's | 14:42:32 |
| 9 | possible. | 14:42:34 |
| 10 | Q.  And could -- could it not have to do with | 14:42:39 |
| 11 | the network stack? | 14:42:41 |
| 12 | You said it -- it could have something to | 14:42:42 |
| 13 | do with the network stack.  I just want to confirm | 14:42:43 |
| 14 | that it could have not -- nothing to do with the | 14:42:47 |
| 15 | network stack? | 14:42:52 |
| 16 | A.  Yeah, I think by me saying "it could have | 14:42:54 |
| 17 | something," that also implies, kind of logically, | 14:42:56 |
| 18 | that it could not.  The breadth of what you can do | 14:42:59 |
| 19 | with software, especially in communicating between | 14:43:02 |
| 20 | two systems over a network, is just about as broad of | 14:43:05 |
| 21 | a concept as there is in computer science.  So | 14:43:08 |
| 22 | certainly there are possibilities there. | 14:43:11 |
| 23 | Q.  Can an application terminate a connection | 14:43:15 |
| 24 | outside the network stack? | 14:43:19 |
| 25 | MR. BRIGHT:  Objection to form. | 14:43:22 |

 1          THE WITNESS:  Do you mean terminate a                    14:43:27

 2   network connection or just any kind of connection?             14:43:28

 3          Q.  (BY MR. WANG)  Well, first let me ask a             14:43:35

 4   network connection?                                            14:43:37

 5          A.  I guess, again, hypothetically, it's                14:43:39

 6   possible.  If you're referring to something in the             14:43:41

 7   patents, I would be happy to look.  I'm not really             14:43:44

 8   sure the context of the question.                              14:43:48

 9          Q.  I'm just asking you in general first, and           14:43:50

10   so would your answer be -- be the same that -- that            14:43:56

11   it's possible?                                                 14:43:58

12          A.  Generally, yes.  If you ask me in                   14:44:00

13   general, yes.                                                  14:44:01

14          Q.  I want to focus you on the claim language           14:44:12

15   on -- of the term B, and it's in the heading of                14:44:15

16   sub -- subsection B above paragraph 46.  Could you             14:44:19

17   take a look at that.                                           14:44:24

18          A.  Okay.  I'm with you.                                14:44:26

19          Q.  And my question is that:  This language             14:44:28

20   at the end just says "is terminated within the                14:44:32

21   network stack."  It doesn't say "terminated within a           14:44:36

22   particular layer of the network stack," correct?              14:44:41

23          A.  I agree, that's not what it says.                   14:44:44

24          Q.  Okay.  And so it doesn't require that the           14:44:47

25   connection be terminated within a particular layer?            14:44:54

| | | |
|---|---|---|
| 1 | A. That's not what it says. | 14:45:02 |
| 2 | Q. What's your understanding of the term | 14:45:16 |
| 3 | "the secure connection between the network message | 14:45:17 |
| 4 | server and the device"? | 14:45:21 |
| 5 | A. It implies there's some kind of | 14:45:38 |
| 6 | connection between a server and a device and it has | 14:45:41 |
| 7 | some level of what is -- I have to assume they think | 14:45:51 |
| 8 | is secure, as described. | 14:45:56 |
| 9 | Q. Could you turn to the '117 Patent. That | 14:46:12 |
| 10 | was Exhibit 6. | 14:46:19 |
| 11 | A. I have got it open. | 14:46:21 |
| 12 | Q. Okay. Let's look at the description of | 14:46:26 |
| 13 | "figures" for a second. I believe it was at column | 14:46:29 |
| 14 | three of the patent. | 14:46:33 |
| 15 | A. Okay. I will scroll there. | 14:46:36 |
| 16 | Q. Okay. Do you see on the description -- | 14:46:54 |
| 17 | A. I am not there yet. If you'll give me -- | 14:46:56 |
| 18 | Q. Sure. | 14:47:00 |
| 19 | A. It is not updating very well because it | 14:47:00 |
| 20 | is such a big document. Okay. I'm on column three. | 14:47:02 |
| 21 | Q. Okay. I want to call your attention to | 14:47:10 |
| 22 | the description of Figures 24 and 25. So it says | 14:47:12 |
| 23 | that 24 is "a functional diagram illustrating the | 14:47:17 |
| 24 | Service Control Device Link of the service processer | 14:47:20 |
| 25 | and the Service Control Service Link of the service | 14:47:24 |

1  controller in accordance with some embodiments."          14:47:27

2          Do you see that?                                  14:47:31

3      A.  Yes.                                               14:47:32

4      Q.  And then for Figure 25 it says that               14:47:32

5  "Figure 25 is a functional diagram illustrating a         14:47:37

6  framing structure of a Service Processor                  14:47:40

7  Communication Frame and a Service Controller              14:47:42

8  Communication Frame in accordance with some               14:47:45

9  embodiments."                                             14:47:47

10         Do you see that?                                  14:47:49

11     A.  I do.                                              14:47:49

12     Q.  I don't recall Figures 24 and 25 being            14:47:55

13 discussed in -- in your declaration.  Do you remember     14:47:58

14 if they -- if they were?                                  14:48:01

15     A.  I do not discuss those.                           14:48:03

16     Q.  Okay.  Do you recall reviewing them or            14:48:05

17 considering them?                                         14:48:09

18     A.  I'm sure I looked at them, but beyond             14:48:11

19 that, I don't have much recollection.  I think there      14:48:13

20 are so many figures, I certainly don't have a memory      14:48:16

21 of each one.                                              14:48:21

22     Q.  Okay.  Let's look at Figure 24.                   14:48:22

23     A.  Okay.                                             14:48:39

24     Q.  And if you want, you could rotate the PDF         14:48:40

25 or I could --                                             14:48:43

1        A.  I already have -- no, I already have.          14:48:44

2        Q.  Let me do this again.                          14:48:53

3        A.  Okay.                                          14:48:55

4        Q.  So in Figure 24, I just want to ask, does      14:48:59

5   this appear to show a secure connection?               14:49:02

6        A.  Just looking at the figure, I don't see        14:49:27

7   the word "secure" in there.                            14:49:30

8        Q.  What about the word "encrypt"?                 14:49:39

9        A.  I do see "encrypt" in describing Box 2408      14:49:44

10  and in Box 2428 in Figure 24.                          14:49:56

11       Q.  And does that inform whether or not this       14:50:02

12  could be a secured connection?                         14:50:06

13       A.  It does not, not just out of context like      14:50:08

14  that.  I would have to --                              14:50:11

15       Q.  Okay.                                          14:50:12

16       A.  -- read what it says, whether it               14:50:12

17  describes the figure and then understand the breadth   14:50:15

18  of what they mean by "encrypt."  Does that mean        14:50:18

19  encrypt part of it?  I -- this just doesn't give me    14:50:20

20  enough information.                                     14:50:24

21       Q.  All right.  So what -- what's your             14:50:25

22  understanding of a secured connection?                 14:50:31

23       Would -- would you agree that an                   14:50:32

24  encrypted message or a connection where messages are   14:50:34

25  encrypted would be a secured connection?               14:50:40

| | | |
|---|---|---|
| 1 | A. It would depend. | 14:50:43 |
| 2 | MR. BRIGHT: Objection to form. | 14:50:45 |
| 3 | Q. (BY MR. WANG) What would it depend on? | 14:50:49 |
| 4 | A. The system. Probably the protocols as | 14:50:51 |
| 5 | well. | 14:50:54 |
| 6 | Q. Okay. And I think we covered this | 14:50:54 |
| 7 | before, but you don't have any opinions about this | 14:51:06 |
| 8 | figure? | 14:51:09 |
| 9 | A. I haven't offered anything in my report, | 14:51:10 |
| 10 | no. | 14:51:13 |
| 11 | Q. Okay. Do you see the boxes -- the box | 14:51:13 |
| 12 | that says "Transport Services Stack"? | 14:51:16 |
| 13 | A. I think it's Box 2410? | 14:51:19 |
| 14 | Q. Uh-huh. And 2420 as well. | 14:51:21 |
| 15 | A. Oh. I guess I don't see that one. Oh, I | 14:51:25 |
| 16 | see, yes, 2420 as well. | 14:51:33 |
| 17 | Q. Do you have any understanding of what | 14:51:36 |
| 18 | that is based on looking at the figure? | 14:51:38 |
| 19 | A. No, not based on just looking at the | 14:51:42 |
| 20 | figure. I would have to see what's described in the | 14:51:44 |
| 21 | patent. | 14:51:49 |
| 22 | Q. Let's look at the next figure, and you | 14:51:56 |
| 23 | may have to rotate it if you haven't already. | 14:51:58 |
| 24 | Figure 25. | 14:52:01 |
| 25 | A. Okay. I have got it open here. | 14:52:04 |

| | | |
|---|---|---|
| 1 | Q. Okay. Do you see that this has Service | 14:52:07 |
| 2 | Processor Communication Frame 2502 and Service | 14:52:14 |
| 3 | Controller Communication Frame 2522? | 14:52:19 |
| 4 | Do you see that? | 14:52:22 |
| 5 | A. I do. | 14:52:23 |
| 6 | Q. And do you have any understanding of | 14:52:23 |
| 7 | what -- what this is based on looking at the figure? | 14:52:33 |
| 8 | A. No, I don't. Especially in contrast to | 14:52:38 |
| 9 | what seems to be the same type of figure, at least | 14:52:40 |
| 10 | that's what the patent claims, and they really don't | 14:52:44 |
| 11 | seem to use the same type of diagramming conventions. | 14:52:47 |
| 12 | They really don't match up. It says that they're | 14:52:50 |
| 13 | both functional diagrams. I guess they describe | 14:52:54 |
| 14 | entirely different types of functions, because the | 14:52:56 |
| 15 | diagrams are very different. | 14:52:59 |
| 16 | Q. Okay. Does claim -- Figure 25 show like | 14:53:00 |
| 17 | the messages that are sent in Figure 24? | 14:53:07 |
| 18 | A. I don't know how they're related. | 14:53:11 |
| 19 | Q. Okay. Do you see in Figure 25 it talks | 14:53:23 |
| 20 | about several agents and then it has, for example, | 14:53:27 |
| 21 | 2510, it says "Agent Function Number One Message | 14:53:34 |
| 22 | Length and Agent Function Number One Message, ..., | 14:53:37 |
| 23 | Agent Function Number N Message Length, Agent | 14:53:41 |
| 24 | Function Number N message"? | 14:53:47 |
| 25 | A. I think I see that there, yes. | 14:53:52 |

| | | |
|---|---|---|
| 1 | Q. And that's repeated on the bottom, too, | 14:53:55 |
| 2 | right? | 14:54:03 |
| 3 | A. It looks like it's the same thing, yes. | 14:54:05 |
| 4 | Q. And so these seem to describe agents | 14:54:05 |
| 5 | relating to messages, right? | 14:54:07 |
| 6 | A. I just don't know that looking at this. | 14:54:13 |
| 7 | Q. But there are boxes that has the word | 14:54:16 |
| 8 | "agent" and then it has the word "message" in several | 14:54:17 |
| 9 | of those boxes at the top and bottom of the figure? | 14:54:21 |
| 10 | A. Sure, that's -- that's the text that's | 14:54:25 |
| 11 | there. Sometimes both words are in a box. | 14:54:29 |
| 12 | Q. Okay. And you don't discuss or consider | 14:54:31 |
| 13 | Figure 25 in offering your claim construction | 14:54:36 |
| 14 | opinions, right? | 14:54:39 |
| 15 | A. No, no -- | 14:54:40 |
| 16 | MR. BRIGHT: Objection to form. | 14:54:41 |
| 17 | THE WITNESS: -- not in my declaration. | 14:54:41 |
| 18 | Q. (BY MR. WANG) What about the written | 14:54:59 |
| 19 | description regarding Figures 24 and 25, do you | 14:55:01 |
| 20 | recall discussing or considering that in your | 14:55:04 |
| 21 | declaration? | 14:55:09 |
| 22 | A. If they're -- | 14:55:09 |
| 23 | MR. BRIGHT: Objection to form. | 14:55:09 |
| 24 | THE WITNESS: If they're in the patent, I | 14:55:10 |
| 25 | probably considered them, but certainly I don't have | 14:55:12 |

1    a memory of reading that in, you know, a nearly          14:55:14

2    200-page patent.                                         14:55:16

3         Q.  (BY MR. WANG)  Do you agree that a secured       14:55:33

4    connection in the context of the patent can be          14:55:34

5    terminated within the network stack?                    14:55:36

6         A.  I think that's what the patent is               14:55:47

7    claiming it can do, yes.                                 14:55:50

8         Q.  Okay.  Do you agree that in the abstract,       14:55:51

9    a secured connection can be terminated within a         14:55:54

10   network stack?                                          14:55:58

11        A.  Hypothetically in the possibilities of         14:56:04

12   what you could do with software, I guess you could.     14:56:07

13   You would probably have to define what those terms      14:56:10

14   mean in a new context to ask me that.                   14:56:13

15        Q.  But just based on those words, you think       14:56:20

16   it could -- it could happen?                            14:56:22

17             MR. BRIGHT:  Objection to form.               14:56:26

18             THE WITNESS:  I guess hypothetically,         14:56:29

19   something could work that way, yes.                     14:56:29

20        Q.  (BY MR. WANG)  Let's go to the next term.      14:56:39

21   this is the '192 Patent and this is the first term      14:56:43

22   "software components" --                                14:56:47

23        A.  Yes.                                           14:56:49

24        Q.  -- and your opinion starts in paragraph        14:56:49

25   49.                                                     14:56:52

```
1         A.  I'm with you.                        14:56:53

2         Q.  Okay.  Okay.  So you say in -- in    14:56:54

3   paragraph 49 that the -- the term "software    14:57:10

4   components" would be understood to refer to some  14:57:14

5   component of software, correct?                14:57:17

6         A.  Simply put, yes.                      14:57:19

7         Q.  Hence, I want to be clear.            14:57:27

8             Your opinion is specifically about this  14:57:28

9   term, right, "software components," like these two  14:57:34

10  words?                                          14:57:36

11        A.  That's right.  Just like I say here, it's  14:57:37

12  exceptionally generic.                          14:57:39

13        Q.  Okay.  But you don't consider like the  14:57:41

14  stronger -- the longer claim limitation where -- you  14:57:43

15  know, this is the claim term that you're -- you're  14:57:49

16  looking at?                                     14:57:52

17        A.  That's right, that's why I have it here  14:57:53

18  broken out like this.                           14:57:55

19        Q.  Okay.  And then in paragraph 49 you say,  14:57:56

20  "Specifically, it is unclear whether software   14:58:14

21  comments encompass device link agents or whether  14:58:17

22  software components and device agents must be   14:58:20

23  different things."  Right?                      14:58:24

24        A.  That's right.                         14:58:27

25        Q.  Okay.  And is that the multiple meanings  14:58:27
```

| | | |
|---|---|---|
| 1 | or interpretations that you've identified for this | 14:58:37 |
| 2 | term? | 14:58:39 |
| 3 | A.  That would at least be one example, yes. | 14:58:40 |
| 4 | Q.  Okay.  Do you have any other examples? | 14:58:42 |
| 5 | A.  I think right here I'm only referring to | 14:58:44 |
| 6 | this one example. | 14:58:47 |
| 7 | Q.  All right.  Do you have any others in | 14:58:53 |
| 8 | your declaration? | 14:58:54 |
| 9 | A.  Whatever the rest of the three or four | 14:58:54 |
| 10 | paragraphs here discuss. | 14:58:56 |
| 11 | Q.  Okay.  Can you identify any examples of | 14:58:57 |
| 12 | "multiple meaning" in the rest of those paragraphs? | 14:59:01 |
| 13 | A.  Yeah, really, the body of -- of paragraph | 14:59:15 |
| 14 | 50, 51, and 52 speak to that. | 14:59:17 |
| 15 | Q.  So, yeah, you are talking about device | 14:59:26 |
| 16 | agents, but I -- I just want to -- and we have got | 14:59:29 |
| 17 | that already. | 14:59:34 |
| 18 | I just want to know if there's any other | 14:59:35 |
| 19 | issue that you're raising about multiple meanings or | 14:59:38 |
| 20 | interpretations? | 14:59:42 |
| 21 | A.  Just what's in this section. | 14:59:45 |
| 22 | Q.  And is this argument about device agents, | 14:59:48 |
| 23 | about whether software components encompass device | 14:59:51 |
| 24 | agents or whether software components and device | 14:59:56 |
| 25 | agents must be different things, is there anything | 14:59:59 |

| | | |
|---|---|---|
| 1 | else?  And can you identify that for me? | 15:00:03 |
| 2 | A.   Just what I have in these paragraphs. | 15:00:06 |
| 3 | Q.   Can you identify anything else in these | 15:00:12 |
| 4 | paragraphs? | 15:00:15 |
| 5 | A.   I can read the paragraphs.  I'm not sure | 15:00:15 |
| 6 | I really understand the question, because I feel like | 15:00:17 |
| 7 | I have already answered it.  So either I don't | 15:00:20 |
| 8 | understand it or you don't like the answer, I'm not | 15:00:22 |
| 9 | sure which. | 15:00:24 |
| 10 | Q.   And is your opinion that the claim | 15:00:43 |
| 11 | describes software components as including device | 15:00:54 |
| 12 | link agents or different from or both? | 15:00:59 |
| 13 | MR. BRIGHT:  Objection to form. | 15:01:04 |
| 14 | THE WITNESS:  Yeah, I think I'm trying to | 15:01:13 |
| 15 | understand the difference or to understand if that's | 15:01:15 |
| 16 | what they mean as one and the same. | 15:01:16 |
| 17 | Q.   (BY MR. WANG)  Are you still looking, | 15:01:18 |
| 18 | Dr. Turnbull? | 15:02:50 |
| 19 | A.   Oh, no.  I didn't know there was a | 15:02:50 |
| 20 | pending question. | 15:02:52 |
| 21 | Q.   Oh, I'm sorry.  I thought that you were | 15:02:52 |
| 22 | taking a minute to look at the -- okay.  So let -- | 15:02:54 |
| 23 | let me try to -- try to ask it a different way. | 15:03:02 |
| 24 | Let's go back to paragraph 49, okay? | 15:03:05 |
| 25 | A.   Okay. | 15:03:07 |

1          Q.  So your last sentence there you said,          15:03:08

2    "It's unclear whether software components encompass     15:03:09

3    device agents or whether software components and        15:03:12

4    device agents must be different things."                15:03:17

5              Do you see that?                               15:03:19

6          A.  Yes.                                           15:03:20

7          Q.  Okay.  If something -- if A encompasses B      15:03:20

8    or A is broader than B, that could be true as well as   15:03:26

9    A and B being different things, right?                  15:03:37

10         A.  If one encompasses the other, I would         15:03:41

11   think there was some commonality.  They wouldn't be     15:03:47

12   different things, unless you have better vocabulary     15:03:51

13   than "things" to describe both of them.                 15:03:54

14         Q.  Oh, so by "different," do you mean, like,      15:04:00

15   mutually exclusive?                                      15:04:10

16         A.  I think so.  I think you're the one that       15:04:12

17   used the word "different," so I was just replying to     15:04:14

18   that.                                                    15:04:18

19         Q.  Okay.  Well, you're the one who used the       15:04:18

20   word "different" --                                      15:04:20

21         A.  Okay.                                          15:04:21

22         Q.  -- in paragraph 49.                            15:04:22

23             So what do you mean by "different," must       15:04:22

24   be different things?                                     15:04:24

25         A.  Not the same.                                  15:04:26

|   |   |   |
|---|---|---|
| 1 | Q.  I mean, two things can be different, if | 15:04:36 |
| 2 | they're different concepts, if they have different | 15:04:38 |
| 3 | scope; but here by "different," do you mean not, you | 15:04:41 |
| 4 | know, including the same thing, not -- I guess the | 15:04:51 |
| 5 | word I use is "mutually exclusive." | 15:04:54 |
| 6 | Do you mean that? | 15:04:57 |
| 7 | A.  No, I think I mean different.  I think | 15:04:58 |
| 8 | they're not the same.  I wasn't trying to be tricky | 15:05:02 |
| 9 | when I wrote this. | 15:05:05 |
| 10 | Q.  Okay.  So in your mind, there is | 15:05:08 |
| 11 | something inconsistent to say that A encompasses B | 15:05:10 |
| 12 | and A and B being different things or -- | 15:05:25 |
| 13 | A.  Broadly, yes; but more specifically, not | 15:05:28 |
| 14 | only in my mind, but also in the patent in this case, | 15:05:32 |
| 15 | you just can't tell if these are different things or | 15:05:37 |
| 16 | not. | 15:05:39 |
| 17 | Q.  Okay.  Let's look at paragraph 50.  You | 15:05:51 |
| 18 | say that "when one suggests that software components | 15:05:54 |
| 19 | and device link agents are different." | 15:06:01 |
| 20 | Do you see that? | 15:06:04 |
| 21 | A.  Yes. | 15:06:04 |
| 22 | Q.  So -- and this is talking about some | 15:06:29 |
| 23 | software components being authorized to receive and | 15:06:32 |
| 24 | process data from secure link messages received via a | 15:06:35 |
| 25 | device link agent on that device, right? | 15:06:38 |

1       A.   It's just the software components in          15:06:42

2  claim 1.  I don't know if "some" is a keyword in        15:06:44

3  there or not, but that's what I'm discussing.           15:06:48

4       Q.   And then in paragraph 51 you say "one         15:06:52

5  passage from this specification distinguishes           15:06:54

6  software components from agents."                       15:06:59

7       Do you -- do you see that?                         15:07:01

8       A.   I do.  And that's exactly right.              15:07:01

9       Q.   Okay.  And -- and the basis for that is       15:07:03

10  the parenthetical language in -- in the quote or       15:07:05

11  where?                                                 15:07:09

12       A.   That's right.                                15:07:10

13       Q.   All right.  And so all of this               15:07:11

14  parenthetical says is "e.g., software component        15:07:18

15  applications and/or agents."                           15:07:21

16       Do you see that?                                  15:07:23

17       A.   I do.                                        15:07:23

18       Q.   Okay.  So you don't have any opinions        15:07:23

19  about disclaimer either in your declaration or about   15:07:26

20  this part of the specification, do you?                15:07:31

21       MR. BRIGHT:  Objection to form.                   15:07:35

22       THE WITNESS:  I'm not sure what you mean.         15:07:36

23       Q.  (BY MR. WANG)  That the patentee's            15:07:41

24  disclaiming some meaning or definition of "software    15:07:43

25  components."                                           15:07:47

1          A.   Again, that sounds a little legal, but --        15:07:49

2     a little bit of a legal term, but I'm just saying          15:07:53

3     here's what the patent says and here's where they          15:07:54

4     start to contrast them.  So that's distinguishing          15:07:57

5     them, as far as I'm concerned.                             15:08:01

6          Q.   Okay.  And -- but all the parenthetical          15:08:03

7     says is, "For example, software components,                15:08:06

8     applications and/or agents."  Right?                       15:08:09

9          A.   Yes.                                             15:08:11

10         Q.   Okay.  But do you read this to mean that         15:08:11

11    agents can't be software?                                  15:08:14

12         A.   It is what it is.  It's -- they're saying        15:08:23

13    "software components, applications and/or agents;"         15:08:24

14    and to me, when you break it out like that, you're        15:08:27

15    distinguishing them.  Otherwise, you wouldn't break       15:08:30

16    it out like that.  I mean, language matters, right?       15:08:32

17         Q.   Okay.  Well, you agree that applications         15:08:36

18    are software, right?                                       15:08:38

19         A.   I think "in the patent application" seems        15:08:47

20    to be software, yes.                                       15:08:52

21         Q.   All right.  And then on page 19 at the          15:08:53

22    very end of paragraph 51, can I have you look at this     15:08:58

23    quote from the stack that you have?                        15:09:01

24         A.   Okay.                                            15:09:04

25         Q.   And just at the very end of the quote,          15:09:08

1   you just have -- or you quote to "other device-phased       15:09:11

2   functions/software components/agents," right?              15:09:17

3         A.  Yes.                                              15:09:27

4         Q.  Okay.  And are -- well, what are you              15:09:27

5   reading into that phrase, if anything?                     15:09:34

6         A.  I'm reading in that they're                       15:09:37

7   distinguishing from -- device-based functions from         15:09:39

8   software component and from agents.  So there's a          15:09:43

9   distinction there that that's implied, at least            15:09:45

10  that's my understanding of it.                             15:09:48

11        Q.  Okay.  And then in paragraph 52 you say,          15:09:52

12  "Other passages indicate that device agents are            15:09:54

13  software components."                                      15:09:59

14           Do you see that?                                  15:09:59

15        A.  That's right.  Inconsistent again.               15:10:00

16        Q.  Okay.  But do they define "device agents"        15:10:02

17  as "software components" or say that it can be             15:10:07

18  implemented in software?                                   15:10:13

19        A.  I certainly don't recall those phrases,          15:10:17

20  but what I'm discussing here, as I say, for example,       15:10:21

21  "the specification states that agents can be               15:10:23

22  implemented largely or entirely in software or with a      15:10:30

23  mixture of software and hardware or primarily with         15:10:34

24  hardware," so it's just all over the map there.            15:10:38

25        Q.  And in -- and what you quote here, it            15:10:45

| | | |
|---|---|---|
| 1 | doesn't use the phrase "software components"? | 15:10:46 |
| 2 | A.   No.   We're referring to that other | 15:10:50 |
| 3 | passages however indicate that device agents are | 15:10:52 |
| 4 | software components because they mention largely or | 15:10:56 |
| 5 | entirely in software, for example. | 15:10:59 |
| 6 | Q.   Okay.   But it doesn't use the -- the | 15:11:02 |
| 7 | phrase "software components"? | 15:11:04 |
| 8 | A.   No.   It's not -- | 15:11:09 |
| 9 | Q.   Let me put it this way:   In paragraph 52 | 15:11:10 |
| 10 | you talk about software components because it's not | 15:11:13 |
| 11 | within quotes, and then the material you have in | 15:11:15 |
| 12 | questions doesn't say "software components." | 15:11:17 |
| 13 | A.   No, that's not what's in quotes.   But I'm | 15:11:20 |
| 14 | talking about software with a mixture of software and | 15:11:22 |
| 15 | hardware and then, of course, oddly enough, primarily | 15:11:22 |
| 16 | with hardware. | 15:11:32 |
| 17 | THE COURT REPORTER:   Hey, Mr. Wang, can | 15:11:43 |
| 18 | we go off the record real quick? | 15:11:43 |
| 19 | MR. WANG:   Yes. | 15:11:45 |
| 20 | THE VIDEOGRAPHER:   We are going off | 15:11:46 |
| 21 | record.   The time is 3:11 p.m. | 15:11:46 |
| 22 | (Recess taken) | 15:11:48 |
| 23 | THE VIDEOGRAPHER:   We are back on the | 15:19:16 |
| 24 | record.   The time is 3:18 p.m. | 15:19:16 |
| 25 | Q.   (BY MR. WANG)   Welcome back, Dr. Turnbull. | 15:19:21 |

1   Let's go to the last term on page 20 of your          15:19:24

2   declaration, Subsection C, and it's for the '196      15:19:28

3   Patent, claim 13 to the term "wherein one of the      15:19:34

4   message delivery triggers is the receipt of a         15:19:38

5   particular network element message from one of the    15:19:41

6   network elements."                                     15:19:44

7           Do you see that?                               15:19:45

8       A.   That's right.  For the '192 Patent.          15:19:46

9       Q.   Did I read the term correctly?              15:19:49

10      A.   I think so.  You might have said the          15:19:51

11  "'196 Patent," so I was correcting to '192.           15:19:53

12      Q.   Yes, thank you for clarifying, the '192      15:19:59

13  patent.                                                15:20:02

14          And your opinions for indefiniteness for       15:20:06

15  this term are in paragraphs 56 and 57, right?          15:20:10

16      A.   That's right.                                 15:20:13

17      Q.   And then so in paragraph 56 you say that      15:20:15

18  "the claims provide no clarity as to what qualifies    15:20:22

19  as a 'particular network element message'."           15:20:25

20          Do you see that?                               15:20:31

21      A.   That's right.  And it just doesn't.           15:20:31

22      Q.   Okay.  And so is that your -- your issue      15:20:32

23  with the claim term, that you don't know what          15:20:38

24  "particular" means?                                    15:20:41

25      A.   I would say that's the biggest part of        15:20:44

| | | |
|---|---|---|
| 1 | it, yes. | 15:20:47 |
| 2 | Q. Do you agree that "particular" has a | 15:21:03 |
| 3 | meaning in ordinary English? | 15:21:04 |
| 4 | A. Yes. | 15:21:09 |
| 5 | Q. And would that definition be, for | 15:21:10 |
| 6 | example, being unit or one element among others? | 15:21:22 |
| 7 | A. I don't know if that's plain and | 15:21:24 |
| 8 | ordinary. That sounds like a dictionary definition. | 15:21:25 |
| 9 | MR. BRIGHT: Objection: Form. | 15:21:27 |
| 10 | THE WITNESS: Maybe something from set | 15:21:27 |
| 11 | theory. | 15:21:30 |
| 12 | Q. (BY MR. WANG) Okay. What would your | 15:21:30 |
| 13 | definition of "particular" be in normal English, if | 15:21:31 |
| 14 | you have one? | 15:21:35 |
| 15 | A. I don't know. That's a good question. | 15:21:35 |
| 16 | Maybe something that's distinguished in comparison to | 15:21:37 |
| 17 | something else. It's -- you know, "particular" is a | 15:21:42 |
| 18 | pretty good word. I think we all have an idea of | 15:21:49 |
| 19 | what it means, certainly in context. | 15:21:53 |
| 20 | Yeah, I think that's fine just to use it | 15:21:55 |
| 21 | that way, especially since, you know, that's how it's | 15:21:58 |
| 22 | referred to. "Particular network element message," I | 15:22:00 |
| 23 | think that gives me some context that it's not any | 15:22:03 |
| 24 | network element message, it's a particular type of | 15:22:07 |
| 25 | one or a particular one. | 15:22:10 |

1          Q.  Okay.  And the -- all right.  And so --          15:22:26

2          Okay.  The word "particular" can be an          15:22:29

3  adjective or a noun, correct?          15:22:32

4          A.  Yeah, it could be.          15:22:34

5          Q.  And so in the claim, do you agree that          15:22:36

6  they use it as an adjective?          15:22:40

7          A.  I think so.  I think so.          15:22:42

8          Q.  And so the definition I proposed in          15:22:45

9  English for "particular" was "being one unit or          15:22:48

10  elements among others," and I believe that you said          15:22:52

11  that sounded reasonable as a dictionary definition;          15:22:55

12  is that correct?          15:23:01

13          A.  I think I said that sounded more like a          15:23:01

14  dictionary definition; and -- but now that I hear it,          15:23:04

15  I don't think it has to be one, it could just be          15:23:07

16  something that's distinguishing it from something          15:23:11

17  else.  So there could be, you know, two sets of          15:23:14

18  things, and by say something is particular, it fits          15:23:17

19  in that -- that one set.          15:23:22

20          Q.  Okay.  So I think I said "being one unit          15:23:27

21  or element among others."          15:23:35

22          A.  Okay.          15:23:37

23          Q.  Do you think that the patent is using          15:23:38

24  "particular" in a specialized way different from          15:23:42

25  common in English?          15:23:53

1      A.  I think when you're talking to a          15:23:57

2  programmer and you're trying to give them        15:23:58

3  instructions on how to build software, of course you  15:24:02

4  have to be exact, you can't be as vague as saying  15:24:06

5  "particular."  You need to give that some definition.  15:24:09

6         Again, what do they mean by that, what     15:24:14

7  are the virtues of that?  And that's just simply not  15:24:16

8  done here.                                         15:24:20

9      Q.  Okay.  So I'm not talking about how to    15:24:22

10  implement it.  I'm just focusing on the language or  15:24:32

11  really the word.                                   15:24:35

12         Do you think that the patent is using the  15:24:37

13  word "particular" in a specialized way, different  15:24:41

14  from how the -- what the word means in common      15:24:46

15  English?                                           15:24:49

16      A.  I think it's common English, but the fact  15:24:52

17  that it's in the context of this -- and my         15:24:54

18  understanding of all of this is I'm trying to      15:24:58

19  describe how software works.  That's what this     15:25:00

20  patent's about, and you can use common English, but  15:25:03

21  it's in the context of a particular network element  15:25:07

22  message; and there's just nothing that gives me an  15:25:11

23  idea what that really means.  And then, of course,  15:25:15

24  we're talking about it within the context of the   15:25:18

25  message delivery triggers as well, and I think I say  15:25:21

1   that somewhere here.                              15:25:24

2        Q.  I realize that we skipped a term, so      15:26:06

3   let's go back to another term and we will come back  15:26:08

4   to this term.                                     15:26:13

5        So could you turn to paragraph 54 of your     15:26:14

6   report --                                         15:26:17

7        A.  Sure, I'm with you.                       15:26:18

8        Q.  -- or declaration, as we have been        15:26:20

9   discussing.                                       15:26:23

10        And so this is for claim 11 of the '192      15:26:23

11   Patent.  This term that begins "wherein," do -- do  15:26:27

12   you see that?                                    15:26:31

13        A.  I'm with you, yes.                       15:26:32

14        Q.  Okay.  And your opinion for              15:26:33

15   indefiniteness is all in paragraph 54 of your report,  15:26:36

16   right?                                           15:26:42

17        A.  That's right.                            15:26:43

18        Q.  And really your opinion is stated in one  15:26:44

19   sentence, right, the last sentence of that paragraph  15:26:55

20   beginning with "not only"?                       15:26:57

21        A.  Sure, that -- that certainly summarizes  15:27:00

22   it.                                              15:27:03

23        Q.  Okay.  Because the sentences before just  15:27:03

24   seem to be talking about the claim, but your opinion  15:27:07

25   is in that sentence in paragraph 54?             15:27:10

| | | |
|---|---|---|
| 1 | A. That's right. I'm trying to make sense | 15:27:14 |
| 2 | of it, and then that second sentence is my opinion. | 15:27:15 |
| 3 | Q. Okay. Okay. So then there's kind of two | 15:27:19 |
| 4 | parts of the -- the claim or two phrases I want to | 15:27:34 |
| 5 | ask you about. | 15:27:44 |
| 6 | It says "the receipt of a transmission on | 15:27:45 |
| 7 | the respective secure message link." | 15:27:56 |
| 8 | Do you see that phrase? | 15:28:02 |
| 9 | A. No. | 15:28:04 |
| 10 | Q. Okay. Let me start from the beginning. | 15:28:06 |
| 11 | "Wherein one of the message delivery | 15:28:08 |
| 12 | triggers is" and then "the receipt of a transmission | 15:28:10 |
| 13 | on the respective secure message link," do you see | 15:28:15 |
| 14 | that phrase? | 15:28:19 |
| 15 | A. I do see that. | 15:28:20 |
| 16 | Q. Okay. And then -- and then at the end of | 15:28:21 |
| 17 | the term it says "or a response-generated | 15:28:24 |
| 18 | transmission received from that device link agent." | 15:28:28 |
| 19 | Do you see that? | 15:28:32 |
| 20 | A. That's right. | 15:28:33 |
| 21 | Q. And is that what you were referring to | 15:28:35 |
| 22 | at -- in your sentence in paragraph 54 where it says | 15:28:42 |
| 23 | "It's unclear how a response generated to a | 15:28:47 |
| 24 | transmission would be effectively different from the | 15:28:50 |
| 25 | transmission itself"? | 15:28:52 |

| | | |
|---|---|---|
| 1 | A.  That's exactly right. | 15:28:53 |
| 2 | Q.  Okay.  What do you mean by "effectively | 15:28:55 |
| 3 | different"? | 15:29:01 |
| 4 | A.  I guess exactly that, I don't understand | 15:29:05 |
| 5 | what the -- the differences are there, would it have | 15:29:08 |
| 6 | a different effect whether I'm just getting the | 15:29:13 |
| 7 | response or the transmission itself. | 15:29:17 |
| 8 | Q.  Do you agree that those are different | 15:29:24 |
| 9 | things, like the transmission itself and a response, | 15:29:26 |
| 10 | that they're different? | 15:29:31 |
| 11 | A.  They should be.  We just don't have any | 15:29:33 |
| 12 | clarity here. | 15:29:35 |
| 13 | Q.  All right.  Do you agree that it's | 15:29:36 |
| 14 | possible to get the transmission itself open but not | 15:29:39 |
| 15 | a response? | 15:29:44 |
| 16 | A.  I'm not sure.  It would depend on the | 15:29:50 |
| 17 | software.  It sounds like this is a response | 15:29:53 |
| 18 | generated to a receipt transmission.  So the system | 15:29:55 |
| 19 | would know it got a transmission.  It's hard to pull | 15:30:01 |
| 20 | those apart with the claim language we have here. | 15:30:06 |
| 21 | Q.  But it doesn't necessarily have to | 15:30:11 |
| 22 | generate a response, right? | 15:30:14 |
| 23 | A system could receive a transmission and | 15:30:15 |
| 24 | either a response is not generated or the generated | 15:30:18 |
| 25 | response is not received, right? | 15:30:22 |

```
 1          A.  Just any system or --                    15:30:24

 2          MR. BRIGHT:  Objection.                      15:30:26

 3      Q.  (BY MR. WANG)  Yeah, yeah --                 15:30:26

 4      A.  -- in here?                                  15:30:27

 5      Q.  I'm talking about any system.                15:30:28

 6      A.  I guess hypothetically any system, it's      15:30:29

 7  possible.                                            15:30:32

 8          Q.  All right.  And likewise, a system could 15:30:33

 9  not receive the transmission itself but only receive 15:30:39

10  a response generated to the transmission.  Do you    15:30:43

11  agree with that?                                     15:30:47

12          MR. BRIGHT:  Objection to form.              15:30:49

13          THE WITNESS:  I'm not sure that one makes    15:30:49

14  sense, especially in the context of the patent.      15:30:51

15      Q.  (BY MR. WANG)  What -- why would that not    15:30:55

16  make sense?                                          15:30:57

17      A.  I don't know how you could have a            15:30:58

18  response if you didn't receive something to respond  15:31:00

19  to or to acknowledge that, either that or I          15:31:02

20  misunderstood the wording of your question.          15:31:06

21      Q.  But what the system could be looking for     15:31:22

22  is a response generated to a transmission, right,    15:31:25

23  that's what a system could be looking for or be      15:31:27

24  implemented to look for?                             15:31:34

25          MR. BRIGHT:  Objection to form.              15:31:39
```

1     THE WITNESS:  I guess some hypothetical                    15:31:40

2  system, that's possible.  I just don't understand the         15:31:42

3  context of how that relates to this.                          15:31:47

4     That's one of the reasons you need to be                   15:31:54

5  specific when you're describing the functionality in          15:31:56

6  a patent is because there are these large areas of            15:31:58

7  hypothetical system designs.  So it seems like the            15:32:02

8  burden is on the inventor, the person filing the              15:32:06

9  patent to be specific, and they're not here.                  15:32:11

10     Q.  (BY MR. WANG)  So for claim 11, the                   15:32:19

11  beginning part of the claim talks about "Wherein one         15:32:20

12  of message delivery triggers."  Do you see that?             15:32:23

13     A.  Yes.                                                  15:32:25

14     Q.  And that's not a term that you proposed              15:32:26

15  for construction, right, "message delivery triggers"?        15:32:27

16     A.  No.                                                   15:32:31

17     Q.  And you don't contend that that phrase              15:32:40

18  alone is indefinite, do you?                                 15:32:41

19     A.  No, I'm not saying that in this                       15:32:44

20  declaration.                                                 15:32:47

21     Q.  Let's go back to the last term C on claim           15:33:16

22  13, and if you could look at the claim term beginning        15:33:19

23  "wherein."  Do you see that?                                 15:33:25

24     A.  Oh, yeah, right at the top of the page.              15:33:28

25     Q.  Yeah.                                                 15:33:31

| | | |
|---|---|---|
| 1 | A. -- right above paragraph 56. | 15:33:31 |
| 2 | Q. All right. If -- if a system defined or | 15:33:32 |
| 3 | took some action based on a certain message from a | 15:33:41 |
| 4 | network element, would that make it a particular | 15:33:55 |
| 5 | network element message? | 15:34:00 |
| 6 | A. Just any system, not what the patent | 15:34:04 |
| 7 | describes? | 15:34:07 |
| 8 | Q. Sure, sure. | 15:34:08 |
| 9 | A. I guess it would depend. | 15:34:09 |
| 10 | Q. What would it depend on? | 15:34:14 |
| 11 | A. How the system is built. | 15:34:16 |
| 12 | Q. So if a system is designed to look for a | 15:34:21 |
| 13 | certain message or a property of a message, would -- | 15:34:28 |
| 14 | would that make it a particular message? | 15:34:38 |
| 15 | MR. BRIGHT: Objection to form. | 15:34:42 |
| 16 | THE WITNESS: Possibly. | 15:34:48 |
| 17 | MR. WANG: That's all I have. So with | 15:34:55 |
| 18 | that, I will pass the witness. | 15:34:56 |
| 19 | Thank you, Dr. Turnbull. | 15:34:57 |
| 20 | MR. BRIGHT: I need a few minutes to look | 15:35:02 |
| 21 | at my notes. Can we take a five to ten-minute break. | 15:35:04 |
| 22 | It may not even be a full ten minutes. I will turn | 15:35:07 |
| 23 | my video back on. | 15:35:10 |
| 24 | MR. WANG: Sure. | 15:35:11 |
| 25 | THE WITNESS: Okay. All right. See ya. | 15:35:13 |

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER:  Going off the record. | 15:35:16 |
| 2 | The time is 3:34 p.m. | 15:35:16 |
| 3 | (Recess taken) | 15:42:39 |
| 4 | THE VIDEOGRAPHER:  We are back on the | 15:42:40 |
| 5 | record.  The time is 3:42 p.m. | 15:42:41 |
| 6 | MR. BRIGHT:  Okay.  This is Jonathan | 15:42:47 |
| 7 | Bright with Fish & Richardson.  I have no further | 15:42:48 |
| 8 | questions.  Thank you. | 15:42:51 |
| 9 | THE VIDEOGRAPHER:  And anything else | 15:42:56 |
| 10 | before we close out, Counsel? | 15:42:56 |
| 11 | MR. BRIGHT:  Nothing here. | 15:42:59 |
| 12 | MR. WANG:  No. | 15:43:01 |
| 13 | THE VIDEOGRAPHER:  All right.  This marks | 15:43:02 |
| 14 | the end of the description of Dr. John Turnbull.  We | 15:43:03 |
| 15 | are going off the record.  The time is 3:42 p.m. | 15:43:06 |
| 16 | Central. | 15:43:09 |
| 17 | (Proceedings concluded at 3:43 p.m.) | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

1                    CHANGES AND SIGNATURE

2    PAGE LINE  CHANGE                    REASON

3    _____

4    _____

5    _____

6    _____

7    _____

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   _____

24   _____

25   _____

1

2

3

4

5

6

7        I declare under penalty of perjury that the

8    foregoing is true and correct.

9

10                          _____

11                          DR. DON R. TURNBULL, JR.

12

13

14        SUBSCRIBED AND SWORN TO BEFORE ME, the

15    undersigned authority, by the witness, DR. DON R.

16    TURNBULL, JR., on this the _____ day of

17    _____, 2024.

18

19                          _____

20                          NOTARY PUBLIC IN AND FOR

21                          THE STATE OF _____

22

23    My Commission Expires: _____

24

25

1    STATE OF TEXAS

2    COUNTY OF HARRIS

3

4

5                    REPORTER'S CERTIFICATE

6            EXPERT ZOOM ORAL VIDEOTAPED DEPOSITION OF

7                    DR. DON R. TURNBULL, JR.

8                        May 28, 2024

9

10           I, Michelle Hartman, the undersigned

11   Certified Shorthand Reporter in and for the State of

12   Texas and Registered Professional Reporter, certify

13   that the facts stated in the foregoing pages are true

14   and correct.

15

16           I further certify that I am neither

17   attorney or counsel for, related to, nor employed by

18   any parties to the action in which this testimony is

19   taken and, further, that I am not a relative or

20   employee of any counsel employed by the parties

21   hereto or financially interested in the action.

22           That the deposition transcript was duly

23   submitted to the witness or to the attorney for the

24   witness for examination and signature.

25

1          SUBSCRIBED AND SWORN TO under my hand and

2    seal of office on this 30th day of May, 2024.

3

4                    *Michelle Hartman*

5    _____

6    Michelle Hartman, CSR, RPR
     Texas CSR 7093
7    Expiration:  12/31/25

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

| A |
|---|

**a1**
4:3, 63:25
**abernathy**
2:24
**able**
59:2, 88:7,
89:4, 89:8,
94:21, 95:13
**about**
8:24, 13:2,
14:18, 15:10,
16:3, 22:20,
23:25, 24:4,
26:3, 30:18,
31:12, 32:5,
32:23, 33:23,
35:15, 37:1,
37:7, 37:8,
38:15, 38:18,
39:20, 39:21,
41:23, 43:22,
46:5, 47:9,
50:17, 53:6,
58:2, 58:21,
58:25, 59:4,
61:8, 61:15,
63:1, 66:3,
68:11, 70:8,
70:18, 71:1,
72:9, 72:11,
72:13, 73:7,
76:11, 81:19,
82:16, 83:6,
83:11, 83:14,
83:18, 84:20,
86:1, 86:15,
87:9, 91:10,
91:21, 92:4,
92:23, 94:1,
94:2, 94:8,
95:8, 99:24,
100:11, 101:16,
102:14, 102:20,
103:3, 108:18,
109:4, 109:7,
109:20, 113:8,

114:7, 115:20,
116:18, 118:8,
119:15, 119:19,
119:22, 119:23,
122:22, 123:19,
126:10, 126:14,
130:9, 130:20,
130:24, 131:24,
132:5, 134:5,
135:11
**above**
39:16, 42:24,
43:3, 43:13,
44:1, 45:7,
69:5, 89:18,
91:10, 91:18,
92:5, 102:17,
110:16, 136:1
**above-styled**
1:23
**absolutely**
85:2
**abstract**
65:9, 66:1,
117:8
**access**
65:15, 66:12,
67:3, 70:14,
77:15, 81:13
**accessed**
67:3
**accordance**
81:15, 81:24,
112:1, 112:8
**accurately**
21:24
**accused**
24:2, 25:6
**acknowledge**
104:20, 134:19
**acknowledged**
78:2
**across**
40:8
**action**
65:19, 136:3,
140:18, 140:21
**activities**
66:24

**activity**
65:16, 65:17,
66:14, 67:4,
67:5, 69:7
**actually**
95:11
**add**
13:8, 27:19,
60:19
**added**
89:20
**adding**
59:17, 60:19,
70:21, 71:1,
72:2
**addition**
35:10, 57:17,
90:19, 96:9
**additional**
12:13, 13:7,
13:14, 84:5
**adjective**
129:3, 129:6
**adopts**
41:17, 42:6,
72:14, 73:10
**affect**
65:24
**affects**
59:17, 70:22
**after**
103:6
**afternoon**
10:6, 10:7
**again**
17:25, 21:10,
30:21, 32:21,
32:23, 34:11,
37:22, 42:17,
44:19, 47:8,
58:1, 68:13,
69:8, 84:9,
85:12, 91:20,
92:3, 96:19,
99:7, 99:15,
107:4, 110:5,
113:2, 124:1,
125:15, 130:6

**agents**
39:16, 40:2,
41:8, 43:13,
51:11, 51:23,
51:24, 57:17,
58:17, 65:13,
66:10, 66:23,
77:23, 77:25,
78:3, 79:12,
79:15, 80:8,
80:11, 83:14,
83:20, 84:21,
89:15, 90:6,
90:9, 91:19,
102:11, 115:20,
116:4, 118:21,
118:22, 119:16,
119:22, 119:24,
119:25, 120:12,
121:3, 121:4,
122:19, 123:6,
123:15, 124:8,
124:11, 124:13,
125:2, 125:8,
125:12, 125:16,
125:21, 126:3
**ago**
57:1, 84:20
**agree**
36:12, 37:9,
37:21, 38:12,
39:6, 49:3,
52:21, 54:2,
54:17, 68:23,
70:1, 71:2,
71:25, 77:11,
77:20, 77:22,
78:7, 83:2,
93:2, 93:10,
93:18, 102:7,
108:1, 110:23,
113:23, 117:3,
117:8, 124:17,
128:2, 129:5,
133:8, 133:13,
134:11
**agreed**
83:3

**agreeing**
72:19
**ahead**
10:14, 10:16,
43:2, 48:6
**al**
5:4
**all**
5:11, 8:2, 8:3,
9:18, 11:25,
17:25, 20:23,
21:19, 28:1,
28:4, 28:8,
28:14, 28:25,
36:11, 39:13,
41:24, 42:23,
43:3, 44:1,
47:6, 47:21,
48:13, 50:7,
51:25, 53:9,
53:15, 53:23,
56:14, 59:1,
64:19, 67:13,
70:3, 71:8,
73:16, 74:18,
78:21, 79:15,
82:17, 86:6,
86:15, 86:17,
89:7, 92:6,
97:9, 103:14,
104:10, 113:21,
119:7, 123:13,
124:6, 124:21,
125:24, 128:18,
129:1, 130:18,
131:15, 133:13,
134:8, 136:2,
136:17, 136:25,
137:13
**allow**
107:18
**allows**
81:12
**almost**
95:5
**alone**
37:18, 37:23,
38:2, 135:18

**along**
10:19, 12:2,
12:6, 13:6
**already**
113:1, 114:23,
119:17, 120:7
**also**
2:29, 5:20,
5:23, 10:18,
18:1, 24:7,
28:5, 40:6,
68:6, 73:24,
75:17, 75:22,
79:9, 91:17,
92:3, 92:7,
94:2, 109:17,
122:14
**always**
24:16, 24:23,
25:7, 25:11
**ambiguity**
38:22, 38:25,
44:24, 45:15,
73:6, 73:18
**ambiguous**
39:2, 39:20,
40:25
**america**
1:12
**among**
27:12, 128:6,
129:10, 129:21
**amount**
23:15
**analysis**
46:4, 46:8
**analyzing**
52:17, 60:25
**angeles**
2:7
**another**
21:14, 28:25,
42:11, 54:14,
56:3, 105:14,
131:3
**answer**
13:19, 45:14,
46:24, 47:8,

**along** (continued)
58:24, 59:2,
60:21, 68:24,
69:1, 76:4,
110:10, 120:8
**answered**
120:7
**answers**
41:5
**any**
7:7, 7:11,
8:14, 8:25,
9:16, 9:21,
12:22, 13:3,
13:7, 13:10,
15:17, 16:3,
16:15, 16:20,
16:23, 16:25,
17:4, 20:19,
25:25, 26:6,
26:16, 26:21,
30:25, 45:4,
52:24, 58:21,
60:9, 60:22,
61:4, 61:10,
61:19, 61:22,
67:5, 67:23,
69:7, 80:10,
82:6, 82:11,
82:16, 88:12,
90:20, 94:14,
95:12, 95:25,
96:10, 96:24,
100:4, 103:11,
103:14, 105:5,
110:2, 114:7,
114:17, 115:6,
119:4, 119:7,
119:11, 119:18,
123:18, 128:23,
133:11, 134:1,
134:5, 134:6,
136:6, 140:18,
140:20
**anymore**
37:8
**anything**
7:11, 7:15,
15:2, 15:14,

16:7, 43:21,
44:12, 60:16,
61:2, 61:14,
66:3, 67:16,
68:4, 68:17,
86:16, 86:18,
86:19, 87:14,
90:13, 95:5,
97:17, 97:18,
100:1, 101:13,
101:16, 101:17,
101:18, 103:3,
108:19, 109:7,
114:9, 119:25,
120:3, 125:5,
137:9
**anywhere**
97:5
**apart**
13:2, 71:5,
74:15, 133:20
**api**
105:17, 105:19,
105:25, 106:1,
106:24, 107:1,
107:3, 107:4,
107:11, 107:14,
107:22, 107:25
**apis**
108:3
**apologies**
76:18
**app**
7:13, 7:14
**appear**
11:11, 12:4,
29:14, 29:22,
48:21, 49:1,
49:14, 50:3,
55:11, 113:5
**appearances**
2:1
**appears**
30:8
**application**
18:10, 18:21,
18:22, 18:24,
52:3, 63:24,

64:9, 64:23,
65:4, 67:8,
68:18, 104:3,
104:9, 105:20,
106:7, 106:20,
108:16, 108:19,
109:23, 124:19

**applications**
7:12, 18:19,
18:25, 61:20,
62:22, 106:5,
108:8, 108:24,
109:5, 123:15,
124:8, 124:13,
124:17

**applied**
34:2, 34:4,
35:8, 35:11

**applies**
92:22

**apply**
38:19, 94:5

**applying**
19:15, 19:24

**appropriate**
13:13, 21:3

**apps**
80:9

**april**
3:25, 11:5,
29:11

**architecture**
51:5

**area**
37:2

**areas**
135:6

**aren't**
13:14

**argument**
119:22

**around**
15:25, 39:7

**arrow**
70:13

**art**
16:25, 17:5,
17:10, 21:1,

40:7, 54:3,
57:20, 59:16,
59:23, 60:2,
60:8, 60:11,
60:16, 61:12,
61:22, 91:1,
92:8, 92:12,
95:7

**ascertain**
37:4, 40:3,
46:11, 78:11,
78:18

**ascertainable**
90:20, 96:11,
96:16, 96:24

**asked**
12:20, 13:12,
32:12, 37:1,
71:15, 90:5,
94:20, 100:10

**asking**
26:5, 26:6,
37:7, 70:8,
74:13, 84:17,
109:7, 110:9

**asks**
13:18

**aspects**
50:24

**assert**
24:23, 25:7

**asserted**
15:20, 16:10,
16:16, 16:20,
17:1, 17:13,
19:5, 19:8,
50:14, 50:21,
52:18, 56:11,
61:23, 67:9,
68:12, 68:20,
85:1, 94:10

**asserts**
24:17

**assigned**
64:16

**assist**
86:5, 86:7,
86:10, 87:10,

87:13

**assisted**
34:23

**assisting**
87:16

**assists**
86:22, 87:11,
87:20, 88:18,
88:25, 89:5

**associated**
41:12, 65:19,
70:3

**assume**
64:21, 101:5,
111:7

**assumed**
99:12, 100:22

**atlanta**
2:17, 2:26

**attached**
1:31

**attain**
37:4

**attending**
5:12

**attention**
62:11, 65:22,
66:18, 89:11,
111:21

**attorney**
13:17, 33:23,
100:2, 140:17,
140:23

**attorneys**
8:6

**august**
2:5, 5:16

**austin**
17:21

**author**
63:3, 63:4,
64:13, 64:15

**authority**
139:15

**authorized**
122:23

**automatically**
55:22

**aware**
16:8, 16:12,
57:10, 61:16,
61:19, 61:22

**B**

**b2**
3:27, 3:30

**bachelor's**
20:3

**back**
26:18, 31:16,
31:18, 48:1,
48:3, 48:5,
50:8, 50:9,
58:25, 62:25,
70:17, 75:4,
79:1, 79:3,
84:1, 85:12,
98:25, 99:18,
99:20, 100:10,
120:24, 126:23,
126:25, 131:3,
135:21, 136:23,
137:4

**background**
35:17, 60:24

**based**
20:16, 35:22,
39:19, 40:1,
42:18, 54:9,
58:3, 60:17,
60:23, 67:21,
68:15, 70:6,
85:23, 86:11,
89:8, 92:16,
114:18, 114:19,
115:7, 117:15,
136:3

**basically**
92:14

**basis**
94:25, 123:9

**bates**
3:34, 55:7

**bear**
54:25

**bears**
55:7

**because**
17:18, 48:18,
49:11, 49:24,
51:25, 53:19,
58:9, 63:10,
77:1, 81:21,
83:17, 87:12,
91:4, 92:3,
93:24, 99:2,
101:15, 101:23,
111:19, 115:14,
120:6, 126:4,
126:10, 131:23,
135:6
**been**
6:8, 20:11,
22:25, 23:13,
23:21, 25:2,
26:19, 31:1,
60:14, 88:21,
89:19, 131:8
**before**
1:25, 6:19,
8:18, 8:19,
15:10, 21:1,
22:15, 22:19,
29:15, 29:23,
30:9, 30:17,
33:15, 34:17,
40:8, 56:20,
60:8, 60:15,
62:15, 64:11,
71:1, 71:23,
74:13, 75:25,
76:19, 77:17,
77:21, 90:5,
91:18, 92:23,
94:1, 99:6,
100:8, 100:10,
114:7, 131:23,
137:10, 139:14
**began**
8:10
**begin**
9:23, 71:13
**beginning**
14:4, 22:3,
27:5, 44:2,

**because**
66:9, 90:23,
131:20, 132:10,
135:11, 135:22
**begins**
5:1, 27:3,
27:9, 46:16,
102:15, 131:11
**behalf**
54:13, 56:2
**behind**
7:14, 8:4
**being**
45:24, 83:14,
89:8, 95:8,
104:1, 108:11,
112:12, 121:9,
122:12, 122:23,
128:6, 129:9,
129:20
**belief**
20:20
**believe**
19:13, 22:21,
32:9, 56:20,
62:9, 67:24,
75:25, 97:11,
111:13, 129:10
**bell**
32:8, 64:12,
82:9
**below**
11:21, 66:21
**best**
13:18, 37:4
**bet**
33:13, 34:18,
57:14
**better**
75:7, 121:12
**between**
17:22, 51:13,
104:21, 104:22,
109:19, 111:3,
111:6
**beyond**
112:18
**bidirectional**
51:19, 70:13

**big**
58:23, 87:23,
95:10, 111:20
**bigger**
74:19
**biggest**
127:25
**billing**
52:1
**bit**
39:7, 58:8,
68:21, 82:22,
124:2
**blank**
7:14, 8:9
**blue**
80:9
**blvd**
2:6
**body**
44:15, 54:10,
88:2, 119:13
**boilerplate**
34:19, 35:1
**both**
24:1, 24:3,
24:8, 30:23,
68:22, 76:13,
82:21, 93:22,
93:24, 115:13,
116:11, 120:12,
121:13
**bottom**
116:1, 116:9
**boundaries**
41:16, 91:4,
101:23, 102:8
**box**
52:6, 70:1,
74:19, 113:9,
113:10, 114:11,
114:13, 116:11
**boxes**
114:11, 116:7,
116:9
**breadth**
35:14, 35:18,
36:6, 36:7,

**break**
36:21, 37:3,
37:9, 37:10,
38:1, 85:8,
109:18, 113:17
**break**
39:8, 48:5,
88:22, 100:2,
100:10, 124:14,
124:15, 136:21
**bright**
2:13, 5:18,
7:24, 10:3,
12:15, 13:16,
16:5, 16:17,
17:2, 22:13,
24:18, 24:25,
25:9, 25:16,
26:11, 28:17,
32:17, 33:21,
36:9, 36:15,
37:12, 40:23,
42:14, 43:9,
43:18, 44:8,
45:12, 46:22,
47:17, 52:13,
53:2, 53:16,
56:13, 56:23,
57:12, 58:12,
58:22, 60:3,
67:10, 73:19,
75:1, 76:16,
78:5, 79:17,
80:13, 81:23,
83:23, 85:5,
87:22, 88:10,
93:4, 93:20,
94:23, 98:22,
99:14, 100:24,
104:25, 106:11,
106:18, 107:13,
108:21, 109:25,
114:2, 116:16,
116:23, 117:17,
120:13, 123:21,
128:9, 134:2,
134:12, 134:25,
136:15, 136:20,
137:6, 137:7,

| | | | |
|---|---|---|---|
| 137:11 | 71:13, 71:21, | 35:1, 37:16, | 60:22, 97:2, |
| **broad** | 85:16, 98:20, | 48:24, 71:13, | 97:12 |
| 18:15, 36:6, | 101:11, 122:15, | 75:24, 82:15, | **cited** |
| 36:13, 37:14, | 124:11, 130:4 | 97:15, 98:23, | 61:10, 61:12, |
| 37:18, 37:23, | **capability** | 108:1, 108:9, | 61:22, 61:25, |
| 69:3, 69:8, | 106:16, 106:24 | 109:6, 109:22, | 62:13, 67:13 |
| 71:12, 71:22, | **captured** | 112:20, 116:25, | **citing** |
| 85:10, 85:17, | 32:10 | 125:19, 128:19, | 97:4 |
| 95:5, 108:23, | **career** | 131:21 | **civil** |
| 109:3, 109:20 | 95:16 | **certainty** | 1:30 |
| **broader** | **carried** | 37:5, 40:4, | **claim** |
| 70:4, 121:8 | 107:22 | 40:16, 45:4, | 3:18, 3:23, |
| **broadly** | **case** | 46:12, 78:12, | 7:19, 7:22, |
| 17:14, 18:16, | 1:8, 5:6, 6:15, | 78:19, 93:22, | 11:12, 12:10, |
| 35:22, 79:23, | 7:20, 8:12, | 93:24, 93:25, | 12:23, 21:21, |
| 122:13 | 11:13, 12:11, | 96:19 | 22:8, 23:10, |
| **broken** | 23:20, 25:11, | **certificate** | 29:8, 32:4, |
| 118:18 | 33:16, 34:2, | 3:7, 140:5 | 32:5, 36:13, |
| **build** | 34:17, 35:9, | **certified** | 36:17, 36:18, |
| 18:23, 130:3 | 36:4, 77:19, | 1:25, 140:11 | 37:15, 37:18, |
| **building** | 87:24, 87:25, | **certify** | 37:23, 38:5, |
| 2:24, 18:22 | 122:14 | 140:12, 140:16 | 38:6, 38:15, |
| **built** | **case-by-case** | **chance** | 38:16, 38:22, |
| 136:11 | 94:24 | 89:8 | 40:1, 40:13, |
| **burden** | **cases** | **change** | 41:6, 41:8, |
| 39:23, 39:25, | 23:16, 23:23, | 76:4, 76:20, | 44:14, 44:25, |
| 135:8 | 106:3 | 138:2 | 45:2, 45:18, |
| **bus** | **cause** | **changed** | 46:2, 46:9, |
| 41:10 | 1:23 | 56:22, 57:9 | 46:20, 47:19, |
| **busy** | **caveat** | **changes** | 50:22, 50:25, |
| 52:1 | 33:22 | 13:4, 138:1 | 51:5, 51:7, |
| **C** | **cec** | **chart** | 57:6, 58:16, |
| **california** | 17:24 | 83:21 | 58:19, 59:5, |
| 2:7 | **centered** | **chat** | 59:9, 78:18, |
| **call** | 12:25 | 7:11, 10:21, | 82:8, 83:7, |
| 38:21, 111:21 | **centering** | 11:17, 21:15, | 83:19, 83:21, |
| **called** | 13:3 | 29:2 | 84:3, 84:7, |
| 17:23, 18:18, | **central** | **choose** | 84:8, 85:3, |
| 22:21, 65:8, | 5:9, 137:16 | 50:20 | 85:24, 89:9, |
| 100:17, 101:2 | **certain** | **chose** | 89:14, 91:3, |
| **came** | 37:16, 54:13, | 53:19 | 91:24, 96:21, |
| 75:25, 83:25 | 56:2, 56:7, | **citation** | 97:8, 98:15, |
| **can't** | 84:14, 90:2, | 28:9 | 101:4, 101:22, |
| 25:1, 26:21, | 108:8, 136:3, | **citations** | 102:4, 102:5, |
| 45:3, 46:11, | 136:13 | 61:11, 95:25 | 102:7, 102:11, |
| 67:20, 68:6, | **certainly** | **cite** | 110:14, 115:16, |
| 69:1, 69:9, | 15:22, 22:16, | 9:9, 9:14, | 116:13, 118:14, |
| | 31:3, 33:14, | 54:21, 60:9, | 118:15, 120:10, |

123:2, 127:3,
127:23, 129:5,
131:10, 131:24,
132:4, 133:20,
135:10, 135:11,
135:21, 135:22
**claimed**
35:15
**claiming**
117:7
**claims**
9:8, 38:19,
45:15, 50:24,
78:8, 78:10,
78:11, 78:16,
84:17, 84:21,
88:2, 89:18,
89:22, 90:6,
91:10, 92:4,
115:10, 127:18
**clarifying**
127:12
**clarity**
127:18, 133:12
**class**
42:17
**clear**
38:5, 38:23,
86:20, 86:23,
118:7
**clearly**
7:16, 69:4,
92:21
**client**
55:23
**close**
12:8, 29:1,
30:16, 30:17,
50:7, 137:10
**closer**
8:20
**closing**
108:19
**code**
68:8, 88:8,
88:12, 88:19,
89:3, 89:7,
105:22

**column**
63:1, 64:25,
81:7, 81:8,
81:9, 111:13,
111:20
**com**
2:9, 2:19, 2:28
**combination**
104:17, 106:6
**come**
20:4, 33:16,
34:18, 35:25,
82:24, 131:3
**comes**
9:17, 9:24,
12:16, 15:16,
15:18, 26:3,
26:24, 31:15,
32:11, 36:3,
57:13, 60:4,
61:18, 61:21,
62:5, 73:21,
95:22, 97:20,
103:5
**comfortable**
53:10
**comments**
118:21
**commission**
139:23
**common**
129:25, 130:14,
130:16, 130:20
**commonality**
121:11
**commonly**
40:7, 54:3,
57:20
**communicate**
105:23
**communicating**
109:19
**communication**
18:11, 41:10,
51:18, 81:12,
81:22, 82:2,
99:13, 100:23,
102:23, 103:2,

104:21, 105:6,
106:10, 112:7,
112:8, 115:2,
115:3
**communications**
51:19, 67:1,
104:23, 105:12
**communicatively**
41:9
**compare**
64:4, 84:8
**comparison**
128:16
**complaint**
14:18, 14:20,
14:23, 14:25,
22:21, 31:8,
48:19, 49:11,
49:25
**complete**
12:10
**completely**
7:14
**complicated**
21:8
**complies**
6:6
**component**
69:17, 86:22,
88:16, 88:18,
88:24, 89:5,
118:5, 123:14,
125:8
**components**
45:8, 88:8,
117:22, 118:4,
118:9, 118:22,
119:23, 119:24,
120:11, 121:2,
121:3, 122:18,
122:23, 123:1,
123:6, 123:25,
124:7, 124:13,
125:2, 125:13,
125:17, 126:1,
126:4, 126:7,
126:10, 126:12
**composed**
17:16

**compound**
88:21
**comprises**
51:11, 65:14,
65:16, 66:11
**computer**
3:33, 9:10,
9:14, 15:4,
15:6, 17:15,
17:17, 17:22,
17:23, 54:12,
55:6, 55:12,
55:23, 87:20,
88:17, 103:7,
109:21
**computerized**
1:27
**concentrate**
40:20
**concept**
109:21
**concepts**
122:2
**conceptually**
103:10
**concerned**
73:7, 124:5
**concert**
106:21
**concluded**
137:17
**condition**
65:17, 65:20,
66:15
**conducting**
7:2
**configuration**
67:4
**configured**
86:5, 86:10,
87:13
**confirm**
22:5, 109:13
**connection**
106:17, 106:25,
107:11, 107:12,
107:15, 109:23,
110:2, 110:4,

110:25, 111:3,
111:6, 113:5,
113:12, 113:22,
113:24, 113:25,
117:4, 117:9
**consider**
16:15, 16:19,
16:25, 77:13,
98:7, 116:12,
118:13
**considered**
20:18, 31:21,
32:15, 58:5,
77:10, 78:3,
97:11, 97:16,
101:1, 116:25
**considering**
98:8, 98:9,
112:17, 116:20
**consistent**
55:25, 81:17
**constitute**
82:8
**constitutes**
90:2
**construction**
7:20, 7:22,
11:12, 12:11,
12:23, 28:1,
32:4, 57:6,
97:8, 101:5,
116:13, 135:15
**constructions**
3:18, 3:23,
14:14, 14:17,
14:20, 14:22,
21:21, 22:8,
22:20, 29:8,
32:2, 32:10
**cont**
4:1
**contain**
12:10, 46:6
**contains**
83:10
**contend**
135:17
**content**
41:13, 86:12

**contentions**
31:25, 32:3,
32:7, 33:2,
75:19, 75:23,
76:2, 76:9,
76:12, 76:24,
77:6, 77:14,
78:9, 78:17,
82:7
**context**
35:23, 37:15,
40:9, 54:10,
54:12, 56:11,
57:1, 57:22,
58:2, 69:8,
71:9, 84:2,
84:8, 85:23,
94:12, 94:13,
94:19, 95:1,
103:6, 104:1,
110:8, 113:13,
117:4, 117:14,
128:19, 128:23,
130:17, 130:21,
130:24, 134:14,
135:3
**contexts**
95:18
**continuation**
65:3
**continue**
72:5
**contrast**
115:8, 124:4
**control**
41:9, 41:14,
51:12, 51:13,
51:14, 51:17,
52:2, 52:7,
52:16, 52:23,
53:7, 81:13,
99:9, 99:12,
100:17, 100:19,
100:21, 101:5,
111:24, 111:25
**controller**
51:3, 51:14,
112:1, 112:7,

115:3
**controlling**
51:19
**conventions**
115:11
**convey**
38:21
**coordinate**
104:20
**coordinates**
106:8
**copy**
11:12, 12:5,
48:22, 49:2,
49:15, 50:4,
55:12, 79:7
**corporation**
64:17
**correct**
7:20, 11:11,
12:5, 14:15,
14:25, 15:12,
15:13, 19:17,
23:14, 24:12,
27:14, 27:16,
31:22, 32:16,
48:22, 49:2,
49:15, 50:3,
50:14, 55:11,
59:18, 60:11,
60:24, 74:11,
78:12, 78:19,
79:10, 88:5,
97:24, 102:12,
106:10, 110:22,
118:5, 129:3,
129:12, 139:8,
140:14
**corrected**
101:14
**correcting**
127:11
**corrections**
12:23, 13:3
**correctly**
64:1, 127:9
**could**
5:13, 11:15,

17:16, 18:1,
18:8, 19:1,
21:15, 22:5,
26:1, 30:25,
35:22, 38:2,
38:18, 39:1,
39:2, 40:3,
42:2, 42:16,
46:12, 47:10,
49:5, 49:19,
50:9, 50:10,
55:3, 55:18,
56:24, 64:4,
67:11, 71:4,
71:16, 77:1,
78:2, 78:11,
78:17, 83:2,
83:3, 87:17,
87:19, 88:11,
88:22, 89:7,
89:10, 92:24,
93:5, 93:7,
93:8, 93:12,
93:14, 93:21,
94:25, 95:5,
97:6, 99:1,
105:13, 105:14,
105:19, 105:22,
106:3, 106:6,
107:7, 107:9,
107:22, 108:1,
108:3, 108:4,
108:14, 108:25,
109:1, 109:5,
109:10, 109:12,
109:14, 109:16,
109:18, 110:16,
111:9, 112:24,
112:25, 113:12,
117:12, 117:16,
117:19, 121:8,
129:4, 129:15,
129:17, 131:5,
133:23, 134:8,
134:17, 134:21,
134:23, 135:22
**couldn't**
16:22, 61:4,

68:1, 82:15,
94:25
**counsel**
5:13, 5:25,
6:12, 8:1, 9:11,
10:4, 22:12,
33:12, 33:13,
33:16, 34:10,
34:15, 34:18,
34:22, 35:3,
35:25, 76:10,
76:11, 76:16,
76:18, 137:10,
140:17, 140:20
**count**
48:24
**counted**
30:9
**county**
140:2
**couple**
24:13, 36:7,
99:3
**coupled**
41:9
**course**
79:14, 91:9,
91:17, 126:15,
130:3, 130:23
**court**
1:1, 3:7, 5:5,
6:1, 6:4, 6:10,
7:5, 14:22,
14:24, 15:1,
25:23, 26:9,
31:5, 31:7,
31:10, 76:6,
126:17
**court-related**
32:21
**covered**
99:6, 114:6
**csr**
141:6, 141:7
**curious**
63:10
**currently**
12:12, 12:17,

41:25, 60:5
**curriculum**
3:15
**cut**
100:9

**D**

**data**
67:2, 122:24
**dataset**
107:17
**date**
5:8, 19:7,
19:13, 19:15,
19:17, 19:20,
19:21, 20:1,
22:2, 22:11,
29:18, 64:22
**dated**
3:20, 3:25,
11:5, 21:23,
29:10
**dates**
57:2
**day**
1:24, 139:16,
141:2
**deadline**
8:20
**deal**
8:1
**dealing**
104:16
**dealt**
25:12
**declaration**
3:12, 7:20,
7:23, 8:5, 8:7,
8:17, 8:22, 9:9,
10:15, 10:20,
11:4, 11:12,
12:3, 12:6,
12:9, 12:14,
12:23, 13:4,
13:22, 14:7,
14:9, 14:12,
16:7, 17:6,
30:20, 31:16,

32:19, 45:2,
48:23, 49:9,
49:16, 49:23,
50:5, 50:10,
53:21, 54:6,
59:13, 61:9,
61:13, 61:15,
70:18, 72:6,
73:24, 74:7,
75:14, 79:6,
80:4, 82:18,
82:21, 82:25,
83:1, 86:25,
90:15, 90:16,
97:5, 97:12,
97:15, 99:2,
99:5, 101:20,
102:18, 103:6,
112:13, 116:17,
116:21, 119:8,
123:19, 127:2,
131:8, 135:20
**declare**
139:7
**default**
103:23
**defendant**
1:15, 24:9
**defendants**
2:11, 5:19,
24:1, 24:6, 25:6
**defended**
24:7
**define**
44:25, 57:3,
75:6, 91:4,
101:23, 102:8,
117:13, 125:16
**defined**
45:2, 70:1,
136:2
**definite**
85:19
**definition**
54:20, 55:15,
55:18, 123:24,
128:5, 128:8,
128:13, 129:8,

129:11, 129:14,
130:5
**definitions**
15:11, 54:5,
54:22, 56:15,
56:25, 73:12,
73:14
**degree**
17:16, 17:20,
20:3, 93:24,
96:17
**degrees**
17:25
**delivered**
41:14
**delivery**
46:16, 47:2,
127:4, 130:25,
132:11, 135:12,
135:15
**depend**
37:14, 37:25,
71:9, 73:20,
83:13, 84:9,
94:11, 94:18,
103:25, 106:13,
107:1, 107:4,
107:14, 114:1,
114:3, 133:16,
136:9, 136:10
**depending**
17:20
**depends**
36:16, 95:1,
108:15
**depo**
48:12
**depos**
5:11, 6:2
**deposition**
1:16, 1:20,
5:2, 5:12, 7:2,
9:6, 10:2, 11:4,
13:14, 22:13,
30:20, 140:6,
140:22
**depositions**
23:19

| | | | |
|---|---|---|---|
| **describe** 52:22, 75:16, 103:9, 104:7, 104:11, 115:13, 116:4, 121:13, 130:19 | 87:15, 87:19, 88:18, 88:24, 89:4, 94:21, 95:13 | 63:20, 67:18, 67:24, 68:5, 68:19, 70:2, 70:4, 77:25, 84:7, 85:17, | 76:10, 98:10, 100:1, 112:15, 116:12, 119:10 |

**describe**
52:22, 75:16, 103:9, 104:7, 104:11, 115:13, 116:4, 121:13, 130:19
**described**
15:2, 51:17, 52:15, 53:7, 58:2, 66:20, 77:24, 79:19, 80:6, 104:1, 111:8, 114:20
**describes**
40:12, 103:13, 113:17, 120:11, 136:7
**describing**
68:22, 95:2, 105:10, 113:9, 135:5
**description**
3:10, 4:2, 19:4, 35:16, 53:19, 81:2, 85:24, 97:7, 101:11, 111:12, 111:16, 111:22, 116:19, 137:14
**designated**
69:17
**designations**
68:8
**designed**
136:12
**designs**
135:7
**desktop**
7:14
**detail**
66:21
**detected**
66:15
**detecting**
65:16
**determine**
40:9, 45:16, 46:4, 84:14,

87:15, 87:19, 88:18, 88:24, 89:4, 94:21, 95:13
**determined**
86:21, 90:11
**determining**
20:18
**device-based**
125:7
**device-phased**
125:1
**devices**
43:1, 44:3, 66:22, 67:2, 102:16, 102:22, 103:2, 103:11, 103:15
**diagram**
74:23, 75:13, 81:11, 111:23, 112:5
**diagramming**
115:11
**diagrams**
115:13, 115:15
**dictionaries**
9:10, 9:14, 9:18, 15:4, 15:6, 57:2
**dictionary**
3:33, 15:11, 54:19, 54:22, 55:6, 55:12, 61:5, 73:11, 128:8, 129:11, 129:14
**difference**
104:22, 120:15
**differences**
133:5
**different**
17:19, 35:21, 38:7, 38:15, 38:23, 42:21, 43:16, 43:22, 51:24, 54:5, 57:10, 57:15,

63:20, 67:18, 67:24, 68:5, 68:19, 70:2, 70:4, 77:25, 84:7, 85:17, 92:17, 98:19, 103:9, 107:19, 108:3, 108:24, 109:4, 115:14, 115:15, 118:23, 119:25, 120:12, 120:23, 121:4, 121:9, 121:12, 121:14, 121:17, 121:20, 121:23, 121:24, 122:1, 122:2, 122:3, 122:7, 122:12, 122:15, 122:19, 129:24, 130:13, 132:24, 133:3, 133:6, 133:8, 133:10
**difficult**
88:24
**difficulties**
44:16, 100:7
**directing**
20:12
**direction**
8:3
**disagree**
45:25
**disclaimer**
82:8, 82:15, 123:19
**disclaiming**
123:24
**disclosed**
65:13, 66:10
**discloses**
51:10
**disclosing**
50:17, 79:22
**discuss**
44:15, 45:22, 48:23, 49:16, 50:16, 50:20,

76:10, 98:10, 100:1, 112:15, 116:12, 119:10
**discussed**
15:5, 15:15, 32:10, 35:3, 43:20, 43:25, 50:4, 71:23, 89:18, 112:13
**discussing**
9:23, 37:5, 41:2, 45:14, 53:20, 59:20, 89:19, 98:16, 103:8, 116:20, 123:3, 125:20, 131:9
**discussion**
44:10, 91:10, 92:5, 92:6, 92:21, 94:5
**discussions**
100:4
**display**
1:13
**displayed**
108:11
**distinct**
27:18
**distinction**
125:9
**distinguished**
128:16
**distinguishes**
123:5
**distinguishing**
124:4, 124:4, 125:7, 129:16
**district**
1:1, 1:2, 5:5
**division**
1:3, 5:6
**document**
3:20, 3:25, 3:32, 11:6, 12:1, 12:3, 14:24, 15:1, 21:22, 21:23,

21:25, 22:2,
22:3, 22:11,
22:15, 22:22,
22:25, 23:5,
29:7, 29:9,
29:10, 29:15,
45:16, 48:20,
49:10, 49:13,
49:23, 55:6,
63:14, 111:20
**documents**
7:7, 14:22,
30:19, 30:25,
31:2, 31:4,
31:5, 31:7,
31:13, 32:22,
61:16, 62:17,
76:6
**doing**
15:23, 17:3,
17:7, 18:22,
26:19, 59:6,
60:14, 75:7,
97:13, 98:12,
108:2
**don**
1:17, 1:21,
3:3, 3:12, 3:15,
5:2, 6:7, 11:4,
12:1, 30:13,
139:11, 139:15,
140:7
**done**
75:7, 130:8
**down**
40:5, 85:13,
85:15, 88:22
**download**
10:23, 21:15,
48:11, 55:3,
63:18
**downloaded**
11:9, 11:22,
48:13, 63:19
**dozen**
6:22, 23:22
**dr**
1:17, 1:20,

3:3, 5:2, 6:7,
6:14, 7:19,
10:14, 11:3,
11:8, 12:4,
12:9, 21:13,
21:24, 23:13,
40:20, 44:19,
45:5, 48:3,
48:23, 49:9,
49:16, 49:23,
50:5, 50:10,
65:21, 79:4,
99:21, 120:18,
126:25, 136:19,
137:14, 139:11,
139:15, 140:7
**draft**
8:7
**drafted**
34:23
**drafting**
34:23
**drives**
61:7
**drops**
99:17
**due**
8:18
**duly**
1:22, 6:8,
140:22
**during**
100:2

### E

**e**
66:12, 123:14
**e-mail**
2:9, 2:19, 2:28
**each**
41:11, 66:22,
112:21
**earlier**
14:17, 15:5,
83:14
**earliest**
19:22
**eastern**
1:2, 5:5

**education**
21:10
**effect**
133:6
**effectively**
132:24, 133:2
**effort**
37:4, 40:11,
51:2
**eight**
13:24, 14:6,
27:6, 27:13,
30:3
**either**
15:24, 17:7,
36:24, 98:12,
101:8, 120:7,
123:19, 133:24,
134:19
**electrical**
17:17, 17:22,
17:23
**electronics**
1:10, 1:11, 5:4
**element**
47:3, 54:14,
56:3, 127:5,
127:19, 128:6,
128:22, 128:24,
129:21, 130:21,
136:4, 136:5
**elements**
47:4, 79:10,
92:15, 92:17,
127:6, 129:10
**elicit**
22:18
**eliminate**
41:7
**else**
9:17, 15:2,
15:14, 15:16,
15:18, 21:5,
31:12, 35:23,
61:2, 61:14,
66:5, 68:9,
73:9, 73:13,
73:22, 120:1,

120:3, 128:17,
129:17, 137:9
**elsewhere**
61:13, 97:12
**emanuel**
2:23, 5:23
**embodiment**
53:15, 65:14,
82:4
**embodiments**
66:11, 81:15,
81:25, 112:1,
112:9
**employed**
140:17, 140:20
**employee**
140:20
**enable**
104:20
**encompass**
118:21, 119:23,
121:2
**encompasses**
121:7, 121:10,
122:11
**encrypt**
113:8, 113:9,
113:18, 113:19
**encrypted**
113:24, 113:25
**end**
22:3, 51:11,
58:11, 91:15,
101:21, 107:16,
110:20, 124:22,
124:25, 132:16,
137:14
**end-user**
91:6, 101:24
**ending**
64:8
**enforce**
66:24
**enforced**
67:1
**engineering**
17:17, 17:23,
17:24, 18:3,

18:5
**english**
128:3, 128:13,
129:9, 129:25,
130:15, 130:16,
130:20
**enough**
40:9, 40:14,
73:3, 113:20,
126:15
**entire**
45:1, 83:11,
89:13
**entirely**
115:14, 125:22,
126:5
**entitled**
3:32, 12:1,
29:7, 55:6
**environment**
21:9
**equivalent**
99:13, 100:22,
101:6
**especially**
35:15, 54:9,
85:23, 109:19,
115:8, 128:21,
134:14
**essentially**
69:6
**establishes**
51:18
**et**
5:4
**even**
7:1, 17:21,
18:2, 22:2,
54:4, 59:2,
69:2, 69:3,
70:6, 71:13,
76:25, 82:13,
94:15, 107:15,
107:18, 136:22
**ever**
25:13, 40:8,
60:7, 60:16
**every**
27:25, 74:10,

75:16
**everything**
8:4, 37:16,
75:16
**evidence**
3:19, 3:24,
15:17, 21:22,
22:9, 28:5,
28:7, 28:11,
28:15, 29:9,
38:8, 60:9,
60:13, 60:22,
61:11, 77:6
**exact**
130:4
**exactly**
9:15, 51:8,
64:18, 73:8,
89:24, 90:4,
123:8, 133:1,
133:4
**examination**
3:4, 6:9,
140:24
**example**
17:21, 18:4,
18:8, 20:6,
32:24, 36:24,
47:14, 47:19,
50:23, 55:22,
56:7, 56:22,
57:11, 66:25,
67:21, 69:2,
71:10, 77:3,
78:4, 81:25,
82:3, 88:9,
89:3, 95:7,
95:12, 95:17,
95:19, 108:11,
108:18, 115:20,
119:3, 119:6,
124:7, 125:20,
126:5, 128:6
**examples**
25:18, 57:16,
59:1, 107:20,
119:4, 119:11
**exceed**
20:10

**exception**
25:2
**exceptionally**
118:12
**excerpt**
55:12
**exclusive**
121:15, 122:5
**exclusively**
18:20
**executable**
91:5, 101:24
**execute**
51:10
**executing**
65:18
**exhibit**
3:10, 3:12,
3:15, 3:17,
3:22, 3:26,
3:27, 3:30,
3:32, 4:2, 4:3,
10:15, 10:16,
10:17, 10:22,
10:24, 11:4,
11:7, 11:15,
11:18, 12:1,
12:8, 12:10,
21:14, 21:16,
21:17, 21:20,
29:1, 29:3,
29:5, 29:7,
29:16, 30:16,
31:18, 31:19,
48:10, 48:12,
48:14, 48:15,
48:16, 48:18,
49:4, 49:6,
49:8, 49:9,
49:10, 49:11,
49:18, 49:20,
49:22, 49:24,
55:1, 55:3,
55:4, 55:5,
55:19, 62:8,
63:13, 63:15,
63:16, 63:20,
63:23, 64:3,

64:11, 67:16,
68:15, 68:18,
69:11, 80:23,
80:24, 111:10
**exhibits**
3:9, 4:1,
10:20, 11:3,
48:7
**exist**
16:12
**existed**
21:1, 77:18
**expand**
36:25
**experience**
18:10, 20:4,
20:9, 20:22,
20:25, 25:11,
34:4, 35:11,
60:14, 60:18,
60:24, 61:6,
92:16
**expert**
1:16, 1:20,
104:12, 140:6
**experts**
28:21, 30:12
**expiration**
141:8
**expires**
139:23
**explore**
36:20
**expressing**
93:13
**extend**
105:14
**extent**
87:5
**extra**
92:19
**extrinsic**
3:19, 3:24,
15:17, 21:21,
22:8, 28:5,
28:6, 28:11,
28:15, 29:8,
77:6, 77:8

**F**

**face**
62:22, 67:14
**fact**
36:12, 37:18,
37:23, 53:10,
59:20, 89:17,
130:16
**factors**
20:18, 20:19
**facts**
140:13
**fair**
19:4, 73:9
**fairly**
104:2
**faith**
40:11, 46:3,
46:7
**far**
26:18, 28:4,
43:2, 124:5
**feature**
103:13
**federal**
1:29
**feel**
33:18, 39:23,
44:23, 87:17,
120:6
**few**
15:11, 84:12,
136:20
**field**
17:12, 17:18,
18:2, 18:4,
19:5, 67:9,
67:17, 67:18,
67:24, 67:25,
68:5, 68:7,
68:10, 68:19,
94:10, 94:15,
95:7
**figure**
13:3, 50:17,
50:20, 50:23,
51:9, 51:12,

51:22, 51:24,
52:1, 52:5,
52:23, 53:3,
53:11, 53:14,
53:18, 66:21,
69:10, 69:17,
69:25, 70:5,
70:14, 74:10,
74:15, 74:16,
75:16, 77:21,
79:7, 79:9,
79:16, 79:21,
80:2, 80:5,
80:7, 80:16,
80:17, 81:2,
81:10, 81:20,
89:8, 99:1,
100:11, 100:15,
101:3, 101:14,
101:15, 101:16,
112:4, 112:5,
112:22, 113:4,
113:6, 113:10,
113:17, 114:8,
114:18, 114:20,
114:22, 114:24,
115:7, 115:9,
115:16, 115:17,
115:19, 116:9,
116:13
**figures**
12:25, 80:19,
111:13, 111:22,
112:12, 112:20,
116:19
**file**
9:8, 97:9,
101:13, 101:18
**filed**
16:9, 48:19,
64:24, 65:4
**files**
48:8
**filing**
135:8
**filling**
8:10
**financially**
140:21

**find**
15:24, 61:4,
63:10, 88:23,
103:3
**finding**
14:9
**fine**
14:3, 33:4,
39:10, 42:22,
128:20
**firm**
5:16, 5:23
**first**
6:8, 8:7, 8:9,
10:20, 10:24,
23:12, 28:7,
28:8, 30:1,
31:11, 39:8,
39:15, 40:19,
48:14, 48:18,
49:10, 49:23,
53:23, 64:1,
64:25, 67:19,
67:22, 68:4,
68:16, 69:23,
71:2, 72:11,
102:20, 102:21,
110:3, 110:9,
117:21
**fish**
2:15, 5:19,
5:21, 137:7
**fit**
17:25, 20:8
**fits**
17:15, 76:5,
129:18
**five**
18:9, 20:4,
20:5, 20:21,
26:25, 27:3,
27:6, 65:22,
66:6, 66:8,
76:19, 76:22,
136:21
**floor**
2:6, 2:16
**focus**
17:20, 44:20,

86:9, 110:14
**focusing**
130:10
**follow**
88:7, 88:11,
88:19
**following**
23:11, 44:10,
44:12, 62:21,
89:2
**follows**
6:8
**foregoing**
139:8, 140:13
**forgotten**
14:18
**form**
7:24, 12:15,
13:16, 16:5,
16:17, 17:2,
24:18, 24:25,
25:9, 25:16,
26:11, 28:17,
32:17, 33:21,
36:9, 36:15,
37:12, 40:23,
42:14, 43:9,
43:18, 44:8,
45:12, 46:22,
47:17, 52:13,
53:2, 53:16,
56:13, 56:23,
57:12, 58:12,
58:22, 60:3,
67:10, 73:19,
75:1, 76:10,
78:5, 79:17,
80:13, 81:23,
83:23, 85:5,
87:22, 88:10,
93:4, 93:20,
94:23, 98:22,
99:14, 100:24,
104:25, 106:11,
106:18, 107:13,
108:21, 109:25,
114:2, 116:16,
116:23, 117:17,

| | | | |
|---|---|---|---|
| 120:13, 123:21, 128:9, 134:12, 134:25, 136:15 | 115:23, 115:24 | **give** 7:3, 12:21, 18:15, 39:21, 39:24, 40:9, 42:11, 56:15, 57:3, 58:24, 62:6, 69:1, 71:10, 74:1, 82:15, 95:6, 95:12, 98:13, 111:17, 113:19, 130:2, 130:5 | 38:17, 38:25, 40:10, 46:3, 46:7, 59:19, 99:25, 128:15, 128:18 |
| **formatting** 13:1, 22:17, 30:22, 31:10, 32:23, 76:7 | **functional** 74:23, 75:12, 81:11, 111:23, 112:5, 115:13 | | **gosh** 25:20 |
| | **functionality** 79:23, 82:5, 84:25, 103:9, 107:21, 108:5, 108:7, 135:5 | | **graduate** 20:13 |
| **formed** 12:13 | | | **grammatically** 65:25 |
| **forming** 17:1 | **functions** 54:13, 56:2, 115:14, 125:2, 125:7 | **given** 56:19 | **great** 8:1 |
| **forth** 33:19, 34:14, 35:6, 44:22, 45:19, 45:24, 46:8, 46:10, 46:19, 47:6, 73:18 | **further** 51:12, 65:16, 66:21, 137:7, 140:16, 140:19 | **gives** 42:15, 42:19, 68:22, 128:23, 130:22 | **guess** 12:19, 16:22, 18:18, 32:3, 35:21, 41:1, 41:5, 42:16, 58:8, 63:5, 68:23, 70:1, 73:10, 73:20, 75:4, 77:8, 79:23, 82:3, 96:8, 99:24, 104:3, 104:15, 104:16, 106:12, 107:1, 107:25, 110:5, 114:15, 115:13, 117:12, 117:18, 122:4, 133:4, 134:6, 135:1, 136:9 |
| | **G** | **giving** 35:9, 37:4, 43:8, 59:21, 97:16 | |
| **forwards** 91:6, 101:25 | **ga** 2:26 | | |
| **found** 14:1, 25:15, 25:23, 26:9, 26:23, 83:20, 90:7 | **gave** 33:13, 58:17, 107:21 | **glance** 29:17 | |
| | **general** 14:8, 84:24, 102:7, 110:9, 110:13 | **go** 10:14, 10:16, 13:6, 31:16, 40:10, 47:21, 48:6, 48:8, 51:16, 58:25, 72:8, 76:21, 78:21, 84:1, 89:10, 100:9, 117:20, 120:24, 126:18, 127:1, 131:3, 135:21 | |
| **four** 23:4, 23:7, 29:20, 62:12, 119:9 | | | |
| **fourth** 62:3 | **generally** 18:15, 25:3, 105:13, 108:4, 110:12 | | **guessed** 8:23 |
| **frame** 19:11, 19:25, 56:19, 112:7, 112:8, 115:2, 115:3 | **generate** 133:22 | | **guidance** 38:9 |
| | **generated** 132:23, 133:18, 133:24, 134:10, 134:22 | **goal** 75:15 | **H** |
| **framework** 18:16 | | **going** 11:2, 21:13, 26:18, 29:6, 34:8, 39:7, 39:9, 47:23, 48:6, 48:7, 78:23, 100:9, 126:20, 137:1, 137:15 | **habit** 82:20 |
| **framing** 112:6 | **generic** 22:18, 41:15, 94:12, 118:12 | | **hand** 6:5, 6:11, 141:1 |
| **friday** 9:11, 10:1, 10:6 | **georgia** 2:17 | | **happen** 117:16 |
| **full** 136:22 | **getting** 133:6 | | **happened** 26:1 |
| **function** 56:7, 56:8, 115:21, 115:22, | **giant** 71:7 | **good** 6:13, 14:4, | **happy** 110:7 |

| | | | |
|---|---|---|---|
| **hard** | 17:16, 17:25, | **hereto** | **I** |
| 67:12, 72:3, | 19:18, 20:9, | 1:31, 140:21 | |
| 93:23, 133:19 | 20:15, 20:25, | **hey** | **idea** |
| **hardware** | 21:18, 26:3, | 79:5, 126:17 | 8:14, 8:25, |
| 125:23, 125:24, | 26:21, 28:3, | **hi** | 33:16, 35:21, |
| 126:15, 126:16 | 28:19, 31:25, | 99:22 | 38:21, 46:10, |
| **harris** | 32:16, 33:8, | **higher** | 73:4, 88:20, |
| 140:2 | 34:3, 37:5, | 89:7 | 128:18, 130:23 |
| **hartman** | 38:21, 39:3, | **highlight** | **ideas** |
| 1:25, 6:2, | 40:1, 40:6, | 74:9, 80:11 | 32:4, 51:2 |
| 140:10, 141:6 | 42:5, 43:20, | **highlighted** | **identifiable** |
| **head** | 43:25, 44:24, | 72:10, 74:16, | 41:11 |
| 80:19, 88:14, | 48:13, 50:13, | 74:18, 77:21, | **identification** |
| 95:15, 98:6, | 51:8, 53:5, | 77:22 | 75:11 |
| 98:24, 104:5, | 53:6, 53:19, | **highlighting** | **identified** |
| 104:13 | 54:6, 54:11, | 79:13 | 27:21, 44:13, |
| **heading** | 56:17, 56:19, | **histories** | 70:9, 74:14, |
| 39:14, 39:16, | 58:24, 59:7, | 14:14, 15:20, | 74:22, 119:1 |
| 44:3, 110:15 | 59:10, 60:6, | 16:4, 97:9 | **identifier** |
| **heads** | 60:17, 62:6, | **history** | 41:12 |
| 76:19 | 71:14, 71:21, | 9:8, 97:2, | **identifies** |
| **headwater** | 72:19, 73:24, | 97:5, 97:18, | 23:10, 28:21, |
| 1:4, 5:3, 5:16, | 74:4, 76:8, | 101:13, 101:18 | 30:12 |
| 6:15 | 80:7, 80:15, | **honest** | **identify** |
| **headwater's** | 82:12, 83:6, | 69:22, 70:15 | 5:13, 40:21, |
| 31:25, 32:6, | 83:17, 83:18, | **hope** | 43:7, 43:16, |
| 33:2, 48:19, | 84:11, 84:23, | 35:7, 72:3, | 44:6, 44:20, |
| 75:18, 75:20, | 85:13, 85:21, | 82:22, 102:9 | 45:10, 79:10, |
| 75:22, 76:24, | 86:20, 87:4, | **hour** | 119:11, 120:1, |
| 77:13, 78:9, | 87:17, 87:24, | 10:8 | 120:3 |
| 78:16, 82:7 | 90:16, 90:18, | **hours** | **identifying** |
| **hear** | 90:23, 92:7, | 8:21, 9:3, | 42:1 |
| 83:25, 129:14 | 92:22, 93:2, | 10:8, 10:10 | **illustrated** |
| **heard** | 93:6, 93:7, | **however** | 66:23 |
| 25:14, 26:8 | 93:9, 93:13, | 126:3 | **illustrates** |
| **help** | 95:22, 96:8, | **hundred** | 80:7, 81:21 |
| 44:25, 57:3, | 96:23, 97:16, | 9:1 | **illustrating** |
| 68:14, 78:20, | 97:18, 97:20, | **hung** | 81:11, 82:2, |
| 91:4, 101:22, | 98:13, 101:20, | 65:24 | 111:23, 112:5 |
| 102:8 | 102:10, 114:25, | **hypothetical** | **implement** |
| **helpful** | 118:11, 118:17, | 58:20, 58:24, | 130:10 |
| 70:6 | 119:5, 119:10, | 59:4, 71:7, | **implementation** |
| **hence** | 122:3, 125:20, | 71:12, 87:23, | 18:11, 18:21, |
| 118:7 | 125:25, 130:8, | 135:1, 135:7 | 19:3, 52:4 |
| **here** | 131:1, 133:12, | **hypothetically** | **implemented** |
| 5:1, 8:1, | 133:20, 134:4, | 108:23, 109:8, | 125:18, 125:22, |
| 11:23, 12:22, | 135:9, 137:11 | 110:5, 117:11, | 134:24 |
| 13:7, 13:9, | **here's** | 117:18, 134:6 | **implementing** |
| | 124:3 | | 81:12 |

**implied**
125:9
**implies**
37:2, 109:17,
111:5
**imply**
32:4
**imprecise**
46:11
**inc**
1:12
**include**
15:8, 38:16,
66:22, 85:17,
95:25, 108:8,
108:11
**included**
32:2, 58:10
**including**
30:13, 68:16,
69:4, 120:11,
122:4
**inclusion**
32:23
**inconsistent**
122:11, 125:15
**indefinite**
25:15, 25:22,
25:24, 26:10,
26:23, 28:2,
36:14, 37:19,
37:24, 38:2,
46:3, 59:8,
59:9, 83:15,
83:20, 83:22,
84:6, 84:10,
85:4, 85:11,
85:14, 85:23,
86:3, 86:8,
86:16, 86:17,
86:19, 87:1,
87:11, 87:12,
90:8, 90:9,
90:12, 96:4,
96:7, 96:16,
96:18, 103:3,
135:18
**indefiniteness**
33:9, 36:8,

36:21, 36:22,
37:11, 58:21,
83:11, 89:14,
127:14, 131:15
**independent**
84:5, 90:15
**index**
3:1
**indicate**
125:12, 126:3
**indication**
68:22
**individually**
27:15
**industrial**
18:2, 18:5
**industry**
18:19
**influence**
20:24
**inform**
41:15, 75:2,
97:19, 113:11
**information**
17:14, 18:1,
18:17, 22:20,
69:5, 73:4,
113:20
**informed**
55:23
**informs**
21:11
**infringed**
24:17, 24:23,
25:8, 28:22
**infringement**
31:25, 32:3,
32:7, 33:2,
75:18, 75:23,
76:2, 76:11,
76:24, 77:6,
77:14, 78:9,
78:16, 82:7
**infringers**
24:2, 25:7
**innovation**
21:7
**innovations**
21:3

**inside**
69:25
**installations**
67:4
**instance**
1:22
**instances**
26:22
**instead**
59:5
**instructions**
106:9, 106:16,
130:3
**intend**
13:10
**inter**
105:25
**interchangeably**
82:22
**interest**
63:11
**interested**
140:21
**interface**
52:3, 84:25,
85:7, 85:22,
86:3, 86:11,
88:5, 105:17,
105:20, 105:25,
106:1, 106:24,
107:11, 107:22,
107:25
**internal**
74:22, 75:12
**international**
64:17
**internet**
3:34, 55:7,
55:13, 91:7,
102:1, 104:15
**interpretation**
42:3, 75:20
**interpretations**
43:23, 44:7,
44:14, 45:11,
45:18, 46:20,
47:15, 119:1,
119:20

**interpreted**
38:6
**intrinsic**
38:8
**introduce**
10:15, 11:2,
21:14, 28:25,
29:7, 48:6,
49:8, 49:22,
54:24, 54:25,
55:2
**introducing**
11:25, 21:20,
48:16, 55:5,
63:23
**invalid**
25:8
**invented**
36:2
**invention**
57:7, 77:13
**inventor**
135:8
**invoked**
106:1, 106:4
**involved**
23:13, 23:21,
25:2
**involvement**
23:17
**ipr**
16:9, 16:20,
16:23, 24:8
**iprs**
16:15
**isolation**
57:19, 85:4
**issue**
13:2, 42:1,
87:9, 119:19,
127:22
**issues**
33:15, 45:22,
53:6
**item**
74:10, 99:8,
100:16, 100:17
**items**
74:14, 74:18

**itself**
52:22, 57:19,
57:24, 61:1,
79:14, 80:2,
94:2, 94:3,
94:9, 96:4,
103:12, 132:25,
133:7, 133:9,
133:14, 134:9

**J**

**jang**
2:22, 5:22,
10:3

**jbright@fr**
2:19

**job**
75:7

**john**
137:14

**jonathan**
2:13, 5:18,
137:6

**jr**
1:17, 1:21,
3:3, 6:7,
139:11, 139:16,
140:7

**jrg**
1:9, 5:7

**jump**
17:8, 39:7,
42:23, 43:12,
66:4

**jumped**
43:2

**jury**
25:23, 26:9

**K**

**kabat**
2:5, 5:16

**keep**
39:9, 55:23

**kevin**
2:22, 5:22

**kevinjang@quinne-
manuel**
2:28

**key**
15:24

**keyword**
123:2

**keywords**
70:2

**kind**
18:2, 18:16,
21:8, 21:10,
26:13, 26:17,
51:4, 57:22,
69:25, 74:12,
109:17, 110:2,
111:5, 132:3

**know**
9:24, 13:6,
14:10, 16:23,
17:19, 17:21,
18:17, 18:25,
19:1, 19:7,
20:12, 20:24,
21:1, 25:10,
26:18, 31:10,
32:1, 32:13,
34:23, 36:3,
36:5, 37:15,
39:11, 40:10,
42:18, 44:5,
50:8, 53:5,
57:5, 57:8,
57:10, 57:15,
58:14, 60:18,
63:3, 64:13,
64:15, 64:18,
64:19, 67:22,
68:7, 69:3,
69:4, 70:4,
70:16, 76:23,
77:1, 77:2,
77:12, 77:15,
78:20, 80:16,
83:24, 85:17,
86:6, 87:3,
88:12, 88:22,
90:18, 94:12,
95:20, 95:21,
96:17, 98:4,
98:24, 99:11,

100:25, 101:11,
101:14, 103:19,
105:8, 107:16,
107:17, 107:19,
109:6, 115:18,
116:6, 117:1,
118:15, 119:18,
120:19, 122:4,
123:2, 127:23,
128:7, 128:15,
128:17, 128:21,
129:17, 133:19,
134:17

**known**
40:7, 54:3,
59:16, 59:22,
60:2, 60:8,
60:11, 61:12,
70:21, 90:25,
92:8, 92:12

**L**

**lab**
63:6

**lack**
93:22

**language**
41:6, 86:9,
87:1, 89:9,
91:3, 101:22,
102:4, 102:5,
102:8, 102:11,
103:1, 103:4,
110:14, 110:19,
123:10, 124:16,
130:10, 133:20

**large**
15:23, 19:1,
21:9, 135:6

**largely**
125:22, 126:4

**last**
9:11, 30:6,
41:20, 46:25,
69:6, 72:12,
72:23, 104:16,
121:1, 127:1,
131:19, 135:21

**later**
29:14, 29:18,
57:15

**law**
5:15, 5:23, 7:5

**layer**
110:22, 110:25

**layer's**
104:9

**layers**
103:8, 104:3,
104:10, 105:23

**least**
14:21, 20:3,
32:3, 32:4,
33:16, 34:20,
36:18, 37:16,
39:4, 42:25,
44:2, 59:24,
65:15, 65:17,
65:18, 66:13,
66:14, 69:5,
78:2, 84:11,
102:15, 102:22,
103:1, 105:20,
115:9, 119:3,
125:9

**leave**
41:16, 72:13

**leaves**
42:5, 72:21,
73:4, 74:4

**lee**
2:14, 5:20

**legal**
33:8, 33:19,
34:9, 34:13,
36:1, 82:14,
97:7, 124:1,
124:2

**length**
40:18, 115:22,
115:23

**less**
9:1, 70:6,
96:16

**let's**
26:25, 27:8,

31:16, 39:13,
42:23, 43:12,
47:21, 53:22,
59:12, 70:17,
72:5, 72:8,
74:6, 78:21,
86:9, 89:10,
94:8, 111:12,
112:22, 114:22,
117:20, 120:24,
122:17, 127:1,
131:3, 135:21
**level**
14:5, 17:9,
20:19, 21:10,
68:11, 104:3,
111:7
**levels**
104:4, 105:23
**light**
35:16, 78:8,
78:16
**likely**
25:21, 26:1,
30:22, 34:25,
77:4
**likewise**
134:8
**limitation**
96:20, 118:14
**line**
138:2
**link**
41:10, 41:14,
51:13, 51:15,
51:17, 51:18,
52:7, 52:16,
52:23, 53:6,
53:7, 99:9,
99:12, 100:17,
100:19, 100:21,
101:6, 111:24,
111:25, 118:21,
120:12, 122:19,
122:24, 122:25,
132:7, 132:13,
132:18
**list**
31:24, 62:13,

62:21, 97:10
**listed**
34:3, 62:22,
101:10
**lists**
27:10, 27:13,
28:5
**literally**
96:23
**litigation**
23:14, 23:22,
24:16, 24:22,
25:6
**little**
10:9, 58:8,
68:21, 82:22,
124:1, 124:2
**llc**
1:4, 5:3, 5:17
**llp**
2:23
**located**
81:20
**logical**
103:8
**logically**
109:17
**long**
10:5, 44:6,
48:20, 53:18,
62:13, 78:13,
84:25
**longer**
46:15, 118:14
**look**
14:17, 22:4,
22:5, 29:19,
29:25, 39:13,
57:18, 60:5,
69:4, 69:10,
77:1, 79:19,
81:1, 84:1,
84:8, 90:13,
97:9, 98:25,
100:12, 110:7,
110:17, 111:12,
112:22, 114:22,
120:22, 122:17,

124:22, 134:24,
135:22, 136:12,
136:20
**looked**
9:10, 29:15,
29:23, 31:3,
32:20, 33:14,
67:22, 67:23,
68:1, 68:3,
68:16, 68:21,
76:6, 77:9,
77:21, 98:15,
99:16, 112:18
**looking**
16:1, 22:1,
30:17, 32:22,
40:13, 57:6,
57:11, 64:5,
67:12, 69:2,
69:22, 70:6,
73:21, 80:1,
80:3, 80:14,
88:16, 98:20,
113:6, 114:18,
114:19, 115:7,
116:6, 118:16,
120:17, 134:21,
134:23
**looks**
11:14, 12:7,
27:3, 27:15,
27:16, 29:17,
30:21, 49:17,
50:6, 55:14,
64:7, 116:3
**los**
2:7
**lot**
23:13, 32:21,
107:19
**loud**
65:10
**lower**
6:11
**lucas**
2:30, 5:10
**lunch**
99:23, 100:10

**M**

**m-a-e-s**
63:2
**machine**
1:28
**made**
73:23
**maes**
4:4, 63:2,
63:5, 63:21,
64:6, 64:14
**main**
61:7
**make**
36:13, 37:19,
37:24, 38:2,
132:1, 134:16,
136:4, 136:14
**makes**
70:6, 85:10,
87:25, 96:4,
134:13
**making**
44:18, 60:23
**manner**
47:11
**many**
6:21, 8:21,
23:16, 25:20,
25:22, 27:18,
50:24, 53:20,
57:14, 60:12,
80:19, 95:16,
95:17, 95:18,
112:20
**map**
125:24
**march**
3:20, 21:23,
22:11, 22:12,
22:14, 65:5
**marked**
10:17, 10:22,
21:16, 25:22,
29:3, 48:10,
49:4, 49:18,
55:1, 63:16

marks
137:13
marshall
1:3, 5:6
match
115:12
matched
20:14
material
126:11
materials
16:20, 16:23,
31:21, 32:15,
97:11
matter
5:3
matters
124:16
maybe
8:18, 10:3,
12:25, 18:2,
23:20, 23:25,
24:5, 36:17,
37:2, 39:10,
76:21, 82:21,
107:24, 108:4,
128:10, 128:16
mean
9:14, 14:19,
18:14, 18:22,
35:18, 38:16,
39:1, 39:23,
42:2, 42:9,
42:12, 44:17,
54:6, 61:25,
68:7, 74:5,
75:21, 82:20,
85:15, 85:20,
93:14, 94:14,
95:3, 95:5,
96:8, 105:1,
105:21, 106:13,
106:19, 106:20,
107:15, 107:16,
110:1, 113:18,
117:14, 120:16,
121:14, 121:23,
122:1, 122:3,

122:6, 122:7,
123:22, 124:10,
124:16, 130:6,
133:2
meaning
36:25, 39:25,
40:3, 41:7,
41:17, 41:19,
42:6, 42:7,
42:11, 42:12,
42:13, 42:21,
44:21, 54:8,
56:11, 56:16,
56:21, 57:4,
57:8, 57:11,
57:14, 57:20,
57:25, 58:3,
58:6, 58:19,
72:14, 72:16,
72:24, 72:25,
73:3, 73:11,
74:1, 75:3,
78:11, 78:18,
82:14, 85:8,
90:20, 94:9,
94:17, 96:10,
96:16, 96:23,
119:12, 123:24,
128:3
meanings
39:21, 39:24,
40:22, 41:3,
41:23, 43:8,
43:17, 43:22,
44:6, 44:13,
44:21, 45:11,
45:18, 45:24,
46:8, 46:13,
46:20, 47:7,
47:15, 74:3,
107:19, 118:25,
119:19
means
37:1, 39:4,
40:15, 42:20,
45:16, 54:12,
56:1, 70:16,
73:8, 82:13,

82:25, 86:7,
127:24, 128:19,
130:14, 130:23
meant
31:5, 56:5,
57:23, 69:24,
72:9, 75:5,
95:21
media
5:1, 63:6,
76:19
meeting
10:5, 10:11
memorize
76:25
memory
14:21, 19:12,
22:18, 26:12,
26:18, 98:24,
112:20, 117:1
mention
75:11, 75:17,
75:18, 75:22,
126:4
mentioned
15:7, 31:8,
57:2, 59:2, 97:8
message
41:13, 46:16,
47:2, 47:3,
86:12, 94:21,
95:9, 95:14,
95:20, 98:5,
98:11, 98:18,
101:25, 111:3,
113:24, 115:21,
115:22, 115:23,
115:24, 116:8,
127:4, 127:5,
127:19, 128:22,
128:24, 130:22,
130:25, 132:7,
132:11, 132:13,
135:12, 135:15,
136:3, 136:5,
136:13, 136:14
messages
91:6, 98:5,

98:11, 98:18,
113:24, 115:17,
116:5, 122:24
messaging
7:12, 89:15,
90:3, 90:9,
90:10, 90:13,
90:19, 90:22,
90:25, 91:5,
91:13, 91:24,
92:8, 92:20,
93:3, 93:6,
93:8, 93:11,
93:14, 93:18,
94:8, 94:14,
95:17, 96:4,
96:10, 96:15,
97:23, 98:14,
101:24, 102:11,
102:13, 102:24
method
38:9, 38:22,
57:22, 65:14,
65:16, 66:11
methods
38:7, 38:15,
40:13, 57:23,
65:13, 66:10
michelle
1:25, 6:1,
140:10, 141:6
middle
39:11, 63:1,
65:23, 107:18
might
18:20, 21:3,
21:4, 21:5,
21:8, 22:1,
38:1, 42:17,
52:5, 54:6,
55:22, 57:16,
63:21, 71:16,
74:5, 82:20,
88:21, 94:14,
95:3, 95:4,
106:13, 108:15,
108:24, 127:10
mind
9:17, 9:24,

12:16, 14:25,
15:16, 15:18,
26:3, 26:24,
31:15, 32:11,
57:14, 60:4,
61:18, 61:21,
62:5, 95:22,
97:20, 103:5,
122:10, 122:14
**mine**
75:15
**minor**
13:1
**minute**
62:6, 84:20,
120:22
**minutes**
39:11, 76:22,
136:20, 136:22
**misunderstood**
134:20
**mit**
63:6
**mixture**
125:23, 126:14
**mobile**
51:11, 66:13
**modification**
105:6
**modified**
71:3, 101:14
**modifier**
72:20, 92:24
**modifies**
41:18, 42:7,
42:12, 71:15,
72:16, 72:24,
73:3
**modify**
42:10
**modifying**
71:6, 71:20,
72:2, 72:25,
93:3, 93:6,
93:7, 93:8
**moment**
38:18
**monitor**
5:9, 52:2

**monitoring**
51:20, 65:10,
66:11, 81:14
**months**
8:19
**more**
6:22, 6:23,
8:19, 9:3, 10:9,
14:2, 21:3,
23:17, 23:21,
23:23, 25:14,
26:8, 26:14,
26:22, 28:21,
30:12, 31:2,
31:3, 32:23,
39:1, 42:15,
42:20, 43:7,
43:16, 60:4,
67:20, 69:5,
76:22, 79:25,
90:20, 96:10,
96:16, 96:24,
105:19, 108:1,
122:13, 129:13
**morning**
6:13
**most**
104:18, 105:20
**mostly**
20:13, 25:12,
32:21, 104:16
**much**
15:19, 86:6,
112:19
**multiple**
23:19, 38:7,
38:14, 39:3,
39:4, 39:21,
39:24, 40:21,
41:3, 41:23,
44:6, 44:13,
44:21, 45:10,
45:18, 45:24,
46:8, 46:12,
46:20, 47:7,
47:15, 51:22,
74:2, 118:25,
119:12, 119:19

**must**
22:3, 118:22,
119:25, 121:4,
121:23
**mutual**
82:24
**mutually**
121:15, 122:5
**myself**
65:12

**N**

**nail**
85:13, 85:15
**name**
6:14, 17:20,
30:11, 63:22
**named**
63:2
**narrow**
42:20, 42:22
**narrowed**
42:13
**narrower**
71:24, 71:25,
73:9, 73:14,
73:17, 93:11,
93:19
**narrowing**
42:16, 72:3
**narrows**
40:5
**ne**
2:16, 2:24
**nearby**
19:14
**nearly**
117:1
**necessarily**
108:12, 133:21
**need**
14:10, 39:8,
50:8, 130:5,
135:4, 136:20
**needed**
76:20, 105:24
**needs**
55:24

**neither**
140:16
**network**
47:3, 47:4,
54:12, 102:16,
102:23, 103:2,
103:7, 103:9,
103:12, 103:13,
103:15, 103:19,
103:21, 103:22,
104:2, 104:8,
104:14, 104:21,
105:6, 105:18,
107:3, 107:5,
107:11, 107:23,
108:4, 108:7,
108:13, 108:15,
108:20, 109:2,
109:11, 109:13,
109:15, 109:20,
109:24, 110:2,
110:4, 110:21,
110:22, 111:3,
117:5, 117:10,
127:5, 127:6,
127:19, 128:22,
128:24, 130:21,
136:4, 136:5
**networked**
103:11
**networking**
103:11, 103:15,
104:23, 105:11,
105:12, 105:15
**networks**
18:11
**new**
117:14
**next**
11:20, 23:11,
34:5, 42:23,
43:13, 44:1,
46:15, 89:10,
90:24, 102:14,
114:22, 117:20
**nice**
99:23
**nine**
22:10

| | | | |
|---|---|---|---|
| **normal** | **numeral** | **oddly** | 52:20, 52:25, |
| 128:13 | 69:18, 70:9, | 126:15 | 54:25, 57:17, |
| **notary** | 74:19, 99:8 | **offer** | 62:6, 65:14, |
| 139:20 | **numerous** | 13:10, 13:13, | 65:17, 65:18, |
| **notation** | 51:11 | 16:3, 46:4, | 66:14, 72:22, |
| 53:11 | | 66:3, 82:6, 83:6 | 73:4, 76:4, |
| **noted** | **O** | **offered** | 81:25, 83:19, |
| 52:15, 100:16 | **oath** | 114:9 | 86:7, 89:14, |
| **notes** | 6:16, 6:19, 7:3 | **offering** | 99:4, 102:15, |
| 136:21 | **objection** | 17:5, 116:13 | 102:22, 103:1, |
| **nothing** | 7:24, 12:15, | **offers** | 105:19, 107:24, |
| 9:17, 12:16, | 13:16, 16:5, | 38:8 | 108:1, 112:21, |
| 13:5, 15:16, | 16:17, 17:2, | **office** | 114:15, 115:21, |
| 15:18, 26:3, | 24:18, 24:25, | 141:2 | 115:22, 119:3, |
| 26:24, 31:15, | 25:9, 25:16, | **offices** | 119:6, 120:16, |
| 40:5, 57:13, | 26:11, 28:17, | 1:28 | 121:10, 121:16, |
| 58:8, 60:4, | 32:17, 33:21, | **oh** | 121:19, 122:18, |
| 61:18, 61:21, | 36:9, 36:15, | 9:4, 11:19, | 123:4, 127:3, |
| 62:5, 73:22, | 37:12, 40:23, | 24:21, 25:20, | 127:5, 128:6, |
| 75:8, 95:22, | 42:14, 43:9, | 25:25, 29:4, | 128:14, 128:25, |
| 97:20, 109:14, | 43:18, 44:8, | 30:7, 30:17, | 129:9, 129:15, |
| 130:22, 137:11 | 45:12, 46:22, | 31:7, 36:10, | 129:19, 129:20, |
| **notice** | 47:17, 52:13, | 36:23, 51:8, | 131:18, 132:11, |
| 38:5, 63:20 | 53:2, 53:16, | 53:24, 63:12, | 134:13, 135:4, |
| **notification** | 56:13, 56:23, | 63:20, 64:25, | 135:11 |
| 84:24, 85:7, | 57:12, 58:12, | 65:10, 80:18, | **one-on-one** |
| 85:18, 85:22, | 58:22, 60:3, | 85:20, 96:8, | 23:21 |
| 86:2, 86:10, | 67:10, 73:19, | 97:3, 98:6, | **ones** |
| 86:11, 88:4, | 75:1, 78:5, | 106:22, 114:15, | 23:19 |
| 89:2 | 79:17, 80:13, | 120:19, 120:21, | **only** |
| **noun** | 81:23, 83:23, | 121:14, 135:24 | 7:13, 67:23, |
| 129:3 | 85:5, 87:22, | **once** | 84:12, 86:25, |
| **number** | 88:10, 93:4, | 100:6 | 90:22, 91:4, |
| 3:27, 3:30, | 93:20, 94:23, | **one** | 101:20, 101:23, |
| 3:34, 5:2, 5:6, | 98:22, 99:14, | 5:2, 12:24, | 119:5, 122:14, |
| 14:1, 14:3, | 100:24, 104:25, | 14:5, 16:8, | 131:20, 134:9 |
| 14:10, 30:8, | 106:11, 106:18, | 16:12, 18:8, | **open** |
| 49:12, 50:1, | 107:13, 108:21, | 19:1, 20:5, | 7:11, 7:13, |
| 50:2, 55:7, | 109:25, 114:2, | 24:13, 28:6, | 10:24, 11:7, |
| 63:13, 63:15, | 116:16, 116:23, | 28:21, 30:12, | 11:10, 11:15, |
| 63:25, 64:6, | 117:17, 120:13, | 30:19, 30:23, | 11:23, 21:15, |
| 64:7, 64:8, | 123:21, 128:9, | 31:9, 36:20, | 21:18, 29:5, |
| 94:14, 115:21, | 134:2, 134:12, | 37:3, 41:8, | 41:16, 42:5, |
| 115:22, 115:23, | 134:25, 136:15 | 42:3, 43:1, | 48:12, 48:14, |
| 115:24 | **obtain** | 44:2, 46:16, | 48:15, 49:5, |
| **numbered** | 33:11, 34:9, | 46:24, 47:1, | 49:20, 49:21, |
| 1:23 | 34:13 | 47:3, 47:9, | 55:4, 62:7, |
| **numbers** | **odd** | 48:8, 50:22, | 62:10, 63:17, |
| 14:8, 70:2 | 69:25 | | |

63:18, 72:13,
72:21, 73:5,
74:4, 80:25,
111:11, 114:25,
133:14
**operating**
106:1, 106:8,
108:16
**operation**
108:8
**operations**
41:15, 108:10
**opine**
39:15
**opinion**
12:21, 20:20,
40:18, 44:19,
46:5, 53:14,
56:18, 58:18,
59:8, 59:12,
59:21, 61:7,
61:11, 80:10,
82:7, 82:16,
83:6, 83:11,
83:13, 83:14,
83:21, 87:3,
87:6, 87:8,
89:13, 89:22,
90:8, 91:14,
92:11, 92:14,
92:15, 92:18,
93:14, 96:3,
96:13, 96:14,
96:15, 96:22,
98:14, 98:17,
117:24, 118:8,
120:10, 131:14,
131:18, 131:24,
132:2
**opinions**
8:4, 12:11,
12:13, 13:8,
13:10, 13:14,
16:3, 17:1,
17:5, 35:9,
39:14, 43:8,
46:8, 52:24,
53:23, 58:21,

78:1, 80:4,
82:11, 84:20,
91:25, 97:16,
97:19, 101:5,
114:7, 116:14,
123:18, 127:14
**opposed**
20:5, 24:9
**oracle**
64:17, 64:19
**oral**
1:16, 1:20,
140:6
**order**
11:3
**ordinary**
17:9, 54:8,
56:10, 56:16,
57:4, 57:25,
58:3, 58:6,
58:18, 68:12,
73:11, 94:9,
128:3, 128:8
**organized**
103:10
**origin**
33:15, 36:5
**original**
31:8, 33:14
**originally**
69:24
**os**
104:24, 105:2,
105:7, 105:12,
106:21
**osi**
104:2
**other**
7:11, 9:16,
9:22, 10:4,
12:19, 12:20,
15:2, 15:4,
15:14, 15:17,
16:1, 16:9,
16:13, 28:11,
28:14, 28:15,
30:23, 30:25,
31:7, 31:13,

36:20, 51:4,
52:20, 52:25,
53:6, 56:25,
61:10, 67:5,
69:7, 74:14,
76:4, 87:5,
88:16, 89:17,
90:11, 90:17,
91:11, 95:4,
101:3, 101:12,
104:4, 119:4,
119:18, 121:10,
125:1, 125:12,
126:2
**others**
31:9, 46:2,
60:13, 119:7,
128:6, 129:10,
129:21
**otherwise**
103:21, 103:23,
124:15
**out**
26:18, 28:5,
44:24, 61:5,
63:10, 65:10,
68:14, 71:8,
89:8, 107:22,
113:13, 118:18,
124:14, 124:16,
137:10
**outside**
13:11, 108:7,
109:24
**over**
23:22, 109:20,
125:24
**overlap**
27:16, 83:17
**overview**
50:13, 50:21
**own**
24:11, 34:4,
60:13
**owner**
24:8, 24:9,
24:16, 24:22
**owners**
24:2, 24:7

| P |
| --- |

**pace**
21:6
**page**
3:2, 3:5, 3:6,
3:10, 3:19,
3:24, 4:2, 12:3,
13:24, 14:1,
14:6, 14:10,
21:22, 22:10,
22:14, 23:4,
23:7, 23:11,
26:25, 27:3,
27:5, 27:9,
28:20, 29:9,
29:10, 29:20,
30:11, 31:11,
46:18, 47:5,
48:18, 48:24,
49:10, 49:12,
49:24, 49:25,
51:9, 55:14,
62:3, 62:11,
62:12, 62:16,
62:25, 64:1,
66:19, 67:22,
68:4, 68:16,
72:6, 74:6,
81:5, 98:24,
99:4, 100:13,
117:2, 124:21,
127:1, 135:24,
138:2
**pages**
11:6, 48:20,
49:13, 140:13
**pair**
103:11, 103:15
**paragraphs**
19:18, 43:20,
43:22, 44:10,
44:12, 44:15,
45:19, 69:5,
75:18, 90:17,
91:18, 119:10,
119:12, 120:2,
120:4, 120:5,

127:15

**paraphrase**
102:5

**parentheses**
105:4

**parenthetical**
123:10, 123:14,
124:6

**parker**
2:31

**part**
10:6, 18:23,
19:2, 19:3,
20:24, 33:13,
36:18, 41:20,
51:1, 65:4,
72:23, 85:3,
91:11, 92:6,
97:16, 102:21,
105:3, 107:5,
107:24, 113:19,
123:20, 127:25,
135:11

**particular**
41:13, 43:4,
47:3, 47:10,
47:11, 86:21,
110:22, 110:25,
127:5, 127:19,
127:24, 128:2,
128:13, 128:17,
128:22, 128:24,
128:25, 129:2,
129:9, 129:18,
129:24, 130:5,
130:13, 130:21,
136:4, 136:14

**particularly**
72:12

**parties**
5:11, 14:14,
140:18, 140:20

**parts**
67:23, 68:3,
68:15, 68:17,
132:4

**party's**
32:2, 32:10

**pass**
136:18

**passage**
123:5

**passages**
125:12, 126:3

**past**
23:22, 77:3

**patent's**
130:20

**patentee's**
123:23

**patents**
9:8, 14:13,
15:20, 16:10,
16:16, 16:21,
17:1, 17:13,
19:5, 19:8,
24:11, 24:14,
27:13, 28:22,
44:25, 48:6,
50:14, 50:21,
52:18, 53:15,
56:12, 61:19,
61:23, 62:21,
67:9, 68:12,
68:20, 85:1,
94:10, 94:16,
95:7, 97:9,
109:8, 110:7

**patti**
63:5, 63:7

**pdf**
62:12, 81:7,
112:24

**peachtree**
2:16

**peaked**
63:11

**penalty**
7:4, 139:7

**pending**
16:9, 24:14,
120:20

**people**
20:11, 57:16,
104:18

**percent**
24:6

**percentages**
24:4

**performs**
54:13, 55:20,
56:2, 56:4, 56:6

**perjury**
7:4, 139:7

**person**
19:1, 19:24,
20:15, 33:24,
40:3, 45:3,
75:9, 77:11,
78:8, 78:10,
78:15, 86:20,
87:15, 87:19,
89:4, 89:6,
93:23, 94:15,
96:19, 103:19,
135:8

**persons**
20:2

**perspective**
60:6

**ph**
3:13, 3:16,
11:5, 12:1,
30:13

**philip**
2:4, 5:15, 6:14

**phrase**
35:12, 35:24,
36:1, 82:9,
88:3, 97:22,
125:5, 126:1,
126:7, 132:8,
132:14, 135:17

**phrases**
125:19, 132:4

**picture**
56:15

**piece**
55:20

**pieces**
8:2, 15:22,
16:2, 27:17

**place**
88:13

**plain**
54:7, 56:10,

56:15, 57:3,
57:25, 58:3,
58:6, 58:18,
73:10, 94:9,
128:7

**plaintiff**
1:6, 1:22, 2:3,
5:16, 6:15,
24:10, 24:16,
24:22

**plan**
51:17

**planet**
5:11, 6:2

**pleading**
27:22

**please**
5:13, 6:4,
10:23, 13:21,
21:15, 23:4,
37:22, 48:11,
49:5, 49:19,
55:3, 63:18,
66:6, 82:18,
83:3

**plurality**
41:8

**plus**
27:13

**point**
12:20, 35:14,
37:2, 38:20,
43:23, 44:11,
44:24, 45:17,
46:1, 46:13,
51:23, 73:23,
81:3

**policies**
51:20, 66:24,
66:25

**policy**
52:1, 52:3,
65:18, 65:19,
66:15, 81:13,
81:14

**portion**
100:8

**portions**
98:10

portray
50:23
posita
20:21, 78:15,
84:13, 90:1
possibilities
71:5, 107:9,
108:2, 109:22,
117:11
possibility
72:22, 106:13
possible
23:18, 38:3,
38:18, 42:3,
42:4, 56:24,
58:13, 72:1,
75:24, 78:6,
87:24, 107:21,
108:23, 109:6,
109:9, 110:6,
110:11, 133:14,
134:7, 135:2
possibles
109:4
possibly
8:9, 75:4,
106:6, 136:16
posted
11:16
pr4-2
3:17, 3:22,
21:20, 22:8,
29:8
predates
85:1
prefer
13:25
prefix
41:18, 42:7,
42:12, 59:17,
70:22, 72:15,
72:24, 73:2
preliminary
3:17, 3:22,
21:21, 22:8,
29:8
preparation
9:12, 10:2,

14:12
prepare
9:5
preparing
8:22, 30:19,
30:20
present
2:29, 10:4
presentation
86:22
presenting
84:24, 85:7,
85:21, 86:2,
86:5, 86:10,
87:3, 88:4, 89:2
pretty
34:18, 37:14,
69:3, 94:12,
105:15, 108:22,
128:18
prevent
7:15
previous
46:24
primarily
104:18, 125:23,
126:15
prior
16:25, 17:4,
21:1, 61:22
priority
19:7, 19:21,
20:1, 57:2
probably
8:19, 15:23,
15:25, 18:7,
23:23, 24:6,
31:9, 35:1,
36:16, 57:15,
58:9, 58:23,
77:16, 83:25,
114:4, 116:25,
117:13
procedure
1:30
proceed
6:12
proceedings
16:10, 16:20,

137:17
process
87:16, 87:20,
88:19, 88:25,
89:2, 89:5,
122:24
processer
50:18, 111:24
processor
51:6, 51:10,
51:15, 112:6,
115:2
produced
1:21
professional
1:27, 140:12
programmer
109:5, 130:2
programming
18:23, 105:20
property
136:13
propose
74:1
proposed
14:14, 14:17,
14:19, 28:1,
32:2, 32:10,
79:24, 129:8,
135:14
prosecution
14:13, 15:20,
16:4, 97:2,
97:5, 97:18
protocols
70:5, 104:15,
104:19, 114:4
proven
21:4
provide
8:6, 38:5,
38:7, 50:13,
79:7, 104:19,
127:18
provided
10:19
provider
70:14

provisions
1:30
public
64:23, 139:20
publication
63:24, 63:25,
64:23, 67:8,
68:19
pull
133:19
pulled
10:25
pure
23:20
purport
74:1
purpose
44:23, 44:24
purposes
99:13, 100:23
pursuant
1:29
put
8:2, 34:24,
73:17, 84:2,
87:11, 118:6,
126:9
putting
29:24
pwang@raklaw
2:9

_____
Q
_____
qualifications
20:10
qualifies
127:18
question
13:18, 13:20,
14:16, 23:12,
24:20, 25:24,
26:14, 34:11,
37:14, 38:17,
39:12, 40:19,
40:20, 41:5,
41:17, 41:21,
41:25, 42:5,
44:20, 45:6,

46:14, 46:19,
60:21, 68:13,
68:24, 71:22,
72:14, 72:21,
73:5, 74:5,
84:18, 88:21,
89:1, 90:5,
91:20, 95:10,
96:5, 98:7,
100:10, 100:15,
107:10, 110:8,
110:19, 120:6,
120:20, 128:15,
134:20
**questions**
34:9, 35:2,
126:12, 137:8
**quick**
29:17, 99:25,
126:18
**quinn**
2:23, 5:23
**quite**
15:23, 56:25,
85:8
**quote**
80:8, 80:9,
105:4, 105:5,
123:10, 124:23,
124:25, 125:1,
125:25
**quotes**
51:12, 87:11,
126:11, 126:13

**R**

**raise**
6:4
**raising**
119:19
**raleigh**
3:26, 3:28,
3:31
**range**
107:8, 109:3
**ratio**
23:21
**rd**
65:5

**read**
21:24, 22:6,
26:3, 35:1,
54:18, 55:18,
60:7, 60:16,
63:25, 65:7,
65:9, 65:10,
66:9, 68:17,
78:8, 78:15,
86:1, 95:16,
113:16, 120:5,
124:10, 127:9
**reading**
15:25, 34:12,
65:12, 77:12,
117:1, 125:5,
125:6
**real**
126:18
**realize**
131:2
**really**
8:15, 9:1,
12:24, 15:21,
60:5, 60:13,
60:16, 68:6,
69:2, 69:9,
70:16, 86:4,
86:5, 86:18,
87:13, 94:11,
94:18, 110:7,
115:10, 115:12,
119:13, 120:6,
130:11, 130:23,
131:18
**realtime**
58:25, 71:14
**reason**
45:1, 67:23,
84:5, 86:25,
90:1, 138:2
**reasonable**
40:4, 40:15,
45:4, 46:11,
78:12, 78:18,
93:22, 93:25,
96:19, 129:11
**reasonably**
38:6, 84:14,

90:2
**reasons**
84:13, 90:15,
135:4
**recall**
8:8, 8:13,
8:21, 9:21,
17:3, 17:7,
19:21, 22:16,
25:25, 31:1,
32:20, 35:3,
59:6, 61:10,
75:13, 76:1,
80:5, 80:14,
88:14, 92:25,
94:3, 97:4,
97:13, 98:8,
98:9, 98:12,
101:13, 101:17,
101:18, 112:12,
112:16, 116:20,
125:19
**receipt**
47:2, 127:4,
132:6, 132:12,
133:18
**receive**
122:23, 133:23,
134:9, 134:18
**received**
67:2, 122:24,
132:18, 133:25
**receives**
41:13, 91:6,
101:25
**recent**
21:4
**recess**
47:25, 78:25,
126:22, 137:3
**recited**
58:19, 59:5
**recites**
41:8
**recollection**
26:7, 30:18,
76:3, 112:19
**record**
1:31, 47:22,

47:24, 48:2,
78:22, 78:24,
79:2, 99:19,
126:18, 126:21,
126:24, 137:1,
137:5, 137:15
**redwood**
64:17
**refer**
13:25, 14:8,
38:14, 50:8,
97:7, 118:4
**reference**
28:6, 63:2,
66:21
**references**
9:9, 9:13,
9:16, 16:25,
17:5, 61:25,
62:13
**referencing**
69:13
**referred**
89:21, 128:22
**referring**
22:23, 23:2,
31:6, 36:11,
39:22, 68:8,
76:8, 90:17,
91:9, 91:18,
92:4, 95:21,
98:18, 104:6,
105:9, 110:6,
119:5, 126:2,
132:21
**refers**
38:24, 103:8
**refresh**
30:18, 76:3
**regarding**
28:22, 34:20,
38:9, 101:9,
102:11, 116:19
**registered**
1:26, 140:12
**related**
16:24, 17:18,
18:1, 18:4,

| | | | |
|---|---|---|---|
| 19:3, 33:15, 43:11, 83:12, 83:16, 84:20, 90:13, 90:17, 91:18, 109:7, 115:18, 140:17 | **report** 13:8, 13:11, 13:15, 13:24, 17:9, 33:6, 33:13, 51:9, 58:10, 82:10, 82:18, 82:20, 82:25, 86:20, 87:7, 91:11, 100:13, 101:9, 114:9, 131:6, 131:15 | **respond** 134:18 | **rotate** 112:24, 114:23 |
| **relates** 80:17, 135:3 | | **response** 100:8, 132:23, 133:7, 133:9, 133:15, 133:17, 133:22, 133:24, 133:25, 134:10, 134:18, 134:22 | **rough** 19:21 |
| **relating** 51:2, 116:5 | | | **roughly** 88:6, 104:7 |
| **relative** 59:18, 60:19, 70:22, 140:19 | | **response-generated** 132:17 | **row** 28:7, 28:8, 28:12 |
| **relevant** 97:19, 109:7 | **reported** 1:27 | **responsive** 41:21 | **rows** 27:18, 28:12, 28:14 |
| **relied** 55:13 | **reporter** 1:25, 1:27, 6:1, 6:4, 6:10, 99:17, 126:17, 140:11, 140:12 | **rest** 36:17, 61:8, 69:2, 85:24, 119:9, 119:12 | **rpr** 141:6 |
| **rely** 21:5, 55:16, 77:5 | | | **rsp** 1:9, 5:7 |
| **relying** 61:2 | **reporter's** 3:7, 140:5 | **results** 38:8 | **rules** 1:29 |
| **remember** 8:15, 9:24, 10:12, 15:21, 20:7, 26:7, 26:16, 26:20, 26:21, 31:1, 32:22, 33:3, 34:24, 97:17, 101:16, 104:5, 104:10, 104:11, 112:13 | **represent** 5:14, 6:14 | **retained** 8:11 | **ruling** 84:1, 84:9 |
| | **represented** 24:1 | **return** 70:17 | **rulings** 26:16 |
| | **representing** 5:11, 5:19, 5:23, 6:2 | **review** 17:4, 31:24, 32:6, 67:20, 76:9 | **run** 18:20, 40:8, 55:22 |
| | **represents** 8:3, 34:19 | **reviewed** 9:7, 14:12, 15:9, 22:20, 23:2, 30:19, 30:24, 31:14, 32:14, 33:1, 76:2, 97:15 | **russ** 2:5, 5:16 |
| **remote** 2:31, 5:10 | **request** 106:7 | | **S** |
| **remotely** 5:12 | **require** 110:24 | | **safe** 76:13 |
| **rename** 63:12 | **required** 13:19, 18:23 | **reviewing** 15:19, 16:1, 31:2, 69:8, 112:16 | **said** 23:16, 36:6, 37:20, 53:20, 66:4, 71:16, 75:5, 76:1, 92:22, 101:10, 101:17, 104:9, 104:23, 106:20, 107:25, 109:12, 121:1, 127:10, 129:10, 129:13, 129:20 |
| **render** 90:19, 96:10, 96:23 | **requiring** 105:5 | | |
| | **research** 1:4, 5:3, 5:17, 13:19 | **richardson** 2:15, 5:19, 5:21, 137:7 | |
| **renders** 96:15 | **resend** 63:13 | **ring** 64:12, 82:9 | |
| **repeated** 28:7, 116:1 | **resolve** 73:18 | **rings** 32:8 | **sam-hw-2** 3:35, 55:8 |
| **replying** 121:17 | **respect** 84:16, 89:18 | **road** 2:24 | **same** 7:3, 11:18, 23:20, 26:14, |
| | **respective** 132:7, 132:13 | | |

28:8, 29:15,
29:22, 30:8,
31:10, 34:8,
42:2, 45:6,
45:13, 46:14,
46:19, 46:23,
47:8, 55:14,
61:8, 63:14,
64:6, 64:7,
64:8, 64:19,
67:9, 67:17,
68:10, 73:8,
89:25, 90:5,
92:6, 92:14,
92:15, 92:16,
93:2, 93:15,
94:5, 105:11,
107:10, 110:10,
115:9, 115:11,
116:3, 120:16,
121:25, 122:4,
122:8
**samsung**
1:10, 1:11,
1:12, 5:4, 5:19,
5:23, 27:21,
28:21, 30:12,
61:16, 61:19
**samsung's**
3:17, 3:22,
21:20, 22:7,
28:1, 29:7
**satisfied**
20:9, 65:19
**satisfies**
65:17, 66:14
**saw**
31:7
**saying**
20:15, 36:23,
45:1, 53:10,
72:25, 82:20,
85:9, 85:13,
85:21, 95:12,
109:16, 124:2,
124:12, 130:4,
135:19
**says**
22:7, 30:12,

35:10, 48:18,
49:10, 49:12,
49:24, 49:25,
50:2, 52:23,
53:4, 62:16,
64:24, 65:3,
66:9, 66:20,
69:7, 75:12,
80:1, 81:10,
81:16, 82:2,
84:16, 86:4,
87:12, 91:17,
92:3, 110:20,
110:23, 111:1,
111:22, 112:4,
113:16, 114:12,
115:12, 115:21,
123:14, 124:3,
124:7, 132:6,
132:17, 132:22
**scale**
96:18
**schools**
17:19
**science**
17:15, 17:17,
17:22, 109:21
**scope**
38:6, 45:3,
59:18, 60:19,
70:22, 71:24,
75:9, 82:8,
96:20, 122:3
**screen**
7:10
**scroll**
111:15
**scrolling**
15:22, 16:1
**seal**
141:2
**searches**
15:23
**second**
22:4, 30:2,
49:12, 49:25,
54:25, 62:3,
66:1, 84:12,

111:13, 132:2
**section**
41:2, 44:2,
45:14, 46:2,
98:16, 119:21
**sections**
15:24, 19:14,
46:5
**secure**
51:18, 107:10,
107:12, 111:3,
111:8, 113:5,
113:7, 122:24,
132:7, 132:13
**secured**
106:17, 113:12,
113:22, 113:25,
117:3, 117:9
**seeing**
67:19
**seem**
60:7, 64:6,
69:23, 72:19,
72:24, 115:11,
116:4, 131:24
**seemed**
20:8, 57:3,
70:3
**seems**
25:3, 48:25,
50:23, 65:25,
77:4, 85:14,
115:9, 124:19,
135:7
**seen**
22:15, 22:16,
25:4, 25:13,
60:15, 64:10,
67:16, 92:24
**send**
10:16, 10:18,
10:20, 21:14,
29:1, 48:7,
63:11, 106:9,
106:15
**sense**
132:1, 134:14,
134:16

**sent**
8:10, 11:18,
115:17
**sentence**
56:6, 65:23,
66:1, 69:6,
72:12, 78:13,
84:13, 90:24,
121:1, 131:19,
131:25, 132:2,
132:22
**sentences**
84:12, 90:22,
91:14, 92:1,
131:23
**separate**
23:12, 90:14
**separately**
80:8
**september**
64:24
**series**
104:14
**served**
76:24
**server**
18:20, 18:21,
51:13, 55:23,
111:4, 111:6
**service**
18:18, 41:9,
41:14, 50:17,
51:3, 51:6,
51:10, 51:12,
51:13, 51:14,
51:15, 51:16,
51:20, 52:2,
52:7, 52:16,
52:23, 53:7,
55:21, 56:4,
56:7, 81:14,
99:9, 99:12,
100:17, 100:19,
100:21, 101:5,
111:24, 111:25,
112:6, 112:7,
115:1, 115:2
**service-type**
51:4

**services**
18:10, 18:16,
18:17, 114:12
**set**
14:5, 33:19,
34:14, 35:6,
44:22, 45:19,
45:24, 46:8,
46:10, 46:19,
47:6, 104:18,
108:16, 128:10,
129:19
**sets**
129:17
**seven**
28:20, 29:10,
30:11
**several**
24:11, 70:1,
73:23, 79:10,
101:2, 115:20,
116:8
**shaker**
2:30, 5:10
**shores**
64:17
**shorthand**
1:25, 140:11
**should**
8:23, 11:20,
12:25, 38:9,
62:15, 75:5,
75:7, 133:11
**show**
53:14, 63:8,
113:5, 115:16
**showing**
80:5
**shown**
99:2
**shows**
51:12, 51:22,
51:24, 69:20,
81:20
**sic**
39:9
**side**
29:24

**signature**
3:5, 3:6,
138:1, 140:24
**signature-p1kal**
141:4
**signed**
22:12
**significant**
20:20, 23:15
**silently**
55:21
**similar**
20:12, 29:18,
29:25, 30:21,
48:25, 84:13,
90:1, 92:11
**simplest**
52:21
**simply**
53:18, 77:24,
80:6, 118:6,
130:7
**simpson**
2:31
**since**
12:13, 48:5,
56:22, 56:25,
58:17, 101:11,
128:21
**sir**
53:24
**sitting**
12:22, 13:7,
13:9, 26:3,
26:21, 59:7,
59:10, 60:6,
71:14, 71:21,
82:11, 95:22,
97:18, 97:20
**six**
27:9, 27:10,
27:13, 30:6,
30:7, 104:4
**skill**
17:9, 19:24,
20:15, 20:19,
40:3, 45:4,
68:12, 75:9,

77:12, 78:8,
78:10, 86:21,
87:15, 87:19,
89:4, 89:6,
93:23, 94:15,
96:19
**skilled**
103:19
**skills**
19:3, 20:8,
20:14, 20:24,
21:12, 34:4,
35:11, 60:13,
60:18, 61:6,
92:16
**skipped**
131:2
**software**
45:8, 54:13,
55:20, 56:2,
56:6, 67:4,
68:23, 105:22,
109:19, 117:12,
117:22, 118:3,
118:5, 118:9,
118:20, 118:22,
119:23, 119:24,
120:11, 121:2,
121:3, 122:18,
122:23, 123:1,
123:6, 123:14,
123:24, 124:7,
124:11, 124:13,
124:18, 124:20,
125:2, 125:8,
125:13, 125:17,
125:18, 125:22,
125:23, 126:1,
126:4, 126:5,
126:7, 126:10,
126:12, 126:14,
130:3, 130:19,
133:17
**softwares**
18:18
**solutions**
21:2
**some**
8:1, 8:2, 9:9,

9:11, 10:3,
10:12, 12:19,
14:22, 14:24,
15:23, 18:2,
19:3, 20:8,
20:17, 20:23,
23:18, 25:22,
27:16, 31:9,
32:4, 35:1,
38:19, 42:10,
46:4, 50:22,
51:4, 53:5,
66:10, 73:11,
76:6, 76:7,
79:23, 81:25,
87:5, 88:16,
94:13, 106:3,
111:5, 111:7,
112:1, 112:8,
118:4, 121:11,
122:22, 123:2,
123:24, 128:23,
130:5, 135:1,
136:3
**someone**
13:18, 21:10,
55:21, 56:4,
60:14, 95:19
**someplace**
66:5
**something**
13:6, 15:9,
17:22, 18:3,
21:4, 21:5,
23:1, 25:1,
25:3, 26:2,
38:2, 43:24,
65:25, 68:9,
72:2, 73:9,
73:13, 77:9,
85:10, 87:16,
87:20, 94:20,
95:3, 95:4,
95:8, 96:18,
98:19, 101:14,
106:7, 108:2,
108:14, 109:1,
109:12, 109:17,

110:6, 117:19,
121:7, 122:11,
128:10, 128:16,
128:17, 129:16,
129:18, 134:18
**sometime**
8:18
**sometimes**
24:6, 94:25,
116:11
**somewhat**
70:3
**somewhere**
19:18, 131:1
**sorry**
30:7, 37:10,
43:1, 50:1,
63:12, 66:4,
72:8, 76:17,
91:21, 120:21
**sort**
108:10
**sounded**
129:11, 129:13
**sounds**
32:15, 81:19,
124:1, 128:8,
133:17
**source**
88:8, 88:12,
88:19, 89:3,
89:7, 105:22
**speak**
10:1, 119:14
**specialized**
129:24, 130:13
**specific**
14:2, 37:2,
37:3, 47:14,
74:1, 79:25,
85:6, 85:16,
85:18, 86:8,
88:13, 90:21,
91:14, 91:25,
92:1, 94:17,
95:4, 95:11,
135:5, 135:9
**specifically**
9:25, 44:13,

57:14, 58:9,
58:15, 67:12,
80:18, 82:1,
82:15, 91:12,
91:21, 91:22,
91:23, 97:6,
97:14, 101:9,
118:8, 118:20,
122:13
**specification**
9:7, 40:8,
50:14, 72:13,
73:22, 90:23,
95:2, 95:25,
97:24, 98:2,
98:4, 98:10,
101:19, 123:5,
123:20, 125:21
**specificity**
42:16, 42:20
**specified**
65:18, 103:21,
103:24
**specify**
86:18
**speculate**
26:5
**spend**
15:19
**spent**
8:21, 9:11
**st**
2:16
**stack**
81:12, 81:22,
82:2, 82:4,
102:16, 102:23,
103:2, 103:7,
103:12, 103:13,
103:16, 103:19,
103:21, 103:22,
104:2, 104:8,
104:14, 104:24,
105:7, 105:12,
105:16, 105:18,
105:24, 107:3,
107:5, 107:11,
107:23, 108:4,

108:7, 108:13,
108:15, 108:20,
109:2, 109:11,
109:13, 109:15,
109:24, 110:21,
110:22, 114:12,
117:5, 117:10,
124:23
**stacks**
108:4
**stand**
8:4
**standard**
33:8, 97:7,
103:13, 104:2,
105:15, 108:3
**standards**
33:19, 34:14
**stands**
105:19
**start**
8:16, 14:6,
124:4, 132:10
**started**
61:5
**starting**
29:20
**starts**
53:24, 117:24
**state**
1:26, 5:14,
17:9, 33:8,
139:21, 140:1,
140:11
**stated**
1:30, 101:12,
131:18, 140:13
**statement**
12:10, 18:15,
38:12, 54:17,
56:1, 60:10,
60:23
**states**
1:1, 5:5,
28:21, 125:21
**stenotype**
1:28
**stephanie**
64:13

**still**
60:6, 85:6,
85:14, 85:22,
86:19, 90:12,
96:6, 120:17
**stipulation**
82:24
**stop**
107:17
**street**
2:16
**strike**
50:1, 91:22
**stronger**
118:14
**structure**
112:6
**students**
20:12, 20:13
**sub**
110:16
**subject**
7:3
**submitted**
7:19, 11:13,
12:2, 12:5,
12:14, 140:23
**subscribed**
139:14, 141:1
**subsection**
42:25, 43:4,
47:1, 110:16,
127:2
**subset**
65:15, 66:13
**suggest**
45:15
**suggested**
20:7
**suggests**
67:17, 68:5,
68:18, 71:16,
122:18
**suite**
2:25
**sullivan**
2:23
**sum**
81:15

**summarized**
87:4
**summarizes**
87:2, 131:21
**summary**
59:19, 87:8
**sunwoo**
2:14, 5:20
**supporting**
20:20
**supposed**
32:13
**sure**
9:2, 9:4,
11:14, 22:4,
22:7, 24:19,
32:11, 32:18,
34:13, 40:7,
48:13, 52:14,
62:8, 68:15,
69:22, 70:19,
73:1, 79:18,
79:20, 82:13,
82:19, 83:24,
85:25, 95:8,
96:5, 104:13,
105:1, 110:8,
111:18, 112:18,
116:10, 120:5,
120:9, 123:22,
131:7, 131:21,
133:16, 134:13,
136:8, 136:24
**suspect**
7:25, 31:7,
34:17, 36:1,
82:14
**sworn**
1:22, 6:3, 6:8,
139:14, 141:1
**sync**
11:1, 11:23
**syncing**
107:24
**system**
38:15, 40:12,
51:5, 57:22,
79:24, 87:21,

88:8, 88:17,
105:15, 106:2,
106:8, 108:16,
114:4, 133:18,
133:23, 134:1,
134:5, 134:6,
134:8, 134:21,
134:23, 135:2,
135:7, 136:2,
136:6, 136:11,
136:12
**systems**
17:14, 18:1,
18:2, 18:5,
38:16, 57:22,
104:21, 109:20

---
**T**
---

**table**
23:8, 27:1,
27:8, 28:5,
28:13, 30:1,
30:2, 30:3, 30:6
**tables**
22:17, 27:12,
28:8, 29:20,
30:22, 32:24,
76:7
**take**
53:4, 110:17,
136:21
**taken**
1:22, 26:18,
47:25, 78:25,
126:22, 137:3,
140:19
**taking**
120:22
**talk**
47:9, 50:17,
70:18, 94:8,
126:10
**talked**
15:10, 71:1,
92:23, 94:1,
94:2
**talking**
9:11, 37:8,

39:20, 68:11,
72:11, 72:12,
83:18, 100:11,
107:6, 119:15,
122:22, 126:14,
130:1, 130:9,
130:24, 131:24,
134:5
**talks**
115:19, 135:11
**tasks**
20:12
**teach**
86:18
**teaches**
91:4, 101:23
**team**
19:2
**tech**
2:31
**technical**
33:24, 100:7
**technically**
70:4
**technologies**
21:2, 104:14,
104:19
**technology**
10:12, 21:7,
21:8, 21:9
**telephone**
2:8, 2:18,
2:27, 66:13
**tell**
31:12, 39:19,
41:4, 71:21,
86:6, 87:13,
122:15
**tells**
75:9
**template**
8:8, 8:9
**ten**
76:19, 136:22
**ten-minute**
136:21
**terminate**
106:10, 106:14,

106:25, 107:12,
107:15, 107:19,
109:23, 110:1
**terminated**
110:20, 110:21,
110:25, 117:5,
117:9
**terminating**
106:16
**terms**
3:34, 9:22,
12:20, 17:16,
21:11, 23:10,
24:5, 25:15,
25:22, 26:8,
26:15, 26:22,
27:6, 27:10,
27:14, 27:17,
27:18, 27:20,
28:1, 28:15,
30:2, 30:3,
30:4, 30:6,
30:7, 30:9,
32:5, 39:14,
40:13, 44:16,
44:25, 45:2,
46:2, 50:22,
50:25, 51:7,
53:20, 55:7,
55:13, 57:14,
117:13
**testified**
6:8, 6:19,
22:19, 23:17,
56:20, 84:19
**testify**
28:22
**testifying**
7:4, 7:16
**testimony**
7:3, 23:19,
33:1, 34:21,
88:17, 140:18
**texas**
1:2, 1:26, 5:6,
140:1, 140:12,
141:7
**text**
33:14, 34:17,

116:10
**th**
1:23, 2:6,
3:20, 3:25, 5:8,
11:5, 21:23,
22:11, 22:12,
22:14, 29:11,
64:24, 141:2
**thank**
5:25, 6:10,
10:14, 21:13,
45:5, 48:4,
55:25, 65:21,
79:5, 127:12,
136:19, 137:8
**themselves**
5:14
**theory**
128:11
**thereby**
105:5
**therefore**
21:2, 46:12
**therein**
68:17
**thing**
13:1, 26:13,
37:3, 42:2,
52:21, 61:7,
61:8, 68:2,
73:8, 86:7,
93:15, 105:11,
116:3, 122:4
**things**
15:24, 22:17,
26:17, 30:23,
32:20, 38:23,
38:24, 39:2,
51:4, 70:5,
92:4, 94:14,
95:16, 101:3,
101:12, 108:11,
109:4, 118:23,
119:25, 121:4,
121:9, 121:12,
121:13, 121:24,
122:1, 122:12,
122:15, 129:18,

133:9
**thinking**
7:16, 33:23
**third**
30:3, 55:15,
62:3
**thought**
14:4, 59:10,
69:24, 120:21
**thoughts**
8:3, 12:19,
20:16
**three**
6:22, 18:9,
20:3, 20:5,
20:21, 25:14,
26:8, 27:12,
28:8, 30:4,
31:2, 31:3,
48:7, 50:21,
53:15, 54:21,
56:14, 56:16,
62:12, 62:25,
81:7, 81:8,
81:9, 97:9,
111:14, 111:20,
119:9
**three-page**
3:32, 55:6
**through**
3:35, 15:22,
16:1, 35:2,
41:10, 45:20,
48:8, 55:8,
59:10, 74:12,
84:24, 85:7,
85:22, 86:2,
86:11, 88:4,
88:8, 88:12,
88:13, 89:3
**throughout**
45:15
**time**
5:9, 9:11,
11:18, 15:19,
19:10, 19:24,
47:11, 47:24,
48:2, 48:8,

56:19, 57:7,
67:19, 69:23,
77:12, 78:24,
79:2, 99:19,
105:21, 126:21,
126:24, 137:2,
137:5, 137:15
**times**
6:21, 6:23,
36:7, 73:23,
95:4, 99:3
**title**
21:25, 22:5,
22:6, 22:7,
62:19, 65:7
**today**
5:10, 6:1,
6:17, 7:2, 7:17,
8:2, 9:12, 10:4,
13:9, 26:4,
40:18, 56:22,
57:9, 57:11,
59:25, 60:6,
64:3, 71:14,
71:21, 73:24,
80:15, 82:16,
82:22
**today's**
5:8
**together**
12:25, 34:22,
34:25
**took**
136:3
**top**
42:24, 75:12,
80:18, 88:14,
95:15, 98:6,
104:3, 104:5,
104:10, 104:13,
116:9, 135:24
**total**
23:20, 24:5,
27:13, 27:19
**traffic-shaping**
81:13
**transcript**
140:22

**transfer**
104:20
**transmission**
107:17, 132:6,
132:12, 132:18,
132:24, 132:25,
133:7, 133:9,
133:14, 133:18,
133:19, 133:23,
134:9, 134:10,
134:22
**transmitted**
67:1
**transport**
114:12
**tricky**
122:8
**triggers**
46:17, 47:2,
127:4, 130:25,
132:12, 135:12,
135:15
**trouble**
14:9
**true**
11:11, 12:5,
48:21, 48:22,
49:1, 49:15,
50:3, 55:11,
59:25, 121:8,
139:8, 140:13
**truly**
40:9
**truthfully**
7:16
**try**
36:24, 37:4,
71:13, 76:25,
98:13, 120:23
**trying**
20:10, 35:20,
38:20, 40:11,
44:16, 45:16,
46:3, 88:23,
98:13, 104:4,
120:14, 122:8,
130:2, 130:18,
132:1

| | | | |
|---|---|---|---|
| **turn**<br>13:21, 22:10,<br>23:4, 26:25,<br>27:8, 31:17,<br>33:5, 34:5,<br>50:9, 50:10,<br>53:22, 59:12,<br>62:11, 62:16,<br>65:21, 66:18,<br>74:6, 80:20,<br>82:17, 83:3,<br>89:10, 99:1,<br>111:9, 131:5,<br>136:22<br>**turnbull**<br>1:17, 1:21,<br>3:3, 3:13, 3:16,<br>5:3, 6:7, 6:14,<br>7:19, 10:14,<br>11:5, 11:8,<br>12:1, 12:4,<br>12:9, 21:13,<br>21:24, 23:13,<br>30:13, 39:9,<br>40:20, 44:19,<br>45:5, 48:3,<br>48:23, 49:16,<br>50:5, 50:10,<br>65:21, 79:4,<br>99:21, 120:18,<br>126:25, 136:19,<br>137:14, 139:11,<br>139:16, 140:7<br>**turnbull's**<br>11:3, 49:9,<br>49:23<br>**turning**<br>62:25<br>**two**<br>8:19, 10:8,<br>10:9, 10:20,<br>20:5, 26:15,<br>26:22, 38:22,<br>38:24, 39:1,<br>39:3, 39:4,<br>43:7, 43:16,<br>43:22, 62:16,<br>90:22, 91:14, | 92:1, 104:21,<br>109:20, 118:9,<br>122:1, 129:17,<br>132:3, 132:4<br>**type**<br>17:25, 21:7,<br>22:22, 26:19,<br>31:5, 31:10,<br>42:17, 60:14,<br>67:5, 69:7,<br>85:18, 115:9,<br>115:11, 128:24<br>**typed**<br>7:25<br>**types**<br>77:25, 85:17,<br>108:24, 115:14<br><br>**U**<br><br>**u**<br>62:16<br>**uh-huh**<br>114:14<br>**unable**<br>88:18<br>**uncertain**<br>35:22<br>**uncertainty**<br>35:13, 35:15,<br>35:19, 35:24,<br>36:25, 37:6,<br>37:8, 37:10<br>**unclear**<br>47:19, 59:17,<br>70:21, 103:10,<br>118:20, 121:2,<br>132:23<br>**under**<br>6:16, 6:19,<br>7:3, 8:3, 139:7,<br>141:1<br>**undersigned**<br>139:15, 140:10<br>**understand**<br>6:16, 7:1,<br>24:15, 24:21,<br>25:5, 33:19,<br>36:7, 40:11, | 40:15, 40:17,<br>44:16, 44:18,<br>51:2, 57:23,<br>58:16, 62:20,<br>78:9, 78:17,<br>88:3, 88:23,<br>96:20, 113:17,<br>120:6, 120:8,<br>120:15, 133:4,<br>135:2<br>**understanding**<br>19:10, 19:23,<br>20:25, 21:2,<br>21:6, 33:11,<br>33:24, 34:2,<br>34:9, 34:14,<br>34:16, 34:20,<br>35:5, 35:12,<br>36:20, 52:19,<br>73:17, 74:2,<br>76:11, 81:18,<br>111:2, 113:22,<br>114:17, 115:6,<br>125:10, 130:18<br>**understood**<br>24:19, 41:24,<br>45:3, 57:20,<br>118:4<br>**unfortunately**<br>37:13<br>**unique**<br>88:1<br>**unit**<br>128:6, 129:9,<br>129:20<br>**united**<br>1:1, 5:5<br>**universally**<br>72:4<br>**unknown**<br>71:18<br>**unless**<br>13:12, 103:21,<br>103:23, 121:12<br>**unrelated**<br>67:24<br>**until**<br>59:25, 68:1 | **updating**<br>111:19<br>**urquhart**<br>2:23<br>**usage**<br>67:3<br>**use**<br>35:20, 53:11,<br>57:16, 61:17,<br>61:20, 61:23,<br>90:24, 98:2,<br>115:11, 122:5,<br>126:1, 126:6,<br>128:20, 129:6,<br>130:20<br>**useable**<br>104:18<br>**user**<br>58:11, 84:24,<br>85:7, 85:22,<br>86:2, 86:11,<br>88:4, 108:12<br>**uses**<br>98:4, 98:11<br>**using**<br>36:24, 61:5,<br>68:10, 82:21,<br>89:25, 107:2,<br>107:5, 129:23,<br>130:12<br>**usually**<br>55:21<br>**ut**<br>17:21<br><br>**V**<br><br>**vague**<br>130:4<br>**valid**<br>24:17, 24:24<br>**variance**<br>17:24<br>**various**<br>80:7, 105:23<br>**verifiable**<br>81:13<br>**version**<br>29:14, 48:19 |

**versus**
5:4
**via**
1:28, 7:2,
10:11, 10:21,
122:24
**video**
5:9, 10:12,
136:23
**videoconference**
1:29
**videographer**
2:30, 5:1,
5:10, 5:25,
47:23, 48:1,
76:18, 78:23,
79:1, 99:18,
126:20, 126:23,
137:1, 137:4,
137:9, 137:13
**videotaped**
1:16, 1:20,
5:2, 140:6
**view**
35:14, 37:17,
51:5
**virtues**
130:7
**vitae**
3:15
**vocabulary**
71:8, 121:12
**voice**
5:13
**vs**
1:8

**W**

**walked**
74:12
**walks**
88:13
**wang**
2:4, 3:4, 5:15,
6:13, 6:14, 8:6,
10:18, 10:23,
12:17, 13:21,
16:8, 16:19,

17:4, 21:19,
24:21, 25:5,
25:13, 25:18,
26:14, 28:20,
29:6, 32:25,
34:1, 36:12,
36:19, 37:17,
40:24, 42:19,
43:12, 43:21,
44:11, 45:17,
46:25, 47:20,
47:21, 48:3,
48:11, 49:5,
49:8, 49:14,
49:19, 49:22,
52:17, 53:9,
53:22, 55:2,
56:18, 57:5,
57:18, 58:16,
59:3, 60:9,
63:17, 67:13,
73:25, 75:2,
76:17, 76:21,
76:23, 78:7,
78:21, 79:3,
79:21, 80:16,
82:6, 84:4,
85:9, 87:25,
88:15, 93:10,
94:1, 95:6,
98:25, 99:20,
101:4, 105:3,
106:15, 106:22,
107:20, 109:1,
110:3, 114:3,
116:18, 117:3,
117:20, 120:17,
123:23, 126:17,
126:19, 126:25,
128:12, 134:3,
134:15, 135:10,
136:17, 136:24,
137:12
**want**
21:5, 36:19,
39:9, 40:19,
65:10, 65:24,
80:20, 81:1,

100:12, 109:13,
110:14, 111:21,
112:24, 113:4,
118:7, 119:16,
119:18, 132:4
**wanted**
75:6, 99:7,
101:1
**way**
16:8, 16:12,
36:20, 36:24,
42:10, 52:20,
52:25, 66:25,
68:10, 76:4,
98:12, 101:8,
117:19, 120:23,
126:9, 128:21,
129:24, 130:13
**ways**
95:17, 105:22
**we're**
7:1, 11:1,
14:5, 37:5,
53:20, 57:6,
57:11, 73:21,
75:4, 82:21,
83:17, 85:12,
89:1, 103:7,
104:16, 107:24,
126:2, 130:24
**webex**
10:13
**websites**
67:3
**welcome**
48:3, 79:3,
99:20, 126:25
**well-documented**
104:18
**well-known**
84:25, 104:17
**whatever**
119:9
**wherein**
43:4, 46:16,
47:1, 83:7,
127:3, 131:11,
132:11, 135:11,

135:23
**whether**
16:9, 41:17,
42:5, 51:3,
52:25, 72:14,
73:7, 78:10,
78:17, 84:15,
86:21, 87:15,
87:20, 88:24,
89:4, 99:11,
113:11, 113:16,
118:20, 118:21,
119:23, 119:24,
121:2, 121:3,
133:6
**whole**
41:1, 42:17,
68:2, 90:11,
91:16, 92:2,
92:3
**wide**
107:8
**wilshire**
2:6
**wireless**
66:12, 66:22,
67:2
**within**
54:4, 69:21,
74:7, 74:19,
77:2, 110:20,
110:21, 110:25,
117:5, 117:9,
126:11, 130:24
**without**
29:24, 67:11,
67:20, 69:1,
69:8, 80:1,
98:20
**witness**
1:21, 5:20,
5:24, 6:2, 6:6,
7:25, 12:16,
13:17, 16:6,
16:18, 17:3,
21:17, 24:19,
25:1, 25:10,
25:17, 26:12,

28:18, 29:4,
32:18, 33:22,
36:10, 36:16,
37:13, 42:15,
43:10, 43:19,
44:9, 45:13,
46:23, 47:18,
52:14, 53:3,
53:17, 56:14,
56:24, 57:13,
58:13, 58:23,
60:4, 67:11,
73:20, 78:6,
79:18, 80:14,
81:24, 83:24,
85:6, 87:23,
88:11, 93:5,
93:21, 94:24,
98:23, 99:15,
100:25, 105:1,
106:12, 106:19,
107:14, 108:22,
110:1, 116:17,
116:24, 117:18,
120:14, 123:22,
128:10, 134:13,
135:1, 136:16,
136:18, 136:25,
139:15, 140:23,
140:24
**word**
15:12, 35:21,
36:6, 37:8,
38:25, 52:9,
53:12, 56:21,
57:8, 57:19,
57:24, 58:6,
71:2, 74:10,
90:19, 92:19,
92:24, 93:3,
93:6, 93:7,
93:8, 94:2,
94:3, 94:8,
94:12, 95:20,
96:3, 96:6,
96:9, 96:15,
113:7, 113:8,
116:7, 116:8,

121:17, 121:20,
122:5, 128:18,
129:2, 130:11,
130:13, 130:14
**wording**
134:20
**words**
15:24, 71:8,
72:2, 116:11,
117:15, 118:10
**work**
8:11, 8:19,
18:20, 20:21,
24:5, 26:19,
60:15, 70:6,
108:3, 117:19
**worked**
20:11, 25:20,
25:21, 26:2,
26:17, 34:17,
34:22
**working**
8:16
**works**
130:19
**world**
71:8, 104:15
**wouldn't**
16:23, 76:25,
121:11, 124:15
**written**
35:16, 53:18,
59:9, 116:18
**wrong**
66:1
**wrote**
7:22, 122:9

**Y**

**ya**
136:25
**yeah**
11:9, 15:1,
19:6, 20:23,
23:15, 25:25,
26:5, 26:16,
28:18, 30:7,
34:24, 36:19,

41:1, 43:21,
54:19, 62:20,
63:19, 66:6,
73:10, 76:5,
78:20, 81:24,
81:25, 89:12,
91:3, 93:5,
94:4, 96:13,
99:4, 105:8,
105:13, 107:8,
109:3, 109:16,
119:13, 119:15,
120:14, 128:20,
129:4, 134:3,
135:24, 135:25
**year**
77:3
**years**
18:10, 20:4,
20:5, 20:21,
23:22, 57:15,
77:17, 104:17
**yellow**
74:9, 74:16,
74:19, 77:22,
79:10, 80:8,
80:11
**yourself**
76:9

**Z**

**zone**
35:13, 35:21,
35:24, 36:25,
37:1, 37:5
**zoom**
1:16, 1:20,
1:28, 7:2, 7:11,
7:13, 10:11,
10:13, 63:12,
140:6

**.**

**.138**
3:5
**.139**
3:6
**.140**
3:7

**.6**
3:4

**0**

**00103**
1:9, 5:7
**00215498**
3:35, 55:8
**0218395**
4:3, 63:25
**03**
1:24, 5:9,
78:24
**04**
47:24

**1**

**1**
48:18, 78:24,
100:11
**10**
3:12, 3:15,
3:19, 3:24, 9:3,
12:3, 21:22,
22:14, 29:9,
39:10, 79:2
**100**
51:7, 51:10,
51:15, 74:20
**104**
66:22, 67:2
**106**
66:22, 67:2
**108**
66:22, 67:2
**11**
1:24, 5:9,
51:9, 66:19,
79:2, 126:21,
131:10, 135:10
**114**
81:5
**116**
100:11
**117**
14:13, 27:1,
27:6, 30:2,
49:15, 89:14,

91:23, 96:1,
100:12, 100:16,
100:22, 102:10,
111:9
**1180**
2:16
**12**
2:6, 47:24,
48:2, 141:8
**1200**
2:24
**122**
51:14
**12424**
2:6
**13**
23:10, 27:13,
30:2, 127:3,
135:22
**15**
39:10, 46:18,
74:6, 77:17,
99:4, 100:13
**1500**
2:25
**16**
50:17, 51:9,
51:12, 53:14,
74:16, 77:21,
80:17, 99:1,
100:11, 100:15
**1638**
51:13
**1653**
51:13, 51:17
**1691**
51:15, 52:7,
53:8, 99:8,
100:17, 100:19,
101:11
**18**
126:24
**19**
3:25, 13:22,
13:23, 14:7,
14:11, 15:3,
29:11, 31:17,
31:20, 64:24,

83:7, 83:21,
124:21
**192**
14:13, 27:9,
30:4, 45:7,
50:4, 117:21,
127:8, 127:11,
127:12, 131:10
**195**
48:20
**196**
127:2, 127:11

──────── **2** ────────

**2**
49:10, 99:19
**20**
11:6, 19:18,
47:5, 127:1
**200**
49:13, 70:1,
98:24, 117:2
**2005**
64:24, 65:5
**2006**
4:3, 63:25
**2008**
56:19, 59:22
**2009**
19:9, 56:19,
59:22
**2010**
19:9
**2024**
1:18, 1:24,
3:20, 3:25, 5:8,
11:5, 21:23,
22:12, 29:11,
60:1, 139:17,
140:8, 141:2
**204**
69:18, 70:10
**21**
2:16, 3:17
**23**
1:9, 5:7, 65:5
**24**
28:15, 111:22,

111:23, 112:12,
112:22, 113:4,
113:10, 115:17,
116:19
**2408**
113:9
**2410**
114:13
**2420**
114:14, 114:16
**2428**
113:10
**25**
33:5, 111:22,
112:4, 112:5,
112:12, 114:24,
115:16, 115:19,
116:13, 116:19,
141:8
**2502**
115:2
**2510**
115:21
**2522**
115:3
**26**
34:6, 34:10,
34:14, 38:4,
99:19
**27**
27:20, 28:1
**2756**
2:18
**28**
1:18, 1:23,
3:20, 5:8,
21:23, 22:11,
22:12, 22:14,
69:5, 140:8
**29**
3:22, 11:5,
20:17, 66:19,
69:3, 69:12,
70:7, 79:7,
79:9, 79:16,
79:21, 80:2,
80:5, 80:7,
80:16, 81:2,

81:10, 81:20
**2:-cv**
1:9, 5:7

──────── **3** ────────

**3**
1:24, 49:24,
126:21, 126:24,
137:2, 137:5,
137:15, 137:17
**30**
17:8, 18:9,
19:14, 19:19,
84:17, 84:21,
89:18, 89:22,
90:7, 91:11,
92:4, 141:2
**30309**
2:17
**30328**
2:26
**31**
50:11, 50:16,
51:9, 141:8
**310**
2:8
**32**
39:16, 40:1,
53:25
**33**
53:24, 54:15,
55:16, 56:1
**34**
59:13, 59:15,
60:10, 60:22,
70:18, 70:20,
137:2
**35**
41:6, 72:9
**36**
6:23, 23:17,
23:20
**37**
72:6, 72:7
**38**
75:23, 79:6,
80:4
**39**
74:7

**395**
64:8

---
**4**
---

**40**
78:3, 104:17
**404**
2:18
**406**
48:17
**415**
2:27
**42**
1:24, 43:3,
43:11, 82:17,
83:4, 83:10,
84:12, 137:5,
137:15
**43**
43:11, 137:17
**44**
43:13, 43:20,
89:11, 89:16,
91:15, 95:24,
96:9, 97:1,
98:1, 101:22
**45**
43:20
**46**
42:24, 44:2,
102:17, 105:4,
110:16
**48**
3:26
**49**
3:27, 45:7,
45:19, 117:25,
118:3, 118:19,
120:24, 121:22

---
**5**
---

**50**
3:30, 23:23,
23:25, 119:14,
122:17
**500**
3:35, 55:8
**51**
119:14, 123:4,

**124:22**
**52**
119:14, 125:11,
126:9
**53**
45:20
**54**
46:15, 131:5,
131:15, 131:25,
132:22
**55**
3:32
**56**
42:24, 47:1,
127:15, 127:17,
136:1
**57**
127:15

---
**6**
---

**600**
2:24
**64**
4:3
**6486**
2:27

---
**7**
---

**7093**
141:7
**724**
2:18
**733**
14:13, 23:8,
30:1, 48:17,
48:22, 49:2,
62:7, 62:22,
64:5, 67:14,
80:20, 83:7,
89:23, 90:7,
91:12, 91:21,
92:4
**7474**
2:8

---
**8**
---

**8,406,733**
3:26, 48:17

**80**
24:6
**826**
2:8
**875**
2:27

---
**9**
---

**9,192,117**
3:27, 49:12
**9,615,192**
3:30, 50:2
**9,615,198**
50:1
**90025**
2:7