# Exhibit 8

# Dictionary of Computer and Internet Terms

## Tenth Edition

Douglas A. Downing, Ph.D.
School of Business and Economics
Seattle Pacific University

Michael A. Covington, Ph.D.
Artificial Intelligence Center
The University of Georgia

Melody Mauldin Covington
Covington Innovations
Athens, Georgia

Catherine Anne Covington
Covington Innovations
Athens, Georgia

With the assistance of
Sharon Covington



BARRON'S

SAM-HW-2_00215498

# ABOUT THE AUTHORS

Douglas Downing teaches economics and quantitative methods at the School of Business and Economics at Seattle Pacific University. He is the author of several books in both Barron's Easy Way and Business Review series. He is also the author of *Java Programming the Easy Way* and *Dictionary of Mathematics Terms*, published by Barron's Educational Series, Inc. He holds the Ph.D. degree in economics from Yale University.

Michael Covington is Associate Director of the Artificial Intelligence Institute at the University of Georgia. He is the author of several books and over 250 magazine articles. He holds the Ph.D. degree in linguistics from Yale University.

Melody Mauldin Covington is a graphic designer living in Athens, Georgia. She is the author of *Dictionary of Desktop Publishing* (published by Barron's).

Catherine Anne Covington is a student at the Lamar Dodd School of Art (University of Georgia).

Sharon Covington is a student at Emory University.

© Copyright 2009, 2006, 2003, 2000, 1998, 1996, 1995, 1992, 1989, and 1986 by Barron's Educational Series, Inc.

All rights reserved.
No part of this book may be reproduced or distributed in any form or by any means without the written permission of the copyright owner.

All inquiries should be addressed to:
Barron's Educational Series, Inc.
250 Wireless Boulevard
Hauppauge, NY 11788
www.barronseduc.com

ISBN-13: 978-0-7641-4105-8
ISBN-10: 0-7641-4105-8

Library of Congress Catalog Card No. 2008044365

**Library of Congress Cataloging-in-Publication Data**
Downing, Douglas.
 Dictionary of computer and Internet terms / Douglas A. Downing, Michael A. Covington, Melody Mauldin Covington. — 10th ed.
    p. cm.
   ISBN 978-0-7641-4105-8
 1. Computers—Dictionaries. 2. Internet—Dictionaries. I. Covington, Michael A., 1957–  II. Covington, Melody Mauldin. III. Title.

QA76.15.D667 2009
004.03—dc22                                                 2008044365

PRINTED IN CHINA
9 8 7 6 5 4 3 2 1

**affiliate program** a promotional program whereby a business makes payments or provides free services to others who refer customers to them. For example, many web sites participate in the affiliate program of AMAZON.COM to sell books.

**afk** online abbreviation for "away from keyboard."

**agent** a piece of software that performs a service for someone, usually silently and automatically. For example, an agent might run on a CLIENT computer to keep the SERVER informed of its needs.

**aggregation point** a point where signals from different wireless network nodes are collected and then connected by wire to the rest of the Internet.

**AGP** (Accelerated Graphics Port) a fast bus connection that allows the graphics adapter to communicate with the CPU at a higher speed than the conventional ISA, EISA, or PCI bus. AGP was introduced with Intel's Pentium II processor.

**AI** *see* ARTIFICIAL INTELLIGENCE.

**AIM** AOL Instant Messenger; an application that allows computer users to correspond with friends while online. A competing service is Microsoft's Windows LIVE MESSENGER. A key feature of IM programs is their ability to display your status, whether "Online" or "Away," to your regular contacts. IM programs also allow you to designate "Friends" and provide the ability to block communication with unwanted persons. IM messages are typically brief and heavily abbreviated. Icons are sometimes used to express emotions.

Messaging programs are also becoming popular with businesses, especially when members of a tight-knit work group are traveling.

**airbrush** a tool available in some paint programs that simulates the effect of spraying paint; the edges are soft and the colors are translucent. The softness of the edge, size of the spray pattern, and the degree of opaqueness can be controlled (*see* Figure 5).

In bitmap-editing programs that do not offer an airbrush tool, there is usually a SPRAY CAN, which is basically a coarser version of the airbrush.

 

FIGURE 5. Airbrush

**AirPort** trade name used by Apple for various wireless networking adapters for the MACINTOSH.

SAM-HW-2_00215500