Exhibit 10

Realize your vision

# Samsung SDS
# **EMM**

# Installation Guide

Solution version 2.2.5

Published: January 2023

**SAMSUNG SDS**

**HW103-00082010**

Before using this information and the product it supports, be sure to read the general information on this page.

| | |
|---|---|
| Publisher | Samsung SDS Co., Ltd |
| Address | 125, 35-Gil, Olympic-Ro, Songpa-Gu, Seoul, South Korea. |
| Email | ems.support@samsung.com |
| Website | www.samsungsds.com |

Samsung SDS Co., Ltd. has credence in the information contained in this document. However, Samsung SDS is not responsible for any circumstances which arise from inaccurate content or typographical errors.

The content and specifications in this document are subject to change without notice.

Samsung SDS Co., Ltd. holds all intellectual property rights, including the copyrights, to this document. Using, copying, disclosing to a third party or distributing this document without explicit permission from Samsung SDS is strictly prohibited. These activities constitute an infringement of the intellectual property rights of this company.

Any reproduction or redistribution of part or all of these materials is strictly prohibited except as permitted by the license or by the express permission of Samsung SDS Co., Ltd. Samsung SDS Co., Ltd. owns the intellectual property rights in and to this document. Other product and company names referenced in this document are trademarks and / or registered trademarks of their respective owners.

**DFARS Limited Rights Notice**

LIMITED RIGHTS

Contractor Name: Samsung SDS Co. Ltd., *via its distributor in the U.S.,* Samsung SDS America, Inc.

Contractor Address: Samsung SDS America, Inc.: 100 Challenger Road, 6th Fl., Ridgefield Park, NJ 07660 U.S.A.

The US Government's rights to use, modify, reproduce, release, perform, display, or disclose these technical data are restricted by paragraph (b)(3) of the Rights in Technical Data--Noncommercial Items clause contained in the US Government contract under which the US Government has obtained a license to use this computer software. Any reproduction of technical data or portions thereof marked with this legend must also reproduce the markings. Any person, other than the US Government, who has been provided access to such data must promptly notify the above named Contractor.

(End of legend)

**FAR Limited Rights Notice**

Limited Rights Notice (Dec 2007)

(a) These data are submitted with limited rights under the US Government contract under which the US Government has obtained a license to use these data. These data may be reproduced and used by the US Government with the express limitation that they will not, without written permission of the Contractor, be used for purposes of manufacture nor disclosed outside the US Government; except that the US Government may disclose these data outside the US Government for the following purposes, if any; provided that the US Government makes such disclosure subject to prohibition against further use and disclosure (if any).

(b) This notice shall be marked on any reproduction of these data, in whole or in part.

(End of notice)

Copyright 2022 Samsung SDS Co., Ltd. All rights reserved.

# Preface

## Users of this guide

This guide is written for system administrators who install Samsung SDS EMM (hereinafter "EMM") solution, which provides an integrated security service. It also covers for users who manage the EMM system such as stop, start, and update the EMM.
In order to use this solution effectively, the administrator must have the understanding and experience of the following:

- General knowledge on how to operate systems
- General knowledge on how to set network systems
- General knowledge on security activities
- General knowledge on how to use web servers

*The use of this commercial software, and its documentation is subject to the restrictions stated on the second page of this documentation.*

**HW103-00082012**

# 1    Overview of EMM installation

Samsung SDS Enterprise Mobility Management (hereinafter "EMM") is a solution designed to support comprehensive security management across multiple layers, ranging from user devices and applications to data. A single, integrated Admin Portal, regardless of OS, enables more efficient mobile security management. It also offers security policies and a UI to satisfy customer needs and provide a user-friendly experience and improves system stability and work productivity.

This guide describes how to install and update EMM software with 6 chapters:

- Installation overview
- Pre-installation (prerequisites)
- EMM installation
- Post-installation
- Updating EMM
- Configuring EMM High Availability

Details on the process of installation are below.



*Figure 1-1. EMM installation process*

Please refer to a EMM Security Target written by Gossamer for the details of security functions that have been subject to Common Criteria evaluation.

1

*The use of this commercial software, and its documentation is subject to the restrictions stated on the second page of this documentation.*

## 1.1     EMM installation component

The followings are modules for server and device required to install EMM:

### EMM server module

| Module | | Roles | Notes |
|---|---|---|---|
| EMM | | Management of device and policies, communication with server modules | |
| | LTS | A server that collects logs from the device. | |
| Push | DCM | Keeps the communication channel unimpeded and transfers messages between Device Agent on a device and Push server | |
| | PS | Register the user's device on the device side and check the data channel from DCM | |
| | SCM | Keeps the communication channel open between the Service Agent on the EMM and Push server | |
| | ECM | Keeps the communication channel open between a 3rd party platform (FCM or APNs) and the Push server | |
| | ICM | Provides a TLS channel for message exchange between physically separated servers. | |
| AppTunnel | | Establish a secured channel for each app to transfer information without a risk of leak | |
| Push Proxy | DPP | Message relay between device agent and DCM | Multi-server only |
| | PPP | Message relay between device agent and PS | |
| | EPP | Message relay between device agent and ECM | |
| AppTunnel Relay | | Packet relay between device and AppTunnel server | |

### EMM device module

| Platform | Module | Roles |
|---|---|---|
| Android | EMM Agent | Device control and monitoring |
| | Push Agent | Communication with a server |
| iOS | EMM Client | Device control and monitoring |
| Windows | EMM Client | Device control and monitoring |
| Tizen Push | EMM Client | Device control and monitoring |

**Note:**   If you have installed and are currently using a version which separates the EMM Client from the EMM Agent, and want to update it to the integrated EMM Agent, then you need to deactivate the EMM on your device, and then re-install the integrated EMM Agent.

*The use of this commercial software, and its documentation is subject to the restrictions stated on the second page of this documentation.*

**HW103-00082021**