# EXHIBIT B

# DICTIONARY OF SCIENCE AND TECHNOLOGY

Simon Collin

second edition

A & C Black • London

First edition published in 2003 by
Bloomsbury Publishing Plc.

This second edition published 2007 by
A&C Black Publishers Ltd
38 Soho Square, London W1D 3HB

Copyright © A&C Black 2007

All rights reserved. No part of this publication may be reproduced in any form
or by any means without the prior written permission of the publishers.

A CIP record for this book is available from the British Library.

ISBN: 978 0 7136 8651 7

*Text Production and Proofreading*
Joel Adams, Sandra Anderson, Heather Bateman, Emma Djonokusumo,
Ruth Hillmore, Daisy Jackson, Irene Lakhani, Sarah Lusznat,
Katy McAdam

This book is produced using paper that is made from wood grown in managed, sustainable forests. It is natural, renewable and recyclable. The logging and manufacturing processes conform to the environmental regulations of the country of origin.

Text processed and typeset by A&C Black
Printed in Spain by GraphyCems

SAM-HW-2_00215502

**hibernation 2.** BOT the arrangement of sepals and petals in a flower bud

**aetiological agent** *noun* BIOL an agent which causes a disease

**aetiology** *noun* BIOL the causes of a disease, or the study of those causes

**affect** *verb* to have an influence on or to change something ○ *Humidity and air density are factors which affect the output of the engine.* ○ *Wind direction and speed only affect the movement of the aircraft over the ground.* Compare **effect**

**afferent** *adjective* BIOL conducting liquid or electrical impulses towards the inside

**afferent nerve** *noun* ANAT same as **sensory nerve**

**affinity** *noun* CHEM an attraction between two substances

**affirmative acknowledgment** *noun* TELECOM a signal from a receiver indicating that it has accepted a message and is ready for the next one

**affluent** *adjective* **1.** wealthy **2.** EARTH SCI referring to water which is flowing freely ▪ *noun* EARTH SCI a stream which flows into a river

**afforest** *verb* AGRIC to plant an area with trees

**afforestation** *noun* **1.** AGRIC the planting of trees in an area or as a crop ○ *There is likely to be an increase in afforestation of upland areas if the scheme is introduced.* **2.** EARTH SCI the planting of trees on land previously used for other purposes

**aflatoxin** *noun* FOOD INDUST a toxin produced by species of the fungus *Aspergillus*, especially *Aspergillus flavus*, which grows on seeds and nuts and affects stored grain

**AFLP** *abbreviation* BIOTECH amplified fragment length polymorphism

**AFM** *abbreviation* PHYS atomic force microscope

**AFP** *noun* COMPUT a protocol used to communicate between workstations and servers in a network of Apple Macintosh computers. Full form **Appletalk filing protocol**

**afrormosia** *noun* TREES a hardwood tree from West Africa, now becoming scarce. Latin name: *Pericopisis elata*.

**after-** *prefix* coming later

**afterburner** *noun* a device which reduces pollution by burning out organic gases

**aftercare** *noun* ENVIRON arrangements for preventing future pollution from an environmentally sensitive activity that has ceased

**aftereffects** *plural noun* BIOL changes which appear only some time after the cause ○ *The operation had some unpleasant aftereffects.*

**afterglow** COMPUT ♦ **persistence**

**aftershock** *noun* EARTH SCI a weaker shock which follows the main shock of an earthquake. Compare **foreshock**

**Ag** *symbol* CHEM ELEM silver

**agamospermy** *noun* BOT same as **apomixis**

**agar, agar agar** *noun* BIOL a culture medium based on an extract of seaweed used for growing microorganisms in laboratories

**agbiotech** *noun* BIOTECH biotechnology applied to agriculture or an agricultural industry

**AGC** *noun* ELECTRONICS an electronic circuit that adjusts the level of an incoming signal so that it is suitable for the next part of the circuit. Full form **automatic gain control**

**age** *noun* the number of years during which a person or thing has existed ○ *The size varies according to age.* ▪ *verb* to grow old

**age group** *noun* all people of a particular age

**agency** *noun* **1.** an organisation or company that acts as a representative for a person or business **2.** a government organisation with a specific role **3.** BIOL the act of causing something to happen ○ *The disease develops through the agency of bacteria present in the bloodstream.*

**Agenda 21** *noun* ENVIRON a global environmental programme and statement of principles concerning sustainable development for the 21st century, agreed in 1992 at the Earth Summit in Rio de Janeiro, Brazil

**agent** *noun* **1.** CHEM a chemical substance which causes a change ○ *an anti-icing agent* **2.** COMPUT a program or piece of software that runs on a workstation in a network, sending performance and statistical information about the workstation to a central network management console **3.** COMPUT a series of commands or actions that are carried out automatically on a particular file or data **4.** BIOL a substance or