# EXHIBIT F

Realize your vision

# Samsung SDS EMM

## Installation Guide

Solution version 2.2.5

Published: January 2023

Manual version 2.2.5i

**SAMSUNG SDS**

HW103-00082010

4. If the device enrollment is successful, perform unenrollment.
5. Remotely access the server where a log is created in Step 3, and then stop the EMM service.

- Check Service

6. Perform enrollment on the mobile device again and check if a log is created on the server where the EMM service has not been stopped.
7. Make sure enrollment is successful from the terminal.

## Downloading applications

Download an application from the App Store and delete it from the terminal to proceed with the failover testing.

- Pre-Test

1. Prepare a device with the EMM service activated.
2. Remotely access each server where EMM is installed, and monitor both of the EMM server logs by using a program such as a tail program. Restrict the use of the EMM server to checking the logs only for the test purposes.



98

The use of this commercial software, and its documentation is subject to the restrictions stated on the second page of this documentation.

HW103-00082117

# Appendix  E Installation Environment File

This describes each section of the `EMM{Version}_H_SETUP.ini`.

## MULTI_TENANCY

| Properties | Description | Default Value | Location |
|---|---|---|---|
| ENABLE | Whether to use multi-tenant mode<br>• true: Multi-tenant<br>• false: Single-tenant | false | Path to file:<br>`C:\SamsungSDS\EMM\{Version}\war\WEBINF\classes\config\default-config.xml` |

## Server_URL

| Properties | Description | Default Value | Location | Notes |
|---|---|---|---|---|
| HOST | IP address for EMM server installation | localhost | • Path to file:<br>`C:\SamsungSDS\EMM\{Version}\war\WEB-INF\classes\config\default-config.xml`<br>• The part that comes after `common/emm`:<br>– hostname<br>– httpPort<br>– httpsPort<br>– loopbackIp<br>– loopbackPort | |
| PORT | HTTP Port of EMM WAS | 35080 | | |
| DOMAIN_NAME | Public IP or domain address with external access | demo.smartemm.com | | The value must be changed. |
| HTTPS_PORT | HTTPS Port of EMM server | 35443 | | |
| LOOPBACK_IP | Loopback IP for EMM server | 127.0.0.1 | | |
| LOOPBACK_PORT | Loopback Port for EMM server | 35080 | | |
| EXTERNAL_PORT | • Single-server: HTTPS Port with external access to EMM server<br>• Multi-server: HTTPS Port with external access to Web server | 35443 | | |

154

The use of this commercial software, and its documentation is subject to the restrictions stated on the second page of this documentation.

HW103-00082173

## DATABASE

| Properties | Description | Default Value | Location |
|---|---|---|---|
| TYPE | Type of database | MSSQL | • Path to file: `C:\SamsungSDS\EMM\{Version}\war\WEB-INF\classes\config\default-config.xml`<br>• The part comes after `database/type`:<br>  - type |
| HOST | Server address for MSSQL | localhost | • Path to file: `C:\SamsungSDS\EMM\{Version}\war\WEB-INF\classes\config\default-config.xml`<br>• The part comes after `common/datasource/emm`:<br>  - driver<br>  - url<br>  - username<br>  - password |
| PORT | TCP/IP port for MSSQL | 1433 | |
| NAME | Database name | EMM{Version}DB | |
| USER | Database access user ID | EMM{Version} | |
| PASSWORD | Database access password | | |
| SA_USER | MS SQL admin ID | sa | |
| SA_PASSWORD | MS SQL admin password | | |

## PUSH_SAGID

| Properties | Description | Default Value | Location |
|---|---|---|---|
| SAGID | The ID used for the SA module included in the application registered in Push server.<br>• Duplicate SAGIDs are not allowed in the environment with a single Push server.<br>• A ticket for the SAGID set is needed. | SDSEMMSA | `C:\SamsungSDS\PushConfig\PushSA\resources\sa\properties\sa.properties` |

155

The use of this commercial software, and its documentation is subject to the restrictions stated on the second page of this documentation.

HW103-00082174

## PUSH_APID

Push APID is the ID used for the application that provides Push service. EMM uses EMM Agent (EMMA) and EMM Client (EMMC) as default.

| Properties | Description | Default Value | Location |
|---|---|---|---|
| APID | The ID used for Push service application.<br>• Duplicate APIDs are not allowed in the environment with a single Push server. | EMMA | `C:\SamsungSDS\PushConfig\PushSA\resources\sa\properties\sa.properties` |

## GENERAL_CONFIG

Specify the basic information on the Push operating environment.

- **USE_L4**: Specify whether to implement load balancing with L4 Network equipment for multiple Push server instances (Proxy or Push CM module).
- **SMB_RUN_MODE**: Specify the operating mode for the Push server.
  - NORMAL: Install Push CM only in DMZ.
  - PROXY: Install Push Proxy in DMZ and Push CM in Intranet zone.

| Properties | Description | Default Value | Properties |
|---|---|---|---|
| USE_L4 | Whether to use L4.<br>• true: Use<br>• false: Do not use | FALSE | `C:\SamsungSDS\Push\{Version}\bin\push_cm_start.bat` |
| SMB_RUN_MODE | Whether to activate Proxy mode<br>• true: Use<br>• false: Do not use | NORMAL | |

| Properties | Description | Default Value | Properties |
|---|---|---|---|
| USE_L4 | Whether to use L4.<br>• true: Use<br>• false: Do not use | FALSE | `C:\SamsungSDS\Push\{Version}\bin\push_cm_start.bat` |
| SMB_RUN_MODE | Whether to activate Proxy mode<br>• true: Use<br>• false: Do not use | NORMAL | |

The use of this commercial software, and its documentation is subject to the restrictions stated on the second page of this documentation.

## CM_JAVA_CONFIG

Configure environment for JAVA on which Push CM is operated.

| Properties | Description | Default Value | Location |
|---|---|---|---|
| JAVA_MAX_MEMORY | Maximum memory for JAVA | 1g | `C:\SamsungSDS\Push\{Version}\bin\push_cm_start.bat` |
| JAVA_MIN_MEMORY | Minimum memory for JAVA | 512M | |

## CM_OS_TYPE

Set the OS for server platform on which Push CM is operated.

| Properties | Description | Default Value | Location |
|---|---|---|---|
| OS_TYPE | OS type of Push server | WINDOWS | `C:\SamsungSDS\Push\{Version}\bin\push_cm_start.bat` |

## CM_WINDOWS_OS_TYPE

Specify the type of OS for Push CM operated on Microsoft Windows.

| Properties | Description | Default Value | Location |
|---|---|---|---|
| WINDOWS_OS_TYPE | The type of Windows for Push server | 64BIT | `C:\SamsungSDS\Push\{Version}\bin\push_cm_start.bat` |

## CM_CONFIG

Set the environment for the installation and operation of Push CM.

- **CM_EHOSTIP**: The IP address on the server where Push CM is installed. The external public IP address accessible on a device.
- **CM_IHOSTIP**: The internal server IP address for communication between Push CM instances.
- **XXX_INSTANCE_COUNT**: The number of Push components (DCM, SCM, PS, and ECM)
- **XXX_TCP_PORT**: Tcp Port number for communication with Push external components including Push Device Agent(DA) and Service Agent(SA).

The use of this commercial software, and its documentation is subject to the restrictions stated on the second page of this documentation.

HW103-00082176

- **XXX_UDP_PORT**: UDP Port number for communication between Push CM instances

| Properties | Description | Default Value | Location |
|---|---|---|---|
| CM_EHOSTIP | External CM IP | 127.0.0.1 | `C:\SamsungSDS\Push\{Version}\bin\push_cm_start.bat` |
| CM_IHOSTIP | Internal CM IP | 127.0.0.1 | |
| DCM_INSTANCE_COUNT | The number of DCM instances | 1 | |
| DCM_TCP_PORT | DCM TCP Port communicating with the outside | 35001 | |
| DCM_UDP_PORT | DCM UDP Port communicating with the inside | 35011 | |
| SCM_INSTANCE_COUNT | The number of SCM instances | 1 | |
| SCM_TCP_PORT | SCM TCP Port communicating with the outside | 35002 | |
| SCM_UDP_PORT | SCM UDP Port communicating with the inside | 35012 | |
| ECM_INSTANCE_COUNT | The number of ECM instances | 1 | |
| ECM_TCP_PORT | ECM TCP Port communicating with the outside | 35003 | |
| ECM_UDP_PORT | ECM UDP Port communicating with the inside | 35013 | |
| PS_INSTANCE_COUNT | The number of PS instances | 1 | |
| PS_TCP_PORT | PS TCP Port communicating with the outside | 35000 | |
| PS_UDP_PORT | PS UDP Port communicating with the inside | 35010 | |
| ICM_INSTANCE_COUNT | The number of ICM instances | 1 | |
| ICM_TCP_PORT | ICM TCP Port communicating with the outside | 35004 | |
| ICM_UDP_PORT | ICM UDP Port communicating with the inside | 35014 | |

## PROXY_HOSTIP

Set the environment for installation and operation of Push Proxy.

- **PROXY_EHOSTIP**: The IP address on the server where Push Proxy is installed. The external public IP address accessible on a device.
- **PROXY_IHOSTIP**: The internal IP address of the server where Push Proxy is installed for Push CM access.

The use of this commercial software, and its documentation is subject to the restrictions stated on the second page of this documentation.

HW103-00082177

- **XXX_ETCP_PORT**: TCP Port number for communication between the Push external components, including the Push Device Agent (DA) and Service Agent (SA).
- **XXX_ITCP_PORT**: TCP Port number that accepts access from Push CM instances.

| Properties | Description | Default Value | Location |
|---|---|---|---|
| PROXY_EHOSTIP | Proxy external IP | | `C:\SamsungSDS\PushProxy\{Version}\bin\push_proxy_start.bat` |
| PROXY_IHOSTIP | Proxy internal IP | | |
| DPP_ETCP_PORT | DPP external port | 35101 | |
| DPP_ITCP_PORT | DPP internal port | 35111 | |
| PPP_ETCP_PORT | PPP external port | 35100 | |
| PPP_ITCP_PORT | PPP internal port | 35110 | |
| EPP_ETCP_PORT | EPP external port | 35103 | |
| EPP_ITCP_PORT | EPP internal port | 35113 | |

## AT_SERVER_JAVA CONFIG

Set the environment for JAVA on which AppTunnel is operated.

| Properties | Description | Default Value | Location |
|---|---|---|---|
| JAVA_MAX_MEMORY | Maximum memory for JAVA | 1g | `C:\SamsungSDS\AT\{Version}\at-server\bin\at_server_start.bat` |
| JAVA_MIN_MEMORY | Minimum memory for JAVA | 512M | |

## AT_SERVER_OS_TYPE

Set the OS for server platform on which AppTunnel is operated.

| Properties | Description | Default Value | Location |
|---|---|---|---|
| OS_TYPE | The OS type of AppTunnel server | WINDOWS | `C:\SamsungSDS\AT\{Version}\at-server\bin\at_server_start.bat` |

## AT_SERVER_WINDOWS_OS_TYPE

Specify the type of OS for AppTunnel operated on Microsoft Windows.

| Properties | Description | Default Value | Location |
|---|---|---|---|
| WINDOWS_OS_TYPE | The type of Windows for App Tunnel server | 64BIT | `C:\SamsungSDS\AT\{Version}\at-server\bin\at_server_start.bat` |

The use of this commercial software, and its documentation is subject to the restrictions stated on the second page of this documentation.

HW103-00082178