AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

| | | |
|---|---|---|
| Headwater Research LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:23-cv-00103-JRG-RSP |
| Samsung Electronics America, Inc. et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Headwater Research LLC                                                                                                      .

Date:        06/18/2024                                                      /s/ Dale Chang
                                                                                      *Attorney's signature*

                                                                    Dale Chang CA Bar No. 248657
                                                                          *Printed name and bar number*

                                                                          Russ August & Kabat
                                                                   12424 Wilshire Blvd., 12th Floor
                                                                        Los Angeles, CA 90025
                                                                                      *Address*

                                                                        dchang@raklaw.com
                                                                                *E-mail address*

                                                                          (310) 826-7474
                                                                                *Telephone number*

                                                                          (310) 826-6991
                                                                                *FAX number*

| Print | Save As... | | Reset |