# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC § § | |
| v. § § | Case No. 2:23-CV-0103-JRG-RSP |
| SAMSUNG ELECTRONICS AMERICA, § INC., ET AL. § | |

**Markman Hearing**
**MAG. JUDGE ROY PAYNE PRESIDING**
**July 11, 2024**

**OPEN:   1:30 pm**                                                              **ADJOURN: 2:57 pm**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Philip Wang<br>James Tsuei<br>Charles Ainsworth |
| ATTORNEY FOR DEFENDANTS: | Lance Yang<br>Jonathan Bright<br>Tom Gorham |
| TECHNICAL ADVISOR: | Mike Paul |
| LAW CLERK: | Kyle Dockendorf |
| COURT REPORTER: | Shawn McRoberts |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened.  Case called.  Charles Ainsworth introduced co-counsel and announced ready. Tom Gorham introduced co-counsel and announced ready.

The Court heard argument on a term by term basis.  Philip Wang and James Tsuei presented argument on behalf of Plaintiff.   Lance Yang and Jonathan Bright presented argument on behalf of Defendants.

The Court took the claim construction matters under submission.