# SAMSUNG

## Defendants' *Markman* Presentation

*Headwater Research LLC v.*
*Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

Case: 2:23-CV-00103-JRG-RSP

*July 11, 2024*

1

# Asserted Patents at Issue

U.S. Patent No.
## 8,406,733



Automated Device
Provisioning and
Activation

Filed on May 1, 2012

D94-2 Ex. 1

U.S. Patent No.
## 9,198,117



Network System with Common
Secure Wireless Message Service
Serving Multiple Applications on
Multiple Wireless Devices

Filed on March 24, 2015

D94-3 Ex. 2

U.S. Patent No.
## 9,615,192



Message Link Server
with Plural Message
Delivery Triggers

Filed on July 15, 2016

D94-4 Ex. 3

2

# Summary of Disputed Claim Terms

| | Patent | Term | Claims |
|---|---|---|---|
| 1 | '733 | "device agents" | 1, 19, 26, 30 |
| 2 | '733 | "wherein the particular device agent is configured to assist in presenting a notification through the user interface, the notification based on the message content" | 19 |
| 3 | '117 | "device messaging agents" | 1, 4, 5, 6, 12, 13, 14, 18 |
| 4 | '192 | "software components" | 1, 4, 15 |
| 5 | '192 | "wherein one of the message delivery triggers is the receipt of a particular network element message from one of the network elements" | 13 |

# The '733 Patent

**1**

## *"device agents"*

*'733 Patent, Claims 1, 19, 26, 30*

| Headwater's Proposed Construction | Samsung's Proposed Construction |
|---|---|
| Not indefinite;<br>plain and ordinary meaning, i.e., agent on the device | Indefinite |



1. An end-user device comprising:

a modem for enabling communication with a network system over a service control link provided by the network system over a wireless access network, the service control link secured by an encryption protocol and configured to support control-plane communications between the network system and a service control device link agent on the end-user device;

a plurality of device agents communicatively coupled to the service control device link agent through an agent communication bus, each of the plurality of device agents identifiable by an associated device agent identifier; and

memory configured to store an encryption key, the encryption key shared between the service control device link agent and a service control server link element of the network system;

wherein the service control device link agent is configured to:

receive, over the service control link, an encrypted agent message from the service control server link element,

using the encryption key, obtain a decrypted agent message, the decrypted agent message comprising a particular agent identifier and message content for delivery to a particular device agent of the plurality of device agents, the particular agent identifier identifying the particular device agent, the message content from a particular server of a plurality of servers communicatively coupled to the service control server link element, and

based on the particular agent identifier, deliver the message content to the particular device agent over the agent communication bus.

D94-2 Ex. 1 ('733 Patent) at Claim 1

# The Language Of Claim 1 Fails To Helps With Indefiniteness

*Headwater alleges that "[t]hese limitations further inform a POSITA and describe, for example, the location, connections, and functions of the recited 'device agents.'"  Headwater Opening, EFC No. 94 at 5.*



**1**. An end-user device comprising:

a modem for enabling communication with a network system over a service control link provided by the network system over a wireless access network, the service control link secured by an encryption protocol and configured to support control-plane communications between the network system and a service control device link agent on the end-user device;

a plurality of device agents communicatively coupled to the service control device link agent through an agent communication bus, each of the plurality of device agents identifiable by an associated device agent identifier; and

memory configured to store an encryption key, the encryption key shared between the service control device link agent and a service control server link element of the network system;

wherein the service control device link agent is configured to:

receive, over the service control link, an encrypted agent message from the service control server link element, using the encryption key, obtain a decrypted agent message, the decrypted agent message comprising a particular agent identifier and message content for delivery to a particular device agent of the plurality of device agents, the particular agent identifier identifying the particular device agent, the message content from a particular server of a plurality of servers communicatively coupled to the service control server link element, and

based on the particular agent identifier, deliver the message content to the particular device agent over the agent communication bus.

D94-2 Ex. 1 ('733 Patent) at Claim 1

'733 | **1** | *"device agents"* | 7

# The Language Of Claim 1 Fails To Helps With Indefiniteness

*But...*



1. An end-user device comprising:
a modem for enabling communication with a network system over a service control link provided by the network system over a wireless access network, the service control link secured by an encryption protocol and configured to support control-plane communications between the network system and a service control device link agent on the end-user device;
a plurality of **TBD** communicatively coupled to the service control device link agent through an agent communication bus, each of the plurality of **TBD** **TBD** identifiable by an associated **TBD** identifier; and
memory configured to store an encryption key, the encryption key shared between the service control device link agent and a service control server link element of the network system;

wherein the service control device link agent is configured to:
receive, over the service control link, an encrypted agent message from the service control server link element, using the encryption key, obtain a decrypted agent message, the decrypted agent message comprising a particular agent identifier and message content for delivery to a particular **TBD** of the plurality of **TBD** the particular agent identifier identifying the particular **TBD** the message content from a particular server of a plurality of servers communicatively coupled to the service control server link element, and
based on the particular agent identifier, deliver the message content to the particular **TBD** over the agent communication bus.

D94-2 Ex. 1 ('733 Patent) at Claim 1

'733    1    "device agents"    8

# The Language Of Claim 1 Fails To Helps With Indefiniteness

*Other components are also connected to the "agent communication bus."*



D94-2 Ex. 1 ('733 Patent) at Fig. 16

# Headwater's Construction—An Agent On The Device—Further Proves Indefiniteness

*The agent is already on the device but Headwater admits that "[h]ere, 'device' narrows the plain meaning of 'agent,'" and "device agent" does not mean "exactly the same thing as 'agent.'"  Headwater Reply, EFC No. 99 at 4, 5.*



1. An end-user device comprising:
a modem for enabling communication with a network system over a service control link provided by the network system over a wireless access network, the service control link secured by an encryption protocol and configured to support control-plane communications between the network system and a service control device link agent on the end-user device;
a plurality of **TBD** communicatively coupled to the service control device link agent through an agent communication bus, each of the plurality of **TBD** **TBD** identifiable by an associated **TBD** identifier; and
memory configured to store an encryption key, the encryption key shared between the service control device link agent and a service control server link element of the network system;

wherein the service control device link agent is configured to:
receive, over the service control link, an encrypted agent message from the service control server link element, using the encryption key, obtain a decrypted agent message, the decrypted agent message comprising a particular agent identifier and message content for delivery to a particular **TBD** of the plurality of **TBD** the particular agent identifier identifying the particular **TBD** the message content from a particular server of a plurality of servers communicatively coupled to the service control server link element, and
based on the particular agent identifier, deliver the message content to the particular **TBD** over the agent communication bus.

D94-2 Ex. 1 ('733 Patent) at Claim 1

'733    ① *"device agents"*    10

# Headwater's Construction—An Agent On The Device—Is Inconsistent With The Claim

*The "service control device link agent" is also on the device but is not a "device agent"*



1. An end-user device comprising:

a modem for enabling communication with a network system over a service control link provided by the network system over a wireless access network, the service control link secured by an encryption protocol and configured to support control-plane communications between the network system and a service control device link agent on the end-user device;

a plurality of device agents communicatively coupled to the service control device link agent through an agent communication bus, each of the plurality of device agents identifiable by an associated device agent identifier; and

memory configured to store an encryption key, the encryption key shared between the service control device link agent and a service control server link element of the network system;

wherein the service control device link agent is configured to:

receive, over the service control link, an encrypted agent message from the service control server link element,

using the encryption key, obtain a decrypted agent message, the decrypted agent message comprising a particular agent identifier and message content for delivery to a particular device agent of the plurality of device agents, the particular agent identifier identifying the particular device agent, the message content from a particular server of a plurality of servers communicatively coupled to the service control server link element, and

based on the particular agent identifier, deliver the message content to the particular device agent over the agent communication bus.

D94-2 Ex. 1 ('733 Patent) at Claim 1

# Headwater's Construction—An Agent On The Device—Contradicts the Specification

*Headwater alleges that the "specification of the '733 patent confirm[s]" that the device agent is on the device. Headwater Opening, EFC No. 94 at 5.  But Figure 13 Shows External Device Agents…*



D94-2 Ex. 1 ('733 Patent) at Fig. 13 (annotated)

FIG. **13** illustrates another hardware diagram of a device **100** that includes a service processor **115** implemented in external memory of a System On Chip (SOC) **1310** in accordance with some embodiments. As shown in FIG. **13**, the service processor **115** is implemented on the external memory **1320** of the device **100**. In some embodiments, this implementation can be in part or whole accomplished in software stored, implemented and/or executed on the external memory **1320**. In some embodiments, the implementation and/or execution can be in part or whole accomplished in hardware that is on the external memory **1320**. In some embodiments, SOC chipset **1310** and external memory **1320** provide a portion or all of the hardware of device **100**.

D94-2 Ex. 1 ('733 Patent) at 31:27-39

Case 2:23-cv-00103-JRG-RSP    Document 108-1    Filed 07/11/24    Page 13 of 49 PageID #: 4897



# Headwater Cannot Simply Combine "Device" and "Agent"



"Network Commerce also agrees that a definition of the term 'download component' as a whole does not exist, but invites the court to combine individual dictionary definitions of 'download' and 'component.' Under that construction, any part of a system involved in the transfer of data from one computer to another would be a download component. **This is not a tenable theory in light of the specification**."

*Network Commerce, Inc. v. Microsoft Corp.,* 422 F.3d 1353, 1360 (Fed. Cir. 2005) (emphasis added)

# Headwater Cannot Simply Combine "Device" and "Agent"



"3Shape's approach of construction by combining ordinary dictionary definitions of 'focal' and 'plane' is generally disfavored and, more importantly, is ***not how a POSA would understand the term at issue here***."

*Align Tech., Inc. v. 3Shape*,  2021 WL 2320139, at *12 (D. Del. June 7, 2021) (emphasis added)

---



"[S]imply combining the definitions of 'cardiac' and 'function' results in a broad, vague definition that is ***untenable in light of the specification***."

*Tehrani v. Polar Electro, Inc.*, 2007 U.S. Dist. LEXIS 80037, at *18-19 (C.D. Cal. Oct. 3, 2007) (emphasis added)



D94-2 Ex. 1 ('733 Patent) at Fig. 16

# "Device Agents"

"BREW® (Binary Runtime Environment for Wireless from Qualcomm® Inc.), Symbian OS (from Symbian Software Ltd) and Apple iPhone 3G App Store (from Apple Inc.)" D94-2 Ex. 1 ('733 Patent) at 8:47-50.



D94-2 Ex. 1 ('733 Patent) at Fig. 29

# "Flattened" Network Architecture



network. Because the control plane traffic between the service control servers and the device agents that implement service policies can be ==several orders of magnitude slower== than the data plane traffic, service control server network placement and back-haul infrastructure is ==much less performance sensitive== than the data plane network. In some embodiments, as described further below, this architecture can be overlaid onto all the important existing access network architectures used today. In some embodiments, this architecture can be employed to greatly simplify core access network routing and data plane traffic forwarding and management. For example, in the case of wireless networks, the incorporation of ==device assisted service policy implementation architectures== can result in base stations that directly connect to the Internet local loop and the data traffic does not need to be concentrated into a dedicated core network. This results, for example, in a large reduction in backhaul cost, core network cost and maintenance cost. These cost savings can be redeployed to purchase and install more base stations with smaller cells, which results in higher data capacity for the access network leading to better user experience, more useful applications and lower service costs. This ==flattened networking architecture== also results in latency reduction as fewer routes are needed to move traffic through the Internet. In some

D94-2 Ex. 1 ('733 Patent) at 11:35-58

'733   **1**   *"device agents"*

18

# "Flattened" Network Architecture

**Hierarchical Network Architecture**

**Flattened Network Architecture**





# "Device Agent" Creates a Prohibited "Zone of Uncertainty" for Infringement



For example, Samsung Galaxy phones and tablets comprise multiple device agents (e.g., operating system software and/or applications) which have an identifier. *See e.g.,*

D96-5 Ex. D (Headwater Infringement Chart) at 14



D94-2 Ex. 1 ('733 Patent) at Fig. 16

# *Nautilus*: Definiteness Check Prevents Patentees From Expanding Scope



"[A] patent must be precise enough to afford clear notice of what is claimed, thereby apprising the public of what is still open to them. Otherwise there would be *a zone of uncertainty* which enterprise and experimentation may *enter only at the risk of infringement claims*.  And *absent a meaningful definiteness check, we are told, patent applicants face powerful incentives to inject ambiguity into their claims*."

*Nautilus, Inc. v. Biosig Instruments, Inc.*, 572 U.S. 898, 910 (2014) (emphasis added)

# *Stanton Techiya v. Samsung*, Case No. 2:21-CV-00413-JRG-RSP (2023)

"Because 'natural sounding . . . to the user' is subjective and the intrinsic record provides no objective standard by which a skilled artisan can determine what is, and what is not, a 'natural sounding voice,' this term is indefinite."

*Id.* at 31

"Regarding method Claims 1 and 7, the Court construes 'proximate to the earphone device' as 'included in the earphone device.' The only disclosed embodiment of an earphone device 'includes' the ASM as part of the device…. Although courts normally do not limit claim scope to only the disclosed embodiments, consistent description of the invention as a whole can be limiting. *See C.R. Bard, Inc. v. U.S. Surgical Corp.*, 388 F.3d 858, 864 (Fed. Cir. 2004)…."

*Id.* at 35

# "Agent" Terms Have Been Found Indefinite



*Joao Control & Monitoring Sys., LLC v. Protect Am., Inc.,*
No. 1-14-CV-134-LY, 2015 WL 4937464, at *7–8 (W.D. Tex. Aug. 18, 2015)

| 4.  "Intelligent agent" ['363 and '077 Patents] | **[indefinite]** |
|---|---|
| 5.  "Software agent" ['363 and '077 Patents] | **[indefinite]** |
| 6.  "Mobile agent" ['363 and '077 Patents] | **[indefinite]** |

# The '395 Application Undermines Headwater's Construction

## U.S. Patent App. Pub. 2006/0218395





D94-10 Ex. 9 ('395 Pat. Appl.) at Fig. 2

# Samsung EMM Guide Shows Applications Are Not Device Agents



## Downloading applications

Download an application from the App Store and delete it from the terminal to proceed with the failover testing.

- Pre-Test
1. Prepare a device with the EMM service activated.
2. Remotely access each server where EMM is installed, and monitor both of the EMM server logs by using a program such as a tail program. Restrict the use of the EMM server to checking the logs only for the test purposes.



D96-7 Ex. F (EMM Guide) at p. 98

- **XXX_ETCP_PORT**: TCP Port number for communication between the Push external components, including the Push Device Agent (DA) and Service Agent (SA).

D96-7 Ex. F (EMM Guide) at p. 159

# '090 Patent Undermines Headwater's Construction





D94-13 Ex. 12 ('090 Patent) at Fig. 1

**2**

*"wherein the particular device agent is configured to assist in presenting a notification through the user interface, the notification based on the message content"*

*'733 Patent, Claim 19*

| Headwater's Proposed Construction | Samsung's Proposed Construction |
|:---:|:---:|
| Not indefinite;<br>plain and ordinary meaning | Indefinite |

28

# '733 Patent, Claim 19



**19**. The end-user device recited in claim **1**, further comprising a user interface, and wherein the particular device agent is configured to assist in presenting a notification through the user interface, the notification based on the message content.

D94-2 Ex. 1 ('733 Patent) at Claim 19

# The '117 Patent

**3**

## *"device messaging agents"*

*'117 Patent, Claims 1, 4, 5, 6, 12, 13, 14, 18*

| Headwater's Proposed Construction | Samsung's Proposed Construction |
|---|---|
| Not indefinite;<br>plain and ordinary meaning | Indefinite |

## DISPUTE

Whether the term "messaging" renders the "device . . . agent" term definite

# '117 Patent, Claim 1



**1**. A network system comprising:

a plurality of ==device messaging agents==, each executable on a respective one of a plurality of mobile end-user devices configured to exchange Internet data via a data connection to a wireless network; and

a network message server

supporting a plurality of secure Internet data connections, each secure Internet data connection between the network message server and a respective one of the mobile end-user devices via a device data connection to a wireless network,

the network message server configured to receive, from each of a plurality of network application servers, multiple requests to transmit application data, each such request indicating a corresponding one of the mobile end-user devices and one of a plurality of applications,

the network message server to generate corresponding Internet data messages based on the requests, each such message containing at least one application identifier for an indicated application and application data corresponding to one of the requests, and

the network message server to transmit each of the generated Internet data messages to the ==device messaging agent== located on the device indicated in the corresponding request, using the corresponding secure Internet data connection for the device indicated in the corresponding request;

each ==device messaging agent==, when executing,

to receive the Internet data messages from the secure Internet data connection corresponding to the device executing the ==device messaging agent==, and

to, for each received message, map the application identifier in the message to a software process corresponding to the application identifier, and forward the application data in the message to the software process via a secure interprocess communication service.

D94-3 Ex. 2 ('117 Patent) at Claim 1

# The '117 Patent's "Device Messaging Agent" Clashes With the '733 Patent's "Device Agents"

### "Device agents" **receive** message content

#### '733 Patent at Claim 1

1. An end-user device comprising:
a modem for enabling communication with a network system over a service control link provided by the network system over a wireless access network, the service control link secured by an encryption protocol and configured to support control-plane communications between the network system and a service control device link agent on the end-user device;
a plurality of device agents communicatively coupled to the service control device link agent through an agent communication bus, each of the plurality of device agents identifiable by an associated device agent identifier; and
memory configured to store an encryption key, the encryption key shared between the service control device link agent and a service control server link element of the network system;

wherein the service control device link agent is configured to:
receive, over the service control link, an encrypted agent message from the service control server link element,
using the encryption key, obtain a decrypted agent message, the decrypted agent message comprising a particular agent identifier and message content for delivery to a particular device agent of the plurality of device agents, the particular agent identifier identifying the particular device agent, the message content from a particular server of a plurality of servers communicatively coupled to the service control server link element, and
based on the particular agent identifier, deliver the message content to the particular device agent over the agent communication bus.

D94-2 Ex. 1 ('733 Patent) at Claim 1



| Service control server link element | → | Service control device link agent | → | Device agent |

### "Device messaging agents" **forward** messages to processes

#### '117 Patent at Claim 1

1. A network system comprising:
a plurality of device messaging agents, each executable on a respective one of a plurality of mobile end-user devices configured to exchange Internet data via a data connection to a wireless network; and
a network message server
supporting a plurality of secure Internet data connections, each secure Internet data connection between the network message server and a respective one of the mobile end-user devices via a device data connection to a wireless network,
the network message server configured to receive, from each of a plurality of network application servers, multiple requests to transmit application data, each such request indicating a corresponding one of the mobile end-user devices and one of a plurality of applications,
the network message server to generate corresponding Internet data messages based on the requests, each

such message containing at least one application identifier for an indicated application and application data corresponding to one of the requests, and
the network message server to transmit each of the generated Internet data messages to the device messaging agent located on the device indicated in the corresponding request, using the corresponding secure Internet data connection for the device indicated in the corresponding request;
each device messaging agent, when executing,
to receive the Internet data messages from the secure Internet data connection corresponding to the device executing the device messaging agent, and
to, for each received message, map the application identifier in the message to a software process corresponding to the application identifier, and forward the application data in the message to the software process via a secure interprocess communication service.

D94-3 Ex. 2 ('117 Patent) at Claim 1



| Network message server | → | Device messaging agent | → | Software process |

# The Original Specification Does Not Disclose Any "Device Messaging Agents"





D94-3 Ex. 2 ('117 Patent) at Fig. 16

# Only the Patent's Abstract, as Amended Six Years After the Priority Date, Uses "Device Messaging Agents"

Please replace the **Abstract** with the following:

Each of several mobile end-user devices contains a ==device messaging agent== that securely communicates with a network message server over a wireless network. The network message server delivers messages to the ==device messaging agent== on behalf of a plurality of network application servers. Each network application server supplies the network message server with application data and an indication of a device and an application on the device to which the application data should be delivered. The network message server securely passes the data and an application identifier to the ==device messaging agent== on the appropriate mobile end-user device. The ==device messaging agent== maps the application identifier to a software process corresponding to the application, and a secure interprocess communication service delivers the application data to that software process.

## REMARKS

Applicant respectfully requests entry of the amendments provided herein. This preliminary amendment is presented before any office action. Claim 1 has been cancelled, and new claims 2-19 have been added. No new matter has been added. If the Examiner has any questions or needs any additional information, the Examiner is invited to contact the undersigned.

The Commissioner is authorized to charge any fee deficiency or credit any overpayment to Deposit Account 50-5876.

Respectfully submitted,

Date: ==March 25, 2015==          By: /James E. Harris/

James E. Harris
Reg. No. 40,013
Patent Counsel
Headwater Partners I LLC
555 Twin Dolphin Dr., Suite 310
Redwood Shores, CA 94065
(650) 517-2798

'117 Patent File History, March 25, 2015 Amendment

'117   **3**   *"device messaging agents"*

# RESERVED

# The '192 Patent

**4**

## *"software components"*

*'192 Patent, Claims 1, 4, 15*

| Headwater's Proposed Construction | Samsung's Proposed Construction |
|---|---|
| Not indefinite;<br>plain and ordinary meaning | Indefinite |

### DISPUTE

Whether a POSITA would be reasonably certain about the scope of "software components" in the context of the '192 patent.



1. A message link server comprising:

a transport services stack to maintain a respective secure message link through an Internet network between the message link server and a respective device link agent on each of a plurality of wireless end-user devices, each of the wireless end-user devices comprising multiple software components authorized to receive and process data from secure message link messages received via a device link agent on that device;

an interface to a network to receive network element messages from a plurality of network elements, the received network element messages comprising respective message content and requests for delivery of the respective message content to respective wireless end-user devices, the respective message content including data for, and an identification of, a respective one of the authorized software components; and

a message buffer system including a memory and logic, the memory to buffer content from the received network element messages for which delivery is requested to a given one of the wireless end-user devices,

the logic to determine when one of a plurality of message delivery triggers for the given one of the wireless end-user devices has occurred, wherein for at least some of the received network element messages, the receipt of such a message by the message buffer system is not a message delivery trigger, and for at least one of the message delivery triggers, the trigger is an occurrence of an asynchronous event with time-critical messaging needs, and

upon determining that one of the message delivery triggers has occurred, the logic further to supply one or more messages comprising the buffered content to the transport services stack for delivery on the secure message link maintained between the transport services stack and a device link agent on the given one of the wireless end-user devices.

D94-4, Ex. 3 ('192 Patent) at Claim 1

# The Specification Generally Distinguishes Software Components From Device Agents

encrypted or otherwise protected. For example, the session bus can be further protected by storing all software (e.g., software components, applications and/or agents) in secure memory, storing all software in encrypted form in secure memory, and/or executing all software and communications within a secure execution environment, hardware environment and/or protected memory space. In some embodi-

D94-4, Ex. 3 ('192 Patent) at 43:31-37

various service processor heartbeat functions and parameters (e.g., implemented by various agents, components, and/or functions implemented in software and/or hardware)

D94-4, Ex. 3 ('192 Patent) at 92:21-23



If "device agents" is indefinite, "software components" are also indefinite

Device Agents

Software Components

# The Specification Generally Distinguishes Software Components From Device Agents

> In some embodiments, a policy control agent **1692** receives policy instructions from the service controller **122** and/or the user via the billing agent **1695** and adapts device service policy settings (e.g., instantaneous device service policy settings) in one or more of the following agents/ components: a policy implementation agent **1690**, the modem firewall **1655** and/or an application interface agent **1693**. As shown in FIG. **16**, the modem firewall **1655** is in

D94-4, Ex. 3 ('192 Patent) at 48:31-38

> In some embodiments, an Activation Tracking Service (ATS) is provided in which the service monitoring function (e.g., performed by the service monitor agent **1696** and/or some other agent/component or combinations thereof on the device) is used in part to determine which access networks are being connected to and to record and/or report this information. In some embodiments, the ATS is only enabled

D94-4, Ex. 3 ('192 Patent) at 46:32-38

**If "device agents" is indefinite, "software components" are also indefinite**



# The Specification Generally Distinguishes Software Components From Device Agents



D94-4 Ex. 3 ('192 Patent) at Fig. 16

**If "device agents" is indefinite, "software components" are also indefinite**

**Device Agents**

**Software Components**

# But a Few Passages Treat Device Agents and Software Components as Overlapping



**"agents" can be implemented as "software components"**

> ware. In some embodiments, all or substantially all of the service processor **115** functionality (as discussed herein) is implemented and stored in software that can be performed on (e.g., executed by) various components in device **100**.

D94-4, Ex. 3 ('192 Patent) at 28:23-26



**"components" are examples of "agents"**

> information between the device agents (e.g., service processor agents/components) and other network elements (e.g., service controller agents/components).

D94-4, Ex. 3 ('192 Patent) at 69:54-56

**5**

*"wherein one of the message delivery triggers is the receipt of a particular network element message from one of the network elements"*

*'192 Patent, Claim 13*

| Headwater's Proposed Construction | Samsung's Proposed Construction |
|---|---|
| Not indefinite;<br>plain and ordinary meaning | Indefinite |

## DISPUTE

Whether a POSITA would be reasonably certain as to the scope of "particular network element message"

45

# '192 Patent, Claim 13



**13**. The message link server of claim **1**, wherein one of the message delivery triggers is the receipt of a particular network element message from one of the network elements.

'192 Patent at Claim 13

# The Basic Definition of "Particular"—One of Many—Is Not Disputed



**Don Turnbull, Ph.D.  |** *Technical Expert for Samsung*

POSITA would know "particular network element message" in the claims means "not any network element message, it's a particular type of one or a particular one."

Turnbull Dep. at 128:12-25

# But a "Particular" Message Being One of Many Does Not Provide a POSITA With Certainty



# Specification Provides No Clear Discussion of What Constitutes a "Particular" Message



D94-4, Ex. 3 ('192 Patent) at Fig. 16

service control related communications over the link. For example, the service control server link **1638** can transmit server messages asynchronously as they arrive. As another example, the service control server link **1638** can perform collection or buffering of server messages between transmissions. As another example, the service control server link **1638** can determine when to transmit based potentially on several parameters, such as one or more of: periodic timer trigger, waiting until a certain amount of service usage or traffic usage has occurred, responding to a service agent message, responding to a service agent request, initiated by one or more servers, initiated by a verification error condition, and/or initiated by some other error condition. For

D94-4, Ex. 3 ('192 Patent) at 70:1-13