IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>               *Plaintiff*,<br><br>   v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>               *Defendants*. | Civil Action No. 2:23-cv-00103-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

### UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Plaintiff Headwater Research LLC moves for Robert Christopher Bunt, Charles Ainsworth, and Parker Bunt & Ainsworth, PC, to be permitted to withdraw as counsel for Plaintiff in this case. Plaintiff will continue to be represented by the law firm of Russ August & Kabat.  The withdrawal of Robert Christopher Bunt and Charles Ainsworth will not prejudice any party.  Defendants do not oppose this Motion.

Plaintiff further requests the Clerk terminate all CM/ECF notifications as to Robert Christopher Bunt and Charles Ainsworth for this action.

Dated: July 15, 2024.　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**PARKER, BUNT & AINSWORTH, P.C.**

　　　　　　　　　　　　　　　　　　　　*/s/ Robert Christopher Bunt*
　　　　　　　　　　　　　　　　　　　　Robert Christopher Bunt
　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 00787165
　　　　　　　　　　　　　　　　　　　　Charles Ainsworth
　　　　　　　　　　　　　　　　　　　　Texas State Bar No.  00783521
　　　　　　　　　　　　　　　　　　　　100 E. Ferguson Suite 418
　　　　　　　　　　　　　　　　　　　　Tyler, Texas 75702
　　　　　　　　　　　　　　　　　　　　Tel. (903) 531-3535
　　　　　　　　　　　　　　　　　　　　rcbunt@pbatyler.com

charley@pbatyler.com

Marc Fenster
CA State Bar No. 181067
Email: mfenster@raklaw.com
Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Brian Ledahl
CA State Bar No. 186579
Email: bledahl@raklaw.com
Ben Wang
CA State Bar No. 228712
Email: bwang@raklaw.com
Dale Chang
CA State Bar No. 248657
Email: dchang@raklaw.com
Paul Kroeger
CA State Bar No. 229074
Email: pkroeger@raklaw.com
Neil A. Rubin
CA State Bar No. 250761
Email: nrubin@raklaw.com
Kristopher Davis
CA State Bar No. 329627
James S. Tsuei
CA State Bar No. 285530
Email: jtsuei@raklaw.com
Philip Wang
CA State Bar No. 262239
Email: pwang@raklaw.com
Amy Hayden
CA State Bar No. 287026
Email: ahayden@raklaw.com
Jason M. Wietholter
CA State Bar No. 337139
Email: jwietholter@raklaw.com
James N. Pickens
CA State Bar No. 307474
Email: jpickens@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

**Attorneys for Plaintiff**

3

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed electronically on July 15, 2024 pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

/s/ Robert C. Bunt
ROBERT CHRISTOPHER BUNT

**CERTIFICATE OF CONFERENCE**

On July 15, 2024, counsel for Plaintiff and counsel for Defendants met and conferred pursuant to Local Rule CV-7(h). Defendants do not oppose the relief sought herein.

/s/ Robert C. Bunt
ROBERT CHRISTOPHER BUNT