**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00103-JRG-RSP<br><br>**JURY DEMANDED** |

**JOINT MOTION TO AMEND DEADLINES**

Plaintiff Headwater Research LLC ("Plaintiff") and Defendants Samsung Electronics Co.,

Ltd. and Samsung Electronics America, Inc. ("Defendants") respectfully file this Joint Motion to

Amend Deadlines to extend the deadlines in this case as follows:

| Event | Original Date | Amended Date |
|---|---|---|
| Pretrial Conference | December 2, 2024 | |
| Notify Court of Agreements Reached During Meet and Confer The parties are ordered to meet and confer on any outstanding objections or motions in limine. The parties shall advise the Court of any agreements reached no later than 1:00 p.m. three (3) business days before the pretrial conference. | November 25, 2024 | |
| File Joint Pretrial Order, Joint Proposed Jury Instructions, Joint Proposed Verdict Form, Responses to Motions in Limine, Updated Exhibit Lists, Updated Witness Lists, and Updated Deposition Designations | November 25, 2024 | |
| File Notice of Request for Daily Transcript or Real Time Reporting | November 18, 2024 | |

- 1 -

- 2 -

| | | |
|---|---|---|
| File Motions in Limine The parties shall limit their motions in limine to issues that if improperly introduced at trial would be so prejudicial that the Court could not alleviate the prejudice by giving appropriate instructions to the jury. | November 11, 2024 | November 18, 2024 |
| Serve Objections to Rebuttal Pretrial Disclosures | November 11, 2024 | November 18, 2024 |
| Serve Objections to Pretrial Disclosures; and Serve Rebuttal Pretrial Disclosures | November 4, 2024 | November 13, 2024 |
| Serve Pretrial Disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party with the Burden of Proof | October 21, 2024 | November 6, 2024 |
| Response to Dispositive Motions (including *Daubert* Motions). Responses to dispositive motions that were filed prior to the dispositive motion deadline, including *Daubert* Motions, shall be due in accordance with Local Rule CV-7(e), not to exceed the deadline as set forth in this Docket Control Order.4 Motions for Summary Judgment shall comply with Local Rule CV-56. | October 15, 2024 | November 4, 2024 |
| File Motions to Strike Expert Testimony (including Daubert Motions) No motion to strike expert testimony (including a Daubert motion) may be filed after this date without leave of the Court. | September 30, 2024 | October 25, 2024 |
| File Dispositive Motions No dispositive motion may be filed after this date without leave of the Court. Motions shall comply with Local Rule CV-56 and Local Rule CV-7. Motions to extend page limits will only be granted in exceptional circumstances. Exceptional circumstances require more than agreement among the parties. | September 30, 2024 | October 25, 2024 |
| Deadline to Complete Expert Discovery | September 24, 2024 | October 15, 2024 |
| Serve Disclosures for Rebuttal Expert Witnesses | September 12, 2024 | October 3, 2024 |

- 3 -

| Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof | August 22, 2024 | September 16, 2024 |
|---|---|---|
| Deadline to Complete Fact Discovery and File Motions to Compel Discovery | August 16, 2024 | September 10, 2024 |

No other deadlines will be affected by this amendment.  The Parties do not file this Motion for the purposes of delay, but rather so that justice may be done. Good cause supports the Parties' request in view of the scheduling conflicts of the Parties. The Parties and trial counsel for the Parties are scheduled for an upcoming jury trial before this Court, which is scheduled to begin on August 5, 2024, in *Headwater Research LLC v. Samsung Electronics America, Inc. et al.*, Case No. 2:22-cv-00422-JRG-RSP, for which the Parties' trial preparation, jury trial, and expected post-trial briefing schedules are will conflict with numerous deadlines in this case. The requested extension will allow the Parties adequate time to resolve discovery issues that have arisen in the ordinary course as well as to complete depositions of their respective witnesses and prepare expert disclosures. Accordingly, the Parties believe that good cause supports extending the deadlines in this case. Accordingly, the Parties respectfully request that the Court grant this Joint Motion to Amend Deadlines.

Dated: July 16, 2024

Respectfully submitted,

_/s/ Ruffin B. Cordell_

_/s/ Marc Fenster_

Ruffin B. Cordell
TX Bar No. 04820550
Michael J. McKeon
DC Bar No. 459780
mckeon@fr.com
Jared Hartzman (_pro hac vice_ forthcoming)
DC Bar No. 1034255
hartzman@fr.com
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, SW, Ste 1000
Washington, D.C. 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thad C. Kodish
GA Bar No. 427603
tkodish@fr.com
Benjamin K. Thompson
GA Bar No. 633211
bthompson@fr.com
Jonathan B. Bright
GA Bar No. 256953
jbright@fr.com
Christopher O. Green
GA Bar No. 037617
cgreen@fr.com
Noah C. Graubart
GA Bar No. 141862
graubart@fr.com
Nicholas A. Gallo (_pro hac vice_ forthcoming)
GA Bar No. 546590
gallo@fr.com
Steffen C. Lake (_pro hac vice_ forthcoming)
GA Bar No. 512272
lake@fr.com
Vivian C. Keller (_pro hac vice_)
GA Bar No. 651500
keller@fr.com
**FISH & RICHARDSON P.C.**

Marc Fenster
CA State Bar No. 181067
Reza Mirzaie
CA State Bar No. 246953
Brian Ledahl
CA State Bar No. 186579
Ben Wang
CA State Bar No. 228712
Paul Kroeger
CA State Bar No. 229074
Neil A. Rubin
CA State Bar No. 250761
Kristopher Davis
CA State Bar No. 329627
James S. Tsuei
CA State Bar No. 285530
Philip Wang
CA State Bar No. 262239
Amy Hayden
CA State Bar No. 287026
James Milkey
CA State Bar No. 281283
Jason M. Wietholter
CA State Bar No. 337139
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
rak_headwater@raklaw.com

Robert Christopher Bunt
Parker, Bunt & Ainsworth, P.C.
Texas State Bar No. 00787165
100 E. Ferguson Suite 418
Tyler, Texas 75702
Tel.: (903) 531-3535
rcbunt@pbatyler.com

**ATTORNEYS FOR PLAINTIFF,
Headwater Research LLC**

- 4 -

- 5 -

1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

Leonard E. Davis
TX Bar No. 05521600
ldavis@fr.com
Andria Rae Crisler
TX Bar No. 24093792
crisler@fr.com
Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214)747-5070
Facsimile: (214) 747-2091

John-Paul R. Fryckman (*pro hac vice*)
CA Bar No. 317591
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Katherine D. Prescott (*pro hac vice*)
CA Bar No. 215496
prescott@fr.com
**FISH & RICHARDSON P.C.**
500 Arguello Street
Suite 400
Redwood City, CA 94063
Telephone: (650) 839-5180
Facsimile: (650) 839-5071

Kyle J. Fleming (*pro hac vice*)
NY Bar No. 5855499
kfleming@fr.com
**FISH & RICHARDSON P.C.**
7 Times Square, 20th Floor,
New York, NY 10036
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

Melissa R. Smith
State Bar No. 24001351
Melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Andrew Thompson ("Tom") Gorham
State Bar No. 24012715
tom@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
102 N. College, Suite 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Shaun W. Hassett
State Bar No. 24074372
shaunhassett@potterminton.com
**POTTER MINTON, P.C.**
102 N. College Ave., Suite 900
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

Lance Lin Yang
CA. Bar No. 260705
Lanceyang@quinnemanuel.com
Kevin (Gyushik) Jang
CA Bar No. 337747
kevinjang@quinnemanuel.com
Lindsay M. Cooper
CA Bar No. 287125
lindsaycooper@quinnemanuel.com
Sean S. Pak
CA Bar No. 219032
seanpak@quinnemanuel.com
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111

- 7 -

Telephone: (415) 875-6600

Jon Bentley Hyland
Texas Bar No. 24046131
jhyland@hilgersgraben.com
Grant K. Schmidt
Texas Bar No. 24084579
gschmidt@hilgersgraben.com
**HILGERS GRABEN PLLC**
7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Telephone: (972) 645-3097

**ATTORNEYS FOR DEFENDANTS
SAMSUNG ELECTRONICS CO., LTD. AND
SAMSUNG ELECTRONICS AMERICA, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically. I further certify that all counsel of record were served a complete and accurate copy of the document via email on this day.

Dated:  July 16, 2024                                   */s/ Marc Fenster*
                                                        Marc Fenster

- 9 -

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Defendants met and conferred with counsel for Plaintiff in accordance with Local Rule CV-7(h). The Parties are jointly seeking the relief sought in this Motion.

/s/ Marc Fenster
Marc Fenster