IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00103-JRG-RSP<br><br>**JURY DEMANDED** |

## ORDER GRANTING UNOPPOSED MOTION TO AMEND DEADLINES

Pending before the Court is Plaintiff Headwater Research LLC's and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.'s Joint Motion to Amend Deadlines. The Court, having considered the motion, and for good cause shown, finds that the motion should be **GRANTED**.

**IT IS HEREBY ORDERED** that the deadlines in this case are amended as follows:

| Event | Original Date | Amended Date |
|---|---|---|
| Pretrial Conference | December 2, 2024 | |
| Notify Court of Agreements Reached During Meet and Confer The parties are ordered to meet and confer on any outstanding objections or motions in limine. The parties shall advise the Court of any agreements reached no later than 1:00 p.m. three (3) business days before the pretrial conference. | November 25, 2024 | |
| File Joint Pretrial Order, Joint Proposed Jury Instructions, Joint Proposed Verdict Form, Responses to Motions in Limine, Updated Exhibit Lists, Updated Witness Lists, and Updated Deposition Designations | November 25, 2024 | |

1

| File Notice of Request for Daily Transcript or Real Time Reporting | November 18, 2024 | |
|---|---|---|
| File Motions in Limine The parties shall limit their motions in limine to issues that if improperly introduced at trial would be so prejudicial that the Court could not alleviate the prejudice by giving appropriate instructions to the jury. | November 11, 2024 | November 18, 2024 |
| Serve Objections to Rebuttal Pretrial Disclosures | November 11, 2024 | November 18, 2024 |
| Serve Objections to Pretrial Disclosures; and Serve Rebuttal Pretrial Disclosures | November 4, 2024 | November 13, 2024 |
| Serve Pretrial Disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party with the Burden of Proof | October 21, 2024 | November 6, 2024 |
| Response to Dispositive Motions (including *Daubert* Motions). Responses to dispositive motions that were filed prior to the dispositive motion deadline, including *Daubert* Motions, shall be due in accordance with Local Rule CV-7(e), not to exceed the deadline as set forth in this Docket Control Order.4 Motions for Summary Judgment shall comply with Local Rule CV-56. | October 15, 2024 | November 4, 2024 |
| File Motions to Strike Expert Testimony (including Daubert Motions) No motion to strike expert testimony (including a Daubert motion) may be filed after this date without leave of the Court. | September 30, 2024 | October 25, 2024 |
| File Dispositive Motions No dispositive motion may be filed after this date without leave of the Court. Motions shall comply with Local Rule CV-56 and Local Rule CV-7. Motions to extend page limits will only be granted in exceptional circumstances. Exceptional circumstances require more than agreement among the parties. | September 30, 2024 | October 25, 2024 |
| Deadline to Complete Expert Discovery | September 24, 2024 | October 15, 2024 |

3

| | | |
|---|---|---|
| Serve Disclosures for Rebuttal Expert Witnesses | September 12, 2024 | October 3, 2024 |
| Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof | August 22, 2024 | September 16, 2024 |
| Deadline to Complete Fact Discovery and File Motions to Compel Discovery | August 16, 2024 | September 10, 2024 |