AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

| | | |
|---|---|---|
| Headwater Research LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:23cv103-JRG-RSP |
| Samsung Electronics America, Inc., et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Headwater Research LLC                                                                                           .

Date:      07/17/2024                                         /s/ Andrea L. Fair
                                                                    *Attorney's signature*

                                                        Andrea L. Fair; Texas Bar No. 24078488
                                                                *Printed name and bar number*

                                                        1507 Bill Owens Parkway
                                                        Longview, Texas 75604

                                                                        *Address*

                                                        andrea@wsfirm.com
                                                                *E-mail address*

                                                        (903) 757-6400
                                                                *Telephone number*

                                                        (903) 757-2323
                                                                    *FAX number*