# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> SAMSUNG ELECTRONICS CO., LTD., § <br> and SAMSUNG ELECTRONICS § <br> AMERICA, INC., § <br> § <br> *Defendants*. § | CIVIL ACTION NO. 2:23-CV-00103-JRG-RSP |

## ORDER

Before the Court is the Unopposed Motion to Withdraw as Counsel filed by Plaintiff Headwater Research LLC. **Dkt. No. 109.** After consideration, and noting its unopposed nature, the Motion is **GRANTED**. It is

**ORDERED** that Robert Christopher Bunt, Charles Ainsworth, and the firm Parker Bunt & Ainsworth, PC are withdrawn as counsel for Plaintiff in the above captioned case.

**SIGNED this 19th day of July, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE