# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG ELECTRONICS CO., LTD.<br><br>　　　　　Defendants. | Case No. 2:23-cv-00103-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATION REGARDING CASE NARROWING

Plaintiff Headwater Research LLC ("Headwater") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") file this Joint Notice Regarding Case Narrowing and stipulate as follows:

| | |
|---|---|
| 21 days before opening expert reports | Election of Asserted Claims<br><br>Plaintiff shall serve an Election of Asserted Claims, identifying no more than 10 claims per asserted patent, for a total of no more than 25 claims across the three asserted patents. |
| Deadline for opening expert reports | Election of Prior Art<br><br>Defendants shall serve an Election of Prior Art, identifying no more than 12 prior art references[1] against each asserted patent. |

---

[1] For purposes of this Order, a prior art instrumentality (such as a device or process) and associated references that describe that instrumentality shall count as one reference, as shall the closely related work of a single prior artist.

1

Dated: July 22, 2024                                  Respectfully submitted,

| | |
|---|---|
| */s/ James S. Tsuei* | */s/ Jonathan B. Bright* |
| Marc Fenster | Ruffin B. Cordell |
| CA State Bar No. 181067 | TX Bar No. 04820550 |
| Reza Mirzaie | Michael J. McKeon |
| CA State Bar No. 246953 | DC Bar No. 459780 |
| Brian Ledahl | mckeon@fr.com |
| CA State Bar No. 186579 | Jared Hartzman (*pro hac vice* forthcoming) |
| Ben Wang | DC Bar No. 1034255 |
| CA State Bar No. 228712 | hartzman@fr.com |
| Paul Kroeger | **FISH & RICHARDSON P.C.** |
| CA State Bar No. 229074 | 1000 Maine Avenue, SW, Ste 1000 |
| Neil A. Rubin | Washington, D.C. 20024 |
| CA State Bar No. 250761 | Telephone: (202) 783-5070 |
| Kristopher Davis | Facsimile: (202) 783-2331 |
| CA State Bar No. 329627 | |
| James S. Tsuei | Thad C. Kodish |
| CA State Bar No. 285530 | GA Bar No. 427603 |
| Philip Wang | tkodish@fr.com |
| CA State Bar No. 262239 | Benjamin K. Thompson |
| Amy Hayden | GA Bar No. 633211 |
| CA State Bar No. 287026 | bthompson@fr.com |
| James Milkey | Jonathan B. Bright |
| CA State Bar No. 281283 | GA Bar No. 256953 |
| Jason M. Wietholter | jbright@fr.com |
| CA State Bar No. 337139 | Christopher O. Green |
| RUSS AUGUST & KABAT | GA Bar No. 037617 |
| 12424 Wilshire Blvd. 12th Floor | cgreen@fr.com |
| Los Angeles, CA 90025 | Noah C. Graubart |
| Telephone: 310-826-7474 | GA Bar No. 141862 |
| headwater@raklaw.com | graubart@fr.com |
| | Nicholas A. Gallo (*pro hac vice* forthcoming) |
| Robert Christopher Bunt | GA Bar No. 546590 |
| Parker, Bunt & Ainsworth, P.C. | gallo@fr.com |
| Texas State Bar No. 00787165 | Steffen C. Lake (*pro hac vice* forthcoming) |
| 100 E. Ferguson Suite 418 | GA Bar No. 512272 |
| Tyler, Texas 75702 | lake@fr.com |
| Tel.: (903) 531-3535 | Vivian C. Keller (*pro hac vice*) |
| rcbunt@pbatyler.com | GA Bar No. 651500 |
| | keller@fr.com |
| **ATTORNEYS FOR PLAINTIFF,** | **FISH & RICHARDSON P.C.** |
| **Headwater Research LLC** | |

1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

Leonard E. Davis
TX Bar No. 05521600
ldavis@fr.com
Andria Rae Crisler
TX Bar No. 24093792
crisler@fr.com
Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214)747-5070
Facsimile: (214) 747-2091

John-Paul R. Fryckman (*pro hac vice*)
CA Bar No. 317591
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Katherine D. Prescott (*pro hac vice*)
CA Bar No. 215496
prescott@fr.com
**FISH & RICHARDSON P.C.**
500 Arguello Street
Suite 400
Redwood City, CA 94063
Telephone: (650) 839-5180
Facsimile: (650) 839-5071

Kyle J. Fleming (*pro hac vice*)
NY Bar No. 5855499
kfleming@fr.com
**FISH & RICHARDSON P.C.**
7 Times Square, 20th Floor,
New York, NY 10036
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

Melissa R. Smith
State Bar No. 24001351
Melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Andrew Thompson ("Tom") Gorham
State Bar No. 24012715
tom@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
102 N. College, Suite 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Shaun W. Hassett
State Bar No. 24074372
shaunhassett@potterminton.com
**POTTER MINTON, P.C.**
102 N. College Ave., Suite 900
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

Lance Lin Yang
CA. Bar No. 260705
Lanceyang@quinnemanuel.com
Kevin (Gyushik) Jang
CA Bar No. 337747
kevinjang@quinnemanuel.com
Lindsay M. Cooper
CA Bar No. 287125
lindsaycooper@quinnemanuel.com
Sean S. Pak
CA Bar No. 219032
seanpak@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111

4

Telephone: (415) 875-6600

Jon Bentley Hyland
Texas Bar No. 24046131
jhyland@hilgersgraben.com
Grant K. Schmidt
Texas Bar No. 24084579
gschmidt@hilgersgraben.com
**HILGERS GRABEN PLLC**
7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Telephone: (972) 645-3097

**ATTORNEYS FOR DEFENDANTS
SAMSUNG ELECTRONICS CO., LTD. AND
SAMSUNG ELECTRONICS AMERICA, INC.**

**CERTIFICATE OF CONFERENCE**

Counsel for Plaintiff and counsel for Defendants have complied with the meet and confer requirements of Local Rule CV-7(h).  The parties are in agreement on filing this Joint Motion.

By  */s/ Jonathan B. Bright*
Jonathan B. Bright

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 22, 2024

*/s/ Jonathan B. Bright*
Jonathan B. Bright