IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:23-CV-00103-JRG-RSP |
| § | |
| SAMSUNG ELECTRONICS CO., LTD., § | |
| and SAMSUNG ELECTRONICS § | |
| AMERICA, INC., § | |
| § | |
| *Defendants*. § | |

## ORDER

Before the Court is the Joint Stipulation Regarding Case Narrowing filed by Plaintiff Headwater Research LLC and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. **Dkt. No. 114.** After consideration, and noting its joint nature, the Court orders that the following deadlines are in effect until further order by this Court:

| Date | Event |
|---|---|
| 21 days before opening expert reports | Election of Asserted Claims<br><br>Plaintiff shall serve an Election of Asserted Claims, identifying no more than 10 claims per asserted patent, for a total of no more than 25 claims across the three asserted patents. |
| Deadline for opening expert reports | Election of Prior Art<br><br>Defendants shall serve an Election of Prior Art, identifying no more than 12 prior art references1 against each asserted patent. |

**SIGNED this 23rd day of July, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE