# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>　　　　　*Plaintiff*,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.,<br><br>　　　　　*Defendants*. | Civil Action No. 2:23-cv-00103-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## **UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

　　Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. move for Lindsay M. Cooper, to be permitted to withdraw as counsel for Defendants in this case. Defendants will continue to be represented by the law firms of Quinn Emanual Urquhart & Sullivan, LLP and Fish & Richardson. The withdrawal of Lindsay M. Cooper will not prejudice any party. Plaintiff does not oppose this Motion.

　　Defendants further requests the Clerk terminate all CM/ECF notifications as to Lindsay M. Cooper for this action.

Dated: August 26 , 2024　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Kevin (Gyushik) Jang*
　　　　　　　　　　　　　　　　　　　　　　　　Kevin (Gyushik) Jang
　　　　　　　　　　　　　　　　　　　　　　　　kevinjang@quinnemanuel.com
　　　　　　　　　　　　　　　　　　　　　　　　CA State Bar No. 337747

　　　　　　　　　　　　　　　　　　　　　　　　Quinn Emanuel Urquhart & Sullivan, LLP
　　　　　　　　　　　　　　　　　　　　　　　　50 California Street, 22nd Fl
　　　　　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94111

　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

1

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically on August 26, 2024 pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

*/s/ Kevin (Gyushik) Jang*
Kevin (Gyushik) Jang

## CERTIFICATE OF CONFERENCE

On August 1, 2024, counsel for Plaintiff and counsel for Defendants met and conferred pursuant to Local Rule CV-7(h). Defendants do not oppose the relief sought herein.

*/s/ Kevin (Gyushik) Jang*
Kevin (Gyushik) Jang
