**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC, | § |
| *Plaintiff*, | § |
| v. | § CIVIL ACTION NO. 2:23-CV-00103-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC., | § |
| *Defendants*. | § |

## ORDER

Before the Court is the Unopposed Motion to Withdraw as Counsel filed by Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. **Dkt. No. 120.** After consideration, and noting its unopposed nature, the Motion is **GRANTED**. It is

**ORDERED** that Lindsay M. Cooper is withdrawn as counsel for Defendants and terminated from CM/ECF notification in connections with the above-captioned matter.

**SIGNED this 27th day of August, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE