**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC, | |
| Plaintiff, | Case No. 2:23-cv-00103-JRG-RSP |
| v. | JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., | |
| Defendants. | |

**ORDER GRANTING PLAINTIFF HEADWATER RESEARCH LLC'S MOTION TO
COMPEL CERTAIN REVENUES, AGREEMENTS, AND DOCUMENTS**

Before the Court is Plaintiff Headwater Research LLC's Motion to Compel Certain Revenues, Agreements, and Documents. Having considered the matter, and for good cause shown, the Court GRANTS the Motion.