## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.<br><br>*Defendants*. | Case No. 2:23-CV-00103-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

### JOINT MOTION TO AMEND DOCKET CONTROL ORDER

Plaintiff Headwater Research LLC ("Headwater") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Defendants" or "Samsung"), (collectively, the "Parties") respectfully file this Joint Motion to Amend the Docket Control Order and would show the Court as follows:

The current deadline for the Parties to complete fact discovery is September 10, 2024. The Parties request a brief extension of this deadline to accommodate additional depositions that were not able to be scheduled until at or after the current close of fact discovery. The Parties similarly request brief extensions to the current deadlines for opening expert reports, rebuttal expert reports, and the close of expert discovery to enable the Parties to prepare fulsome expert reports that address discovery provided at or after the current close of fact discovery. Neither the deadline for dispositive/*Daubert* motions, nor any other deadlines will be affected by these amendments.

The Parties represent that this Motion is not filed for the purposes of delay but rather so that justice may be served. The Parties have met and conferred and are jointly seeking the relief sought in this Motion.

Accordingly, the Parties respectfully request that the Court grant this Joint Motion to Amend the Docket Control Order (Dkt. No. 113) as follows:

| Original Date | Amended Date | Event |
| --- | --- | --- |
| October 15, 2024 | October 21, 2024 | Deadline to Complete Expert Discovery |
| October 3, 2024 | October 14, 2024 | Serve Disclosures for Rebuttal Expert Witnesses |
| September 16, 2024 | September 26, 2024 | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof |
| September 10, 2024 | September 20, 2024 | Deadline to Complete Fact Discovery |
| September 10, 2024 |  | File Motions to Compel Discovery |

Dated: September 9, 2024               Respectfully submitted,

By: */s/ Marc Fenster*                By: */s/ Katherine D. Prescott*

   Marc Fenster
   CA State Bar No. 181067
   Reza Mirzaie
   CA State Bar No. 246953
   Brian Ledahl
   CA State Bar No. 186579
   Ben Wang
   CA State Bar No. 228712
   Adam Hoffman
   CA State Bar No. 218740
   Paul Kroeger
   CA State Bar No. 229074
   Neil A. Rubin
   CA State Bar No. 250761
   Kristopher Davis
   CA State Bar No. 329627
   James S. Tsuei
   CA State Bar No. 285530
   Philip Wang
   CA State Bar No. 262239
   Amy Hayden
   CA State Bar No. 287026
   James Milkey
   CA State Bar No. 281283
   Jason M. Wietholter
   CA State Bar No. 337139
   James Pickens
   CA State Bar No. 307474
   Qi (Peter) Tong

   Ruffin B. Cordell
   TX Bar No. 04820550
   Michael J. McKeon
   DC Bar No. 459780
   mckeon@fr.com
   Jared Hartzman (*pro hac vice* forthcoming)
   DC Bar No. 1034255
   hartzman@fr.com
   **FISH & RICHARDSON P.C.**
   1000 Maine Avenue, SW, Ste 1000
   Washington, D.C. 20024
   Telephone: (202) 783-5070
   Facsimile: (202) 783-2331

   Thad C. Kodish
   GA Bar No. 427603
   tkodish@fr.com
   Benjamin K. Thompson
   GA Bar No. 633211
   bthompson@fr.com
   Jonathan B. Bright
   GA Bar No. 256953
   jbright@fr.com
   Nicholas A. Gallo
   GA Bar No. 546590
   gallo@fr.com
   Steffen Lake (*pro hac vice forthcoming*)
   GA Bar No. 512272
   lake@fr.com

TX State Bar No. 24119042
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
rak_headwater@raklaw.com

Andrea L. Fair
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@wsfirm.com

*Attorneys for Plaintiff,
Headwater Research LLC*

Vivian C. Keller (admitted *pro hac vice*)
GA Bar No. 651500
keller@fr.com
Noah C. Graubart
GA Bar No. 141862
graubart@fr.com
Sara C. Fish
GA Bar No. 873853
sfish@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

Leonard E. Davis
TX Bar No. 05521600
ldavid@fr.com
Andria Rae Crisler
TX Bar No. 24093792
crisler@fr.com
Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
**FISH & RICHARDSON P.C**.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214)747-5070
Facsimile: (214) 747-2091

John-Paul R. Fryckman (*pro hac vice*)
CA Bar No. 317591
John W. Thornburgh
CA Bar No. 154627
thornburgh@fr.com
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Katherine D. Prescott (*pro hac vice*)
CA Bar No. 215496
prescott@fr.com
**FISH & RICHARDSON P.C.**
500 Arguello Street
Suite 400

3

Redwood City, CA 94063
Telephone: (650) 839-5180
Facsimile: (650) 839-5071

Kyle J. Fleming (*pro hac vice*)
NY Bar No. 5855499
kfleming@fr.com
**FISH & RICHARDSON P.C.**
7 Times Square, 20th Floor,
New York, NY 10036
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

Melissa R. Smith
State Bar No. 24001351
Melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Shaun W. Hassett
State Bar No. 24074372
shaunhassett@potterminton.com
**POTTER MINTON, P.C**.
102 N. College Ave., Suite 900
Tyler, Texas  75702
Tel: (903) 597-8311
Fax: (903) 593-0846

Lance Lin Yang
**QUINN EMANUEL URQUHART & SULLIVAN, LLP - LA**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017 USA
213/443-3000 Fax: 213/443-3100
Lanceyang@quinnemanuel.Com

Jon Bentley Hyland
Texas Bar No. 24046131
jhyland@hilgersgraben.com
Grant K. Schmidt

Texas Bar No. 24084579
gschmidt@hilgersgraben.com
**HILGERS GRABEN PLLC**
7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Telephone: (972) 645-3097

*Attorneys for Defendants,*
*Samsung Electronics Co., Ltd. and*
*Samsung Electronics America, Inc.*

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff and counsel for Defendants have complied with the meet and confer requirements of Local Rule CV-7(h). The parties are in agreement on filing this Joint Motion.

*/s/ Marc Fenster*
Marc Fenster

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 9, 2024

*/s/ Marc Fenster*
Marc Fenster