# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.<br><br>*Defendants*. | Case No. 2:23-CV-00103-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

# DECLARATION OF KRISTOPHER DAVIS IN SUPPORT OF
# PLAINTIFF HEADWATER RESEARCH LLC'S
# OPPOSED MOTION TO AMEND DOCKET CONTROL ORDER

I, Kristopher Davis, declare and state as follows:

1.  I am a member of the State Bar of California, an attorney at the firm of Russ August & Kabat, and counsel of record for Plaintiff Headwater Research LLC in the above-captioned action. I submit this declaration in support of Plaintiff's Motion to Compel Certain Revenues, Agreements, and Documents. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2.  Attached as Exhibit 1 is a true and correct copy of an email chain between counsel for Headwater and counsel for Defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 10, 2024, at Los Angeles, California.

*/s/ Kristopher Davis*
Kristopher Davis

2

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF System per Local Rule CV-5(a)(3).

/s/ *Kristopher Davis*
Kristopher Davis

2