# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    *Defendants*. | Case No. 2:23-CV-00103-JRG-RSP |

## DECLARATION OF KATHERINE D. PRESCOTT IN SUPPORT OF SAMSUNG'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND REQUESTS FOR ADMISSION

I, Katherine D. Prescott, hereby declare:

1. I am a Principal with the law firm Fish & Richardson P.C., and counsel for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.  I have personal knowledge of the facts contained in the declaration and, if called upon to do so, I could and would testify competently to the matters herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of an excerpt from Headwater's Response to Samsung's Third Set of Interrogatories (No. 25), served September 9, 2024.

3. Attached hereto as Exhibit 2 is a true and correct copy of an excerpt from Headwater's Response to Samsung's Third Set of Requests for Admission (Nos. 6-27), served September 9, 2024.

1

2

4.  Attached hereto as Exhibit 3 is a true and correct copy of an excerpt from Headwater's Response to Samsung's Fourth Set of Requests for Admission (Nos. 28-40), served September 9, 2024.

5.  On September 10, 2024, Kristopher Davis, counsel for Headwater, and I discussed Headwater's objections and responses to Interrogatory No. 25 and Requests for Admission 6, 8, and 30-31.  The parties did not resolve their disputes.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 10th day of September, 2024, in San Carlos, California.

/s/ Katherine D. Prescott
Katherine D. Prescott