# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:23-CV-00103-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND REQUESTS FOR ADMISSION

Before the Court is Samsung Electronics America, Inc. and Samsung Electronics Company, Ltd.'s Motion to Compel Responses to Interrogatories and Requests for Admission. After considering the same, the Court is of the opinion that the Motion should be GRANTED.