# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONIC COS., LTD, and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    *Defendants*. | Case No. 2:23-CV-00103-JRG-RSP |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Nicholas A. Gallo, of the law firm Fish & Richardson P.C., enters his appearance in this matter for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. and consents to electronic services of all papers in this action.

Dated:  September 12, 2024

Respectfully submitted,

FISH & RICHARDSON P.C.

By:  */s/ Nicholas A. Gallo*
     Nicholas A. Gallo
     GA Bar No. 546590
     FISH & RICHARDSON P.C.
     1180 Peachtree St NE, 21st Fl.
     Atlanta, GA 30309
     Phone:  (404) 892-5005
     Email: gallo@fr.com

*Attorneys for Defendants*
*Samsung Electronics Co., LTD and*
*Samsung Electronics America, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 12, 2024 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Nicholas A. Gallo*
Nicholas A. Gallo