IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> SAMSUNG ELECTRONICS CO., LTD., § <br> and SAMSUNG ELECTRONICS § <br> AMERICA, INC., § <br> § <br> Defendants. § | CIVIL ACTION NO. 2:23-CV-00103-JRG-RSP |

## ORDER

Before the Court is Plaintiff Headwater Research LLC's Opposed Motion for Leave to File and Motion to Compel (Dkt. No. 146). Plaintiff had previously moved to amend the Docket Control Order to extend the deadline to file motions to compel. (Dkt. No. 132). The Court GRANTS the Motion for Leave to File. The Court does not yet rule on the Motion to Compel. It is

**ORDERED** that Plaintiff's Motion to Compel, (Dkt. No. 146), is timely filed. It is

**FURTHER ORDERED** that Plaintiff's Motion to Amend the DCO, (Dkt. No. 132), is **DENIED** as moot.

SIGNED this 24th day of September, 2024.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE