# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | Case No. 2:23-cv-00103-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFF HEADWATER RESEARCH LLC'S UNOPPOSED MOTION TO EXCUSE ATTENDANCE OF LEAD COUNSEL AT OCTOBER 2, 2024 MOTION HEARING

Plaintiff Headwater Research LLC files this unopposed motion to excuse attendance of its lead counsel, Marc Fenster, at the motion hearing on October 2, 2024. The Court recently set the October 2nd hearing on pending motions to compel. *See* Text Notice of Hearing (Sept. 24, 2024). Mr. Fenster has a significant conflict because he will be preparing for another trial in the Central District of California set to begin soon after the hearing date. *See SPEX Techs., Inc. v. Western Digital Corp,* et al., No. 8:16-CV-01799-JVS (C.D. Cal.).

Thus, Headwater respectfully requests that the Court excuse Mr. Fenster from attending the October 2nd hearing. Headwater will be represented at the hearing by other senior attorneys who have full knowledge of the issues and authority in this case. The parties have conferred, and Samsung does not oppose this motion or excusing Mr. Fenster.

Dated: September 26, 2024                                                                 Respectfully submitted,

                                                                                                         */s/ Marc Fenster*
                                                                                                         Marc Fenster
                                                                                                         CA State Bar No. 181067

1

mfenster@raklaw.com
Reza Mirzaie
CA State Bar No. 246953
rmirzaie@raklaw.com
Brian Ledahl
CA State Bar No. 186579
bledahl@raklaw.com
Ben Wang
CA State Bar No. 228712
bwang@raklaw.com
Adam Hoffman
CA State Bar No. 218740
ahoffman@raklaw.com
Dale Chang
CA State Bar No. 248657
dchang@raklaw.com
Paul Kroeger
CA State Bar No. 229074
pkroeger@raklaw.com
Neil A. Rubin
CA State Bar No. 250761
nrubin@raklaw.com
Kristopher Davis
CA State Bar No. 329627
kdavis@raklaw.com
James S. Tsuei
CA State Bar No. 285530
jtsuei@raklaw.com
Philip Wang
CA State Bar No. 262239
pwang@raklaw.com
Amy Hayden
CA State Bar No. 287026
ahayden@raklaw.com
Jason M. Wietholter
CA State Bar No. 337139
jwietholter@raklaw.com
Qi Peter Tong
TX State Bar No. 24119042
Email: ptong@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Fl.
Los Angeles, CA 90025
Telephone: 310-826-7474

Andrea L. Fair
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@wsfirm.com

***Attorneys for Plaintiff,
Headwater Research LLC***

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served on September 26, 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Marc Fenster
Marc Fenster

**CERTIFICATE OF CONFERENCE**

I hereby certify pursuant to Local Rule CV-7(h) that the parties have conferred, and this motion and the requested relief are unopposed.

/s/ Marc Fenster
Marc Fenster