## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>　　　　　Defendants. | Case No. 2:23-cv-00103-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

### ORDER GRANTING PLAINTIFF HEADWATER RESEARCH LLC'S UNOPPOSED MOTION TO EXCUSE ATTENDANCE OF LEAD COUNSEL AT OCTOBER 2, 2024 <u>MOTION HEARING</u>

Before the Court is Plaintiff's Unopposed Motion to Excuse Attendance of Lead Counsel at October 2, 2024 Motion Hearing.  The Court, having considered the same, is of the opinion that the motion should be **GRANTED**.