IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>and SAMSUNG ELECTRONICS<br>AMERICA, INC.,<br><br>*Defendants.* | § § § § § § § § § § § § § § CIVIL ACTION NO. 2:23-CV-00103-JRG-RSP |

## ORDER

Before the Court is Plaintiff Headwater Research LLC's Unopposed Motion to Excuse Attendance of Lead Counsel at the October 2, 2024, Motion Hearing. (Dkt. No. 152). After consideration, and noting its unopposed nature, the Motion is **GRANTED.** It is

**ORDERED** that Marc Fenster is excused from attending the Motion Hearing on October 2, 2024.

**SIGNED this 27th day of September, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE