IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | § |
| *Plaintiff*, | § |
| v. | § CIVIL ACTION NO. 2:23-CV-00103-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC., | § |
| *Defendants*. | § |

## ORDER

Before the Court is the Claim Construction Order of Magistrate Judge Payne dated August 22, 2024 (Dkt. No. 118). Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. ("Samsung") have filed Objections to the Order (Dkt. No. 126).

After considering the reasoning provided in the Order, the underlying claim construction briefing, and Samsung's Objections, the Court agrees with the conclusions reached within the Order and finds Samsung's arguments within its Objections do not show error. Accordingly, the Court **OVERRULES** Samsung's Objections and **ADOPTS** the Claim Construction Order.

So ORDERED and SIGNED this 27th day of September, 2024.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE