**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONIC CO., LTD and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:23-CV-00103-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Defendants' Unopposed Motion to Excuse Lead Counsel from the October 2, 2024 Discovery Hearing. The Court, having considered the same, is of the opinion that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Ruffin B. Cordell is excused from attending the October 2, 2024 discovery hearing.