# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § <br> § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> SAMSUNG ELECTRONICS CO., LTD., § <br> and SAMSUNG ELECTRONICS § <br> AMERICA, INC., § <br> § <br> *Defendants*. § | CIVIL ACTION NO. 2:23-CV-00103-JRG-RSP |

## ORDER

Before the Court is Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.'s Unopposed Motion to Excuse Attendance of Lead Counsel at the October 2, 2024, Motion Hearing. (Dkt. No. 155). After consideration, and noting its unopposed nature, the Motion is **GRANTED.** It is

**ORDERED** that Ruffin B. Cordell is excused from attending the Motion Hearing on October 2, 2024.

**SIGNED this 30th day of September, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE