## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC | § § | |
| v. | § § | Case No. 2:23-CV-0103-JRG-RSP |
| SAMSUNG ELECTRONICS AMERICA, INC., ET AL. | § § § | |

**Motions Hearing**
**MAG. JUDGE ROY PAYNE PRESIDING**
October 1, 2024

**OPEN:** 9:01 am                                                                 **ADJOURN:** 10:45 am

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Kris Davis |
| | Reza Mirzaie |
| | Andrea Fair |
| ATTORNEY FOR DEFENDANTS: | Thad Kodish |
| | Katie Prescott |
| | Tom Gorham |
| LAW CLERK: | Nathan Gershengorin |
| COURT REPORTER: | Shawn McRoberts |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened. Case called. Andrea Fair introduced co-counsel and announced ready. Tom Gorham introduced co-counsel and announced ready.

Kris Davis argued Plaintiff's Motion to Compel Certain Revenues, Agreements, and Documents (Dkt. No. 122). Katie Prescott responded for Samsung. The Motion was GRANTED-IN-PART and DENIED-IN-PART for the reasons orally assigned.

Mr. Davis also argued Plaintiff's Motion for Leave to File and Motion to Compel Limited Additional Deposition Testimony (Dkt. No. 146). Ms. Prescott responded. The Court GRANTED the motion for the reasons orally assigned.

Mr. Davis then argued Part D of Dkt. No. 122. Ms. Prescott responded. The Court DENIED Part D of the motion.

Thad Kodish argued Defendants' Motion to Compel Responses to Interrogatories and Requests for Admission (Dkt. No. 135). The Court DENIED the motion.

Defendants' Motion to Compel Headwater to Serve a Correct Response to Interrogatory No 11 (Dkt. No. 134) was MOOTED by agreement.