**PUBLIC VERSION**

# EXHIBIT 1

PUBLIC VERSION

samsung message platform

Sign in

All Images Shopping Videos News Forums Web ⋮ More Tools

Not working Download Settings Android

samsung.com
https://pushmessage.samsung.com

Samsung Messaging Platform: SMP

**Samsung Messaging Platform**(formerly, Peppermint) is a total push solution. Marketers are able to send promotions, events, marketings, updates and notices to ...

People also ask

What message app does Samsung use?

Is the Samsung Messages app discontinued?

What's the difference between Samsung messages and Google Messages?

Why are there two message apps on my Samsung?

Feedback

Videos

Samsung Messages App Removed In One UI 7.0 Update ...
5:52
YouTube · Jeff Springer
Jul 27, 2024

Samsung messages Vs Google messages - Which one is ...
11:55
YouTube · AppX
Jun 10, 2024

13 key moments in this video

Samsung Confirms : This Beloved Samsung App is Going ...
4:29
YouTube · AppX
Jul 22, 2024

Feedback

View all →

samsung.com
https://www.samsung.com › answer › ANS00078947

Use the Samsung Messages app on your Galaxy phone or ...

The **Messages** app on your Galaxy phone or tablet can be used to send texts, photos, videos, and emojis. You can also mute or unmute conversations.

us.community.samsung.com
https://us.community.samsung.com › td-p

Samsung Messages will no longer be pre-installed o...

Jul 22, 2024 — Starting with the release of the Fold 6 series, **Samsung Messages** will no longer be pre-installed on future **Samsung** devices.

Reddit · r/samsung
130+ comments · 8 months ago

Best Messaging App For Samsung Galaxy in 2024?

They all recommend switching to Google **Messages**. Thankfully this will make texting on Android a seamless experience like with iMessage. Also, ...

39 answers · **Top answer:** doesn't even Samsung want us to stop using Samsung Messages??

So... this is the new **Samsung Messages** update? : r/oneui Jul 4, 2024
**Samsung Messages** going away? : r/UniversalProfile - Reddit Dec 5, 2023
**Samsung** replacing their own **Messages** app with Google's ... May 19, 2023
**Samsung** reveals why it's dropping **Samsung Messages** for ... Jul 23, 2024
More results from www.reddit.com

samsung.com
https://www.samsung.com › answer › ANS00090222

Change the default messaging app on your Galaxy phone

Navigate to and open Settings, and then tap Apps. Tap Choose default apps, and then tap **SMS** app.

Use the Samsung Messages... · Organize the Home screen on...

ZDNet
https://www.zdnet.com › Tech › Smartphones

Samsung Messages is getting bumped for Google's app. ...

Jul 22, 2024 — For the past two years, **Samsung** has been phasing out its **Samsung Messages** app in favor of Google **Messages**. **Samsung's messaging** app has continued ...

Android Authority
https://www.androidauthority.com › Mobile

5 things you lose by ditching Samsung Messages for ...

Jul 24, 2024 — Well, it's official — **Samsung Messages** is dead. Alright, not really, but it's no longer the default **messaging platform** on **Samsung's** own ...

samsung.com
https://r1.community.samsung.com › ... › Others

Samsung Messages App

Jul 21, 2024 — Yes, **Samsung** is transitioning to Google **Messages** as the default texting app for the Galaxy Z Flip6, Z Fold6, and newer devices in the US.

How-To Geek
https://www.howtogeek.com › Android

Samsung Messages Is Dead, and That's Not Good for ...

Aug 11, 2024 — **Samsung Messages** has long been the text **messaging** app that comes on **Samsung** phones. Now, it's gone in favor of Google **Messages**.

People also search for

Messages | Rich Communic...... | Message+ | Messenger | iMessage | Samsung Flow

Feedback

Samsung message platform settings
Samsung text message settings
Samsung message platform not working
Samsung message platform android
Samsung Messages app download
Samsung message platform download

Samsung Messages APK
Samsung Messages app icon

1 2 3 4 5 6 7 8 9 10 Next

Texas - From your IP address - Update location



