**THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC, | |
| *Plaintiff*, | |
| v. | Case No. 2:23-CV-00103-JRG-RSP |
| SAMSUNG ELECTRONICS COS., LTD, and SAMSUNG ELECTRONICS AMERICA, INC., | |
| *Defendants*. | |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Katherine H. Reardon, of the law firm Fish & Richardson P.C., enters her appearance in this matter for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. and consents to electronic services of all papers in this action.

Dated:  October 18, 2024

Respectfully submitted,

FISH & RICHARDSON P.C.

By:  */s/ Katherine H. Reardon*
     Katherine H. Reardon
     NY Bar No. 5196910
     **FISH & RICHARDSON P.C.**
     1180 Peachtree St NE, 21st Fl.
     Atlanta, GA 30309
     Phone:  (404) 892-5005
     Email: reardon@fr.com

**ATTORNEYS FOR DEFENDANTS**
**SAMSUNG ELECTRONICS CO., LTD AND**
**SAMSUNG ELECTRONICS AMERICA, INC.**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 18, 2024 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Katherine H. Reardon*
Katherine H. Reardon
