## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.<br><br>*Defendants*. | Case No. 2:23-CV-00103-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

### JOINT MOTION TO AMEND SECOND AMENDED DOCKET CONTROL ORDER

Plaintiff Headwater Research, LLC ("Headwater") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Defendants" or "Samsung"), (collectively, the "Parties") respectfully file this Joint Motion to Amend the Second Amended Docket Control Order and would show the Court as follows:

The current deadline to complete expert discovery is October 21, 2024. The Parties request a brief extension of this deadline to allow time for the Parties to accommodate depositions of all relevant experts. No other deadlines will be affected by this amendment.

The Parties represent that this Motion is not filed for the purposes of delay but rather so that justice may be served. The Parties have met and conferred and are jointly seeking the relief sought in this Motion.

Accordingly, the Parties respectfully request that the Court grant this Joint Motion to Amend the Second Docket Control Order (Dkt. No. 131) as follows:

| Original Date | Amended Date | Event |
|---|---|---|
| October 21, 2024 | November 8, 2024 | Deadline to Complete Expert Discovery |

Dated: October 22, 2024                    Respectfully submitted,

By:   */s/Marc Fenster*_____          By:   */s/ Katherine D. Prescott*_____

Marc Fenster                             Ruffin B. Cordell
CA State Bar No. 181067                   TX Bar No. 04820550
Reza Mirzaie                             Michael J. McKeon
CA State Bar No. 246953                   DC Bar No. 459780
Brian Ledahl                             mckeon@fr.com
CA State Bar No. 186579                   Jared Hartzman (*pro hac vice* forthcoming)
Ben Wang                                 DC Bar No. 1034255
CA State Bar No. 228712                   hartzman@fr.com
Paul Kroeger                             **FISH & RICHARDSON P.C.**
CA State Bar No. 229074                   1000 Maine Avenue, SW, Ste 1000
Neil A. Rubin                            Washington, D.C. 20024
CA State Bar No. 250761                   Telephone: (202) 783-5070
Kristopher Davis                         Facsimile: (202) 783-2331
CA State Bar No. 329627
James S. Tsuei                           Thad C. Kodish
CA State Bar No. 285530                   GA Bar No. 427603
Philip Wang                              tkodish@fr.com
CA State Bar No. 262239                   Benjamin K. Thompson
Amy Hayden                               GA Bar No. 633211
CA State Bar No. 287026                   bthompson@fr.com
James Milkey                             Jonathan B. Bright
CA State Bar No. 281283                   GA Bar No. 256953
Jason M. Wietholter                      jbright@fr.com
CA State Bar No. 337139                   Christopher O. Green
RUSS AUGUST & KABAT                       GA Bar No. 037617
12424 Wilshire Blvd. 12th Floor          cgreen@fr.com
Los Angeles, CA 90025                     Noah C. Graubart
Telephone: 310-826-7474                   GA Bar No. 141862
rak_headwater@raklaw.com                  graubart@fr.com
                                         Sara C. Fish
Robert Christopher Bunt                   GA Bar No. 873853
Parker, Bunt & Ainsworth, P.C.           sfish@fr.com
Texas State Bar No. 00787165             Nicholas A. Gallo
100 E. Ferguson Suite 418                GA Bar No. 546590
Tyler, Texas 75702                       gallo@fr.com
Tel.: (903) 531-3535                     Steffen C. Lake (*pro hac vice* forthcoming)
rcbunt@pbatyler.com                      GA Bar No. 512272
                                         lake@fr.com
*Attorneys for Plaintiff*                 Vivian C. Keller (*pro hac vice*)
*Headwater Research LLC*                  GA Bar No. 651500
                                         keller@fr.com
                                         **FISH & RICHARDSON P.C.**

1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

Leonard E. Davis
TX Bar No. 05521600
ldavid@fr.com
Andria Rae Crisler
TX Bar No. 24093792
crisler@fr.com
Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214)747-5070
Facsimile: (214) 747-2091

John-Paul R. Fryckman (*pro hac vice*)
CA Bar No. 317591
John W. Thornburgh
CA Bar No. 154627
thornburgh@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Katherine D. Prescott (*pro hac vice*)
CA Bar No. 215496
prescott@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street
Suite 400
Redwood City, CA 94063
Telephone: (650) 839-5180
Facsimile: (650) 839-5071

Kyle J. Fleming (*pro hac vice*)
NY Bar No. 5855499
kfleming@fr.com
FISH & RICHARDSON P.C.
7 Times Square, 20th Floor,
New York, NY 10036

3

Telephone: (212) 765-5070
Facsimile: (212) 258-2291

Melissa R. Smith
State Bar No. 24001351
Melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Andrew Thompson ("Tom") Gorham
State Bar No. 24012715
tom@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
102 N. College, Suite 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Shaun W. Hassett
State Bar No. 24074372
shaunhassett@potterminton.com
**POTTER MINTON, P.C.**
102 N. College Ave., Suite 900
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

Lance Lin Yang
CA. Bar No. 260705
Lanceyang@quinnemanuel.com
Kevin (Gyushik) Jang
CA Bar No. 337747
kevinjang@quinnemanuel.com
Sean S. Pak
CA Bar No. 219032
seanpak@quinnemanuel.com
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111

4

Telephone: (415) 875-6600

Brady Huynh (admitted *pro hac vice*)
CA Bar No. 339441
bradyhuynh@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Jon Bentley Hyland
Texas Bar No. 24046131
jhyland@hilgersgraben.com
Grant K. Schmidt
Texas Bar No. 24084579
gschmidt@hilgersgraben.com
**HILGERS GRABEN PLLC**
7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Telephone: (972) 645-3097

*Attorneys for Defendants*
*Samsung Electronics Co., Ltd. and*
*Samsung Electronics America, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 22, 2024

*/s/ Katherine D. Prescott*
Katherine D. Prescott
