# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS COS., LTD, and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    *Defendants*. | Case No. 2:23-CV-00103-JRG-RSP |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Jared Hartzman, of the law firm Fish & Richardson P.C., enters his appearance in this matter for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. and consents to electronic services of all papers in this action.

Dated: October 25, 2024

Respectfully submitted,

FISH & RICHARDSON P.C.

By: */s/ Jared Hartzman*
    Jared Hartzman
    DC Bar No. 1034255
    **FISH & RICHARDSON P.C.**
    1000 Maine Ave. SW, Suite 1000
    Washington, D.C. 20024
    Phone: 202-783-5070
    Email: hartzman@fr.com

**ATTORNEYS FOR DEFENDANTS
SAMSUNG ELECTRONICS CO., LTD AND
SAMSUNG ELECTRONICS AMERICA, INC.**

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 25, 2024 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Jared Hartzman*
Jared Hartzman