# Exhibit 3



|  |  |
|---|---|
|  | Fish & Richardson P.C.<br>1180 Peachtree Street, NE<br>21st Floor<br>Atlanta, GA 30309 |
| January 23, 2024 | 404 892 5005 main<br>404 892 5002 fax |
|  | **Thad C. Kodish**<br>Managing Principal<br>TKodish@fr.com<br>404 724 2792  direct |

<u>Via E-mail</u>

Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Phone: 310-826-7474

Parker Bunt & Ainsworth
100 E Ferguson, Suite 418
Tyler, TX 75702
Phone: 903-531-3535

Re:   *Headwater Research LLC v. Samsung Electronics Co., Ltd. et al.*
        Case No. 2:23-cv-00103 (E.D. Tex.)

Dear Counsel:

Samsung Electronics Co., Ltd. ("**Samsung**") has filed petition for *inter partes* review (IPR) petition (IPR2024-00341) with the Patent Trial and Appeal Board (PTAB) to address the validity of claims 1-17, 19, 21-27, 29, and 30 of U.S. Patent No. 8,406,733 ("**the '733 Patent**").  The tables in attached Appendix A list all grounds, challenged claims, and references asserted in IPR2024-00341.

I write to inform you that Samsung hereby stipulates that, if the PTAB institutes IPR2024-00341, Samsung agrees not to pursue the same grounds (listed in Appendix A below) for the currently asserted claims in the district court litigation.  *Apple, Inc. v. SEVEN Networks, LLC*, IPR2020-00156, Paper 10 at 19 (PTAB June 15, 2020); *see Sand Revolution II, LLC v. Continental Intermodal Group-Trucking LLC*, IPR2019-01393, Paper 24 at 12 (PTAB June 16, 2020).

Sincerely,

*/s/ Thad Kodish*

Thad Kodish

Attorney for Samsung Electronics Co., Ltd.



Page 2

## Appendix A – Grounds and Prior Art References Used in IPR2024-00341

| Ground | Claim(s) | 35 U.S.C. §103 |
|---|---|---|
| 1 | 1-17, 19, 21-27, 29, 30 | TS-23.140 and Ogawa |

## List of References

| Reference Name | Details |
|---|---|
| TS-23.140 | 3GPP TS 23.140 v6.9.0 (2005-03); 3rd Generation Partnership Project; Technical Specification Group Terminals; Multimedia Messaging Service (MMS); Functional Description; Stage 2 |
| Ogawa | U.S. Pat. No. 8,195,961 |