IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § § § *Plaintiff*, § § v. § § SAMSUNG ELECTRONICS CO., LTD., § and SAMSUNG ELECTRONICS § AMERICA, INC., § § *Defendants*. § | CIVIL ACTION NO. 2:23-CV-00103-JRG-RSP |

## ORDER

Before the Court is the Joint Motion to Amend Second Amended Docket Control Order filed by Plaintiff Headwater Research, LLC and Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. Dkt. No. 169. After consideration, and noting its joint nature, the Motion is **GRANTED.** It is

**ORDERED** that the Parties' deadline to complete expert discovery is November 8, 2024.

**SIGNED this 29th day of October, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE