UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    *Plaintiff*,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    *Defendants*. | Case No. 2:23-cv-00103-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**JOINT NOTICE AND STIPULATION REGARDING CASE NARROWING**

Plaintiff Headwater Research LLC ("Headwater") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") file this Joint Notice and Stipulation Regarding Case Narrowing and stipulate as follows:

1. Headwater withdraws the following claims asserted against Samsung in Headwater's First Amended Complaint for Patent Infringement (Dkt. 31):

   - Infringement under the Doctrine of Equivalents[1]; and
   - Pre-suit Willful Infringement.

2. Samsung withdraws the following affirmative defenses asserted in Samsung's Answer and Defenses to Headwater's First Amended Complaint for Patent Infringement (Dkt. 85):

   - Third Affirmative Defense (Laches, Equitable Estoppel, Waiver, and/or Unclean Hands);

---

[1] Headwater's infringement expert report does not contain opinions under the doctrine of equivalents ("DOE") and, on that basis, DOE is not at issue.

1

- Fourth Affirmative Defense (Prosecution History Estoppel[2] and/or Disclaimer);

- Fifth Affirmative Defense as to Marking[3];

- Sixth Affirmative Defense (Covenant Not to Sue, License, and/or Estoppel);

- Seventh Affirmative Defense (Failure to State a Claim)[4]; and

- Eight Affirmative Defense (Inequitable Conduct / Infectious Unenforceability).

Dated: November 1, 2024                                          Respectfully submitted,

By: /s/ Marc Fenster                                         By: /s/ Katherine D. Prescott
Marc Fenster                                                     Ruffin B. Cordell
CA State Bar No. 181067                                          TX Bar No. 04820550
Reza Mirzaie                                                     Michael J. McKeon
CA State Bar No. 246953                                          DC Bar No. 459780
Brian Ledahl                                                     mckeon@fr.com
CA State Bar No. 186579                                          Jared Hartzman (*pro hac vice* forthcoming)
Ben Wang                                                         DC Bar No. 1034255
CA State Bar No. 228712                                          hartzman@fr.com
Adam Hoffman                                                     **FISH & RICHARDSON P.C.**
CA State Bar No. 218740                                          1000 Maine Avenue, SW, Ste 1000
Paul Kroeger                                                     Washington, D.C. 20024
CA State Bar No. 229074                                          Telephone: (202) 783-5070
Neil A. Rubin                                                    Facsimile: (202) 783-2331
CA State Bar No. 250761
Kristopher Davis                                                 Thad C. Kodish
CA State Bar No. 329627                                          GA Bar No. 427603
James S. Tsuei                                                   tkodish@fr.com
CA State Bar No. 285530                                          Benjamin K. Thompson
Philip Wang                                                      GA Bar No. 633211
CA State Bar No. 262239                                          bthompson@fr.com
Amy Hayden                                                       Jonathan B. Bright
CA State Bar No. 287026                                          GA Bar No. 256953
Dale Chang                                                       jbright@fr.com
CA State Bar No. 248657                                          Nicholas A. Gallo

---

[2] Samsung withdraws its defense of prosecution history estoppel based on Headwater's withdrawal of any claim of infringement based on DOE.

[3] Samsung withdraws its marking defense but reserves all other rights with respect to its Fifth Affirmative Defense entitled "Notice, Damages, Marking, and Costs."

[4] Samsung will be moving to dismiss based on standing and is not waiving that defense.

Case 2:23-cv-00103-JRG-RSP   Document 190   Filed 11/01/24   Page 3 of 6 PageID #:  12205

James Milkey
CA State Bar No. 281283
Jason M. Wietholter
CA State Bar No. 337139
James Pickens
CA State Bar No. 307474
Qi (Peter) Tong
TX State Bar No. 24119042
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
rak_headwater@raklaw.com

Andrea L. Fair
TX State Bar No. 24078488
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com
*Attorneys for Plaintiff,*
*Headwater Research LLC*

GA Bar No. 546590
gallo@fr.com
Steffen Lake (*pro hac vice forthcoming*)
GA Bar No. 512272
lake@fr.com
Vivian C. Keller (admitted *pro hac vice*)
GA Bar No. 651500
keller@fr.com
Noah C. Graubart
GA Bar No. 141862
graubart@fr.com
Sara C. Fish
GA Bar No. 873853
sfish@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

Leonard E. Davis
TX Bar No. 05521600
ldavid@fr.com
Andria Rae Crisler
TX Bar No. 24093792
crisler@fr.com
Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
**FISH & RICHARDSON P.C**.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214)747-5070
Facsimile: (214) 747-2091

John-Paul R. Fryckman (*pro hac vice*)
CA Bar No. 317591
John W. Thornburgh
CA Bar No. 154627
thornburgh@fr.com
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Katherine D. Prescott (*pro hac vice*)

3

CA Bar No. 215496
prescott@fr.com
**FISH & RICHARDSON P.C.**
500 Arguello Street
Suite 400
Redwood City, CA 94063
Telephone: (650) 839-5180
Facsimile: (650) 839-5071

Kyle J. Fleming (*pro hac vice*)
NY Bar No. 5855499
kfleming@fr.com
**FISH & RICHARDSON P.C.**
7 Times Square, 20th Floor,
New York, NY 10036
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

Melissa R. Smith
State Bar No. 24001351
Melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Shaun W. Hassett
State Bar No. 24074372
shaunhassett@potterminton.com
**POTTER MINTON, P.C**.
102 N. College Ave., Suite 900
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

Lance Lin Yang
**QUINN EMANUEL URQUHART & SULLIVAN, LLP - LA**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017 USA
213/443-3000 Fax: 213/443-3100
Lanceyang@quinnemanuel.Com

Jon Bentley Hyland
Texas Bar No. 24046131
jhyland@hilgersgraben.com
Grant K. Schmidt
Texas Bar No. 24084579
gschmidt@hilgersgraben.com
**HILGERS GRABEN PLLC**
7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Telephone: (972) 645-3097

*Attorneys for Defendants,*
*Samsung Electronics Co., Ltd. and*
*Samsung Electronics America, Inc.*

**CERTIFICATE OF CONFERENCE**

Counsel for Plaintiff and counsel for Defendants have complied with the meet and confer requirements of Local Rule CV-7(h). The parties agree in the filing of this Joint Notice and Stipulation Regarding Case Narrowing.

*/s/ Marc Fenster*
Marc Fenster

**CERTIFICATE OF SERVICE**

I certify that on November 1, 2024 counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/ Marc Fenster*
Marc Fenster