# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:23-cv-00103-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF KRISTOPHER DAVIS IN SUPPORT OF PLAINTIFF HEADWATER RESEARCH LLC'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF STANDING**

1. I, Kristopher Davis, declare as follows:

2. I am counsel for Headwater Research LLC ("Headwater") in the above-captioned action. I provide this declaration in support of Headwater's Response in Opposition to Defendants' Motion to Dismiss for Lack of Standing. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

3. Exhibits 1-14 listed in the Table of Exhibits of Headwater's Response were previously filed on October 25, 2024.

4. Attached as Exhibit 15 is a true and correct copy of an ItsOn presentation titled "Rewiring the Mobile Internet," dated October 23, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 4, 2024 at Los Angeles, California

By: /s/ *Kristopher Davis*
Kristopher Davis

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via email.

/s/ *Kristopher Davis*
Kristopher Davis