# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, *Plaintiff*, v. SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., *Defendants*. | Case No. 2:23-cv-00103-JRG-RSP **JURY TRIAL DEMANDED** |

**ORDER DENYING SAMSUNG'S MOTION TO DISMISS FOR LACK OF STANDING**

Before the Court is Samsung's Motion to Dismiss for Lack of Standing. Having considered the matter, and for good cause shown, the Court **DENIES** the Motion.