# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:23-CV-00103-RSP<br><br>**JURY TRIAL DEMANDED** |

**ORDER DENYING HEADWATER'S MOTION FOR SUMMARY JUDGMENT OF NO INVALIDITY BASED ON THE MOTOROLA E815**

Before the Court is Headwater Research LLC's Motion for Summary Judgment of No Invalidity Based on the Motorola E815 (the "Motion"). Having considered the matter, the Court **DENIES** the Motion.