# EXHIBIT 3



July 1, 2024

Fish & Richardson P.C.
1000 Maine Avenue, S.W.
Suite 1000
Washington, DC 20024

202 783 5070 main
202 783 2331 fax

<u>V<small>IA</small> E-<small>MAIL</small></u>

Thad Kodish
Principal
tkodish@fr.com
+1 404-724-2792 direct

Russ August & Kabat
12424 Wilshire Boulevard
12th Floor
Los Angeles, CA 90025
Phone: 310-826-7474

Parker Bunt & Ainsworth
100 E Ferguson
Suite 418
Tyler, TX 75702
Phone: 903-531-3535

Re:   *Headwater Research LLC v. Samsung Electronics Co., Ltd. et al.,* **Case No. 2:23-cv-00103 (E.D. Tex.)**

Dear Counsel:

Samsung Electronics Co., Ltd. ("**Samsung**") has filed petition for *inter partes* review (IPR) petition (IPR2024-00341) with the Patent Trial and Appeal Board (PTAB) to address the validity of claims 1-17, 19, 21-27, 29, and 30 of U.S. Patent No. 8,406,733 ("**the '733 Patent**").  The tables in attached Appendix A list all grounds, challenged claims, and references asserted in IPR2024-00341.

I write to inform you that Samsung hereby stipulates that, if the PTAB institutes IPR2024-00341, Samsung agrees not to pursue any grounds raised in the IPR, any grounds raised within Samsung's invalidity contentions that were raised or could have been raised in the IPR, or any grounds Samsung could have reasonably raised before the PTAB, in this district court litigation, or any parallel proceeding. *Sotera Wireless, Inc. v. Masimo Corp.*, Case IPR2020-01019, Paper 12 (PTAB Dec. 1, 2020). Samsung reserves the right to assert in the District Court proceedings prior art that is not eligible for PTAB consideration, e.g., the system art noted in Appendix B below and the system art identified in Samsung's invalidity contentions.[1] Samsung's reservation is consistent with a *Sotera* stipulation because the grounds listed in Appendix B are based on prior art that is ineligible for consideration before the PTAB, and that could not have been raised before the PTAB.

---

[1] Samsung notes that discovery in the District Court proceedings is currently ongoing and Samsung expects Google, Apple, Blackberry, OpenWave, Nokia, and Microsoft to produce additional materials and/or testimony relating to the system art listed in Appendix B below. For the avoidance of doubt, Samsung reserves the right to rely on such forthcoming productions in the District Court proceedings.

fr.com

1

SAMSUNG 1044
SAMSUNG V. HEADWATER
IPR2024-00341



Page 2

For the sake of clarity and to avoid any doubt, if the PTAB declines to institute IPR2024-00341, Samsung reserves the right to assert any grounds of invalidity in the District Court proceedings against the '733 Patent.

Sincerely,

Thad Kodish

Attorney for Samsung Electronics Co., Ltd.



Page 3

## Appendix A – Grounds and Prior Art References Used in IPR2024-00341

| Ground | Claim(s) | 35 U.S.C. §103 |
|---|---|---|
| 1 | 1-17, 19, 21-27, 29, 30 | TS-23.140 and Ogawa |

## List of References

| Reference Name | Details |
|---|---|
| TS-23.140 | 3GPP TS 23.140 v6.9.0 (2005-03); 3rd Generation Partnership Project; Technical Specification Group Terminals; Multimedia Messaging Service (MMS); Functional Description; Stage 2 |
| Ogawa | U.S. Pat. No. 8,195,961B2 |



Page 4

**Appendix B – System Art**

| |
|---|
| Devices and/or Servers supporting Amp'd Mobile system |
| Devices and/or Servers supporting Apple Push Notifications and/or the App Store |
| Devices and/or Servers supporting BlackBerry Mobile Data Service, App World, and/or other push services |
| Devices and/or Servers supporting D-BUS communication service |
| Android Devices and/or Servers supporting Google Messaging Delivery |
| Devices and/or Servers supporting MMS technology |
| Windows Mobile Devices and/or Servers supporting ActiveSync and/or Microsoft Direct Push technology |
| Devices and/or Servers supporting OpenWave push technology, including OpenWave Mobile Access Gateway |
| Devices and/or Servers supporting Nokia push technology |
| Devices and/or Servers supporting ProcessOne Push Platform |
| Devices and/or Servers supporting Wireless Access Protocol |