IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § <br> § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> SAMSUNG ELECTRONICS CO., LTD., § <br> and SAMSUNG ELECTRONICS § <br> AMERICA, INC., § <br> § <br> *Defendants*. § | CIVIL ACTION NO. 2:23-CV-00103-JRG-RSP |

# ORDER

Before the Court is Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.'s Unopposed Motion to Redact Portions of the Hearing Transcript (Dkt. No. 170). After consideration, and noting its unopposed nature, the Motion is **GRANTED.** It is

**ORDERED** that the hearing transcript at Dkt. No. 161 will be redacted to reflect the provided redacted version located at Dkt. No. 170-1.

**SIGNED** this 4th day of November, 2024.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE