# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, *Plaintiff*, v. SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., *Defendants*. | Case No. 2:23-cv-00103-JRG-RSP **JURY TRIAL DEMANDED** |

**DECLARATION OF MARC FENSTER IN SUPPORT OF PLAINTIFF HEADWATER RESEARCH LLC'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF NO INVALIDITY BASED ON THE MOTOROLA E815**

1. I, Marc Fenster, declare as follows:

2. I am counsel for Headwater Research LLC ("Headwater") in the above-captioned action. I provide this declaration in support of Headwater's Reply In Support of Its Motion for Summary Judgment of No Invalidity Based on the Motorola E815. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

3. Attached as Exhibit 1 is a true and correct copy of excerpts from the Rebuttal Expert Report of Erik de la Iglesia, dated October 14, 2024.

4. Attached as Exhibit 2 is a true and correct copy of Samsung's Petition for Inter Partes Review of U.S. Patent No. 8,406,733 in IPR2024-00341, Paper 4, dated January 23, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 12, 2024 at Los Angeles, California

By: */s/ Marc Fenster*
Marc Fenster

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via email.

*/s/ Marc Fenster*
Marc Fenster
