# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § § § *Plaintiff*, § § v. § CIVIL ACTION NO. 2:23-CV-00103-JRG-RSP § SAMSUNG ELECTRONICS CO., LTD., § and SAMSUNG ELECTRONICS § AMERICA, INC., § § § *Defendants*. § | |

## ORDER

Before the Court are two motions for leave to supplement expert reports. Plaintiff Headwater Research LLC's Motion to Supplement the expert reports of Mr. de la Iglesia and Mr. Dell. **Dkt. No. 194.** And the Samsung Defendants' Motion to Supplement the Expert Reports of Dr. Foster and Dr. Perryman. **Dkt. No. 241.**

Samsung represents that it does not oppose Headwater's Motion so long as it is given leave to serve responsive expert reports. **Dkt. No. 239.** Accordingly, Headwater's Motion is **GRANTED**.

Samsung requests leave to serve supplemental rebuttal expert reports in response to "(1) Headwater's service of supplemental opening reports and (2) Mr. de la Iglesia's claim construction opinion first disclosed during his deposition on October 30, 2024." Dkt. No. 241 at 1. Samsung represents that Headwater does not object to the first supplementation but objects to the second. *Id.* Accordingly, Samsung's Motion is **GRANTED** as to the first basis. The Court will defer ruling on the second basis until Headwater files its opposition, if any.

Therefore, it is **ORDERED** that Headwater has leave to supplement its expert reports.

It is **FURTHER ORDERED** that Samsung has leave to supplement its expert reports in rebuttal to Headwater's supplementations.

It is **FINALLY ORDERED** that Headwater file any opposition to Samsung's second basis for supplementation by November 26, 2024 at Noon.

**SIGNED this 20th day of November, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE