# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:23-CV-00103-JRG-RSP |

## DEFENDANTS' RESPONSE TO PLAINTIFF HEADWATER'S
## MOTION FOR LEAVE TO SUPPLEMENT EXPERT REPORTS BASED ON NEWLY
## PRODUCED INFORMATION
## (DKT. NO. 194)

Provided that Samsung is given leave to serve responsive expert reports, Samsung does not oppose Headwater's Motion for Leave to Supplement Its Expert Reports as set forth in Docket No. 194-1 (Mr. de la Iglesia's supplemental report) and Docket No. 194-2 (Mr. Dell's supplement report). Samsung has provided Headwater with copies of its experts' responses to those supplements. On November 6, 2024, before Dr. Foster's deposition began, Samsung shared Dr. Foster's response with Headwater. Ex. 1 (Foster Supp. Rpt.) ¶¶ 1-9, 12-27, 35-45.[1] Similarly, on November 15, Samsung shared Dr. Perryman's response. Ex. 2 (Perryman Supp. Rpt.) ¶¶ 1-11, 16.[2]

As detailed in earlier motion to compel briefing, Headwater chose to delay its pursuit of certain discovery and its motions to compel until the eleventh hour of fact discovery. Dkt. Nos. 145, 157. Headwater's delay resulted in Samsung producing the discovery that forms the basis for Headwater's supplemental reports after the service of opening reports, and in part, after the service of rebuttal reports. Dkt. 174 at 2. Samsung does not oppose that Headwater be allowed to supplement its opening reports to address that discovery, provided Samsung is allowed to respond in kind. It would be unfair to prevent Samsung from responding to Headwater's supplements, especially given that Headwater's delay in pursuing discovery created the need for these supplements.

---

[1] The remaining portions of Dr. Foster's supplemental report address claim construction opinions that Mr. de la Iglesia first disclosed during his deposition on October 30, 2024, after service of Dr. Foster opening and rebuttal expert reports.

[2] The remaining portions of Dr. Perryman's supplemental report relate to the sections of Dr. Foster's supplemental report that address the claim construction opinions that Mr. de la Iglesia first disclosed during his deposition.

Dated: November 18, 2024           Respectfully submitted,

                                              By:   */s/ Katherine D. Prescott*
                                                     Ruffin B. Cordell
                                                     TX Bar No. 04820550
                                                   Michael J. McKeon
                                                   DC Bar No. 459780
                                                   mckeon@fr.com
                                                   Jared Hartzman
                                                   DC Bar No. 1034255
                                                   hartzman@fr.com
                                                   **FISH & RICHARDSON P.C.**
                                                   1000 Maine Avenue, SW, Ste 1000
                                                   Washington, D.C. 20024
                                                   Telephone: (202) 783-5070
                                                   Facsimile: (202) 783-2331

                                                   Thad C. Kodish
                                                   GA Bar No. 427603
                                                   tkodish@fr.com
                                                   Benjamin K. Thompson
                                                   GA Bar No. 633211
                                                   bthompson@fr.com
                                                   Jonathan B. Bright
                                                   GA Bar No. 256953
                                                   jbright@fr.com
                                                   Christopher O. Green
                                                   GA Bar No. 037617
                                                   cgreen@fr.com
                                                   Noah C. Graubart
                                                   GA Bar No. 141862
                                                   graubart@fr.com
                                                   Sara C. Fish
                                                   GA Bar No. 873853
                                                   sfish@fr.com
                                                   Nicholas A. Gallo
                                                   GA Bar No. 546590
                                                   gallo@fr.com
                                                   Vivian C. Keller (admitted *pro hac vice*)
                                                   GA Bar No. 651500
                                                   keller@fr.com
                                                   **FISH & RICHARDSON P.C.**

1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

Leonard E. Davis
TX Bar No. 05521600
ldavis@fr.com
Andria Rae Crisler
TX Bar No. 24093792
crisler@fr.com
Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214)747-5070
Facsimile: (214) 747-2091

John-Paul R. Fryckman (*pro hac vice*)
CA Bar No. 317591
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Katherine D. Prescott (*pro hac vice*)
CA Bar No. 215496
prescott@fr.com
**FISH & RICHARDSON P.C.**
500 Arguello Street
Suite 400
Redwood City, CA 94063
Telephone: (650) 839-5180
Facsimile: (650) 839-5071

Kyle J. Fleming (*pro hac vice*)
NY Bar No. 5855499
kfleming@fr.com
**FISH & RICHARDSON P.C.**
7 Times Square, 20th Floor,
New York, NY 10036
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

Melissa R. Smith
State Bar No. 24001351
Melissa@gillamsmithlaw.com
Harry Lee Gillam , Jr
gil@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Shaun W. Hassett
State Bar No. 24074372
shaunhassett@potterminton.com
**POTTER MINTON, P.C.**
102 N. College Ave., Suite 900
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

Lance Lin Yang
Lanceyang@quinnemanuel.com
Kevin (Gyushik) Jang
CA Bar No. 337747
kevinjang@quinnemanuel.com
Sean S. Pak
CA Bar No. 219032
seanpak@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP – LA**
Los Angeles, CA 90017 USA
Tel: (213) 443-3000
Fax: (213) 443-3100

Brady Huynh (admitted *pro hac vice*)
CA Bar No. 339441
bradyhuynh@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Jon Bentley Hyland
Texas Bar No. 24046131
jhyland@hilgersgraben.com
Grant K. Schmidt
Texas Bar No. 24084579
gschmidt@hilgersgraben.com
**HILGERS GRABEN PLLC**
7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Telephone: (972) 645-3097

**ATTORNEYS FOR DEFENDANTS
SAMSUNG ELECTRONICS CO., LTD. AND
SAMSUNG ELECTRONICS AMERICA, INC.**

██████████

████████████████████████████████

████████████████████████████████████████████

██████████████

████████████████    ██████████
██████████████

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on November 18, 2024.  As of this date, all counsel of record had consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).


*/s/ Katherine D. Prescott*
Katherine D. Prescott