# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00103-JRG-RSP |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the Joint Motion to Amend Docket Control Order filed by Plaintiff Headwater Research LLC, and Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. **Dkt. No. 281.** The Parties request a brief extension of the deadline to file the Joint Proposed Jury Instructions and Joint Proposed Verdict Form. After consideration, and noting its joint nature, the Motion is **GRANTED.**

It is **ORDERED** that the Parties' deadline to file the Joint Proposed Jury Instructions and Joint Proposed Verdict Form is extended to December 6, 2024.

**SIGNED this 5th day of December, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE