UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:23-cv-00103-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## JOINT NOTICE REGARDING AGREEMENTS

Pursuant to the Third Amended Docket Control Order, Plaintiff Headwater Research LLC ("Headwater") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") file this Joint Notice Regarding Agreements:

1. To resolve Samsung's MIL No. 5 in part, Headwater or its witnesses will not make any reference to Google antitrust litigation or investigations.

2. To resolve the parties' dispute regarding the timing of certain deadlines relating to opening argument demonstratives (*see, e.g.*, Dkt. 280 ("JPTO") at 20), the parties agree to the following deadlines subject to approval by the Court: Demonstratives for opening arguments shall be exchanged by 2:00 p.m. CT the day before opening; each party shall provide objections by 5:00 p.m. CT and shall meet-and-confer on any objections at 6:00 p.m. CT. The parties shall submit any outstanding disputes to the Court by 8:00 p.m. CT that same day, unless the Court instructs otherwise. A party may not show deposition testimony of its own employees or witnesses during opening statements.

3. The parties are continuing to discuss potential resolution of Headwater's MIL No. 1 and Samsung's MIL No. 1, and will update the Court if further agreements are reached.

Dated: December 11, 2024                                       Respectfully submitted,

By: */s/ Marc Fenster*                                         By: */s/ Melissa R. Smith*

    Marc Fenster                                             Ruffin B. Cordell
    CA State Bar No. 181067                                  TX Bar No. 04820550
    Reza Mirzaie                                             Michael J. McKeon
    CA State Bar No. 246953                                  DC Bar No. 459780
    Brian Ledahl                                             mckeon@fr.com
    CA State Bar No. 186579                                  Jared Hartzman (*pro hac vice* forthcoming)
    Ben Wang                                                 DC Bar No. 1034255
    CA State Bar No. 228712                                  hartzman@fr.com
    Adam Hoffman                                             **FISH & RICHARDSON P.C.**
    CA State Bar No. 218740                                  1000 Maine Avenue, SW, Ste 1000
    Paul Kroeger                                             Washington, D.C. 20024
    CA State Bar No. 229074                                  Telephone: (202) 783-5070
    Neil A. Rubin                                            Facsimile: (202) 783-2331
    CA State Bar No. 250761
    Kristopher Davis                                         Thad C. Kodish
    CA State Bar No. 329627                                  GA Bar No. 427603
    James S. Tsuei                                           tkodish@fr.com
    CA State Bar No. 285530                                  Benjamin K. Thompson
    Philip Wang                                              GA Bar No. 633211
    CA State Bar No. 262239                                  bthompson@fr.com
    Amy Hayden                                               Jonathan B. Bright
    CA State Bar No. 287026                                  GA Bar No. 256953
    Dale Chang                                               jbright@fr.com
    CA State Bar No. 248657                                  Nicholas A. Gallo
    James Milkey                                             GA Bar No. 546590
    CA State Bar No. 281283                                  gallo@fr.com
    Jason M. Wietholter                                      Steffen Lake (*pro hac vice forthcoming*)
    CA State Bar No. 337139                                  GA Bar No. 512272
    James Pickens                                            lake@fr.com
    CA State Bar No. 307474                                  Vivian C. Keller (admitted *pro hac vice*)
    Qi (Peter) Tong                                          GA Bar No. 651500
    TX State Bar No. 24119042                                keller@fr.com
    **RUSS AUGUST & KABAT**                                  Noah C. Graubart
    12424 Wilshire Blvd. 12th Floor                          GA Bar No. 141862
    Los Angeles, CA 90025                                    graubart@fr.com
    Telephone: 310-826-7474                                  Sara C. Fish

rak_headwater@raklaw.com

Andrea L. Fair
TX State Bar No. 24078488
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com
*Attorneys for Plaintiff,*
*Headwater Research LLC*

GA Bar No. 873853
sfish@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

Leonard E. Davis
TX Bar No. 05521600
ldavid@fr.com
Andria Rae Crisler
TX Bar No. 24093792
crisler@fr.com
Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
**FISH & RICHARDSON P.C**.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214)747-5070
Facsimile: (214) 747-2091

John-Paul R. Fryckman (*pro hac vice*)
CA Bar No. 317591
John W. Thornburgh
CA Bar No. 154627
thornburgh@fr.com
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Katherine D. Prescott (*pro hac vice*)
CA Bar No. 215496
prescott@fr.com
**FISH & RICHARDSON P.C.**
500 Arguello Street
Suite 400
Redwood City, CA 94063
Telephone: (650) 839-5180
Facsimile: (650) 839-5071

Kyle J. Fleming (*pro hac vice*)
NY Bar No. 5855499
kfleming@fr.com

**FISH & RICHARDSON P.C.**
7 Times Square, 20th Floor,
New York, NY 10036
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

Melissa R. Smith
State Bar No. 24001351
Melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Shaun W. Hassett
State Bar No. 24074372
shaunhassett@potterminton.com
**POTTER MINTON, P.C**.
102 N. College Ave., Suite 900
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

Lance Lin Yang
**QUINN EMANUEL URQUHART & SULLIVAN, LLP - LA**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017 USA
213/443-3000 Fax: 213/443-3100
Lanceyang@quinnemanuel.Com

Jon Bentley Hyland
Texas Bar No. 24046131
jhyland@hilgersgraben.com
Grant K. Schmidt
Texas Bar No. 24084579
gschmidt@hilgersgraben.com
**HILGERS GRABEN PLLC**
7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Telephone: (972) 645-3097

*Attorneys for Defendants,*
*Samsung Electronics Co., Ltd. and*
*Samsung Electronics America, Inc.*

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff and counsel for Defendants have complied with the meet and confer requirements of Local Rule CV-7(h). The parties agree in the filing of this Joint Notice Regarding Agreements.

*/s/ Marc Fenster*
Marc Fenster

## CERTIFICATE OF SERVICE

I certify that on December 11, 2024 counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/ Marc Fenster*
Marc Fenster
