IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC. § § § | |
| v. § | CASE NO. 2:23-cv-00103-JRG-RSP |
| § § § | |
| SAMSUNG ELECTRONICS CO., § LTD. et al | |

## REPORT OF MEDIATION

The above-captioned case was mediated in person by David Folsom on Friday, December 6, 2024, between Plaintiff and Defendants. The mediation session was suspended but the mediator will continue to work with the parties in an effort to reach a settlement.

Signed this Thursday, December 12, 2024.

/s/ David Folsom
David Folsom
David@FolsomADR.com
TELPHONE: 903 277 7303
6002-B Summerfield Drive
Texarkana, Texas  75503
FORM - Mediation Report-28051497 2

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this Wednesday, December 12, 2024.. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

/s/ David Folsom
David Folsom