**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:23-CV-00103-JRG-RSP<br><br>JURY TRIAL DEMANDED |

### SAMSUNG'S NOTICE PURSUANT TO 35 U.S.C. § 282

Pursuant to 35 U.S.C. § 282, Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung"), provide notice that in the trial of the above-captioned matters, Samsung may rely on one or more of the prior art references identified in this Notice, either alone or in combination.

Samsung has already provided notice to Plaintiff Headwater Research LLC ("Headwater") of the identity of certain publications, patents, and persons within the ambit of § 282 through the pleadings and correspondence in this case, including, but not limited to, invalidity contentions, expert witness reports, testimony, responses to interrogatories, disclosures under Rule 26, the Discovery Order, and the Local Patent Rules, and material disclosed in trial exhibit lists. Samsung expressly incorporates herein by reference all of the publications, patents, and specification of persons within the ambit of § 282 previously cited in these pleadings, testimony, expert reports, correspondence and other materials. To be clear, Samsung expressly discloses its intent to rely on any and all prior art patents, publications, and/or systems disclosed in Samsung's Opening Expert Report on Invalidity. Samsung also reserves the right to rely on any description of the prior art

within the specifications of the asserted patents or items of prior art cited on their face.  Samsung

reserves the right to amend and/or supplement this Notice to add items to this statement that were

inadvertently omitted.  In addition to each of the following identified prior art references, Samsung

may rely on the applicant's admitted prior art for each of the Asserted Patents.

## I.    Prior Art to Asserted 8,406,733

### A.    U.S. Patents

| Number | Filing Date | Issue Date | Named Inventors | Original Assignees |
|---|---|---|---|---|
| 8,195,961 (SAMSUNG_PRIOR ART2_0004686) | January 9, 2009 | June 5, 2012 | Keiko Ogawa | - |

### B.    Patent Application Publications

| Number | Filing Date | Publication Date | Named Inventors |
|---|---|---|---|
| US 2007/0011736 (SAMSUNG_PRIORART2_0003903) | July 8, 2005 | January 11, 2007 | Jeff Kalibjian; et al. |
| US 2007/0214245 (SAMSUNG_PRIORART2_0004086) | March 7, 2006 | September 13, 2007 | Mikko Hämäläinen; Timo Helander |
| WO 2006/077283 (SAMSUNG_PRIORART2_0004797) | January 20, 2005 | July 27, 2006 | Paul Houghton; Pekka Rehtijarvi |
| WO 2008/048075 (SAMSUNG_PRIORART2_0004853) | October 19, 2006 | April 24, 2008 | Changseok Lee |

### C.    Non-Patent Publications

| Title | Publication Date | Page Nos. |
|---|---|---|
| "Android SDK update: m5-rc15 released," available at https://android-developers.googleblog.com/2008/03/android-sdk-update-m5-rc15-released.html (SAM-HW-2_00364485) | March 3, 2008 | All |
| 3GPP TS 23.140 V6.9.0 ("TS-23.140"), titled "Technical Specification Group Services and System Aspects; Multimedia Messaging Service (MMS); Functional Description; Stage 2 (Release 6)" (SAMSUNG_PRIORART2_0000902) | March 2005 | All |
| A brief history of Buzz, By Todd Hansen (GOOG-HEADWATER-00001803) | - | All |

| Title | Publication Date | Page Nos. |
|---|---|---|
| A Brief History of FCM (GOOG-HEADWATER-00001767) | December 2021 | All |
| A first hand look at building an Android application, https://www.youtube.com/web/20071208011550/http://www.youtube.com/watch?v=I6ObTqIiYfE&feature=user# (SAMSUNG_PRIORART2_0007450) | December 8, 2007 | All |
| An Overview of XMPP, https://xmpp.org/about/technology-overview/ (SAM-HW-2_00364174) | - | All |
| Android - An Open Handset Alliance Project, archived at https://web.archive.org/web/20071127104310/http://code.google.com/android/index.html (part of SAM-HW-2_00215337) | November 27, 2007 | All |
| Android -An Open Handset Alliance Project, https://web.archive.org/web/20071114114445/http://code.google.com/android/download.html (part of SAM-HW-2_00215337) | November 14, 2007 | All |
| Android at 15: Everything the T-Mobile G1 had that your phone doesn't, https://www.androidpolice.com/t-mobile-g1-15-years-later/#expandable-storage (SAM-HW-2_00362707) | - | All |
| Android Cloud to Device Messaging Framework Developers Page, https://developers.google.com/android/c2dm/, archived at https://web.archive.org/web/20121004073640/https://developers.google.com/android/c2dm/ (part of SAM-HW-2_00215337) | October 4, 2012 | All |
| Android Demo, available at https://www.youtube.com/watch?v=1FJHYqE0RDg&ab_channel=AndroidDevelopers (SAM-HW-2_00215378) | November 11, 2007 | All |
| Case Studies About Microsoft Exchange Server 2007 https://web.archive.org/web/20070904082525/http://www.microsoft.com/exchange/evaluation/casestudies/default.mspx (part of SAM-HW-2_00362617) | September 4, 2007 | All |
| changes.html (SAM-HW-2_00215497) | - | All |
| com.google.android.xmppService, archived at https://web.archive.org/web/20071128120141/http://code.google.com/android/reference/com/google/android/xmppService/package-summary.html (part of SAM-HW-2_00215337) | November 28, 2007 | All |
| Debajit Ghosh, Building Push Applications for Android (SAMSUNG_PRIORART2_0007087) | May 20, 2010 | All |
| Download the Android SDK, https://googleandroidblog.blogspot.com/2007/11/download-android-sdk.html (SAMSUNG_PRIORART2_0007312) | November 16, 2007 | All |
| Extensible Messaging and Presence Protocol (XMPP): Instant Messaging and Presence (SAMSUNG_PRIORART2_0001732) | October 2004 | All |

| Title | Publication Date | Page Nos. |
|---|---|---|
| Google APIs and Services in Android, archived at https://web.archive.org/web/20071203160805/http://code.google.com/android/toolbox/google-apis.html (part of SAM-HW-2_00215337) | December 3, 2007 | All |
| How to Buy Exchange Server 2007 https://web.archive.org/web/20070904031559/http://www.microsoft.com/exchange/howtobuy/default.mspx (part of SAM-HW-2_00362617) | September 4, 2007 | All |
| HTC Mogul, https://web.archive.org/web/20071022210823/https://www.mobiletechreview.com/phones/HTC-Mogul.htm (part of SAM-HW-2_00362617) | October 22, 2007 | All |
| https://android-developers.googleblog.com/2007/11/posted-by-jason-chen-android-advocate.html (SAM-HW-2_00364486) | November 12, 2007 | All |
| https://aws.amazon.com/what-is/ssl-certificate/ | - | All |
| https://beta.computer-networking.info/syllabus/default/protocols/tls.html | - | All |
| https://web.archive.org/web/20070901221757/http://www.microsoft.com/exchange/default.mspx (part of SAM-HW-2_00362617) | September 1, 2007 | All |
| https://web.archive.org/web/20080430034249/http://www.microsoft.com/windowsmobile/6/default.mspx?WT.mc_ID=wmhome_WM6 (part of SAM-HW-2_00362617) | April 30, 2008 | All |
| https://xmpp.org/rfcs/rfc3920.html (SAM-HW-2_00364651) | October 2004 | All |
| Jabber Software Foundation Publishes Open VoIP and Multimedia Protocols (SAMSUNG_PRIORART2_0007081) | December 15, 2005 | All |
| Motorola E815 for Verizon Review, MobileTechReview ("E815 Review"), available at https://www.mobiletechreview.com/phones/motorola-e815.htm, archived at https://web.archive.org/web/20051219084719/https://www.mobiletechreview.com/phones/motorola-e815.htm (SAMSUNG_PRIORART2_0007516) | December 14, 2005 | All |
| Open Mobile Alliance; Multimedia Messaging Service Architecture Overview (MMSARCH) specification, available at https://www.openmobilealliance.org/release/MMS/V1_2-20030923-C/OMA-MMS-ARCH-V1_2-20030920-C.pdf (SAM-HW-2_00364554) | September 20, 2003 | All |
| OpenWave MAG 6.1 – Technical Product Description (OPENWAVE00000104) | June 2002 | All |
| OpenWave MAG v. 6.1 Technical Overview (OPENWAVE00000008) | 2003 | All |

| Title | Publication Date | Page Nos. |
|---|---|---|
| Openwave® Mobile Access Gateway 6, https://web.archive.org/web/20050524182804/http://www.openwave.com/docs/products/mag/DS_MAG6_0203.pdf (part of SAM-HW-2_00362617) | May 24, 2005 | All |
| Openwave® Mobile Access Gateway, https://web.archive.org/web/20050305051806/http://www.openwave.com/us/products/operator_products/mobile_access_gateway/index.htm (part of SAM-HW-2_00362617) | March 5, 2005 | All |
| Photos: T-Mobile G1 unveiled, https://www.cnet.com/pictures/photos-t-mobile-g1-unveiled/ (SAMSUNG_PRIORART2_0007378) | September 23, 2008 | All |
| Release Notes for Older SDK Versions, https://developer.android.com/sdk/OLD_RELEASENOTES#0.9_beta (SAM-HW-2_00364429) | - | All |
| Ron Amadeo, A decade and a half of instability: The history of Google messaging apps, Ars Technica, available at https://arstechnica.com/gadgets/2021/08/a-decade-and-a-half-of-instability-the-history-of-google-messaging-apps/2/#h2 (SAM-HW-2_00362686) | August 25, 2021 | All |
| Ron Amadeo, The (updated) History of Android, Ars Technica, available at https://arstechnica.com/gadgets/2016/10/building-android-a-40000-word-history-of-googles-mobile-os/6/#1.0 (SAMSUNG_PRIORART2_0007406) | October 31, 2016 | All |
| Samsung C6620, GSMArena, available at https://www.gsmarena.com/samsung_c6620-2575.php, archived at https://web.archive.org/web/20081107043313/https://www.gsmarena.com/samsung_c6620-2575.php (part of SAM-HW-2_00362617) | November 7, 2008 | All |
| SDK Archives, https://developer.android.com/sdk/older_releases.html (SAMSUNG_PRIORART2_0007388) | September 2009 | All |
| SDK Release Notes, https://developer.android.com/sdk/RELEASENOTES#other-notes_2 (T-Mobile G1 Compatibility for Android 1.0 SDK) (SAM-HW-2_00364071) | - | All |
| Security Engineering by Ross Anderson (2nd Ed.) (SAMSUNG_PRIORART2_0001121) | 2008 | All |
| Technical Architecture of Exchange Server 2007 (SAMSUNG_PRIORART2_0006395) | May 2007 | All |
| The SSL Protocol Version 3.0, https://datatracker.ietf.org/doc/html/draft-ietf-tls-ssl-version3-00 (SAMSUNG_PRIORART2_0007247) | November 18, 1996 | All |

| Title | Publication Date | Page Nos. |
|---|---|---|
| The TLS Protocol Version 1.0, https://datatracker.ietf.org/doc/html/rfc2246 (SAMSUNG_PRIORART2_0002955) | January 1999 | All |
| T-Mobile Unveils the T-Mobile G1 — the First Phone Powered by Android, available at https://www.t-mobile.com/news/press/t-mobile-unveils-the-t-mobile-g1-the-first-phone-powered-by | September 22, 2008 | All |
| Transporting data between wireless applications using a messaging system—MMS, Miraj E Mostafa, Wireless Communications and Mobile Computing | 2007 | All |
| Vinton G. Cerf; Robert E. Kahn, "A Protocol for Packet Network Intercommunication," IEEE Transactions on Communications 22 (5): 637–648 | May 1974 | All |
| WAP Forum Specifications, https://web.archive.org/web/19991112030608/https://www.wapforum.org/what/technical.htm | November 12, 1999 | All |
| WAP Forum Specifications, https://web.archive.org/web/20000301092114/http://www.wapforum.org:80/what/technical.htm | March 3, 2001 | All |
| WAP Push Architectural Overview, Version 08-Nov-1999 ("WAP Architectural Overview") | November 8, 1999 | All |
| WAP Push Message, Version 16-August-1999 ("WAP Push Message Specification") | August 16, 1999 | All |
| Welcome to Android, archived at https://web.archive.org/web/20071126222919/http://code.google.com/android/documentation.html (part of SAM-HW-2_00215337) | November 26, 2007 | All |
| What is Android?, archived at https://web.archive.org/web/20071127134521/http://code.google.com/android/what-is-android.html (SAM-HW-2_00215381) | November 27, 2007 | All |
| Windows Mobile 6.0 (SAMSUNG_PRIORART2_0000706) | February 2007 | All |

**D.**    **Prior Art Systems and Inventions Known or Used by Others**

| Title/Description | Date of First Use/ Knowledge | Page Numbers |
|---|---|---|
| GTalkService including source code produced by Google | 2007 | All |
| Cloud to Device Messaging (C2DM) | 2007 | All |
| Google Cloud Messaging (GCM) | 2007 | All |
| Motorola E815 including MMS | 2005 | All |
| Microsoft Exchange ActiveSync (EAS) including source code produced by Microsoft | 2007 | All |

### E. Persons Who May Be Relied Upon

| Prior Art System / Invention Known or Used by Others | Name |
| --- | --- |
| GTalkService | Todd Hansen |
| T-Mobile G1 as exemplary Android device operating GTalkService | Hannah Sifuentes |

## II. Prior Art to Asserted 9,198,117

### A. U.S. Patents

| Number | Filing Date | Issue Date | Named Inventors | Original Assignees |
| --- | --- | --- | --- | --- |
| 8,195,961 (SAMSUNG_PRIOR ART2_0004686) | January 9, 2009 | June 5, 2012 | Keiko Ogawa | - |

### B. Patent Application Publications

| Number | Filing Date | Publication Date | Named Inventors |
| --- | --- | --- | --- |
| US 2007/0011736 (SAMSUNG_PRIORART2_0003903) | July 8, 2005 | January 11, 2007 | Jeff Kalibjian; et al. |
| US 2007/0214245 (SAMSUNG_PRIORART2_0004086) | March 7, 2006 | September 13, 2007 | Mikko Hämäläinen; Timo Helander |
| WO 2006/077283 (SAMSUNG_PRIORART2_0004797) | January 20, 2005 | July 27, 2006 | Paul Houghton; Pekka Rehtijarvi |
| WO 2008/048075 (SAMSUNG_PRIORART2_0004853) | October 19, 2006 | April 24, 2008 | Changseok Lee |

### C. Non-Patent Publications

| Title | Publication Date | Page Nos. |
| --- | --- | --- |
| "Android SDK update: m5-rc15 released," available at https://android-developers.googleblog.com/2008/03/android-sdk-update-m5-rc15-released.html (SAM-HW-2_00364485) | March 3, 2008 | All |
| 3GPP TS 23.140 V6.9.0 ("TS-23.140"), titled "Technical Specification Group Services and System Aspects; Multimedia Messaging Service (MMS); Functional Description; Stage 2 (Release 6)" (SAMSUNG_PRIORART2_0000902) | March 2005 | All |

| Title | Publication Date | Page Nos. |
|---|---|---|
| A brief history of Buzz, By Todd Hansen (GOOG-HEADWATER-00001803) | - | All |
| A Brief History of FCM (GOOG-HEADWATER-00001767) | December 2021 | All |
| A first hand look at building an Android application, https://web.archive.org/web/20071208011550/http://www.youtube.com/watch?v=I6ObTqIiYfE&feature=user# (SAMSUNG_PRIORART2_0007450) | December 8, 2007 | All |
| An Overview of XMPP, https://xmpp.org/about/technology-overview/ (SAM-HW-2_00364174) | - | All |
| Android - An Open Handset Alliance Project, archived at https://web.archive.org/web/20071127104310/http://code.google.com/android/index.html (part of SAM-HW-2_00215337) | November 27, 2007 | All |
| Android -An Open Handset Alliance Project, https://web.archive.org/web/20071114114445/http://code.google.com/android/download.html (part of SAM-HW-2_00215337) | November 14, 2007 | All |
| Android at 15: Everything the T-Mobile G1 had that your phone doesn't, https://www.androidpolice.com/t-mobile-g1-15-years-later/#expandable-storage (SAM-HW-2_00362707) | - | All |
| Android Cloud to Device Messaging Framework Developers Page, https://developers.google.com/android/c2dm/, archived at https://web.archive.org/web/20121004073640/https://developers.google.com/android/c2dm/ (part of SAM-HW-2_00215337) | October 4, 2012 | All |
| Android Demo, available at https://www.youtube.com/watch?v=1FJHYqE0RDg&ab_channel=AndroidDevelopers (SAM-HW-2_00215378) | November 11, 2007 | All |
| Case Studies About Microsoft Exchange Server 2007 https://web.archive.org/web/20070904082525/http://www.microsoft.com/exchange/evaluation/casestudies/default.mspx (part of SAM-HW-2_00362617) | September 4, 2007 | All |
| changes.html (SAM-HW-2_00215497) | - | All |
| com.google.android.xmppService, archived at https://web.archive.org/web/20071128120141/http://code.google.com/android/reference/com/google/android/xmppService/package-summary.html (part of SAM-HW-2_00215337) | November 28, 2007 | All |
| Debajit Ghosh, Building Push Applications for Android (SAMSUNG_PRIORART2_0007087) | May 20, 2010 | All |
| Download the Android SDK, https://googleandroidblog.blogspot.com/2007/11/download-android-sdk.html (SAMSUNG_PRIORART2_0007312) | November 16, 2007 | All |

| Title | Publication Date | Page Nos. |
|---|---|---|
| Extensible Messaging and Presence Protocol (XMPP): Instant Messaging and Presence (SAMSUNG_PRIORART2_0001732) | October 2004 | All |
| Google APIs and Services in Android, archived at https://web.archive.org/web/20071203160805/http://code.google.com/android/toolbox/google-apis.html (part of SAM-HW-2_00215337) | December 3, 2007 | All |
| How to Buy Exchange Server 2007 https://web.archive.org/web/20070904031559/http://www.microsoft.com/exchange/howtobuy/default.mspx (part of SAM-HW-2_00362617) | September 4, 2007 | All |
| HTC Mogul, https://web.archive.org/web/20071022210823/https://www.mobiletechreview.com/phones/HTC-Mogul.htm (part of SAM-HW-2_00362617) | October 22, 2007 | All |
| https://android-developers.googleblog.com/2007/11/posted-by-jason-chen-android-advocate.html (SAM-HW-2_00364486) | November 12, 2007 | All |
| https://aws.amazon.com/what-is/ssl-certificate/ | - | All |
| https://beta.computer-networking.info/syllabus/default/protocols/tls.html | - | All |
| https://web.archive.org/web/20070901221757/http://www.microsoft.com/exchange/default.mspx (part of SAM-HW-2_00362617) | September 1, 2007 | All |
| https://web.archive.org/web/20080430034249/http://www.microsoft.com/windowsmobile/6/default.mspx?WT.mc_ID=wmhome_WM6 (part of SAM-HW-2_00362617) | April 30, 2008 | All |
| https://xmpp.org/rfcs/rfc3920.html (SAM-HW-2_00364651) | October 2004 | All |
| Jabber Software Foundation Publishes Open VoIP and Multimedia Protocols (SAMSUNG_PRIORART2_0007081) | December 15, 2005 | All |
| Motorola E815 for Verizon Review, MobileTechReview ("E815 Review"), available at https://www.mobiletechreview.com/phones/motorola-e815.htm, archived at https://web.archive.org/web/20051219084719/https://www.mobiletechreview.com/phones/motorola-e815.htm (SAMSUNG_PRIORART2_0007516) | December 14, 2005 | All |
| Open Mobile Alliance; Multimedia Messaging Service Architecture Overview (MMSARCH) specification, available at https://www.openmobilealliance.org/release/MMS/V1_2-20030923-C/OMA-MMS-ARCH-V1_2-20030920-C.pdf (SAM-HW-2_00364554) | September 20, 2003 | All |
| OpenWave MAG 6.1 – Technical Product Description (OPENWAVE00000104) | June 2002 | All |

| Title | Publication Date | Page Nos. |
|---|---|---|
| OpenWave MAG v. 6.1 Technical Overview (OPENWAVE00000008) | 2003 | All |
| Openwave® Mobile Access Gateway 6, https://web.archive.org/web/20050524182804/http://www.openwave.com/docs/products/mag/DS_MAG6_0203.pdf (part of SAM-HW-2_00362617) | May 24, 2005 | All |
| Openwave® Mobile Access Gateway, https://web.archive.org/web/20050305051806/http://www.openwave.com/us/products/operator_products/mobile_access_gateway/index.htm (part of SAM-HW-2_00362617) | March 5, 2005 | All |
| Photos: T-Mobile G1 unveiled, https://www.cnet.com/pictures/photos-t-mobile-g1-unveiled/ (SAMSUNG_PRIORART2_0007378) | September 23, 2008 | All |
| Release Notes for Older SDK Versions, https://developer.android.com/sdk/OLD_RELEASENOTES#0.9_beta (SAM-HW-2_00364429) | - | All |
| Ron Amadeo, A decade and a half of instability: The history of Google messaging apps, Ars Technica, available at https://arstechnica.com/gadgets/2021/08/a-decade-and-a-half-of-instability-the-history-of-google-messaging-apps/2/#h2 (SAM-HW-2_00362686) | August 25, 2021 | All |
| Ron Amadeo, The (updated) History of Android, Ars Technica, available at https://arstechnica.com/gadgets/2016/10/building-android-a-40000-word-history-of-googles-mobile-os/6/#1.0 (SAMSUNG_PRIORART2_0007406) | October 31, 2016 | All |
| Samsung C6620, GSMArena, available at https://www.gsmarena.com/samsung_c6620-2575.php, archived at https://web.archive.org/web/20081107043313/https://www.gsmarena.com/samsung_c6620-2575.php (part of SAM-HW-2_00362617) | November 7, 2008 | All |
| SDK Archives, https://developer.android.com/sdk/older_releases.html (SAMSUNG_PRIORART2_0007388) | September 2009 | All |
| SDK Release Notes, https://developer.android.com/sdk/RELEASENOTES#other-notes_2 (T-Mobile G1 Compatibility for Android 1.0 SDK) (SAM-HW-2_00364071) | - | All |
| Security Engineering by Ross Anderson (2nd Ed.) (SAMSUNG_PRIORART2_0001121) | 2008 | All |
| Technical Architecture of Exchange Server 2007 (SAMSUNG_PRIORART2_0006395) | May 2007 | All |

| Title | Publication Date | Page Nos. |
|---|---|---|
| The SSL Protocol Version 3.0, https://datatracker.ietf.org/doc/html/draft-ietf-tls-ssl-version3-00 (SAMSUNG_PRIORART2_0007247) | November 18, 1996 | All |
| The TLS Protocol Version 1.0, https://datatracker.ietf.org/doc/html/rfc2246 (SAMSUNG_PRIORART2_0002955) | January 1999 | All |
| T-Mobile Unveils the T-Mobile G1 — the First Phone Powered by Android, available at https://www.t-mobile.com/news/press/t-mobile-unveils-the-t-mobile-g1-the-first-phone-powered-by | September 22, 2008 | All |
| Transporting data between wireless applications using a messaging system—MMS, Miraj E Mostafa, Wireless Communications and Mobile Computing | 2007 | All |
| Vinton G. Cerf; Robert E. Kahn, "A Protocol for Packet Network Intercommunication," IEEE Transactions on Communications 22 (5): 637–648 | May 1974 | All |
| WAP Forum Specifications, https://web.archive.org/web/19991112030608/https://www.wapforum.org/what/technical.htm | November 12, 1999 | All |
| WAP Forum Specifications, https://web.archive.org/web/20000301092114/http://www.wapforum.org:80/what/technical.htm | March 3, 2001 | All |
| WAP Push Architectural Overview, Version 08-Nov-1999 ("WAP Architectural Overview") | November 8, 1999 | All |
| WAP Push Message, Version 16-August-1999 ("WAP Push Message Specification") | August 16, 1999 | All |
| Welcome to Android, archived at https://web.archive.org/web/20071126222919/http://code.google.com/android/documentation.html (part of SAM-HW-2_00215337) | November 26, 2007 | All |
| What is Android?, archived at https://web.archive.org/web/20071127134521/http://code.google.com/android/what-is-android.html (SAM-HW-2_00215381) | November 27, 2007 | All |
| Windows Mobile 6.0 (SAMSUNG_PRIORART2_0000706) | February 2007 | All |

**D.      Prior Art Systems and Inventions Known or Used by Others**

| Title/Description | Date of First Use/ Knowledge | Page Numbers |
|---|---|---|
| GTalkService including source code produced by Google | 2007 | All |
| Cloud to Device Messaging (C2DM) | 2007 | All |
| Google Cloud Messaging (GCM) | 2007 | All |

| Title/Description | Date of First Use/ Knowledge | Page Numbers |
|---|---|---|
| Motorola E815 including MMS | 2005 | All |
| Microsoft Exchange ActiveSync (EAS) including source code produced by Microsoft | 2007 | All |

### E.    Persons Who May Be Relied Upon

| Prior Art System / Invention Known or Used by Others | Name |
|---|---|
| GTalkService | Todd Hansen |
| T-Mobile G1 as exemplary Android device operating GTalkService | Hannah Sifuentes |

## III.    Prior Art to Asserted 9,615,192

### A.  U.S. Patents

| Number | Filing Date | Issue Date | Named Inventors | Original Assignees |
|---|---|---|---|---|
| 8,195,961 (SAMSUNG_PRIOR ART2_0004686) | January 9, 2009 | June 5, 2012 | Keiko Ogawa | - |

### B.    Patent Application Publications

| Number | Filing Date | Publication Date | Named Inventors |
|---|---|---|---|
| US 2007/0011736 (SAMSUNG_PRIORART2_0003903) | July 8, 2005 | January 11, 2007 | Jeff Kalibjian; et al. |
| US 2007/0214245 (SAMSUNG_PRIORART2_0004086) | March 7, 2006 | September 13, 2007 | Mikko Hämäläinen; Timo Helander |
| WO 2006/077283 (SAMSUNG_PRIORART2_0004797) | January 20, 2005 | July 27, 2006 | Paul Houghton; Pekka Rehtijarvi |
| WO 2008/048075 (SAMSUNG_PRIORART2_0004853) | October 19, 2006 | April 24, 2008 | Changseok Lee |

### C.    Non-Patent Publications

| Title | Publication Date | Page Nos. |
|---|---|---|
| "Android SDK update: m5-rc15 released," available at https://android-developers.googleblog.com/2008/03/android-sdk-update-m5-rc15-released.html (SAM-HW-2_00364485) | March 3, 2008 | All |

| Title | Publication Date | Page Nos. |
|---|---|---|
| 3GPP TS 23.140 V6.9.0 ("TS-23.140"), titled "Technical Specification Group Services and System Aspects; Multimedia Messaging Service (MMS); Functional Description; Stage 2 (Release 6)" (SAMSUNG_PRIORART2_0000902) | March 2005 | All |
| A brief history of Buzz, By Todd Hansen (GOOG-HEADWATER-00001803) | - | All |
| A Brief History of FCM (GOOG-HEADWATER-00001767) | December 2021 | All |
| A first hand look at building an Android application, https://web.archive.org/web/20071208011550/http://www.youtube.com/watch?v=I6ObTqIiYfE&feature=user# (SAMSUNG_PRIORART2_0007450) | December 8, 2007 | All |
| An Overview of XMPP, https://xmpp.org/about/technology-overview/ (SAM-HW-2_00364174) | - | All |
| Android - An Open Handset Alliance Project, archived at https://web.archive.org/web/20071127104310/http://code.google.com/android/index.html (part of SAM-HW-2_00215337) | November 27, 2007 | All |
| Android -An Open Handset Alliance Project, https://web.archive.org/web/20071114114445/http://code.google.com/android/download.html (part of SAM-HW-2_00215337) | November 14, 2007 | All |
| Android at 15: Everything the T-Mobile G1 had that your phone doesn't, https://www.androidpolice.com/t-mobile-g1-15-years-later/#expandable-storage (SAM-HW-2_00362707) | - | All |
| Android Cloud to Device Messaging Framework Developers Page, https://developers.google.com/android/c2dm/, archived at https://web.archive.org/web/20121004073640/https://developers.google.com/android/c2dm/ (part of SAM-HW-2_00215337) | October 4, 2012 | All |
| Android Demo, available at https://www.youtube.com/watch?v=1FJHYqE0RDg&ab_channel=AndroidDevelopers (SAM-HW-2_00215378) | November 11, 2007 | All |
| Case Studies About Microsoft Exchange Server 2007 https://web.archive.org/web/20070904082525/http://www.microsoft.com/exchange/evaluation/casestudies/default.mspx (part of SAM-HW-2_00362617) | September 4, 2007 | All |
| changes.html (SAM-HW-2_00215497) | - | All |
| com.google.android.xmppService, archived at https://web.archive.org/web/20071128120141/http://code.google.com/android/reference/com/google/android/xmppService/package-summary.html (part of SAM-HW-2_00215337) | November 28, 2007 | All |
| Debajit Ghosh, Building Push Applications for Android (SAMSUNG_PRIORART2_0007087) | May 20, 2010 | All |

| Title | Publication Date | Page Nos. |
|---|---|---|
| Download the Android SDK, https://googleandroidblog.blogspot.com/2007/11/download-android-sdk.html (SAMSUNG_PRIORART2_0007312) | November 16, 2007 | All |
| Extensible Messaging and Presence Protocol (XMPP): Instant Messaging and Presence (SAMSUNG_PRIORART2_0001732) | October 2004 | All |
| Google APIs and Services in Android, archived at https://web.archive.org/web/20071203160805/http://code.google.com/android/toolbox/google-apis.html (part of SAM-HW-2_00215337) | December 3, 2007 | All |
| How to Buy Exchange Server 2007 https://web.archive.org/web/20070904031559/http://www.microsoft.com/exchange/howtobuy/default.mspx (part of SAM-HW-2_00362617) | September 4, 2007 | All |
| HTC Mogul, https://web.archive.org/web/20071022210823/https://www.mobiletechreview.com/phones/HTC-Mogul.htm (part of SAM-HW-2_00362617) | October 22, 2007 | All |
| https://android-developers.googleblog.com/2007/11/posted-by-jason-chen-android-advocate.html (SAM-HW-2_00364486) | November 12, 2007 | All |
| https://aws.amazon.com/what-is/ssl-certificate/ | - | All |
| https://beta.computer-networking.info/syllabus/default/protocols/tls.html | - | All |
| https://web.archive.org/web/20070901221757/http://www.microsoft.com/exchange/default.mspx (part of SAM-HW-2_00362617) | September 1, 2007 | All |
| https://web.archive.org/web/20080430034249/http://www.microsoft.com/windowsmobile/6/default.mspx?WT.mc_ID=wmhome_WM6 (part of SAM-HW-2_00362617) | April 30, 2008 | All |
| https://xmpp.org/rfcs/rfc3920.html (SAM-HW-2_00364651) | October 2004 | All |
| Jabber Software Foundation Publishes Open VoIP and Multimedia Protocols (SAMSUNG_PRIORART2_0007081) | December 15, 2005 | All |
| Motorola E815 for Verizon Review, MobileTechReview ("E815 Review"), available at https://www.mobiletechreview.com/phones/motorola-e815.htm, archived at https://web.archive.org/web/20051219084719/https://www.mobiletechreview.com/phones/motorola-e815.htm (SAMSUNG_PRIORART2_0007516) | December 14, 2005 | All |

| Title | Publication Date | Page Nos. |
|---|---|---|
| Open Mobile Alliance; Multimedia Messaging Service Architecture Overview (MMSARCH) specification, available at https://www.openmobilealliance.org/release/MMS/V1_2-20030923-C/OMA-MMS-ARCH-V1_2-20030920-C.pdf (SAM-HW-2_00364554) | September 20, 2003 | All |
| OpenWave MAG 6.1 – Technical Product Description (OPENWAVE00000104) | June 2002 | All |
| OpenWave MAG v. 6.1 Technical Overview (OPENWAVE00000008) | 2003 | All |
| Openwave® Mobile Access Gateway 6, https://web.archive.org/web/20050524182804/http://www.openwave.com/docs/products/mag/DS_MAG6_0203.pdf (part of SAM-HW-2_00362617) | May 24, 2005 | All |
| Openwave® Mobile Access Gateway, https://web.archive.org/web/20050305051806/http://www.openwave.com/us/products/operator_products/mobile_access_gateway/index.htm (part of SAM-HW-2_00362617) | March 5, 2005 | All |
| Photos: T-Mobile G1 unveiled, https://www.cnet.com/pictures/photos-t-mobile-g1-unveiled/ (SAMSUNG_PRIORART2_0007378) | September 23, 2008 | All |
| Release Notes for Older SDK Versions, https://developer.android.com/sdk/OLD_RELEASENOTES#0.9_beta (SAM-HW-2_00364429) | - | All |
| Ron Amadeo, A decade and a half of instability: The history of Google messaging apps, Ars Technica, available at https://arstechnica.com/gadgets/2021/08/a-decade-and-a-half-of-instability-the-history-of-google-messaging-apps/2/#h2 (SAM-HW-2_00362686) | August 25, 2021 | All |
| Ron Amadeo, The (updated) History of Android, Ars Technica, available at https://arstechnica.com/gadgets/2016/10/building-android-a-40000-word-history-of-googles-mobile-os/6/#1.0 (SAMSUNG_PRIORART2_0007406) | October 31, 2016 | All |
| Samsung C6620, GSMArena, available at https://www.gsmarena.com/samsung_c6620-2575.php, archived at https://web.archive.org/web/20081107043313/https://www.gsmarena.com/samsung_c6620-2575.php (part of SAM-HW-2_00362617) | November 7, 2008 | All |
| SDK Archives, https://developer.android.com/sdk/older_releases.html (SAMSUNG_PRIORART2_0007388) | September 2009 | All |

| Title | Publication Date | Page Nos. |
|---|---|---|
| SDK Release Notes, https://developer.android.com/sdk/RELEASENOTES#other-notes_2 (T-Mobile G1 Compatibility for Android 1.0 SDK) (SAM-HW-2_00364071) | - | All |
| Security Engineering by Ross Anderson (2nd Ed.) (SAMSUNG_PRIORART2_0001121) | 2008 | All |
| Technical Architecture of Exchange Server 2007 (SAMSUNG_PRIORART2_0006395) | May 2007 | All |
| The SSL Protocol Version 3.0, https://datatracker.ietf.org/doc/html/draft-ietf-tls-ssl-version3-00 (SAMSUNG_PRIORART2_0007247) | November 18, 1996 | All |
| The TLS Protocol Version 1.0, https://datatracker.ietf.org/doc/html/rfc2246 (SAMSUNG_PRIORART2_0002955) | January 1999 | All |
| T-Mobile Unveils the T-Mobile G1 — the First Phone Powered by Android, available at https://www.t-mobile.com/news/press/t-mobile-unveils-the-t-mobile-g1-the-first-phone-powered-by | September 22, 2008 | All |
| Transporting data between wireless applications using a messaging system—MMS, Miraj E Mostafa, Wireless Communications and Mobile Computing | 2007 | All |
| Vinton G. Cerf; Robert E. Kahn, "A Protocol for Packet Network Intercommunication," IEEE Transactions on Communications 22 (5): 637–648 | May 1974 | All |
| WAP Forum Specifications, https://web.archive.org/web/19991112030608/https://www.wapforum.org/what/technical.htm | November 12, 1999 | All |
| WAP Forum Specifications, https://web.archive.org/web/20000301092114/http://www.wapforum.org:80/what/technical.htm | March 3, 2001 | All |
| WAP Push Architectural Overview, Version 08-Nov-1999 ("WAP Architectural Overview") | November 8, 1999 | All |
| WAP Push Message, Version 16-August-1999 ("WAP Push Message Specification") | August 16, 1999 | All |
| Welcome to Android, archived at https://web.archive.org/web/20071126222919/http://code.google.com/android/documentation.html (part of SAM-HW-2_00215337) | November 26, 2007 | All |
| What is Android?, archived at https://web.archive.org/web/20071127134521/http://code.google.com/android/what-is-android.html (SAM-HW-2_00215381) | November 27, 2007 | All |
| Windows Mobile 6.0 (SAMSUNG_PRIORART2_0000706) | February 2007 | All |

**D.    Prior Art Systems and Inventions Known or Used by Others**

| Title/Description | Date of First Use/ Knowledge | Page Numbers |
| --- | --- | --- |
| GTalkService including source code produced by Google | 2007 | All |
| Cloud to Device Messaging (C2DM) | 2007 | All |
| Google Cloud Messaging (GCM) | 2007 | All |
| Motorola E815 including MMS | 2005 | All |
| Microsoft Exchange ActiveSync (EAS) including source code produced by Microsoft | 2007 | All |

**E.    Persons Who May Be Relied Upon**

| Prior Art System / Invention Known or Used by Others | Name |
| --- | --- |
| GTalkService | Todd Hansen |
| T-Mobile G1 as exemplary Android device operating GTalkService | Hannah Sifuentes |

Dated: December 13, 2024

Respectfully submitted,

By:  */s/ Jonathan B. Bright*

Ruffin B. Cordell
TX Bar No. 04820550
Michael J. McKeon
DC Bar No. 459780
mckeon@fr.com
Jared Hartzman
DC Bar No. 1034255
hartzman@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, SW, Ste 1000
Washington, D.C. 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thad C. Kodish
GA Bar No. 427603
tkodish@fr.com
Benjamin K. Thompson
GA Bar No. 633211
bthompson@fr.com
Jonathan B. Bright
GA Bar No. 256953
jbright@fr.com
Christopher O. Green
GA Bar No. 037617
cgreen@fr.com
Noah C. Graubart
GA Bar No. 141862
graubart@fr.com
Sara C. Fish
GA Bar No. 873853
sfish@fr.com
Katherine H. Reardon
NY Bar No. 5196910
reardon@fr.com
Nicholas A. Gallo
GA Bar No. 546590
gallo@fr.com
Vivian C. Keller (*pro hac vice*)
GA Bar No. 651500
keller@fr.com
FISH & RICHARDSON P.C.

1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

Leonard E. Davis
TX Bar No. 05521600
ldavis@fr.com
Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
Andria Rae Crisler
TX Bar No. 24093792
crisler@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214)747-5070
Facsimile: (214) 747-2091

John-Paul R. Fryckman (*pro hac vice*)
CA Bar No. 317591
John W. Thornburgh
CA Bar No. 154627
thornburgh@fr.com
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Katherine D. Prescott (*pro hac vice*)
CA Bar No. 215496
prescott@fr.com
**FISH & RICHARDSON P.C.**
500 Arguello Street
Suite 400
Redwood City, CA 94063
Telephone: (650) 839-5180
Facsimile: (650) 839-5071

Kyle J. Fleming (*pro hac vice*)
NY Bar No. 5855499
kfleming@fr.com
**FISH & RICHARDSON P.C.**
7 Times Square, 20th Floor,
New York, NY 10036

Telephone: (212) 765-5070
Facsimile: (212) 258-2291

Melissa R. Smith
State Bar No. 24001351
Melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Andrew Thompson ("Tom") Gorham
State Bar No. 24012715
tom@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
102 N. College, Suite 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Shaun W. Hassett
State Bar No. 24074372
shaunhassett@potterminton.com
**POTTER MINTON, P.C.**
102 N. College Ave., Suite 900
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

Lance Lin Yang
CA. Bar No. 260705
Lanceyang@quinnemanuel.com
Kevin (Gyushik) Jang
CA Bar No. 337747
kevinjang@quinnemanuel.com
Sean S. Pak
CA Bar No. 219032
seanpak@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111

Telephone: (415) 875-6600

Brady Huynh (*pro hac vice*)
CA Bar No. 339441
bradyhuynh@quinnemanuel.com
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Jon Bentley Hyland
Texas Bar No. 24046131
jhyland@hilgersgraben.com
Grant K. Schmidt
Texas Bar No. 24084579
gschmidt@hilgersgraben.com
**HILGERS GRABEN PLLC**
7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Telephone: (972) 645-3097

**ATTORNEYS FOR DEFENDANTS
SAMSUNG ELECTRONICS CO., LTD. AND
SAMSUNG ELECTRONICS AMERICA, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on December 13, 2024.  As of this date, all counsel of record had consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

/s/ Jonathan B. Bright
Jonathan B. Bright