## ATTORNEY SIGN-IN SHEET

Judge Roy S. Payne
2:23-CV-0103-JRG-RSP
Headwater Research LLC v. Samsung Electronics America, Inc., et al.
December 16, 2024   9:00 a.m.

### PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Marc Fenster | Headwater |
| Reza Mirzaie | Headwater |
| Kris Davis | Headwater |
| Paul Kroeger | Headwater |
| James Tsuei | Headwater |
| James Pickens | Headwater |
| Andrea Fair | Headwater |
| Michael McKeon | Samsung |
| Sara Fish | Samsung |
| J. Leonard Davis | Samsung |
| Jonathan Bright | Samsung |
| Kyle Flemming | Samsung |
| John Thornburg | Samsung |