# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    *Plaintiff*,<br>v.<br>SAMSUNG ELECTRONICS CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    *Defendants*. | Case No. 2:22-CV-00422-JRG-RSP<br><br>Case No. 2:23-CV-00103-JRG-RSP |

## JOINT MOTION FOR CONTINUANCE

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") and Plaintiff Headwater Research LLC ("Headwater") jointly move to continue the trial dates for the *Headwater Research LLC v. Samsung Electronics America et al.* (2:22-cv-422) matter (the "-422 case") and the *Headwater Research LLC v. Samsung Electronics America et al.* (2:23-cv-103) matter (the "-103 case"), specifically as set forth herein.

    **A.**    **-422 Case**

First, Samsung respectfully requests that trial of the -422 case be continued to January 27, 2025. Headwater does not oppose this continuance, so long as the -422 case can be specially set as the first-priority case for the January 27, 2025 trial setting.

The -422 case was originally scheduled for trial on August 5, 2024 before being rescheduled to August 16, 2024. Dkt. 372. The trial was continued on Samsung's request, in light of conflicts with another ITC trial involving Samsung's technical expert, Dr. Daniel Schonfeld. Dkt. 372, 406. The -422 case was rescheduled to December 6, 2024, but was not reached on December 6, at which point it was rescheduled to January 13 as the first-set case. On Friday,

December 13, Samsung raised that this newly set trial date presents another direct conflict with the pre-existing trial schedule of Dr. Schonfeld. Dr. Schonfeld is a testifying expert in ITC Investigation No. 337-TA-1400, and the trial in that matter (which has been set since June 3, 2024) runs from January 13, 2025 to January 17, 2025. Ex. 1. Thus, the ITC trial conflicts with the January 13, 2025 trial date in the -422 case. Samsung represents that Dr. Schonfeld will have a significant role in the ITC matter, including offering expert testimony on infringement, validity, and technical aspects of domestic industry. Samsung further represents that Dr. Schonfeld will testify twice in the ITC matter, once in Complainant's case-in-chief and again in Complainant's rebuttal case, and he will otherwise attend all days of the ITC trial proceeding, e.g. to listen to the testimony from additional fact and expert witnesses. Because Dr. Schonfeld is Samsung's sole technical witness in the -422 case, Samsung intends for him to testify about non-infringement, invalidity, technical comparability of licenses, and non-infringing alternatives.

Headwater is available for trial in the -422 case on January 13, but does not oppose the requested continuance if it is only two weeks long (to January 27) and only if the Court is inclined to maintain the -422 case's position as the first-priority case for the January 27, 2025 trial setting, given that trial was originally set for August 2024 and has already been rescheduled based on Samsung's availability.

Thus, the parties respectfully request as part of this agreed upon joint request, subject to the Court's approval, that the -422 case be prioritized as case number one in the order of trials for the January 27 trial setting. The parties confirm that this trial setting works for all witnesses and counsel and believe that January 27 would only be a slight adjustment from the current January 13 setting.

### B. -103 Case

Second, the parties respectfully request that trial of the -103 case also be continued to January 27, 2025 or as soon thereafter as practicable for the Court. The -422 case was filed several months before the -103 case, had an original trial date five months before the -103 case, and is presently prioritized ahead of the -103 case in the Court's order of trials for the January 13 setting. The parties wish to preserve that status quo if possible. Accordingly, the parties respectfully request that the -103 case be scheduled for trial after the -422 case, specifically by continuing trial of the -103 case to January 27, 2025 (at a lower priority than the -422 case in the Court's order of trials) or as soon a date thereafter as the Court deems appropriate.

Dated: December 18, 2024                                  Respectfully submitted,

By: */s/ Marc Fenster*                                    By: */s/ Michael J. McKeon*
Marc Fenster                                              Ruffin B. Cordell
CA State Bar No. 181067                                   TX Bar No. 04820550
Reza Mirzaie                                              Michael J. McKeon
CA State Bar No. 246953                                   DC Bar No. 459780
Brian Ledahl                                              mckeon@fr.com
CA State Bar No. 186579                                   Jared Hartzman (*pro hac vice*)
Ben Wang                                                  DC Bar No. 1034255
CA State Bar No. 228712                                   hartzman@fr.com
Paul Kroeger                                              **FISH & RICHARDSON P.C.**
CA State Bar No. 229074                                   1000 Maine Avenue, SW, Ste 1000
Neil A. Rubin                                             Washington, D.C. 20024
CA State Bar No. 250761                                   Telephone: (202) 783-5070
Kristopher Davis                                          Facsimile: (202) 783-2331
CA State Bar No. 329627
James S. Tsuei                                            Thad C. Kodish
CA State Bar No. 285530                                   GA Bar No. 427603
Philip Wang                                               tkodish@fr.com
CA State Bar No. 262239                                   Benjamin K. Thompson
Amy Hayden                                                GA Bar No. 633211
CA State Bar No. 287026                                   bthompson@fr.com
James Milkey                                              Nicholas A. Gallo (*pro hac vice*)
CA State Bar No. 281283                                   GA Bar No. 546590
Jason M. Wietholter                                       gallo@fr.com
CA State Bar No. 337139

James N. Pickens
CA State Bar No. 307474
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
headwater@raklaw.com

**ATTORNEYS FOR PLAINTIFF,
Headwater Research LLC**

Steffen C. Lake (*pro hac vice*)
GA Bar No. 512272
lake@fr.com
Sara C. Fish
sfish@fr.com
GA Bar No. 873853
Noah C. Graubart
GA Bar No. 141862
graubart@fr.com
Katherine H. Reardon
NY Bar No. 5196910
reardon@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

Leonard E. Davis
TX Bar No. 05521600
ldavid@fr.com
Andria Rae Crisler
TX Bar No. 24093792
crisler@fr.com
Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214)747-5070
Facsimile: (214) 747-2091

John-Paul R. Fryckman (*pro hac vice*)
CA Bar No. 317591
John W. Thornburgh
CA Bar No. 154627
thornburgh@fr.com
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Melissa R. Smith
State Bar No. 24001351

4

Melissa@gillamsmithlaw.com
Harry L. Gillam, Jr.
State Bar No. 07921800
gil@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Andrew Thompson ("Tom") Gorham
State Bar No. 24012715
tom@gillamsmithlaw.com
James Travis Underwood
State Bar No. 24102587
travis@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
102 N. College, Ste. 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Grant Schmidt
Texas Bar No. 24084579
gschmidt@hilgersgraben.com
Jon Hyland
jhyland@hilgersgraben.com
Texas Bar No. 24046131
Theodore Kwong
tkwong@hilgersgraben.com
Texas Bar No. 4087871
**HILGERS GRABEN PLLC**
7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Telephone: 469-751-2819

Lance Lin Yang
CA. Bar No. 260705
Lanceyang@quinnemanuel.com
Sean S. Pak
CA Bar No. 219032
seanpak@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111

Telephone: (415) 875-6600

**ATTORNEYS FOR DEFENDANTS SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.**

Case 2:23-cv-00103-JRG-RSP     Document 298     Filed 12/18/24     Page 6 of 7 PageID #: 21571

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on December 18, 2024. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A) and via electronic mail.

/s/ Michael J. McKeon
Michael J. McKeon

## CERTIFICATE OF CONFERENCE

I hereby certify that local counsel for the parties met and conferred regarding this motion on December 16, 2024.

/s/ Michael J. McKeon
Michael J. McKeon