# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | |
| *Plaintiff*, | |
| v. | Case No. 2:22-CV-00422-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD and SAMSUNG ELECTRONICS AMERICA, INC., | Case No. 2:23-CV-00103-JRG-RSP |
| *Defendants*. | |

## ORDER GRANTING PARTIES' MOTION FOR CONTINUANCE

Before the Court is the parties' Joint Motion for Continuance. Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS SO ORDERED.