# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC | § § | |
| v. | § § | Case No. 2:23-CV-0103-JRG-RSP |
| SAMSUNG ELECTORNICS AMERICA, INC., ET AL. | § § § | |

## ORDER

Previously, the Court appointed Michael Paul as the technical advisor to the Court in this action with his costs to be assessed equally between Plaintiff and Defendant and timely paid as billed. The Court has received Mr. Paul's invoice for services through August 19, 2024, in the amount of $6,920.86 and hereby **ORDERS** payment to be promptly made as follows:

Plaintiff: $3,460.43

Defendants: $3,460.43

Defendants are hereby ORDERED to appoint a lead counsel to collect payment from Defendants and to make a single payment to Mr. Paul on behalf of all Defendants.

**SIGNED this 18th day of December, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE