**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>    *Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA, INC.<br><br>    *Defendants*. | Case No. 2:23-CV-00103-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## <u>NOTICE OF INTENT TO REQUEST REDACTION</u>

Notice is hereby given that a statement of redaction will be submitted to the court reporter within 21 days from the filing of the transcript with the Clerk of Court. The proceeding occurred on December 16, 2024, and was reported by Ed Reed, the court reporter.

Dated: December 24, 2024                Respectfully submitted,

By:  */s/ Katherine D. Prescott*
    Ruffin B. Cordell
    TX Bar No. 04820550
    Michael J. McKeon
    DC Bar No. 459780
    mckeon@fr.com
    Jared Hartzman (*pro hac vice*)
    DC Bar No. 1034255
    hartzman@fr.com
    FISH & RICHARDSON P.C.
    1000 Maine Avenue, SW, Ste 1000
    Washington, D.C. 20024
    Telephone: (202) 783-5070
    Facsimile: (202) 783-2331

    Thad C. Kodish
    GA Bar No. 427603
    tkodish@fr.com
    Benjamin K. Thompson
    GA Bar No. 633211
    bthompson@fr.com
    Jonathan B. Bright
    GA Bar No. 256953
    jbright@fr.com
    Christopher O. Green
    GA Bar No. 037617
    cgreen@fr.com
    Noah C. Graubart
    GA Bar No. 141862
    graubart@fr.com
    Sara C. Fish
    GA Bar No. 873853
    sfish@fr.com
    Nicholas A. Gallo
    GA Bar No. 546590
    gallo@fr.com
    Vivian C. Keller (admitted *pro hac vice* )
    GA Bar No. 651500
    keller@fr.com
    FISH & RICHARDSON P.C.

1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

Leonard E. Davis
TX Bar No. 05521600
ldavis@fr.com
Andria Rae Crisler
TX Bar No. 24093792
crisler@fr.com
Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214)747-5070
Facsimile: (214) 747-2091

John-Paul R. Fryckman (*pro hac vice*)
CA Bar No. 317591
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Katherine D. Prescott (*pro hac vice*)
CA Bar No. 215496
prescott@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street
Suite 400
Redwood City, CA 94063
Telephone: (650) 839-5180
Facsimile: (650) 839-5071

Kyle J. Fleming (*pro hac vice*)
NY Bar No. 5855499
kfleming@fr.com
FISH & RICHARDSON P.C.
7 Times Square, 20th Floor,
New York, NY 10036
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

3

Melissa R. Smith
State Bar No. 24001351
Melissa@gillamsmithlaw.com
Harry Lee Gillam, Jr.
gil@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Shaun W. Hassett
State Bar No. 24074372
shaunhassett@potterminton.com
POTTER MINTON, P.C.
102 N. College Ave., Suite 900
Tyler, Texas  75702
Tel: (903) 597-8311
Fax: (903) 593-0846

Lance Lin Yang
Lanceyang@quinnemanuel.com
Kevin (Gyushik) Jang
CA Bar No. 337747
kevinjang@quinnemanuel.com
Sean S. Pak
CA Bar No. 219032
seanpak@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP – LA
Los Angeles, CA 90017 USA
Tel: (213) 443-3300
Fax: (213) 443-3100

Brady Huynh (admitted *pro hac vice*)
CA Bar No. 339441
bradyhuynh@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Tel: (650) 801-5000
Fax: (650) 801-5100

4

Jon Hyland
Texas Bar No. 24046131
jhyland@hilgersgraben.com
Grant K. Schmidt
Texas Bar No. 24084579
gschmidt@hilgersgraben.com
HILGERS GRABEN PLLC
7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Telephone: (972) 645-3097

*Attorneys for Defendants*
*Samsung Electronics Co., Ltd. and*
*Samsung Electronics America, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that all counsel of record who are deemed to have consented to electronic

service are being served December 24, 2024, with a copy of this document via the Court's CM/ECF

system per Local Rule CV-5(a)(3).

/s/ *Katherine D. Prescott*
Katherine D. Prescott