# Exhibit 1

UNITED STATES INTERNATIONAL TRADE COMMISSION
WASHINGTON, D.C.

Before The Honorable Doris Johnson Hines
Administrative Law Judge

| | |
|---|---|
| In the Matter of<br><br>**CERTAIN CAMERAS, CAMERA SYSTEMS, AND ACCESSORIES USED THEREWITH** | Investigation No. 337-TA-1400 |

## JOINT SUBMISSION REGARDING ORDER NO. 19

Pursuant to Order No. 19, Complainant GoPro, Inc. ("GoPro") and Respondents Arashi Vision Inc. d/b/a Insta360 and Arashi Vision (U.S.) LLC d/b/a Insta360 (collectively "Respondents" or "Insta360") met and conferred on December 26, 2024 and hereby submit this joint proposal regarding Dr. Dan Schonfeld's conflict (as articulated in Exhibit A to Order 19).

The parties propose scheduling both the technology tutorial and prehearing conference on Friday, January 10. The parties then propose rearranging Complainant's affirmative case so that Dr. Schonfeld's testimony concerning infringement commences and concludes on Monday, January 13, 2025. GoPro recognizes that this sequencing may require Dr. Schonfeld to rely on certain documents and evidence that will be admitted later, through subsequent fact witnesses.[1] This change will allow Dr. Schonfeld to travel to Texas in time for his expected testimony in the Samsung matter on January 15 or January 16.

Dr. Schonfeld is also expected to testify in Complainant's rebuttal case on January 17. Ideally, Dr. Schonfeld would complete his testimony in Texas on January 15, allowing him to potentially appear live in Complainant's rebuttal case. If, however, Dr. Schonfeld's testimony in

---

[1] Insta360 reserves the right to object to such documents and evidence whenever GoPro seeks to admit them and to move to strike Dr. Schonfeld's related testimony if necessary.

1

Texas extends to January 16, Complainant would arrange for a remote appearance on January 17. In the unlikely event that Dr. Schonfeld becomes unavailable for even a remote appearance on January 17, GoPro would request that his testimony and any rebuttal to his testimony be scheduled for a remote session the following week (January 20 – January 24).

Based on the foregoing proposal, the parties propose the following witness order, with a good faith estimate of time for examination of each witness:

| Witness/Event | GoPro | Insta360 | Date |
|---|---|---|---|
| Prehearing Conference | 30 | 30 | 10-Jan |
| Opening | 45 | 30 | 13-Jan |
| **GoPro Case** | | | |
| N. Woodman | 45 | 20 | 13-Jan |
| N. Rahmouni | 30 | 10 | 13-Jan |
| D. Stimm[2] | 30 | 10 | 13-Jan |
| D. Schonfeld | 90 | 40 | 13-Jan |
| P. Lema | 30 | 15 | 14-Jan |
| H. Nguyen | 30 | 20 | 14-Jan |
| J. Delman | 60 | 40 | 14-Jan |
| J. Villasenor | 90 | 40 | 14-Jan |
| C. Mulhern | 20 | 20 | 15-Jan |
| **Insta360 Case** | | | |
| B. Nie | 15 | 30 | 15-Jan |
| B. Sang | 25 | 60 | 15-Jan |
| W. Su | 20 | 60 | 15-Jan |
| G. Cao | 10 | 20 | 15-Jan |
| T. Darrell | 60 | 90 | 16-Jan |
| R. Goodin | 60 | 120 | 16-Jan |
| P. Bressler | 40 | 90 | 17-Jan |
| T. Vander Veen | 15 | 30 | 17-Jan |
| **GoPro Rebuttal** | | | |
| J. Delman | 30 | 10 | 17-Jan |
| D. Schonfeld | 30 | 10 | 17-Jan |

---

[2] GoPro informed Insta360 just before the filing of this proposal that it intends to call as a witness Mr. Darryl Stimm, who was not identified on GoPro's list of witnesses in its pre-hearing statement, instead of Mr. Jonathan Thorn. Insta360 noted that GoPro must move for leave to file an amended pre-hearing statement to add Mr. Stimm, which it has not yet done. Insta360 reserves all rights with respect to GoPro's motion and this late disclosure.

| | | | |
|---|---|---|---|
| J. Villasenor | 30 | 10 | 17-Jan |
| **Insta360 Rebuttal** | | | |
| T. Darrell | 15 | 30 | 17-Jan |
| R. Goodin | 15 | 30 | 17-Jan |
| P. Bressler | 15 | 30 | 17-Jan |

Dated: December 26, 2024                    Respectfully submitted,

*/s/ Patrick T. Schmidt*
S. Alex Lasher
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington D.C. 20005
Tel.: (202) 538-8000

Sean S. Pak
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel.: (415) 875-6600
Fax: (415) 875-6700

Patrick T. Schmidt
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 S Figueroa St, 10th Floor
Los Angeles, CA 90017
Tel.: (213) 443-3000

Nathan Hamstra
QUINN EMANUEL URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7417

Jason C. Williams
QUINN EMANUEL URQUHART & SULLIVAN, LLP
295 Fifth Ave., 9th Floor

New York, NY 10016
Tel: (212) 849-7401

*Counsel for Complainant GoPro, Inc.*

MORRISON & FOERSTER LLP

*/s/ Mark L. Whitaker*
Mark L. Whitaker
Mary Prendergast
Brian Busey
Jenna H. Seleznick
Maryrose F. McLaughlin
Morrison & Foerster LLP
2100 L Street, NW Suite 900
Washington, DC 20037
(202) 887-1500
mwhitaker@mofo.com
MoFo_Insta360-ITC_Service@mofo.com

Lily Li
Evelyn Li-Jin Chang
Morrison & Foerster LLP
755 Page Mill Road,
Palo Alto, California  94304-1018
(650) 813-5600
yli@mofo.com
MoFo_Insta360-ITC_Service@mofo.com

Alex S. Yap
Morrison & Foerster LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
(213) 892-5200
AYap@mofo.com
MoFo_Insta360-ITC_Service@mofo.com

Richard S. J. Hung
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
(415) 268-7000
RHung@mofo.com
MoFo_Insta360-ITC_Service@mofo.com

Nishi A. Tavernier

Morrison & Foerster LLP
250 West 55th Street,
New York, New York  10019-9601
(212) 468-8000
NTavernier@mofo.com
MoFo_Insta360-ITC_Service@mofo.com

*Counsel for Respondents Insta360*

# **CERTIFICATE OF SERVICE**

I, Jeffrey Matthews, hereby certify that on December 26, 2024, copies of the foregoing documents were served upon the following parties as indicated:

| | |
|---|---|
| The Honorable Lisa R. Barton<br>Secretary to the Commission<br>U.S. International Trade Commission<br>500 E Street, SW<br>Washington, D.C. 20436 | ☐ Via First Class Mail<br>☐ Via Hand Delivery (2 copies)<br>☐ Via Electronic Mail<br>☒ Via EDIS |
| The Honorable Cameron E. Elliot<br>Administrative Law Judge<br>U.S. International Trade Commission<br>500 E Street, SW, Room 317<br>Washington, D.C. 20436<br>Email: michael.turner@usitc.gov | ☐ Via First Class Mail<br>☐ Via Hand Delivery (2 copies)<br>☒ Via Electronic Mail<br>☐ Via EDIS |
| Mark L. Whitaker<br>Mary Prendergast<br>Brian Busey<br>Jenna H. Spoont<br>Caleb Woods<br>**Morrison & Foerster LLP**<br>2100 L Street, NW Suite 900<br>Washington, DC 20037<br>(202) 887-1500<br>mwhitaker@mofo.com<br>MoFo_Insta360-ITC_Service@mofo.com<br><br>Lily Li<br>Evelyn Li-Jin Chang<br>**Morrison & Foerster LLP**<br>755 Page Mill Road<br>Palo Alto, California 94304-1018<br>(650) 813-5600<br>yli@mofo.com<br>MoFo_Insta360-ITC_Service@mofo.com<br><br>Alex S. Yap<br>**Morrison & Foerster LLP**<br>707 Wilshire Boulevard, Suite 6000<br>Los Angeles, CA 90017-3543<br>(213) 892-5200<br>AYap@mofo.com | ☐ Via First Class Mail<br>☐ Via Hand Delivery (2 copies)<br>☒ Via Electronic Mail<br>☐ Via EDIS |

| | |
|---|---|
| MoFo_Insta360-ITC_Service@mofo.com<br><br>Richard S. J. Hung<br>**Morrison & Foerster LLP**<br>425 Market Street<br>San Francisco, CA 94105<br>(415) 268-7000<br>RHung@mofo.com<br>MoFo_Insta360-ITC_Service@mofo.com<br><br>Nishi A. Tavernier<br>**Morrison & Foerster LLP**<br>250 West 55th Street<br>New York, New York 10019-9601<br>(212) 468-8000<br>NTavernier@mofo.com<br>MoFo_Insta360-ITC_Service@mofo.com | |

*/s/ Jeffrey Matthews*
Jeffrey Matthews