UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | Case No. 2:22-cv-00103-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING PLAINTIFF HEADWATER RESEARCH LLC'S
MOTION TO AMEND DOCKET CONTROL ORDER AND
<u>DEADLINE TO SERVE FINAL ELECTION OF CLAIMS</u>**

Before the Court is Plaintiff Headwater Research LLC's Opposed Motion to Amend Docket Control Order and Deadline to Serve Final Election of Claims. The Court, having considered the motion, is of the opinion that the motion should be GRANTED.

1