**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.<br><br>*Defendants*. | Case No. 2:23-CV-00103-JRG-RSP<br><br>JURY TRIAL DEMANDED |

**UNOPPOSED MOTION TO AMEND DOCKET CONTROL ORDER**

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Defendants" or "Samsung"), respectfully file this motion for an extension to the deadline to serve Samsung's final invalidity theories, prior art references/combinations, and equitable defenses (the "Deadline for Final Invalidity Theories"). The parties conferred, and Headwater does not oppose Samsung's requested relief of amending the deadline for final election of invalidity theories to be 3 days after the final election of asserted claims. Headwater does not otherwise agree with or join the arguments in this motion by Samsung.

The operative Docket Control Order (Dkt. 270) requires that Headwater Research LLC ("Headwater") "disclose [its] final election of Asserted Claims" 10 days before jury selection, after which Samsung is required to disclose its final invalidity theories 7 days before jury selection. As of this filing, this matter has been set as the seventh ordered trial with jury selection set to begin January 13, 2025. Ex. 1 (December 13, 2024 Email from Court). Thus, Headwater's deadline to elect claims for this matter was January 3, 2025 and Samsung's Deadline for Final Invalidity Theories is January 6, 2025.

On January 3, 2025—Headwater's deadline to disclose its final election of Asserted Claims—Headwater refused to disclose its final election of Asserted Claims, taking the position "that exchanging final election of claims is . . . premature" because "trial and jury selection in the -422 case is going forward on that date" and because "the Court's rulings on pending motions to strike and motions for summary judgment are pending." *See* Ex. 2 (Jan. 3, 2025 Email From Pickens). Samsung is unaware of any rule in this District excusing parties from their obligation to elect claims or invalidity theories by the prescribed deadline for the reasons set forth by Headwater.[1] Headwater presently asserts twenty-five (25) claims across three patents and thus clearly knows that it intends to drop many of these claims before trial.

Nevertheless, because Samsung's invalidity theories depend upon which patents and claims Headwater chooses to assert at trial, Samsung moves to extend the Deadline for Final Invalidity Theories until 3 days after Headwater discloses its final election of Asserted Claims, which maintains the current offset between the two deadlines set forth in the Docket Control Order.[2] Good cause for Samsung's motion exists because Headwater refused to disclose its final election of Asserted Claims by the prescribed deadline.

Dated: January 6, 2025

Respectfully submitted,

By: */s/ Jonathan B. Bright*
Ruffin B. Cordell
TX Bar No. 04820550

---

[1] Samsung notes that Headwater's deadline was one "that cannot be changed without an acceptable showing of good cause" and that the "fact that there are motions for summary judgment . . . pending" does not "warrant a continuance nor justify a failure to comply with the discovery deadline." Dkt. 270 at 2-3.

[2] To the extent that, since Headwater's deadline to elect claims has already passed, the Court is inclined to set the parties' deadlines for final election of claims and invalidity theories to a calendar date, Samsung asks that its deadline be set to a date 3 days after Headwater's deadline.

Michael J. McKeon
DC Bar No. 459780
mckeon@fr.com
Jared Hartzman
DC Bar No. 1034255
hartzman@fr.com
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, SW, Ste 1000
Washington, D.C. 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thad C. Kodish
GA Bar No. 427603
tkodish@fr.com
Benjamin K. Thompson
GA Bar No. 633211
bthompson@fr.com
Jonathan B. Bright
GA Bar No. 256953
jbright@fr.com
Christopher O. Green
GA Bar No. 037617
cgreen@fr.com
Noah C. Graubart
GA Bar No. 141862
graubart@fr.com
Sara C. Fish
GA Bar No. 873853
sfish@fr.com
Katherine H. Reardon
NY Bar No. 5196910
reardon@fr.com
Nicholas A. Gallo
GA Bar No. 546590
gallo@fr.com
Vivian C. Keller (*pro hac vice*)
GA Bar No. 651500
keller@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

Leonard E. Davis

TX Bar No. 05521600
ldavis@fr.com
Andria Rae Crisler
TX Bar No. 24093792
crisler@fr.com
Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214)747-5070
Facsimile: (214) 747-2091

John-Paul R. Fryckman (*pro hac vice*)
CA Bar No. 317591
John W. Thornburgh
CA Bar No. 154627
thornburgh@fr.com
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Katherine D. Prescott (*pro hac vice*)
CA Bar No. 215496
prescott@fr.com
**FISH & RICHARDSON P.C.**
500 Arguello Street
Suite 400
Redwood City, CA 94063
Telephone: (650) 839-5180
Facsimile: (650) 839-5071

Kyle J. Fleming (*pro hac vice*)
NY Bar No. 5855499
kfleming@fr.com
**FISH & RICHARDSON P.C.**
7 Times Square, 20th Floor,
New York, NY 10036
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

Melissa R. Smith
State Bar No. 24001351

Melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Andrew Thompson ("Tom") Gorham
State Bar No. 24012715
tom@gillamsmithlaw.com
James Travis Underwood
Texas Bar No. 24102587
travis@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
102 N. College, Suite 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Shaun W. Hassett
State Bar No. 24074372
shaunhassett@potterminton.com
**POTTER MINTON, P.C.**
102 N. College Ave., Suite 900
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

Lance Lin Yang
CA. Bar No. 260705
Lanceyang@quinnemanuel.com
Kevin (Gyushik) Jang
CA Bar No. 337747
kevinjang@quinnemanuel.com
Sean S. Pak
CA Bar No. 219032
seanpak@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600

Brady Huynh (admitted *pro hac vice*)
CA Bar No. 339441
bradyhuynh@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Jon Bentley Hyland
Texas Bar No. 24046131
jhyland@hilgersgraben.com
Grant K. Schmidt
Texas Bar No. 24084579
gschmidt@hilgersgraben.com
**HILGERS GRABEN PLLC**
7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Telephone: (972) 645-3097

**ATTORNEYS FOR DEFENDANTS SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.**

**CERTIFICATE OF CONFERENCE**

Counsel for Plaintiff and counsel for Defendants have complied with the meet and confer requirements of Local Rule CV-7(h). Headwater does not oppose this Motion.

By */s/ Jonathan B. Bright*
Jonathan B. Bright

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 6, 2025

*/s/ Jonathan B. Bright*
Jonathan B. Bright