| | |
|---|---|
| **From:** | Amy Wann <Amy_Wann@txed.uscourts.gov> |
| **Sent:** | Friday, December 13, 2024 11:11 AM |
| **Cc:** | Brendan Mclaughlin; Danielle Zapata; Riley Zoch; Andrea Brunson; Kecia Clendening; Shawn McRoberts |
| **Subject:** | 2:22-cv-00422-JRG-RSP HEADWATER RESEARCH LLC v. SAMSUNG ELECTRONICS AMERICA, INC. et al |

[This email originated outside of F&R.]

Counsel,

The Court has instructed me to advise you that for the first January 2025 trial term in the Marshall Division, the selection of a jury will begin at **9:00 a.m. CT on Monday, January 13, 2025** with trial immediately following, and the order of trials will be as follows:

1. *Headwater Research LLC v. Samsung Electronics America et al.* (2:22-cv-422);
2. *Whirlpool Corporation et al. v. Shenzhen Sanlida Electrical Technology et al.* (2:22-cv-027);
3. *Dynapass IP Holdings v. JPMorgan* (2:22-cv-212);
4. *Force Mos Technology v. ASUSTek Computer* (2:22-cv-460);
5. *Polaris PowerLED v. Samsung Electronics America et al.* (2:22-cv-469);
6. *Resonant Systems v. Sony Group* (2:22-cv-424);
7. *Headwater Research LLC v. Samsung Electronics America et al.* (2:23-cv-103);
8. *Touchstream Technologies v. Charter Communications* (2:23-cv-59).

All cases are set in the above order for jury selection on Monday, January 13, 2025. On that day, the Court will empanel a jury. After the jury is seated and sworn, the Court intends to hear opening statements, followed by the presentation of the evidence.

All cases not reached on Monday, January 13, 2025 will be **reset** for the Court's second January 2025 trial term on **Monday, January 27, 2025**. While the Court anticipates that the January 27 setting will follow roughly the same order as above, minus the case tried during the week of January 13, the Court may make any adjustments to the actual order as intervening events may dictate in the Court's view.

If you have questions, please advise and I will relay your questions to the Court. Please be sure the above information is shared with all members of your trial team and support staff.

Regards,
Amy

**Amy Wann**
*Law Clerk to Chief Judge Rodney Gilstrap*
U.S. District Court for the Eastern District of Texas
100 E. Houston Street
Marshall, Texas 75670
amy_wann@txed.uscourts.gov