| | |
|---|---|
| **From:** | Jonathan Bright |
| **Sent:** | Saturday, January 4, 2025 4:41 PM |
| **To:** | jwietholter@raklaw.com |
| **Cc:** | jpickens@raklaw.com; rak_headwater@raklaw.com; [SERVICE FR] Samsung-Headwater; qe-headwater103@quinnemanuel.com |
| **Subject:** | RE: Headwater v. Samsung-103: Headwater's Final Election of Claims |

Jason – As mentioned, it is our position that Headwater was required to elect its final claims yesterday. We are unaware of any authority excusing a lower ordered case from the election deadline for any of the reasons you identify. We thus cannot join a motion to extend Headwater's deadline.

Based on your response, we understand Headwater opposes Samsung's motion to extend its deadline to elect final invalidity theories, although we disagree with any suggestion that our motion is an attempt to obtain an improper advantage. Please provide your availability for a conference by Monday to confer per LR 7(h).

Thanks,

Jonathan

---

**From:** Jason Wietholter <jwietholter@raklaw.com>
**Sent:** Friday, January 3, 2025 10:45 PM
**To:** Jonathan Bright <jbright@fr.com>
**Cc:** jpickens@raklaw.com; rak_headwater@raklaw.com; [SERVICE FR] Samsung-Headwater <SERVICEFRSamsung-Headwater@fr.com>; qe-headwater103@quinnemanuel.com
**Subject:** Re: Headwater v. Samsung-103: Headwater's Final Election of Claims

Jonathan,

Given Judge Payne's comments at the pretrial conference, the forthcoming rulings on *Daubert* motions and dispositive motions, and the Court's denial of Samsung's motion to continue the -422 trial which "ORDERED that the trial in [the -422] case proceed as currently scheduled with jury selection to begin on January 13, 2025" (*Headwater v. Samsung*, Case No. 22-cv-422, Dkt. No. 473), it is clear that the -103 trial will not take place January 13, 2025. Samsung's insistence that Headwater must disclose its final election of claims today is unfounded.

We are amenable to enter a joint motion to mutually extend the parties' deadlines in an effort to resolve the issue. However, Headwater opposes any motion by Samsung to attempt to extract an advantage from an election by Headwater as Samsung did in the -422 case - a tactic the Court noted "played out last time ... to [Samsung's] benefit," but should not "work out to [Headwater's] detriment." *Headwater v. Samsung*, Case No. 22-cv-422, 11/18/24 PTC Transcript at 56.

Alternatively, Headwater will agree not to oppose Samsung's motion if Samsung agrees to not oppose a similar motion from Headwater.

Regards,
**Jason Wietholter**
**Russ, August & Kabat**
12424 Wilshire Boulevard, 12th Floor | Los Angeles, California 90025
Main +1 310 826 7474 | jwietholter@raklaw.com | www.raklaw.com

----------------------------------
This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

On Jan 3, 2025, at 6:19 PM, Jonathan Bright <jbright@fr.com> wrote:


Jason,

We disagree that Headwater is excused from its obligation to elect claims tonight.  As you know, the Court set jury selection for the -103 case for January 13th and has not released the -103 case from that date.  We are aware of no rule excusing plaintiffs from identifying their final claims by the prescribed deadline because they expect a higher ordered case (like -422) will go first.  As such, we cannot join any motion to extend Headwater's deadline to elect its claims.

At the same time, Headwater's refusal to elect claims frustrates Samsung's ability to elect its invalidity theories.  We therefore reiterate our request for Headwater's position on whether Headwater will oppose Samsung's request to extend the deadline to elect invalidity theories.

Best,

Jonathan

---

**From:** Jason Wietholter <jwietholter@raklaw.com>
**Sent:** Friday, January 3, 2025 8:53 PM
**To:** Jonathan Bright <jbright@fr.com>
**Cc:** jpickens@raklaw.com; rak_headwater@raklaw.com; [SERVICE FR] Samsung-Headwater <SERVICEFRSamsung-Headwater@fr.com>; qe-headwater103@quinnemanuel.com
**Subject:** Re: Headwater v. Samsung-103: Headwater's Final Election of Claims

Jonathan,

Headwater proposes that the parties file a joint motion to extend the parties' respective election deadlines given the circumstances we identified previously. Please provide a draft motion so that Headwater may provide input.

Regards,
**Jason Wietholter**
**Russ, August & Kabat**
12424 Wilshire Boulevard, 12th Floor | Los Angeles, California 90025
Main +1 310 826 7474 | jwietholter@raklaw.com | www.raklaw.com

----------------------------------
This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

On Jan 3, 2025, at 4:32 PM, Jonathan Bright <jbright@fr.com> wrote:

James,

Samsung intends to seek an extension on the deadline for the Final Election of Prior Art on the basis that Headwater will not be serving its Final Election of Claims as required by the Court.  Please let us know by 730 CT tonight if Headwater decides to serve its Final Election of Claims today.  If Headwater chooses not to serve its final election today, please confirm that Headwater will not oppose our motion to extend the deadline for the Final Election of Prior Art.

Best,

Jonathan

---

**From:** James Pickens <jpickens@raklaw.com>
**Sent:** Friday, January 3, 2025 2:21 PM
**To:** Jonathan Bright <jbright@fr.com>
**Cc:** rak_headwater@raklaw.com; [SERVICE FR] Samsung-Headwater <SERVICEFRSamsung-Headwater@fr.com>; qe-headwater103@quinnemanuel.com
**Subject:** Re: Headwater v. Samsung-103: Headwater's Final Election of Claims

[This email originated outside of F&R.]

Jonathan,

As recognized at the Pretrial Conference in this case, trial and jury selection is not going forward on Jan. 13 in the -103 case, since trial and jury selection in the -422 case is going forward on that date. Headwater's position is that exchanging final election of claims is therefore premature. Moreover, the Court's rulings on pending motions to strike and motions for summary judgment are pending, which has the potential to significantly narrow the case.

Regards,
James

**James Pickens**
RUSS AUGUST & KABAT | 12424 Wilshire Boulevard, 12th Floor | Los Angeles, CA 90025
Main +1 310 826 7474 | jpickens@raklaw.com | www.raklaw.com
-----------------------------------
This communication, including any enclosures, may contain privileged or confidential information and is intended only for the named addressee(s). If you are not an intended recipient, (1) you are not authorized to keep,
copy, print, distribute, rely on or otherwise use it in any manner, (2) please notify the sender by replying and noting the inadvertent disclosure and (3) please take all steps to delete this e-mail from your system, including deletion from any "sent" folder or caches. This e-mail does not create, waive or modify any right, privilege, obligation or liability, and is not an electronic signature.

> On Jan 2, 2025, at 10:07 PM, Jonathan Bright <jbright@fr.com> wrote:

Counsel –

Please confirm that Headwater will provide its final election of asserted claims by the deadline tomorrow Friday, January 3rd.

Best,

Jonathan

```
****************************************************************************
****************************************
This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized use or disclosure is
prohibited. If you are not the intended recipient, please contact the sender by reply
email and destroy all copies of the original message.
****************************************************************************
****************************************
```




```
********************************************************************************
************************
This email message is for the sole use of the intended recipient(s) and may contain confidential
and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the
intended recipient, please contact the sender by reply email and destroy all copies of the original
message.
********************************************************************************
************************
```



```
********************************************************************************
************************
This email message is for the sole use of the intended recipient(s) and may contain confidential
and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the
intended recipient, please contact the sender by reply email and destroy all copies of the original
message.
********************************************************************************
************************
```