# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CIVIL ACTION NO. 2:23-CV-00103-JRG-RSP |
| | § |
| SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC., | § |
| | § |
| Defendants. | § |

## ORDER

Before the Court is Plaintiff Headwater Research LLC's Opposed Motion to Amend the Docket Control Order. **Dkt. No. 307.** Additionally, before the Court is Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.'s Unopposed Motion to Amend the Docket Control Order. **Dkt. No. 308.** Headwater requests an extension of the deadline for its final election of asserted claims. In turn, Samsung requests an extension for their deadline for disclosure of their final invalidity theories. Due to the unique and peculiar circumstances of this case, both Motions are **GRANTED** as to this trial setting only.

**SIGNED this 8th day of January, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE