# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:23-CV-00103-JRG-RSP |
| § | |
| SAMSUNG ELECTRONICS CO., LTD., § | |
| and SAMSUNG ELECTRONICS § | |
| AMERICA, INC., § | |
| § | |
| *Defendants*. § | |

## ORDER

Before the Court is Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.'s Unopposed Motion to Redact Portions of the Hearing Transcript (Dkt. No. 312). After consideration, and noting its unopposed nature, the Motion is **GRANTED.** It is

**ORDERED** that the hearing transcript at Dkt. No. 303 will be redacted to reflect the provided redacted version located at Dkt. No. 312-1.

**SIGNED this 13th day of January, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE