### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, *Plaintiff*, v. SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., *Defendants*. | Case No. 2:23-cv-00103-JRG-RSP **JURY TRIAL DEMANDED** |

### JOINT MOTION REGARDING EVIDENTIARY HEARING ON STANDING

Following the Pretrial Conference held on December 16, 2024, and pursuant to the Court's instructions (Hearing Tr. at 29:22-30:6), Plaintiff Headwater Research LLC ("Headwater") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung"), reached the agreement regarding various aspects of an evidentiary hearing on standing in this case. Statements which are agreed to by both Headwater and Samsung are not highlighted. Statements proposed by Headwater that are not agreed to by Samsung are bracketed in **blue, bold font**. Statements proposed by Samsung that are not agreed to by Headwater are in **red, bold font**. The parties jointly move the Court to adopt the agreed-upon provisions, and each party moves the Court to adopt their respective proposed provisions.

1. Headwater and Samsung would be agreeable to conducting the evidentiary hearing in this case on February 18, 19, or 20, if this date is convenient for the Court. **[Samsung requests that the evidentiary hearing on standing occur prior to trial in this case.]**

2.     **[Consistent with *Script Sec. Sols., LLC v. Amazon.com, Inc.*, No. 2:15-CV-1030-WCB, 2016 WL 6433776, at *4 (E.D. Tex. Oct. 31, 2016),]** The parties also agree to provide the following to the Court 10 calendar days before the date of the evidentiary hearing: a list of witnesses who would testify at the hearing and a **[detailed proffer]** **[description]** of the testimony to be provided by each witness. **[Each party will also be required at that time to provide to the Court all other evidence that the party intends to rely on in support of its position on the standing issue, with the exception of evidence that may be used for cross examination.]**

Dated: January 21, 2025                                                              Respectfully submitted,

| | |
|---|---|
| By: */s/ Kristopher Davis* | By: */s/ Jonathan B. Bright* |
| Marc Fenster | Ruffin B. Cordell |
| CA State Bar No. 181067 | TX Bar No. 04820550 |
| Reza Mirzaie | Michael J. McKeon |
| CA State Bar No. 246953 | DC Bar No. 459780 |
| Brian Ledahl | mckeon@fr.com |
| CA State Bar No. 186579 | Jared Hartzman (*pro hac vice*) |
| Ben Wang | DC Bar No. 1034255 |
| CA State Bar No. 228712 | hartzman@fr.com |
| Adam Hoffman | **FISH & RICHARDSON P.C.** |
| CA State Bar No. 218740 | 1000 Maine Avenue, SW, Ste 1000 |
| Paul Kroeger | Washington, D.C. 20024 |
| CA State Bar No. 229074 | Telephone: (202) 783-5070 |
| Neil A. Rubin | Facsimile: (202) 783-2331 |
| CA State Bar No. 250761 | |
| Kristopher Davis | Thad C. Kodish |
| CA State Bar No. 329627 | GA Bar No. 427603 |
| James S. Tsuei | tkodish@fr.com |
| CA State Bar No. 285530 | Benjamin K. Thompson |
| Philip Wang | GA Bar No. 633211 |
| CA State Bar No. 262239 | bthompson@fr.com |
| Amy Hayden | Jonathan B. Bright |
| CA State Bar No. 287026 | GA Bar No. 256953 |
| Dale Chang | jbright@fr.com |
| CA State Bar No. 248657 | Nicholas A. Gallo |
| James Milkey | GA Bar No. 546590 |
| CA State Bar No. 281283 | gallo@fr.com |
| Jason M. Wietholter | Vivian C. Keller (admitted *pro hac vice*) |
| CA State Bar No. 337139 | GA Bar No. 651500 |

2

James Pickens
CA State Bar No. 307474
Qi (Peter) Tong
TX State Bar No. 24119042
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
rak_headwater@raklaw.com

Andrea L. Fair
TX State Bar No. 24078488
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com
*Attorneys for Plaintiff,*
*Headwater Research LLC*

keller@fr.com
Noah C. Graubart
GA Bar No. 141862
graubart@fr.com
Sara C. Fish
GA Bar No. 873853
sfish@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

Leonard E. Davis
TX Bar No. 05521600
ldavid@fr.com
Andria Rae Crisler
TX Bar No. 24093792
crisler@fr.com
Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
**FISH & RICHARDSON P.C**.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214)747-5070
Facsimile: (214) 747-2091

John-Paul R. Fryckman (*pro hac vice*)
CA Bar No. 317591
John W. Thornburgh
CA Bar No. 154627
thornburgh@fr.com
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Katherine D. Prescott (*pro hac vice*)
CA Bar No. 215496
prescott@fr.com
**FISH & RICHARDSON P.C.**
500 Arguello Street
Suite 400
Redwood City, CA 94063
Telephone: (650) 839-5180

3

Facsimile: (650) 839-5071

Kyle J. Fleming (*pro hac vice*)
NY Bar No. 5855499
kfleming@fr.com
**FISH & RICHARDSON P.C.**
7 Times Square, 20th Floor,
New York, NY 10036
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

Melissa R. Smith
State Bar No. 24001351
Melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Andrew Thompson ("Tom") Gorham
State Bar No. 24012715
tom@gillamsmithlaw.com
James Travis Underwood
Texas Bar No. 24102587
travis@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
102 N. College, Suite 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Shaun W. Hassett
State Bar No. 24074372
shaunhassett@potterminton.com
**POTTER MINTON, P.C**.
102 N. College Ave., Suite 900
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

Lance Lin Yang
**QUINN EMANUEL URQUHART & SULLIVAN,**

4

        **LLP - LA**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017 USA
213/443-3000 Fax: 213/443-3100
Lanceyang@quinnemanuel.Com

Jon Bentley Hyland
Texas Bar No. 24046131
jhyland@hilgersgraben.com
Grant K. Schmidt
Texas Bar No. 24084579
gschmidt@hilgersgraben.com
**HILGERS GRABEN PLLC**
7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Telephone: (972) 645-3097

*Attorneys for Defendants,*
*Samsung Electronics Co., Ltd. and*
*Samsung Electronics America, Inc.*

## **CERTIFICATE OF CONFERENCE**

Counsel for Plaintiff and counsel for Defendants have met and conferred in compliance with Local Rule CV-7(h).  Plaintiff does not oppose this motion.

*/s/ Jonathan B. Bright*
Jonathan B. Bright

## **CERTIFICATE OF SERVICE**

I certify that on January 21, 2025 counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/ Jonathan B. Bright*
Jonathan B. Bright