## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § | |
| | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00103-JRG-RSP |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., | § | |
| and SAMSUNG ELECTRONICS | § | |
| AMERICA, INC., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Joint Motion Regarding Evidentiary Hearing on Standing filed by Plaintiff Headwater Research LLC, and Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. **Dkt. No. 314.** After consideration, and noting its joint nature, the Court **GRANTS** the Motion.

It is **ORDERED** that the Parties appear before the Court on February 20, 2025, at 9:00 am for an evidentiary hearing.

It is **FURTHER ORDERED** that ten days before the hearing the Parties file a Joint Notice providing a brief description of the testimony and exhibits to be offered by each side.

It is **FINALLY ORDERED** that each party will have two hours to present evidence.

**SIGNED this 22nd day of January, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE