# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, *Plaintiff*, v. SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., *Defendants*. | Case No. 2:23-cv-00103-JRG-RSP **JURY TRIAL DEMANDED** |

## JOINT MOTION REQUESTING ADDITIONAL PRETRIAL CONFERENCE

The Court held a Pretrial Conference in this matter on December 16, 2024. As the Court instructed during the hearing (Hearing Tr. at 29:22-30:6), the matter is now set for an evidentiary hearing on February 20, 2025. Dkt. 315. The Court and the parties also discussed during the hearing a need for a further pretrial conference to complete exhibit objections and any other remaining pretrial matters. Hearing Tr. at 103:18-106:6.

Accordingly, Plaintiff Headwater Research LLC ("Headwater") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") respectfully jointly request the Court schedule an additional pretrial conference to complete all remaining pretrial matters. Subject to the Court's availability and convenience, the parties request that the pretrial conference be held in conjunction with the evidentiary hearing, on or around February 20, 2025.

1

Dated: January 28, 2025                                        Respectfully submitted,

By:   */s/ Marc Fenster*                                  By:   */s/ Sara C. Fish*
      Marc Fenster                                                  Ruffin B. Cordell
      CA State Bar No. 181067                                 TX Bar No. 04820550
      Reza Mirzaie                                                    Michael J. McKeon
      CA State Bar No. 246953                                 DC Bar No. 459780
      Brian Ledahl                                                    mckeon@fr.com
      CA State Bar No. 186579                                 Jared Hartzman (*pro hac vice*)
      Ben Wang                                                        DC Bar No. 1034255
      CA State Bar No. 228712                                 hartzman@fr.com
      Adam Hoffman                                                **FISH & RICHARDSON P.C.**
      CA State Bar No. 218740                                 1000 Maine Avenue, SW, Ste 1000
      Paul Kroeger                                                    Washington, D.C. 20024
      CA State Bar No. 229074                                 Telephone: (202) 783-5070
      Neil A. Rubin                                                    Facsimile: (202) 783-2331
      CA State Bar No. 250761
      Kristopher Davis                                              Thad C. Kodish
      CA State Bar No. 329627                                 GA Bar No. 427603
      James S. Tsuei                                                tkodish@fr.com
      CA State Bar No. 285530                                 Benjamin K. Thompson
      Philip Wang                                                    GA Bar No. 633211
      CA State Bar No. 262239                                 bthompson@fr.com
      Amy Hayden                                                    Jonathan B. Bright
      CA State Bar No. 287026                                 GA Bar No. 256953
      Dale Chang                                                      jbright@fr.com
      CA State Bar No. 248657                                 Nicholas A. Gallo
      James Milkey                                                  GA Bar No. 546590
      CA State Bar No. 281283                                 gallo@fr.com
      Jason M. Wietholter                                          Vivian C. Keller (admitted *pro hac vice*)
      CA State Bar No. 337139                                 GA Bar No. 651500
      James Pickens                                                keller@fr.com
      CA State Bar No. 307474                                 Noah C. Graubart
      Qi (Peter) Tong                                                GA Bar No. 141862
      TX State Bar No. 24119042                            graubart@fr.com
      **RUSS AUGUST & KABAT**                           Sara C. Fish
      12424 Wilshire Blvd. 12th Floor                       GA Bar No. 873853
      Los Angeles, CA 90025                                      sfish@fr.com
      Telephone: 310-826-7474                                  **FISH & RICHARDSON P.C.**
      rak_headwater@raklaw.com                          1180 Peachtree St. NE, Fl. 21
                                                                                    Atlanta, GA 30309
      Andrea L. Fair                                                Telephone: (404) 892-5005
      TX State Bar No. 24078488                           Facsimile: (404) 892-5002
      **MILLER FAIR HENRY PLLC**
      1507 Bill Owens Parkway                                  Leonard E. Davis

Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com
*Attorneys for Plaintiff,*
*Headwater Research LLC*

TX Bar No. 05521600
ldavid@fr.com
Andria Rae Crisler
TX Bar No. 24093792
crisler@fr.com
Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
**FISH & RICHARDSON P.C**.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214)747-5070
Facsimile: (214) 747-2091

John-Paul R. Fryckman (*pro hac vice*)
CA Bar No. 317591
John W. Thornburgh
CA Bar No. 154627
thornburgh@fr.com
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Katherine D. Prescott (*pro hac vice*)
CA Bar No. 215496
prescott@fr.com
**FISH & RICHARDSON P.C.**
500 Arguello Street
Suite 400
Redwood City, CA 94063
Telephone: (650) 839-5180
Facsimile: (650) 839-5071

Kyle J. Fleming (*pro hac vice*)
NY Bar No. 5855499
kfleming@fr.com
**FISH & RICHARDSON P.C.**
7 Times Square, 20th Floor,
New York, NY 10036
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

Melissa R. Smith
State Bar No. 24001351
Melissa@gillamsmithlaw.com

3

**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Andrew Thompson ("Tom") Gorham
State Bar No. 24012715
tom@gillamsmithlaw.com
James Travis Underwood
Texas Bar No. 24102587
travis@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
102 N. College, Suite 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Shaun W. Hassett
State Bar No. 24074372
shaunhassett@potterminton.com
**POTTER MINTON, P.C**.
102 N. College Ave., Suite 900
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

Lance Lin Yang
**QUINN EMANUEL URQUHART & SULLIVAN, LLP - LA**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017 USA
213/443-3000 Fax: 213/443-3100
Lanceyang@quinnemanuel.Com

Jon Bentley Hyland
Texas Bar No. 24046131
jhyland@hilgersgraben.com
Grant K. Schmidt
Texas Bar No. 24084579
gschmidt@hilgersgraben.com
**HILGERS GRABEN PLLC**
7859 Walnut Hill Lane, Suite 335

Dallas, Texas 75230
Telephone: (972) 645-3097

*Attorneys for Defendants,*
*Samsung Electronics Co., Ltd. and*
*Samsung Electronics America, Inc.*

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff and counsel for Defendants have met and conferred in compliance with Local Rule CV-7(h). Plaintiff does not oppose this motion.

*/s/ Sara C. Fish*
Sara C. Fish

## CERTIFICATE OF SERVICE

I certify that on January 28, 2025 counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/ Sara Fish*
Sara C. Fish