# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CASE NO. 2:23-CV-00103-JRG-RSP |
| § | |
| SAMSUNG ELECTRONICS AMERICA, § | |
| INC, ET AL., § | |
| § | |
| *Defendants*. § | |

## ORDER

Before the Court is the Unopposed Motion for Continuance (the "Motion") filed by Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Samsung"). (Dkt. No. 318). In the Motion, Samsung requests a continuance of the March 3, 2025 trial setting and jury selection due to a number of conflicts involving its lead counsel and several of its experts. (*See id.* at 1-2.) Samsung represents that its witnesses and counsel are all available for trial during the Court's trial setting the week of April 21-25. (*Id.* at 2.) Samsung has met and conferred with counsel for Plaintiff Headwater Research LLC ("Headwater") and Headwater does not oppose the request to continue trial to April 21. (*Id.* at 3.) However, to the extent that this continuance is granted, Headwater requests that the Court specially set this case as the first priority case for April 21, 2025, in light of the adjustments already made to the original trial date and Samsung's similar continuance requests. (*Id.*)

Having considered the Motion and noting the Parties' representations, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **CONTINUES** the trial setting currently set for March 3, 2025, and **SPECIALLY SETS** this case for jury selection and trial to

begin on **Monday, April 21, 2025**.  All parties should make any arrangements necessary to go forward at that time and without further rescheduling.

**So Ordered this**

**Feb 5, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE