# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:23-cv-00103-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF HEADWATER RESEARCH LLC'S NOTICE OF SUPPLEMENTAL FACTS REGARDING THE PARTIES' MOTIONS ON STANDING (DKT. 174, 177)

Plaintiff Headwater Research LLC ("Headwater") respectfully submits this notice of supplemental facts regarding the motions filed by the parties regarding standing (Dkt. 174, 177).

On January 31, 2025, a 24-year former executive of Qualcomm, Inc. named David Wise provided deposition testimony in *Headwater Research LLC v. AT&T Services, Inc.*, Case No. 2:23-cv-00397-JRG-RSP ("the AT&T Action"), in response to a subpoena served by AT&T. In the AT&T Action, AT&T is asserting a defense that Headwater lacks standing because Qualcomm allegedly has an ownership interest in the asserted patents, which is what Samsung also argues in the above-captioned action (*see, e.g.*, Dkt. 177) and what Samsung argued in Case No. 2:22-cv-00422-JRG-RSP ("the 422 Action") (*see, e.g.*, 422 Action, Dkt. 399).

Samsung previously represented to this Court that Mr. Wise was highly relevant to its standing defense and that Samsung was unfairly deprived of the opportunity to seek discovery from him. *See, e.g.*, 422 Action, 7/25/2024 Hearing Tr. at 176:22-177:25 ("[W]e talked to Qualcomm multiple times in pursuit of our subpoena, and their response over and over again was:

1

Can you give me the names of the people that -- whose files I should search for the things in your subpoena? And we couldn't and didn't."); 422 Action, Dkt. 366 at 14 ("Samsung was prevented from getting discovery from [David Wise]" and "was unable to give third party Qualcomm the name[] of [Mr. Wise] to assist in its search for documents from fifteen years ago."); 422 Action, Dkt. 396 at 3-4 (characterizing Mr. Wise as a "relevant former Qualcomm employee[] from whom Samsung could have sought discovery").

During his recent deposition in the AT&T Action, Mr. Wise confirmed that he has never been contacted by Samsung, despite Samsung representing to the Court *more than six months ago* that it believed Mr. Wise had relevant information—and despite Samsung having received productions *more than a year ago* of emails between Dr. Raleigh and Mr. Wise in 2009. *See, e.g.*, *id.*; 422 Action, Dkt. 378 at 5-6; Ex. A (1/31/2025 Wise Tr.) at 71:22-72:7 (confirming he has never been contacted by "anyone besides AT&T about any litigation involving Headwater or ItsOn or Dr. Raleigh"). Mr. Wise's deposition responses (to AT&T's questioning) also demonstrate that, despite his involvement in the subject matter of Samsung's standing defense and despite his role as a 24-year executive at Qualcomm (including serving as its Chief Financial Officer), Mr. Wise has no information to support Samsung's standing defense. *See, e.g.*, Ex. A (1/31/2025 Wise Tr.) at 34:2-15 (no recollection of any "potential intellectual property ownership dispute between Dr. Raleigh and Qualcomm"), 47:13-16 ("no recollection whatsoever of the ownership interest dispute between Dr. Raleigh and Qualcomm"), 50:9-13 (no recollection of any "facts, documents, and any other information that Qualcomm possessed suggesting that it may own some portion of ItsOn's IP"), 50:18-51:3 (no recollection of "evidence or information that Qualcomm had that led it to believe that it owned some portion of ItsOn's IP"), 51:14-16 (no recollection of "any discussions internally at Qualcomm as to when Dr. Raleigh first invented the IP in question").

Dated: February 7, 2025                                Respectfully submitted,

*/s/ Reza Mirzaie*
Marc Fenster
CA State Bar No. 181067
mfenster@raklaw.com
Reza Mirzaie
CA State Bar No. 246953
rmirzaie@raklaw.com
Brian Ledahl
CA State Bar No. 186579
bledahl@raklaw.com
Ben Wang
CA State Bar No. 228712
bwang@raklaw.com
Adam Hoffman
CA State Bar No. 218740
Email: ahoffman@raklaw.com
Dale Chang
CA State Bar No. 248657
dchang@raklaw.com
Paul Kroeger
CA State Bar No. 229074
pkroeger@raklaw.com
Neil A. Rubin
CA State Bar No. 250761
nrubin@raklaw.com
Kristopher Davis
CA State Bar No. 329627
kdavis@raklaw.com
James S. Tsuei
CA State Bar No. 285530
jtsuei@raklaw.com
Philip Wang
CA State Bar No. 262239
pwang@raklaw.com
Amy Hayden
CA State Bar No. 287026
ahayden@raklaw.com
James Milkey
CA State Bar No. 281283
Email: jmilkey@raklaw.com
Jason M. Wietholter
CA State Bar No. 337139

3

jwietholter@raklaw.com
James Pickens
CA State Bar No. 307474
Email: jpickens@raklaw.com
Qi (Peter) Tong
TX State Bar No. 24119042
Email: ptong@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Fl.
Los Angeles, CA 90025
Telephone: 310-826-7474

Andrea L. Fair
TX State Bar No. 24078488
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com


**ATTORNEYS FOR PLAINTIFF,
HEADWATER RESEARCH LLC**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 7th day of February 2025, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ *Kristopher Davis*
Kristopher Davis
