IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>   Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>   Defendants. | Case No. 2:23-cv-00103-JRG-RSP<br><br>**JURY DEMANDED** |

### DECLARATION OF KRISTOPHER DAVIS IN SUPPORT OF PLAINTIFF HEADWATER RESEARCH LLC'S NOTICE OF SUPPLEMENTAL FACTS REGARDING THE PARTIES' MOTIONS ON STANDING (DKT. 174, 177)

I, Kristopher Davis, declare and state as follows:

1. I am a member of the State Bar of California, an attorney at the firm of Russ August & Kabat, and counsel of record for Plaintiff Headwater Research LLC in the above-captioned action. I submit this declaration in support of Plaintiff's Notice of Supplemental Facts Regarding the Parties' Motions on Standing (Dkt. 174, 177). I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2. Attached as Exhibit A is a true and correct copy of the deposition transcript of David Wise in *Headwater Research LLC v. AT&T Services, Inc.*, Case No. 2:23-cv-00397-JRG-RSP, dated January 31, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 7, 2025, at Los Angeles, California.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Kristopher Davis*
　　　　　　　　　　　　　　　　　　　　　　　Kristopher Davis

1