# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, *Plaintiff*, v. SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., *Defendants*. | Case No. 2:23-cv-00103-JRG-RSP <br><br> **JURY TRIAL DEMANDED** |

## JOINT NOTICE REGARDING EVIDENTIARY HEARING ON STANDING MOTIONS (DKT. 174, 177)

Pursuant to the Court's Order (Dkt. 315), Samsung and Headwater file this joint notice regarding the February 20, 2025 evidentiary hearing on the parties' respective motions addressing the issue of standing.

The parties agree to the following format for the hearing: First, Headwater will call Dr. Raleigh for his direct examination. Second, Samsung will cross-examine Dr. Raleigh and perform its own adverse examination. Third, Headwater and Samsung will complete any redirect and recross examination of Dr. Raleigh. Finally, each party will present a closing argument.

Regarding evidence, **Headwater** expects that Dr. Raleigh will provide testimony demonstrating that Headwater has standing and that Samsung's arguments to the contrary should be rejected. Consistent with Headwater's briefing and Dr. Raleigh's prior testimony, Dr. Raleigh is expected to describe how the asserted patents are all assigned to Headwater and how he conceived of the claimed inventions of the asserted patents long after he left Qualcomm. Dr.

1

Raleigh is also expected to testify about his interactions with Qualcomm after he left the company, including discussions about potential collaboration (e.g., joint projects, investment, acquisition) between Qualcomm and Headwater/ItsOn in 2009, 2017, and 2022, as examples. Headwater currently anticipates presenting the following categories of exhibits with Dr. Raleigh and may also preemptively address exhibits appearing in Samsung's list further below. As the evidentiary hearing remains ten days away, Headwater reserves the right to modify this disclosure and, if it does, will promptly identify any such additions to Samsung:

- Asserted patents
- Assignment records for the asserted patents
- Provisional Application No. 61/206,354
- Correspondence between Headwater/ItsOn and Qualcomm
- Headwater/ItsOn presentations
- Qualcomm's responses to Samsung's subpoenas
- Dr. Greg Raleigh's employment agreement and record
- Deposition transcripts of Dr. Greg Raleigh
- Deposition transcript of David Wise from Case No. 2:23-cv-00397-JRG-RSP (Dkt. 320-2)[1]
- LinkedIn profile of David Wise (https://www.linkedin.com/in/david-wise-7b04611a0/)

---

[1] Samsung objects to Headwater's use of the deposition transcript of Mr. Wise (from a different Headwater case) because no one, including Headwater, gave Samsung notice of the deposition, and Samsung did not participate. Samsung asserts that this makes the deposition hearsay, and that it would violate due process to use it in this case. Headwater asserts that the parties should address this evidentiary objection at the evidentiary hearing and maintains that Samsung's objection is unfounded in light of, for example, the hearsay provisions of Fed. R. Evid. 803, 804(b)(1), and 807. Headwater further maintains that the Court can appropriately weigh Mr. Wise's testimony on the same subject matter Samsung has raised, and Mr. Wise's testimony that Samsung did not contact him to obtain discovery.

**Samsung** will call Dr. Greg Raleigh as a live witness and will examine Dr. Raleigh following Headwater's direct. Samsung will attempt to elicit testimony that Dr. Raleigh filed the patents-in-suit within one year of leaving Qualcomm, triggering a presumption that Qualcomm owns them, and that Dr. Raleigh has no evidence to rebut this presumption. To the contrary, his testimony and other statements suggest he conceived while at Qualcomm. Samsung expects to rely upon the exhibits filed by both sides in connection with Samsung's motion to dismiss (Dkt. 177) and Headwater's motion for summary judgment on standing (Dkt. 174), along with the patents-in-suit, Dr. Raleigh's deposition, hearing, and trial transcripts, emails to or from Dr. Raleigh and the parties' expert reports.

Dated: February 10, 2025                                     Respectfully submitted,

By:  /s/ Kristopher Davis                          By:  /s/ Jonathan B. Bright
  Marc Fenster                                            Ruffin B. Cordell
  CA State Bar No. 181067                                 TX Bar No. 04820550
  Reza Mirzaie                                            Michael J. McKeon
  CA State Bar No. 246953                                 DC Bar No. 459780
  Brian Ledahl                                            mckeon@fr.com
  CA State Bar No. 186579                                 Jared Hartzman (*pro hac vice*)
  Ben Wang                                                DC Bar No. 1034255
  CA State Bar No. 228712                                 hartzman@fr.com
  Adam Hoffman                                            **FISH & RICHARDSON P.C.**
  CA State Bar No. 218740                                 1000 Maine Avenue, SW, Ste 1000
  Paul Kroeger                                            Washington, D.C. 20024
  CA State Bar No. 229074                                 Telephone: (202) 783-5070
  Neil A. Rubin                                           Facsimile: (202) 783-2331
  CA State Bar No. 250761
  Kristopher Davis                                        Thad C. Kodish
  CA State Bar No. 329627                                 GA Bar No. 427603
  James S. Tsuei                                          tkodish@fr.com
  CA State Bar No. 285530                                 Benjamin K. Thompson
  Philip Wang                                             GA Bar No. 633211
  CA State Bar No. 262239                                 bthompson@fr.com
  Amy Hayden                                              Jonathan B. Bright
  CA State Bar No. 287026                                 GA Bar No. 256953

<div style="columns:2">

Dale Chang
CA State Bar No. 248657
James Milkey
CA State Bar No. 281283
Jason M. Wietholter
CA State Bar No. 337139
James Pickens
CA State Bar No. 307474
Qi (Peter) Tong
TX State Bar No. 24119042
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
rak_headwater@raklaw.com

Andrea L. Fair
TX State Bar No. 24078488
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com
*Attorneys for Plaintiff,
Headwater Research LLC*

jbright@fr.com
Nicholas A. Gallo
GA Bar No. 546590
gallo@fr.com
Vivian C. Keller (admitted *pro hac vice*)
GA Bar No. 651500
keller@fr.com
Noah C. Graubart
GA Bar No. 141862
graubart@fr.com
Sara C. Fish
GA Bar No. 873853
sfish@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

Leonard E. Davis
TX Bar No. 05521600
ldavid@fr.com
Andria Rae Crisler
TX Bar No. 24093792
crisler@fr.com
Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
**FISH & RICHARDSON P.C**.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214)747-5070
Facsimile: (214) 747-2091

John-Paul R. Fryckman (*pro hac vice*)
CA Bar No. 317591
John W. Thornburgh
CA Bar No. 154627
thornburgh@fr.com
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Katherine D. Prescott (*pro hac vice*)
CA Bar No. 215496

</div>

4

prescott@fr.com
**FISH & RICHARDSON P.C.**
500 Arguello Street
Suite 400
Redwood City, CA 94063
Telephone: (650) 839-5180
Facsimile: (650) 839-5071

Kyle J. Fleming (*pro hac vice*)
NY Bar No. 5855499
kfleming@fr.com
**FISH & RICHARDSON P.C.**
7 Times Square, 20th Floor,
New York, NY 10036
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

Melissa R. Smith
State Bar No. 24001351
Melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Andrew Thompson ("Tom") Gorham
State Bar No. 24012715
tom@gillamsmithlaw.com
James Travis Underwood
Texas Bar No. 24102587
travis@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
102 N. College, Suite 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Shaun W. Hassett
State Bar No. 24074372
shaunhassett@potterminton.com
**POTTER MINTON, P.C**.
102 N. College Ave., Suite 900

Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

Lance Lin Yang
**QUINN EMANUEL URQUHART & SULLIVAN, LLP - LA**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017 USA
213/443-3000 Fax: 213/443-3100
Lanceyang@quinnemanuel.Com

Jon Bentley Hyland
Texas Bar No. 24046131
jhyland@hilgersgraben.com
Grant K. Schmidt
Texas Bar No. 24084579
gschmidt@hilgersgraben.com
**HILGERS GRABEN PLLC**
7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Telephone: (972) 645-3097

*Attorneys for Defendants,*
*Samsung Electronics Co., Ltd. and*
*Samsung Electronics America, Inc.*

## CERTIFICATE OF SERVICE

I certify that on February 10, 2025 counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/ Jonathan B. Bright*
Jonathan B. Bright