# EXHIBIT 8



# PTAB Trial Statistics
# FY24 Q3 Outcome Roundup
# IPR, PGR

Patent Trial and Appeal Board
Fiscal Year 2024 3rd Quarter



# Petitions filed by trial type
**(FY24 through Q3: Oct. 1, 2023 to Jun. 30, 2024)**



IPR
907
97%

935
Total

PGR
28
3%

Trial types include Inter Partes Review (IPR) and Post Grant Review (PGR).



3

# Petitions filed by technology
**(FY24 through Q3: Oct. 1, 2023 to Jun. 30, 2024)**



4

# Petitions filed by month
## (June 2024 and Prior 12 Months: Jun. 1, 2023 to Jun. 30, 2024)



# Institution rates by petition
**(FY20 to FY24 through Q3: Oct. 1, 2019 to Jun. 30, 2024)**



# Institution rates by patent
**(FY20 to FY24 through Q3: Oct. 1, 2019 to Jun. 30, 2024)**



# Institution rates by technology
**(FY24 through Q3: Oct. 1, 2023 to Jun. 30, 2024)**



| Technology | Institution Rate |
|---|---|
| Bio/Pharma | 69% (43 of 62) |
| Chemical | 45% (9 of 20) |
| Design | 0% (0 of 1) |
| Electrical/Computer | 68% (381 of 558) |
| Mechanical & Business Method | 62% (107 of 172) |

Institution rate for each technology is calculated by dividing petitions instituted by decisions on institution (i.e., petitions instituted plus petitions denied). The outcomes of decisions on institution responsive to requests for rehearing are excluded.



8

# Settlements
**(FY20 to FY24 through Q3: Oct. 1, 2019 to Jun. 30, 2024)**



Settlement Rate: FY20 22%, FY21 32%, FY22 27%, FY23 30%, FY24 YTD 29%

Settlements (Post-Institution / Pre-Institution):
- FY20: 309 (146 / 163)
- FY21: 465 (192 / 273)
- FY22: 339 (165 / 174)
- FY23: 402 (213 / 189)
- FY24 YTD: 275 (165 / 110)

Settlement rate is calculated by dividing total settlements by concluded proceedings in each fiscal year (i.e., denied institution, settled, dismissed, requested adverse judgment, and final written decision), excluding joined cases.

uspto

9

# Outcomes by petition
**(FY24 through Q3: Oct. 1, 2023 to Jun. 30, 2024)**



FWD patentability or unpatentability reported with respect to the claims at issue in the FWD. Joined cases are excluded.



10

# Outcomes by patent
## (FY24 through Q3: Oct. 1, 2023 to Jun. 30, 2024)



FWD patentability or unpatentability reported with respect to the claims at issue in the FWD. "Mixed Outcome" is shown for patents receiving more than one type of outcome from the list of: denied, settled, dismissed, and/or req. adverse judgement only. A patent is listed in a FWD category if it ever received a FWD, regardless of other outcomes.



11

# Outcomes by claim challenged
(FY24 through Q3: Oct. 1, 2023 to Jun. 30, 2024)





12

# Claim outcomes
## (FY24 through Q3: Oct. 1, 2023 to Jun. 30, 2024)



"No DI" and "No FWD" mean the claim was challenged but not addressed in a DI/FWD, e.g., due to settlement.

32% of challenged claims and 51% of instituted claims were found unpatentable by a preponderance of the evidence.

uspto

13

