**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC, | |
| *Plaintiff*, | Case No. 2:23-cv-00103-JRG-RSP |
| v. | **JURY TRIAL DEMANDED** |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | |
| *Defendants*. | |

**SAMSUNG RESPONSE TO HEADWATER'S SUPPLEMENTAL FACTS
<u>REGARDING THE PARTIES' MOTIONS ON STANDING  (DKT. NO. 320)</u>**

Samsung objects to Headwater's "Notice of Supplemental Facts" regarding standing (Dkt. 320) and submission of a deposition transcript from a different Headwater case because no one, including Headwater, gave Samsung notice of the deposition, and Samsung did not participate. This makes the deposition hearsay, and it would violate due process to use it here.

In addition, the deposition is not relevant. Headwater's notice merely quotes David Wise as testifying that he cannot *recall* Qualcomm's dispute with Headwater in 2009. And this is why, after careful consideration and the events of the -422 case, Samsung elected not to burden Mr. Wise with a subpoena after Headwater belatedly produced Mr. Wise's emails.

Dated: February 12, 2025                          Respectfully submitted,

                                    By:    */s/ John W. Thornburgh*
                                           Ruffin B. Cordell
                                           TX Bar No. 04820550
                                           Michael J. McKeon
                                           DC Bar No. 459780
                                           mckeon@fr.com
                                           Jared Hartzman (*pro hac vice*)
                                           DC Bar No. 1034255
                                           hartzman@fr.com
                                           **FISH & RICHARDSON P.C.**
                                           1000 Maine Avenue, SW, Ste 1000
                                           Washington, D.C. 20024
                                           Telephone: (202) 783-5070
                                           Facsimile: (202) 783-2331

                                           Thad C. Kodish
                                           GA Bar No. 427603
                                           tkodish@fr.com
                                           Benjamin K. Thompson
                                           GA Bar No. 633211
                                           bthompson@fr.com
                                           Jonathan B. Bright
                                           GA Bar No. 256953
                                           jbright@fr.com
                                           Nicholas A. Gallo

GA Bar No. 546590
gallo@fr.com
Vivian C. Keller (admitted *pro hac vice*)
GA Bar No. 651500
keller@fr.com
Noah C. Graubart
GA Bar No. 141862
graubart@fr.com
Sara C. Fish
GA Bar No. 873853
sfish@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

Leonard E. Davis
TX Bar No. 05521600
ldavid@fr.com
Andria Rae Crisler
TX Bar No. 24093792
crisler@fr.com
Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
**FISH & RICHARDSON P.C**.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214)747-5070
Facsimile: (214) 747-2091

John-Paul R. Fryckman (*pro hac vice*)
CA Bar No. 317591
John W. Thornburgh
CA Bar No. 154627
thornburgh@fr.com
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Katherine D. Prescott (*pro hac vice*)
CA Bar No. 215496
prescott@fr.com
**FISH & RICHARDSON P.C.**

500 Arguello Street
Suite 400
Redwood City, CA 94063
Telephone: (650) 839-5180
Facsimile: (650) 839-5071

Kyle J. Fleming (*pro hac vice*)
NY Bar No. 5855499
kfleming@fr.com
**FISH & RICHARDSON P.C.**
7 Times Square, 20th Floor,
New York, NY 10036
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

Melissa R. Smith
State Bar No. 24001351
Melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Andrew Thompson ("Tom") Gorham
State Bar No. 24012715
tom@gillamsmithlaw.com
James Travis Underwood
Texas Bar No. 24102587
travis@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
102 N. College, Suite 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Shaun W. Hassett
State Bar No. 24074372
shaunhassett@potterminton.com
**POTTER MINTON, P.C**.
102 N. College Ave., Suite 900
Tyler, Texas 75702
Tel: (903) 597-8311

4

Fax: (903) 593-0846

Lance Lin Yang
**QUINN EMANUEL URQUHART & SULLIVAN, LLP - LA**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017 USA
213/443-3000 Fax: 213/443-3100
Lanceyang@quinnemanuel.Com

Jon Bentley Hyland
Texas Bar No. 24046131
jhyland@hilgersgraben.com
Grant K. Schmidt
Texas Bar No. 24084579
gschmidt@hilgersgraben.com
**HILGERS GRABEN PLLC**
7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Telephone: (972) 645-3097

*Attorneys for Defendants,*
*Samsung Electronics Co., Ltd. and*
*Samsung Electronics America, Inc.*

## CERTIFICATE OF SERVICE

I certify that on February 12, 2025 counsel of record who are deemed to have consented to

electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/ John W. Thornburg*
John W. Thornburgh