**THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC, | |
| *Plaintiff*, | |
| v. | Case No. 2:23-CV-00103-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD and SAMSUNG ELECTRONICS AMERICA, INC., | **JURY TRIAL DEMANDED** |
| *Defendants*. | |

## <u>NOTICE OF APPEARANCE OF COUNSEL</u>

Notice is hereby given that Steffen C. Lake, of the law firm Fish & Richardson P.C., enters his appearance in this matter for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. and consents to electronic services of all papers in this action.

Dated: February 12, 2025

Respectfully submitted,

FISH & RICHARDSON P.C.

By: */s/ Steffen C. Lake*
     Steffen C. Lake
     GA Bar No. 512272
     FISH & RICHARDSON P.C.
     1180 Peachtree St NE, 21st Floor
     Atlanta, GA 30309
     Phone: (404) 724-2820
     Fax: (404)892-5002
     Email: lake@fr.com

**ATTORNEYS FOR DEFENDANTS
SAMSUNG ELECTRONICS CO., LTD AND
SAMSUNG ELECTRONICS AMERICA, INC.**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 12, 2025 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Steffen C. Lake*
Steffen C. Lake
