**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 2:23-CV-0103-JRG-RSP |
| | § | |
| SAMSUNG ELECTRONICS AMERICA, INC., ET AL. | § | |
| | § | |
| | § | |
| *Defendants.* | § | |

**MINUTES FOR EVIDENTIARY HEARING**
**HELD BEFORE U. S. MAGISTRATE JUDGE ROY PAYNE**
**February 20, 2025**

**OPEN:  9:00 a.m.**                                    **ADJOURN: 2:47**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFFS: | Kris Davis |
| | Reza Mirzaie |
| | Jason Wietholter |
| | Marc Fenster |
| | Andrea Fair |
| | |
| ATTORNEYS FOR DEFENDANTS: | Mike McKeon |
| | Thad Kodish |
| | John Thornburgh |
| | Jonathan Bright |
| | Leonard Davis |
| | Melissa Smith |
| | |
| LAW CLERKS: | Nathan Gershengorin |
| | |
| COURT REPORTER: | Shelly Holmes |
| | |
| COURTROOM DEPUTY: | Becky Andrews |

| TIME | MINUTES |
|---|---|
| 9:00 am | Court opened.   Case called.   Andrea Fair introduced co-counsel and announced ready.   Melissa Smith introduced co-counsel and announced ready. |
| 9:03 am | Kris Davis called Dr. Greg Raleigh.   The witness was sworn.   Direct examination by Mr. Davis. |
| 10:25 am | Mr. Davis offered the exhibits referred to in the direct examination. |

| 10:25 am | Mike McKeon objected to the deposition transcript of Mr. Wise (P21).   The Court sustained the objection to the Wise deposition, otherwise the exhibits were admitted. |
|----------|---|
| 10:26 am | RECESS |
| 10:42 am | Cross-examination by Mr. McKeon. |
| 12:15 pm | RECESS for lunch. |
| 1:45 pm | Re-direct by Mr. Davis. |
| 2:14 pm | John Thornburg began closing arguments for defendants. |
| 2:32 pm | Mr. Davis gave closing arguments for Headwater. |
| 2:43 pm | Mr. Thornburg complete closing arguments. |
| 2:45 pm | Mr. Davis offered Exhibit 26 and Exhibit 27 from Dr. Raleigh's re-direct.   The Court admitted Exhibit 26. |
| 2:47 pm | Mr. McKeon offered the exhibits referred to during cross-examination.   The exhibits were admitted. |
| 2:47 pm | Court adjourned. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |