# Exhibit 3

# Exhibit 5

# Assignment abstract of title for Application 13461141

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| AUTOMATED DEVICE PROVISIONING AND ACTIVATION<br>Gregory G. Raleigh | 8406733<br>Mar 26, 2013 | 20120214441<br>Aug 23, 2012 | 13461141<br>May 1, 2012 | | |

## Assignments (2 total)

### Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 041248/0681 | Dec 29, 2016 | Jan 4, 2017 | 56 | 6 |

**Conveyance**
MERGER AND CHANGE OF NAME (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| HEADWATER PARTNERS I LLC<br>HEADWATER MANAGEMENT LLC | ANN TAYLOR<br>1011 PRUITT PLACE<br>TYLER, TX 75703 |

**Assignee**
HEADWATER RESEARCH LLC
1011 PRUITT PLACE
TYLER, TEXAS 75703

### Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 028149/0075 | Mar 24, 2009 | May 3, 2012 | 1 | 2 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| RALEIGH, GREGORY G. | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>379 LYTTON AVENUE<br>PALO ALTO, CA 94301 |

**Assignee**
HEADWATER PARTNERS I, LLC
2995 WOODSIDE ROAD
STE. 400
WOODSIDE, CALIFORNIA 94062-2048

10/23/24, 10:08 AM United States Patent and Trademark Office

Case 2:23-cv-01103-JRG-RSP Document 174-5 Filed 10/25/24 Page 4 of 11 PageID #: 7139
Case 2:23-cv-01103-JRG-RSP Document 152-3 Filed 10/25/24 Page 4 of 11 PageID #: 7139

# PATENT ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| Gregory G. Raleigh | 03/24/2009 |

### RECEIVING PARTY DATA

| Name: | Headwater Partners I, LLC |
|---|---|
| Street Address: | 2995 Woodside Road |
| Internal Address: | Ste. 400 |
| City: | Woodside |
| State/Country: | CALIFORNIA |
| Postal Code: | 94062-2048 |

### PROPERTY NUMBERS Total: 1

| Property Type | Number |
|---|---|
| Application Number: | 13461141 |

### CORRESPONDENCE DATA

Fax Number: (650)815-2600
Phone: (650)815-2601
Email: acollette@sheppardmullin.com
*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent via US Mail.*
Correspondent Name: Sheppard, Mullin, Richter & Hampton LLP
Address Line 1: 379 Lytton Avenue
Address Line 4: Palo Alto, CALIFORNIA 94301

| ATTORNEY DOCKET NUMBER: | 26WV-169494 [RALEP071] |
|---|---|
| NAME OF SUBMITTER: | Marc A. Sockol |

Total Attachments: 1
source=P007_Assignment#page1.tif

# ASSIGNMENT OF PATENT APPLICATION

Whereas I/we the undersigned inventor(s) have invented certain new and useful improvements as set forth in the patent application entitled:

## AUTOMATED DEVICE PROVISIONING AND ACTIVATION

for which I (we) have executed an application for a United States Letters Patent which was filed in the U.S. Patent and Trademark Office on March 2, 2009, and which bears the Application No. 12/380,780, and we authorize and request the attorneys appointed in said application to hereafter complete this assignment by inserting above the filing date and serial number of said application when known;

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, I/We the undersigned inventor(s) hereby:

1) Sell(s), assign(s) and transfer(s) to Headwater Partners I, LLC, a Delaware Limited Liability Company having a place of business at 2995 Woodside Road, Ste. 400, Woodside, CA 94062-2048, (hereinafter referred to as "ASSIGNEE"), the entire right title and interest in any and all improvements and inventions disclosed in, application(s) (including foreign applications) based upon, and Patent(s) (including foreign patents) granted upon the information which is disclosed in the above referenced application and/or in any provisional application to which the above referenced application claims priority.

2) Authorize and request the Commissioner of Patents to issue any and all Letters Patents resulting from said application or any division(s), continuation(s), substitutes(s) or reissue(s) thereof to the ASSIGNEE.

3) Agree to execute all papers and documents and, entirely at the ASSIGNEE's expense, perform any acts which are reasonably necessary in connection with the prosecution of said application, as well as any derivative applications thereof, foreign applications based thereon, and/or the enforcement of patents resulting from such applications.

4) Agree that the terms, covenants and conditions of this assignment shall inure to the benefit of the Assignee, its successors, assigns and other legal representative, and shall be binding upon the inventor(s), as well as the inventor's heirs, legal representatives and assigns.

5) Warrant and represent that I/we have not entered, and will not enter into any assignment, contract, or understanding that conflicts with this assignment.

Signed on the date(s) indicated beside my (our) signature(s).

1) Signature: _[signature]_   Date: 3/24/09
   Typed Name: Gregory G. Raleigh

Atty Dkt. No. RALEP007

**PATENT**
**RECORDED: 05/03/2012**    **REEL: 028149 FRAME: 0076**

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2  
EPAS ID: PAT4210269

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | MERGER AND CHANGE OF NAME |
| EFFECTIVE DATE: | 12/29/2016 |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| HEADWATER PARTNERS I LLC | 12/29/2016 |

### NEWLY MERGED ENTITY DATA

| Name | Execution Date |
|---|---|
| HEADWATER MANAGEMENT LLC | 12/29/2016 |

### MERGED ENTITY'S NEW NAME (RECEIVING PARTY)

| Name: | HEADWATER RESEARCH LLC |
|---|---|
| Street Address: | 1011 PRUITT PLACE |
| City: | TYLER |
| State/Country: | TEXAS |
| Postal Code: | 75703 |

### PROPERTY NUMBERS Total: 56

| Property Type | Number |
|---|---|
| Patent Number: | 8023425 |
| Patent Number: | 8250207 |
| Patent Number: | 8275830 |
| Patent Number: | 8321526 |
| Patent Number: | 8326958 |
| Patent Number: | 8331901 |
| Patent Number: | 8340634 |
| Patent Number: | 8346225 |
| Patent Number: | 8351898 |
| Patent Number: | 8355337 |
| Patent Number: | 8385916 |
| Patent Number: | 8391834 |
| Patent Number: | 8396458 |
| Patent Number: | 8402111 |
| Patent Number: | 8406733 |

| Property Type | Number |
|---|---|
| Patent Number: | 8406748 |
| Patent Number: | 8437271 |
| Patent Number: | 8441989 |
| Patent Number: | 8467312 |
| Patent Number: | 8478667 |
| Patent Number: | 8516552 |
| Patent Number: | 8527630 |
| Patent Number: | 8531986 |
| Patent Number: | 8548428 |
| Patent Number: | 8570908 |
| Patent Number: | 8583781 |
| Patent Number: | 8588110 |
| Patent Number: | 8589541 |
| Patent Number: | 8606911 |
| Patent Number: | 8626115 |
| Patent Number: | 8630192 |
| Patent Number: | 8630611 |
| Patent Number: | 8630617 |
| Patent Number: | 8630630 |
| Patent Number: | 8631102 |
| Patent Number: | 8634805 |
| Patent Number: | 8635335 |
| Patent Number: | 8635678 |
| Patent Number: | 8639811 |
| Patent Number: | 8639935 |
| Patent Number: | 8640198 |
| Patent Number: | 8666364 |
| Patent Number: | 8667571 |
| Patent Number: | 8688099 |
| Patent Number: | 8695073 |
| Patent Number: | 8713630 |
| Patent Number: | 8724554 |
| Patent Number: | 8725123 |
| Patent Number: | 8737957 |
| Patent Number: | 8745191 |
| Patent Number: | 8745220 |
| Patent Number: | 8788661 |
| Patent Number: | 8793758 |

| Property Type | Number |
|---|---|
| Patent Number: | 8797908 |
| Patent Number: | 8799451 |
| Patent Number: | 8832777 |

**CORRESPONDENCE DATA**

Fax Number:

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| Phone: | 903-201-6211 |
| Email: | patent@headwaterllc.com |
| Correspondent Name: | ANN TAYLOR |
| Address Line 1: | 1011 PRUITT PLACE |
| Address Line 4: | TYLER, TEXAS 75703 |

| NAME OF SUBMITTER: | ANN TAYLOR |
|---|---|
| SIGNATURE: | /Ann Taylor/ |
| DATE SIGNED: | 01/04/2017 |

**Total Attachments: 3**
source=Certificate_Merger#page1.tif
source=Certificate_Merger#page2.tif
source=Certificate_Merger#page3.tif

# Delaware

Page 1

The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF MERGER, WHICH MERGES:

"HEADWATER PARTNERS I LLC", A DELAWARE LIMITED LIABILITY COMPANY,

WITH AND INTO "HEADWATER MANAGEMENT LLC" UNDER THE NAME OF "HEADWATER RESEARCH LLC", A LIMITED LIABILITY COMPANY ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE, AS RECEIVED AND FILED IN THIS OFFICE ON THE TWENTY-NINTH DAY OF DECEMBER, A.D. 2016, AT 3:02 O`CLOCK P.M.



4966025  8100M
SR# 20167326785

Authentication: 203606635
Date: 12-29-16

You may verify this certificate online at corp.delaware.gov/authver.shtml

PATENT
REEL: 041248 FRAME: 0684

State of Delaware
Secretary of State
Division of Corporations
Delivered 03:02 PM 12/29/2016
FILED 03:02 PM 12/29/2016
SR 20167326785 - File Number 4966025

# CERTIFICATE OF MERGER

## MERGING

### HEADWATER PARTNERS I LLC
### A DELAWARE LIMITED LIABILITY COMPANY

### WITH AND INTO

### HEADWATER MANAGEMENT LLC
### A DELAWARE LIMITED LIABILITY COMPANY

Pursuant to Section 18-209 of the Delaware Limited Liability Company Act

Headwater Management LLC, a Delaware limited liability company (the "**LLC**"), does hereby certify as follows:

FIRST:     The LLC is a limited liability company duly formed and existing under the laws of the State of Delaware and Headwater Partners I LLC (the "**Company**") is a limited liability company duly formed and existing under the laws of the State of Delaware.

SECOND:    The Agreement and Plan of Merger (the "**Merger Agreement**"), dated as of December 29, 2016, by and among the Company and the LLC, setting forth the terms and conditions of the merger of the Company with and into the LLC (the "**Merger**"), has been approved, adopted, certified, executed and acknowledged by the LLC and the Company in accordance with Section 18-209 of the Delaware Limited Liability Company Act.

THIRD:     The LLC shall be the surviving entity of the Merger (the "**Surviving LLC**") and the name of the Surviving LLC shall be changed to "Headwater Research LLC".

FOURTH:    The executed Merger Agreement is on file at the principal place of business and office of the Surviving LLC at the following address: 1011 Pruitt Place, Tyler, Texas 75703.

FIFTH:     A copy of the Merger Agreement will be furnished by the Surviving LLC, on request and without cost, to any member of the Company or the LLC.

SIXTH:     The Merger shall be effective upon the filing of this Certificate of Merger with the Secretary of State of the State of Delaware.

\*          \*          \*

HWP - Certificate of Merger (HWM and HWPI)

PATENT
REEL: 041248 FRAME: 0685

**IN WITNESS WHEREOF**, Headwater Management LLC has caused this Certificate of Merger to be executed by an authorized person on December 29, 2016.

### HEADWATER MANAGEMENT LLC

By: /s/ Greg Raleigh

Name: Greg Raleigh

Title: Manager

*[Signature Page to Certificate of Merger]*