# Exhibit 26

## Assignment abstract of title for Application 11500734

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| Centrally managed solution for all device management activities<br><br>Will K. Logan,<br>Bindu Rama Rao | 9332424<br>May 3, 2016 | 20070169093<br>Jul 19, 2007 | 11500734<br>Aug 7, 2006 | | |

## Assignments (7 total)

**Assignment 7**

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 032132/0001 | Jan 23, 2014 | Jan 28, 2014 | 737 | 152 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| HEWLETT-PACKARD COMPANY<br>HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.<br>PALM, INC. | QUALCOMM INCORPORATED<br>5775 MOREHOUSE DRIVE<br>SAN DIEGO, CA 92121 |

Assignee
QUALCOMM INCORPORATED
5775 MOREHOUSE DRIVE
SAN DIEGO, CALIFORNIA 92121

**Assignment 6**

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 031837/0239 | Dec 18, 2013 | Dec 18, 2013 | 1400 | 107 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| PALM, INC. | CHRIS MANIA<br>3404 E. HARMONY ROAD<br>MS 35<br>FORT COLLINS, CO 80528 |

Assignee
HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.
11445 COMPAQ CENTER DRIVE WEST
HOUSTON, TEXAS 77070

### Assignment 5

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 031837/0544 | Dec 18, 2013 | Dec 18, 2013 | 1400 | 107 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P. | CHRIS MANIA<br>3404 E. HARMONY ROAD<br>MS 35<br>FORT COLLINS, CO 80528 |

Assignee
PALM, INC.
950 WEST MAUDE AVENUE
SUNNYVALE, CALIFORNIA 94085

### Assignment 4

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 031837/0659 | Dec 18, 2013 | Dec 18, 2013 | 1400 | 107 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| PALM, INC. | CHRIS MANIA<br>3404 E. HARMONY ROAD<br>MS 35<br>FORT COLLINS, CO 80528 |

Assignee
HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.
11445 COMPAQ CENTER DRIVE WEST
HOUSTON, TEXAS 77070

### Assignment 3

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 030341/0459 | Apr 30, 2013 | May 3, 2013 | 1373 | 52 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P. | HEWLETT-PACKARD COMPANY<br>3404 E. HARMONY ROAD MS 35<br>INTELLECTUAL PROPERTY ADMINISTRATION<br>FORT COLLINS, CO 80528 |

Assignee
PALM, INC.
950 W. MAUDE AVE.
SUNNYVALE, CALIFORNIA 94085

### Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 021316/0317 | Jan 18, 2008 | Jul 22, 2008 | 141 | 9 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| BITFONE CORPORATION | RECORDS MANAGER<br>INTELLECTUAL PROPERTY ADMINISTRATION<br>HEWLETT-PACKARD COMPANY<br>P.O. BOX 272400<br>FORT COLLINS, COLORADO 80527-2400 |

Assignee
HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.
20555 SH 249
HOUSTON, TEXAS 77070

## Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 018373/0391 | Sep 15, 2006 | Oct 6, 2006 | 1 | 4 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| LOGAN, WILL K.<br>RAO, BINDU RAMA | MCANDREWS, HELD & MALLOY, LTD.<br>500 WEST MADISON STREET<br>34TH FLOOR<br>CHICAGO, IL 60661 |

Assignee
BITFONE CORPORATION
32451 GOLDEN LANTERN
SUITE 301
LAGUNA NIGUEL, CALIFORNIA 92677