# Exhibit D1

*Headwater Research LLC*

*v.*

*Samsung Electronics Co., Ltd., Samsung Electronics America, Inc.*

Case No. 2:23-cv-00103-JRG-RSP

**Evidentiary Hearing**

February 20, 2025

# Headwater's Patents Were Conceived <u>After</u> Dr. Raleigh Left Qualcomm

**Sept. 24, 2008**



**Oct. 23, 2008**



**Jan. 6, 2009**



**Sept. 19, 2008**
Dr. Raleigh Leaves Qualcomm

**January 28, 2009**
Headwater Files Patent Application

Exhibits 5-7, 17-19, 23

2

# Headwater's Patents Were Conceived <u>After</u> Dr. Raleigh Left Qualcomm





January 6, 2009

Exhibit 19

3

# Headwater's Patents Were Conceived <u>After</u> Dr. Raleigh Left Qualcomm

## January 6, 2009 Presentation



**Exhibit 19**
(HW103-00014134)

## Headwater's Patents



**Exhibits 5-7**

4