IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:23-cv-00103-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**SAMSUNG'S EXHIBITS AND DEMONSTRATIVES FROM
EVIDENTIARY HEARING ON STANDING**

AO 187 (Rev. 7/87) Exhibit List

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| HEADWATER RESEARCH LLC | |
|---|---|
| *Plaintiff*, | SAMSUNG'S EVIDENTIARY HEARING EXHIBIT AND DEMONSTRATIVE LIST |
| v. | Case No. 2:23-cv-00103-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD and SAMSUNG ELECTRONICS AMERICA, INC., | |
| *Defendants*. | |

| PRESIDING JUDGE: MAGISTRATE JUDGE ROY PAYNE | | PLAINTIFF'S ATTORNEYS: RUSS AUGUST & KABAT | DEFENDANTS' ATTORNEYS: FISH & RICHARDSON P.C.; GILLAM & SMITH, LLP; et al. |
|---|---|---|---|
| TRIAL DATE(S): FEBRUARY 20, 2025 | | COURT REPORTER: SHELLY HOLMES | COURTROOM DEPUTY: BECKY ANDREWS |
| TAB NO. | DATE OFFERED | MARKED | DESCRIPTION OF EXHIBITS |
| 1 | 2/20/2025 | 2/20/2025 | Dkt. 177-12 – Raleigh Qualcomm employment record |
| 2 | 2/20/2025 | 2/20/2025 | Dkt. 177-4 – Raleigh Qualcomm invention agreement |
| 3 | 2/20/2025 | 2/20/2025 | July 25, 2024 Transcript of Evidentiary Hearing in *Case No. 2:22-CV-00422-JRG-RSP* |
| 5 | 2/20/2025 | 2/20/2025 | Dkt. 177-14 - Excerpts from Plaintiff Headwater Research LLC's Fifth (Sixth) Supplemental Objections and Responses to Defendants' First Set of Interrogatories (Nos. 1-14), dated September 24, 2024 |
| 6 | 2/20/2025 | 2/20/2025 | Dkt. 177-5 - Excerpts from the Deposition of Gregory Raleigh, taken September 10, 2024 |
| 8 | 2/20/2025 | 2/20/2025 | Dkt. 236-30 from *Case No. 2:22-CV-00422-JRG-RSP* - Raissinia Qualcomm employment record |
| 9 | 2/20/2025 | 2/20/2025 | Printed quote from *Case No. 2:22-CV-00422-JRG-RSP* Dkt. 236-1 video |
| 10 | 2/20/2025 | 2/20/2025 | Excerpts from the Erik de la Iglesia Opening Report, dated September 26, 2024 |
| 11 | 2/20/2025 | 2/20/2025 | Gregory Raleigh email string with Randy Menna |
| 12 | 2/20/2025 | 2/20/2025 | Dkt. 177-15 - Dep. Exhibit 11 – Best Buy Connect Capability/Platform presentation |

| TAB NO. | DATE OFFERED | MARKED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|
| 13 | 2/20/2025 | 2/20/2025 | Deposition of Gregory Raleigh, taken September 10, 2024 |
| 14 | 2/20/2025 | 2/20/2025 | Excerpts from the Deposition of Erik de la Iglesia, taken October 29, 2024 |
| 15 | 2/20/2025 | 2/20/2025 | U.S. Patent 9,332,424 |
| 17 | 2/20/2025 | 2/20/2025 | Excerpt from Dkt. 177-2 - U.S. Patent 9,198,117 |
| 18 | 2/20/2025 | 2/20/2025 | Dkt. 202-1 - Best Buy Presentation titled "Rewiring the Mobile Internet," dated October 23, 2008 |
| 20 | 2/20/2025 | 2/20/2025 | Dkt. 177-7 – Dep. Exhibit 5 – Email between Greg Raleigh and Paul Jacobs |
| 21 | 2/20/2025 | 2/20/2025 | Dkt. 177-8 – Email to Greg Raleigh from David Wise |
| 23 | 2/20/2025 | 2/20/2025 | Dkt. 177-11 - Dep. Exhibit 7 – Redlined Release |
| 26 | 2/20/2025 | 2/20/2025 | Excerpt from Dkt. 186-1 - Expert Report of Stephen E. Dell, dated September 26, 2024 |
| 27 | 2/20/2025 | 2/20/2025 | Dkt. 177-17 - Excerpts from the Expert Report of Erik de la Iglesia, dated September 26, 20241 |
| 30 | 2/20/2025 | 2/20/2025 | Excerpt from Dkt. 172-14 from *Case No. 2:22-CV-00422-JRG-RSP* - Headwater's RFA Responses, dated March 11, 2024 |

| DEMO NO. | DESCRIPTION OF DEMONSTRATIVES (For Identification Purposes Only) |
|---|---|
| 1 | Slides 2, 17, 20, 26, 30, 31, 32, 33, 35, 37, 38, 39, 40, 43, 47, 48, 54, 55, 59, 61, 63, 66, 84, 85, 86, 87, 92 from Standing Hearing Samsung Raleigh Cross Demonstratives |
| 2 | Standing Hearing Samsung Closing Demonstratives |

Dated: February 26, 2025                    Respectfully submitted,

By:   */s/ John W. Thornburgh*
      Ruffin B. Cordell
      TX Bar No. 04820550
      Michael J. McKeon
      DC Bar No. 459780
      mckeon@fr.com
      Jared Hartzman (*pro hac vice*)
      DC Bar No. 1034255
      hartzman@fr.com
      **FISH & RICHARDSON P.C.**
      1000 Maine Avenue, SW, Ste 1000
      Washington, D.C. 20024
      Telephone: (202) 783-5070
      Facsimile: (202) 783-2331

      Thad C. Kodish
      GA Bar No. 427603
      tkodish@fr.com
      Benjamin K. Thompson
      GA Bar No. 633211
      bthompson@fr.com
      Jonathan B. Bright
      GA Bar No. 256953
      jbright@fr.com
      Nicholas A. Gallo
      GA Bar No. 546590
      gallo@fr.com
      Vivian C. Keller (admitted *pro hac vice*)
      GA Bar No. 651500
      keller@fr.com
      Noah C. Graubart
      GA Bar No. 141862
      graubart@fr.com
      Sara C. Fish
      GA Bar No. 873853
      sfish@fr.com
      **FISH & RICHARDSON P.C.**
      1180 Peachtree St. NE, Fl. 21
      Atlanta, GA 30309
      Telephone: (404) 892-5005
      Facsimile: (404) 892-5002

      Leonard E. Davis

TX Bar No. 05521600
ldavid@fr.com
Andria Rae Crisler
TX Bar No. 24093792
crisler@fr.com
Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214)747-5070
Facsimile: (214) 747-2091

John-Paul R. Fryckman (*pro hac vice*)
CA Bar No. 317591
John W. Thornburgh
CA Bar No. 154627
thornburgh@fr.com
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Katherine D. Prescott (*pro hac vice*)
CA Bar No. 215496
prescott@fr.com
**FISH & RICHARDSON P.C.**
500 Arguello Street
Suite 400
Redwood City, CA 94063
Telephone: (650) 839-5180
Facsimile: (650) 839-5071

Kyle J. Fleming (*pro hac vice*)
NY Bar No. 5855499
kfleming@fr.com
**FISH & RICHARDSON P.C.**
7 Times Square, 20th Floor,
New York, NY 10036
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

Melissa R. Smith
State Bar No. 24001351
Melissa@gillamsmithlaw.com

**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Andrew Thompson ("Tom") Gorham
State Bar No. 24012715
tom@gillamsmithlaw.com
James Travis Underwood
Texas Bar No. 24102587
travis@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
102 N. College, Suite 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Shaun W. Hassett
State Bar No. 24074372
shaunhassett@potterminton.com
**POTTER MINTON, P.C**.
102 N. College Ave., Suite 900
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

Lance Lin Yang
**QUINN EMANUEL URQUHART & SULLIVAN, LLP - LA**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017 USA
213/443-3000 Fax: 213/443-3100
Lanceyang@quinnemanuel.Com

Jon Bentley Hyland
Texas Bar No. 24046131
jhyland@hilgersgraben.com
Grant K. Schmidt
Texas Bar No. 24084579
gschmidt@hilgersgraben.com
**HILGERS GRABEN PLLC**
7859 Walnut Hill Lane, Suite 335

Dallas, Texas 75230
Telephone: (972) 645-3097

**ATTORNEYS FOR DEFENDANTS
SAMSUNG ELECTRONICS CO., LTD. AND
SAMSUNG ELECTRONICS AMERICA, INC.**

## **CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL**

I certify that the following document is authorized to be filed under seal pursuant to the Protective Order entered in this case.

                                               */s/ John W. Thornburgh*
                                               John W. Thornburgh

## **CERTIFICATE OF SERVICE**

I certify that on February 26, 2025, a true and correct copy of the foregoing was served on counsel of record for Plaintiff via electronic mail.

                                               */s/ John W. Thornburgh*
                                               John W. Thornburgh