# EXHIBIT 9

"At Qualcomm, you know, one of the most innovative companies in the world, I had this idea that hey, um, the MIMO revolution will take place now, and it's in full swing, so ==the next step is operating systems technology to manage the way applications connect on these new smartphones, because without that there's going to be a disaster on the network.== I took it to the then CEO of Qualcomm, again too far afield, Qualcomm is a chipset company, too risky, too disruptive, here's another idea for you, go run this new group that we're going to create for you over here that is closer to the technology that we do now. So I left Qualcomm to start Headwater, we developed that operating system technology, we distributed it to carriers, pitched it to OEMs, and it's now in every smartphone on the planet."

HW1 Dkt. 236-1 (Leadership Seminar Series Video) at 46:00-46:51