# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, *Plaintiff*, v. SAMSUNG ELECTRONICS CO., LTD and SAMSUNG ELECTRONICS AMERICA, INC., *Defendants*. | Case No. 2:23-cv-00103-JRG-RSP **JURY TRIAL DEMANDED** |

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") respectfully notify the Court of recent authority that bears on Samsung's pending motion for summary judgment of noninfringement as to the '117 and '192 patents. *See* Dkt. No. 187. The Federal Circuit's December 18, 2024 opinion in *CloudofChange, LLC. v. NCR Corp.* reversed the district court's infringement judgment because NCR's customers, not NCR, "use" the accused system, and "NCR is not vicariously liable for that infringing use." 123 F.4th 1333, 1340-1342 (Fed. Cir. 2024). The Federal Circuit explained that, rather than NCR, NCR's customers, who operate NCR's software on their own devices, "put the system into service" and "benefit from the [NCR] back end providing that service." *Id*. at 1340. Plaintiff argued that NCR received "[a] monthly subscription fee, product improvements through testing and evaluation, product ideas, transaction data, revenues from third-party products and services, marketing rights associated with the merchant's use, and advertising," but the Federal Circuit affirmed "these are not the kind of benefits on which *Centillion* focuses." *Id*. at 1340-1341. The Federal Circuit also found that "[a]s the contractual obligation to supply an Internet connection does not amount to

direction or control of a merchant's use of the claimed system to build POS systems, we hold that NCR is not vicariously liable for that infringing use." *Id.* at 1342.

Dated: March 13, 2025                                    Respectfully submitted,

                    By:   */s/ Jonathan B. Bright*
                             Ruffin B. Cordell
                             TX Bar No. 04820550
                             Michael J. McKeon
                             DC Bar No. 459780
                             mckeon@fr.com
                             Jared Hartzman
                             DC Bar No. 1034255
                             hartzman@fr.com
                             **Fish & Richardson P.C.**
                             1000 Maine Avenue, SW, Ste 1000
                             Washington, D.C. 20024
                             Telephone: (202) 783-5070
                             Facsimile: (202) 783-2331

                             Thad C. Kodish
                             GA Bar No. 427603
                             tkodish@fr.com
                             Benjamin K. Thompson
                             GA Bar No. 633211
                             bthompson@fr.com
                             Nicholas A. Gallo (*pro hac vice*)
                             GA Bar No. 546590
                             gallo@fr.com
                             Steffen C. Lake (*pro hac vice*)
                             GA Bar No. 512272
                             lake@fr.com
                             Sara C. Fish
                             sfish@fr.com
                             GA Bar No. 873853
                             Noah C. Graubart
                             GA Bar No. 141862
                             graubart@fr.com
                             Katherine H. Reardon
                             NY Bar No. 5196910
                             reardon@fr.com
                             **Fish & Richardson P.C.**
                             1180 Peachtree St. NE, Fl. 21

Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

Leonard E. Davis
TX Bar No. 05521600
ldavid@fr.com
Andria Rae Crisler
TX Bar No. 24093792
crisler@fr.com
Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
**Fish & Richardson P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214)747-5070
Facsimile: (214) 747-2091

John-Paul R. Fryckman (*pro hac vice*)
CA Bar No. 317591
John W. Thornburgh
CA Bar No. 154627
thornburgh@fr.com
**Fish & Richardson P.C.**
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Melissa R. Smith
State Bar No. 24001351
Melissa@gillamsmithlaw.com
Harry L. Gillam, Jr.
State Bar No. 07921800
gil@gillamsmithlaw.com
**Gillam & Smith, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Andrew Thompson ("Tom") Gorham
State Bar No. 24012715
tom@gillamsmithlaw.com
James Travis Underwood

3

State Bar No. 24102587
travis@gillamsmithlaw.com
**Gillam & Smith, LLP**
102 N. College, Ste. 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Grant Schmidt
Texas Bar No. 24084579
gschmidt@hilgersgraben.com
Jon Hyland
jhyland@hilgersgraben.com
Texas Bar No. 24046131
Theodore Kwong
tkwong@hilgersgraben.com
Texas Bar No. 4087871
**Hilgers Graben PLLC**
7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Telephone: 469-751-2819

Lance Lin Yang
CA. Bar No. 260705
Lanceyang@quinnemanuel.com
Sean S. Pak
CA Bar No. 219032
seanpak@quinnemanuel.com
**Quinn Emanuel Urquhart & Sullivan, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600

*Attorneys for Defendants Samsung Electronics Co., LTD and Samsung Electronics America, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on March 13, 2025. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A) and via electronic mail.

                                              */s/ Jonathan B. Bright*
                                                 Jonathan B. Bright