# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC | § § | |
| v. | § § | Case No. 2:23-CV-0103-JRG-RSP |
| SAMSUNG ELECTRONICS AMERICA, INC., ET AL. | § § § | |

**Final Pretrial Conference and Motion Hearing**
**MAG. JUDGE ROY PAYNE PRESIDING**
March 24, 2025

**OPEN: 10:32 am**                                                                 **ADJOURN: 3:53 pm**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEY FOR DEFENDANTS: | See attached |
| LAW CLERK: | Nathan Gershengorin |
| COURT REPORTER: | Shelly Holmes |
| COURTROOM DEPUTY: | Wendy Asbel |

Court opened. Case called. Andrea Fair introduced co-counsel and announced ready. Melissa Smith introduced co-counsel and announced ready.

Plaintiff's Opposed Motion for Targeted Relief from Prejudice Caused by Samsung's Discovery Violations Relating to Google (Dkt. No. 332). James Pickens argued for Plaintiff. The Motion was DENIED as untimely. Lance Yang responded for Defendants.

The next topic was the amendments to the pretrial. Reza Mirzaie argued for Plaintiff. Thad Kodish responded. Sara Fish for Defendants informed the Court that the Dell Daubert motion is moot. Reza Mirzaie responded.

The Court heard arguments on exhibit objections. Sara Fish argued for Defendants. Kris Davis responded for Plaintiff. The Court made rulings.

After the lunch break, the parties continued arguing objections with the first bucket of exhibits. Sara Fish, Kyle Fleming, Jonathan Bright, and Thad Kodish presented for Defendants. Paul Kroeger, James Pickens, Kris Davis, James Tsuei, Jason Wietholter, Reza Mirzaie presented for Plaintiff.

The Court asked if counsel met after morning session and whether they were able to reach an agreement on MIL No. 2 regarding copying. Thad Kodish responded. Reza Mirzaie addressed the remaining disputes.

Sara Fish spoke regarding deposition designations. James Tsuei responded.

James Pickens spoke regarding Mr. Hansen's testimony. Lance Yang responded.

The Final Pretrial Conference was scheduled for April 16, 2025, at 1:30 pm.