# ATTORNEY SIGN-IN SHEET

Judge Roy S. Payne
2:23-CV-0103-JRG-RSP
Headwater Research LLC v. Samsung Electronics America, Inc., et al.
March 24, 2025    9:00 a.m.

## PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Malissa Smith | |
| Judge Davis | Fish |
| Thad Kodish | |
| John Thornburgh | |
| Sara Fish | |
| Jonathan Bright | |
| Kyle Fleming | |
| Lance Yang | Quinn |
| Marc Fenster | Russ August Kabat |
| Reza Mirzaie | |
| Kris Davis | |
| James Tsuei | |
| James Pickens | |
| Paul Kroeger | |
| Jason Wietholter | |
| Andrea Fair | |