# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> SAMSUNG ELECTRONICS CO., LTD., § <br> and SAMSUNG ELECTRONICS § <br> AMERICA, INC., § <br> § <br> *Defendants*. § | CIVIL ACTION NO. 2:23-CV-00103-JRG-RSP |

## ORDER

Before the Court is Plaintiff Headwater Research LLC's Motion for Targeted Relief from Prejudice Caused by Samsung's Discovery Violations Relating to Google. **Dkt. No. 332.** In the Motion, Headwater seeks (1) a jury instruction about Google's financial interest in the outcome of this case, (2) admission of exhibits obtained from Google, (3) exclusion of Mr. Hansen as a live witness, and (4) exclusion of opinion testimony from Mr. Hansen. The Court heard argument and made rulings on this Motion at the Pretrial Hearing on March 24, 2025. Dkt. No. 359. Below, the Court summarizes and memorializes its rulings.

First, the Court **DENIED** the Motion as to discovery-related issues as untimely (Buckets (3) and (4)). Second, the Court made rulings on exhibits. The Court decided the jury instruction issue in its ruling on Samsung's motion *in limine* No. 5. Dkt. No. 360. The Parties agreed to defer any disputes about Mr. Hansen's deposition testimony based on Samsung's representation that Mr. Hansen will testify live.

**SIGNED this 30th day of March, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE