# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | § § § § § § § § § § § § § § CIVIL ACTION NO. 2:23-CV-00103-JRG-RSP |

## ORDER

Before the Court is Defendant Samsung's Motion for Summary Judgment of No Post-Suit Willfulness. **Dkt. No. 172.** At the pre-trial conference, Headwater represented that "it is no longer alleging any post-suit willfulness in this litigation." Dkt. No. 359 at 39: 21–23. The issue of post-suit willfulness is thus no longer at issue in this case. The Motion is thus **DENIED AS MOOT**.

**SIGNED this 31st day of March, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE