# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:23-CV-00103-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § § § | |
| *Defendants*. | § | |

## ORDER

Before the Court is Plaintiff Headwater Research LLC's Motion for Partial Summary Judgment on Samsung's Eighth Affirmative Defense of "Inequitable Conduct/Infectious Unenforceability." **Dkt. No. 180.** Pursuant to the Parties' Joint Notice and Stipulation Regarding Case Narrowing, Samsung has withdrawn its Eighth Affirmative Defense. Dkt. No. 190; Dkt. No. 200. Accordingly, Headwater's Motion is **DENIED AS MOOT.**

**SIGNED this 1st day of April, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE