# EXHIBIT 1

# Wan Soo Suh

Korean <> English Interpreter

**[Interpreting Experiences: 통역 경험]**

* <mark>YELLOW</mark> indicates legal interpreting 법률통역
* consec: consecutive interpretation 순차통역
* simul: simultaneous interpretation 동시통역

Sept. '88  English Announcer for the Seoul Olympic Games
Jan.-Dec.'91 EBS (Education Broadcasting Station, English Conversation Program)
Mar. '92 - Hankuk University of Foreign Studies, US Trade (simul)
May        - WANG Computers, Executive Seminar (simul)
Sept.      - International Institute for Strategic Studies, Annual Conference (consec)
           - Asian Academy of Aesthetic Dentistry, Annual Meeting (simul)
           - Korea Telecom, Satellite Meeting (consec)
Oct.       - Ministry of Education, International Symposium on Socialism (simul)
Nov.       - James Martin Co., Computer Hardware and Office Automation (simul)
           - Ministry of Trade and Industry, US Trade Policies (simul)
Mar. '93  - Seoul National University, Int. Competitiveness in the 21C. (consec)
Apr.       - Samsung HP, High-speed Digitalization (simul)
           - Soongsil University, Symposium on EC Integration (simul)
           - PBEC Conference, Economic Situation in Asia (simul)
May        - VISA International, Member Meeting (simul) - Cannes, France
June       - Korea Trade Association, Meeting w/ Prime Minister of Australia (consec)
Dec.       - Korea Institute of Technology, High Tech and Global Competitiveness (simul)
Sept.'94 - Korea Shipbuilder's Association, Presidents Meeting (simul) - Germany
           - Hanyang University, Korean Reunification and Surrounding Powers (simul)
Nov.       - Korean Institute of Industrial Tech. and Information, Technomart '94 (simul)
           - Dongyang Investment Banking, Company Evaluation (simul)
           - Association of Private Schools, Private School Education (simul)-Tokyo, Japan
Dec.       - Samsung Economic Institute, Samsung Management (consec)
           - Samsung GE Medical Systems, GE Training (consec)
Jan. '95 - Road and Traffic Safety Association, Reconstruction of Car Accidents (consec)
Feb.       - Samsung Electronics, Process Mapping (simul)
Mar.       - Kwangju Inst.of Science&Tech., Lecture by Nobel Prize Laureates (simul)
Apr.       - Andersen, Business Proposal for the Auto Industry (consec)
           - Korea Management Association, Global Learning Organization (simul)
           - Hewlett Packard, High Speed Networking (simul)
May        - Business Software Alliance, Press Conference on Software Copyrights (consec)
           - Samsung Electronics, Marketing Presentation (simul)
           - Samsung Culture Foundation, An Understanding of Old Maps of Korea (simul)
           - Korea Management Association, Training on Facilitation Skills (consec)
June       - VISA Int., Board of Directors Meeting (simul) -    Milan, Italy
           - National Library, Automation of Libraries  (simul)
           - UNDP, Special Rapporteur for Human Rights (consec)
Jul.       - LIMRA, Life Insurance  (consec)
           - Bull CP8, Smart Cards  (consec)
           - YWCA, International Women's Summit (simul)

1

|         |                                                                               |
|---------|-------------------------------------------------------------------------------|
|         | - Andersen, Business Proposal for the Auto Industry (consec)                  |
|         | - UNDP, Special Rapporteur on Violence Against Women (consec)                 |
|         | - Korea Rural Economic Institute, Agricultural Trade (simul)                  |
| Aug.    | - Hotel Shilla, Removing Paradigms  (simul)                                   |
|         | - Arthur D. Little, Electronics Industry (consec)                             |
| Sept.   | - World Gold Council, Korean Designs (consec)                                 |
|         | - Samsung Semiconductors, Executive Interviews (consec)                       |
|         | - LG Design Center, Design Seminar (simul)                                    |
|         | - Samsung Motors, Corporate Identity Presentation (simul)                     |
|         | - UNDP, Seminar on Human Centered Development (consec)                        |
| Oct.    | - Proudfoot & Crosby Consulting, Total Quality Management (consec)            |
|         | - Coopers & Lybrand, Proposal for Auto Business (consec)                      |
|         | - Cheil Communications, Corporate Identity  (consec)                          |
|         | - ADL Consulting, Opening of the Insurance Market                             |
| Nov.    | - Local Government Group, International Cooperation (simul)                   |
|         | - '95 Art Organizing Committee, Art in Asia (sim)                             |
|         | - Federation of Korean Industries, India Investment Seminar (simul)           |
|         | - ASOCIO, Asian Computer Industries (simul)                                   |
|         | - VISA Int., Member Meeting (simul)    - Gold Coast, Australia                |
| Dec.    | - Samsung Data Systems, Process Improvement (consec)                          |
|         | - Samsung Semiconductors, Executive Workshop (consec)                         |
|         | - KINITI,  Korea-US Technomart '95 (simul)                                    |
|         | - POSCO, Steel Industries in Asia  (simul)                                    |
|         | - Cathay Pacific, Labor-Management Talks (consec)                             |
|         | - ADL Consulting, Opening of the Fire & Marine Insurance Market               |
| Jan. '96| - Proudfoot & Crosby Consulting, Total Quality Management (consec)            |
|         | - Federation of Korean Industries, Investment Seminar (simul)                 |
|         | - Bain & Co., Korea, Liberalization of the Finance Industry (simul)           |
| Feb.    | - Samsung Electronics, Global Operations Conference (simul)                   |
| Mar.    | - Loctite Korea, Chemical Industry (sim)                                      |
|         | - Hewlett Packard, Openview Systems (simul)                                   |
| Apr.    | - POSCO, Executive Seminar (consec)                                           |
| May     | - SK Group, Executive Meeting on Global Strategy (simul)                      |
|         | - Merit Communications, Scotland Secretary of State (consec)                  |
| June    | - Academy of Korean Studies, Korea in the 21C  (simul)                        |
|         | - Sejong Institute, National Security and Globalization (simul)               |
| July    | - LG Production Research Center, Mounting Technology (simul)                  |
|         | - Hanyang University, Law Education in the US (simul)                         |
|         | - Korea Cadastral Survey Corporation, Cadastral Systems (simul)               |
| Aug.    | - Samsung Semiconductors, CSI Meeting (consec)                                |
|         | - Kyungnam University, Northeast Asia in the 21C (simul)                      |
|         | - Ministry of National Defense, Assessment of Conventional Defense Systems    |
| Sept.   | - Energy Economics Research Institute, Energy in the 21C (simul)              |
|         | - Korea Life Insurance, Opening of the Life Insurance Industry (simul)        |
|         | - Environmental Development Research Inst., Policies and Regulations (simul)  |
|         | - Pusan International Film Festival Organizing Committee (consec)             |
|         | - Korea Association of Property Appraisers, Int. Real Estate Seminar (simul)  |
| Oct.    | - GTE, Telecommunication Trends (simul)            - Portugal                 |
|         | - World Association of Nuclear Operators Peer Review  - Islamad, Pakistan     |
| Nov.    | - Institute of Women and Politics, Women in the Information Age (simul)       |
|         | - LG Production Research, Supply Chain Management (consec)                    |
|         | - Kyunghyang Daily Newspaper, Lecture by Dr. Danielle Bell (con./sim.)        |
|         | - Environmental Forum at the National Assembly, Water Pollution (simul)       |
|         | - Korea Press Center, APEC Press Forum (simul)                                |

Dec.    - Chungho Computers, Clearing and Billing System (consec)
         - ADL, Petrochemicals Industry (consec)
         - Samsung Human Development Center, New Management Training (simul)
Jan. '97 - Cheil Communications, FORTUNE Magazine Interview (consec)
Feb.    - Institute of Industrial Technology Policy, Tech. Support Programs for SMEs (simul)
         -Chongho Computer, Billing System (consec)
         - EC Humanitarian Office, Meeting with Government Officials (consec)
         - World Association of Nuclear Operators, Peer Review (consec)
         - MasterCard, Board of Directors Meeting (Shanghai, China) (simul)
         - Korea Telecom, PCS project (consec)
Apr.    - International Parliamentary Union, General Session (simul)
May    - Samsung Motors, Press Interview (consec)
         - American Society for Training&Dev., Annual Mt. (Washington. D.C.) (simul)
June   - Microsoft, Bill Gates Lecture (simul)
         - PCT, Michael Porter Lecture (simul)
         - ComVault Systems, Database Protection (consec)
         - Presidential Committee for Financial Reform, Case Studies (simul)
         - Peace Foundation, Forum of Democratic Leaders in the Asia Pacific (simul)
         - Chongju University, Security in Northeast Asia (simul)
         - Korean Social Security Association, Korean National Health Insurance (simul)
Jul.    - Apple Computers, Launch of New Systems (simul)
         - KODAK, Multimedia (simul)
Aug.   - LG Production Research Center, Design for Environment (consec)
         - Joongang Development, Streetscapes in Korea (simul)
Sept.  -Federation of Korean Industries, Present &Future of Foreign Exchange (simul)
         - Samsung Aerospace, Airport and Aviation Security (consec)
         - Andersen, Human Resources Management (consec)
Oct.    - EU Chamber of Commerce, Environmental Technologies (simul)
         - Intel, Product Launch (simul)
         - SUN Micro Systems, Product Launch (simul)
         - ABN-AMRO, North Asia Conference for Investors (simul)
         - CISCO System, Network Tech. (simul)
         - SME Promotion Corp., ESCAP Investment Seminar (simul)
Nov.   - Watson Wyatt, Pension Fund Management (consec)
         - APRO-FIET, Cooperation among Labor Organizations (simul)
         - Digital, Gigabit Ethernet (simul)
Dec.    - KINITI, Korea-US Technomart (simul)
         - Samsung Global Management Institute, Outsourcing Human Resources (consec)
         - Korea Finance Institute, Liberalization of Financial Institutions (simul)
Feb. '98 – The World Bank, Meeting hosted by the President (consec)
         - Samsung Motors, Press Interview (consec)
         - Digital Korea, Automobile Systems (simul)
         - 3M, Draping Technology (consec)
Mar.   - BASF, Press Conference (simul)
         - Renaissance Hotel, Shareholders Meeting (simul)
         - Cheil Communications, Media Training (consec)
         - UNDP, National Workshop on Poverty Alleviation Strategies (simul)
Apr.    - Financial Supervisory Commission, Overcoming Financial Crisis (simul)
         - Hewlett Packard, SAP R3 Systems (simul)
         - EMC, Storage Systems (simul)
May    - Exxon Chemicals, Road Show (simul)
         - Solidarity of the Citizens of Kwangju, Human Rights in Asia(simul)
June   - Platinum Technology, Y2K (consec)
         - Wales Development Agency, Wales' Investment Environment (consec)

|  |  |
|---|---|
|  | - Kaewon School of Arts, Applying Technology in Art (consec) |
| Jul. | - LG PRC, Changing Business Environment (simul) |
| Aug. | - Platinum Tech., Datawarehousing (consec) |
| Sept. | - Novartis, Joint Venture Signing Ceremony (consec) |
|  | - CISCO Systems, Road Show (simul) |
|  | - Pusan International Film Festival, Official Interpreter (con./sim.) |
| Oct. | - UNESCO, International Dance Festival (simul) |
|  | - UIP, Film Launch (consec) |
|  | - Hansol PCS, Executive Meeting (simul) |
|  | - Ministry of Nat. Defense, ROK-US Defense Industry Consultative Committee |
| Nov. | - Office of the State of Michigan, Investment Environment (simul) |
|  | - Pfizer, ED (simul) |
| Dec. | - Committee to Protect the Screen Quota System, Press Conference (consec) |
|  | - Samsung Electronics, Board of Directors Meeting (simul) |
|  | - Kyungnam Univ., Prospects for Reunification (simul) |
|  | - S.C. Johnson, Supply Chain Management (simul) |
| Feb. '99 | - LG PRC, Mass Customization (consec) |
|  | - IFC, Meeting with the President (simul) |
| Mar. | -Wales Development Agency, Prospects for the Euro (simul) |
|  | - Platinum Technology, Database Management (consec) |
|  | - HP, Competitive Strategy (simul) |
|  | - Samsung Electronics, Board of Directors Meeting (simul) |
|  | - Microsoft, Enterprise Networks (simul) |
|  | - Samsung Electronics, General Shareholders Meeting (simul) |
|  | - Merrill Lynch Mercury Asset Management, European Equity Market (consec) |
| Apr. | - Cheil Communications, IR Seminar (consec) |
|  | - Platinum Tech., Expert Systems (consec) |
| May | - Morgan Stanley/Korea Telecom, DR Road Show (sim./con.) -New York |
|  | - State Street Bank, Korea's Pension Market (simul) |
|  | - President of Korea, Foreign Press Conference (simul) |
|  | - IBM, e-commerce (consec) |
| Jul. | - EMC, Storage Systems Seminar for Customers (simul) - Hawaii |
| Aug. | - Korean National Congress for Reunification, Int. Conference on Peace Settlement (simul) |
| Sept. | - Venice Film Festival, Official Press Conference (consec) - Venice, Italy |
|  | - Samsung Electronics, CEO Interview (consec) |
|  | - Ministry of National Defense, Acquisition and Procurement Seminar (simul) |
| Oct. | - Samsung Electronics, BOD Meeting (simul) |
|  | - President of Korea, Meeting with Foreign Investors (simul) |
|  | - Korea Democracy Foundation, Foundation Ceremony (consec) |
| Nov. | - URI, Media Marketing (simul) |
| Dec. | - Merit Communications, WDR Equity Validation Model (consec) |
| Jan. '00 | - Computer Associates, Annual Meeting  - New Orleans |
| Feb. | - Amos, Amos Hairshow (consec) |
|  | - Sun Microsystems, Highspeed Networking (simul) |
|  | - Merrill Lynch Mercury, Prospects of the Euro (consec)\ |
|  | - TUV, Building Competitivness for the Financial Industry (consec) |
|  | - Samsung Electronics, BOD Meeting (simul) |
|  | - Cabltron, Cable Network (consec) |
|  | - APEX, Venture Capital Investment for Start-ups (consec) |
| Mar. | - Juniper, The MPLS Advantage (simul) |
|  | - British Telecom, Global Information Exchange (simul) |
|  | - Computer Associates, The Business of e-Business(simul) |
|  | - Sun Microsystems, Server Performance (simul) |
|  | - Ministry of Environment, Local Agenda 21 (simul) |

|        |                                                                                          |
|--------|------------------------------------------------------------------------------------------|
|        | - Institute for Women and Politics, Women in Politics (simul)                            |
|        | - J. Walter Thompson, Joint Venture Ceremony with KTB (consec)                           |
|        | - Samsung Electronics, General Shareholders Meeting (simul)                              |
|        | - Hewlett Packard, CIO Forum (simul)                                                     |
|        | - Illustrator Dick Bruna, Press Conference (consec)                                      |
|        | - Hewlett Packard, Openmail Solution Day 2000 (simul)                                    |
|        | - CISCO, Press Conference (consec)                                                       |
|        | - Hewlett Packard, CCO Channeling Forum (consec)                                         |
|        | - Microsoft, User Group Meeting (consec)                                                 |
|        | - GNG Networks, Shareholders Meeting (simul)                                             |
|        | - Morgan Stanley Dean Witter, Seminar "Beyond the Year 2000" (consec)                    |
|        | - Hewlett Packard, Service Management Solutions (simul)                                  |
|        | - Samsung Electronics, BOD Meeting (simul)                                               |
| Apr.   | - NAI, e-Security Solutions (simul)                                                      |
|        | - Hewlett Packard, e-Service Center Training (simul)                                     |
|        | - Dongbu International, Negotiations with De Beers (consec)                              |
|        | - Morgan Stanley, Asset Recovery and Restructuring in Korea (simul)                      |
| May    | - Unigraphics, UG Solutions Quest 2000 (simul)                                           |
|        | - Lucent Technology, Internet Technology (simul)                                         |
|        | - Hewlett Packard, CIO Forum (simul)                                                     |
|        | - Morgan Stanley, Investor Seminar (consec)                                              |
|        | - Lykos, Connectivity and Access (simul)                                                 |
| June   | - Sun Microsystems, Highspeed Networking (simul)                                         |
|        | - Seagate, Press Conference (consec)                                                     |
|        | - Doubleclick, The Future of the Internet (simul)                                        |
|        | - Pusan Film Commission, A Case Study on Film Commissions (simul)                        |
|        | - Hewlett Packard, Total Solutions (simul)                                               |
|        | - Lynux, The New Platform (simul)                                                        |
|        | - Andersen, eWorld in Action (simul)                                                     |
| Sept.  | - Palm Inc., Press Conference (simul)                                                    |
|        | - CISCO, Training for Call Centers (simul)                                               |
|        | - Cacheflow, Data Warehousing (simul)                                                    |
|        | - Minesa, New Science and Alternative Medicine (simul)                                   |
|        | - Samsung Electronics, Foreign Press Interview (consec)                                  |
|        | - LG Production Research Center, Data Mining (consec)                                    |
| Oct.   | - Pusan International Film Festival, Seminar on Asian Films (simul)                      |
|        | - Samsung Electronics, Foreign Press Interview (consec)                                  |
|        | - Japan Society, Meeting on the Buddhist Art of Korea and Japan (consec)                 |
|        | - ICOGRADA, Annual Conference of Graphic Designers (simul)                               |
|        | - ASEM, Asia Europe Summit Meeting (simul)                                               |
|        | - Maeil Economic Daily, World Knowledge Forum (simul)                                    |
|        | - CISCO, Routing Technology (simul)                                                      |
| Nov.   | - SwissRe, The Reinsurance Market (consec)                                               |
|        | - Institute for International Business, eCommerce (simul)                                |
|        | - Samshin Diamond, Joint Venture with Lazaar Diamond (consec)                            |
|        | - CISCO, Call Center Training (simul)                                                    |
|        | - Oracle, iDevelop 2000 (simul)                                                          |
| Dec.   | - Merit Communications, Qualcomm&Hansol Joint Fund Ceremony (consec)                     |
|        | - Inet, Advanced Network Surveillance and Inter-carrier Settlement Sol. (simul)          |
|        | - Cacheflow, Press Conference (simul)                                                    |
|        | - Fujitsu Korea, IT for the Insurance Industry                                           |
| Mar. '01 | - Microsoft, Program Developers Forum (simul)                                          |
|        | - Samsung Electronics, General Shareholders Meeting (simul)                              |
|        | - Nortel Networks, Highspeed Access (simul)                                              |

|       |                                                                                  |
|-------|----------------------------------------------------------------------------------|
|       | - Sun Microsystems, Serengeti Training (simul)                                   |
|       | - CISCO, Networkers Conference (simul)                                           |
|       | - e-bay, eCommerce and the Future Economy (simul)                                |
|       | - Palm Inc., Press Conference (consec)                                           |
| Apr.  | - Hewlett Packard, Cool Town Meeting (consec)                                    |
|       | - Japan Society, Meeting on Buddhist Art of Korea and Japan (consec)             |
|       | - Seoul Women's Film Festival, Women in Asian Films (simul)                      |
|       | - Hewlett Packard, Telecom Solution Forum for the Next Gen. (simul)              |
|       | - SDS, e-business Support for the Digital Environment (simul)                    |
|       | - IBM, Open UNIX Systems (simul)                                                 |
|       | - Samsung Electronics, Foreign Press Meeting (consec)                            |
| May   | - Incom Brodeur, PR Strategies in Times of Economic Difficulty (simul)           |
|       | - Samsung Electronics, FORTUNE CEO FORUM (sim./con.) - Hong Kong                 |
|       | - Quest Software, A Close Look at Oracle (simul)                                 |
|       | - Bavaria State Government, Investment Seminar (simul)                           |
|       | - HP, LFP Media Business Conference (consec)                                     |
|       | - Korea America Friendship Society, New Security Environment (simul)             |
|       | - Fujitsu, Storage Systems (simul)                                               |
|       | - Asia Global Crossing, Strategy for Multinational Corporations (simul)          |
|       | - Cheil Communications, Global PR Strategy (simul)                               |
| June  | - HP Services World (simul)                                                      |
|       | - Korea Institute of Unification, Peace Building on the Korean Peninsula (simul) |
|       | - Cheju Peace Forum, Building Common Peace and Prosperity in NE Asia (simul)     |
|       | - Fidelity, Seminar on Global Sector Funds  (simul)                              |
|       | - Sesami, Strategy for e-transformation (simul)                                  |
|       | - Seagate, Storage Solutions (simul)                                             |
|       | - HP, MCAE Seminar (simul)                                                       |
| Jul.  | - Palm, Press Conference (simul)                                                 |
|       | - Teradata, Targeted CRM Workshop (simul)                                        |
|       | - Motorola, Press Conference (consec)                                            |
| Sept. | - Samsung Electronics, Forbes Global Conference (con./sim.) – Singapore          |
| Nov.  | - Japan Society, Symposium on Buddhist Art of Korea & Japan (simul) – New York   |
| May '02 | - Korean Cultural Service, The Korean Food Festival at the UN (consec)- New York |
|       | - Consulate of the Rep. Of Korea, Meeting of Publishers (consec) – New York      |
| June  | - UBS Warburg, Due Diligence Process (consec)                                    |
|       | - Sybase, IT Systems Meeting (consec)                                            |
| Jul.  | - Korea Assest Management Corp., Int. Conference on Real Estate Finance (simul)  |
|       | - Fujistu, IT for the Securities Industry (simul)                                |
|       | - Pfizer, ED Consulting Skill Workshop / Press Conference (simul)                |
|       | - Sillicon Graphics (sgi), sgi Sales Conference (simul) – San Fransisco          |
| Sept. | - Samsung Electronics, Global Digital Tour (consec) – New York                   |
| Oct.  | - Kookmin Bank, Board of Directors Meeting (simul) – New York                    |
| Nov.  | - Institute of National Reunification, Sym. on Peace & Int. Cooperation (simul)  |
|       | - GlaxoSmithKline, Seminar on Diabetes (simul)                                   |
|       | - Hewlett Packard, Seminar on Digital Cameras (consec)                           |
|       | - Misys, Banking Software System (consec)                                        |
| Jan. '03 | - Samsung Electronics, CES Press Interview (consec) – Las Vegas               |
| Feb.  | - POSCO, Press Conference for BOD Member (consec) – New York                     |
| Apr. ` | - Japan Society, Cultural Property Laws of China, Korea and Japan (simul) – New York |
| May   | - Computer Associates, CEO Interview (consec) – New York                         |
|       | - Alticor, CEO Meeting (consec) – Michigan                                       |
| June  | - Pepsi Co., President's Ring of Honor (simul) – New York                        |
| Jul.  | - Computer Associates, CA World (con./sim.) – Las Vegas                          |
| Sept. | - Samsung Electronics, Global Inspiration Tour (consec) – New York               |

| | |
|---|---|
| Oct. | - Alticor, Founder's Council (simul) – San Francisco |
| | - CISCO Systems, Networkers 2003 (simul) |
| | - IBM, Rational Embedded & Real Time Solutions (simul) |
| | - Acorn Investments, Investment Meeting (consec) |
| Nov. | - Bombardier, Light Rail Transport Negotiations (consec) |
| | - IBM, Global IT Outsourcing Forum (simul) |
| | - Bromine Science & Environmental Forum, Asia Pacific Seminar (simul) |
| | - ARM, Semiconductor Industry Prospects for 2004 (consec) |
| | - Nortel Networks, NGN Business Strategy Press Conference (consec) |
| | - Choongang Daily, Asia Press Forum (simul) |
| Dec. | - Samsung Life Insurance, Training Program  (consec) – New York |
| | - Advisory Council of Peaceful Unification, US-DPRK Relations (consec) – New York |
| Mar. '04 | - Ministry of Gender Equality, UN Comm. on the Status of Women (simul) – New York |
| Apr. | - UN UNDESA, Global Forum on Reinventing Government (consec) – New York |
| May | - Computer Associates, CA World (simul) – Las Vegas |
| | - Alticor, Founder's Council (simul) – New York |
| Jun | - HP, ANUG/KNUG Summit 2004 (simul) - Seoul |
| | - Alticor, Artistry Beauty Experience (consec) - Michigan |
| Jul. | - SAP, Leadership Forum 2004 (simul) - Seoul |
| | - Microsoft, Executive Meeting (consec) - Seoul |
| | - Avaya, Competitive Training (consec) - Seoul |
| | - Bombardier, Light Rail Train Contract Signing Ceremony (consec) – Seoul |
| | - eglobal, Foglight Product Training (consec) – Seoul |
| Aug. | - HP, R&D Training (simul) – Houston |
| | - Citigroup, Joint Financial Meeting (consec)  – New York |
| Sept. | - KEPCO, IR Road Show (consec) – New York |
| | - World Culture Open, UN Forum (simul) – New York |
| | - Alticor, Global PR Forum (simul) – Vancouver |
| | - Computer Associates, Client Meeting (consec) – New York |
| | - Uri Party of Korea, Majority Leader Visit (consec) – New York |
| Oct. | - SEMI, ITPC (semiconductor conference) (simul) – Hawaii |
| | - KEPCO, CEO Investor Meeting (consec) – New York |
| | - Bombardier, JFK Meeting (consec) – New York |
| | - SEMI, ITPC Semiconductor Conference (simul) – Hawaii |
| | - Korean National Assembly, Visit to US Congress (con./sim.) – Washington D.C. |
| Jan. '05 | - Samsung Electronics, International CES (consec) – Las Vegas |
| | - Korean National Assembly, Child Welfare Conference (consec) - New York |
| Feb. | - Microsoft, CCF Products (consec) - Seoul |
| Mar. | - United Nations, Workshop on UN Action Plan (simul) – Seoul |
| | - Eastman Kodak, Film School Research (consec) – Seoul |
| | - Bombardier, BOD Meeting (consec) – Seoul |
| | - HP, Mission Critical Partnership (simul) - Seoul |
| | - Capital Investment Group, Due Diligence (consec) - Seoul |
| | - BAT Korea, PIMCO (simul) – Seoul |
| Apr. | - Pfizer, New Product Press Conference (consec) - Seoul |
| Jul. | - Eastman Kodak, VIP Visit (consec) - New York |
| Aug. | - Alticor, Human Resources Meeting (consec) – Michigan |
| Sept. | - Samsung Electronics, Global Roadshow (consec) - New York |
| Oct. | - Maekyung Economic Daily, World Knowledge Forum (simul) – Seoul |
| | - Microsoft, Hearing for Korean Fair Trade Commission (simul) - Seoul |
| | - IBM, New Product Launch (consec) – Seoul |
| | - Committee for Sustainable Development, International Conference (simul) - Seoul |
| | - Korail, Int. Coordinating Council on Transsiberian Transporation (sim) – Seoul |
| Nov. | - SEMI, Semiconductor ITPC Conference (simul) – Hawaii |

|  |  |
|---|---|
|  | - Juniper, Press Conference (consec) - Seoul |
|  | - KICE, Int. Seminar on Innovations in Teaching and Learning (simul) – Seoul |
|  | - OIE, Regional Commission for Asia, the Far East and Oceania (simul) - Seoul |
|  | - ASEM Institute for International Relations, Portsmouth Treaty and Peace Building (simul) – Seoul |
| Jan. '06 | - Samsung Electronics, International CES (consec) – Las Vegas |
| Feb. | - KEPCO, IR Roadshow (consec) – New York |
| Mar. | - Autodesk, User Conference (simul) – Las Vegas |
|  | - Academy of Osseointegration, Annual Meeting (simul) – Seattle |
| Jul. | - Microsoft, Worldwide Partner Conference (simul) – Boston |
|  | - Korean National Assembly, Free Trade Agreement Forum (consec) – Washington D.C. |
| Aug. | - IBM, Disaster Recover (consec) – New York |
| Sept. | - Alticor, Artistry Beauty Institute (consec) – Michigan |
| Oct. | - Jeju Development Commission, Island Tourism Policy Forum (simul) – Jeju Island, Korea |
|  | - HP, All in One Storage (con./sim.) - Seoul |
|  | - Alliance Bernstein, Equity Markets (simul) – Seoul |
|  | - Alcatel, Campus IT Solution (simul) – Seoul |
|  | - Korea Society of Functional Medicine, Int. Symposium on Antioxidents (simul) – Seoul |
|  | - Dell Computers, Partner Meeting (simul) – Japan |
|  | - EMC, Velocity Partner Program Launch (con./sim.) – Seoul |
|  | - Bombardier, Regional Airlines (consec) – Jeju Island, Korea |
| Nov. | - Funds World Korea, Investment in Korea (simul) – Seoul |
|  | - F5 Networks, Red Hot Solution Day (simul) - Seoul |
|  | - Solidworks, Demo Training (consec) – Seoul |
|  | - Korea Institute of Industrial Technology, Fostering Growth through Innovation (simul) – Seoul |
| Dec. | - Hitachi Data Systems, Press Conference (consec) – Seoul |
|  | - CA, Life Insurance Company Proposal (consec) – Seoul |
|  | - Korea Center for Qualitative Methodology, Meta Study of Qualitative Research (simul) – Seoul |
| Jan. '07 | - Samsung Electronics, International CES Press Interview (consec) – Las Vegas Jan. '07 |
|  | -Bombardier, JFK Light Rail System (consec) – New York |
| Feb. | - EMC, Best Practices (consec) - Boston |
| Mar. | - KEPCO, Conference on Nuclear Power (consec) – Phoenix |
|  | - Autodesk, Annual Meeting (simul) – Las Vegas |
|  | - The Korean Mission to the UN, Meeting of Korean Legislators (consec) –New York |
|  | - Academy of Osseointegration, Annual Conference (simul) – San Antonio |
| May | - Reuters, Reuters Summit (consec) |
|  | - Hyundai AutoNet, Board of Directors Meeting (consec) - Seoul |
|  | - Derivative Fitch, Global Structured Credit Conference (simul) -Seoul |
|  | - Dassault Systems, DLM Executive Summit (simul) - Seoul |
|  | - Microsoft, MDA Training (consec) - Seoul |
|  | - Mathworks, Technical Computing& Model Based Design (simul) - Seoul |
|  | - CJ Entertainment, Press Conference (sim./con.) - Seoul |
|  | - HDS, Tiered Storage Solutions Workshop (simul) – Seoul |
| June | - Antenova, Press Conference (consec) - Seoul |
|  | - Korea Science Foundation, Global Science & Tech. Innovation (simul) - Seoul |
|  | - Korea Society of Qualitative Studies, Int.Conference on Qualitative Research (simul) - Seoul |
|  | - Avaya, Intelligent Communication Summit (simul) - Seoul |
|  | - IDC, Blade Conference (simul) - Seoul |
| Jul. | - WebMethods, SOA MasterClass Seminar (simul) - Seoul |
|  | - Morgan Stanley, Due Diligence (consec) - Seoul |
| Aug. | - KEPCO, Meetings on Nuclear Power (consec) |
|  | - CISCO, Global Conference (simul) – Las Vegas |
|  | - Alticor, ABI Institute (sim./con.) – Ada, MI |
| Sept. | - KEPCO, IR Meeting (consec) – New York |
| Oct. | - Nutrilite, Training (sim./con.) – Santa Ana, CA |

| | |
|---|---|
| Dec. | - LearKyungshin, BOD Meeting (consec) – Honduras |
| | - Alticor, Leaders Meeting (con./sim.) - Miami |
| Jan. '08 | - IBM, Industry Lab Solutions (consec) – New York |
| Feb. | - Autodesk, Media Event (simul) – San Francisco |
| Mar. | - NACU, Korean Reunification Seminar (simul) – New York |
| | - Autodesk, Global Partner Conference (simul) – Las Vegas |
| | - Mannatech, Mannafest (simul) – Dallas |
| Apr. | - CoiAM, Alternative Investment Seminar (consec) – New York |
| | - EMC, Storage Systems (consec) - Boston |
| | - Plextronics, Solar Energy (consec) - Pittsburgh |
| May | - Microsoft, CEO Summit (simul) – Seattle |
| June | - Pepsi, Ring of Honor Event (simul) – New York |
| Jul. | - Duane Morris, Arbitration Hearing (consec) – Washington D.C. |
| | - Alticor, Global Citizenship Conference (simul) - Michigan |
| Aug. | - Cisco, Global Meeting (simul) – San Francisco |
| Sept. | - KyungshinLear, BOD Meeting (consec) – Atlanta |
| | - Artistry, Press Tour (simul) – New York |
| | - United Nations, IPU Meeting (simul) – New York |
| Oct. | - Rotary International, Trustees Meeting (simul) – Chicago |
| Nov. | - Alticor, Global Diamond Event (simul) – Dallas |
| Dec. | - Korea Society, Former Korean Minister of Reunification (consec) – New York |
| Jan. '09 | - Samsung, CES (consec) – Las Vegas |
| | - Rotary International, Board of Directors Orientation (simul) - Chicago |
| | - LG Display, Deposition (consec) - Delaware |
| Feb. | - Rotary International, Regional Membership Coordinators Training (simul) - Chicago |
| Mar. | - United Nations, IPU- UN Committee on the Status of Women (simul) - New York |
| | - Autodesk, One Team Conference (simul) – Las Vegas |
| | - GLOBE, International Commission on Climate and Energy Security (simul) – Washington DC |
| May | - KyungshinLear, BOD (consec) – Atlanta |
| June | - Samsung Electronics, Deposition (consec) – Washington DC |
| Jul. | - Plexitronics, Meeting Solar Cells (consec) – Pittsburgh |
| Aug. | - Amway Global, Artistry Beauty Institute (sim./con.) – Grand Rapids |
| | - Trial Prep – New York, Washington DC |
| | - Korean National Assembly, Legislation & Judiciary Committee for Reform (consec) – New York |
| Sept. | - Amway Global, National Spotlight (simul) – Chicago |
| | - Governor's Office, Governer's Climate Summit (simul) – Los Angeles |
| | - KEPCO, IR Meeting (consec) – New York |
| Nov. | - Kyungshin Lear BOD (consec) – Atlanta |
| | - Korea Land and Housing Corp., Non-deal Roadshow (consec) – Los Angeles, Boston |
| | - United Nations, IPU conference (simul) – New York |
| Dec. | - Amway Global, Achievers (simul) – Orlando |
| Jan. '10 | - Samsung Electronics, CES (consec) – Las Vegas |
| | - Rotary International, International Assembly (simul) – San Diego |
| Feb. | - Autodesk, One Team Conference (simul) – Las Vegas |
| Mar. | - Samsung Electronics, Press Interview (consec) – New York |
| Apr. | - KEPCO, Nuclear Conference (consec) – Washington DC |
| | - Rotary International, Trustee Meeting (simul) - Chicago |
| May | - Rotary, International Convention (simul) – Montreal |
| Aug. | - Canadian Government, International Coalition of Parliamentarians (simul) – Ottawa |
| Sept. | - Christian Dior, Press Event (sim/con.) – San Francisco |
| | - KHNP, IR Meeting (consec) – New York |
| | - Schulte Roth & Zabel LLP (consec) – Washington DC |
| Dec. | - United Nations, IPU Conference (simul) – New York |
| Jan. '11 | - Samsung Electronics, CES (consec) – Las Vegas |

| | |
|---|---|
| Feb. | - Autodesk, One Team Conference (simul) – Las Vegas |
| Apr. | - Kyonggi Local Government (consec) – Governor Meeting at CFR – New York |
| May | - Rotary International, Board of Directors Meeting (simul) – Chicago |
| | - KyungshinLear, Board of Directors Meeting (consec) - Montgomery |
| June | - KHNP, Roadshow (consec) – New York, Chicago, LA |
| | - KEPCO, IR Meeting (consec) – LA, San Diego |
| Aug. | - Canadian Government, Organic Certification System (consec) – Ottawa |
| | - GE, CEO Global Summit (simul) – New York |
| Sept. | - Rotary Foundation, Trustees Meeting (simul) – Chicago |
| | - Guggenheim Museum, Art Seminar (consec) – New York |
| Oct. | - CHOD, Chief of Defense Meeting (simul) - Hawaii |
| Nov. | - KEPCO, IR Meeting (consec) – New York |
| Jan. '12 | – Samsung Electronics, CES (consec) – Las Vegas |
| Feb. | - United Nations, Committee on Women's Rights (simul) - New York |
| Mar. | - Autodesk, Summit (simul) - Las Vegas |
| May. | - KEPCO, IR Meeting (consec) - New York |
| June. | - Rotary International, Trustees Meeting (simul) - Chicago |
| Jul/Aug. | - Visa International, London Olympics (sim./con.) - London |
| Sept. | - IUCN, World Conservation Congress (simul) - Jeju, Korea |
| Oct. | - Rotary International, Board of Directors Meeting (sim) - Chicago |
| Nov. | - AmorePacific, Corporate Culture Meeting (consec) - New York |
| Jan '13 | - Rotary International, International Assembly (sim) – San Diego |
| Feb. | - SONY, Playstation Press Conference (simul) - New York |
| | -AmorePacific, Meeting with Corporate Luxury BU (consec) – New York |
| Mar. | - Autodesk, Global Partners Leadership Summit (sim)– Las Vegas |
| | - KORES, Non-deal Roadshow (con) - Boston, New York |
| Apr. | - LG Electronics, Non-deal Roadshow (con) - New York, Boston |
| | - National Assembly, G20 (sim/con) - Mexico City |
| May | - ==Deposition (con), Washington DC== |
| May | - Kyungshinlear (con), Board of Directors Meeting - Detroit |
| June | - ==Deposition (con), Seoul== |
| June | - Rotary, Board do Directors Meeting (sim) - Portugal |
| Aug. | - Samsung Life, CEO meeting (consec) - New York |
| Aug. | – Archer Greiner Law, Deposition – New Jersey |
| Aug. | – ==Rosensteel Law, Deposition – New Jersey== |
| Sept. | - Goldman Sachs, Non-deal Roadshow (consec) - New York, Boston, LA |
| Sept. | - GS Caltex, Non- deal Roadshow (consec) - New York, Boston |
| Oct. | -Samsung Life, Top leader seminar (consec) - New York |
| Nov. | - Government of Canada, Korean mission (consec) - Toronto |
| Nov. | - National Assembly of Korea, UN Conference (simul) - New York |
| Dec. | - ==Finnegan Law Firm, Deposition for IPR (consec) - Washington DC== |
| Dec. | - Korea National Oil Corporation, Non-deal Roadshow (consec) - NY, Boston, LA |
| Jan. '14 | - Rotary International, Training Leaders Seminar (simul) - San Diego |
| Jan. | – ==Finnegan law firm, Deposition (consec) – Washington DC== |
| Feb. | - Hyundai Glovis, Non-deal Roadshow (consec) - New York, Boston, London |
| | ==- Harwood Llyod law firm, Deposition (consec) – New Jersey== |
| Mar. | - Autodesk, One Team Conference (simul) -  Las Vegas |
| Mar. | - Otsuka Pharmaceutical, Product Seminar (consec) - Princeton, NJ |
| Apr. | - Hanwha Chemical, GDR Roadshow (con) - Asia, Europe, US |
| May | - KyungshinLear, BOD, (con) - Mexico |
| May | - KHNP, Non-deal Roadshow (con) - US |
| May | - Korea Exchange Bank, Non-deal Roadshow (con) – US |
| | - ==Harwood Llyod law firm, Deposition (consec) – New Jersey== |
| June | - Rotary International, International Convention (sim) - Sydney |

| | |
|---|---|
| Sept. | - Doosan Fuel Cell America, Operations (consec) - Connecticut |
| Nov. | - United Nations, IPU Plenary Meeting (simul) - New York |
| Dec. | - Arbitration Hearing (consec) - New York |
| Jan. '15 | - Doosan Fuel Cell America, Operations (con) - Connecticut |
| Feb. | - Autodesk, One Team Conference (sim) - Las Vegas |
| Mar. | -Doosan Fuel Cell America (con) - Connecticut |
| Mar. | - Morgan Lewis & Bockius law firm, Patent deposition (con) -New York |
| Apr. | - KORES, non-deal roadshow (con) - NYC, Boston, LA |
| Apr. | - KHNP, Non-deal Roadshow (con) - NYC, Boston, LA, Chicago |
| May | - Amway, Founders Council (sim) - Washington DC |
| May | - New York Institute of Finance, Training (con) -NYC |
| June | - Consumer Goods Forum, Global Summit (sim) - NYC |
| June | - AmorePacific, Sulwhasoo Protocol Training (consec) - NYC |
| Jul. | - Doosan Fuel Cell America, Finance and Operations (consec) - CT |
| Sept. | - Doosan Corporation, Benchmarking (consec) - Bismarck, ND |
| Oct. | - PepsiCo., Circle of Champions (simul) - NY |
| Oct. | - Samsung Fire and Marine, Investment Meetings - NYC |
| Nov. | - Woori Bank, Non-deal Roadshow (consec) - NYC |
| Jan.'16 | - Doosan Fuel Cell America, Legal Contracts (consec) – CT |
| Jan. | – Rotary Foundation, Trustees Meeting (simul) - Chicago |
| Feb. | - POSCO, CEO Meeting (consec) – NYC |
| Feb. | – United Nations, Parlimentary Hearing at the UN (simul) - NYC |
| Mar. | - Autodesk, One Team Conference (simul) – Las Vegas |
| Apr. | - Rotary International, Council on Legislation (simul) –Chicago |
| May | - KyungshinLear, BOD Meeting (consec) – Montgomery, AL |
| June | - Yale University, US Insurance and Healthcare (simul) - CT |
| Aug. | – Kim & Chang law firm, International Arbitration (consec) - London |
| Aug. | - KEPCO, CEO Investor Meeting (consec)- NYC |
| Sept. | - Apple, Press Event (simul) – San Francisco |
| Sept. | - Korea Housing Finance Corp. (consec) – NYC, LA |
| Sept. | - Samsung Electronics, Investor Meetings (con./sim.) – NYC, Boston, New Jersey |
| Oct. | - Korea Hydro Nuclear Corp. (consec) – NYC, Boston, Chicago |
| Oct. | - Columbia University, Conference on the San Francisco Peace Treaty (simul) – NYC |
| Nov. | – Amore Pacific, Cosmetics Industry Meeting (consec) – NYC |
| Nov. | – Apple, Press Event (consec) – NYC |
| Dec. | – Doosan Fuel Cell America (con./sim.) – CT |
| Jan. '17 | – Korea Ministry of Strategy and Finance, Investor Meetings (consec) – London/NYC |
| Jan. | – Rotary International, International Assembly (simul) – San Diego |
| Mar. | – Korea National Oil Corporation, Investment Roadshow (consec) – NYC/Boston/Reno/San Hose |
| Apr. | – Korea Resources Corporation, Investment Roadshow (consec) – NYC/Chicago/LA |
| Apr. | – Samsung Fire & Marine Insurance, CEO Meeting (consec) – NYC |
| May | -  Harman, Board of Directors Meeting (simul) – NYC |
| May | – Samsung Electronics, Strategy Meeting (simul) – New Jersey |
| June | – Morrison & Foerster law firm, New York Attorney General & Dept. (consec) – NYC |
| June | – Apple, Worldwide Developers Conference (simul) – San Jose |
| Jul. | – Korea Telecom, Investor Roadshow (consec) – New York, Boston, LA |
| Aug. | – KEPCO, Investor Roadshow (consec) – NYC |
| Sept. | – Apple, New Product Release (simul) – San Jose |
| Sept. | – Deputy Premier of the Republic of Korea, Meetings with Credit Rating Agencies (consec) - NYC |
| Sept. | – President of the Republic of Korea, Global Citizen Award Ceremony (simul) – NYC |
| Oct. | – Kia Motors, Investment Meetings (consec) – NYC, Chicago, LA |
| Oct. | – Korea Housing Financial Corp., Investment Meetings (consec) – London, NYC, LA |
| Oct. | – Finnegan law firm, Court Mediation (consec) – Chicago |
| Nov. | – Kim & Chang law firm, Arbitration (consec) – Lausanne, Swiss |

| | |
|---|---|
| Dec. | – Korea National Assembly, Meetings in NYC (con. |
| Jan. '18 | – Government of Canada, Foreign Ministers Meeting (simul) – Vancouver |
| Feb. | – United Nations, Parliamentary Hearing on Refugees and Migrants (simul) - NYC |
| Mar. | – United Nations, Parliamentary Hearing on Conference on Status of Women (simul) – NYC |
| Mar. | – Morrison & Foerster law firm (consec) – NYC |
| Mar. | – Ministry of Strategy and Finance of Korea, Meeting with US Treasury (consec) – Washington DC |
| Apr. | – Dell Technologies, Dell Technologies World (sim) – Las Vegas |
| Apr. | – Rotary International, Trustees Meeting (sim) – Chicago |
| Apr. | – IMM Investment – Investment Meeting (con) – New York |
| May | – IBM, Frontiers Research Institute (sim/con) – New York |
| June | – Rotary International, International Convention (sim) – Toronto |
| June | – IBK, Investment Roadshow (consec) - NYC |
| Jul. | – Finnegan Law Firm, Patent Deposition (consec) – Washington DC |
| Sept. | – Doosan Fuel Cell America, Supplier Meeting (consec) – Montreal |
| Sept. | – Korea Ministry of Economy and Finance of Korea, Investor Meeting (consec) – NYC |
| Sept. | – Samsung Securities, Online Trading (consec) – NYC |
| Oct. | – Korea Housing Finance Corp., Investment Roadshow (consec) – NYC |
| Oct. | – Korea Expressway Corp., Investment Roadshow (consec) – NYC |
| Oct. | – Hanwha General Insurance, Investment Roadshow (consec) - NYC |
| Nov. | – Kim & Chang law firm, International Arbitration (simul) – London |
| Nov. | – KEPCO, Cornell Tech (consec) – NYC |
| Dec. | - Finnegan Law Firm, Patent Case (consec) – Conference call |
| Jan.'19 | – Rotary International, International Assembly (simul) – San Diego |
| Jan. | - Morrison & Foerster law firm, Remediation (consec) – NYC |
| Jan. | - Finnegan, Patent Case (consec) – NYC |
| Feb. | - Harman, Board of Directors Meeting (simul) – San Jose |
| Feb. | - ROK Ministry of Strategy and Economy, Investor/Credit Rating Agency (consec) - NYC |
| Mar. | - United Nations, IPU Meeting at the Conference on the Status of Women (simul) – NYC |
| Mar. | -IPSOS, Automobile Market Research (simul) – NYC |
| Apr. | - Korea Center for International Finance, Bank of Korea meeting (consec) - NYC |
| Apr. | - Dell Technologies World conference (simul) – Las Vegas |
| May | - Canadian Government, Clean Energy Ministerial Meeting (simul) – Vancouver |
| May | - National Assembly, Korea Society Meeting (consec) – NYC |
| June | - PEPSICO, Chairman's Ring of Honor (simul) – Connecticut |
| June | - Ministry of Economy and Finance, Government Bond Roadshow (consec) – London, NYC |
| June | - KOGAS, Investment Roadshow (consec) – NYC |
| Jul. | - Cornell University, eMBA Program with Yonsei University (simul) – NYC |
| Jul. | - Harman, Board of Directors Meeting (simul) – Munich, Germany |
| Aug. | - LG Electronics, Subsidiary Meeting (simul) – New Jersey |
| Sept. | - KEB Hana Bank, Non-deal Roadshow (consec) – New York, Boston, LA |
| Sept. | - Pure Storage, Pure Accelerator Event (simul) – Austin |
| Sept. | - KOICA, Meetings at UN (consec) – NYC |
| Oct. | - KL Partners, International Arbitration (consec) – NYC |
| Oct. | - IBK, Investor Meetings (consec) – Washington DC, NYC |
| Oct. | - Rotary, Board of Directors Meeting (simul) – Chicago |
| Nov. | - KEPCO, CEO IR Meeting (consec) – NYC |
| Nov. | - National Assembly, Meeting at Korea Society (consec) – NYC |
| Dec. | - Herbert Smith Freehills, International Arbitration (consec) – Philadelphia |
| Dec. | - KL Partners, International Arbitration (consec) - NYC |
| Feb. '20 | - United Nations, Annual Parliamentary Hearing with IPU on Education (simul) – NYC |
| Feb. | - Korea Ministry of Economy and Finance, Investor Meeting (consec) – NYC |
| Apr. | - Rotary International, Board of Directors Meeting (simul) – remote |
| Apr. | - Morrison & Foerster law firm, legal hearing (consec) – remote |
| June | - Rotary International, International Convention (simul) – remote |

Jul.          - Jones Day law firm, ITC patent depositions (consec) – Seoul, Korea
Aug – Sept. - Jones Day law firm, ITC patent depositions (consec) – Seoul, remote
Sept.        - PI Advanced Materials, Federal Circuit Court case (patent case) (consec) – remote
Sept.        - Rotary International, Board of Directors Meeting (sim) - remote
Oct.         - Latham&Watkins/Jones Day law firm, ITC case on IPR (consec) - remote
Oct.         - Morgan, Lewis & Bocklus LLP, ITC case on IPR (consec) – remote
Nov.         - Dell Technologies, APJ CSG Tech Summit (simul) – remote
Dec.         - ICC International Court of Arbitration, tech industry (consec) – remote
Jan. '21     - Rotary International, Board of Directors Meeting (simul) - remote
Feb.         - Dell Technologies – Dell FRS Event (simul) – remote
Mar.         - Rotary International, Board of Directors Meeting (simul) – remote
Apr.         - Clifford Chance, International Arbitration (consec) – remote
May          - Kyungshin Lear, Board of Directors Meeting (consec) - remote
June         - Kirkland law firm, Medical device trial (consec) - remote
June         - TSMP law firm, Singapore International Arbitration Center – construction (consec) – remote
Aug.         - Securities Training Corporation, Insurance & Securities Training (simul) – remote
Sept.        - Rotary International, Board of Directors Meeting (simul) – remote
Sept.        - Dell Technologies, Dell Tech Summit (simul) - remote
Oct.         - Dell Technologies, SPARK 2021 (simul) - remote
Oct.         - Korea National Assembly, Foreign Affairs and Security Subcommittee (consec) – New York
Nov.         - Rotary International, Diversity, Equity, Inclusion Training (simul) – remote
Dec.         - KyungshinLear, Board of Directors Meeting (consec) – remote
Jan. 22      - Rotary International, International Assembly (simul) – remote
Jan.         - Dell Technologies, Dell CSG APJ (simul) - remote
Feb.         - Jones Day law firm, Patent Depositions (consec) – Irvine, CA
Mar.         - Dell Technologies, Dell FRS (simul) – remote
Apr.         - Rotary International, Council on Legislation (simul) – Chicago
May          - Red Hat, Red Hat Summit (simul) – Boston
May          - Jones Day law firm, Patent litigation (consec) – Irvine, LA
June         - Rotary International, International Convention (simul) – Houston
June         - Rotary International, DEI Training (simul) – remote
June         - KyungshinLear, Management Meeting (consec) - Detroit
Aug.         - LG Chem, Investor Meeting (consec) – Boston
Aug.         - PureGen, Legal Mediation (consec) - Dallas
Sept.        - IBK Bank of Korea, Non-deal Roadshow (consec) – Washington DC, NYC, London
Sept.        - Kyungshin Lear, Board Meeting (consec) - remote
Sept.        - Dell Technologies, Dell Tech Summit (simul) - remote
Sept.        - US Dept. Of Energy, Global Clean Energy Action Forum (simul) - Pittsburgh
Oct.         - Hankyung, Global Market Conference 2022 (simul) – NYC
Oct.         - Rotary International, Board of Directors Meeting (simul) – Chicago
Oct.         - Kyungshin Lear, Board Meeting (consec) – remote
Nov.         - PureGen, Aspire Event (simul) - Dallas
Nov.         - Youtube, Workshop (simul) – remote
Nov.         - Dell Technologies, Power Hour with Microsoft (simul) - remote
Nov.         - National Assembly of Korea, Legislators meeting (consec) – NYC
Jan. 23      - Rotary International, International Assembly (simul) – Orlando
Jan.         - KT&G, Non-deal Roadshow Investor Meetings (consec) - NYC
Feb.         - Harman International, Board of Directors Meeting (sim./con.) – Los Angeles
Feb.         - Korea Housing Finance Corp., Non-deal Roadshow (consec) – NYC, Washington DC
Feb.         - United Nations, Parliamentary Hearing on Water (simul) – NYC
Mar.         - Dell Technologies, FRS Event (simul) – Remote
Mar.         - United Nations, Conference on the Status of Women (simul) – NYC
Apr.         - Rotary International, Board of Directors Meeting (simul) -remote
Apr.         - Korean Ministry of Food and Drug Safety (MFDS), Minister meetings (consec) – New York

| | |
|---|---|
| May | - GS Caltex, Investor meetings (consec) – New York |
| May | - Red Hat, 2023 Summit (simul) – Boston |
| June | - Amway, Global Founders Council (con./sim.) – Michigan |
| June | - Pepsi Co., Ring of Honors Event (con./sim.) – New York |
| June | - Korea East Asia Foundation, Asia Society meeting (consec) – New York |
| June | - BCG Boston Consulting Group, Client meeting (con./sim.) – New York |
| June | - NH Bank, Investor Meeting (consec) – New York |
| June | - Dell Technologies. Special Launch Event (simul) – remote |
| Jul. | - Harman International, Board of Directors Meeting (sim./con.) – Novi, Michigan |
| Jul. | - BCG Consulting Group, Client meeting (con./sim) – New York |
| Jul. | - Korea National Assembly, High level meetings (consec) – New York |
| Aug. | - Davis Polk & Wardwell, Depositions (consec) – New York |
| Sept. | - KyungshinLear, Board of Directors Meeting (consec) – Remote |
| Sept. | - Hana Bank, Investment Meeting (consec) – New York |
| Sept. | - KHNP, Investment Meeting (consec) – New York |
| Nov. | - Korea Labor Commission, Meeting at AAA (consec) – New York |
| Nov. | - KHNP, Investment Meeting (consec) – Toronto |
| Dec. | - Korea Housing Finance Corp., Investment Meeting (consec) – New York |
| Dec. | - Kim & Chang Law Firm, Depositions on Reinsurance (consec) – New York |
| Jan. '24 | - Rotary International, International Assembly (simul) – Orlando |
| Feb. | - United Nations, IPU Meeting (simul) – New York |
| Mar. | - Rotary International, Global Magazine Seminar (simul) – Chicago |
| Mar. | - United Nations, Committee on the Status of Women (simul) – New York |
| Mar. | - Shinhan Bank, Investment Meeting (consec) – Los Angeles |
| Apr. | - Korea Expressway Corporation, Deal Roadshow (consec) – New York |
| May | - Amway, Global Founders Council (sim./con.) – Zurich |
| May | - Rotary International, International Convention (simul) – Singapore |
| June | - Pepsi Co., Ring of Honors Event (simul) – New York |
| June | - Korea National Assembly, Meetings for diplomacy and security (consec) – New York |
| June | - Figma, CONFIG 24 (sim) – remote |
| July | - MDRT, PDC Meeting (simul) – Chicago |
| Aug. | - US Korea Cyber Security Symposium (simul) – New York |
| Sept. | - National Assembly, Climate Week (consec) – New York |
| Sept. | - Korea Telecom, Investment Meetings (consec) – London, New York, LA |
| Sept. | - HanVoice, The Impact of North Korean Human Rights Abuses (consec) – New York |
| Oct. | - The Korea Society, Next Steps for Korea US Relations (consec) – New York |
| Nov. | - Korea Hydro Nuclear Power Corp., Investment Meetings (consec) – New York, Washington DC |
| Dec. | - KyungshinLear, Board of Directors Meeting (consec) – remote |
| Dec. | - Amazon, Amazon Re:invent Event (simul) – Las Vegas |
| Feb. '25 | - Rotary International, International Assembly (simul) – Orlando |
| Mar. | - United Nations, CSW IPU Conference (simul) – New York |

### EDUCATION (학력)

| | |
|---|---|
| 1994-1996 | GRADUATE SCHOOL OF FILM STUDIES, DONGGUK UNIVERISTY (Seoul, Korea) Completed Course work in Film Theory and Criticism |
| 1990-1992 | GRADUATE SCHOOL OF INTERPRETATION AND TRANSLATION, 한국외대통역대학원 석사 |

                HANKUK UNIVERSITY OF FOREIGN STUDIES (Seoul, Korea)
                  Master of Arts, English-Korean Interpretation and Translation, June 1992
1986-1990    EWHA WOMANS UNIVERSITY (Seoul, Korea)
                  Bachelor of Arts, Education, February 1990

**MISCELLANEOUS WORK EXPERIENCE**

GRADUATE SCHOOL OF TRANSLATION AND INTERPRETATION,
EWHA WOMANS UNIVERSITY (Seoul, Korea) 이대 통대 강사
September 1999- August 2001
 - Full-time lecturer / Member of faculty
September 1997 – June 1999
 - Lecturer

INSTITUTE OF FOREIGN AFFAIRS AND NATIONAL SECURITY of the
MINISTRY OF FOREIGN AFFAIRS AND TRADE (Seoul, Korea)
April 1997 - October 2000
- Lecturer for the International Experts Training Program for Government Officials

PUSAN INTERNATIONAL FILM FESTIVAL (Pusan, Korea)
Sept. 1996 –Sept. 1998
- Chief Interpreter and Translator

GRADUATE SCHOOL OF INTERPRETATION AND TRANSLATION
HANKOOK UNIVERSITY OF FOREIGN STUDIES (Seoul, Korea)
September 1996 - June 1997 외대 통대 강사
- Lecturer

THE TAEJON INTERNATIONAL EXPOSITION ORGANIZING COMMITTEE
(Seoul/Taejon, Korea)
July 1992 - November 1993
- Coordinator and Chief Interpreter for the Overseas Protocol Dept.
  Coordinated official ceremonies and events for the President of the Republic of
    Korea and other foreign government Heads of State and Office
  **<u>*Received the Presidential Citation from the President of the Republic of Korea</u>**

                **TRANSLATION PROJECTS**
Corporate documents, articles, academic papers, speeches and brochures