# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:23-CV-00103-JRG-RSP |

## ORDER ON JOINT MOTION TO APPOINT WANSOO SUH AS INTERPRETER

Before the Court is the Parties' Joint Motion to Appoint Wansoo Suh as Interpreter. Having considered the motion, the motion is hereby GRANTED.

IT IS SO ORDERED.