# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § § § § *Plaintiff*, § § v. § CIVIL ACTION NO. 2:23-CV-00103-JRG-RSP § SAMSUNG ELECTRONICS CO., LTD., § and SAMSUNG ELECTRONICS § AMERICA, INC., § § § *Defendants*. § | |

## ORDER

Before the Court is the Joint Motion to Appoint Wansoo Suh as Interpreter filed by Plaintiff Headwater Research LLC and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. **Dkt. No. 383.** After consideration, and noting its joint nature, the Court **GRANTS** the Motion.

It is **ORDERED** that Wansoo Suh is appointed as interpreter for Korean-language witnesses in the above case.

**SIGNED this 15th day of April, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE