# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC | § | |
| | § | |
| v. | § | |
| | § | Case No. 2:23-CV-0103-JRG-RSP |
| SAMSUNG ELECTRONICS AMERICA, INC., ET AL. | § § § | |

## Final Pretrial Conference
### MAG. JUDGE ROY PAYNE PRESIDING
### April 16, 2025

**OPEN: 10:31 am**                                                                 **ADJOURN: 12:25 pm**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Andrea Fair, Marc Fenster, Reza Mirzaie, Kris Davis |
| ATTORNEY FOR DEFENDANTS: | Tom Gorham, Mike McKeon, Thad Kodish, Kyle Fleming, Brendan McLaughlin |
| LAW CLERK: | Nathan Gershengorin |
| COURT REPORTER: | Ed Reed |
| COURTROOM DEPUTY: | Wendy Asbel |

Court opened. Case called. Andrea Fair introduced co-counsel and announced ready. Tom Gorham introduced co-counsel and announced ready.

The Court inquired regarding the status of narrowing of the claims and patents. Marc Fenster responded for Plaintiff.

Mr. McKeon and Thad Kodish for Defendants discussed the topic regarding clarification of revenue sharing figures. Mr. Fenster responded.

The Court asked if the parties would like to address the objections to Mr. Song's deposition. Mr. Kodish stated that the parties were at an impasse. Kyle Fleming and Mr. McKeon responded. The Court made rulings.

Mr. McKeon addressed the next topic regarding redactions to RSA. The Court made a ruling.

Mr. Fleming addressed the two additional deposition destination regarding Mr. Song. The Court made rulings.

Mr. Fleming addressed the joint request for clarification of Order, Docket No. 375. The Court made rulings.

Mr. Fleming addressed an exhibit issue. Kris Davis for Plaintiff responded and provided copies of exhibits PTX 335 (JX5), PTX 379 (JX6), PTX 436, PTX 454. The Court made rulings.

The Court directed the parties to file updated exhibit lists by close of business tomorrow.