# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:23-cv-00103-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANTS' AMENDED NOTICE OF FINAL INVALIDITY THEORIES AND EQUITABLE DEFENSES

Pursuant to the Court's April 11, 2025 email correspondence, Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Samsung") hereby give this amended notice of their final invalidity theories, final prior art references/combinations, and final equitable defenses for the jury trial scheduled to begin on April 21, 2025.

Samsung reserves the right to discuss additional prior art references, including but not limited to with respect to discussing the background state of the relevant art, motivation to combine references for 35 U.S.C. § 103 obviousness theories, and the lack of technical benefits attributable to the asserted patents over the prior art. Samsung also reserves the right to rely upon any closely related references, including literature that demonstrates the operation and public availability of system prior art.

Samsung intends to present the following invalidity theories and prior art references/combinations at the jury trial scheduled for April 21, 2025:

- **U.S. Patent No. 8,406,733, Claims 1, 7, and 19**

    1. The GTalkServices system renders claims 1, 7, and 19 anticipated and/or obvious under 35 U.S.C. §§ 102, 103.

    2. The GTalkServices system renders claims 1, 7, and 19 obvious under 35 U.S.C. § 103 in view of Wireless Access Protocol (WAP).

    3. Claims 1, 7, and 19 are invalid for lack of written description under 35 U.S.C. § 112.

- **U.S. Patent No. 9,198,117, Claims 1, 12, and 16[1]**

    1. The GTalkServices system renders claims 1, 12, and 16 anticipated and/or obvious under 35 U.S.C. §§ 102, 103.

    2. The GTalkServices system renders claims 1, 12, and 16 obvious under 35 U.S.C. § 103 in view of Wireless Access Protocol (WAP).

    3. The GTalkServices system renders claims 1, 12, and 16 obvious under 35 U.S.C. § 103 in view of Kalibjian.

    4. Claims 1, 12, and 16 are invalid for lack of written description under 35 U.S.C. § 112.

Samsung makes this disclosure based on its current knowledge and understanding of the asserted claims, Headwater's infringement contentions and expert reports, the parties' exhibit lists and other facts and information available as of today's date. Although the list above reflects Samsung's invalidity theories at trial, Samsung reserves the right to present arguments and evidence related to additional prior art in the context of rebutting Headwater's theories on the alleged benefits of the patents, consistent with the opinions set forth in Dr. Foster's expert report—and dependent upon the arguments Mr. de la Iglesia makes during his direct examination.

---

[1] Samsung intends to present also that these theories render claim 2 invalid from which claim 16 depends.

Dated: April 17, 2025                    Respectfully submitted,

By:   */s/ Jonathan B. Bright*
      Ruffin B. Cordell
      TX Bar No. 04820550
      Michael J. McKeon
      DC Bar No. 459780
      mckeon@fr.com
      Jared Hartzman
      DC Bar No. 1034255
      hartzman@fr.com
      **FISH & RICHARDSON P.C.**
      1000 Maine Avenue, SW, Ste 1000
      Washington, D.C. 20024
      Telephone: (202) 783-5070
      Facsimile: (202) 783-2331

      Thad C. Kodish
      GA Bar No. 427603
      tkodish@fr.com
      Benjamin K. Thompson
      GA Bar No. 633211
      bthompson@fr.com
      Jonathan B. Bright
      GA Bar No. 256953
      jbright@fr.com
      Christopher O. Green
      GA Bar No. 037617
      cgreen@fr.com
      Noah C. Graubart
      GA Bar No. 141862
      graubart@fr.com
      Sara C. Fish
      GA Bar No. 873853
      sfish@fr.com
      Katherine H. Reardon
      NY Bar No. 5196910
      reardon@fr.com
      Steffen C. Lake
      GA Bar No. 512272
      lake@fr.com

Nicholas A. Gallo
GA Bar No. 546590
gallo@fr.com
Vivian C. Keller (*pro hac vice*)
GA Bar No. 651500
keller@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

Leonard E. Davis
TX Bar No. 05521600
ldavis@fr.com
Andria Rae Crisler
TX Bar No. 24093792
crisler@fr.com
Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214)747-5070
Facsimile: (214) 747-2091

John-Paul R. Fryckman (*pro hac vice*)
CA Bar No. 317591
John W. Thornburgh
CA Bar No. 154627
thornburgh@fr.com
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Katherine D. Prescott (*pro hac vice*)
CA Bar No. 215496
prescott@fr.com
**FISH & RICHARDSON P.C.**
500 Arguello Street
Suite 400
Redwood City, CA 94063
Telephone: (650) 839-5180
Facsimile: (650) 839-5071

Kyle J. Fleming (*pro hac vice*)
NY Bar No. 5855499
kfleming@fr.com
Meghana Thadani
NY Bar No. 5851902
thadani@fr.com
**FISH & RICHARDSON P.C.**
7 Times Square, 20th Floor,
New York, NY 10036
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

Melissa R. Smith
State Bar No. 24001351
Melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Andrew Thompson ("Tom") Gorham
State Bar No. 24012715
tom@gillamsmithlaw.com
James Travis Underwood
Texas Bar No. 24102587
travis@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
102 N. College, Suite 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Shaun W. Hassett
State Bar No. 24074372
shaunhassett@potterminton.com
**POTTER MINTON, P.C.**
102 N. College Ave., Suite 900
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

5

Lance Lin Yang
CA. Bar No. 260705
Lanceyang@quinnemanuel.com
Kevin (Gyushik) Jang
CA Bar No. 337747
kevinjang@quinnemanuel.com
Sean S. Pak
CA Bar No. 219032
seanpak@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Brady Huynh (admitted *pro hac vice*)
CA Bar No. 339441
bradyhuynh@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Jon Bentley Hyland
Texas Bar No. 24046131
jhyland@hilgersgraben.com
Grant K. Schmidt
Texas Bar No. 24084579
gschmidt@hilgersgraben.com
**HILGERS GRABEN PLLC**
7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Telephone: (972) 645-3097

**ATTORNEYS FOR DEFENDANTS SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.**

## **CERTIFICATE OF SERVICE**

I certify that on April 17, 2025 counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/ Jonathan B. Bright*
Jonathan B. Bright