IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | § |
| *Plaintiff*, | § |
| v. | § CIVIL ACTION NO. 2:23-CV-00103-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC., | § |
| *Defendants*. | § |

### ORDER

The Court previously issued a Memorandum Order granting-in-part Headwater's Motion to Exclude Certain Opinions of Samsung's Expert, Ian Foster, Ph.D. Dkt. No. 375. At the Pre-Trial Conference held on April 16, 2025, the parties jointly sought clarification of the Order. The parties agreed that the beginning portion of Paragraph 1156 should not be stricken and that the first sentence of Paragraph 1182 should be stricken.

Therefore it is **ORDERED** that the Court's Order at Dkt. No. 375 is amended such that the first two sentences of Paragraph 1156 are not stricken, and the first sentence of Paragraph 1182 is hereby **STRICKEN**.

**SIGNED this 17th day of April, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE