# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | § |
| | § |
| *Plaintiff*, | § |
| | § |
| v. | § CIVIL ACTION NO. 2:23-CV-00103-JRG-RSP |
| | § |
| SAMSUNG ELECTRONICS CO., LTD., | § |
| and SAMSUNG ELECTRONICS | § |
| AMERICA, INC., | § |
| | § |
| *Defendants*. | § |

## ORDER

Before the Court is Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.'s Unopposed Motion to Redact Portions of the March 24, 2025 Pre-Trial Conference Transcript. **Dkt. No. 398**. After consideration, the Court finds that Samsung's requested redactions are vastly overbroad. Therefore, the Motion is **DENIED**.

**SIGNED this 19th day of April, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE