# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § CIVIL ACTION NO. 2:23-CV-00103-JRG-RSP <br> SAMSUNG ELECTRONICS CO., LTD., § <br> and SAMSUNG ELECTRONICS § <br> AMERICA, INC., § <br> § <br> *Defendants*. § | |

## ORDER

Samsung previously filed a Motion for Summary Judgment of Invalidity for Lack of Written Description Based on 35 U.S.C. § 112. (Dkt. No. 178.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 365), recommending denial of Samsung's Motion for Summary Judgment. Because no objections have been filed and for the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that the Motion for Summary Judgment (Dkt. No.178) is **DENIED**.

So Ordered this

Apr 20, 2025

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE