# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | § |
| *Plaintiff*, | § |
| | § |
| v. | § CIVIL ACTION NO. 2:23-CV-00103-JRG-RSP |
| | § |
| SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC., | § |
| *Defendants*. | § |

## ORDER

Plaintiff Headwater Research LLC previously filed a Motion for Summary Judgment of No Invalidity Based on the Motorola E815. (Dkt. No. 179.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 368), recommending denial of Headwater's Motion for Summary Judgment. Because no objections have been filed and for the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that the Motion for Summary Judgment (Dkt. No.179) is **DENIED**.

**So Ordered this**

**Apr 20, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE