IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> SAMSUNG ELECTRONICS CO., LTD., § <br> and SAMSUNG ELECTRONICS § <br> AMERICA, INC., § <br> § <br> *Defendants*. § | CIVIL ACTION NO. 2:23-CV-00103-JRG-RSP |

## ORDER

Samsung previously filed a Motion for Leave to Serve a Supplemental Rebuttal Report Addressing Headwater Damages Opinions. (Dkt. No. 317.) Magistrate Judge Payne entered a Memorandum Order (Dkt. No. 362), denying Samsung's Motion for Leave. Samsung has now filed Objections. (Dkt. No. 382.)

After reviewing the briefing on the Motion for Leave, Judge Payne's Memorandum Order, and the briefing on Samsung's Objections, the Court agrees with the reasoning provided within the Memorandum Order and concludes that the Objections fail to show that the Memorandum Order was clearly erroneous or contrary to law.

Consequently, the Court **OVERRULES** Samsung's Objections (Dkt. No. 382) and **ADOPTS** Judge Payne's Memorandum Order (Dkt. No. 362).

**So Ordered this**

**Apr 20, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE