# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:23-CV-00103-JRG-RSP |
| § | |
| SAMSUNG ELECTRONICS CO., LTD., § | |
| and SAMSUNG ELECTRONICS § | |
| AMERICA, INC., § | |
| § | |
| *Defendants*. § | |

## ORDER

Both parties previously filed motions regarding standing. (Dkt. Nos. 174, 177.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 364), recommending granting Headwater Research LLC's Motion for Partial Summary Judgment as to Defendant Samsung's Standing Defense and recommending denying Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd.'s Motion to Dismiss for Lack of Standing. Samsung has now filed Objections. (Dkt. No. 381.)

After conducting a *de novo* review of the briefing on the Motions, the Report and Recommendation, the transcript of the evidentiary hearing on the matter (Dkt. No. 338), and the briefing on Samsung's Objections (Dkt. No. 381), the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Samsung's Objections and **ADOPTS** the Report and Recommendation and **ORDERS** that Headwater Research LLC's Motion for Partial Summary Judgment as to Defendant Samsung's Standing Defense (Dkt. No. 174) is **GRANTED** and Samsung's Motion to Dismiss for Lack of Standing (Dkt. No. 177) is **DENIED**.

**So Ordered this**

**Apr 20, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE