IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | § § § § § § § § § § § § § CIVIL ACTION NO. 2:23-CV-00103-JRG-RSP |

## **ORDER**

Samsung previously filed a Motion for Summary Judgment of Invalidity and Motion for Partial Summary Judgment of Non-Infringement of the '733 Patent. (Dkt. No. 184.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 372), recommending denying Samsung's Motion. Samsung has now filed Objections. (Dkt. No. 386.)

After conducting a *de novo* review of the briefing on the Summary Judgment Motion, the Report and Recommendation, and the briefing on Samsung's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Samsung's Objections, **ADOPTS** the Report and Recommendation, and **ORDERS** that Samsung's Motion for Summary Judgment of Invalidity and Motion for Partial Summary Judgment of Non-Infringement of the '733 Patent (Dkt. No. 184) is **DENIED.**

## So Ordered this

**Apr 20, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE