# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> SAMSUNG ELECTRONICS CO., LTD., § <br> and SAMSUNG ELECTRONICS § <br> AMERICA, INC., § <br> § <br> *Defendants*. § | CIVIL ACTION NO. 2:23-CV-00103-JRG-RSP |

## ORDER

Samsung previously filed a Motion for Partial Summary Judgment of Non-Infringement for the '117 and '192 Patents (Dkt. No. 187.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 373), recommending denial in part of Samsung's Motion. Samsung has now filed Objections (Dkt. No. 390); Headwater has not objected.

After conducting a *de novo* review of the briefing on the Summary Judgment Motion, the Report and Recommendation, and the briefing on Samsung's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Samsung's Objections, **ADOPTS** the Report and Recommendation, and **ORDERS** that the Motion for Partial Summary Judgment of Non-Infringement of the '117 and '192 Patents (Dkt. No. 187) is **DENIED** except for the section on pre-suit indirect infringement, which is **GRANTED.**

**So Ordered this**

**Apr 20, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE