# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | § |
| | § |
| *Plaintiff*, | § |
| | § |
| v. | § CIVIL ACTION NO. 2:23-CV-00103-JRG-RSP |
| | § |
| SAMSUNG ELECTRONICS CO., LTD., | § |
| and SAMSUNG ELECTRONICS | § |
| AMERICA, INC., | § |
| | § |
| *Defendants*. | § |

## ORDER

Samsung previously filed a Motion to Strike Expert Report of Mr. Erik de la Iglesia (Dkt. No. 185.) Magistrate Judge Payne entered a Memorandum Order (Dkt. No. 378), granting only in part Samsung's Motion to Strike. Samsung has now filed Objections. (Dkt. No. 399.)

After reviewing the briefing on the Motion to Strike, Judge Payne's Memorandum Order, and the briefing on Samsung's Objections, the Court agrees with the reasoning provided within the Memorandum Order and concludes that the Objections fail to show that the Memorandum Order was clearly erroneous or contrary to law. Consequently, the Court **OVERRULES** Samsung's Objections (Dkt. No. 399) and **ADOPTS** the Memorandum Order (Dkt. No. 378).

**So Ordered this**

**Apr 20, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE