# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **HEADWATER RESEARCH LLC** | § |
| | § |
| v. | § CASE NO. 2:23-CV-00103-JRG-RSP |
| | § |
| **SAMSUNG ELECTRONICS CO., LTD,** | § |
| *et al* | |

### MINUTES FOR JURY SELECTION/JURY TRIAL DAY NO. 1
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### April 21, 2025

**OPEN:** 09:06 AM                                                               **ADJOURN:** 06:17 PM

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| LAW CLERKS: | Riley Zoch<br>Danielle Zapata<br>Nathan Gershengorin |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 09:06 AM | Court opened. |
| 09:07 AM | Court's greeting, introduction and preliminary remarks to Jury Pool. |
| 09:19 AM | Court called for announcements from the parties. |
| 09:20 AM | Court continued by providing case information and gave preliminary instructions to Jury Pool. |
| 09:29 AM | Prospective Jurors began introduction of themselves. |
| 09:53 AM | Court provided additional instructions to Jury Pool. |
| 09:57 AM | *Voir dire* on behalf of Plaintiff by Ms. Fair. |
| 10:27 AM | Bench conference. |
| 10:28 AM | Bench conference concluded. |
| 10:29 AM | *Voir dire* on behalf of Defendants by Ms. Smith. |
| 10:59 AM | Bench conference with counsel re: challenges for cause. |
| 11:00 AM | Bench conference concluded. |
| 11:00 AM | Court instructions provided to Jury Pool. Court requested specific juror(s) to remain in courtroom while remainder of Jury Pool recessed. |
| 11:02 AM | Remainder of Jury Pool recessed. |

| TIME | MINUTE ENTRY |
|---|---|
| 11:03 AM | Counsel approached bench. |
| 11:03 AM | Strike conference began with specifically named juror(s). |
| 11:09 AM | Strike conference concluded. Attorneys excused to exercise strikes. |
| 11:09 AM | Recess. |
| 11:38 AM | Court reconvened. |
| 11:38 AM | Instructions given by the Court. Jurors selected. |
| 11:41 AM | Jurors sworn. |
| 11:43 AM | Remainder of Jury Pool excused. |
| 11:44 AM | Additional instructions given by the Court. |
| 12:02 PM | Jury recessed for lunch. |
| 12:03 PM | Recess. |
| 12:48 PM | Court reconvened. |
| 12:50 PM | Jury returned to courtroom. |
| 12:51 PM | Court gave preliminary instructions to Jury. |
| 01:26 PM | Notebooks provided to Jury. |
| 01:27 PM | Continuation of Court's preliminary instructions to Jury. |
| 01:35 PM | Plaintiff's opening statement by Mr. Fenster. |
| 02:06 PM | Defendants' opening statement by Mr. McKeon. |
| 02:36 PM | Opening statements concluded. |
| 02:36 PM | Jury recessed for break. |
| 02:37 PM | Recess. |
| 02:46 PM | Court reconvened. |
| 02:46 PM | Jury returned to courtroom. |
| 02:47 PM | Rule invoked. |
| 02:48 PM | Plaintiff's case-in-chief: |
| 02:48 PM | Witness sworn. |
| 02:48 PM | Direct examination of Dr. Gregory Raleigh by Ms. Fair. |
| 03:20 PM | Bench conference. |
| 03:23 PM | Bench conference concluded. |
| 03:24 PM | Continuation direct examination of Dr. Gregory Raleigh by Ms. Fair. |
| 03:25 PM | Cross examination of Dr. Gregory Raleigh by Mr. McKeon. |
| 04:00 PM | Bench conference. |
| 04:08 PM | Bench conference concluded. |
| 04:08 PM | Continuation cross examination of Dr. Gregory Raleigh by Mr. McKeon. |
| 04:09 PM | Bench conference. |
| 04:10 PM | Bench conference concluded. |
| 04:10 PM | Continuation cross examination of Dr. Gregory Raleigh by Mr. McKeon. |
| 04:18 PM | **Courtroom sealed**. |
| 04:18 PM | Continuation cross examination of Dr. Gregory Raleigh by Mr. McKeon. |
| 04:21 PM | Bench conference. |
| 04:26 PM | Bench conference concluded. |
| 04:26 PM | Continuation cross examination of Dr. Gregory Raleigh by Mr. McKeon. |
| 04:28 PM | Redirect examination of Dr. Gregory Raleigh by Ms. Fair. |
| 04:29 PM | **Courtroom unsealed**. |

| TIME | MINUTE ENTRY |
|---|---|
| 04:30 PM | Continuation redirect examination of Dr. Gregory Raleigh by Ms. Fair. |
| 04:34 PM | Completion of testimony of Dr. Gregory Raleigh. |
| 04:35 PM | Ms. Fair introduced the video designation of Mr. Changhyup Jwa. |
| 04:55 PM | Video designation of Mr. Changhyup Jwa concluded. |
| 04:55 PM | Ms. Fair introduced the video designation of Mr. Byeongchul Nam. |
| 05:02 PM | Video designation of Mr. Byeongchul Nam concluded. |
| 05:02 PM | Jury recessed for break. |
| 05:03 PM | Recess. |
| 05:14 PM | Court reconvened. |
| 05:15 PM | Jury returned to courtroom. |
| 05:16 PM | Witness sworn. |
| 05:17 PM | Direct examination of Mr. Erik de la Iglesia by Mr. Fenster. |
| 06:13 PM | Bench conference. |
| 06:13 PM | Bench conference concluded. |
| 06:13 PM | Continuation direct examination of Mr. Erik de la Iglesia by Mr. Fenster. |
| 06:14 PM | Court provided instructions to the Jury. |
| 06:15 PM | Jury recessed for the day until 8:30 tomorrow morning. |
| 06:16 PM | Court will be available in the morning to take up any unresolved overnight disputes. Court encouraged the parties to continue with their meet and confer obligations. |
| 06:16 PM | Court reminded the parties of the reading into the record tomorrow morning those exhibits used prior day. |
| 06:17 PM | Court adjourned. |