

**2:23-cv-00103-JRG-RSP**
**Headwater Research LLC v Samsung Electronics Co Ltd** *et al*
**April 21, 2025 at 9:00 AM**

## Trial (with Jury Selection) -- Day 1

**PLEASE PRINT CLEARLY:**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Marc Fenster | Plaintiff |
| Reza Mirzaie | " " |
| Brian Ledahl | " " |
| Andrea Fair | " " |
| | |
| Michael McKeon | Defendants |
| Tom Reger | " " |
| Thad Kodish | " " |
| Melissa Smith | " " |

**IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| Dr. Gregory Raleigh | Plaintiff |
| Rachel Roberts | Defendants |