# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | § |
| | § |
| *Plaintiff*, | § |
| | § |
| v. | § CIVIL ACTION NO. 2:23-CV-00103-JRG-RSP |
| | § |
| SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC., | § |
| | § |
| *Defendants*. | § |

## ORDER

Before the Court is Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.'s Renewed Unopposed Motion to Redact Portions of the March 24, 2025 Pre-Trial Conference Transcript. **Dkt. No. 421**. The Court previously denied Samsung's motion to redact the transcript for being "vastly overbroad." Dkt. No. 405. Samsung has significantly narrowed its requested redactions. Dkt. No. 421 at 2. Accordingly, and after consideration, the Court **GRANTS** the Motion.

It is **ORDERED** that the March 24, 2025 Pre-Trial Conference Transcript be redacted as set forth in Exhibit A to Samsung's Motion. Dkt. No. 421-1.

**SIGNED this 22nd day of April, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE