IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **HEADWATER RESEARCH LLC** | § § | |
| v. | § § | CASE NO. 2:23-CV-00103-JRG-RSP |
| **SAMSUNG ELECTRONICS CO., LTD,** *et al* | § § § | |

**MINUTES FOR JURY TRIAL DAY NO. 2
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
April 22, 2025**

**OPEN: 08:36 AM**                                               **ADJOURN: 06:16 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| LAW CLERKS: | Riley Zoch<br>Danielle Zapata<br>Nathan Gershengorin |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 08:36 AM | Court opened. |
| 08:36 AM | Exhibits used prior day read into the record. |
| 08:37 AM | Jury entered the courtroom. |
| 08:38 AM | Continuation Plaintiff's case-in-chief: |
| 08:38 AM | Continuation direct examination of Mr. Erik de la Iglesia by Mr. Fenster. |
| 09:02 AM | **Courtroom sealed**. |
| 09:02 AM | Continuation direct examination of Mr. Erik de la Iglesia by Mr. Fenster. |
| 09:09 AM | **Courtroom unsealed**. |
| 09:10 AM | Continuation direct examination of Mr. Erik de la Iglesia by Mr. Fenster. |
| 09:20 AM | Bench conference. |
| 09:21 AM | Bench conference concluded. |
| 09:21 AM | Continuation direct examination of Mr. Erik de la Iglesia by Mr. Fenster. |
| 10:00 AM | Jury recessed for break. |
| 10:00 AM | Recess. |
| 10:12 AM | Court reconvened. |
| 10:13 AM | Jury returned to courtroom. |

| TIME | MINUTE ENTRY |
|---|---|
| 10:13 AM | Cross examination of Mr. Erik de la Iglesia by Mr. McKeon. |
| 11:38 AM | Bench conference. |
| 11:42 AM | Bench conference concluded. |
| 11:42 AM | Continuation cross examination of Mr. Erik de la Iglesia by Mr. McKeon. |
| 11:59 AM | Jury recessed for lunch break. |
| 12:03 PM | Recess. |
| 12:49 PM | Court reconvened. |
| 12:49 PM | Jury returned to courtroom. |
| 12:49 PM | Continuation cross examination of Mr. Erik de la Iglesia by Mr. McKeon. |
| 01:13 PM | Redirect examination of Mr. Erik de la Iglesia by Mr. Fenster. |
| 01:37 PM | Completion of testimony of Mr. Erik de la Iglesia. |
| 01:38 PM | Witness sworn. |
| 01:39 PM | Direct examination of Dr. Andreas Groehn by Mr. Ledahl. |
| 01:55 PM | Cross examination of Dr. Andreas Groehn by Ms. Smith. |
| 02:10 PM | Bench conference. |
| 02:10 PM | Bench conference concluded. |
| 02:11 PM | Continuation cross examination of Dr. Andreas Groehn by Ms. Smith. |
| 02:15 PM | Bench conference. |
| 02:17 PM | Bench conference concluded. |
| 02:17 PM | Continuation cross examination of Dr. Andreas Groehn by Ms. Smith. |
| 02:32 PM | Redirect examination of Dr. Andreas Groehn by Mr. Ledahl. |
| 02:35 PM | Completion of testimony of Dr. Andreas Groehn. |
| 02:36 PM | Ms. Fair introduced the video designation of Mr. Han Kwak. |
| 02:47 PM | Video designation of Mr. Han Kwak concluded. |
| 02:47 PM | Jury recessed for break. |
| 02:48 PM | Court directed counsel to meet and confer and ordered the submission of a jointly prepared updated final jury instructions and verdict form by 4:00 tomorrow afternoon in Word format and electronically transmitted to Court staff. |
| 02:49 PM | Recess. |
| 03:07 PM | Court reconvened. |
| 03:07 PM | Jury returned to courtroom. |
| 03:08 PM | Witness sworn. |
| 03:08 PM | Direct examination of Mr. Stephen E. Dell by Mr. Ledahl. |
| 04:03 PM | Objection raised. |
| 04:03 PM | Jury returned to jury room. |
| 04:04 PM | Court heard argument outside presence of the Jury and made rulings as set forth in the record. |
| 04:09 PM | Jury returned to courtroom. |
| 04:09 PM | Continuation direct examination of Mr. Stephen E. Dell by Mr. Ledahl. |
| 04:13 PM | Cross examination of Mr. Stephen E. Dell by Mr. Reger. |
| 04:44 PM | Bench conference. |
| 04:46 PM | Bench conference concluded. |
| 04:47 PM | Continuation cross examination of Mr. Stephen E. Dell by Mr. Reger. |
| 04:50 PM | Bench conference. |
| 04:51 PM | Bench conference concluded. |

| TIME | MINUTE ENTRY |
|---|---|
| 04:51 PM | Continuation cross examination of Mr. Stephen E. Dell by Mr. Reger. |
| 05:07 PM | Bench conference. |
| 05:08 PM | Bench conference concluded. |
| 05:08 PM | Redirect examination of Mr. Stephen E. Dell by Mr. Ledahl. |
| 05:10 PM | **Courtroom sealed**. |
| 05:11 PM | Continuation redirect examination of Mr. Stephen E. Dell by Mr. Ledahl. |
| 05:14 PM | **Courtroom unsealed**. |
| 05:14 PM | Continuation redirect examination of Mr. Stephen E. Dell by Mr. Ledahl. |
| 05:15 PM | Completion of testimony of Mr. Stephen E. Dell. |
| 05:16 PM | Jury recessed for break. |
| 05:17 PM | Recess. |
| 05:24 PM | Court reconvened. |
| 05:25 PM | Jury returned to courtroom. |
| 05:25 PM | Plaintiff rested its case-in-chief. |
| 05:25 PM | Defendants' case-in-chief: |
| 05:25 PM | Witness sworn. |
| 05:26 PM | Direct examination of Ms. Rachel Roberts by Ms. Smith. |
| 06:12 PM | Bench conference. |
| 06:12 PM | Bench conference concluded. |
| 06:12 PM | Court instructions to the Jury. |
| 06:13 PM | Jury recessed for the day until 8:30 tomorrow morning. |
| 06:14 PM | Court directed counsel to continue with meet and confer efforts and reminded the parties of the deadline for the submission of an updated proposed final jury instructions and verdict form. |
| 06:16 PM | Court adjourned. |