IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

**HEADWATER RESEARCH LLC** §
§
v. § CASE NO. 2:23-CV-00103-JRG-RSP
§
**SAMSUNG ELECTRONICS CO., LTD,** §
*et al*

MINUTES FOR JURY TRIAL DAY NO. 3
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
April 23, 2025

**OPEN:** 08:30 AM                                                                **ADJOURN:** 06:09 PM

ATTORNEYS FOR PLAINTIFF:       See attached

ATTORNEYS FOR DEFENDANTS:  See attached

LAW CLERKS:                                    Riley Zoch
                                                          Danielle Zapata
                                                          Nathan Gershengorin

COURT REPORTER:                         Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                  Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 08:30 AM | Court opened. |
| 08:30 AM | Exhibits used prior day read into the record. |
| 08:32 AM | Jury entered the courtroom. |
| 08:33 AM | Continuation Defendants' case-in-chief: |
| 08:33 AM | Continuation direct examination of Ms. Rachel Roberts by Ms. Smith. |
| 08:38 AM | Cross examination of Ms. Rachel Roberts by Ms. Fair. |
| 08:50 AM | Bench conference. |
| 08:54 AM | Bench conference concluded. |
| 08:54 AM | Continuation cross examination of Ms. Rachel Roberts by Ms. Fair. |
| 09:26 AM | Redirect examination of Ms. Rachel Roberts by Ms. Smith. |
| 09:34 AM | Recross examination of Ms. Rachel Roberts by Ms. Fair. |
| 09:38 AM | Additional redirect examination of Ms. Rachel Roberts by Ms. Smith. |
| 09:40 AM | Completion of testimony of Ms. Rachel Roberts. |
| 09:40 AM | Jury recessed for break. |
| 09:41 AM | Recess. |
| 10:06 AM | Court reconvened. |

| TIME | MINUTE ENTRY |
|---|---|
| 10:06 AM | Jury returned to courtroom. |
| 10:07 AM | Witness sworn. |
| 10:08 AM | Direct examination of Mr. Todd Hansen by Mr. Yang. |
| 10:46 AM | Cross examination of Mr. Todd Hansen by Mr. Mirzaie. |
| 10:54 AM | Bench conference. |
| 10:55 AM | Bench conference concluded. |
| 10:56 AM | Continuation cross examination of Mr. Todd Hansen by Mr. Mirzaie. |
| 11:22 AM | Bench conference. |
| 11:26 AM | Bench conference concluded. |
| 11:26 AM | Continuation cross examination of Mr. Todd Hansen by Mr. Mirzaie. |
| 11:31 AM | Disruption of court proceedings due to rainstorm. |
| 11:31 AM | Jury retired to jury room. |
| 11:32 AM | Off the record. |
| 11:35 AM | On the record. |
| 11:35 AM | Recess. |
| 11:39 AM | Court reconvened. |
| 11:40 AM | Recess for lunch break. |
| 12:40 PM | Court reconvened. |
| 12:41 PM | Jury returned to courtroom. |
| 12:42 PM | Continuation cross examination of Mr. Todd Hansen by Mr. Mirzaie. |
| 01:00 PM | Bench conference. |
| 01:00 PM | Bench conference concluded. |
| 01:00 PM | Continuation cross examination of Mr. Todd Hansen by Mr. Mirzaie. |
| 01:06 PM | Redirect examination of Mr. Todd Hansen by Mr. Yang. |
| 01:15 PM | Completion of testimony of Mr. Todd Hansen. |
| 01:16 PM | Witness sworn. |
| 01:17 PM | Direct examination of Dr. Ian Foster by Mr. Thompson. |
| 02:15 PM | Objection raised. |
| 02:15 PM | Jury retired to jury room. |
| 02:15 PM | Court heard argument outside presence of the Jury and made rulings as set forth in the record. |
| 02:32 PM | Jury returned to courtroom. |
| 02:33 PM | Continuation direct examination of Dr. Ian Foster by Mr. Thompson. |
| 03:24 PM | Bench conference. |
| 03:28 PM | Bench conference concluded. |
| 03:28 PM | Continuation direct examination of Dr. Ian Foster by Mr. Thompson. |
| 03:39 PM | Jury recessed for break. |
| 03:39 PM | Recess. |
| 03:52 PM | Court reconvened. |
| 03:52 PM | Jury returned to courtroom. |
| 03:54 PM | Cross examination of Dr. Ian Foster by Mr. Fenster. |
| 05:09 PM | Redirect examination of Dr. Ian Foster by Mr. Thompson. |
| 05:20 PM | Recross examination of Dr. Ian Foster by Mr. Fenster. |
| 05:23 PM | Additional redirect examination of Dr. Ian Foster by Mr. Thompson. |
| 05:24 PM | Completion of testimony of Dr. Ian Foster. |

| TIME | MINUTE ENTRY |
|---|---|
| 05:24 PM | Jury recessed for break. |
| 05:25 PM | Recess. |
| 05:31 PM | Court reconvened. |
| 05:32 PM | Jury returned to courtroom. |
| 05:33 PM | Witness sworn. |
| 05:33 PM | Direct examination of Dr. Ray Perryman by Mr. Reger. |
| 05:54 PM | **Courtroom sealed**. |
| 05:54 PM | Continuation direct examination of Dr. Ray Perryman by Mr. Reger. |
| 05:57 PM | **Courtroom unsealed**. |
| 05:58 PM | Continuation direct examination of Dr. Ray Perryman by Mr. Reger. |
| 06:02 PM | Bench conference. |
| 06:04 PM | Bench conference concluded. |
| 06:04 PM | Continuation direct examination of Dr. Ray Perryman by Mr. Reger. |
| 06:05 PM | Court instructions to the Jury. |
| 06:05 PM | Jury recessed for the day until 8:30 tomorrow morning. |
| 06:09 PM | Court adjourned. |