# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC | § | |
| | § | |
| v. | § | CASE NO. 2:23-CV-00103-JRG-RSP |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD, | § | |
| *et al* | § | |

### MINUTES FOR JURY TRIAL DAY NO. 4
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### April 24, 2025

**OPEN:** 08:26 AM                                                                                                    **ADJOURN:** 01:53 PM

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| LAW CLERKS: | Riley Zoch<br>Danielle Zapata<br>Nathan Gershengorin |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 08:26 AM | Court opened. |
| 08:27 AM | Exhibits used prior day read into the record. |
| 08:27 AM | Jury entered the courtroom. |
| 08:28 AM | Continuation Defendants' case-in-chief: |
| 08:28 AM | Continuation direct examination of Dr. Ray Perryman by Mr. Reger. |
| 09:03 AM | Cross examination of Dr. Ray Perryman by Mr. Mirzaie. |
| 09:57 AM | Redirect examination of Dr. Ray Perryman by Mr. Reger. |
| 10:02 AM | Completion of testimony of Dr. Ray Perryman. |
| 10:02 AM | Mr. McKeon introduced the video designation of Mr. James Fitzgerald. |
| 10:05 AM | Video designation of Mr. James Fitzgerald concluded. |
| 10:06 AM | Jury recessed for break. |
| 10:06 AM | Recess. |
| 10:17 AM | Court reconvened. |
| 10:17 AM | Jury returned to courtroom. |
| 10:18 AM | Mr. McKeon introduced the video designation of Dr. Gregory Raleigh. |

| TIME | MINUTE ENTRY |
|---|---|
| 10:18 AM | Court provided explanation to the Jury re: testimony offered by video designation when witness is present in the courtroom. |
| 10:30 AM | Video designation of Dr. Gregory Raleigh concluded. |
| 10:30 AM | Defendants rested its case-in-chief. |
| 10:30 AM | Plaintiff's rebuttal case: |
| 10:33 AM | Direct examination of rebuttal witness Mr. Erik de la Iglesia by Mr. Fenster. |
| 11:00 AM | Cross examination of rebuttal witness Mr. Erik de la Iglesia by Mr. Yang. |
| 11:27 AM | Redirect examination of rebuttal witness Mr. Erik de la Iglesia by Mr. Fenster. |
| 11:30 AM | Completion of rebuttal testimony of Mr. Erik de la Iglesia. |
| 11:30 AM | Plaintiff rested its rebuttal case. |
| 11:30 AM | Both sides rested. |
| 11:30 AM | Court provided instructions to Jury. |
| 11:32 AM | Jury excused for the reminder of the day to return tomorrow at 8:30 AM. |
| 11:33 AM | Court will take up Rule 50(a) motions following lunch break. |
| 11:36 AM | Recess for lunch break. |
| 12:48 PM | Court reconvened. |
| 12:49 PM | Court took up Rule 50(a) motions. |
| 12:49 PM | Court provided instruction to the parties re: hearing of Rule 50(a) motions. |
| 12:51 PM | Court began hearing argument on Rule 50(a) motions. |
| 01:52 PM | Argument concluded. |
| 01:52 PM | Court made rulings as set forth in the record. |
| 01:53 PM | Completion of hearing re: Rule 50(a) motions. |
| 01:53 PM | Court to recess and reconvene to conduct informal charge conference (off the record) in chambers. |
| 01:53 PM | Recess. |