**2:23-cv-00103-JRG-RSP**
**Headwater Research LLC v Samsung Electronics Co Ltd *et al***
**April 24, 2025 at 8:30 AM**

## Trial -- Day 4

**PLEASE PRINT CLEARLY:**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Marc Fenster | Plaintiff |
| Reza Mirzaie | " " |
| Brian Ledahl | " " |
| Andrea Fair | " " |
| Paul Kroeger | " " |
| Michael McKeon | Defendants |
| Tom Reger | " " |
| Thad Kodish | " " |
| Melissa Smith | " " |
| Lance Yang | " " |
| Benjamin Thompson | " " |
| Nicholas Gallo | " " |
| Sara Fish | " " |
| Noah Graubart | " " |
| Jonathan Bright | " " |
| Adam Hoffman | Plaintiff |
|  |  |
|  |  |
|  |  |

**IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| Dr. Gregory Raleigh | Plaintiff |
| Rachel Roberts | Defendants |
|  |  |
|  |  |
|  |  |
|  |  |

Case 2:23-cv-00103-JRG-RSP   Document 425-1   Filed 04/24/25   Page 1 of 1 PageID #: 25894