# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **HEADWATER RESEARCH LLC** | § | |
| | § | |
| v. | § | CASE NO. 2:23-CV-00103-JRG-RSP |
| | § | |
| **SAMSUNG ELECTRONICS CO., LTD,** *et al* | § | |

## MINUTES FOR JURY TRIAL DAY NO. 5
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### April 25, 2025

**OPEN:** 07:58 AM                                                                 **ADJOURN:** 03:06 PM

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| LAW CLERKS: | Riley Zoch<br>Danielle Zapata<br>Nathan Gershengorin |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 07:58 AM | Court opened. |
| 07:58 AM | Yesterday, Court heard Rule 50(a) motions, ruled thereon, and held informal charge conference in chambers (off the record). |
| 08:00 AM | Court provided instructions. |
| 08:01 AM | Formal charge conference started. |
| 08:22 AM | Formal charge conference completed. |
| 08:23 AM | Recess. |
| 08:43 AM | Court reconvened. |
| 08:43 AM | Exhibits used prior day read into the record. |
| 08:45 AM | Jury entered the courtroom. |
| 08:46 AM | Court proceeded to charge the Jury with final instructions. |
| 09:50 AM | Closing argument by Plaintiff's counsel, Mr. Fenster. |
| 10:24 AM | Bench conference |
| 10:27 AM | Bench conference concluded. |
| 10:27 AM | Closing argument by Defendants' counsel, Mr. McKeon. |
| 11:08 AM | Final closing argument by Plaintiff's counsel, Mr. Fenster. |

| TIME | MINUTE ENTRY |
|---|---|
| 11:15 AM | Closing arguments concluded. |
| 11:16 AM | Court gave final instructions to the Jury. |
| 11:21 AM | Jury retired to jury room to deliberate. |
| 11:22 AM | Court recessed. |
| 02:56 PM | Court reconvened. |
| 02:56 PM | Court informed counsel of a Jury note received by the Court. |
| 02:57 PM | Jury entered the courtroom. |
| 02:58 PM | Court announced the verdict into the record. |
| 03:01 PM | Jurors polled representing a unanimous verdict. |
| 03:06 PM | Jurors released and excused by the Court. |
| 03:06 PM | Court adjourned. |