UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>   Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>   Defendants. | Case No. 2:23-cv-00103-JRG-RSP<br><br>JURY TRIAL DEMANDED |

### ORDER GRANTING JOINT MOTION TO DISMISS
### COUNT 3 OF PLAINTIFF'S AMENDED COMPLAINT

Before the Court is the parties' Joint Motion to Dismiss Count 3 of Plaintiff's Amended Complaint (Dkt. 31), which asserts infringement of U.S. Patent No. 9,615,192. Having considered the matter, the Court GRANTS the motion and orders that Count 3 of Plaintiff's Amended Complaint (Dkt. 31) is dismissed with prejudice.