IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 2:23-CV-00103-JRG-RSP |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., and | § | |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| INC, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Joint Motion to Dismiss Count 3 of Plaintiff's Amended Complaint (the "Motion") filed by Plaintiff Headwater Research LLC ("Headwater") and Defendants Samsung Electronics Co., Ltd and Samsung Electronics America, Inc. ("Samsung") (collectively, the "Parties"). (Dkt. No. 434.) In the Motion, the Parties jointly move to dismiss, with prejudice, Count 3 of Headwater's Amended Complaint (Dkt. 31), which asserts infringement of U.S. Patent No. 9,615,192 ("the '192 patent"). (*Id.* at 1.) The Parties represent that in narrowing its case for trial, Headwater elected not to pursue its claims under the '192 patent. (*Id.*) Accordingly, the Parties request dismissal of Count 3 of Headwater's Amended Complaint (Dkt. 31) with prejudice. (*Id.*)

Having considered the Motion, and noting its joint nature, the Court finds that the same should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that all claims and causes of action asserted between the Parties in the above-captioned case with respect to the '192 Patent are **DISMISSED WITH PREJUDICE** as between these parties but not otherwise. With respect to the '192 Patent, the Parties are to bear their own costs and attorneys' fees. All pending requests for relief concerning the '192 Patent in this case not expressly granted herein are **DENIED AS MOOT**. The Clerk of Court is directed to **MAINTAIN AS OPEN** this case.

So ORDERED and SIGNED this 1st day of May, 2025.

                                                RODNEY GILSTRAP  
                                              UNITED STATES DISTRICT JUDGE