# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | § |
| | § |
| *Plaintiff*, | § |
| | § |
| v. | § CIVIL ACTION NO. 2:23-CV-00103-JRG-RSP |
| | § |
| SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC., | § |
| | § |
| *Defendants*. | § |

## ORDER

Before the Court is Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.'s Unopposed Motion to Redact Portions of the April 16, 2025 Pre-Trial Conference Transcript. **Dkt. No. 441**. After consideration, the Court **GRANTS** the Motion.

It is **ORDERED** that the April 16, 2025 Pre-Trial Conference Transcript be redacted as set forth in Exhibit A to Samsung's Motion. Dkt. No. 441-1.

**SIGNED this 13th day of May, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE