# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.<br><br>*Defendants*. | Case No. 2:23-CV-00103-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION TO AMEND BRIEFING SCHEDULE FOR POST-TRIAL MOTIONS

Before the Court is the parties' Joint Motion to Amend Briefing Schedule for Post-Trial Motions. The Court has considered the Motion and is of the opinion that it should be and hereby is **GRANTED**.

Accordingly, the Court sets the following briefing schedule on Samsung's combined Rule 50(b) Motion for Judgment as a Matter of Law and Rule 59 Motion for a New Trial (Dkt. 447):

- July 31, 2025 – Headwater's opposition brief
- August 28, 2025 – Samsung's reply brief
- September 5, 2025 – Headwater's sur-reply brief