IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CASE NO. 2:23-CV-00103-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § | |
| *Defendants*. | § § | |

## ORDER

Before the Court is the Joint Motion to Amend Briefing Schedule for Post-Trial Motions (the "Motion") filed by Plaintiff Headwater Research LLC ("Headwater") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (together, "Samsung") (collectively, the "Parties"). (Dkt. No. 448.) In the Motion, the Parties request that the briefing schedule for their Post-Trial Motions be extended as follows due to unavoidable conflicts:

| Filing | Current Deadline | Amended Deadline |
|---|---|---|
| Headwater's opposition brief | 7/14/2025 | 7/31/2025 |
| Samsung's reply brief | 7/21/2025 | 8/28/2025 |
| Headwater's sur-reply brief | 7/28/2025 | 9/5/2025 |

(*Id.* at 1.) Having considered the Motion, and noting its joint nature, the Court is of the opinion that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the briefing schedule on Samsung's combined Rule 50(b) Motion for Judgment as a Matter of Law and Rule 59 Motion for a New Trial (Dkt. No. 447) is **extended** up to and including the amended deadlines requested above.

**So ORDERED and SIGNED this 14th day of July, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE