IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 2:23-CV-00103-JRG-RSP |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., and | § | |
| SAMSUNG ELECTRONICS AMERICA, INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the Unopposed Motion to Redact Portions of the April 21, 2025 – April 25, 2025 Trial Transcript (the "Motion") filed by Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (together, "Samsung"). (Dkt. No. 462.) In the Motion, Samsung requests that the Court redact certain limited portions of the trial transcript because they contain matters designated as "CONFIDENTIAL – ATTORNEYS' EYES ONLY." (*Id.* at 1.) Specifically, Samsung requests that the Court order the redaction of the material discussed on the following pages of the April 21, 2025 trial transcript:

| Page | Line No(s) | Reason |
|---|---|---|
| 156 | 20 | Reveals confidential Samsung business information |

(*Id.* at 1.) Samsung also requests that the Court order the redaction of the material discussed on the following pages of the April 22, 2025 trial transcript:

| Page | Line No(s) | Reason |
|---|---|---|
| 325 | 9-12 | Reveals confidential details concerning third party Google technology |
| 326 | 20-25 | Reveals confidential details concerning third party Google technology |
| 327 | 1, 12-17 | Reveals confidential details concerning third party Google technology |
| 529 | 8-10 | Reveals confidential Samsung business information |
| 530 | 15 | Reveals confidential Samsung business information |

| Page | Line No(s) | Reason |
|---|---|---|
| 540 | 11-14 | Reveals confidential Samsung business information; Reveals confidential details concerning confidential commercial agreements with third party Google |
| 540 | 25 | Reveals confidential Samsung business information; Reveals confidential details concerning confidential commercial agreements with third party Google |
| 541 | 1-2 | Reveals confidential Samsung business information; Reveals confidential details concerning confidential commercial agreements with third party Google |
| 542 | 2-3 | Reveals confidential Samsung business information |
| 543 | 25 | Reveals confidential Samsung business information |
| 544 | 1-2 | Reveals confidential Samsung business information |
| 547 | 14 | Reveals confidential Samsung business information |
| 554 | 2-7 | Reveals confidential Samsung business information; Reveals confidential details concerning confidential commercial agreements with third party Google |
| 562 | 6-7, 19 | Reveals confidential Samsung business information |
| 582 | 10, 17, 21-22 | Reveals confidential Samsung business information |
| 596 | 11 | Reveals confidential Samsung business information |
| 597 | 6-7 | Reveals confidential Samsung business information |
| 609 | 7 | Reveals confidential Samsung business information |
| 614 | 18-25 | Reveals confidential Samsung business information; Reveals confidential details concerning license agreements with third parties |
| 615 | 1-25 | Reveals confidential Samsung business information; Reveals confidential details concerning license agreements with third parties |

(*Id.* at 2-3.) Samsung further requests that the Court order the redaction of the material discussed on the following pages of the April 23, 2025 trial transcript:

| Page | Line No(s) | Reason |
|---|---|---|
| 678 | 9, 11, 17 | Reveals confidential Samsung business information |
| 680 | 1, 12 | Reveals confidential Samsung business information |
| 688 | 17 | Reveals confidential Samsung business information |
| 689 | 6-7 | Reveals confidential Samsung business information |
| 690 | 10, 13-14 | Reveals confidential Samsung business information |
| 696 | 7, 11 | Reveals confidential Samsung business information |
| 702 | 12 | Reveals confidential Samsung business information |
| 704 | 8, 10 | Reveals confidential Samsung business information |
| 817 | 15-17 | Reveals confidential details concerning third party Google technology |
| 818 | 23-25 | Reveals confidential details concerning third party Google technology |
| 819 | 1 | Reveals confidential details concerning third party Google technology |
| 832 | 1-2 | Reveals confidential details concerning third party Google technology |

(*Id.* at 3.)  Finally, Samsung requests that the Court order the redaction of the material discussed on the following pages of the April 24, 2025 trial transcript:

| Page | Line No(s) | Reason |
|------|------------|--------|
| 990 | 4 | Reveals confidential Samsung business information |
| 992 | 11 | Reveals confidential Samsung business information |
| 994 | 12 | Reveals confidential Samsung business information |
| 995 | 1-2 | Reveals confidential Samsung business information |
| 1004 | 12, 16 | Reveals confidential Samsung business information |
| 1037 | 16 | Reveals confidential Samsung business information |

(*Id.* at 3-4.)

Having reviewed the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**.  It is therefore **ORDERED** that the Court Reporter and Clerk are directed to redact the portions of the April 21-25, 2025 trial transcripts as requested above and thereafter file the same on the Docket as the public version. The unredacted transcripts are to be **SEALED**.  The Parties shall cooperate with the Court Reporter as he directs in this regard.

**So ORDERED and SIGNED this 6th day of August, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

3