**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC, | |
| *Plaintiff*, | |
| v. | Case No. 2:23-CV-00103-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD and SAMSUNG ELECTRONICS AMERICA, INC., | **JURY TRIAL DEMANDED** |
| *Defendants*. | |

**DEFENDANTS' UNOPPOSED MOTION TO REDACT PORTIONS OF THE
APRIL 21, 2025 – APRIL 25, 2025 TRIAL TRANSCRIPT**

Defendants Samsung Electronics Co., Ltd and Samsung Electronics America, Inc. (collectively, "Samsung") respectfully submit this motion to redact certain limited portions of the April 21, 2025 through April 25, 2025 trial transcript. On July 15, 2025, Samsung notified the Court of its intent to request redactions of this transcript. Dkt. 458.

## I.     BACKGROUND

During trial, the parties and the Court discussed matters designated as "CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order (Dkt. 65).

## II.     REQUEST FOR REDACTION

"The 'right to inspect and copy judicial records is not absolute.'" *See Erfindergemeinschaft Uropep GbR v. Eli Lilly & Co.*, Case No. 2:15-cv-1202-WCB, 2017 U.S. Dist. LEXIS 14099, at *3 (E.D. Tex. Feb. 1, 2017) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978)). "The decision whether to allow public access to court records is left to the 'sound discretion of the trial court . . . to be exercised in light of the relevant facts and circumstances of the particular case.'" *Id.* (quoting *Nixon*, 435 U.S. at 599). "Where the materials relate to non-dispositive issues, the interest in disclosure is less compelling. In particular, the materials filed in connection with discovery disputes unrelated to the merits of the case have been identified as the kinds of court materials for which there is not a compelling need for public disclosure; the presumption of disclosure has therefore been held inapplicable in that setting." *Id.* at *5.

Samsung requests that the Court order the redaction of the material discussed on the following pages of the April 21, 2025 trial transcript:

| Page | Line No(s) | Reason |
|------|------------|--------|
| 156 | 20 | Reveals confidential Samsung business information |

1

Samsung requests that the Court order the redaction of the material discussed on the following pages of the April 22, 2025 trial transcript:

| Page | Line No(s) | Reason |
|------|-----------|--------|
| 325 | 9-12 | Reveals confidential details concerning third party Google technology |
| 326 | 20-25 | Reveals confidential details concerning third party Google technology |
| 327 | 1, 12-17 | Reveals confidential details concerning third party Google technology |
| 529 | 8-10 | Reveals confidential Samsung business information |
| 530 | 15 | Reveals confidential Samsung business information |
| 540 | 11-14 | Reveals confidential Samsung business information; Reveals confidential details concerning confidential commercial agreements with third party Google |
| 540 | 25 | Reveals confidential Samsung business information; Reveals confidential details concerning confidential commercial agreements with third party Google |
| 541 | 1-2 | Reveals confidential Samsung business information; Reveals confidential details concerning confidential commercial agreements with third party Google |
| 542 | 2-3 | Reveals confidential Samsung business information |
| 543 | 25 | Reveals confidential Samsung business information |
| 544 | 1-2 | Reveals confidential Samsung business information |
| 547 | 14 | Reveals confidential Samsung business information |
| 554 | 2-7 | Reveals confidential Samsung business information; Reveals confidential details concerning confidential commercial agreements with third party Google |
| 562 | 6-7, 19 | Reveals confidential Samsung business information |
| 582 | 10, 17, 21-22 | Reveals confidential Samsung business information |
| 596 | 11 | Reveals confidential Samsung business information |
| 597 | 6-7 | Reveals confidential Samsung business information |
| 609 | 7 | Reveals confidential Samsung business information |
| 614 | 18-25 | Reveals confidential Samsung business information; Reveals confidential details concerning license agreements with third parties |
| 615 | 1-25 | Reveals confidential Samsung business information; Reveals confidential details concerning license agreements with third parties |



| Page | Line No(s) | Reason |
|------|-----------|--------|
| 616 | 1-14 | Reveals confidential Samsung business information; Reveals confidential details concerning license agreements with third parties |
| 633 | 11 | Reveals confidential Samsung business information |
| 634 | 1-2 | Reveals confidential Samsung business information |

Samsung requests that the Court order the redaction of the material discussed on the following pages of the April 23, 2025 trial transcript:

| Page | Line No(s) | Reason |
|------|-----------|--------|
| 678 | 9, 11, 17 | Reveals confidential Samsung business information |
| 680 | 1, 12 | Reveals confidential Samsung business information |
| 688 | 17 | Reveals confidential Samsung business information |
| 689 | 6-7 | Reveals confidential Samsung business information |
| 690 | 10, 13-14 | Reveals confidential Samsung business information |
| 696 | 7, 11 | Reveals confidential Samsung business information |
| 702 | 12 | Reveals confidential Samsung business information |
| 704 | 8, 10 | Reveals confidential Samsung business information |
| 817 | 15-17 | Reveals confidential details concerning third party Google technology |
| 818 | 23-25 | Reveals confidential details concerning third party Google technology |
| 819 | 1 | Reveals confidential details concerning third party Google technology |
| 832 | 1-2 | Reveals confidential details concerning third party Google technology |

Samsung requests that the Court order the redaction of the material discussed on the following pages of the April 24, 2025 trial transcript:

| Page | Line No(s) | Reason |
|------|-----------|--------|
| 990 | 4 | Reveals confidential Samsung business information |
| 992 | 11 | Reveals confidential Samsung business information |
| 994 | 12 | Reveals confidential Samsung business information |
| 995 | 1-2 | Reveals confidential Samsung business information |
| 1004 | 12, 16 | Reveals confidential Samsung business information |



| Page | Line No(s) | Reason |
|------|-----------|--------|
| 1037 | 16 | Reveals confidential Samsung business information |

Samsung's requested redactions are highlighted in Exhibit A, attached hereto. Where possible, these redactions were targeted so as not to include the entire line.

## III.    CONCLUSION

Samsung respectfully requests that the Court grant its unopposed motion to redact the April 21, 2025 – April 25, 2025 trial transcript and enter the redacted transcript containing the proposed redactions attached as Exhibit A into the public record.

Dated: August 4, 2025                    Respectfully submitted,

By:   */s/ Jonathan B. Bright*
        Ruffin B. Cordell
        TX Bar No. 04820550
        Michael J. McKeon
        DC Bar No. 459780
        mckeon@fr.com
        Jared Hartzman
        DC Bar No. 1034255
        hartzman@fr.com
        **FISH & RICHARDSON P.C.**
        1000 Maine Avenue, SW, Ste 1000
        Washington, D.C. 20024
        Telephone: (202) 783-5070

        Thad C. Kodish
        GA Bar No. 427603
        tkodish@fr.com
        Benjamin K. Thompson
        GA Bar No. 633211
        bthompson@fr.com
        Jonathan B. Bright
        GA Bar No. 256953
        jbright@fr.com
        Christopher O. Green
        GA Bar No. 037617
        cgreen@fr.com
        Noah C. Graubart
        GA Bar No. 141862
        graubart@fr.com
        Sara C. Fish
        GA Bar No. 873853
        sfish@fr.com
        Katherine H. Reardon
        NY Bar No. 5196910
        reardon@fr.com
        Steffen C. Lake
        GA Bar No. 512272
        lake@fr.com

Nicholas A. Gallo
GA Bar No. 546590
gallo@fr.com
Vivian C. Keller (*pro hac vice*)
GA Bar No. 651500
keller@fr.com
Peter Hong
GA Bar No. 365188
hong@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005

Leonard E. Davis
TX Bar No. 05521600
ldavis@fr.com
Andria Rae Crisler
TX Bar No. 24093792
crisler@fr.com
Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214)747-5070

John-Paul R. Fryckman (*pro hac vice*)
CA Bar No. 317591
John W. Thornburgh
CA Bar No. 154627
thornburgh@fr.com
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070

Katherine D. Prescott (*pro hac vice*)
CA Bar No. 215496
prescott@fr.com
**FISH & RICHARDSON P.C.**
500 Arguello Street, Suite 400
Redwood City, CA 94063
Telephone: (650) 839-5180

Kyle J. Fleming (*pro hac vice*)
NY Bar No. 5855499
kfleming@fr.com
Meghana Thadani
NY Bar No. 5851902
thadani@fr.com
**FISH & RICHARDSON P.C.**
7 Times Square, 20th Floor,
New York, NY 10036
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

Melissa R. Smith
State Bar No. 24001351
Melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Andrew Thompson ("Tom") Gorham
State Bar No. 24012715
tom@gillamsmithlaw.com
James Travis Underwood
Texas Bar No. 24102587
travis@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
102 N. College, Suite 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Shaun W. Hassett
State Bar No. 24074372
shaunhassett@potterminton.com
**POTTER MINTON, P.C.**
102 N. College Ave., Suite 900
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

Lance Lin Yang
CA. Bar No. 260705
Lanceyang@quinnemanuel.com
Kevin (Gyushik) Jang
CA Bar No. 337747
kevinjang@quinnemanuel.com
Sean S. Pak
CA Bar No. 219032
seanpak@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600

Brady Huynh (admitted *pro hac vice*)
CA Bar No. 339441
bradyhuynh@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Jon Bentley Hyland
Texas Bar No. 24046131
jhyland@hilgersgraben.com
Grant K. Schmidt
Texas Bar No. 24084579
gschmidt@hilgersgraben.com
**HILGERS GRABEN PLLC**
7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Telephone: (972) 645-3097

**ATTORNEYS FOR DEFENDANTS SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.**

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rules CV-7(h) and (i), I hereby certify that counsel of record for Samsung and Headwater have met and conferred.  Headwater does not oppose this motion.

*/s/ Jonathan B. Bright*
Jonathan B. Bright


**CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL**

I certify that the following document is authorized to be filed under seal pursuant to the Protective Order in this case.

*/s/ Jonathan B. Bright*
Jonathan B. Bright


**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on August 4, 2025.  As of this date, all counsel of record had consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

*/s/ Jonathan B. Bright*
Jonathan B. Bright