# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § § *Plaintiff*, § § v. § § SAMSUNG ELECTRONICS CO., LTD. and § SAMSUNG ELECTRONICS AMERICA, § INC, § § *Defendants*. § § | CASE NO. 2:23-CV-00103-JRG-RSP |

## ORDER

Before the Court is the Joint Motion to Amend Briefing Schedule for Post-Trial Motions (the "Motion") filed by Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (together, "Samsung") and Plaintiff Headwater Research LLC ("Headwater"). (Dkt. No. 465). In the Motion, the parties request that the briefing schedule for their Post-Trial Motions be extended, because of obligations in other ongoing cases, as follows:

| Filing | Current Deadline | Amended Deadline |
|---|---|---|
| Samsung's reply brief | 8/28/2025 | 9/11/2025 |
| Headwater's sur-reply brief | 9/5/2025 | 9/25/2025 |

(*Id.* at 1). Having considered the Motion, and noting its joint nature, the Court is of the opinion that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the briefing schedule on Samsung's combined Rule 50(b) Motion for Judgment as a Matter of Law and Rule 59 Motion for a New Trial (Dkt. No. 447) is **extended** up to and including the amended deadlines requested above.

**So ORDERED and SIGNED this 29th day of August, 2025.**

                                                  RODNEY GILSTRAP  
                                                  UNITED STATES DISTRICT JUDGE