IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:23-CV-00103-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO EXTEND DEADLINES REGARDING
SAMSUNG'S MOTION FOR JUDGMENT AS A MATTER OF LAW
AND RULE 59 MOTION FOR NEW TRIAL (DKT. 447)**

In light of Plaintiff's Joint Motion to Dismiss (Dkt. 467), the parties respectfully move to stay the deadline for Samsung's reply brief related to Samsung's Rule 50(b) motion for judgment as a matter of law and Rule 59 motion for new trial (Dkt. 447). Samsung's reply is currently due September 11, 2025, and the parties request that the deadline be stayed pending the dismissal of this matter.

Dated: September 11, 2025                                    Respectfully submitted,

By:   */s/ Marc Fenster*                         By:   */s/ Ruffin B. Cordell*
      Marc Fenster                                     Ruffin B. Cordell
      CA State Bar No. 181067                          TX Bar No. 04820550
      Reza Mirzaie                                     Michael J. McKeon
      CA State Bar No. 246953                          DC Bar No. 459780
      Brian Ledahl                                     Jared Hartzman
      CA State Bar No. 186579                          DC Bar No. 1034255
      Ben Wang                                         **FISH & RICHARDSON P.C.**
      CA State Bar No. 228712                          1000 Maine Avenue, SW, Ste 1000
      Adam Hoffman                                     Washington, D.C. 20024
      CA State Bar No. 218740                          Telephone: (202) 783-5070
      Paul Kroeger                                     SERVICEFRSamsung-Headwater@fr.com
      CA State Bar No. 229074
      Neil A. Rubin                                    Thad C. Kodish
      CA State Bar No. 250761                          GA Bar No. 427603
      Kristopher Davis                                 Benjamin K. Thompson
      CA State Bar No. 329627                          GA Bar No. 633211
      James S. Tsuei                                   Jonathan B. Bright
      CA State Bar No. 285530                          GA Bar No. 256953
      Philip Wang                                      Christopher O. Green
      CA State Bar No. 262239                          GA Bar No. 037617
      Amy Hayden                                       Noah C. Graubart
      CA State Bar No. 287026                          GA Bar No. 141862
      Dale Chang                                       Sara C. Fish
      CA State Bar No. 248657                          GA Bar No. 873853
      James Milkey                                     Katherine H. Reardon
      CA State Bar No. 281283                          NY Bar No. 5196910
      Jason M. Wietholter                              Steffen C. Lake
      CA State Bar No. 337139                          GA Bar No. 512272
      James Pickens
      CA State Bar No. 307474
      Qi (Peter) Tong
      TX State Bar No. 24119042
      **RUSS AUGUST & KABAT**

1

12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
rak_headwater@raklaw.com

Andrea L. Fair
TX State Bar No. 24078488
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com

**ATTORNEYS FOR PLAINTIFF,
HEADWATER RESEARCH LLC**

Nicholas A. Gallo
GA Bar No. 546590
Vivian C. Keller (*pro hac vice*)
GA Bar No. 651500
Peter Hong
GA Bar No. 365188
**FISH & RICHARDSON P.C.**
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
SERVICEFRSamsung-Headwater@fr.com

Andria Rae Crisler
TX Bar No. 24093792
Thomas H. Reger II
Texas Bar No. 24032992
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214)747-5070
SERVICEFRSamsung-Headwater@fr.com

John-Paul R. Fryckman (*pro hac vice*)
CA Bar No. 317591
John W. Thornburgh
CA Bar No. 154627
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070
SERVICEFRSamsung-Headwater@fr.com

Katherine D. Prescott (*pro hac vice*)
CA Bar No. 215496
**FISH & RICHARDSON P.C.**
500 Arguello Street, Suite 400
Redwood City, CA 94063
Telephone: (650) 839-5180
SERVICEFRSamsung-Headwater@fr.com

Kyle J. Fleming (*pro hac vice*)
NY Bar No. 5855499
Meghana Thadani
NY Bar No. 5851902
**FISH & RICHARDSON P.C.**
7 Times Square, 20th Floor,
New York, NY 10036

Telephone: (212) 765-5070
Facsimile: (212) 258-2291
SERVICEFRSamsung-Headwater@fr.com

Melissa R. Smith
State Bar No. 24001351
Melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Andrew Thompson ("Tom") Gorham
State Bar No. 24012715
tom@gillamsmithlaw.com
James Travis Underwood
Texas Bar No. 24102587
travis@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
102 N. College, Suite 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Shaun W. Hassett
State Bar No. 24074372
shaunhassett@potterminton.com
**POTTER MINTON, P.C.**
102 N. College Ave., Suite 900
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

Lance Lin Yang
CA. Bar No. 260705
Lanceyang@quinnemanuel.com
Kevin (Gyushik) Jang
CA Bar No. 337747
kevinjang@quinnemanuel.com
Sean S. Pak
CA Bar No. 219032
seanpak@quinnemanuel.com

3

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600

Brady Huynh (admitted *pro hac vice*)
CA Bar No. 339441
bradyhuynh@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Jon Bentley Hyland
Texas Bar No. 24046131
jhyland@hilgersgraben.com
Grant K. Schmidt
Texas Bar No. 24084579
gschmidt@hilgersgraben.com
**HILGERS GRABEN PLLC**
7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Telephone: (972) 645-3097

**ATTORNEYS FOR DEFENDANTS SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.**

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff and counsel for Defendants have complied with the meet and confer requirements of Local Rule CV-7(h). The parties are in agreement on filing this Joint Motion.

*/s/ Ruffin B. Cordell*
Ruffin B. Cordell

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on September 11, 2025.  As of this date, all counsel of record had consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

*/s/ Ruffin B. Cordell*
Ruffin B. Cordell