# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, *Plaintiff*, v. SAMSUNG ELECTRONIC CO., LTD and SAMSUNG ELECTRONICS AMERICA, INC., *Defendants*. | Case No. 2:23-CV-00103-JRG-RSP |

## ORDER GRANTING PARTIES' JOINT MOTION TO EXTEND DEADLINES REGARDING SAMSUNG'S MOTION FOR JUDGMENT AS A MATTER OF LAW AND RULE 59 MOTION FOR NEW TRIAL (DKT. 447)

Before the Court is the parties' Joint Motion to Extend Deadlines Regarding Samsung's Motion for Judgment as a Matter of Law and Rule 59 Motion for New Trial (Dkt. 447). Having considered the Joint Motion, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, the deadline for Samsung's reply brief related to its Motion for Judgment as a Matter of Law and Rule 59 Motion for New Trial (Dkt. 447) is stayed pending dismissal of this matter.