# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | § |
| *Plaintiff*, | § |
| | § |
| v. | § CIVIL ACTION NO. 2:23-CV-00103-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD., | § |
| SAMSUNG ELECTRONICS AMERICA, INC., | § |
| | § |
| *Defendants*. | § |

## ORDER

Before the Court is the Joint Motion to Extend Deadlines Regarding Samsung's Motion for Judgment as a Matter of Law and Rule 59 Motion for New Trial (Dkt. 447) (the "Motion") filed by Plaintiff Headwater Research LLC ("Headwater") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (together, "Samsung") (collectively, the "Parties"). (Dkt. No. 468). In the Motion, the Parties request that the Court stay all case deadlines pending the dismissal of the matter. (*Id*. at 2).

Having considered the Motion, and noting it is jointly filed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all deadlines in the above-captioned case are **STAYED** pending dismissal of the matter.

So ORDERED and SIGNED this 16th day of September, 2025.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE