IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | CIVIL ACTION NO. 2:23-CV-00103-JRG-RSP |

## ORDER

Before the Court is the Joint Motion to Dismiss (the "Motion") filed by Plaintiff Headwater Research LLC (the "Plaintiff") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (together, the "Defendants") (collectively, the "Parties"). (Dkt. No. 467). In the Motion, the Parties move to dismiss all of Plaintiff's claims against Defendants with prejudice and all of Defendants' counterclaims against Plaintiff without prejudice. (*Id.* at 1).

Having considered the Motion, the Court **ACCEPTS AND ACKNOWLEDGES** that all of Plaintiff's claims against Defendants in the above-captioned case are **DISMISSED WITH PREJUDICE** and all of Defendants' counterclaims against Plaintiff in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. The Parties are to bear their own costs and attorneys' fees. All pending requests for relief asserted by the Parties in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** Civil Action No. 2:23-cv-00103-JRG-RSP.

**So ORDERED and SIGNED this 26th day of September, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE